UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT, <br><br> *Plaintiff,* <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, et al., <br><br> *Defendants*. | Civil Action No. 22-2939 (DLF) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants, by and through undersigned counsel, respectfully move for an extension, through January 31, 2023, of the deadline to respond to Plaintiff Matthew Gebert's complaint. This is Defendants' first request for an extension of this deadline. A proposed order is attached.

Good cause to grant this relief exists. Gebert raises a variety of claims under the Freedom of Information Act, Privacy Act, and several provisions of the U.S. Constitution against the U.S. Department of State, five named agency officials and/or employees in their individual capacities, and 12 unnamed agency officials and/or employees in their official capacities. Compl. at 1-2, ¶¶ 3, 6, ECF No. 1. The individual defendants are sued under the doctrine announced in *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1999).

When federal officers or employees are sued in their personal capacities, they may request that the Department of Justice represent them personally. 28 C.F.R. § 50.15(a). Federal regulations establish a process for such individuals to request personal representation, and for the Department of Justice to determine whether personal representation is appropriate. *See id.*; Justice Manual § 4-5.412. Determining whether the Department of Justice will represent all or any of the individual

defendants in their personal capacities requires consultation between the Departments of Justice and State and the individual defendants, which most likely will take several weeks at a minimum.

Moreover, Defendants require additional time to identify Defendants' defenses to Gebert's various claims, and determine how best to respond to Gebert's complaint. Finally, the undersigned has a heavy caseload with numerous existing and conflicting deadlines. Between now and the end of January, the undersigned anticipates filing nine dispositive motions, responses, and/or replies, as well as numerous Joint Status Reports, answers, and other routine filings; taking or defending numerous depositions; and taking a pre-planned vacation with his significant other and her family. The requested relief would enable the undersigned to balance his obligations in this case with those in other cases before this Court and his personal life.

Pursuant to Local Civil Rule 7(m), the undersigned has conferred with Gebert's counsel, who graciously consented to this relief. Gebert's counsel requested that the Department of State place Gebert on paid administrative leave during the extension period so that the client is not harmed by the continuing delay in a process that started in August 2019, which request was denied.

Dated:  November 29, 2022 	Respectfully submitted,

	MATTHEW M. GRAVES
	United States Attorney
	D.C. Bar #481052

	BRIAN P. HUDAK
	Chief, Civil Division

	By: */s/ Bradley G. Silverman*
	    BRADLEY G. SILVERMAN
	    D.C. Bar # 1531664
	    Assistant United States Attorney
	    601 D Street NW
	    Washington, DC 20530
	    (202) 252-2575
	    bradley.silverman@usdoj.gov

	*Attorneys for the United States*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>*Defendants*. | Civil Action No. 22-2939 (DLF) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Consent Motion for Extension of Time, and for good cause shown, it is hereby

ORDERED that Defendants' motion is GRANTED;

ORDERED that Defendants shall answer or otherwise respond to Plaintiff's complaint on or before January 31, 2023.

SO ORDERED.

_____           _____
Date                                                      DABNEY L. FRIEDRICH
                                                               United States District Judge