UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATTHEW GEBERT,

*Plaintiff*,

v.

U.S. DEPARMTNET OF STATE et al.,

*Defendant*.

Civil Action No. 22-2939 (DLF)

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants, by and through undersigned counsel, respectfully move for a two-week extension, *i.e.*, to February 14, 2023, of the deadline to respond to Plaintiff Matthew Gebert's complaint, ECF No. 1. Pursuant to Local Civil Rule 7(m), the undersigned has conferred with counsel for Plaintiff, who consents to this relief. A proposed order is attached. Good cause to grant this extension exists. Earlier this week, the undersigned's father unexpectedly passed away. A two-week extension would enable the undersigned to fulfill his obligations in this case and the numerous others to which he is assigned, while also attending to the difficult personal obligations that this situation entails.

Dated: January 28, 2023

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/
BRADLEY G. SILVERMAN
D.C. Bar #1531664
Assistant United States Attorney

601 D Street NW
Washington, DC 20530
(202) 252-2575

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATTHEW GEBERT,

*Plaintiff*,

v.

U.S. DEPARMTNET OF STATE et al.,

*Defendant*.

Civil Action No. 22-2939 (DLF)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' consent motion for an extension of time, and for good cause shown, it is hereby ORDERED that Defendant shall respond to Plaintiff's complaint by February 14, 2023.

SO ORDERED.

____________________
Dated

______________________________
DABNEY L. FRIEDRICH
United States District Court Judge