UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE et al.,<br><br>    *Defendants*. | Civil Action No. 22-2939 (DLF) |

## MOTION TO DISMISS

Pursuant to Rules 12(b)(2), 12(b)(4), 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants—the Department of State and various current and former Department officials allegedly involved in the decisions to suspend and then revoke Plaintiff Matthew Gebert's security clearance due to his dishonesty about his white nationalist activities and associations, and then suspend him from his job without pay—by and through the undersigned counsel, respectfully file this memorandum in support of their motion to dismiss Gebert's complaint. A memorandum of points and authorities in support, exhibits, and proposed order are attached.

Dated: February 14, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/
BRADLEY G. SILVERMAN, D.C. Bar #1531664
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2575

*Attorneys for the United States of America*