IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MATTHEW GEBERT** | ) | |
| 270 Philadelphia Ave. | ) | |
| Purgitsville, WV 26852 | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| V. | ) | |
| | ) | |
| **DEPARTMENT OF STATE** | ) | Civil Action No: 1:22-cv-02939-DLF |
| 2201 C St., NW | ) | |
| Washington, District of Columbia 20520 | ) | |
| | ) | |
| **BRUCE COLE** | ) | |
| Executive Director | ) | |
| Bureau of Economic and Business Affairs | ) | |
| Bureau of Energy Resources | ) | |
| | ) | |
| **JEANNE M. JULIAO** | ) | |
| Deputy Assistant Secretary | ) | |
| Office of the Director General | ) | |
| Bureau of Human Resources | ) | |
| State Department | ) | |
| | ) | |
| **CALLI FULLER** | ) | |
| Acting Director | ) | |
| Office of Employee Relations | ) | |
| Bureau of Human Resources | ) | |
| State Department | ) | |
| | ) | |
| **DOUGLAS P. QUIRAM** | ) | |
| Director | ) | |
| Bureau of Diplomatic Security | ) | |
| | ) | |
| **TODD J. BROWN** | ) | |
| Director | ) | |
| Diplomatic Security Service | ) | |
| | ) | |

| | |
|---|---|
| **JOHN DOE #1** | ) |
| Supervisory Special Agent (SSA) | ) |
| Diplomatic Security (DS) | ) |
| Assigned to Office of Special Investigations | ) |
| | ) |
| **JOHN DOE #2** | ) |
| Special Agent (SA) | ) |
| Diplomatic Security (DS) | ) |
| Assigned to Office of Special Investigations | ) |
| | ) |
| **JOHN DOES 1-10** | ) |
| Federal Government Employee | ) |
| | ) |
| _____ | ) |
| | ) |
| **As to each Defendant Serve:** | ) |
| U.S. Attorney for the District of Columbia | ) |
| Attn: Civil Process Clerk | ) |
| 555 4th Street, NW | ) |
| Washington, DC 20530 | ) |
| | ) |
| Office of the Legal Advisor (L/EX) | ) |
| Department of State | ) |
| Suite 5600 | ) |
| 600 19th Street, NW | ) |
| Washington DC 20522 | ) |
| | ) |
| | ) |
| Defendant. | ) |

## MOTION TO EXTEND SERVICE ON DEFENDANTS

Pursuant to Federal Rule 4(2), the plaintiff, Matthew Gebert, seeks an Order to extend service on the defendants, to allow proper service to be effectuated.

1. On September 28, 2022, the plaintiff filed a Complaint, Civil Case Sheet and Summons with the Court.

2. On October 4, 2022, the Summons were issued electronically by the Court Clerk.

3. On October 13, 2022, the Summons, Complaint, Civil Case Sheet and Waiver of Summons was forwarded to each of the defendants via certified mail. (Exhibit A).

4. On November 10, 2022, this office filed proof of service as to service of the Summons and Complaint. (Exhibit B).

5. On November 23, 2022, a Notice of Appearance was filed with the Court by the United States Attorney for the District of Columbia (Exhibit C).

6. On November 29, 2022, the United States Attorney for the District of Columbia filed a Motion for Extension of Time to Answer the Complaint (Exhibit D). Plaintiff consented to Defendants' request for extension of time.

7. On November 30, 2022, an Order was entered by the Court allowing an extension of time through January 31, 2023 for the defendant to file an Answer on behalf of Defendants.

8. On January 28, 2023 a Motion for Extension of Time to Answer was filed on behalf of Defendants. (Exhibit E). Plaintiff again consented to Defendants' request for extension of time.

9. On January 30, 2023, an Order Extending Time to Answer was entered allowing the Defendant through February 14, 2023.

10. On February 14, 2023, the Defendants, through the United States Attorney for the District of Columbia filed a Motion to Dismiss. As part of their Motion, Defendant noted that the Summons served upon their office was not electronically signed by the Clerk. (Exhibit F)

11. Upon further review of the file, it appears our office erroneously forwarded the unsigned Summons with our service package on October 13, 2022 as opposed to the electronically issued Summons by the Court Clerk.

12. The error in the service on the unsigned Summons came to our attention on today's date after review of the Motion to Dismiss by the Defendants. Had the Defendants filed their answer or Motion to Dismiss by the original due date, Plaintiff would have become aware of its error within the time prescribed by the applicable rules. As such, the Plaintiff would respectfully request that he be afforded the opportunity to reserve the correct Summons to each of the defendants, including the United States Attorney for the District of Columbia.

13. Pursuant to Rule (4) *Extending Time.* The court must allow a party a reasonable time to cure its failure to:

(A) serve a person required to be served under [Rule 4(i)(2)](), if the party has served either the United States attorney or the Attorney General of the United States; or

(B) serve the United States under [Rule 4(i)(3)](), if the party has served the United States officer or employee.

Further, the Notes of Advisory Committee on Rules—1993 Amendment addresses how an extension of time for service should be granted in this type of case. Specifically, it states, "A specific instance of good cause is set forth in paragraph (3) of this rule, which provides for extensions if necessary to correct oversights in compliance with the requirements of multiple service in actions against the United States or its officers, agencies, and corporations."

14. The plaintiff has, on today's date, forwarded the corrected Summons, Complaint and Civil Case Sheet to each of the defendants via certified mail, return receipt requested as evidenced by the attached letter to each of the defendants. (Exhibit G)

15. Defendant' counsel and counsels' office has indicated it intends to represent all named defendants, as evidenced by its Motion to Dismiss on all defendants' behalf. Therefore, all defendants are on notice of the current litigation and filed Complaint, so in the interest of judicial efficiency and considering there would be no prejudice or undue delay to any defendant, Plaintiff requests this Court to grant Plaintiff's request for extension to perfect service on all defendants.

16.     The Plaintiff seeks an Order Extending the Time for Proper Service of forty-five (45) days from February 15, 2023 through April 1, 2023.


Dated: February 15, 2023                               Respectfully submitted,


                                                       By: /s/ *Brett J. O'Brien*
                                                       BRETT O'BRIEN, ESQ
                                                       Bar License #: 1753983
                                                       NATIONAL SECURITY LAW FIRM, LLC
                                                       1250 Connecticut Avenue
                                                       NW Suite 700
                                                       Washington, DC 20036
                                                       Phone: (202) 600-4996
                                                       Fax:    (202) 545-6318