# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

MATTHEW GEBERT

   Plaintiff(s)

                                       Civil Action No: 1:22-cv-02939-DLF

Vs.

DEPARTMENT OF STATE, et al
   Defendant(s)

## AFFIDAVIT OF MAILING

     I, Brett J. O'Brien, Esq., attorney for the Plaintiff, Matthew Gebert, respectfully submits the following documents as proof that service of process has been perfected on Jeanne M. Juliao, Department of State, % Office of Legal Advisor, in the above captioned matter.

     The complaint was filed on September 28, 2022. (ECF No. 001). An Order was entered by the Honorable Dabney L. Friedrich on February 21, 2023 granting an extension for re-service of the Summons and Complaint on defendants through April 1, 2023.

     On the 15th day of February, 2023, true and correct copies of the Summons and Complaint were mailed to Jeanne M. Juliao, Department of State, c/o Office of Legal Advisor (Exhibit A). A true copy of the certified mail receipt and certified green card from the U.S. Postal Service, the U.S. and Affidavit of Certified Mail Service are attached as Exhibit 1.

     I declare under penalty of perjury that the foregoing is true and correct.

                                                Brett J. O'Brien, Esq.
                                                NATIONAL SECURITY LAW FIRM
                                                Bar ID: 1753983

                                                /s/ Brett J. O'Brien
Dated: March 19, 2023                       BRETT J. O'BRIEN, ESQ.

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| MATTHEW GEBERT<br><br>*Plaintiff(s)*<br>v.<br><br>DEPARTMENT OF STATE, BRUCE COLE, JEANNE M. JULIAO, CALLI FULLER, DOUGLAS P. QUIRAM, TODD J. BROWN, C/O DEPARTMENT OF STATE, JOHN DOE #1, JOHN DOE #2, JOHN DOES 1-10<br><br>*Defendant(s)* | Civil Action No. 1:22-cv-02939 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* JEANNE M. JULIAO, C/O DEPARTMENT OF STATE
2201 C ST, NW
WASHINGTON, DISTRICT OF COLUMBIA 20520

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brett J. O'Brien, Esq.
NATIONAL SECURITY LAW FIRM
1250 Connecticut Avenue NW, Suite 700
Washington, DC  20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 10/04/2022

/s/ Charles Briggs
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-02939

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jeanne M. Juliao, c/o Dept of State

was received by me on *(date)* March 2, 2023 .

☐ I personally served the summons on the individual at *(place)*  
on *(date)*  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*  
, a person of suitable age and discretion who resides there,  
on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*  
on *(date)*  ; or

☐ I returned the summons unexecuted because  ; or

☒ Other *(specify):* USPS - Certified Mail: 7021197000001845

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: March 19, 2023

/s/Yolande M. Liddy  
*Server's signature*

Yolande M Liddy, Paralegal  
*Printed name and title*

NATIONAL SECURITY LAW FIRM  
1250 Connecticut Avenue, Suite 700  
Washington, DC  20036  
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Jeanne M. Juliao,
   Department of State
   c/o Office of Legal Advisor
   500 19th St, NW Suite 5600
   Washington, DC  20522

9590 9402 7462 2055 8587 38

2. Article Number (Transfer from service label)
   7021 1970 0000 1845 3538

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name) — LEX

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

2023 MAR -2
DEPARTMENT OF STATE

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage $
Total Postage $

Sent To: Jeanne M. Juliao,
Street and: Department of State
c/o Office of Legal Advisor
500 19th St, NW Suite 5600
City, State: Washington, DC 20522   Gebert

7021 1970 0000 1845 3538

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

