# AFFIDAVIT OF PROCESS SERVER

### In The United States District Court for the District of Columbia

**Matthew Gebert**

        Plaintiff(s),

VS.

**Department of State, et al.**

        Defendant(s).

Attorney: Brett J. O'Brien, Esq.

National Security Law Firm
1250 Connecticut Avenue NW Suite 700
Washington DC 20036



*293477*

**Case Number: 1:22-cv-02939**

Legal documents received by Same Day Process Service, Inc. on **03/14/2023** at **6:02 PM** to be served upon **Douglas P. Quiram at 2846 Andiron Lane, Vienna, VA 22180**

I, **Stuart Macpherson**, swear and affirm that on **March 16, 2023** at **11:57 AM**, I did the following:

**Personally** Served **Douglas P. Quiram** the person listed as the intended recipient of the legal document with this **Letter dated on March 14, 2023; Summons in a Civil Action; Complaint for Declaratory and Injunctive Relief; Civil Cover Sheet** at 2846 Andiron Lane , Vienna, VA 22180.

**Description of Person Accepting Service:**
Sex: Male Age: 65 Height: 5ft4in-5ft8in Weight: Over 200 lbs Skin Color: Caucasian Hair Color: Obstructed/Covered

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

 

**Stuart Macpherson**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@sameday process.com**

Internal Job
ID:293477



District of Columbia
Signed and sworn to (or affirmed) before me
on _____ by _____
   Date
Signature of Notary Officer

Title of Office

My commission expires: _____
Brandon Snesko
Notary Public, District of Columbia
My Commission Expires 9/14/2026