THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT )<br>)<br>          Plaintiff, )<br>V. )<br>)<br>DEPARTMENT OF STATE )<br>)<br>          Defendants. ) | Civil Action No: 1:22-cv-02939 |

## NOTICE OF ERRATA TO AFFIDAVITS OF MAILING

The Plaintiff, Matthew Gebert, respectfully submits this errata to the filing of Affidavits of Mailing filed on March 20, 2023 as to defendants, Jeanne Juliao (ECF 16); Calli Fuller (ECF 17); Bruce Cole (ECF 18) and Todd Brown (ECF 19).

On February 21, 2023, the Honorable Dabney L. Friedrich entered an Order Granting Plaintiff leave for service on the defendants with a copy of the Civil Case Sheet, executed Summons and the Complaint by April 1, 2023. Proof of service on the defendants was to be filed by April 1, 2023.

On March 20, 2023, the Plaintiff uploaded Affidavits of Mailing on defendants, Jeanne Juliao; Calli Fuller; Bruce Cole and Todd Brown, employees of defendant, Department of State.

Bradley Silverman, Esq., U.S. Attorney for the District of Columbia, agreed to accept service on the aforementioned defendants and therefore, the undersigned files this Errata to remove from the docket the following:

1)     ECF #16, Affidavit of Mailing to Defendant, Jeanne Juliao

2)     ECF #17, Affidavit of Mailing to Defendant, Calli Fuller

3)     ECF #18, Affidavit of Mailing to Defendant, Bruce Cole

4)     ECF #19, Affidavit of Mailing to Defendant, Todd Brown

Dated: March 23, 2023　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Brett J. O'Brien*
　　　　　　　　　　　　　　　　　　　　　　　　　BRETT O'BRIEN, ESQ
　　　　　　　　　　　　　　　　　　　　　　　　　DC Bar License #: 1753983
　　　　　　　　　　　　　　　　　　　　　　　　　NATIONAL SECURITY LAW FIRM, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　1250 Connecticut Avenue NW
　　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　　　　　　Phone: (202) 600-4996
　　　　　　　　　　　　　　　　　　　　　　　　　Fax:　  (202) 545-6318