# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

MATTHEW GEBERT

   Plaintiff(s)

                                     Civil Action No:  1:22-cv-02939-DLF

Vs.

DEPARTMENT OF STATE, et al
  Defendant(s)

## AFFIDAVIT OF MAILING

     I, Brett J. O'Brien, Esq., attorney for the Plaintiff, Matthew Gebert, respectfully submits the following documents as proof that service of process has been perfected on the U.S. Attorney for the District of Columbia in the above captioned matter.

     The complaint was filed on September 28, 2022. (ECF No. 001).  An Order was entered by the Honorable Dabney L. Friedrich on February 21, 2023 granting an extension for re-service of the Summons and Complaint on defendants through April 1, 2023.

     On the 20th day of March, 2023, true and correct copies of the Summons and Complaint were emailed to Bradley Silverman, Esq., Assistant US Attorney for the District of Columbia who was authorized to accept service on behalf of Calli Fuller. (Exhibit A). A true and correct copy of the cover letter as well as the email confirmation of receipt is attached as Exhibit B.

     I declare under penalty of perjury that the foregoing is true and correct.

                             Respectfully submitted,

Dated:  March 24, 2023

                         /s/ *Brett J. O'Brien*
                         BRETT J. O'BRIEN, ESQ.
                         NATIONAL SECURITY LAW FIRM
                         1250 Connecticut Avenue NW
                         Washington, DC  20036
                         202-600-4996
                         Bar ID:  1753983

# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:22-cv-02939**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for *(name of individual and title, if any)*  Calli Fuller, c/o Department of State

was received by me on *(date)*   March 20, 2023   .

0  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

0  I left the summons at the individual's residence or usual place of abode with *(name)*

_ _ _ _ _ _   _ _ _ _ _ _ _ _ _ _ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

0  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

0  I returned the summons unexecuted because _____ ; or

❑  Other *(specify):*   Email service on Bradley Silverman, Assistant US

Attorney, authorized to accept service on Defendant.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   March 22, 2023
_____

*Isl Yolande M. Liddy*
_____
*Server's signature*
Yolande M. Liddy, Paralegal
_____
*Printed name and title*
NATIONAL SECURITY LAW FIRM
1250 Connecticut Avenue, Suite 700
Washington, DC  20036
_____
*Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT B

# National Security Law Firm

1250 Connecticut Avenue, NW
Suite 700
Washington, D.C. 20036
————
202-600-4996
Fax 202-545-6318
Info@NationalSecurityLawFirm.com
*Admitted in New Jersey, New York, Hawaii, California, Ohio, Minnesota, and Washington D.C*

February 15, 2023

**DEPARTMENT OF STATE**
**% OFFICE OF LEGAL ADVISOR**
**500 19th St, NW Suite 5600**
**Washington, DC 20522**
**Certified Mail: 7021 1970 0000 1845 3521**

**JEANNE M. JULIAO**
**% OFFICE OF LEGAL ADVISOR**
**500 19th St, NW Suite 5600**
**Washington, DC 20522**
**VIA EMAIL**

**BRUCE COLE**
**c/o OFFICE OF LEGAL ADVISOR**
**500 19th St, NW, Suite 5600**
**Washington, DC 20522**
**VIA EMAIL**

**TODD BROWN**
**% OFFICE OF LEGAL ADVISOR**
**500 19th St, NW, Suite 5600**
**Washington, DC 20522**
**VIA EMAIL**

**CALLI FULLER**
**% OFFICE OF LEGAL ADVISOR**
**500 19th St, NW, Suite 5600**
**Washington, DC 20522**
**VIA EMAIL**

**OFFICE OF LEGAL ADVISOR**
**DEPARTMENT OF STATE**
**500 19th St, NW, Suite 5600**
**Washington, DC 20522**
**Certified Mail: 7021 1970 0000 1845 3576**

**DOUGLAS P. QUIRAM**
**c/o OFFICE OF LEGAL ADVISOR**
**500 19th St, NW Suite 5600**
**Washington, DC 20520**
**VIA PROCESS SERVER**

**US ATTORNEY FOR DISTRICT**
**OF COLUMBIA-**
**ATTN: CIVIL PROCESS CLERK**
**601 D Street, NW**
**Washington DC 20530**
**Certified Mail: 7021 1970 0000 1845 3590**

> **RE:   Matthew Gebert v. Department of State, et al**
> **        Dkt #: 1:22-cv-02939-DLF**

Sir/Madam:

In furtherance of service upon your offices on October 13, 2022, it has come to our attention that the Summons previously provided was not executed by the Clerk of the Court. Therefore, the undersigned is providing the following to your offices which are being served upon you:

1)      Copy of the "filed" Civil Cover Sheet and Complaint;
2)      Summons Executed by Clerk of the Court

Please be guided accordingly.

I thank you for your anticipated cooperation in this matter.

Very truly yours,

*/s/ Brett J. O'Brien*
Brett J. O'Brien

BO/yml
Enclosures



**Yolande Liddy <yolande@nationalsecuritylawfirm.com>**

---

## IMO: Matt Gebert v. Dept of State-Civil Case #: 1:22-cv-02939-DLF
4 messages

---

**Yolande Liddy** <yolande@nationalsecuritylawfirm.com>                Mon, Mar 20, 2023 at 2:48 PM
To: "Silverman, Bradley (USADC)" <BRADLEY.SILVERMAN@usdoj.gov>
Cc: Brett O'Brien <brett@nationalsecuritylawfirm.com>

Mr. Silverman -- Good afternoon.  In connection with the above matter, Mr. O'Brien asked that I send over to you the
packets which were served on Bruce Cole; Calli Fuller; Jeanne Juliao; Todd Brown and Office of Legal Advisor.  I am
uploading the Affidavits of Mailing/Service as well today.  If you have any questions, please do not hesitate to contact the
firm.  Thank you.

Yolande M. Liddy
Paralegal
**National Security Law Firm**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC  20036
Phone:  202-600-4996
Fax:      202-545-6318
Email:  yolande@nationalsecuritylawfirm.com

---

**5 attachments**

📄 **2.15.23-Gebert-Calli Fuller.pdf**
809K

📄 **2.15.23-Gebert-Bruce Cole.pdf**
803K

📄 **2.15.23-Gebert-Jeanne Juliao.pdf**
803K

📄 **2.15.23-Gebert-Todd Brown.pdf**
804K

📄 **2.15.23-Gebert-Office of Legal Advisor.pdf**
803K

---

**Silverman, Bradley (USADC)** <Bradley.Silverman@usdoj.gov>          Tue, Mar 21, 2023 at 9:50 AM
To: Yolande Liddy <yolande@nationalsecuritylawfirm.com>
Cc: Brett O'Brien <brett@nationalsecuritylawfirm.com>

Hi Yolande, thank you, I have received the attached documents. I am authorized to accept service on behalf of Cole,
Fuller, Juliao, and Brown, but not the Office of Legal Adviser—I can check to see if I may accept service on its behalf.

Best,

Bradley

[Quoted text hidden]

---

**Brett O'Brien** <brett@nationalsecuritylawfirm.com>                Tue, Mar 21, 2023 at 10:15 AM
To: "Silverman, Bradley (USADC)" <Bradley.Silverman@usdoj.gov>
Cc: Yolande Liddy <yolande@nationalsecuritylawfirm.com>

3/22/23, 11:49 AM
National Security Law Firm Mail - Liddy, et al. v. Blinken, et al.

Case 1:22-cv-02939-DLF Document 25 Filed 03/24/23 Page 8 of 8

1:22-cv-02939-DLF

Bradley,

We included that as a courtesy copy since we had to serve the office with the individual's complaint as well because the State Department had sent us an email asking us to do that. Thank you again for agreeing to accept service on the behalf of cole, Fuller, Juliao, and Brown. I really appreciate it.

Warm regards,

Brett

[Quoted text hidden]
--
Brett O'Brien
National Security Law Firm, LLC
1250 Connecticut Ave, NW
Suite 700
Washington, DC 20036
(o) 202-600-4996
(f) 202-545-6318
brett@nationalsecuritylawfirm.com

*Admitted in New Jersey, New York, Hawaii, California, Ohio, Minnesota, and Washington D.C.*

This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

---

**Silverman, Bradley (USADC)** <Bradley.Silverman@usdoj.gov>                    Tue, Mar 21, 2023 at 10:17 AM
To: Brett O'Brien <brett@nationalsecuritylawfirm.com>
Cc: Yolande Liddy <yolande@nationalsecuritylawfirm.com>

Ah okay.

[Quoted text hidden]