UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>*Defendants*. | Civil Action No. 22-2939 (DLF) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants, by and through undersigned counsel, respectfully move for an extension of 30 days, through May 7, of the deadline to reply in support of their motion to dismiss Plaintiff Matthew Gebert's complaint. This is Defendants' first request for an extension of this deadline. Pursuant to Local Civil Rule 7(m), the undersigned has conferred with Gebert's counsel, who has consented to this relief. A proposed order is attached.

Good cause to grant this relief exists. Gebert raises a variety of claims under the First Amendment, Due Process Clause, Administrative Procedure Act, Freedom of Information Act, and Privacy Act against the U.S. Department of State, and various named and unnamed current and former agency officials in their official and individual capacities. Compl. at 1-2, ¶¶ 3, 6, ECF No. 1. Preparing an adequate reply to the response in opposition that Gebert filed, ECF No. 28, will require more than the seven days that Local Civil Rule 7(d) provides as a default matter. The undersigned will also be busy during the next 30 days with a heavy docket of dispositive motions, responses, and replies, as well as an answering brief in *Concert Investor, LLC v. SBA*, No. 22-5253 (D.C. Cir.), which will address questions of significance to numerous cases pending in this district arising under the Shuttered Venue Operators Grant Program, 15 U.S.C. § 9009a.

Dated:  April 3, 2023

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Bradley G. Silverman
BRADLEY G. SILVERMAN
D.C. Bar #1531664
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>*Defendants*. | Civil Action No. 22-2939 (DLF) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Consent Motion for Extension of Time, and for good cause shown, it is hereby

ORDERED that Defendants' motion is GRANTED;

ORDERED that Defendants shall reply in support of their motion to dismiss by May 7, 2023.

SO ORDERED.

_____        _____
Date                                                    DABNEY L. FRIEDRICH
                                                              United States District Judge