UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>*Defendants.* | Civil Action No. 22-2939 (DLF) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants, by and through undersigned counsel, respectfully move for an extension of 15 days, through May 22, 2023, of the deadline to reply in support of their motion to dismiss Plaintiff Matthew Gebert's complaint. This is Defendants' second request for an extension of this deadline. Pursuant to Local Civil Rule 7(m), the undersigned has conferred with Gebert's counsel, who has consented to this relief.

Good cause to grant this relief exists. Gebert raises a variety of claims under the First Amendment, Due Process Clause, Administrative Procedure Act, Freedom of Information Act, and Privacy Act against the Department of State, as well as various named and unnamed current and former agency officials in their official and individual capacities. Compl. at 1-2, ¶¶ 3, 6, ECF No. 1. Since Defendants previously moved for an extension, the undersigned has been busy drafting two motions to dismiss, a cross-motion for summary judgment/response in opposition to a motion for summary judgment, and an answering brief in *Concert Investor, LLC v. SBA*, No. 22-5253 (D.C. Cir.), which will address questions of significance to numerous cases pending in this district arising under the Shuttered Venue Operators Grant Program, 15 U.S.C. § 9009a. A 15-day extension will very likely provide sufficient time to complete the reply brief in this case and obtain

necessary review within both the Department of State and Department of Justice, as well as review by the defendants sued in their individual capacities. Recognizing Gebert's desire for this case to proceed expeditiously, Defendants will not seek an additional extension absent compelling and unforeseen circumstances, and will do everything in their power to avoid for further extensions.

      A proposed order is attached.

Dated:  May 1, 2023                          Respectfully submitted,

                                                       MATTHEW M. GRAVES
                                                       United States Attorney
                                                       D.C. Bar #481052

                                                       BRIAN P. HUDAK
                                                       Chief, Civil Division

                                                     By:  */s/ Bradley G. Silverman*
                                                                  BRADLEY G. SILVERMAN
                                                                   D.C. Bar #1531664
                                                                   Assistant United States Attorney
                                                                   601 D Street NW
                                                                   Washington, DC 20530
                                                                   (202) 252-2575
                                                                   bradley.silverman@usdoj.gov

                                                     *Attorneys for the United States*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>*Defendants.* | Civil Action No. 22-2939 (DLF) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Consent Motion for Extension of Time, and for good cause shown, it is hereby

ORDERED that Defendants' motion is GRANTED;

ORDERED that Defendants shall reply in support of their motion to dismiss by May 22, 2023.

SO ORDERED.

_____    _____
Date                                                                        DABNEY L. FRIEDRICH
                                                                                        United States District Judge