THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT )<br>)<br>Plaintiff, )<br>V. )<br>)<br>DEPARTMENT OF STATE )<br>)<br>Defendants. ) | Civil Action No: 1:22-cv-2939 (DLF) |

### NOTICE OF ERRATA TO PLAINTIFF'S FIRST AMENDED COMPLAINT

The Plaintiff, Matthew Gebert, respectfully submits this errata to its original Complaint which was filed on September 28, 2022 in order to correct the following:

On page 2, change heading to "**First Amended Complaint**"

On page 2, change first line to read "For his **First Amended**"

On page 4, paragraph 7, line 2, remove the word "and", add the following to line 3, **and over the individually-named Defendants under the D.C. Long-Arm Statute, D.C. Code § 13-423."**

On page 5, add  new paragraph number 19

On page 5, add footnote #1

On page 6, add new paragraph number 20

On page 6, add new paragraph number 21

On page 6, add new paragraph number 22

On page 6, add new paragraph number 23

On page 6, add new paragraph number 24

On page 6, add footnote #2

On page 7 - change paragraph number 20 to **25**

On page 7 - change paragraph number 21 to **26.**

On page 7 - change paragraph number 22 to **27**

On page 7 - add footnote #3

On page 8 - change paragraph number 23 to **28**

On page 8 - add new paragraph number **30**

On page 9 -add new paragraph number **31**

On page 9 -add new paragraph number **32**

On page 9 - add new paragraph number **33**

On page 9 - add new paragraph number **34**

On page 9, add footnote #4

On page 10 - change paragraph number 24 to **35**

On page 10 - change paragraph number 25 to **36**

On page 10 - change paragraph number 26 to **37**

On page 10 - change paragraph number 27 to **38**

On page 10 - change paragraph number 28 to **39**

On page 10 - change paragraph number 29 to **40**

On page 11 - change paragraph number 30 to **41**

On page 11 - change paragraph number 31 to **42**

On page 11 - change paragraph number 32 to **43**

On page 11 - change paragraph number 33 to **44**

On page 11 - change paragraph number 34 to **45**

On page 12 - change paragraph number 35 to **46**

On page 12 - add new paragraph number **47**

On page 12 - add new paragraph number **48**

On page 12, add footnote #5

On page 13 - add new paragraph number **49**

On page 13 - add new paragraph number **50**

On page 13 - change paragraph number 37 to **51**

On page 13 - change paragraph number 38 to **52**

On page 14 - add new paragraph number **53**

On page 14 - add new paragraph number **54**

On page 14 - add new paragraph number **55**

On page 14 - add new paragraph number **56**

On page 15 - change paragraph number 39 to **57**

On page 15 - change paragraph number 40 to **58**

On page 15 - change paragraph number 41 to **59**

On page 16 - change paragraph number 42 to **60**

On page 16 - change paragraph number 43 to **61**

On page 16 - change paragraph number 44 to **62**

On page 17 - change paragraph number 45 to **63**

On page 17 - change paragraph number 46 to **64**

On page 17, change paragraph number 47 to **65**

On page 17, change paragraph number 48 to **66**

On page 17, change paragraph number 49 to **67**

On page 17, change paragraph number 50 to **68**

On page 17, change paragraph number 51 to **69**

On page 18, change paragraph number 52 to **70**

On page 18, change paragraph number 53 to **71**

On page 19, change paragraph number 54 to **72**

On page 19, change paragraph number 55 to **73**

On page 19, change paragraph number 56 to **74**

On page 19, change paragraph number 57 to **75**

On page 19, change paragraph number 58 to **76**

On page 20, change paragraph number 59 to **77**

On page 20, change paragraph number 60 to **78**

On page 20, change paragraph number 61 to **79**

On page 20, change paragraph number 62 to **80**

On page 20, change paragraph number 63 to **81**

On page 21, change paragraph number 64 to **82**

On page 21, change paragraph number 65 to **83**

On page 21, change paragraph number 66 to **84**

On page 21, change paragraph number 67 to **85**

On page 21, change paragraph number 68 to **86**

On page 21, change paragraph number 69 to **87**

On page 22, change paragraph number 70 to **88**

On page 22, change paragraph number 71 to **89**

On page 22, change paragraph number 72 to **90**

On page 22, change paragraph number 73 to **91**

On page 23, add new paragraph number **92**

On page 23, add new paragraph number **93**

On page 23, change paragraph number 75 to **94**

On page 23, change paragraph number 76 to **95**

On page 23, change paragraph number 77 to **96**

On page 23, change paragraph number 78 to **97**

On page 23, change paragraph number 79 to **98**

On page 23, change paragraph number 80 to **99**

On page 24, change paragraph number 81 to **100**

On page 24, change paragraph number 82 to **101**

On page 24, change paragraph number 83 to **102**

On page 24, change paragraph number 84 to **103**

On page 24, change paragraph number 85 to **104**

On page 25, change paragraph number 86 to **105**

On page 25, change "by reference paragraphs 1 through 87" to **1 through 104**

On page 25, change paragraph number 87 to **106**

On page 25, change paragraph number 88 to **107**

On page 25, change paragraph number 89 to **108**

On page 25, change paragraph number 90 to **109**

On page 25, change paragraph number 91 to **110**

On page 26, change paragraph number 92 to **111**

On page 26, change paragraph number 93 to **112**

On page 26, change paragraph number 94 to **113**

On page 26, change paragraph number 95 to **114**

On page 26, paragraph 114 change "1 through 96" to **1 through 113**

On page 26, change paragraph number 96 to **115**

On page 26, change paragraph number 97 to **116**

On page 27, change paragraph number 98 to **117**

On page 27, change paragraph number 99 to **118**

On page 27, change paragraph number 100 to **119**

On page 27, change paragraph number 101 to **120**

On page 27, change paragraph number 102 to **121**

On page 27, paragraph 121 change "1 through 103" to **1 through 120**

On page 27, change paragraph number 103 to **122**

On page 27, change paragraph number 104 to **123**

On page 28, change paragraph number 105 to **124**

On page 28, change paragraph number 106 to **125**

On page 28, change paragraph number 107 to **126**

On page 28, change paragraph number 108 to **127**

On page 28, paragraph 127 change "paragraphs 1 through 109" to **1 through 126**

On page 28, change paragraph number 109 to **128**

On page 28, change paragraph number 110 to **129**

On page 29, change paragraph number 111 to **130**

On page 29, change paragraph number 112 to **131**

On page 29, change paragraph number 113 to **132**

On page 29, change paragraph number 114 to **133**

On page 29, change paragraph number 115 to **134**

On page 29, change paragraph number 116 to **135**

On page 29, change paragraph number 117 to **136**

On page 30, change paragraph number 118 to **137**

On page 30, change paragraph number 119 to **138**

On page 30, change paragraph number 120 to **139**

On page 30, change paragraph number 121 to **140**

On page 30, change paragraph number 122 to **141**

On page 30, change paragraph number 123 to **142**

On page 31, change paragraph number 124 to **143**

On page 31, change paragraph number 125 to **144**

On page 31, paragraph 144 change "1 through 124" to **1 through 143**

On page 31, change paragraph number 126 to **145**

On page 31, change paragraph number 127 to **146**

On page 31, change paragraph number 128 to **147**

On page 31, change paragraph number 129 to **148**

On page 31, change paragraph number 130 to **149**

On page 32, change paragraph number 131 to **150**

On page 32, change paragraph number 132 to **151**

On page 32, change paragraph number 133 to **152**

On page 32, change paragraph number 134 to **153**

On page 32, change paragraph number 135 to **154**

On page 32, change paragraph number 136 to **155**

On page 32, paragraph 155, change "1 through 136" to **1 through 154**

On page 33, change paragraph number 137 to **156**

On page 33, change paragraph number 138 to **157**

On page 33, change paragraph number 139 to **158**

On page 33, change paragraph number 140 to **159**

On page 33, change paragraph number 141 to **160**

On page 33, change paragraph number 142 to **161**

On page 33, paragraph 161 "paragraphs 1 through 141" to **1 through 160**

On page 33, change paragraph number 143 to **162**

On page 33, change paragraph number 144 to **163**

On page 34, change paragraph number 145 to **164**

On page 34, change paragraph number 146 to **165**

On page 34, change paragraph number 147 to **166**

On page 34, change heading Count XI, adding in **5 U.S.C 89 and 5 CFR § 890, et al**

On page 34, change paragraph number 148 to **167**

On page 34, change paragraph number 149 to **168**

On page 34, add new paragraph number **169**

On page 34, add new paragraph number **170**

On page 35, change paragraph number 150 to **171**

On page 35, change paragraph number 151 to **172**

On page 35, add new paragraph number **173**

On page 35, change paragraph number 152 to **174**

On page 35, change paragraph number 153 to **175**

On page 35, change paragraph number 154 to **176**

On page 36, change paragraph number 155 to **177**

On page 36, change paragraph number 156 to **178**

On page 36, change paragraph number 157 to **179**

On page 36, change paragraph number 158 to **180**

On page 36, change paragraph number 159 to **181**

On page 36, change paragraph number 160 to **182**

On page 36, change paragraph number 161 to **183**

On page 37, change paragraph number 162 to **184**

On page 37, change paragraph number 163 to **185**

On page 37, change paragraph number 164 to **186**

On page 37, change paragraph number 165 to **187**

On page 37, paragraph 187, change "1 through 164" to **1 through 186**

On page 37, change paragraph number 166 to **188**

On page 37, change paragraph number 167 to **189**

On page 37, change paragraph number 168 to **190**

On page 38, change paragraph number 169 to **191**

On page 38, change paragraph number 170 to **192**

On page 38, change paragraph number 171 to **193**

On page 38, paragraph 193, change "1 through 170" to **1 through 192**

On page 38, change paragraph number 172 to **194**

On page 38, change paragraph number 173 to **195**

On page 38, change paragraph number 174 to **196**

On page 39, change paragraph number 175 to **197**

On page 39, change paragraph number 176 to **198**

On page 39, change paragraph number 177 to **199**

On page 39, change paragraph number 178 to **200**

On page 39, change paragraph number 179 to **201**

On page 39, paragraph 201, change "1 through 179" to **1 through 200**

On page 39, change paragraph number 180 to **202**

On page 39, change paragraph number 181 to **203**

On page 40, change paragraph number 182 to **204**

On page 40, change paragraph number 183 to **205**

On page 40, change paragraph number 184 to **206**

On page 40, change paragraph number 185 to **207**

On page 40, change paragraph number 186 to **208**

On page 41, paragraph 208, change "1 through 185" to **1 through 207**

On page 41, change paragraph number 187 to **209**

On page 41, change paragraph number 188 to **210**

On page 41, change paragraph number 189 to **211**

On page 41, change paragraph number 190 to **212**

On page 41, change paragraph number 191 to **213**

On page 42, change paragraph number 192 to **214**

On page 42, paragraph 214, change "1 through 191" to **1 through 213**

On page 42, change paragraph number 193 to **215**

On page 42, change paragraph number 194 to **216**

On page 42, change paragraph number 195 to **217**

On page 42, paragraph 217, change "1 through 199" to **1 through 216**

On page 42, change paragraph number 196 to **218**

On page 42, change paragraph number 197 to **219**

On page 42, change paragraph number 198 to **220**

On page 43, change paragraph number 199 to **221**

On page 43, change paragraph number 200 to **222**

On page 43, change paragraph number 201 to **223**

On page 43, change paragraph number 202 to **224**

On page 43, paragraph 224, change "1 through 201" to **1 through 223**

On page 43, change paragraph number 203 to **225**

On page 43, change paragraph number 204 to **226**

On page 43, change paragraph number 205 to **227**

On page 43, change paragraph number 206 to **228**

On page 44, add heading:
Count XXI - (Violation of the Administrative Procedures Act - Defendant, Department of State) Violation of 3 FAM 3418

On page 44, add new paragraph number **229**

On page 44, add new paragraph number **230**

On page 44, add new paragraph number **231**

On page 44, add new paragraph number **232**

On page 44, add new paragraph number **233**

On page 44, add new paragraph number **234**

On page 44, add new paragraph number **235**

On page 45, add new paragraph number **236**

On page 45, add new paragraph number **237**

On page 45, add new paragraph number **238**

On page 45, add new paragraph number **239**

On page 45, add paragraph number **240**

On page 45, add new paragraph number **241**

On page 45, add heading:
Count XXII - Violation of the First Amendment of the United States Constitution
State Department - Overbreadth

On page 46, add new paragraph **242**

On page 46, add new paragraph **243**

On page 46, add new paragraph **244**

On page 46, add new paragraph **245**

On page 46, add new paragraph **246**

On page 46, add new paragraph **247**

On page 46, add new paragraph **248**

On page 46, add heading:
Count XXIII - Violation of First Amendment of the United States Constitution
State Department - Vagueness

On page 46, add new paragraph **249**

On page 46, add new paragraph **250**

On page 47, add new paragraph **251**

On page 47, add new paragraph **252**

On page 47, add new paragraph **253**

On page 47, add new paragraph **254**

On page 47, add new paragraph **255**

On page 47, add new paragraph **256**

On page 47, add new paragraph **257**

On page 47, add footnote #6

On page 48, change heading from: Counts 1-XI to **Counts 1-XXI-XXIII**

On page 48, change paragraph number 207 to **258**

On page 48, change paragraph number 208 to **259**

On page 48, change paragraph number 209 to **260**

On page 48, change paragraph number 210 to **261**

On page 48, change paragraph number 211 to **262**

On page 48, change paragraph number 212 to **263**

On page 48, change paragraph number 213 to **264**

On page 49, change paragraph number 214 to **265**

On page 49, change paragraph number 215 to **266**

On page 49, change paragraph number 216 to **267**

On page 49, change paragraph number 217 to **268**

On page 49, change paragraph number 218 to **269**

On page 49, change paragraph number 219 to **270**

On page 49, change paragraph number 220 to **271**

On page 50, change paragraph number 221 to **272**

On page 50, change paragraph number 222 to **273**

On page 50, change paragraph number 223 to **274**

On page 50, change paragraph number 224 to **275**

On page 50, change paragraph number 225 to **276**

On page 50, change paragraph number 226 to **277**

On page 50, change date from September 26, 2022 to **May 19, 2023**

Dated: May 22, 2023                                                    Respectfully submitted,

By: <u>*/s/ Brett J. O'Brien*</u>
    BRETT O'BRIEN, ESQ
    DC Bar License #: 1753983
    NATIONAL SECURITY LAW FIRM, LLC
    1250 Connecticut Avenue NW
    Washington, DC 20036
    Phone:  (202) 600-4996
    Fax:     (202) 545-6318