# EXHIBIT A

Case 1:22-cv-02939-DLF   Document 44-1   Filed 01/24/24   Page 1 of 3

January 19, 2024

Good morning *Matthew Gebert*,

We are contacting you regarding your Federal Employee Health Benefits (FEHB) coverage with the Department of State. Our records indicate that you went into a non-pay status effective _09/24/2019_. Per OPM regulations, employees may continue FEHB coverage for up to 365 days while in a non-pay status. Coverage <u>must</u> be terminated on the last day of the pay period in which the 365th day in a non-pay status occurs.

Your FEHB coverage was not terminated after 365 days in a non-pay status, as required. Per OPM guidelines, you have a choice as to when your coverage will terminate:

1. Terminate the enrollment effective on the last day of the pay period in which the error was discovered and keep the coverage during the erroneous enrollment period. In other words, if you were in a non-pay status beginning pay period 5 but you continued to use the FEHB benefits until pay period 15, you could use pay period 15 as the effective date of the cancellation of your FEHB benefits. You would owe the employee share of the premiums from pay period 5 to pay period 15. (i.e., if the employee incurred a debt, the employee owes the employee share of the premiums to the agency for that period, but the employee is entitled to full benefits during the period of the erroneous enrollment); **or**
2. Terminate the enrollment retroactively back to the date the FEHB enrollment should have terminated (i.e., the employee owes no premiums for the erroneous enrollment period but was not covered during that period and is responsible for any claims paid). This allows the employee to avoid a large premium debt due to the agency's error if few or no services were used.

You must respond to this correspondence within 10 business days of the date of receipt of tis letter, or your coverage will be retroactively terminated to the last day of the pay period in which your 365th day in a non-pay status occurred.

If you incurred a debt, you will receive correspondence from the Bureau of the Comptroller and Global Financial Services advising you of the amount of the debt and your repayment options.

If you have any questions, please contact FEHB@state.gov.

Sincerely,

FEHB Benefits Team

GTM/ER/WLD

