**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MATTHEW GEBERT,<br><br>   *Plaintiff*,<br><br> v.<br><br>U.S. DEPARTMENT OF STATE, *et al.*,<br><br>   *Defendants*. | No. 22-cv-2939 (DLF) |

**ORDER**

For the reasons given in the accompanying Memorandum Opinion, it is

**ORDERED** that the defendants' Motion to Dismiss, Dkt. 38, is **GRANTED**. It is further

**ORDERED** that the plaintiff's First Amended Complaint is **DISMISSED**. It is further

**ORDERED** that the plaintiff shall file any motion for leave to file a Second Amended Complaint within thirty (30) days of this order. Otherwise, the Court will dismiss this action. It is further

**ORDERED** that the plaintiff's Motion for Leave to File a Surreply, Dkt. 44, is **DENIED**.

**SO ORDERED.**

March 27, 2024

                    _____
                    DABNEY L. FRIEDRICH
                    United States District Judge