UNITED STATES DISTRICT
COURT DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE et al.,<br><br>*Defendants*. | Civil Action No. 22-2939 (DLF) |

PLAINTIFF'S MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff, Matthew Gebert, hereby moves for leave to file a Second Amended Complaint pursuant to an Order entered by the Honorable Dabney L. Freidrich on March 27, 2024 and attached hereto as **Exhibit A-Order dated March 27, 2024.**

1) Following the filing of Plaintiff's Complaint, which alleges that Defendants violated his rights under the United States Constitution, FOIA, the Privacy Act, and committed various Administrative Procedure Act violations, the Defendants moved to dismiss the Complaint on February 14, 2023. ECF No. 10. Plaintiff submitted his Memorandum in Opposition on March 31, 2023. (ECF No. 28). The Court granted Defendants' request for an extension of time to file their reply on or before May 7, 2023 (ECF No. 29), which was then extended to May 22, 2023 (ECF No. 30). Plaintiff consented to both requests. Defendants filed their Reply on May 19, 2023 (ECF No. 31).

2) On May 10, 2023, Defendants' counsel conferred with Plaintiff's counsel to

discuss another 14-day extension, which would extend the due date for Defendants' reply to June 5. Plaintiff requested the reason for Defendants' additional extension request, wherein Defendants' counsel indicated it was due to the several new facts and arguments put forth in Plaintiff's opposition memorandum, including, but not limited to, overbreadth and vagueness arguments. Plaintiff did not oppose Defendants' extension request.

3) During the May 10, 2023, discussions, however, Plaintiff's counsel indicated it would be best if Plaintiff just amended his Complaint to avoid any similar potential interpretations by the Court that Plaintiff was seeking to amend his Complaint by way of his opposition to the MTD.

4) On May 21, 2023 the Plaintiff filed a Notice of Motion for Leave to File First Amended Complaint (ECF #32).

5) On June 6, 2023, the Defendant filed their opposition to Plaintiff's Motion for Leave to File First Amended Complaint (ECF #33)

6) On June 7, 2023, the Honorable Dabney L. Freidrich entered a Minute Order granting Plaintiff's Motion and directing the Court Clerk to docket the Plaintiff's Amended Complaint. The Court further dismissed the Defendant's Motion to Dismiss as moot and ordered the Defendants to file their Answer and/or Motion to Dismiss on or before June 28, 2023.

7) On July 5, 2023, the Defendant filed their Motion to Dismiss Plaintiff's First Amended Complaint (ECF #38)

8) On August 7, 2023, the Plaintiff filed their opposition and reply to the Defendant's Motion to Dismiss. (ECF #41)

9) On August 28, 2023, the Defendant filed their Reply to Plaintiff's opposition. (ECF#43).

10) On March 27, 2024, the Honorable Dabney L. Freidrich rendered the Court's decision on the Defendant's Motion to Dismiss and ordered Plaintiff to request leave of Court if he were to file a Second Amended Complaint within thirty (30) days. (ECF #46).

11) Pursuant to Local Civil Rule 15.1, Plaintiff attaches to this motion the proposed pleading as amended. *See* **Exhibit B**. For the convenience of the Court and the Defendants, Plaintiff also attaches a "redline" version of the proposed pleading showing the changes between the Complaint and the proposed First Amended Complaint. *See* **Exhibit C.**

12) Briefly, the allegations Plaintiff seeks to add and/or correct in the Second Amended Complaint are as follows:

a) Pursuant to the Court's decision on March 27, 2024, the Plaintiff has removed the individual defendant employees of the Department of State but has included Antony Blinken, the Secretary of State as a defendant;

b) Providing information concerning the FOIA response released by the Defendant on September 24, 2021;

c) Add information on the Plaintiff's claim of improper collection under the Privacy Act (5 U.S.C. §552a(e)(3);

d) Add information that the questions asked during Plaintiff's interview are not covered under the state Department's System of Records Act (SORN);

e) Add information of the improper collection of First Amendment Information under the Privacy Act;

f) Removal of Count II due process claims of the Fifth Amendment against Defendants;

g) Removal of Count III of due process claims under the Fifth Amendment;

h) Removal of Count IV of due process claims against defendant;

i) Removal of Count VI - Unequal Enforcement of SEAD 4 against Defendant;

j) Add a Count for Violation of the First Amendment of the United States Constitution - Selective Enforcement;

k) Remove Count X for Violation of the Administrative Procedures Act;

l) Remove *Bivens* claim as to all individual defendants;

m) Remove Count XIII *Bivens* claim as to the violation of the First Amendment - Freedom of Association;

n) Remove Count XIV *Bivens* claims as to the violation of the First Amendment - Freedom of Assembly;

o) Remove Count XV *Bivens* claim as to the violation of the First Amendment - Retaliation;

p) Remove Count XVI *Bivens* claim as to the due process claims for violation of the due process clause of the Fifth Amendment;

q) Remove Count XVII *Bivens* claim against the Equal Protection Claim;

r) Remove Count XVIII against defendants John Does 1-10;

s) Add a count as to the Violation of the Privacy Act, 5 U.S.C. 552 - failure to sign a privacy act statement;

t) Add a count as to the Violation of the Privacy Act 5 U.S.C. 552a(e)(3) - collecting information not contained under the SORN Act, Volume 83, Number 116, Public Notice 10450, Page 28058;

u) Add a Count for Violation of the Privacy Act, 5 U.S.C. 552a(e)(7) - Collecting First amendment Information without Proper Authority;

v) Correcting Count X Violation of Freedom of Information Act - 5 U.S.C. 552;

w) Removal of Count XXI - Violation of the Administrative Procedures Act - Violation of 3 FAM 3418;

x) Removal of Count XXII - Violation of the First Amendment - Overbreadth;

y) Removal of Count XXIII - Violationof the First Amendment - Vagueness;

z) Correcting the Prayer for Relief as to all counts.

WHEREFORE, Plaintiff respectfully requests that the Court docket the attached Second Amended Complaint and establish a briefing schedule. A Proposed Order is attached.

Dated: April 25, 2024

Respectfully submitted,
By: /s/ *Brett J. O'Brien*
BRETT O'BRIEN, ESQ
Bar License #: 1753983
NATIONAL SECURITY LAW FIRM, LLC
1250 Connecticut Avenue
NW Suite 700
Washington, DC 20036
Phone: (202) 600-4996
Fax:    (202) 545-6318