# EXHIBIT G

 Gmail

**Yolande Liddy <yolande@nationalsecuritylawfirm.com>**

## IMO: Mathew Q. Gebert-Security Clearance Revocation
1 message

**Yolande Liddy** <yolande@nationalsecuritylawfirm.com>    Thu, Jul 16, 2020 at 2:45 PM
To: FOIARequest@state.gov
Bcc: Brett O'Brien <brett@nationalsecuritylawfirm.com>

Sir/Madam:

Please be advised that this office  Mathew Q. Gebert in connection with his security clearance revocation.  I am attaching hereto a Privacy Act Request for all information concerning this matter.  Please note that to ensure your receipt, I am also forwarding via certified mail.  If you require any further information, please do not hesitate to contact our office.  Thank you in advance.

Yolande M. Liddy
Paralegal
**Brett O'Brien Law**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC  20005
Phone:  200-600-4996
Fax:     200-600-4997
Email:  yolande@nationalsecuritylawfirm.com

---

**2 attachments**


**Gebert Passport.jpg**
2436K


**Gebert Request.pdf**
516K

EXHIBIT H



**United States Department of State**

*Washington, D.C. 20520*

SEP 2 4 2021

Brett O'Brien, Esq.                           Privacy Act Case # P-2020-00021 Segment I
1250 Connecticut Avenue, NW
Suite 700
Washington DC, 20005

Dear Mr. O'Brien:

Reference is made to your July 15, 2020 request, under the Privacy Act (PA), 5 U.S.C. § 552a, to the Department of State (DOS) for a copy of records pertaining to your client, Mr. Matthew Gebert.

The Bureau of Diplomatic Security (DS) was forwarded your PA request on December 16, 2020. Your PA request was assigned the tracking number at the top of this letter. Please include the tracking number in all future communications concerning this PA request.

Please be advised that a search has been conducted in DS and a number of pages were located that are responsive to your request.

For administrative purposes, your request has been divided into two parts. This letter addresses Segment I, which consists of 509 pages. Information still under review will be addressed under separate cover.

After careful review, I have determined 296 pages are to be released in full.

Portions of 124 pages have been withheld because they are about other persons. This information does not constitute a record about you for the purposes of the Privacy Act and is not germane to your request. Release of this information without the consent of the persons concerned is prohibited by the Privacy Act, 5 U.S.C. § 552a(b). This information is also exempt from disclosure pursuant to the Freedom of Information Act:

- 5 U.S.C. § 552(b)(6), which concerns material the release of which would constitute a clearly unwarranted invasion of an individual's personal privacy.

- 5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of an individual's personal privacy.

In additions, information has been withheld pursuant to the provisions of 5 U.S.C. § 552a (k)(5) which concerns investigatory material compiled for employment purposes the release of which would reveal the identity of a source under an express promise of confidentiality. This information is also exempt from disclosure pursuant to the Freedom of Information Act:

- 5 U.S.C. § 552(b)(7)(D), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to disclose the identity of a confidential source.

A portion of one page, and 14 pages in their entirety, originated with other federal agencies and have been referred for their review and direct reply to you.

The Privacy Act permits individuals to request amendment of information about themselves. If you believe that the information the Bureau of Diplomatic Security maintains on you is not accurate, relevant, timely, or complete, you may request amendment of it. A copy of the Department's procedures for requesting amendment of personal information is enclosed.

You may contact our FOIA Requester Service Center or our FOIA Public Liaison for any further assistance and to discuss any aspect of your request via email at Foiastatus@state.gov or telephone at (202) 261-8484.

If you are not satisfied with DOS's determination in response to this request, you may administratively appeal by writing to: Appeals Officer, Appeals Review Panel, Office of Information Programs and Services (IPS), U.S. Department of State, A/GIS/IPS/PP/LA, HST Room B266, 2201 C Street, NW, Washington, D.C. 20520, or faxed to 202-485-1718. Appeals must be postmarked within 90 calendar days of the date of this initial agency decision letter. Please include a copy of this letter with your written appeal and clearly state why you disagree with the determinations set forth in this response. Additionally, if you are not satisfied with DOS's determination in response to your request, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration (NARA) to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email address: ogis@nara.gov; telephone: (202) 741-5770; toll free number: 1-877-684-6448; facsimile: (202) 741-5769.

Sincerely,

Michael D. Caramelo, Chief
DS/MGT/FOIA-PA
Freedom of Information Act and
Privacy Act Division
Bureau of Diplomatic Security

Enclosures:
    Amendment Procedures
    418 Pages

## Privacy Act Amendment Requests

Under the Privacy Act of 1974 you have the right to request that the Department amend a record about you, which you believe is not accurate, relevant, timely, or complete.  5 USC § 552a (d)(3).

(a)     Requests to amend records must be made in writing to:

**Information and Privacy Coordinator**
**Office of Information Programs and Services**
**Department of State**
**SA-09, 2025 E Street, NW**
**NW8-086B**
**Washington, DC 20006**

This office will coordinate the review of the request to amend a record with the appropriate office(s).  The request should contain, at a minimum, identifying information needed to locate the record, a brief description of the items of information to be amended, and the nature of the requested amendment.  You should submit any available documents, arguments or other data to support your request.  Additionally, the Department will require verification of personal identity, i.e. notarized request with pertinent biographical information, before amending a record.  This is required to ensure that the document(s) in question belong to you.  5 USC § 552a (f)(4).

(b)     All requests to amend records will be acknowledged within 10 days (excluding Saturdays, Sundays and Federal holidays).  Whenever possible, all requests for amendments to records will be reviewed within 10 working days of their receipt by the office responsible for the record, and you will be advised of the results of the review.  The Office of Freedom, Privacy and Classification Review will inform you when the review cannot be completed within 10 working days.  Except in unusual circumstances, this review will be completed no late than 30 working days after the receipt of the request to amend a record.

(c)     In reviewing a record in response to a request to amend, the Department will determine whether the amendment of the record(s) in question is relevant and necessary to accomplish the purpose of the Department, i.e. to assure fairness to the individual to whom the record pertains in any determination about that individual which may be made on the basis of that record.  The Department will incorporate the criteria of accuracy, relevance, timeliness, and completeness of the record in that review.  5 USC § 552a (e)(1).

(d)     If the office responsible for the record agrees with your request to amend a record, that office will:

    (1)     Advise you in writing;
    (2)     Amend the record accordingly; and,
    (3)     If an accounting or disclosure has been made, advise all previous recipients of the record of the amendment and its substance.

(e)     If after the initial review the office responsible for the record disagrees with all or any part of the requested amendment, an officer at the Deputy Assistant Secretary level or equivalent, will:

    (1)     Advise you of its refusal and the specific reason for it in writing; and
    (2)     Inform you of your rights of further review and administrative appeal.

Page 1

# Case Processing Worksheet

| | | | |
|---|---|---|---|
| **Gebert, Matthew Quinn** | 795019 | U1P | 09/20/2019 |
| Case Name (Last, First MI) | Case Number | Case Code | Case Opened Date |
| (b)(6); (b)(7)(C) | **TIER 5-PR** | **Top Secret** | · 10/20/2019 |
| Processor Name (Last, First MI) | Investigation | Sensitivity | Case Due Date |

| CASE INITIATION | DATE | INITIALS |
|---|---|---|
| ☐ CVS/JPAS | | |
| ☒ Credit Check (310) *RMS* | 09/20/2019 | (b)(6), (b)(7)(C) |
| ☒ Intel Indices Check (267) | 09/20/2019 | |
| ☒ TSC Check (327) | 09/20/2019 | |
| ☒ Financial History Check | 09/20/2019 | |
| ☐ High Scope Check (332) *CMS   RMS* | | |
| ☐ IMS Check (339) | | |

| RECORDS | DATE | INITIALS |
|---|---|---|
| ☐ FBI Fingerprint Scan (315) *No Record - Record - Unreadable* | | |
| ☐ DHS IDENT No Record - See Record | | |
| ☐ DOD ABIS No Record - See Record *Alert from ABIS system - Yes / No* | | |
| ☒ DCII (312) *No Record - See Record* | 9/23 | (b)(6); (b)(7)(C) |
| ☒ NCIC/TECS/III (314) *No Record - See Record* | 7/23 | |
| ☐ Selective Service *No Record - See Record* | | |
| ☒ OPM/SII (307) *No Record - See Record* | 9/24 | |
| ☒ JPAS (308) *No Record - See Record* | 9/24 | |
| ☐ OPM ROI Requested (811) Yes / No | | |
| ☒ OFI 79 *Completed* | | ✓ |
| ☒ Forward to Team in CMS | | ✓ |

| ADDITIONAL COMMENTS |
|---|
| eMemo EXPEDITE<br>Assign / hand-carry to ADV once records checks are complete -<br>ELZ |

EXPEDITE

20181126 V1.5

RMS ☒ Releases ☐ POC ☒ Supplemental

CMS
- ☒ 321 - FBI Name Check
- ☐ 700 - Interim Requested
- ☐ 502 - Possible Reval/Conversion/Reissue
- ☐ 803 - Possible Reciprocity
- ☐ 522 - Revalidation Requested
- ☐ 804 - Reciprocity Requested
- ☒ Forward to Team

### SPOUSAL-NAC

**Gebert, Anna Vuckovic**

Spouse Name (Last, First MI)

(b)(6); (b)(7)(C)

Date of Birth

**Chicago, IL**

Place of Birth

(b)(6); (b)(7)(C)

Social Security Number (If Applicable)

- ☒ FBI Name Check (320)   ☐ TSC Check (267)
- ☒ OPM/SII (307):   (NR) See Attached
- ☒ JPAS (308):   (NR) See Attached
- ☒ DCII (312):   (NR) See Attached
- ☒ NCIC/TECS/III (314):   (NR) See Attached

| ☐ CERTIFICATION |
|---|
| Team Member: _____ |

| ☐ INVESTIGATIONS |
|---|
| Team: _____ |
| Case Manager: _____ |

| ☐ ADJUDICATIONS | |
|---|---|
| ☐ (ADJ 1) (b)(6) | ☐ (ADJ 2) (b)(6) |
| ☐ (ADJ 3) (b)(6) | ☐ (ADJ 4) (b)(6), |
| Adjudicator: | |

SENSITIVE BUT UNCLASSIFIED

| United States Department of State |
| :---: |
| Bureau of Diplomatic Security |
| Report of Investigation |

| GEBERT, MATTHEW QUINN | Case Number: 735019 |
| --- | --- |

### Tier 5 Reinvestigation

**Reporting Offices:** London, DS/SI/PSS - OPF, Los Angeles, Washington, Tel Aviv, Vienna, Boston, Luanda, Hanoi

**Dates Investigated:** 20-SEP-19 - 06-MAR-20

**Date Reported:** 05-MAR-20

**Reference:** Headquarters Memorandum Dated: 24-SEP-19

**Status:** CLOSED

**Issues:**
> Criminal Conduct
> Outside Activities
> Allegiance to the United States
> Personal Conduct
> Foreign Influence
> Emotional, Mental and Personality Disorder

SENSITIVE BUT UNCLASSIFIED

This document contains data that is designated Sensitive But Unclassified (SBU). Handling, sharing, storing and disseminating this document will follow the guidelines stipulated by the Freedom of Information Act, 5 U.S.C. 552 or the Privacy Act, 5 U.S.C. 592a. Third party dissemination of this document is prohibited without approval from the Bureau of Diplomatic Security, Office of Personnel Security and Suitability.

SENSITIVE BUT UNCLASSIFIED                                              Page 1

Page 3

SENSITIVE BUT UNCLASSIFIED

| United States Department of State<br>Bureau of Diplomatic Security<br>Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 735019 |

## DETAILS

Unless otherwise indicated herein, and as appropriate for the relation of each source to Gebert, sources were asked about Gebert's allegiance to the United States, susceptibility to foreign influence, preference for a foreign country, personal conduct, financial affairs, alcohol consumption, drug involvement, physical, emotional, and mental health, criminal conduct, security violations, outside activities and use of information technology. Sources were also queried about other suitability related issues such as Gebert's ability to perform their job, carry out the policies of the U. S. Government and effectively work with others. Unless specifically indicated to the contrary, each source commented favorably and recommended Gebert for a position of trust and responsibility without reservation. Each source that provided information related to this investigation was informed that the Privacy Act of 1974 (5 USC 552a) requires, upon request by Gebert, disclosure of the information they provided unless they expressly requested their identity be held in confidence and the information they provided would reveal their identity. Unless otherwise indicated herein, no source expressly requested their identity be held in confidence.

### National Agency Checks

#### CIA - Liaison

Subject: MATTHEW GEBERT, DATE REQUESTED: 09/20/2019 DATE COMPLETED: 09/24/2019
An inquiry was made; if any results exist they will be forwarded separately.

Submitted By: (b)(6); (b)(7)(C)

Spouse: (b)(6); (b)(7)(C)  DATE REQUESTED: 09/25/2019 DATE COMPLETED: 09/26/2019
An inquiry was made; if any results exist they will be forwarded separately.

Submitted By: (b)(6); (b)(7)(C)

Father-in-law: (b)(6); (b)(7)(C)  DATE REQUESTED: 09/25/2019 DATE COMPLETED: 09/26/2019
An inquiry was made; if any results exist they will be forwarded separately.

Submitted By: (b)(6); (b)(7)(C)

Mother-in-law: (b)(6); (b)(7)(C)  DATE REQUESTED: 09/25/2019 DATE COMPLETED: 09/26/2019
An inquiry was made; if any results exist they will be forwarded separately.

Submitted By: (b)(6); (b)(7)(C)

#### DCII

Subject: MATTHEW GEBERT, DATE REQUESTED: 09/23/2019 DATE COMPLETED: 09/23/2019
no record

Submitted By: (b)(6); (b)(7)(C)

#### JPAS

Subject: MATTHEW GEBERT, DATE REQUESTED: 09/24/2019 DATE COMPLETED: 09/24/2019

SENSITIVE BUT UNCLASSIFIED

**United States Department of State**
**Bureau of Diplomatic Security**
**Report of Investigation**

| GEBERT, MATTHEW QUINN | Case Number: 735019 |
|---|---|

NO RECORD

Submitted By: (b)(6); (b)(7)(C)

*NCIC*

Subject: MATTHEW GEBERT, DATE REQUESTED: 09/23/2019 DATE COMPLETED: 09/23/2019
no record.

Submitted By: (b)(6); (b)(7)(C)

*OPM/SII*

Subject: MATTHEW GEBERT, DATE REQUESTED: 09/24/2019 DATE COMPLETED: 09/24/2019
OPM/SII revealed a record. The most recent investigation reported was a OFI79T5R reflected as closed
complete by DOS on 06/07/2019.

Submitted By: (b)(6); (b)(7)(C)

**Other Records Checks**

*Financial History*

Subject: MATTHEW GEBERT, DATE REQUESTED: 09/23/2019 DATE COMPLETED: 09/26/2019
See file in the Reading Room

Submitted By: (b)(6); (b)(7)(C)

*Program Application Division (APD)*

Subject: Matthew Gebert, DATE REQUESTED: 09/25/2019 DATE COMPLETED: 09/25/2019
no record.

Submitted By: (b)(6); (b)(7)(C)

*Terrorist Screening Check (TSC)*

Subject: MATTHEW GEBERT, DATE REQUESTED: 09/23/2019 DATE COMPLETED: 09/23/2019
No record.

Submitted By: (b)(6); (b)(7)(C)

**Spousal National Agency Checks**
*DCII-Spouse*

Page 5

SENSITIVE BUT UNCLASSIFIED

| United States Department of State<br>Bureau of Diplomatic Security<br>Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 735019 |

Spouse: [b)(6), (b)(7)(C)]
no record   DATE REQUESTED: 09/23/2019 DATE COMPLETED: 09/23/2019

Submitted By: [b)(6); (b)(7)(C)]

### JPAS-Spouse

Spouse: [b)(6), (b)(7)(C)]
NO RECORD   DATE REQUESTED: 09/24/2019 DATE COMPLETED: 09/24/2019

Submitted By: [b)(6); (b)(7)(C)]

### NCIC-Spouse

Spouse: [b)(6), (b)(7)(C)]
no record.   DATE REQUESTED: 09/23/2019 DATE COMPLETED: 09/23/2019

Submitted By: [b)(6); (b)(7)(C)]

### OPM/SII-Spouse

Spouse [b)(6); (b)(7)(C)]
NO RECORD   DATE REQUESTED: 09/24/2019 DATE COMPLETED: 09/24/2019

Submitted By: [b)(6); (b)(7)(C)]

### NEIGHBORHOODS

### 01-JUN-12 – 01-SEP-19, 505 NIVEN COURT SW, LEESBURG, VA

01-Oct-19
Marc B. Willson, Owner of The Willson Company, N/A, 502 Niven Court SW, Leesburg, VA 20175

Willson has been acquainted with Gebert from 06/2012 to 10/01/2019, in a casual capacity with weekly in-person contact as his neighbor. Willson stated that the extent of his contact with Gebert is to say hello to Gebert when Gebert watches his children play in cul-de-sac of Niven Court. Willson described Gebert as friendly during their brief encounters and Willson has never observed Gebert exhibit aggressive or inappropriate behavior. Willson stated that he has read "No Hate" messages posted on the Greenway Farms Home Owners Association (HOA) Facebook page directed at Gebert. Willson was being interviewed on the front porch of his residence and at this point in the interview, Willson's wife came to the door and demanded that Willson end the interview and come back into the house while stating, "He (pointing to Gebert's residence) could have a gun." Willson told the investigator that he needed to end the interview and he went into his residence.

Submitted By: [b)(6); (b)(7)(C)]

01-Oct-19
Grantino T. Reid, Raytheon Company Linguist, N/A, 104 Sheridan Way SW, Leesburg, VA 20175

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

| United States Department of State Bureau of Diplomatic Security Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 735019 |

Reid has been acquainted with Gebert from 07/2013, when Reid moved into his residence, to 10/01/2019 in a social capacity with weekly in-person contact as his neighbor. Reid stated that the extent of his social contact with Gebert has been to say hello while Gebert was pushing one of his children in a stroller past Reid's residence, and having discussions with Gebert on the use of best landscaping practices for their lawns. Reid also stated that within the past two years he and Gebert engaged in conversation while attending a neighborhood children's Halloween party in the cul-de-sac area of Niven Court. Reid advised that on one occasion Gebert told Reid he was employed by the U.S. Department of State. Reid also identified himself as a retired U.S. Air Force Lieutenant Colonel and Gebert has never said anything or acted in such a manner that caused Reid to question his loyalty to the U.S. Government or prevent Gebert from carrying out the policies and programs of the U.S. Government. Reid stated that Gebert has never exhibited any behavior that would be a concern to Reid or his family. Reid stated that in 08/2019, he received a telephone call from his son, Ian Reid, and asked Reid if he had read an online article published by a hate watch group identifying Gebert as an organizer and member of a white supremacy group. Reid advised that his son has resided in California for the past two years and he is not personally acquainted with Gebert. Reid read the article but he could not remember the author or title of the article, although the article identified Gebert as an organizer and member of a white supremacy group advocating white race superiority, and degrading nonwhites and Jewish people. Reid stated that Gebert has never referred to nonwhites or Jewish people in a disparaging manner while in his presence. Reid advised that during their conversations, Gebert never made a comment that caused Reid to wonder whether Gebert embraced white supremacy values. Reid also advised that on one or two occasions he has observed adult and children visitors at Gebert's residence, but he did not observe any activity contrary to normal social visits. Reid stated that he has not observed any police activity at Gebert's residence and he is not aware of any criminal activity committed by Gebert. Reid also stated that he has never observed Gebert carrying a weapon or engaged in any personal conduct that could be construed as contrary to the habits of a good neighbor. Reid stated that he had no reason to believe Gebert could be vulnerable to foreign influence. Reid described Gebert as friendly and a good neighbor. Reid stated that he respects Gebert's right to express his views as guaranteed by the First Amendment of the U.S. Constitution. Reid also stated that he would recommend Gebert for a position of trust and responsibility on the condition that Gebert does not commit any overt acts in furtherance of the white supremacy ideology. Although Reid's residence was on a different street than Gebert's residence, Reid's residence is located at the corner of Sheridan Way and Niven Court and was separated from Gebert's residence by two houses.

Submitted By (b)(6); (b)(7)(C)

04-Oct-19

Joseph P. Marques, Director of Analytics for Cyber GYX, N/A, 507 Niven Court SW, Leesburg, VA 20175

Marques has been acquainted with Gebert from 06/2012 to 10/04/2019, in a social capacity with in-person contact two or three times per week as his friend and next-door neighbor. Marques advised that during his in-person contact with Gebert they have engaged in conversation on their front yards and around the fire pits in their backyards, and participated in Halloween parties and other neighborhood social functions in the cul-de-sac area of their street. Marques also advised that he knows Gebert's wife and they have had weekly conversations on their front yards. Marques described Gebert and his wife as friendly, pleasant and great neighbors. Marques stated that in 06/2019, a representative from the Southern Poverty Law Center (SPLC) visited his neighborhood and spoke with his wife. After their conversation, Marques's wife told Marques that the SPLC representative accused Gebert of being a white supremacist. Marques advised that the SPLC representative referred his wife to an online article that purportedly described Gebert's white supremacy ideology. Marques stated that he read the article and the only part of the article he recalled was a statement

SENSITIVE BUT UNCLASSIFIED

**United States Department of State**
**Bureau of Diplomatic Security**
**Report of Investigation**

| GEBERT, MATTHEW QUINN | Case Number: 735019 |
|---|---|

attributed to Gebert that said something to the effect that white governments ought to have nuclear weapons. Marques also stated, "If he (Gebert) is the face of a white supremacist, I hope all of my neighbors are white supremacists." At this point during the interview, Marques retrieved a portrait of his family from a wall in his home. Marques advised that his wife was born in India and both she and their children have dark skin. Marques further advised that his oldest daughter has babysat Gebert's children in the past and his daughter never felt threatened by Gebert or his wife due to her dark skin or his wife's ancestry. Marques also advised that his daughter has been annoyed and conveyed frustration to Marques that Gebert has been labeled a white supremacist. Marques stated that Gebert has never expressed any white supremacy ideology to him. Marques advised that Gebert has never said anything or acted in such a manner that caused Marques to question his loyalty to the U.S. Government or prevent Gebert from carrying out the policies and programs of the U.S. Government. Marques stated that Gebert has never exhibited criminal behavior and he has not observed Gebert in possession of a weapon of any kind. Marques advised that Gebert and his wife entertain in their home to the same degree that all of his other neighbors entertain in their homes. Marques stated that after the SPLC representative came to his neighborhood, a woman unknown to Marques took photographs of Gebert's house and she asked Marques if he knew that a Nazi was living next door to him. Marques also advised that after the SPLC representative came to his neighborhood, a Leesburg Police Officer spoke to his wife about the visit by the SPLC representative. Marques stated that he noticed increased patrols by the Leesburg Police Department for approximately one week after the SPLC representative came to his neighborhood. Marques advised that he is annoyed with the SPLC for the unwarranted conflict its representative caused to his neighborhood and Gebert in particular. Marques stated that the SPLC and its followers created an unwarranted incident in his neighborhood in order to vilify Gebert and promote their agenda. Marques further stated that he believed the SPLC representative was trying to destroy Gebert's life and career, and that Gebert was specifically targeted because he is employed by the U.S. Department of State resulting in greater news coverage. Marques also stated that Gebert was a former president of his community's home owners association, but according to news reports Gebert voluntarily resigned after the SPLC representative came to his neighborhood. Marques described Gebert as trustworthy, friendly and a great family man. Marques recommended Gebert for a position of trust and responsibility.

Submitted By: (b)(6), (b)(7)(C)

04-Oct-19
Shirley J V. Levesque, Teacher's Assistant/Frederick Douglas School, N/A, 503 Niven Court SW, Leesburg, VA 20175

Levesque has been acquainted with Gebert from 06/2012 to 10/04/2019, in a social capacity with weekly in-person contact as his next-door neighbor. Levesque stated that she resides at 503 Niven Court SW, Leesburg, VA. Levesque advised that during her in-person contacts with Gebert they had conversations on their front yards and attended neighborhood Halloween parties in the cul-de-sac area of their street. Levesque also advised that Gebert has mowed her lawn on occasion and cleared her driveway of snow after her husband's passing. Levesque further advised that she has met Gebert's wife and children whom she described as friendly and courteous. Levesque stated that through general conversation with residents in her neighborhood, she learned that Gebert hosted a podcast that may have been controversial. Levesque declined to provide the information she learned about the content of the podcast because she considers the information second-hand and rumor. Levesque further stated that she did not listen to the podcast and she never discussed the podcast with Gebert. Levesque advised that a few months ago she learned that some individuals were going door-to-door on her street attempting to interview neighbors about an article someone wrote accusing Gebert of being a white nationalist. Levesque stated that she did not speak with anyone seeking this type of information on Gebert. Levesque advised that Gebert was the former president of her community's home owners

SENSITIVE BUT UNCLASSIFIED

| United States Department of State | |
|---|---|
| Bureau of Diplomatic Security | |
| Report of Investigation | |
| GEBERT, MATTHEW QUINN | Case Number: 735019 |

association, but he resigned for reasons unknown to her. Levesque stated that she has no reason to believe Gebert is involved in criminal activity and she has never seen him in possession of a weapon. Levesque also stated that she has not observed police activity at Gebert's residence. Levesque advised that Gebert has never said anything or acted in such a manner that caused Levesque to question his loyalty to the U.S. Government or prevent Gebert from carrying out the policies and programs of the U.S. Levesque further advised that Gebert never discussed white nationalism ideology or any other ideology which she would consider in conflict with his qualifications for a U.S. Government position. Levesque described Gebert as trustworthy, friendly, a good neighbor and a good family man. Levesque recommended Gebert for a position of trust and responsibility. Listed corroborator Levesque was interviewed. All residences on Gebert's street were canvassed and business cards were left at each residence. Only one resident, who was not previously interviewed, was available for an interview and his interview was documented in a separate ROI.

Submitted By: (b)(6); (b)(7)(C)

## EMPLOYMENT

### 01-JUN-12 - 01-SEP-19 DEPARTMENT OF STATE, WASHINGTON, DC

25-Sep-19
Electronic Review, Official Personnel File, OPF, 2401 E Street NW, Washington, DC 20037

Gebert's E-OPF folder through the Department of State's HR Online database reflects employment from 05/19/2013. The SF-50 folder reflects service in the following assignments:

05/29/2016: Foreign Affairs Officer, ERN/EDP/MEA

05/31/2015: Foreign Affairs Officer, ERN/EDP/MEA

05/19/2015: Foreign Affairs Officer, ERN/EDP/MEA

05/18/2014: Foreign Affairs Officer, ERN/EDP/MEA

05/19/2013: Foreign Affairs Officer, ERN/EDP/MEA

No prior Federal Employment noted.

Gebert's performance folder noted 06 evaluations for 2013 thru 2017 with no derogatory information.

Submitted By: (b)(6); (b)(7)(C)

### 01-MAY-13 - 01-SEP-19 DEPARTMENT OF STATE, WASHINGTON, DC

21-Oct-19
Joshua C. Volz, Senior International Energy Officer, DOS/ENR/EDP/EMA, 2201 C Street, NW, 4846, Washington, DC 20520

Volz has been acquainted with Gebert from 05/2013 to 08/2019, in a professional and social capacity with daily contact, as a co-worker. Volz socialized with Gebert a couple times a year at office parties or every month or so

SENSITIVE BUT UNCLASSIFIED　　　　Page 7

SENSITIVE BUT UNCLASSIFIED

### United States Department of State
### Bureau of Diplomatic Security
### Report of Investigation

| GEBERT, MATTHEW QUINN | Case Number: 735019 |
|---|---|

when he would stop by Gebert's office and chat with him. Volz described Gebert as a person who always got his work done, but often seemed to be underemployed and did not seem to want to reach above and beyond to expand his opportunities or increase his visibility. Volz noted that Gebert seemed to spend a lot of time on his personal phone. Volz recalled a conversation with Gebert after the birth of his third child, in which Gebert said that he had another child so that he could populate with like-minded people. At the time, Volz thought this meant in political terms. Volz does not recommend Gebert for a position of trust and responsibility. Volz expressed concerns that Gebert's personal beliefs such as his expressed admiration for Putinism and authoritarian leaders may make Gebert vulnerable to manipulation, blackmail, or coercion.

Submitted By: (b)(6); (b)(7)(C)

21-Oct-19
Erica E. Thomas, Director, DOS/ENR, 2201 C Street, NW, 4843, Washington, DC 20520

Thomas has been acquainted with Gebert from 08/2017 to 08/2019, in a professional capacity with daily contact, as a supervisor. Thomas met Gebert in 08/2017 when she came into the department as his supervisor. Thomas described Gebert as a good rater, a person who fulfilled his assignments in a timely manner, but who did not take initiative or seem to be interested in being promoted. Thomas noted that Gebert spent a lot of time throughout the day on his personal phone. She added that he was quiet and kept to himself.

Submitted By: (b)(6); (b)(7)(C)

25-Oct-19
C. Colin Guest, Deputy Director, ENR/EDP/EMA, 2201 C Street, NW, 4754, Washington, DC 20520

Guest has been acquainted with Gebert from 08/2017 (when Guest came into the office) to 08/2019, in a professional capacity with daily contact, as Gebert's supervisor. Guest described Gebert as a reliable employee who Guest could count on to quickly complete his tasks.

Submitted By: (b)(6); (b)(7)(C)

25-Oct-19
Ruth C. Ku, Senior Energy Finance Advisor, DOS/ENR/ETR/EEE, 2201 C Street, NW, 4428, Washington, DC 20520

Ku has been acquainted with Gebert from 10/2013 (when Ku started working in the office) to 08/2018, in a professional and social capacity with monthly contact, as a coworker. From 08/2018 to 10/2019, Ku has been acquainted with Gebert in a professional and social capacity with weekly contact, as coworkers. Ku socialized with Gebert when they would chat before or after meetings. Ku described Gebert as a person she had no reason to distrust. Ku noted that when she first met Gebert, he seemed smiley, warm, and open. Ku commented that sometime around 2018, Gebert never seemed to smile and was not as cheerful as he had been previously. Ku did not ask him about the difference and was not aware of anything that had caused the change in his demeanor. Ku was uncertain as to whether she had concerns about Gebert's loyalty to the United States. Ku was unaware of any arrests or criminal conduct for Gebert. Ku did not recommend Gebert for a position of trust and responsibility unless a DS investigation shows that he is suitable. Ku commented that from information that she has read and heard about tweets and political donations to right wing politicians that Gebert has made, she feels that Gebert may be vulnerable to coercion or blackmail based on his personal conduct and beliefs; however, she was unable to provide any specific reasons or concerns.

Submitted By: (b)(6); (b)(7)(C)

SENSITIVE BUT UNCLASSIFIED

| United States Department of State. Bureau of Diplomatic Security. Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 735019 |

07-Nov-19

Benjamin L. Schmitt, Post-doctoral Research Fellow, 20 Quincy Street, Cambridge, MA, 88 Ames Street, 1512, Cambridge, MA 02142

Schmitt has been acquainted with Gebert from 08/2015 to 04/2019, in a professional capacity with daily contact during the above period. Schmitt advised that he (Schmitt) arrived in the office in 08/2015. Schmitt stated that he has had no contact with Gebert since he (Schmitt) left the Department of State (DOS) in 04/2019. Schmitt advised that he sat across from Gebert's office at the DOS's Bureau of Energy Resources. Schmitt stated that Gebert's performance was average as he didn't go beyond what was necessary to complete the job. Schmitt advised that Gebert was a quiet, smart individual, who kept to himself. Schmitt advised that Gebert would occasionally talk sports, but Schmitt was not sure if Gebert had friends in the office.

Schmitt advised that after he left the DOS, he became aware of Gebert being suspended from his position in speaking with his (Schmitt's) former co-workers (names mentioned below). Schmitt advised that an article was published by the Southern Poverty Law Center (SPLC) that tied Gebert to a White Nationalist movement. Schmitt advised that he and his former co-workers were surprised as Gebert never made any racist statements or spoke about any White Nationalist agenda in the office. Schmitt provided the names of four former co-workers who worked with Gebert (b)(6); (b)(7)(C) (b)(6); (b)(7)(C) (b)(6); (b)(7)(C) (b)(6); (b)(7)(C) (b)(6); (b)(7)(C) (b)(6); (b)(7)(C) and (b)(6); (b)(6); (b)(7)(C) . Schmitt did not believe that any of his former co-workers would have any additional information concerning Gebert's activities outside of what they read in the SPLC article.

Schmitt was asked a series of questions regarding his allegiance to the U.S., personal conduct and criminal conduct. Schmitt had no first-hand knowledge of any allegiance to the U.S., personal conduct or criminal conduct issues, to include his knowledge of any involvement in white nationalist groups, use of fake names on the internet etc. nor does he know anyone who did. Schmitt was never told and never heard other coworkers or friends reporting to have knowledge of Gebert's activities in these groups.

Schmitt stated that he would not recommend Gebert for a position of trust and responsibility nor a position involving access to classified information based upon what he read.

Submitted By: (b)(6); (b)(7)(C)

31-Jan-20

Marianna Neisuler, ECON, Department of State, 71 HaYarkon Street, Tel Aviv 6343229

Neisuler has been acquainted with Gebert from 05/2013 to 09/2015, in a professional capacity with daily contact during their tours at the Energy Natural Resource (ENR) Office in Washington D.C. Neisuler stated that she was Gebert's direct supervisor. Neisuler discontinued her contact with Gebert in 2015 because she was assigned the U.S. Embassy in Amman, Jordan.

Neisuler described Gebert as a dedicated husband who was passionate about his spouse who was from Serbia. Neisuler further stated that Gebert was vocal in expressing his right/center political views during office political discussions among other employees but Gebert's views did not appear to be extreme. Neisuler also stated that she and other employees did not take Gebert seriously and was ignored. Neisuler had no further derogatory information to provide. Neisuler stated that Gebert was loyal to the U.S. and was an average federal employee. During Neisular supervision of Gebert, Gebert would draft cables that required considerable editing due to extensive detailing. Being a newly hired employee at the time, Gebert's performance would cultivate as he

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

**United States Department of State**
**Bureau of Diplomatic Security**
**Report of Investigation**

| GEBERT, MATTHEW QUINN | Case Number: 735019 |
| --- | --- |

gains experience in the Department Based on the interaction that Neisuler had with Gebert during their tour in ENR, Neisuler would recommend Gebert for a position of trust and responsibility, without reservation.

Neisuler provide the following names of personnel who were engaged in political conversations with Gebert, from 2013-2015 while assigned ENR:

[(b)(6); (b)(7)(C)] — no longer with the Department of State (no contact information)
Submitted By: [(b)(6); (b)(7)(C)]

03-Feb-20
Sandra S. Oudkirk, Deputy Assistant Secretary, EAP, 2201 C St. NW, 6205, Washington, DC 20520

Oudkirk has been acquainted with Gebert from 08/2014 to 05/2019, in a professional capacity with varied contact. Oudkirk stated from 08/2014 to 08/2016 she saw Gebert daily, in-person as Gebert's second level supervisor in a professional capacity when she began working as the Office Director of the Bureau of Energy Resources (ENR), Energy Diplomacy (EDP), Middle East and Asia office. Oudkirk stated that from 08/2016 to 01/2017 she moved to the Bureau of Economic and Business Affairs (EB), Counter Threat Finance & Sanctions (CTF), Office of Sanctions Policy and Implementation, as the Office Director and from 01/2017 to 01/2018 as the acting Deputy Assistant Secretary for EB/CTF, she had no type of contact with Gebert. Oudkirk stated that from 01/2018 to 05/2019, she would see Gebert once a week in-person, in a professional capacity, as the supervisor of Gebert's supervisor when she became the Deputy Assistant Secretary for ENR/EDP. Oudkirk stated that from 05/2019 to 02/2020 she moved to the East Asia Pacific front office as the Deputy Assistant Secretary and has had no type of contact with Gebert. Oudkirk gave the name of Gebert's direct supervisor from 10/2014 to 10/2016,[(b)(6); (b)(7)(C)] email,[(b)(6); (b)(7)(C)] Oudkirk stated that Whittington left public service and moved to the private sector and is currently working in Washington D.C. Oudkirk said that prior to the articles published on Southern Poverty Law Center (SPLC) website regarding Gebert's outside activities, Oudkirk had no idea or experience with Gebert's alleged extremist views. Oudkirk stated that she had no concern regarding Gebert's allegiance to the United States. Oudkirk stated that prior to the SPLC articles, she characterized Gebert as diligent, honest, and bland.

Submitted By: [(b)(6); (b)(7)(C)]

06-Feb-20
Bradford A.. Simmons, Foreign Affairs Officer, ENR/EDP/EMA, 2201 C St. NW, 4843, Washington, DC 20520

Simmons has been acquainted with Gebert from 04/2013 (estimated) to 08/2019, in a professional capacity. Simmons stated that from 04/2013 to 07/2019 he would see Gebert daily, in-person as co-workers. Simmons stated that from 07/2019 to 08/2019 he became the team leader for the Indo-Pacific region of which Gebert was a part and saw Gebert daily, in-person in a professional capacity as co-workers. Simmons stated that from 08/2019 to 02/2020 he has had no type of contact with Gebert. Simmons stated that after reading the articles about Gebert on the Southern Poverty Law Center (SPLC) website, he believes that Gebert has been associated with persons who are trying to influence or overthrow the US government by illegal or unconstitutional means. Simmons said that after reading the articles about Gebert on the SPLC website he believes that a foreign individual could possibly influence Gebert in order to achieve Gebert's extremist views in the US, therefore making Gebert susceptible to foreign influence. Simmons stated that he never directly observed any extremist behavior from Gebert during their time together. Simmons stated that he was unaware of any criminal conduct that involved Gebert. Simmons stated that Gebert worked with an [(b)(6);] who is now working for the

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

**United States Department of State**
**Bureau of Diplomatic Security**
**Report of Investigation**

| GEBERT, MATTHEW QUINN | Case Number: 735019 |
|---|---|

National Oceanic and Atmospheric Administration in Oahu, Hawaii, email address, [(b)(6); (b)(7)(C)] telephone number, [(b)(6); (b)(7)(C)] Simmons stated that prior to reading the articles about Gebert he would characterize Gebert as courteous, quiet, and professional. Simmons stated that after reading the articles on SPLC, Gebert is untrustworthy, duplicitous, and abhorrent. Simmons does not recommend Gebert for continued employment with the Department of State, access to classified information or a position of trust and responsibility.

Submitted By: [(b)(6); (b)(7)(C)]

07-Feb-20
Alex L.. Whittington, Manager, Cheniere, 701 8th Street NW, 810, Washington, DC 20001

Whittington was acquainted with Gebert from 09/2014 (estimated) (discrepant) to 07/2017, in a professional capacity with daily contact as Gebert's direct supervisor while working for the Bureau of Energy Resources (ENR). Whittington stated that Gebert began working at ENR in 09/2014 (estimated) and Whittington became Gebert's direct supervisor. Whittington stated that he departed the ENR section on 07/2017 to work for a different section until 07/2018, when he departed the State Department and began working for Cheniere. Whittington stated that Colin Guest took his place as Gebert's supervisor. Whittington stated that from 07/2017 to 02/2020 he had one email interaction with Gebert regarding work matters in 2018 (does not remember month), but no other type of contact since 2018. Whittington said that he believes because of the articles published by the Southern Poverty Law Center (SPLC) about Gebert's alleged extremist views, Whittington believes that other people around Gebert may feel uncomfortable working with Gebert. Whittington stated that a co-worker of Gebert may be able to speak more about Gebert's conduct, [(b)(6); (b)(7)(C)] Foreign Service Officer currently stationed in US Embassy Hanoi, email, [(b)(6); (b)(7)(C)] [(b)(6); (b)(7)(C)] Whittington stated that he had no idea about Gebert's extremist views before reading the articles on the SPLC website. Whittington stated that he believes Gebert has complete allegiance to the United States and stated that Gebert was known for believing that the United States and Russia should be more cooperative in relations. Whittington stated that he was unaware of any personal conduct or criminal conduct issues by Gebert while working together at ENR. Whittington stated that Gebert is reliable, quiet, and hard-working. Whittington said that because of the SPLC articles he does not recommend Gebert for continued employment with the Department of State, access to classified information, or a position of trust and responsibility.

Submitted By: [(b)(6); (b)(7)(C)]

02-Mar-20
Robin Dunnigan, Deputy Chief of Mission, Department of State, Vienna

DCM Robin Dunnigan has been acquainted with Matthew Gebert from 08/2014-08/2017, in a strictly professional capacity. During this time, Dunnigan was Deputy Assistant Secretary of the Bureau of Energy Resources (ENR). Dunnigan interacted with Gebert in a group setting approximately five to seven times per month. Dunnigan stated that Gebert was included on her group emails that she sent approximately twice weekly. Dunnigan described Gebert as a, "9-5 sit at your desk and go kind of guy." Dunnigan stated that Gebert's direct supervisors suggested that he might want to take on more high profile work following the departure of another colleague, but Gebert was not interested in working more than the minimum requirement, which generated frustration amongst colleagues. Dunnigan declared she was not aware of any disciplinary action taken as a result of Gebert's rejection to take on more work. Dunnigan noted it was more of a surprise to everyone that Gebert was so unambitious. Gebert's direct supervisors at the time were office directors, Alan Eyre and Sandra Oudkirk. Dunnigan described Gebert as quiet, reserved, and having a serious demeanor. Dunnigan stated Gebert has no known problems with alcohol abuse, narcotics use, or any known financial

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

| United States Department of State Bureau of Diplomatic Security Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 735019 |

issues.

Dunnigan confirmed that she became aware of known derogatory information that surfaced in the press in 2019 after she arrived to post in Vienna, Austria. Dunnigan stated that everyone she knew in the Energy Bureau learned about this information at the same time. Dunnigan cannot recall specific names, but she does remember conversing with other employees about the shock and dismay amongst employees as a result of the shocking news reports regarding Gebert.

Dunnigan reiterated that during the time period Gebert was in her chain of command, she was unaware of Gebert's double life. Dunnigan expressed that she was disturbed and disgusted when learned about Gebert's involvement in white supremacy as well as his deliberate concealment and omission of this information from his security forms. Dunnigan stated that she believes the press reports pertaining to this derogatory information to be true and accurate, and that she believes Gebert is attempting to form a government that is not in line with what our constitutions allows. Dunnigan stated that she has criminal conduct concerns regarding Gebert and does not believe that he has true Allegiance to the United States, given the reports that he is advocating the return of a white-controlled, neo Nazi regime. Dunnigan adamantly recommends against Gebert having continued access to classified information. Furthermore, Dunnigan does not recommend Gebert's continued employment with the U.S. Government, or for a position of trust, responsibility, and confidence with the U.S. Government. Dunnigan stated that based on the reported accounts, Gebert's actions relate to an unstable, destructive behavior indicative of someone who is not mentally sound. Submitted By: (b)(6); (b)(7)(C)

02-Mar-20
Denise M.. Marsh, Chief of Staff, Department of State, 2201 C St. NW, 1509, Washington, DC 20520

Marsh has been acquainted with Gebert from 05/2013 to 07/2014 (estimated), in a professional capacity with daily in-person contact as Gebert's second line supervisor. Marsh said that she was unaware of any criminal conduct or personal conduct that Gebert was involved with while Marsh was serving as Gebert's second line supervisor. Marsh stated that Gebert is a calm, polite, and respectful individual. Marsh stated she did not feel comfortable answering questions regarding Gebert's eligibility for employment, access to sensitive information, or a position of trust and responsibility, due to the ongoing investigation of Gebert's extremist views. Submitted By: (b)(6); (b)(7)(C)

03-Mar-20
Vikram Sequeira, ECON Officer, U.S. Embassy Hanoi, 7 Lang Ha, Hanoi N/A

Sequeira has been acquainted with Gebert from 05/2013 to 09/2018, in a professional capacity with daily contact from 2015 to 2018. Sequeira stated that from 2013 to 2015 he worked on the Iran Desk related to economic sanctions while Gebert was on the Russia desk, so they may have had occasional email traffic during that time. From 2015-2018, Sequeira stated that they both worked together in the Bureau of Energy Resources. During this assignment they were responsible for regions but they worked in the same office, seeing each other daily and attending regular meetings and training courses together.

Sequeira stated that he and Gebert would occasionally share meals together, for instance after a training course outside of Washington, but that they did not otherwise socialize outside of work.

Sequeira described Gebert as a nice guy, a family man, and the kind of guy who would hold the door open for

SENSITIVE BUT UNCLASSIFIED

**United States Department of State**
**Bureau of Diplomatic Security**
**Report of Investigation**

| GEBERT, MATTHEW QUINN | Case Number: 735019 |
|---|---|

you. Sequeira recalled a time when a disagreement arose in the office stemming from Sequeira being given a private office over more senior colleagues. The situation, originally caused by a third colleague's complaint, was resolved by the office being given to Gebert. Sequeira then inherited Gebert's cubicle. Sequeira recalled Gebert handling the entire situation calmly and graciously without any displays of anger or inappropriate behavior.

Sequeira believes that Gebert may have been applying for a position at the White House following the 2016 presidential election, but he is unaware of the results of any applications or if Gebert still works for the State Department.

Submitted By: (b)(6); (b)(7)(C)

05-Mar-20
N/A N/A, N/A, N/A, Washington, DC N/A

Efforts to contact source, Carlos Pascual, were unsuccessful. An email was sent to PascualC@state.gov and the telephone number listed in the GAL led to an unsuccessful lead. Personal email address, (b)(6); (b)(7)(C) was given by a source at one of Pascual's current employments, Atlantic Council. Pascual did not respond to the email.

Submitted By: (b)(6); (b)(7)(C)

**LISTED REFERENCES**

02-Oct-19
Jonathan B. Patterson, Jr., Air Traffic Control Specialist, Potomac Consilidated RADAR Approach Control, 3699 MacIntosh Dr., Warrenton, VA 20187

Patterson, Jr. has been acquainted with Gebert from 05/2016 to 10/02/2019, in a social capacity with monthly contact through text messaging, telephone calls or in-person as a friend. Patterson, Jr. stated that during his in-person contacts with Gebert they have participated in Trump For President campaign events, conversed on the subject of politics, had dinner together and attended birthday parties. Patterson, Jr. advised that to the best of his recollection, he met Gebert at a Trump For President campaign event at an unrecalled location. Patterson, Jr. described Gebert as intelligent, well-spoken and a great family man. Patterson, Jr. recommended Gebert for a position of trust and responsibility.

Submitted By: (b)(6); (b)(7)(C)

**DEVELOPED REFERENCES**

24-Oct-19
Leora M. Falk, Foreign Affairs Officer, DOS/ENR/EDP/AWH, 2201 C Street, NW, 4843, Washington, DC 20520

Falk has been acquainted with Gebert from 10/2013 to 08/2019, in a professional capacity with daily contact, as a coworker. Falk described Gebert as reserved and not particularly friendly at work.

Submitted By: (b)(6); (b)(7)(C)

25-Oct-19

SENSITIVE BUT UNCLASSIFIED                                    Page 13

SENSITIVE BUT UNCLASSIFIED

| United States Department of State Bureau of Diplomatic Security Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 735019 |

Matthew T. McManus, Deputy Director, DOS/ENR/EGA/PAPD, 2201 C Street, NW, 4422, Washington, DC 20520

McManus has been acquainted with Gebert from 05/2013 to 08/2019, in a professional capacity with weekly contact, as coworkers. McManus described Gebert as a polite person. McManus was unaware of any arrests or criminal conduct for Gebert and had no specific concerns about his allegiance to the United States. McManus further stated that he never had a reason to doubt Gebert; however, in light of recent information regarding Gebert's personal beliefs and interests, his political donations to "clear hate candidates" in Virginia and Wisconsin, and the fact that Gebert did not have his tweets and publications approved by Public Affairs, McManus would not recommend Gebert having a security clearance. McManus commented that if it is proven that Gebert is a leader of a hate group, McManus feels that many of Gebert's colleagues may feel threatened and/or afraid. McManus does not recommend Gebert for a position of trust and responsibility.

Submitted By: (b)(6); (b)(7)(C)

29-Oct-19   (OBTAINED BY PHONE)
Paul A. Ghiotto, Energy Officer, Embassy Luanda, R. Houari Boumediene, 32, Luanda N/A

Ghiotto has been acquainted with Gebert from approximately 05/2013 to 06/2015, in a professional capacity with daily contact. Ghiotto stated he worked in the same office with Gebert.

Submitted By: (b)(6); (b)(7)(C)

12-Nov-19
Catherine . Skarsten, Economics Officer, US Embassy, 33 Nine Elms Lane, London SW11 7US

Skarsten was interviewed and advised she worked with Gebert from 09/2015 to 08/2017, while both assigned in Washington, D.C.

Skarsten stated she transferred to the Bureau of Energy and Natural Resources (ENR) and Skarsten's office was near a cubicle assigned to Gebert. Additionally, they were both assigned to the Middle Eastern Asia group; with Skarsten covering the Gulf and Iran; and Gebert covering Afghanistan and Pakistan. During the next year, they worked together on at least one project in the Middle East since their portfolios overlapped. Skarsten stated that between 09/2015 and 09/2016, she saw Gebert on a daily professional basis, when both in the office and not traveling.

Skarsten stated that from 09/2016 to 08/2017, due to the shift in her focus of work, they did not see as much of each other, as when Gebert sat near her office.

Skarsten, who was new to a Washington, D.C. tour, had general discussions with Gebert regarding weekend activities, their children, etc. Skarsten recalled one conversation with Gebert about her dislike of homeowners' associations (HOA) and their rules and Gebert stating he was actively involved in his HOA and that they were useful because they enforced the rules.

Skarsten stated that based on what she has read and heard from others, she has reservations about recommending Gebert for continued employment with the US government, access to sensitive and classified information and a position of trust and responsibility.

Submitted By: (b)(6); (b)(7)(C)

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

| United States Department of State<br>Bureau of Diplomatic Security<br>Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 735019 |

03-Feb-20
Elliot M.. Repko, Economic Energy Officer, ENR/EDP/MEA, 2201 C St. NW, 4843, Washington, DC 20520

Repko has been acquainted with Gebert from 07/2018 to 08/2019, in a professional capacity with daily contact as a co-worker. Repko stated that he would be Gebert's back-up whenever Gebert was away on vacation or for official duties. Repko stated that Gebert is quiet, unassuming, and competent.

Submitted By: (b)(6); (b)(7)(C)

19-Feb-20
L. Alex Kahl, Policy Advisor, N/A, 67-253 Kiapoko Street, Waialua, HI 96791

L. Alex Kahl, who goes by his middle name, has been acquainted with Gebert from late summer, 2012 to 11/2017, in a professional and social capacity. Kahl stated that they had close daily professional contact with Kahl as Gebert's mentor and social contact at work-related functions weekly from late summer 2012 to early 2017 when Kahl moved to a different office. They had chance encounters about once a month until 11/2017 when Kahl relocated and they ceased having any contact.

Kahl stated that to the best of his knowledge, Gebert had not associated or sympathized with persons or organizations that advocate, threaten or use force or violence, or any other unconstitutional means, in an effort to:

--Prevent federal, state or local government personnel from performing their official duties. --Gain retribution for perceived wrongs caused by the federal, state or local government.

Kahl further stated that to the best of his knowledge, Gebert had not:

— refused or failed without reasonable cause, to undergo or cooperate with required security processing, including medical and psychological testing. --breached client confidentiality or released proprietary information or sensitive corporate or other government protected information without proper authorization. —ever been involved in disruptive, violent or other inappropriate behavior in the workplace. --while in another country, engaged in any activity that is illegal in that country or that is legal in that country but illegal in the United States. —ever been involved in the misuse of Government or other employer's time or resources. —ever violated parole or probation or failed to complete a court- mandated rehabilitation program. --ever been discharged or dismissed from the Armed Forces under dishonorable conditions. --solicited a prostitute, regardless of the legality of the solicitation.

Kahl stated that Gebert was very pro-Russian and supported Ukraine to the point of being on the very fringe of acceptable policy positions. Although Gebert was never in a position to have to choose between his loyalty to the U.S. and other countries, Kahl questioned his loyalty to the U.S. and its democratic institutions. Kahl stated that Gebert's positions were incongruent because he was very "dovish" on matters pertaining to Russia and the Ukraine yet "hawkish" on policies involving other countries.

Kahl's doubts and concerns were exacerbated after he became aware that Gebert secretly supported White Nationalists. Kahl stated that he learned of the existence of and subsequently read transcripts and listened to five or six podcasts of discussions of White Nationalism which he obtained through the ACLU. Kahl had no doubt that it was Gebert who had voiced such sentiments based upon both the tone of his voice and unique phrases he used.

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

| United States Department of State
Bureau of Diplomatic Security
Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 735019 |

In retrospect, Kahl noted that Gebert's support of White Nationalism was a common thread for his incongruent policy positions.

Kahl stated that some of the White Nationalist positions voiced by Gebert in the podcasts were against the democratic ideals of the U.S. and our government. Assuming that he associates with persons who hold similar beliefs, convictions and objectives, he has criminal associates.

Gebert's spouse is from an eastern European country, exact country unknown. Gebert never volunteered any information about his wife, how he met her in Russia, what he was doing in Russia at the time they met, etc. Kahl did not know her citizenship status but believed that Gebert might be vulnerable to pressure, blackmail or coercion based upon his secret support of White Nationalism and affinity for Russia and the Ukraine.

Kahl questioned Gebert's emotional stability since he apparently hates people based upon his White Nationalist beliefs. Further, Kahl was very wary of Gebert's ability to recommend and carry out official policy decisions, especially with regard to non-white nations.

Gebert had the reputation of not staying until the job was done and promptly leaving at the end of the work day. His supervisors knew that Gebert was not the one to whom to assign a "crash project" that needed to be done on a short suspense.

Kahl stated that he felt betrayed after making a personal investment in Gebert as his mentor. Gebert concealed part of his life which made Kahl question his trustworthiness, emotional stability, and the message it sent to other White Nationalists, namely that it is possible to work from within to bring about the demise of democracy and the U.S. government.

Kahl stated that Gebert is dishonest, not loyal to his country and had a hidden agenda that is at odds with the democracy of the United States.

For all the above reasons, Kahl did not recommend Gebert for continued employment with the U.S. government, for a position of trust and responsibility, nor for access to classified information.

Kahl stated that the following individuals worked fairly closely with Gebert at the Department of State (DoS) and, except as indicated, are current DoS employees: (b)(6); (b)(7)(C)
(b)(6), (a political appointee, may no longer be affiliated with the DoS) (b)(6); (b)(7)(C) (former DoS employee who is now retired), (b)(6); (b)(7)(C) hired Gebert) and (b)(6); (b)(7)(C) (currently with the U.S./India Business Council).

Submitted By: (b)(6); (b)(7)(C)

04-Mar-20
Robert F.. Ichord, Senior Fellow, Atlantic Council, 1030 15th Street, NW, Washington, DC 20005

Ichord has been acquainted with Gebert from 05/2014 (estimated) to 02/2016 in a professional capacity with once a week in-person contact as co-workers. Ichord stated that he was the Deputy Assistant Secretary for Energy Transformation while working with Gebert and that they had taken a work trip together in 08/2014 (estimated). Ichord stated that since his retirement in 02/2016 he has had no type of contact with Gebert. Ichord stated that he had no concern regarding Gebert's allegiance to the United States. Ichord stated that he has no

SENSITIVE BUT UNCLASSIFIED

### United States Department of State
### Bureau of Diplomatic Security
### Report of Investigation

| GEBERT, MATTHEW QUINN | Case Number: 735019 |
|---|---|

knowledge of any criminal activity or personal conduct of Gebert's while serving together. Ichord said Gebert is bright, conscientious, and committed. Ichord recommended Gebert for a position of trust and responsibility.

Submitted By: (b)(6); (b)(7)(C)

## LOCAL AGENCY CHECKS

### VA

01-Oct-19

(b)(6); (b)(7)(C) Records Clerk, Leesburg Police Department, 65 Plaza St. NE, Leesburg, VA 20176

A review of the records on file with the Leesburg Police Department disclosed no record identifiable to Gebert. The Leesburg Police Department serves Leesburg, VA where Gebert lives.

Submitted By: (b)(6); (b)(7)(C)

### WV

02-Oct-19

(b)(6); (b)(7)(C) Administrative Assistant, Hampshire County Sheriff's Office, 66 N. High Street, 2, Romney, WV 26757

A review of the records on file with the Hampshire County Sheriff's Office disclosed no identifiable records for Gebert. The Hampshire County Sheriff's Office serves Purgitsville, WV where Gebert has a vacation residence.

Submitted By: (b)(6); (b)(7)(C)

### DC

08-Oct-19

(b)(6); (b)(7)(C) Criminal History Technician, Metropolitan Police Department, 300 Indiana Avenue, NW, Washington, DC 20001

A review of the records on file with Metropolitan Police Department disclosed no records identifiable to Gebert. The Metropolitan Police Department serves the city of Washington, DC where Gebert was employed.

Submitted By: (b)(6); (b)(7)(C)

## SUBJECT INTERVIEW

Gebert was interviewed at 19840 Century Boulevard, Germantown, MD 20874 on 10/23/2019 beginning at 1:00 p.m. and concluding at 3:45 p.m. Only Gebert and investigator were present during the interview. Prior to the commencement of the interview, Gebert corroborated his identity by presenting an official document bearing his photograph, US Tourist Passport #545913277 issued on 06/14/2016 and expiring on 06/13/2026 and Virginia Driver's License #A60032039 issued on 02/19/2019 and expiring on 02/19/2027. Gebert affirmed his continued interest in employment. In accordance with 5 USC 552a, The Privacy Act of 1974, Gebert was provided a copy of the Privacy Act Notice dated 05/14/2001 for his retention. Specifically this notice informed Gebert of the authority which authorizes the solicitation of the information, whether disclosure of such information is mandatory or voluntary, the principal purpose for which the information is intended to be used,

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

| United States Department of State. Bureau of Diplomatic Security Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 735019 |

the routine uses which may be made of the information as published, and the effects on Gebert, if any, of not providing all or any part of the requested information. The purpose and scope of the investigation was explained to Gebert, and he did not indicate any objection to, or have any questions concerning, its conduct. Gebert was informed about the importance of candor during this interview and specifically advised that 18 USC §1001 makes it a crime to knowingly falsify or conceal material facts related to this investigation. Unless otherwise noted herein, Gebert's responses, detailed in the following paragraphs, only address the time period indicated on the applicable security forms, or as otherwise provided for by law or Executive Order.

A point by point review of his security forms was conducted with Gebert, along with appropriate amplification.

Gebert stated that he is known as Matt or Matthew and he does not have any other formal names. Gebert reported that he has several different e-mails and online screen names for various social media platforms, as follows: "Coach", "Coach Finstock", "Robert Finstock", Finstock@protonmail.com, Matthew_Gebert@yahoo.com, fullhausshow@protonmail.com and gebdog@hotmail.com. Gebert believes these to be all the screen names and emails that he has used. He has used Coach Finstock and Robert Finstock since approximately 2014 or 2015. Gebert advised that he did not disclose on his case papers the alternate names and e-mails he has used for social media purposes because these are not formal names he uses and he did not believe he was required to report names he did not use as formal names. Gebert stated that his wife, Anna Gebert, has only used "Wolfie James" as an online screen name and that she has used this screen name since 2015 or 2016.

Gebert resides at 505 Niven Court SW, Leesburg, VA 20175 with his wife and their three children. Gebert and his wife also own a property located at 270 Philadelphia Avenue, Purgitsville, WV 26852 which they purchased in 03/2018. This is a 25-acre property with a cabin that they purchased as a vacation home. They do not rent it or have any income producing business/activities on the property. It was purchased solely as a vacation home.

Gebert has been employed with DOS from 05/2013 to 08/2019 as a Foreign Affairs Officer. He was on paid administrative leave from 08/2019 to 09/2019. As of 09/24/2019, he is now on unpaid administrative leave and has been collecting DC unemployment benefits or $425 per week. He has no other income, other than receiving occasional donations of cryptocurrency or through Paypal from listeners of his current podcast, Fullhausshow, which Gebert estimated to be in the low hundreds of dollars. His wife had worked part-time after the birth of their third child but was laid off. She also instructed kickboxing classes at a local gym, but was asked to take a break from this employment until things settle down from the media coverage.

Gebert describes himself as pro-white, which he acknowledged may also fall under the terms of white nationalist or belief in a nation state. He believes that whites should have the same right to advocate as any other groups (blacks, Latinos, Jews) without being demonized or tarred and feathered for their beliefs. Gebert denied supporting violence or an ethnic cleanse to promote his beliefs. He feels that there is a massive double standard for whites. He believes that a person can have political beliefs to the right and provide commentary on a show, speaking out about injustices and still go into work at a federal job and treat everyone with respect and treat everyone as individuals.

Gebert first became interested in pro-white beliefs in 2014 during the migrant crisis when mostly Muslim men were migrating into Europe and the UK had issues with grooming gangs. Gebert stated that this, in combination with mass immigration into the US with no proper policy, caused him to feel angry toward politicians. He considers these immigrations to be a problem in both the US and Europe and feels that there is a double

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

**United States Department of State**
**Bureau of Diplomatic Security**
**Report of Investigation**

| GEBERT, MATTHEW QUINN | Case Number: 735019 |
|---|---|

standard with politicians seemingly proud of the fact that the US has gone from a 90% white to a less than 60% white population. He feels that he is obligated to point out social injustice and get the US Government to do right by its people and believes that he has done this in a nonviolent and unhateful manner. He stated that he has never advocated violence. He is not ashamed and has no regrets.

Gebert believes he created his first Twitter account around 2012 under the screen name of "mqgebert". He has made mild modifications of that screen name over the years. He wrote four articles for The Right Stuff (a white supremacist, neo-fascist blog and podcast network), one commenting on John Boehner, one commenting on professional sports, one commenting on what Trump's cabinet might look like, and one on networking and meeting like-minded people. Gebert was not paid for these articles. He also wrote for Counter Currents (a white nationalist publishing company) about a northern alliance between the US and Russia. He was not paid for this article. Gebert has never had any contact with any Russian officials. Gebert stated that he was a guest on The Fatherland, which Gebert advised is a podcast on the topic of being a better father.

Gebert was asked to describe any association(s) or involvement he has with white nationalist and/or other related organizations and groups, the extent of his involvement, and the dates of involvement. In response, Gebert said that he is not a member, leader, or officer of any formal white nationalist organizations, cells, or groups. He does not pay dues or provide support to any such organizations, cells, or groups. He was a member of DC Pilots from about 2015 to 2017. This was an informal chat group of like-minded men who had met online through forums on The Right Stuff and took some topic discussions off that page. On occasion, some of them met in-person at local bars to get a beer, went on family hikes and attended the rallies in Charlottesville, VA together. He said that there was usually only about four of them that actually met in person. This group has not met up since the last Charlottesville rally in 08/2017.

Gebert stated that he participated in the Unite the Right rallies held in Charlottesville, VA in 2016 and 2017. Gebert stated that there were no issues at the 2016 rally because there had been no press coverage beforehand; however, the 2017 rally became violent due to counter protestors assaulting the participants. Gebert said that he was hit on the head in that rally and tore his ACL as a result of falling/stumbling. He has not participated in any other such rallies because he believes they are set up to fail and will just result in needless violence.

As described above, Gebert first became interested in pro-white beliefs in 2014 during the migrant crisis when mostly Muslim men were migrating into Europe and the UK. While reading about this crisis, he came across The Right Stuff and found that the views written on that blog and podcast resonated with how he felt.

When asked why Gebert had not previously disclosed on either his SF-86 or during his 01/2019 investigation any association or involvement he had with various white nationalist and/or other related organizations and groups, Gebert stated that he is not a member of any formal group or organization and did not feel that his non-violent associations with like-minded people rose to a level that required reporting. Furthermore, he never thought that his podcasts or tweets would rise to such a level that it would become an issue for him or DOS. Gebert added that while he is not a member of any formal group or organization, he is friends with Mike Peinovich, founder of The Right Stuff and he continues to associate with his like-minded friends.

When asked why Gebert had kept his identity and involvement with white nationalist and/or other related organizations and groups secret, Gebert reiterated that he is not a member of any formal group. Furthermore, he believed and continues to believe that his writings and beliefs in a pro-white society are covered by the First Amendment and he had no reason to discuss his thoughts with individuals who were not like-minded.

SENSITIVE BUT UNCLASSIFIED

| United States Department of State Bureau of Diplomatic Security Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 735019 |

Gebert said that the media coverage that he has received after the article by the Southern Poverty Law Center (SPLC) is inflammatory and libelous. He said that the SPLC has been sued numerous times over the years and lost. Since the article came out, he was forced to resign from his Homeowners Association (HOA), of which he was President of the Board for the last three years. There has been a "Hate has No Home Here" campaign in his local community, with many community homeowners and people he had considered his friends putting signs up in their yards. He had previously coached his son's soccer and softball teams and has since withdrawn from those activities, and has had to withdraw his son from those activities. He has pulled his son out of his school and he is now being home-schooled. His daughter was withdrawn from preschool and gymnastics. His wife has been spending her time painting the interior of the home in preparation for selling the home. Should they continue to be unemployed, they realize that they may have to sell their home and move to their vacation home in West Virginia. Gebert said that the articles have had a dramatic impact on their lives, but he believes that he and his wife have weathered it both personally and professionally in a responsible and honest way. He believes that he is a good American citizen with strong opinions on matters that are hotly debated today. He believes that communications on such matters should not be a disqualifier to being a dutiful civilian federal employee. He has expressed his beliefs because he cares enough to say something and has tried to do so in a positive and peaceful manner. Gebert wants to go back to work at DOS. Gebert feels that there is no conflict of interest in continuing his employment at DOS as long as he continues to keep his pro-white/white nationalist opinions to himself, as he has done in the past. He has deliberately refused interview requests with any and all media in an effort to not draw any further attention to himself, his family, or the Department of State.

Gebert said that his wife shares his views, but came to her conclusions on her own. She has like-minded friends, but is not and never has been a member, leader, officer or participant in any formal white nationalist organizations, cells or groups. She also had no affiliation with DC Pilots, as this was a men-only group. She has been ostracized by co-workers and her community. She resigned from her Loudoun county tourism job so as to save herself the pain and embarrassment of being fired.

Gebert has not been involved in any act of sabotage, espionage, treason, terrorism, sedition, or other act whose aim is to overthrow the Government of the United States or alter the form of government by unconstitutional means.

Gebert has not associated or sympathized with persons who are attempting to commit, or who are committing acts of sabotage, espionage, treason, terrorism, sedition, or other act whose aim is to overthrow the Government of the United States or alter the form of government by unconstitutional means.

Gebert has not associated or sympathized with persons or organizations that advocate the overthrow of the United States Government, or any state or subdivision, by force or violence or by other unconstitutional means.

Gebert has not been involved in activities which unlawfully advocate or practice the commission of acts of force or violence to prevent others from exercising their rights under the Constitution or laws of the United States or of any state.

Gebert does not have any immediate family member or have close ties of affection or obligation to a citizen of, or resident present in, a foreign country, except as noted below. Gebert and all immediate family members do not have other family ties in any foreign country where a foreign Intelligence Service (FIS) could exploit familial bonds of affection.

Gebert does not share living quarters with a person or persons, regardless of their citizenship status, if the

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

| United States Department of State<br>Bureau of Diplomatic Security<br>Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 735019 |

potential for adverse foreign influence or duress exists.

Gebert has no relatives, to include a spouse or spouse's family, cohabitants, or associates, who are connected, currently or in the past, with any foreign government, to include military armed forces, intelligence or security services, police services, or ministry of foreign affairs.

Gebert has not failed to report, where required, any association or contact with foreign nationals and Gebert has not had any romantic involvement with any citizen of a foreign country. Gebert provided the following information regarding his foreign national contacts:

Full Name: Gradimir Branislav Vuckovic Relationship: Father-in-Law Gender: Male Date of Birth: 08/29/1946 City/Country of Birth: Belgrade/Serbia Country of Citizenship: Serbia/US Address: 71 Dundee Lane, Barrington, IL 60010 Telephone Number: (847) 304-5653 Occupation: Retired pathologist Employer: Northern Illinois Clinical Laboratories Employer's Address: 306 Era Drive, Northbrook, IL How and When Did You Meet: Spring 2002 through wife Frequency and Nature of Contact: Quarterly texts and/or phone calls Email Address: gbv@nicl.com Full Name: Marija Molnar Vuckovic Relationship: Mother-in-Law Gender: Female Date of Birth: 01/21/1946 City/Country of Birth: Belgrade/Serbia Country of Citizenship: Serbia/US Address: 71 Dundee Lane, Barrington, IL 60010 Telephone Number: (847) 304-5643 Occupation: Retired OBGYN Employer: N/A Employer's Address: N/A How and When Did You Meet: Spring 2002 through wife Frequency and Nature of Contact: Quarterly texts and/or phone calls Email Address: maria@drmolnar.com Full Name: Ivy Victoria Gebert Relationship: Daughter Gender: Female Date of Birth: 10/25/2014 City/Country of Birth: Leesburg, VA Country of Citizenship: US/Serbia Address: 505 Niven Court, SW, Leesburg, VA 20175 Telephone Number: N/A Occupation: N/A Employer: N/A Employer's Address: N/A How and When Did You Meet: At birth in 10/2014 Frequency and Nature of Contact: Daily, in-person Email Address: N/A Full Name: Anna Vuckovic Gebert Relationship: Wife Gender: Female Date of Birth: 05/20/1981 City/Country of Birth: Chicago/IL Country of Citizenship: Serbia/US Address: 505 Niven Court, SW, Leesburg, VA 20175 Telephone Number: (703) 401-0211 Occupation: Homemaker Employer: N/A Employer's Address: N/A How and When Did You Meet: 08/2001 in Washington, DC at American Council of Teachers of Russian (ACTR)orientation prior to study abroad in Moscow Frequency and Nature of Contact: Daily Email Address: avuckovic@gmail.com

Full Name: Max Vuckovic Gebert Relationship: Son Gender: Male Date of Birth: 01/17/2012 City/Country of birth: Alexandria, VA Country of Citizenship: US/Serbia Address: 505 Niven court, SW, leesburg, VA 20175 Telephone Number: N/A Occupation: N/A Employer: N/A Employer's Address: N/A How and When Did You Meet: At birth in 01/2012 Frequency and Nature of Contact: Daily, in-person Email Address: N/A

Gebert has not had unauthorized association with a suspected or known collaborator or employee of a foreign intelligence service and Gebert has no knowledge or suspicions of ever being a target of interest of a FIS.

Gebert has not engaged in conduct which may make him vulnerable to coercion, exploitation, or pressure from a foreign government.

Gebert has not seen indications that representatives or nationals from a foreign country are acting to increase his vulnerability to possible future exploitation, coercion or pressure.

Gebert has no financial interests in a country, or in any foreign owned or operated business that could make him vulnerable to foreign influence.

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

### United States Department of State
### Bureau of Diplomatic Security
### Report of Investigation

| GEBERT, MATTHEW QUINN | Case Number: 735019 |
|---|---|

Gebert does not exercise dual citizenship.

Gebert does not possess or use a foreign passport.

Gebert is not a member of a foreign military service and denies any willingness to bear arms for a foreign country.

Gebert does not accept educational, medical, or other benefits, such as retirement and social welfare, from a foreign country.

Gebert has not resided in a foreign country to meet citizenship requirements.

Gebert has not used foreign citizenship to protect business interests in another country.

Gebert has not sought or held political office in a foreign country.

Gebert has not voted in foreign elections.

Gebert has not performed or attempted to perform duties, or otherwise acted, so as to serve the interests of another government in preference to the interests of the United States.

A review of Gebert's US Tourist Passport #545913277 issued on 06/14/2016 and expiring on 06/13/2026 showed travel to be consistent with information reported on his case papers. Gebert has not had any travel since his last investigation of 01/2019 or since his last vacation in 02/2018 to the Cayman Islands.

Gebert has not been involved with sexual behavior of a criminal nature, whether or not he has been prosecuted.

Gebert has not demonstrated compulsive or addictive sexual behavior where he was unable to stop a pattern of self-destructive or high-risk behavior, or which is symptomatic of a personality disorder.

Gebert has not engaged in any sexual behavior that may cause him to be vulnerable to coercion, exploitation or duress.

Gebert has not engaged in any sexual behavior of a public nature and/or reflected lack of discretion or judgment.

Gebert has not refused to undergo or cooperate with required security processing, including medical and psychological testing.

Gebert has not deliberately omitted, concealed, or falsified relevant and material facts from any personnel security questionnaire, personal history statement, or similar form used to conduct investigations, determine employment qualifications, award benefits or status, determine security clearance eligibility or trustworthiness, or award fiduciary responsibilities.

Gebert has not deliberately provided false or misleading information concerning relevant and material matters to an investigator, security official, competent medical authority, or other official representative in connection

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

| United States Department of State Bureau of Diplomatic Security Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 735019 |

with a personnel security or trustworthiness determination.

Gebert has not engaged in personal conduct or concealment of information that may increase vulnerability to coercion, exploitation or duress such as engaging in activities which, if known, may affect his personal, professional, or community standing or render him to be susceptible to blackmail, except as noted below:

Gebert did not provide information regarding his views and activities to his co-workers or during his previous investigations because Gebert did and still does believe that all of his views, whether expressed in tweets, podcasts, peaceful demonstrations or gatherings of like-minded individuals are fully within his first amendment rights of free speech. He said that he never thought that his views would rise to such a level of importance in the media that it would affect his personal, professional or community standing. He still does not believe that he could be blackmailed or coerced, especially since all of his views and beliefs are now quite public.

Until the SPLC article, Gebert said that there was no unfavorable information about him that could be provided by his associates, employers, coworkers, neighbors or acquaintances.

Gebert has not demonstrated a pattern of dishonesty or rule violations, including violation of any written or recorded agreement made between the individual and the agency.

Gebert has not been involved in the misuse of Government or other employer's time or resources. Gebert stated that he only tweeted at work during his lunch break and participated in podcasts and writings outside of work hours. Gebert stated that he did not repost through State Department resources.

Gebert reported that he has not associated with persons involved in criminal activity, with the exception of Jeffrey Clark as described below:

In 2016, Gebert met a man named Jeffrey Clark on Twitter. Gebert and Clark subsequently met in-person in DC a couple times and Clark came to one DC Pilots meeting at a local bar with Gebert. Gebert also attended the funeral for Clark's brother, who committed suicide. Subsequent to these interactions, Clark was arrested by the Metropolitan Police Department for growing marijuana in 11/2018. Gebert said he had no idea about Clark's criminal activities until after he was arrested. Gebert had felt that Clark was struggling with both the death of his brother and Clark's personal pro-white views. Gebert was simply trying to help him by talking with him. Clark met with some of Gebert's associates of the DC Pilots on one occasion; other than that, Clark did not participate in any other of Gebert's white nationalist groups and activities. Gebert has not had any further contact with Clark.

Gebert has not had a history of irresponsible financial practices such as failure to meet financial obligations.

Gebert has not engaged in deceptive or illegal financial practices such as embezzlement, employee theft, check fraud, income tax evasion, expense account fraud, filing deceptive loan statements, and other intentional financial breaches of trust.

Gebert does not have any unexplained source of income.

Gebert has not had any financial problems that are linked to gambling, drug abuse, alcoholism, or other issues of a security concern.

SENSITIVE BUT UNCLASSIFIED

| United States Department of State<br>Bureau of Diplomatic Security<br>Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 735019 |

Gebert has not been involved with any alcohol-related incidents away from work, such as driving under the influence, fighting, child or spouse abuse, or other criminal incidents related to alcohol use.

Gebert has not been involved with any alcohol-related incidents at work, such as reporting for work or duty in an intoxicated or impaired condition, or drinking on the job.

Gebert has not been diagnosed by a credentialed medical professional (e.g., physician, clinical psychologist, or psychiatrist) of alcohol abuse or alcohol dependence.

Gebert has not had an evaluation of alcohol abuse or alcohol dependence by a licensed clinical social worker who is a staff member of a recognized alcohol treatment program.

Gebert has not engaged in habitual or binge consumption of alcohol to the point of impaired judgment.

Gebert has not consumed alcohol, subsequent to a diagnosis of alcoholism by a credentialed medical professional and following completion of an alcohol rehabilitation program.

Gebert has not abused drugs, whether illegal or prescription.

Gebert has not possessed illegal drugs, including cultivation, processing, manufacture, purchase, sale, or distribution.

Gebert has not been diagnosed by a credentialed medical professional (e.g., physician, clinical psychologist, or psychiatrist) of drug abuse or drug dependence.

Gebert has not had an evaluation for drug abuse or drug dependence by a licensed clinical social worker who is a staff member of a recognized drug treatment program.

Gebert has not had an opinion by a credentialed mental health professional showing a condition or treatment that may indicate a defect in judgment, reliability, or stability.

Gebert has not failed to follow appropriate medical advice relating to treatment of a condition, e.g., failure to take prescribed medication.

Gebert has not demonstrated a pattern of high-risk, irresponsible, aggressive, anti-social or emotionally unstable behavior.

Gebert's behavior does not indicate a defect in judgment or reliability.

Gebert has not been accused of or admitted to criminal conduct, regardless of whether he was formally charged.

Gebert has not committed a single serious crime or multiple lesser offenses.

Gebert has neither committed unauthorized disclosure of classified, sensitive, or corporate protected information, nor has Gebert been involved in any security incident, whether a violation or infraction, involving the storage or safeguarding of classified or sensitive information.

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

**United States Department of State**
**Bureau of Diplomatic Security**
**Report of Investigation**

| GEBERT, MATTHEW QUINN | Case Number: 735019 |
|---|---|

Gebert has not had any security incidents, whether violations or infractions, that were deliberate or due to negligence.

Gebert has not performed any service, whether compensated, volunteer, or employment with a foreign country.

Gebert has not performed any service, whether compensated, volunteer, or employment with any foreign national.

Gebert has not performed any service, whether compensated, volunteer, or employment with a representative of any foreign interest.

Gebert has not performed any service, whether compensated, volunteer, or employment with any foreign, domestic, or international organization or person engaged in analysis, discussion, or publication of material on intelligence, defense, foreign affairs, or protected technology.

Gebert has not performed illegal or unauthorized entry into any information technology system.

Gebert has not performed illegal or unauthorized modification, destruction, manipulation, or denial of access to information residing on an information technology system.

Gebert has not removed or used hardware, software or media from any information technology system without authorization, when specifically prohibited by rules, procedures, guidelines or regulations.

Gebert has not introduced hardware, software or media into any information technology system without authorization, when specifically prohibited by rules, procedures, guidelines or regulations.

Gebert has not derived income from any other activities such as writing, consulting or honoraria, other than what is listed on his security forms.

Gebert has not authored, or co-authored, any article, book or publication which could be interpreted as detrimental or in conflict with the policy or interests of the United States. Gebert has written articles for The Right Stuff and Counter Currents, but believes that since these were expressing his personal opinions and views, they should not be considered as detrimental or in conflict with the policies and interests of the Unites States.

Gebert has not had any official complaints made against him by any administrative agency, professional association or ethics agency or official.

Gebert has not registered with the Department of Justice as an agent of a foreign principal. Gebert denied having registered as a lobbyist.

Gebert has filed all applicable federal, state and local tax returns and has not had any late tax return filings without valid extensions. Gebert has not had any assessments for tax penalties or any tax liens against him by any authority. Gebert has not employed anyone in his household, on a full or part time basis, without complying with all applicable laws and payment of appropriate taxes.

SENSITIVE BUT UNCLASSIFIED

### United States Department of State
### Bureau of Diplomatic Security
### Report of Investigation

| GEBERT, MATTHEW QUINN | Case Number: 735019 |
| --- | --- |

Gebert has not derived any benefit, financial or otherwise, through any relationship a family member may have with the federal government, to include contracts, consulting services, loans or guarantees.

Gebert has not filed for bankruptcy.

Gebert is not professionally licensed.

Gebert has not been involved in any lawsuits.

Gebert denied having had any association with any person, group or business venture that could be used, even unfairly, to criticize, impugn or attack his character or qualifications for a government position.

Gebert is not aware of people or organizations that would take steps, overtly or covertly, fairly or unfairly, to criticize or oppose his employment in a government position, except for the Southern Poverty Law Center (SPLC).

Gebert denied any other information, including information regarding other members of his family, that could suggest a conflict of interest or be a possible source of embarrassment to Gebert, the Department or to the United States.

Gebert stated that his negative responses to the above three questions in 01/2019 and again on 10/23/2019 were because he is not a member of any formal white nationalist groups or organizations and he did not think that any of his writings, podcasts, or tweets would rise to a level that they would ever be considered as an embarrassment to him or the DOS.

Gebert could not think of any issue omitted from this interview that might impact on his suitability for employment or eligibility for access to classified information. Gebert did not offer any concluding remarks, objections or questions concerning the conduct of this investigation. The interview was concluded under favorable circumstances.

Submitted By:  (b)(6); (b)(7)(C)

DECLASSIFIED

SENSITIVE BUT UNCLASSIFIED

| United States Department of State<br>Bureau of Diplomatic Security<br>Report of Investigation | |
| --- | --- |
| GEBERT, MATTHEW QUINN | Case Number: 735019 |

## MISCELLANEOUS

### BEGIN INFORMATION - PROTECTED REFERENCE 3971801

(k)(5) ; (b)(6); (b)(7)(C); (b)(7)(D)

### END INFORMATION - PROTECTED REFERENCE 3971801

### BEGIN INFORMATION - PROTECTED REFERENCE 3971803

(k)(5) ; (b)(7)(D)

### END INFORMATION - PROTECTED REFERENCE 3971803

### BEGIN INFORMATION - PROTECTED REFERENCE 4035922

(k)(5) ; (b)(7)(D)

### END INFORMATION - PROTECTED REFERENCE 4035922

Page 29

Case 1:22-cv-02939-DLF   Document 48-3   Filed 04/25/24   Page 35 of 299

SENSITIVE BUT UNCLASSIFIED

**United States Department of State**
**Bureau of Diplomatic Security**
**Report of Investigation**

| GEBERT, MATTHEW QUINN | Case Number: 735019 |
|---|---|

**BEGIN INFORMATION – PROTECTED REFERENCE 4039131**

(k)(5) ; (b)(7)(D)

**END INFORMATION – PROTECTED REFERENCE 4039131**

**BEGIN INFORMATION – PROTECTED REFERENCE 4041213**

(k)(5) ; (b)(7)(D)

DECLASSIFIED

SENSITIVE BUT UNCLASSIFIED                          Page 28

032

SENSITIVE BUT UNCLASSIFIED

**United States Department of State**
**Bureau of Diplomatic Security**
**Report of Investigation**

| GEBERT, MATTHEW QUINN | Case Number: 735019 |
|---|---|

(k)(5) ; (b)(7)(D)

**END INFORMATION - PROTECTED REFERENCE 4041213**

**BEGIN INFORMATION - PROTECTED REFERENCE 4049554**

(k)(5) ; (b)(7)(D)

**END INFORMATION - PROTECTED REFERENCE 4049554**

**BEGIN INFORMATION - PROTECTED REFERENCE 3971819**

(k)(5) ; (b)(6); (b)(7)(C); (b)(7)(D)

**END INFORMATION - PROTECTED REFERENCE 3971819**

**BEGIN INFORMATION - PROTECTED REFERENCE 3988531**

(k)(5) ; (b)(7)(D)

SENSITIVE BUT UNCLASSIFIED

**United States Department of State**
**Bureau of Diplomatic Security**
**Report of Investigation**

| GEBERT, MATTHEW QUINN | Case Number: 735019 |
|---|---|

(k)(5) ; (b)(6); (b)(7)(C); (b)(7)(D)

DECLASSIFIED

SENSITIVE BUT UNCLASSIFIED

**United States Department of State**
**Bureau of Diplomatic Security**
**Report of Investigation**

| GEBERT, MATTHEW QUINN | Case Number: 735019 |
|---|---|

(k)(5) ; (b)(6); (b)(7)(C); (b)(7)(D)

END INFORMATION - PROTECTED REFERENCE 3988531

BEGIN INFORMATION - PROTECTED REFERENCE 3990566

(k)(5) ; (b)(7)(D)

SENSITIVE BUT UNCLASSIFIED



| United States Department of State | |
| Bureau of Diplomatic Security | |
| Report of Investigation | |

| GEBERT, MATTHEW QUINN | Case Number: 735019 |

(k)(5) ; (b)(6); (b)(7)(C); (b)(7)(D)

DECLASSIFIED

SENSITIVE BUT UNCLASSIFIED

**United States Department of State**
**Bureau of Diplomatic Security**
**Report of Investigation**

| GEBERT, MATTHEW QUINN | Case Number: 735019 |
|---|---|

(k)(5) ; (b)(7)(D)

DECLASSIFIED

SENSITIVE BUT UNCLASSIFIED

**United States Department of State**
**Bureau of Diplomatic Security**
**Report of Investigation**

| GEBERT, MATTHEW QUINN | Case Number: 735019 |
|---|---|

(k)(5) ; (b)(7)(D)

**END INFORMATION - PROTECTED REFERENCE 3990566**

**BEGIN INFORMATION - PROTECTED REFERENCE 4035924**

(k)(5) ; (b)(7)(D)

DESTROXXILIED

SENSITIVE BUT UNCLASSIFIED          Page 34

SENSITIVE BUT UNCLASSIFIED

| United States Department of State Bureau of Diplomatic Security Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 735019 |

**END INFORMATION - PROTECTED REFERENCE 4035924**



SENSITIVE BUT UNCLASSIFIED

**United States Department of State**
**Bureau of Diplomatic Security**
**Report of Investigation**

| GEBERT, MATTHEW QUINN | **Case Number: 735019** |

*DISSEMINATION AND EXTRACTION OF INFORMATION CONTROLLED BY DSS/SI/PSS*

## ADMINISTRATIVE

**BEGIN ADMINISTRATION INFORMATION** (Exempt from release under 5 USC 552a)

Protected Reference 3971801 is: (k)(5) ; (b)(6); (b)(7)(C); (b)(7)(D)
(k)(5) ; (b)(6); (b)(7)(C);
(b)(7)(D)

Protected Reference 3971803 is: (k)(5) ; (b)(6); (b)(7)(C); (b)(7)(D)
(k)(5) ; (b)(6);
(b)(7)(C)·

Protected Reference 3971819 is: (k)(5) ; (b)(6); (b)(7)(C); (b)(7)(D)
(k)(5) ; (b)(6); (b)(7)(C); (b)(7)(D)

Protected Reference 3988531 is: (k)(5) ; (b)(6); (b)(7)(C); (b)(7)(D)
(k)(5) ; (b)(6); (b)(7)(C);
(b)(7)(D)·

Protected Reference 3990566 is: (k)(5) ; (b)(6); (b)(7)(C); (b)(7)(D)
(k)(5) ; (b)(6); (b)(7)(C);
(b)(7)(D)

Protected Reference 4035922 is: (k)(5) ; (b)(6); (b)(7)(C); (b)(7)(D)
(k)(5) ; (b)(6); (b)(7)(C); (b)(7)(D)

Protected Reference 4035924 is: (k)(5) ; (b)(6); (b)(7)(C); (b)(7)(D)
(k)(5) ; (b)(6); (b)(7)(C); (b)(7)(D)

Protected Reference 4039131 is: (k)(5) ; (b)(6); (b)(7)(C); (b)(7)(D)
(k)(5) ; (b)(6); (b)(7)(C); (b)(7)(D)

Protected Reference 4041213 is: (k)(5) ; (b)(6); (b)(7)(C); (b)(7)(D)

Protected Reference 4049554 is: (k)(5) ; (b)(6); (b)(7)(C); (b)(7)(D)
(k)(5) ; (b)(6); (b)(7)(C); (b)(7)(D)

## END ADMINISTRATION INFORMATION



*DISSEMINATION AND EXTRACTION OF INFORMATION CONTROLLED BY DSS/SI/PSS*



(b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C)
**Sent:** Wednesday, January 29, 2020 7:48 PM
**To:** (b)(6); (b)(7)(C)
**Subject:** FW: 735019 / GEBERT

From: DS PSS LIAISON <PSSLiaison@state.gov>
Sent: Thursday, September 26, 2019 11:57 AM
To: (b)(6); (b)(7)(C)
Subject: 735019 / GEBERT

Case #735019 has a FinCEN report. For access to this file please visit the
https://usdos.sharepoint.com/sites/DS-PSS/ExternalCoord/FINCEN/FINCEN%20Reading%20Room/Forms/AllItems.aspx

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA)
and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR
Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used
only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of
intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See
31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without
prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious
activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated
allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information
collected under the BSA may result in criminal or civil sanctions.

Best,
(b)(6); (b)(7)(C)
Security Assistant
Liaison
Review and Processing Branch (RAP)
Operations Division
Office of Personnel Security & Suitability
Bureau of Diplomatic Security
U.S. Department of State
MMA
(b)(6); (b)(7)(C)

SBU -LAW ENFORCEMENT

DECLASSIFIED

1

(b)(6); (b)(7)(C)

**From:** DS-OSIVetting
**Sent:** Thursday, September 26, 2019 10:24 AM
**To:** (b)(6); (b)(7)(C)
**Subject:** RE: GEBERT, Matthew Quinn 735019

There is in open record in DS/DO/OSI

SBU -PRIVACY OR PII

**From:** (b)(6); (b)(7)(C)
**Sent:** Wednesday, September 25, 2019 2:01 PM
**To:** DS/DO/CI.- Name Checks <DSDOCI-NameChecks@state.gov>; DS Criminal Name Checks <crnamechecks@state.gov>; DS-OSIVetting <DS-OSIVetting@state.gov>; OIG INV Name Checks <oiginvnamechecks@state.gov>; Name Checks <NameChecks@state.gov>
**Subject:** GEBERT, Matthew Quinn 735019

MEMORANDUM

TO:        DS/ICI/CI              (e-mail: DS/ICI/CI – namechecks)
           DS/ICI/CR (PF/VF)      (e-mail: DS Criminal Name Checks)
           DS/DO/OSI              (e-mail: DS-OSIVetting@state.gov)
           OIG/INV                (e-mail: OIG INV Name Checks)
           HR/ER/CSD              (e-mail: Name Checks)

THRU:      DS/SI/PSS/ADVERSE      (b)(6); (b)(7)(C)   *Divison Chief*

FROM:      DS/SI/PSS DESK         (b)(6); (b)(7)(C)   *Case Manager*
           SA-20; e-mail:         (b)(6); (b)(7)(C)

REF:       **GEBERT, Matthew Quinn**
DOB:
POSITION:  **Foreign Affairs Officer**

In accordance with Executive Orders 10450 and 12968, the Personnel Security/Suitability Division is conducting an investigation on a former/current Department of State employee (captioned above). Request your office conduct a file search to determine if a record on the employee exists and indicate the result in the appropriate space below.

_____ NO RECORD                          DATE: _____

_____ NO DEROGATORY INFORMATION          DATE: _____

_____ YES, A RECORD EXISTS IN THIS OFFICE    DATE: _____

REMARKS: _____

If a record exists in your office, attach a summary of information, if required, a representative from our office can schedule an appointment to review the file.

1

(b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C)
**Sent:** Thursday, September 26, 2019 2:17 AM
**To:** (b)(6); (b)(7)(C)
**Subject:** RE: GEBERT, Matthew Quinn 735019

Employee charged with Failure to Maintain Security Clearance. Indefinite Suspension. 9/24/2019.

(b)(6); (b)(7)(C)

Office of Employee Relations
Conduct, Suitability, and Discipline Division
Bureau of Human Resources
U.S. Department of State

*Please email to set up a call as I am 6 hours ahead of WDC.*
For helpful information, please visit our website at here.

🌐 **HR**

SBU -PRIVACY OR PII

**From:** (b)(6); (b)(7)(C)
**Sent:** Wednesday, September 25, 2019 2:01 PM
**To:** DS/DO/CI - Name Checks <DSDOCI-NameChecks@state.gov>; DS Criminal Name Checks <crnamechecks@state.gov>; DS-OSIVetting <DS-OSIVetting@state.gov>; OIG INV Name Checks <oiginvnamechecks@state.gov>; Name Checks <NameChecks@state.gov>
**Subject:** GEBERT, Matthew Quinn 735019

## MEMORANDUM

| | | |
|---|---|---|
| TO: | DS/ICI/CI | (e-mail: DS/ICI/CI – namechecks) |
| | DS/ICI/CR (PF/VF) | (e-mail: DS Criminal Name Checks) |
| | DS/DO/OSI | (e-mail: DS-OSIVetting@state.gov) |
| | OIG/INV | (e-mail: OIG INV Name Checks) |
| | HR/ER/CSD | (e-mail: Name Checks) |
| THRU: | DS/SI/PSS/ADVERSE | (b)(6); (b)(7)(C)  *Divison Chief* |
| FROM: | DS/SI/PSS DESK | (b)(6); (b)(7)(C)  *Case Manager* |
| | SA-20; e-mail: | (b)(6); (b)(7)(C) |
| REF: | **GEBERT, Matthew Quinn** | |
| DOB: | ▮▮▮▮▮▮ | |
| POSITION: | **Foreign Affairs Officer** | |

In accordance with Executive Orders 10450 and 12968, the Personnel Security/Suitability Division is conducting an investigation on a former/current Department of State employee (captioned above). Request your office conduct a file search to determine if a record on the employee exists and indicate the result in the appropriate space below.

____ NO RECORD                    DATE: _____

1

_____ NO DEROGATORY INFORMATION        DATE: _____

_____ YES, A RECORD EXISTS IN THIS OFFICE       DATE: _____

REMARKS: _____

_____

If a record exists in your office, attach a summary of information.  If required, a representative from our office can schedule an appointment to review the file.

, Director
DS/SI/PSS

SBU - PRIVACY OR PII



2

(b)(6); (b)(7)(C)

**From:**    DS/DO/CI - Name Checks
**Sent:**    Wednesday, September 25, 2019 3:48 PM
**To:**    (b)(6); (b)(7)(C)
**Cc:**    PPBNameCheckResponses; (b)(6); (b)(7)(C)
**Subject:**    RE: GEBERT, Matthew Quinn 735019

DS/CI – no derogatory information.

SBU -PRIVACY OR PII

**From:** (b)(6); (b)(7)(C)
**Sent:** Wednesday, September 25, 2019 2:01 PM
**To:** DS/DO/CI - Name Checks <DSDOCI-NameChecks@state.gov>; DS Criminal Name Checks <crnamechecks@state.gov>; DS-OSIVetting <DS-OSIVetting@state.gov>; OIG INV Name Checks <oiginvnamechecks@state.gov>; Name Checks <NameChecks@state.gov>
**Subject:** GEBERT, Matthew Quinn 735019

## MEMORANDUM

| | | |
|---|---|---|
| TO: | DS/ICI/CI | (e-mail: DS/ICI/CI – namechecks) |
| | DS/ICI/CR (PF/VF) | (e-mail: DS Criminal Name Checks) |
| | DS/DO/OSI | (e-mail: DS-OSIVetting@state.gov) |
| | OIG/INV | (e-mail: OIG INV Name Checks) |
| | HR/ER/CSD | (e-mail: Name Checks) |
| | | |
| THRU: | DS/SI/PSS/ADVERSE | (b)(6); (b)(7)(C)    *Divison Chief* |
| | | |
| FROM: | DS/SI/PSS DESK | (b)(6); (b)(7)(C)    *Case Manager* |
| | SA-20; e-mail: | (b)(6); (b)(7)(C) |

| | | |
|---|---|---|
| REF: | GEBERT, Matthew Quinn | SSAN: 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 |
| DOB: | 02/19/1981 | |
| POSITION: | Foreign Affairs Officer | |

In accordance with Executive Orders 10450 and 12968, the Personnel Security/Suitability Division is conducting an investigation on a former/current Department of State employee (captioned above). Request your office conduct a file search to determine if a record on the employee exists and indicate the result in the appropriate space below.

\_\_\_\_ NO RECORD                  DATE: _____

\_\_\_\_ NO DEROGATORY INFORMATION        DATE: _____

\_\_\_\_ YES, A RECORD EXISTS IN THIS OFFICE      DATE: _____

REMARKS: _____

If a record exists in your office, attach a summary of information. If required, a representative from our office can schedule an appointment to review the file.

1

Case 1:22-cv-02939-DLF   Document 48-3   Filed 04/25/24   Page 49 of 299

DECLASSIFIED

(b)(6)·(b)(7)(C)
DS/SI/PSS

**SBU -PRIVACY OR PII**

DECLASSIFIED

2

(b)(6); (b)(7)(C)

**From:** OIG INV Name Checks
**Sent:** Friday, September 27, 2019 9:02 AM
**To:** (b)(6); (b)(7)(C)
**Subject:** RE: GEBERT, Matthew Quinn 735019

# NO OIG RECORDS

---

SBU -PRIVACY OR PII

**From:** (b)(6); (b)(7)(C)
**Sent:** Wednesday, September 25, 2019 2:01 PM
**To:** DS/DO/CI - Name Checks <DSDOCI-NameChecks@state.gov>; DS Criminal Name Checks <crnamechecks@state.gov>; DS-OSIVetting <DS-OSIVetting@state.gov>; OIG INV Name Checks <oiginvnamechecks@state.gov>; Name Checks <NameChecks@state.gov>
**Subject:** GEBERT, Matthew Quinn 73S019

MEMORANDUM

| TO: | DS/ICI/CI | (e-mail: DS/ICI/CI – namechecks) |
| | DS/ICI/CR (PF/VF) | (e-mail: DS Criminal Name Checks) |
| | DS/DO/OSI | (e-mail: DS-OSIVetting@state.gov) |
| | OIG/INV | (e-mail: OIG INV Name Checks) |
| | HR/ER/CSD | (e-mail: Name Checks) |

THRU:    DS/SI/PSS/ADVERSE    (b)(6); (b)(7)(C)    *Divison Chief*

FROM:    DS/SI/PSS DESK    (b)(6); (b)(7)(C)    *Case Manager*
         SA-20; e-mail:    (b)(6); (b)(7)(C)

REF:    **GEBERT, Matthew Quinn**
DOB:
POSITION:    ~~Foreign Affairs Officer~~

In accordance with Executive Orders 10450 and 12968, the Personnel Security/Suitability Division is conducting an investigation on a former/current Department of State employee (captioned above). Request your office conduct a file search to determine if a record on the employee exists and indicate the result in the appropriate space below.

\_\_\_\_ NO RECORD          DATE: _____

\_\_\_\_ NO DEROGATORY INFORMATION      DATE: _____

\_\_\_\_ YES, A RECORD EXISTS IN THIS OFFICE      DATE: _____ :

REMARKS: _____

1

If a record exists in your office, attach a summary of information. If required, a representative from our office can schedule an appointment to review the file.

DECLASSIFIED


(b)(6)a (b)(6)(C)  Director
DS/SI/PSS

SBU -PRIVACY OR PII

DECLASSIFIED

2

DoS MISMO 2.3 Response

Page 1 of 27

# Credit Summary

PO ID:      3275R2189                        Case Number: 735019

## Provided Information

Name:        MATTHEW QUINN GEBERT
SSN:         ████████

Current Address:  ████████████████

Equifax:
Name: MATTHEW O GEBERT
████████████████

ALIAS     NONE
(ES):

Current Address:  ████████████████████
Previous Address:
Previous Address:  ████████████████████
Employer: PSEG; Addr:
Employer: ASDWA; Addr:

TransUnion
Name: MATTHEW QUEEN GEBERT
DOB: ████████████

ALIAS     NONE
(ES):

Current Address:  ████████████████████
Previous Address:
Previous Address:  ██████████████████ /06
Employer: USTTI; Addr:; Rptd: 01/06

Experian
Name: MATTHEW Q GEBERT
DOB: 1981
SSN: 145745599



DoS MISMO 2.3 Response

Page 2 of 27

ALIAS (ES): NONE

Current Address:
Previous Address
Previous Address

Employer: 003013; Addr:; Rptd: 01/02
Employer: PSEG; Addr:; Rptd: 07/01

**Credit Code: 01**                    **NoHit Flag: 0**                    **Reports Combined: 3**

Public Records:    date(s) filed:                              Total
                   Chapter 7:                                    0
                   Chapter 13:                                   0
                   Miscellaneous:                                0

Trade Lines:       (highest rating of 1 applies to 45 trades.)   Total    Balance
                   Current Trades (rated as 1)                    45      548763
                   total:                                         45      548763

Number of inquiries:    12

## MATTHEW QUINN GEBERT - Trade Lines

1.  **Creditor Name:**    FIDELITY NATIONAL MO        **Account Number:** 0000105845
    **Type:**    M-1                                  **ECOA:**          J
    **High Credit:**  477900                          **Terms:**         360M$2935/MO
    **Balance Amt:**  407298                          **Payment Amt:**   2935
    **Past Due:**    0                                **Late 30-60-90:** 0 - 0 - 0
    Account Type: ConventionalRealEstateMortgage
    Date opened: 2012-05    Last activity: 2019-08    Balance date: 2019-08-31
    Months reviewed: 87    Date reported: 2019-08-31    TU XPN EFX
    Payment Pattern:    CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC
    Most Adverse Rating (1 month):    1
    Creditor    160 CLAIRMONT AVE STE 140, DECATUR GA 30030-2529

Address:      Phone: 4043715551

**Remarks:**

| | |
|---|---|
| TransUnion | CONVENTIONAL REAL ESTATE MORTGAGE |
| Experian | CURRENT ACCOUNT |
| Equifax | FANNIE MAE ACCOUNT |
| Equifax | REAL ESTATE MORTGAGE |

---

**2.**

| | | | |
|---|---|---|---|
| Creditor Name: | FIDELITY NATIONAL MO | Account Number: | 0000646492 |
| Type: | M-1 | ECOA: | 1 |
| High Credit: | 127920 | Terms: | 360M$824/MO |
| Balance Amt | 124899 | Payment Amt: | 824 |
| Past Due: | 0 | Late 30-60-90: | 0 - 0 - 0 |

Account Type:          ConventionalRealEstateMortgage
Date opened: 2018-03    Last activity: 2019-08-31    Balance date: 2019-08-31
Months reviewed: 18     Date reported: 2019-08-31    TU XPN EFX
Payment Pattern:        CCCCCCCCCCCCCCCCCC
Most Adverse Rating (1
month):                 1
Creditor Address:       160 CLAIRMONT AVE STE 140, DECATUR GA 30030-
                        2529
                        Phone: 4043715551

**Remarks:**

| | |
|---|---|
| TransUnion | CONVENTIONAL REAL ESTATE MORTGAGE |
| Experian | CURRENT ACCOUNT |
| Equifax | FREDDIE MAC ACCOUNT |
| Equifax | REAL ESTATE MORTGAGE |

---

**3.**

| | | | |
|---|---|---|---|
| Creditor Name: | CITICARDS CBNA | Account Number: | 5424181326102634 |
| Type: | R-1 | ECOA: | I |
| High Credit: | 10847 | Terms: | REV$119/MO |
| Balance Amt: | 7932 | Payment Amt: | 119 |
| Past Due: | 0 | Late 30-60-90: | 0 - 0 - 0 |

Account Type:          CreditCard
Date opened: 2015-
02                     Last activity: 2019-09-10       Balance date: 2019-09-13
Months reviewed:
56                     Date reported: 2019-09-13       TU XPN EFX
Payment Pattern:       CCCCCCCCGCCCCCCCCGCCGCCGCCGCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse           1

Rating (1 month):
Creditor Address:    701 E 60TH ST N, SIOUX FALLS SD 57104

**Remarks:**
TransUnion      CREDIT CARD
Experian        CURRENT ACCOUNT
Equifax         CREDIT CARD
Equifax         AMOUNT IN H/C COLUMN IS CREDIT LIMIT

---

**4.**  Creditor Name:    BANK OF AMERICA, N.A.            Account Number: 68998006690999

Type:           R-1                          ECOA:            I
High Credit:    100000                       Terms:           REV$100/MO
Balance Amt:    5008                         Payment Amt:     100
Past Due:       0                            Late 30-60-90:   0 - 0 - 0

Account Type:              CreditLineSecured
Date opened: 2018-08       Last activity: 2019-08      Balance date: 2019-08-31
Months reviewed: 13        Date reported: 2019-08-31    EFX XPN TU
Payment Pattern:          CCCCCCCCCCCC
Most Adverse Rating (1     1
month):
Creditor Address:          4161 PIEDMONT PARKWAY, GREENSBORO NC 27410

**Remarks:**
Equifax         HOME EQUITY LOAN
Equifax         LINE OF CREDIT
Experian        CURRENT ACCOUNT
TransUnion      HOME EQUITY LOAN

---

**5.**  Creditor Name:    SYNCB/RHEEM-KWIK COM            Account Number: 6034624403401692

Type:           R-1                          ECOA:            J
High Credit:    6029                         Terms:           REV$60/MO
Balance Amt:    1465                         Payment Amt:     60
Past Due:       0                            Late 30-60-90:   0 - 0 - 0

Account Type:              ChargeAccount
Date opened: 2016-06       Last activity: 2019-08-16    Balance date: 2019-08-25
Months reviewed: 39        Date reported: 2019-08-25    XPN EFX TU
Payment Pattern:          CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC
Most Adverse Rating (1
month):
Creditor Address:          C/O P.O. BOX 965036, ORLANDO FL 32896-5036
                           Phone: 8663968254

Remarks:

| | |
|---|---|
| Experian | CURRENT ACCOUNT |
| Equifax | CHARGE |
| Equifax | AMOUNT IN H/C COLUMN IS CREDIT LIMIT |
| TransUnion | CHARGE ACCOUNT |

6. **Creditor Name:** CITICARDS CBNA

**Account Number:** 4100390530024427

| | | | |
|---|---|---|---|
| Type: | R-1 | ECOA: | A |
| High Credit: | 5457 | Terms: | REV$25/MO |
| Balance Amt: | 863 | Payment Amt: | 25 |
| Past Due: | 0 | Late 30-60-90: | 0 - 0 - 0 |

Account Type: CreditCard

Date opened: 2012-08     Last activity: 2019-09-06     Balance date: 2019-09-09

Months reviewed: 37     Date reported: 2019-09-09     XPN TU EFX

Payment Pattern: CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month): 1

Creditor Address: 701 E 60TH ST N, SIOUX FALLS SD 57104

Remarks:

| | |
|---|---|
| Experian | CURRENT ACCOUNT |
| Equifax | AMOUNT IN H/C COLUMN IS CREDIT LIMIT |

7. **Creditor Name:** AMERICAN EXPRESS

**Account Number:** 3499921955954813

| | | | |
|---|---|---|---|
| Type: | R-1 | ECOA: | I |
| High Credit: | 1548 | Terms: | REV$35/MO |
| Balance Amt: | 544 | Payment Amt: | 35 |
| Past Due: | 0 | Late 30-60-90: | 0 - 0 - 0 |

Account Type: CreditCard

Date opened: 2004-01     Last activity: 2019-08-29     Balance date: 2019-08-29

Months reviewed: 56     Date reported: 2019-08-29     EFX TU XPN

Payment Pattern: CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month): 1

Creditor Address: PO BOX 297871, FORT LAUDERDALE FL 33329
Phone: 8008742717

Remarks:

| | |
|---|---|
| Equifax | CREDIT CARD |

DoS MISMO 2.3 Response        Page 6 of 27

| | |
|---|---|
| Equifax | AMOUNT IN H/C COLUMN IS CREDIT LIMIT |
| TransUnion | CREDIT CARD |
| Experian | CURRENT ACCOUNT |

---

**8.**   **Creditor Name:**   JPMCB - CARD SERVICE     **Account Number:** 4266841248565424

**Type:** R-1

**High Credit:** 9087     **ECOA:**   I

**Balance Amt:** 441     **Terms:** REV$35/MO

**Past Due:** 0     **Payment Amt:** 35

    **Late 30-60-90:** 0 - 0 - 0

Account Type: CreditCard

Date opened: 2010-11    Last activity: 2019-09     Balance date: 2019-09-03

Months reviewed: 99    Date reported: 2019-09-03     EFX XPN TU

Payment Pattern: CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month): 1

Creditor Address: 301 N WALNUT ST, FLOOR 09, WILMINGTON DE 19801-3935
    Phone: 8009452000

**Remarks:**

| | |
|---|---|
| Equifax | AMOUNT IN H/C COLUMN IS CREDIT LIMIT |
| Experian | CURRENT ACCOUNT |

---

**9.**   **Creditor Name:**   JPMCB - CARD SERVICE     **Account Number:** 4640182072729274

**Type:** R-1

**High Credit:** 1381     **ECOA:**   I

**Balance Amt:** 313     **Terms:** REV$35/MO

**Past Due:** 0     **Payment Amt:** 35

    **Late 30-60-90:** 0 - 0 - 0

Account Type: CreditCard

Date opened: 2012-04    Last activity: 2019-09-07     Balance date: 2019-09-10

Months reviewed: 89    Date reported: 2019-09-10     EFX XPN TU

Payment Pattern: CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month): 1

Creditor Address: 301 N WALNUT ST, FLOOR 09, WILMINGTON DE 19801-3935
    Phone: 8009452000

**Remarks:**

| | |
|---|---|
| Equifax | AMOUNT IN H/C COLUMN IS CREDIT LIMIT |

Experian    CURRENT ACCOUNT

| 10. | Creditor Name: | AMERICAN EXPRESS | | Account Number: | 3499918128311393 |
|---|---|---|---|---|---|
| | Type: | R-1 | ECOA: | A | |
| | High Credit: | 343 | Terms: | REV | |
| | Balance Amt: | 0 | Payment Amt: | | |
| | Past Due: | 0 | Late 30-60-90: | 0 - 0 - 0 | |

| Account Type: | CreditCard | |
|---|---|---|
| Date opened: 2004-06 | Last activity: 2013-11 | Balance date: 2019-09-11 |
| Months reviewed: 99 | Date reported: 2019-09-11 | EFX TU XPN |

Payment Pattern:    CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month):    1

Creditor Address:    PO BOX 297871, FORT LAUDERDALE FL 33329
Phone: 8008742717

**Remarks:**

| Equifax | CREDIT CARD |
|---|---|
| Equifax | AMOUNT IN H/C COLUMN IS CREDIT LIMIT |
| TransUnion | CREDIT CARD |
| Experian | CURRENT ACCOUNT |

| 11. | Creditor Name: | AMERICAN EXPRESS | | Account Number: | 3499918030763553 |
|---|---|---|---|---|---|
| | Type: | R-1 | ECOA: | I | |
| | High Credit: | 2006 | Terms: | REV | |
| | Balance Amt: | 0 | Payment Amt: | | |
| | Past Due: | 0 | Late 30-60-90: | 0 - 0 - 0 | |

| Account Type: | CreditCard | |
|---|---|---|
| Date opened: 2004-12 | Last activity: 2016-04 | Balance date: 2019-09-15 |
| Months reviewed: 99 | Date reported: 2019-09-15 | EFX TU XPN |

Payment Pattern:    CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month):    1

Creditor Address:    PO BOX 297871, FORT LAUDERDALE FL 33329
Phone: 8008742717

**Remarks:**

DoS MISMO 2.3 Response                                           Page 8 of 27

| Equifax | CREDIT CARD |
| Equifax | AMOUNT IN H/C COLUMN IS CREDIT LIMIT |
| TransUnion | CREDIT CARD |
| Experian | CURRENT ACCOUNT |

**12.** **Creditor Name:**   AMERICAN EXPRESS        Account Number: 3499925068014123

| **Type:** | R-1 | **ECOA:** | I |
| **High Credit:** | 2966 | **Terms:** | REV |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type:   CreditCard
Date opened: 2017-10        Last activity: 2018-10        Balance date: 2018-10-17
Months reviewed: 12         Date reported: 2018-10-17     EFX TU XPN
Payment Pattern:            CCCCCCCCCCC
Most Adverse Rating (1
month):                     1
Creditor Address:           PO BOX 297871, FORT LAUDERDALE FL 33329
                            Phone: 8008742717

**Remarks:**

| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |
| TransUnion | CREDIT CARD |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |

**13.** **Creditor Name:**   AMERICAN EXPRESS        Account Number: 3499911430797883

| **Type:** | R-1 | **ECOA:** | U |
| **High Credit:** | 500 | **Terms:** | REV |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type:   CreditCard
Date opened: 2004-06        Last activity: 2014-12        Balance date: 2014-12-23
Months reviewed: 49         Date reported: 2014-12-23     EFX XPN TU
Payment Pattern:            CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC
Most Adverse               1

https://rms.ds.state.sbu/creditcheck/dsp_creditCheck.cfm?case_no=735019&case_creditch...    1/29/2020

Page 54

Rating (1 month):
Creditor Address:     PO BOX 297871, FORT LAUDERDALE FL 33329
                      Phone: 8008742717

**Remarks:**

| | |
|---|---|
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |
| TransUnion | CREDIT CARD |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |

---

**14.**

| | | | |
|---|---|---|---|
| **Creditor Name:** | AMERICAN EXPRESS | **Account Number:** | 3499919652531643 |
| **Type:** | R-1 | **ECOA:** | I |
| **High Credit:** | 4000 | **Terms:** | REV |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

| | | |
|---|---|---|
| Account Type: | CreditCard | |
| Date opened: 2004-08 | Last activity: 2013-05 | Balance date: 2013-05-22 |
| Months reviewed: 9 | Date reported: 2013-05-22 | EFX XPN TU |
| Payment Pattern: | CCCCCCCC | |
| Most Adverse Rating (1 month): | l | |
| Creditor Address: | PO BOX 297871, FORT LAUDERDALE FL 33329 Phone: 8008742717 | |

**Remarks:**

| | |
|---|---|
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |
| TransUnion | CREDIT CARD |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |

---

**15.**

| | | | |
|---|---|---|---|
| **Creditor Name:** | AMERICAN EXPRESS | **Account Number:** | 3499910355564633 |
| **Type:** | R-1 | **ECOA:** | I |
| **High Credit:** | 500 | **Terms:** | REV |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Page 55

| | |
|---|---|
| Account Type: | CreditCard |
| Date opened: 2004-03 | Last activity: 2012-12.    Balance date: 2012-12-21 |
| Months reviewed: 49 | Date reported: 2012-12-21      EFX TU XPN |
| Payment Pattern: | CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCXCCCXCC |
| Most Adverse Rating (1 month): | 1 |
| Creditor Address: | PO BOX 297871, FORT LAUDERDALE FL 33329 Phone: 8008742717 |

**Remarks:**

| | |
|---|---|
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |
| TransUnion | CREDIT CARD |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |

---

| 16. | Creditor Name: | AMERICAN EXPRESS | Account Number: | 3499914914330903 |
|---|---|---|---|---|
| | Type: | R-1 | ECOA: | 1 |
| | High Credit: | 26570 | Terms: | REV |
| | Balance Amt: | 0 | Payment Amt: | |
| | Past Due: | 0 | Late 30-60-90: | 0 - 0 - 0 |

| | |
|---|---|
| Account Type: | CreditCard |
| Date opened: 2004-11 | Last activity: 2011-02      Balance date: 2011-02-11 |
| Months reviewed: 38 | Date reported: 2011-02-11      EFX TU XPN |
| Payment Pattern: | CCCCCCCCCCCCCCCCCCCCXCCCXCCCCCCCCCCCCCCC |
| Most Adverse Rating (1 month): | 1 |
| Creditor Address: | PO BOX 297871, FORT LAUDERDALE FL 33329 Phone: 8008742717 |

**Remarks:**

| | |
|---|---|
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |
| TransUnion | CREDIT CARD |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |

https://rms.ds.state.sbu/creditcheck/dsp_creditCheck.cfm?case_no=73501R&case_creditch      1/20/2020

Page 56

17. **Creditor Name:** AMEX/DSNB     **Account Number:** 377481424947023

| | | | |
|---|---|---|---|
| **Type:** | R-1 | **ECOA:** | A |
| **High Credit:** | 2500 | **Terms:** | REV |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type:    CreditCard

Date opened: 2006-10-19    Last activity: 2015-11-12    Balance date: 2019-09-16

Months reviewed: 99    Date reported: 2019-09-16    TU XPN EFX

Payment Pattern:    CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month):    1

Creditor Address:    9111 DUKE BLVD, MASON OH 45040
Phone: 8002436552

**Remarks:**

| | |
|---|---|
| TransUnion | CREDIT CARD |
| TransUnion | CANCELED BY CREDIT GRANTOR |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - GRANTOR'S REQUEST - REPORTED BY SUBSCRIBER |
| Equifax | ACCOUNT PAID |
| Equifax | ACCOUNT CLOSED BY CREDIT GRANTOR |

18. **Creditor Name:** BANK OF AMERICA     **Account Number:** 5490354660367852

| | | | |
|---|---|---|---|
| **Type:** | R-1 | **ECOA:** | I |
| **High Credit:** | 1848 | **Terms:** | REV$15/MO |
| **Balance Amt:** | 0 | **Payment Amt:** | 15 |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type:    CreditCard

Date opened: 1999-07    Last activity: 2007-02-14    Balance date: 2012-07-06

Months reviewed: 86    Date reported: 2012-07-06    XPN EFX

Payment Pattern:    XXXXXXXXXXXXXXXXXXXXXXXXX

Most Adverse Rating (1 month):    1

Creditor Address:    4060 OGLETOWN/STANTON RD, NEWARK DE 19713
Phone: 8004212110

**Remarks:**

| | |
|---|---|
| Experian | CURRENT ACCOUNT |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |

Equifax          ACCOUNT CLOSED AT CONSUMERS REQUEST
Equifax          AMOUNT IN H/C COLUMN IS CREDIT LIMIT

**19.**  **Creditor Name:**   BANK OF AMERICA, N.A.        **Account Number:** 63010025556687

| | |
|---|---|
| **Type:** I-1 | **ECOA:** J |
| **High Credit:** 23341 | **Terms:** 63M |
| **Balance Amt:** 0 | **Payment Amt:** |
| **Past Due:** 0 | **Late 30-60-90:** 0 - 0 - 0 |

Account Type:        Automobile

Date opened: 2011-03    Last activity: 2016-06-17        Balance date: 2016-06-30

Months reviewed: 64    Date reported: 2016-06-30        EFX XPN TU

Payment Pattern:   CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month):    1

Creditor Address:   PO BOX 45144, JACKSONVILLE FL 32231
                    Phone: 8002156195

**Remarks:**
Equifax          ACCOUNT PAID
Equifax          AUTO LOAN
Experian         PAID SATISFACTORY
TransUnion       AUTOMOBILE
TransUnion       CLOSED

---

**20.**  **Creditor Name:**   BARCLAYS BANK DELAWARE        **Account Number:** 000221233962088

| | |
|---|---|
| **Type:** R-1 | **ECOA:** I |
| **High Credit:** 4000 | **Terms:** REV |
| **Balance Amt:** 0 | **Payment Amt:** |
| **Past Due:** 0 | **Late 30-60-90:** 0 - 0 - 0 |

Account Type:         CreditCard

Date opened: 2014-09      Last activity: 2014-10-06      Balance date: 2016-04-07

Months reviewed: 20       Date reported: 2016-04-07      EFX XPN TU

Payment Pattern:         CCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month):          1

Creditor Address:         P.O. BOX 8803, WILMINGTON DE 19899
                          Phone: 8882520760

**Remarks:**

| Equifax | ACCOUNT PAID |
| Equifax | CREDIT CARD |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - GRANTOR'S REQUEST - REPORTED BY SUBSCRIBER |
| TransUnion | CREDIT CARD |
| TransUnion | INACTIVE ACCOUNT |

---

**21.** 

| **Creditor Name:** | CAPITAL ONE | **Account Number:** | 5467020007238523 |
|---|---|---|---|
| **Type:** | R-1 | **ECOA:** | I |
| **High Credit:** | 3400 | **Terms:** | REV |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type: UnknownLoanType

Date opened: 2003-01      Last activity: 2011-03      Balance date: 2013-04

Months reviewed: 99      Date reported: 2013-04      EFX

Payment Pattern:

Most Adverse Rating (1 month):      1

Creditor Address:      PO BOX 5253, CAROL STREAM IL 60197
Phone: 8004776000

**Remarks:**

| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |

---

**22.**

| **Creditor Name:** | CAPITAL ONE BANK USA N | **Account Number:** | 5466308189518213 |
|---|---|---|---|
| **Type:** | R-1 | **ECOA:** | I |
| **High Credit:** | 15000 | **Terms:** | REV |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type: CreditCard

Date opened: 2010-11      Last activity: 2016-03-30      Balance date: 2019-07-11

Months reviewed: 99      Date reported: 2019-07-11      TU EFX XPN

Payment Pattern:      CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month):      1

Creditor Address:      15000 CAPITAL ONE DR, RICHMOND VA 23238
Phone: 8009557070

**Remarks:**
TransUnion    CANCELED BY CREDIT GRANTOR
Equifax       ACCOUNT PAID
Equifax       ACCOUNT CLOSED BY CREDIT GRANTOR
Experian      PAID SATISFACTORY
Experian      CREDIT LINE CLOSED - GRANTOR'S REQUEST - REPORTED BY
              SUBSCRIBER

---

| 23. | Creditor Name: | CAPITAL ONE BANK USA N | Account Number: | 4147097994107680 |
|---|---|---|---|---|
| | Type: | R-1 | ECOA: | I |
| | High Credit: | 3393 | Terms: | REV$25/MO |
| | Balance Amt: | 0 | Payment Amt: | 25 |
| | Past Due: | 0 | Late 30-60-90: | 0 - 0 - 0 |

Account Type:        CreditCard
Date opened: 2013-11   Last activity: 2018-03-19          Balance date: 2019-09-04
Months reviewed: 70    Date reported: 2019-09-04          TU EFX XPN
Payment Pattern:     CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC
Most Adverse
Rating (1 month):    }
Creditor Address:    15000 CAPITAL ONE DR, RICHMOND VA 23238
                     Phone: 8009557070

**Remarks:**
Equifax       AMOUNT IN H/C COLUMN IS CREDIT LIMIT
Experian      CURRENT ACCOUNT

---

| 24. | Creditor Name: | CAPITAL ONE BANK USA N | Account Number: | 4147099415996048 |
|---|---|---|---|---|
| | Type: | R-1 | ECOA: | I |
| | High Credit: | 6741 | Terms: | REV$9/MO |
| | Balance Amt: | 0 | Payment Amt: | 9 |
| | Past Due: | 0 | Late 30-60-90: | 0 - 0 - 0 |

Account Type:        CreditCard
Date opened: 2005-12   Last activity: 2016-03-21          Balance date: 2019-09-18
Months reviewed: 99    Date reported: 2019-09-18          TU EFX XPN
Payment Pattern:     CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC
Most Adverse         }

Rating (1 month):
Creditor Address: 15000 CAPITAL ONE DR, RICHMOND VA 23238
Phone: 8009557070

| | Remarks: | |
|---|---|---|
| | Equifax | AMOUNT IN H/C COLUMN IS CREDIT LIMIT |
| | Experian | CURRENT ACCOUNT |

---

**25.** **Creditor Name:** ENERBANK USA          **Account Number:** 2340000661

| **Type:** | I-1 | **ECOA:** | J |
|---|---|---|---|
| **High Credit:** | 16695 | **Terms:** | 120M$345/MO |
| **Balance Amt:** | 0 | **Payment Amt** | 345 |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type:                Unsecured
Date opened: 2014-10         Last activity: 2016-04-01      Balance date: 2016-04-30
Months reviewed: 19          Date reported: 2016-04-30      TU XPN EFX
Payment Pattern:             CCCCCCCCCCCCCCCCCC
Most Adverse Rating (1       1
month):
Creditor Address:            1245 E BRICKYARD RD STE, SALT LAKE CITY UT
                             84106
                             Phone: 8883901220

| | Remarks: | |
|---|---|---|
| | TransUnion | UNSECURED |
| | TransUnion | CLOSED |
| | Experian | PAID SATISFACTORY |
| | Equifax | ACCOUNT PAID |
| | Equifax | UNSECURED |

---

**26.** **Creditor Name:** JPMCB - CARD SERVICE       **Account Number:** 4388540049548141

| **Type:** | R-1 | **ECOA:** | I. |
|---|---|---|---|
| **High Credit:** | 2525 | **Terms:** | REV |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type:                CreditCard
Date opened: 2015-08         Last activity: 2016-05-25      Balance date: 2016-09-02
Months reviewed: 13          Date reported: 2016-09-02      EFX TU XPN
Payment Pattern:             CCCCCCCCCCCC
Most Adverse Rating (1       1
month):

Case 1:22-cv-02939-DLF   Document 48-3   Filed 04/25/24   Page 67 of 299

Creditor Address:                301 N WALNUT ST, FLOOR 09, WILMINGTON DE 19801-
                                 3935
                                 Phone: 8009452000

**Remarks:**

| | |
|---|---|
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |

---

**27.**

| **Creditor Name:** | JPMCB - CARD SERVICE | **Account Number:** 4388576087444439 | |
|---|---|---|---|
| **Type:** | R-1 | **ECOA:** | 1 |
| **High Credit:** | 5000 | **Terms:** | REV |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

| | | | |
|---|---|---|---|
| Account Type: | CreditCard | | |
| Date opened: 2015-06 | Last activity: 2016-03-17 | Balance date: 2016-06-12 | |
| Months reviewed: 12 | Date reported: 2016-06-12 | EFX TU XPN | |
| Payment Pattern: | CCCCCCCCCCCC | | |
| Most Adverse Rating (1 month): | 1 | | |
| Creditor Address: | 301 N WALNUT ST, FLOOR 09, WILMINGTON DE 19801-3935 | | |
| | Phone: 8009452000 | | |

**Remarks:**

| | |
|---|---|
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |

---

**28.**

| **Creditor Name:** | JPMCB - CARD SERVICE | **Account Number:** 4147202189529330 | |
|---|---|---|---|
| **Type:** | R-1 | **ECOA:** | A |
| **High Credit:** | 19000 | **Terms:** | REV |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |
| Account Type: | CreditCard | | |

Date opened: 2014-10  Last activity: 2015-03-16  Balance date: 2015-07-19
Months reviewed: 9  Date reported: 2015-07-19  EFX XPN TU
Payment Pattern:  CCCCCCCC
Most Adverse Rating (1 month):  1
Creditor Address:  301 N WALNUT ST, FLOOR 09, WILMINGTON DE 19801-3935
Phone: 8009452000

**Remarks:**

| | |
|---|---|
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |

---

**29.** **Creditor Name:** JPMCB - CARD SERVICE  **Account Number:** 4147202199742493

| | | | |
|---|---|---|---|
| **Type:** | R-1 | **ECOA:** | 1 |
| **High Credit:** | 10000 | **Terms:** | REV |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type:  CreditCard
Date opened: 2014-09  Last activity: 2015-02-16  Balance date: 2015-03-15
Months reviewed: 6  Date reported: 2015-03-15  EFX XPN TU
Payment Pattern:  CCCCC
Most Adverse Rating (1 month):  1
Creditor Address:  301 N WALNUT ST, FLOOR 09, WILMINGTON DE 19801-3935
Phone: 8009452000

**Remarks:**

| | |
|---|---|
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |

---

**30.** **Creditor Name:** JPMCB - CARD SERVICE  **Account Number:** 4388540036196789

| | | | |
|---|---|---|---|
| **Type:** | R-1 | **ECOA:** | 1 |

Page 63

High Credit: 1073                                Terms:        REV
Balance Amt: 0                                   Payment Amt:
Past Due:    0                                   Late 30-60-90:    0 - 0 - 0

Account Type:              CreditCard
Date opened: 2014-01       Last activity: 2014-09-18    Balance date: 2014-12-18
Months reviewed: 11        Date reported: 2014-12-18    EFX XPN TU
Payment Pattern:           CCCCCCCCCC
Most Adverse Rating (1
month):                    1
Creditor Address:          301 N WALNUT ST, FLOOR 09, WILMINGTON DE 19801-
                           3935
                           Phone: 8009452000

**Remarks:**

Equifax      ACCOUNT CLOSED AT CONSUMERS REQUEST
Equifax      ACCOUNT PAID
Experian     PAID SATISFACTORY
Experian     CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY
             SUBSCRIBER
TransUnion   ACCOUNT CLOSED BY CONSUMER

---

31.  Creditor
     Name:        JPMCB - CARD SERVICE        Account Number: 4147202111025100
     Type:        R-1                         ECOA:         I
     High Credit: 20000                       Terms:        REV
     Balance Amt: 0                           Payment Amt:
     Past Due:    0                           Late 30-60-90:   0 - 0 - 0

Account Type:              CreditCard
Date opened: 2012-08       Last activity: 2013-01-17    Balance date: 2013-06-18
Months reviewed: 10        Date reported: 2013-06-18    EFX XPN TU
Payment Pattern:           CCCCCCCCC
Most Adverse Rating (1
month):                    1
Creditor Address:          301 N WALNUT ST, FLOOR 09, WILMINGTON DE 19801-
                           3935
                           Phone: 8009452000

**Remarks:**

Equifax      ACCOUNT CLOSED AT CONSUMERS REQUEST
Equifax      ACCOUNT PAID
Experian     PAID SATISFACTORY
Experian     CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY
             SUBSCRIBER
TransUnion   ACCOUNT CLOSED BY CONSUMER

https://rms.ds.state.sbu/creditcheck/dsp_creditCheck.cfm?case_no=735019&case_credit...

**32.** Creditor Name: JPMCB - CARD SERVICE    Account Number: 4266841259081543

Type: R-1    ECOA: I

High Credit: 21750    Terms: REV

Balance Amt: 0    Payment Amt:

Past Due: 0    Late 30-60-90: 0 - 0 - 0

Account Type: CreditCard

Date opened: 2010-02    Last activity: 2012-01-27    Balance date: 2013-03-13

Months reviewed: 37    Date reported: 2013-03-13    EFX XPN TU

Payment Pattern: CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month): 1

Creditor Address: 301 N WALNUT ST, FLOOR 09, WILMINGTON DE 19801-3935
Phone: 8009452000

Remarks:

| | |
|---|---|
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |
| TransUnion | CREDIT CARD |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |

**33.** Creditor Name: JPMCB - CARD SERVICE    Account Number: 4388576087846278

Type: R-1    ECOA: A

High Credit: 3012    Terms: REV$10/MO

Balance Amt: 0    Payment Amt: 10

Past Due: 0    Late 30-60-90: 0 - 0 - 0

Account Type: CreditCard

Date opened: 2015-06    Last activity: 2019-07-02    Balance date: 2019-08-20

Months reviewed: 50    Date reported: 2019-08-20    EFX XPN TU

Payment Pattern: CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month): 1

Creditor Address: 301 N WALNUT ST, FLOOR 09, WILMINGTON DE 19801-3935
Phone: 8009452000

Remarks:

Equifax      AMOUNT IN H/C COLUMN IS CREDIT LIMIT
Experian     CURRENT ACCOUNT

---

**34. Creditor Name:** JPMCB - CARD SERVICE          **Account Number:** 4388540018752401

| | | | |
|---|---|---|---|
| **Type:** | O-1 | **ECOA:** | I |
| **High Credit:** | 785 | **Terms:** | 1M |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type:           CreditCard
Date opened: 2008-11    Last activity: 2010-04-14      Balance date: 2010-11-09
Months reviewed: 24     Date reported: 2010-11-09      EFX TU XPN
Payment Pattern:        CCCCCCCCCCCCCCCCCCCCCCCC
Most Adverse Rating (1 month):    1
Creditor Address:       301 N WALNUT ST, FLOOR 09, WILMINGTON DE 19801-3935
                        Phone: 8009452000

**Remarks:**

| | |
|---|---|
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |
| TransUnion | CREDIT CARD |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |

---

**35. Creditor Name:** JPMCB - CARD SERVICE          **Account Number:** 4388576031478152

| | | | |
|---|---|---|---|
| **Type:** | O-1 | **ECOA:** | A |
| **High Credit:** | 2206 | **Terms:** | 1M |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type:           CreditCard
Date opened: 2008-04    Last activity: 2010-03-26      Balance date: 2010-06-20
Months reviewed: 26     Date reported: 2010-06-20      EFX TU XPN
Payment Pattern:        CCCCCCCCCCCCCCCCCCCCCCCCCC
Most Adverse Rating (1 month):    1
Creditor Address:
                        301 N WALNUT ST, FLOOR 09, WILMINGTON DE 19801-3935

Phone: 8009452000

**Remarks:**

| | |
|---|---|
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |
| TransUnion | CREDIT CARD |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |

36.

| | | | |
|---|---|---|---|
| **Creditor Name:** | JPMCB - CARD SERVICE | **Account Number:** | 4388576026744253 |
| **Type:** | O-1 | **ECOA:** | I |
| **High Credit:** | 35405 | **Terms:** | 1M |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

| | |
|---|---|
| Account Type: | CreditCard |
| Date opened: 2007-07 | Last activity: 2010-02-21     Balance date: 2010-05-12 |
| Months reviewed: 34 | Date reported: 2010-05-12     EFX TU XPN |
| Payment Pattern: | CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC |
| Most Adverse Rating (1 month): | 1 |
| Creditor Address: | 301 N WALNUT ST, FLOOR 09, WILMINGTON DE 19801-3935 |
| | Phone: 8009452000 |

**Remarks:**

| | |
|---|---|
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |
| TransUnion | CREDIT CARD |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |

37.

| | | | |
|---|---|---|---|
| **Creditor Name:** | KOHLS/CAPITAL ONE | **Account Number:** | 6393050908698988 |
| **Type:** | R-1 | **ECOA:** | I |
| **High Credit:** | 425 | **Terms:** | REV$27/MO |
| **Balance Amt:** | 0 | **Payment Amt:** | 27 |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |
| **Account Type:** | ChargeAccount | | |

https://rms.ds.state.shu/creditcheck/dsp_creditCheck.cfm?case_no=735019&case

Date opened: 2018-11       Last activity: 2019-01-28       Balance date: 2019-08-26
Months reviewed: 10        Date reported: 2019-08-26       EFX XPN TU
Payment Pattern:           CCCCCCCC
Most Adverse Rating (1
month):                    1
Creditor Address:          N56 W 17000 RIDGEWOOD DR, MENOMONEE FALLS
                           WI 53051
                           Phone: 8005645740

Remarks:
Equifax        CHARGE
Equifax        AMOUNT IN H/C COLUMN IS CREDIT LIMIT
Experian       CURRENT ACCOUNT
TransUnion     CHARGE ACCOUNT

---

**38.** **Creditor Name:** MOHELA/DEPT OF ED          **Account Number:** 6114250732KM00002

**Type:** I-1                                        **ECOA:** I
**High Credit:** 18414                               **Terms:** 213M
**Balance Amt:** 0
                                                     **Payment Amt:**
**Past Due:** 0                                      **Late 30-60-90:** 0 - 0 - 0
Account Type:              Educational
Date opened: 2003-07       Last activity: 2015-05-14     Balance date: 2015-05-14
Months reviewed: 35        Date reported: 2015-05-14     EFX XPN TU
Payment Pattern:           CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC
Most Adverse Rating (1
month):                    1
Creditor Address:          633 SPIRIT DRIVE, CHESTERFIELD MO 63005
                           Phone: 8006664352

Remarks:
Equifax        ACCOUNT PAID
Equifax        STUDENT LOAN
Experian       PAID SATISFACTORY
TransUnion     STUDENT LOAN
TransUnion     CLOSED

---

**39.** **Creditor Name:** STATE OF NJ STUDENT AS     **Account Number:** P02010926 NJC

**Type:** I-1                                        **ECOA:** M
**High Credit:** 10000                               **Terms:** 180M
**Balance Amt:** 0                                   **Payment Amt:**

Past Due: 0        Late 30-60-90:    0 - 0 - 0

UNCLASSIFIED

Account Type: Educational

Date opened: 2002-09    Last activity: 2011-08-12      Balance date: 2011-08-19

Months reviewed: 99    Date reported: 2011-08-19      TU EFX XPN

Payment Pattern: CCCCCCCXCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month): 1

Creditor Address: 4 QUAKERBRIDGE PLAZA, TRENTON NJ 08625
Phone: 6095883300

**Remarks:**

| | |
|---|---|
| TransUnion | STUDENT LOAN |
| TransUnion | CLOSED |
| Equifax | ACCOUNT PAID |
| Experian | PAID SATISFACTORY |

---

**40.** **Creditor Name:** STATE OF NJ STUDENT AS    **Account Number:** P01017103 NJC

**Type:** I-1      **ECOA:** M

**High Credit:** 12710      **Terms:** 180M

**Balance Amt:** 0      **Payment Amt:**

**Past Due:** 0      **Late 30-60-90:**    0 - 0 - 0

Account Type: Educational

Date opened: 2001-09    Last activity: 2011-08-12      Balance date: 2011-08-19

Months reviewed: 99    Date reported: 2011-08-19      TU EFX XPN

Payment Pattern: CCCCCCCXCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month): 1

Creditor Address: 4 QUAKERBRIDGE PLAZA, TRENTON NJ 08625
Phone: 6095883300

**Remarks:**

| | |
|---|---|
| TransUnion | STUDENT LOAN |
| TransUnion | CLOSED |
| Equifax | ACCOUNT PAID |
| Experian | PAID SATISFACTORY |

---

**41.** **Creditor Name:** U S DEPARTMENT OF ED    **Account Number:** 700001762497799

**Type:** I-1      **ECOA:** I

DoS MISMO 2.3 Response                                                    Page 24 of 27

High Credit:  17253                              Terms:           180M$103/MO
Balance Amt: 0                                   Payment Amt:     103
Past Due:       0                                Late 30-60-90:   0 - 0 - 0
Account Type:            Educational
Date opened: 2003-07-18  Last activity: 2012-04-28     Balance date: 2012-05-10
Months reviewed: 8       Date reported: 2012-05-10      EFX TU
Payment Pattern:         CCCCCCC
Most Adverse Rating (1
month):                  1
Creditor Address:        PO BOX 5609, GREENVILLE TX 75403
                         Phone: 8008480979

**Remarks:**
Equifax          ACCOUNT TRANSFERRED OR SOLD
TransUnion       STUDENT LOAN
TransUnion       TRANSFER

---

42.  Creditor
     Name:       U S DEPARTMENT OF ED
                                          Account Number: 700001762497699
     Type:       I-1
     High Credit: 1368                    ECOA:            I
     Balance Amt: 0                       Terms:           180M$7/MO
     Past Due:    0                       Payment Amt:     7
                                          Late 30-60-90:   0 - 0 - 0
     Account Type:           Educational
     Date opened: 2003-07-18  Last activity: 2012-04-28    Balance date: 2012-05-10
     Months reviewed: 8       Date reported: 2012-05-10     EFX TU
     Payment Pattern:         CCCCCCC
     Most Adverse Rating (1
     month):                  1
     Creditor Address:        PO BOX 5609, GREENVILLE TX 75403
                              Phone: 8008480979

     **Remarks:**
     Equifax          ACCOUNT TRANSFERRED OR SOLD
     TransUnion       STUDENT LOAN
     TransUnion       TRANSFER

---

43.  Creditor
     Name:       U S DEPARTMENT OF ED
                                          Account Number: 1457455994
     Type:       I-1
     High Credit: 20058                   ECOA:            I
     Balance Amt: 0                       Terms:           180M$111/MO
     Past Due:    0                       Payment Amt:     111
                                          Late 30-60-90:   0 - 0 - 0

Page 70

| | |
|---|---|
| Account Type: | Educational |
| Date opened: 2003-07-18 | Last activity: 2011-09-28          Balance date: 2011-09-30 |
| Months reviewed: 98 | Date reported: 2011-09-30          EFX TU |
| Payment Pattern: | CCCXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXCCCCCCCCCCCCCC |
| Most Adverse Rating (1 month): | 1 |
| Creditor Address: | PO BOX 5609, GREENVILLE TX 75403 Phone: 8008480979 |

Remarks:

| | |
|---|---|
| Equifax | ACCOUNT TRANSFERRED OR SOLD |
| TransUnion | STUDENT LOAN |

---

**44.**

| Creditor Name: | WELLS FARGO CARD SER | Account Number: | 4147180124853223 |
|---|---|---|---|
| Type: | R-1 | ECOA: | 1 |
| High Credit: | 2131 | Terms: | REV$38/MO |
| Balance Amt: | 0 | Payment Amt: | 38 |
| Past Due: | 0 | Late 30-60-90: | 0 - 0 - 0 |

| | |
|---|---|
| Account Type: | CreditCard |
| Date opened: 2018-05 | Last activity: 2019-01-04          Balance date: 2019-09-09 |
| Months reviewed: 16 | Date reported: 2019-09-09          TU XPN EFX |
| Payment Pattern: | CCCCCCCCCCCCCCCC |
| Most Adverse Rating (1 month): | 1 |
| Creditor Address: | CREDIT BUREAU DISPUTE RESOLUTI, DES MOINES IA 50306 Phone: 8006424720 |

Remarks:

| | |
|---|---|
| Experian | CURRENT ACCOUNT |
| Equifax | AMOUNT IN H/C COLUMN IS CREDIT LIMIT |

---

**45.**

| Creditor Name: | WFFNB/HOME PROJECT VIS | Account Number: | 4705000345047021 |
|---|---|---|---|
| Type: | R-1 | ECOA: | J |
| High Credit: | 10300 | Terms: | REV |
| Balance Amt: | 0 | Payment Amt: | |
| Past Due: | 0 | Late 30-60-90: | 0 - 0 - 0 |

| | |
|---|---|
| Account Type: | CreditCard |

DoS MISMO 2.3 Response                                                                    Page 26 of 27

Date opened: 2014-04-18          Last activity: 2015-05-08      Balance date: 2017-03-10
Months reviewed: 35              Date reported: 2017-03-10      EFX TU XPN
Payment Pattern:                 CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC
Most Adverse Rating (1
month):                          I

Creditor Address:                CSCL DISPUTE TM-MAC N8235-04M, DES MOINES IA
                                 50306

**Remarks:**

| | |
|---|---|
| Equifax | ACCOUNT PAID |
| Equifax | ACCOUNT CLOSED BY CREDIT GRANTOR |
| TransUnion | CREDIT CARD |
| TransUnion | CANCELED BY CREDIT GRANTOR |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - GRANTOR'S REQUEST - REPORTED BY SUBSCRIBER |

Trade Line Totals        count: 45     balance: 548763        past due: 0

## MATTHEW QUINN GEBERT - Inquiries

| Subscriber Name | Kind of Business | Subscriber Number | Date |
|---|---|---|---|
| LN-DOS | Government | 00001987 | 2019-09-20 |
| FRONTIER | UtilitiesAndFuel | 910UT49073 | 2019-08-16 |
| LN-DOS | Government | 00001987 | 2018-11-13 |
| KOHLS/CAPONE | DepartmentAndMailOrder | 1926637 | 2018-11-06 |
| CREDCO | MiscellaneousAndPublicRecord | 04279853 | 2018-08-02 |
| BANK OF AMERICA | Banking | 1136930 | 2018-06-29 |
| STATE DEPARTMENT FCU | Finance | 1710355 | 2018-06-13 |
| WF CRD SVC | OilAndNationalCreditCards | 164ON00069 | 2018-05-10 |
| AVANTUS, LLC | MiscellaneousAndPublicRecord | 414ZB00011 | 2018-01-23 |
| CREDIT PLUS | MiscellaneousAndPublicRecord | 1971155 | 2018-01-23 |
| LN-DOS | Government | 00001987 | 2017-11-16 |
| AMEX | Banking | 1234990 | 2017-10-30 |

REPORT PREPARED BY LEXISNEXIS RISK SOLUTIONS BUREAU LLC
1000 ALDERMAN DR ALPHARETTA GA 30005 (770)752-6000

https://rms.ds.state.sbu/creditcheck/dsp_creditCheck.cfm?case_no=735019&case_creditch     1/30/2020

Case 1:22-cv-02939-DLF   Document 48-3   Filed 04/25/24   Page 78 of 299

**End of Credit Report for MATTHEW QUINN GEBERT.**

Rendered by mismo_23_resp_1_0.xsl (Version tm_common_0.0.6)



AGYWeb                                                                    Page 1 of 1

Welcome: ST000056                                    CVS Menu    Agency Menu

No record in JPAS - press enter to continue

| Search |
| --- |

*Social Security Number: 145745599
*Last Name: GEBERT
Date of Birth:
State of Birth:
Foreign Country of Birth:

AKA Last Name:

**** OR ****

*Case Number:
*Last Name (First 5 characters):

CVS contains information subject to the provisions of the Privacy Act of 1974



CVS contains information subject to the provisions of the Privacy Act of 1974



AGYWeb

Page 1 of 1

Welcome: STROOB…

**UNCLASSIFIED**

Search   CVS Menu   Agency Menu   End Session

| Subject | Investigation | Clearance | Polygraph | Adjudication | HSPD-12 | JPAS |
|---|---|---|---|---|---|---|

**Display SII Subject Data**

**! PLEASE CALL**

Subject:  GEBERT, Matthew, Quinn

Sc████████████████████

**Place of Birth**

State:  NC

City:

County:

Foreign Country:

Country Code:

**AKAs**

| # | Last | First | Middle | Suffix | From | To | Maiden Name |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |

< Previous                          Next >

CVS contains information subject to the provisions of the Privacy Act of 1974

**DECLASSIFIED**



AGYWeb                                                                    Page 1 of 1

Welcome: ST□□O□□                          Search   CVS Menu   Agency Menu   End Session

| Subject | Investigation | Clearance | Polygraph | Adjudication | HSPD-12 | JPAS |

Name:   GEBERT, Matthew Quinn                    SSN:

**Investigation Summary**

Pending & Closed Investigations and Unacceptable Requests Exist (2)          Double-click a record to view more detail

| # | Case Type | Status | Date | Investigating SOI/Agency | File | Select File# |
|---|-----------|--------|------|--------------------------|------|--------------|
| 1 | OFI79T5R | Closed complete | 06/07/2019 | ST00/US DEPARTMENT OF STA | No | ☐ |
| 2 | OFI79SBI | Closed complete | 02/04/2013 | ST00/US DEPARTMENT OF STA | No | ☐ |

< Previous                                          Next >

Post Appointment Arrests Exist (0)

| Arrest Number | Mailed Date |
|---------------|-------------|

< Previous                                          Next >

Continuous Evaluation                                    Double-click to view more detail

Rap Back

[ Initiate ALL File Request ]        [ Initiate LIMITED File Request ]

CVS contains information subject to the provisions of the Privacy Act of 1974

https://np2.opm.gov/AGYWeb/entry                                   9/24/2019

AGYWeb



Welcome: ST09O59    Search   CVS Menu   Agency Menu   End Session

| Subject | Investigation | Clearance | Polygraph | Adjudication | HSPD-12 | JPAS |
|---------|---------------|-----------|-----------|--------------|---------|------|

Name:  GEBERT, Matthew Quinn          SSN:

**Clearance Summary (1)**

Double-click a record to view more detail

| # | Level | Eligibility | Type | Special Access | Granting SOI/Agency Name | Status | Please Call | Granted/Denied Date |
|---|-------|-------------|------|----------------|--------------------------|--------|-------------|---------------------|
| 1 | TS | TS | Final | | ST00/ US DEPARTMENT OF S | Suspended | Yes | 04/19/2013 |

< Previous                                      Next >

CVS contains information subject to the provisions of the Privacy Act of 1974



**CMS - Security File**

File   Edit

Case Name: GEBERT, MATTHEW QUINN    SSN: 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   DOB: 02/18/1981
Current File Location: (b)(6), (b)(7)(C)

General | Case Files | Clearances | Empl/Contr Info | Aliases | Cross-Ref | Spouse | Correspondence

Last Name: GEBERT    First: MATTHEW    Middle: QUINN    Suffix:

████████████████████    Male    Female    Unknown

Email Address: GEBERTMQ@STATE.GOV; GEBERT@GMAIl

Clearance/Certification:    Assignment Restrictions:
TOP SECRET granted 05/07/2019 by DOS based on TSR by    None
DOS on 05/09/2019

Place of Birth   City: █████████████████████ NORTH CAROLINA
                 County: ████████████████ United States

Physical Description:
Height: 510    Hair Color: BRO    Eye Color: BRO
Weight: 200    Race: W

                                              Filleroom Location: E

Remarks: Subject requested and received official restriction notification 7/2/13. (b) (6), (b)
Assignment restriction to Serbia was lifted on 08/01/2019. (b) (6), (b)(7)(C)

Email    Save    Cancel

Display



DECLASSIFIED

SENSITIVE BUT UNCLASSIFIED

**United States Department of State**
**Bureau of Diplomatic Security**
**Report of Investigation**

| GEBERT, MATTHEW QUINN | Case Number: 707690 |
|---|---|

**Tier 5 Reinvestigation**

**Reporting Offices:** DS/SI/PSS - OPF, New York, Washington

**Dates Investigated:** 13-NOV-18 – 29-MAR-19

**Date Reported:** 27-MAR-19

**Reference:** Headquarters Memorandum Dated: 15-NOV-18

**Status:** CLOSED

**Issues:**
      Drug Involvement
      Financial Consideration
      Foreign Influence

SENSITIVE BUT UNCLASSIFIED

This document contains data that is designated Sensitive But Unclassified (SBU). Handling, sharing, storing and disseminating this document will follow the guidelines stipulated by the Freedom of Information Act, 5 U.S.C. 552 or the Privacy Act, 5 U.S.C. 552a. Third party dissemination of this document is prohibited without approval from the Bureau of Diplomatic Security, Office of Personnel Security and Suitability.

SENSITIVE BUT UNCLASSIFIED

| United States Department of State<br>Bureau of Diplomatic Security<br>Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 707690 |

## DETAILS

Unless otherwise indicated herein, and as appropriate for the relation of each source to Gebert, sources were asked about Gebert's allegiance to the United States, susceptibility to foreign influence, preference for a foreign country, personal conduct, financial affairs, alcohol consumption, drug involvement, physical, emotional, and mental health, criminal conduct, security violations, outside activities and use of information technology. Sources were also queried about other suitability related issues such as Gebert's ability to perform their job, carry out the policies of the U. S. Government and effectively work with others. Unless specifically indicated to the contrary, each source commented favorably and recommended Gebert for a position of trust and responsibility without reservation. Each source that provided information related to this investigation was informed that the Privacy Act of 1974 (5 USC 552a) requires, upon request by Gebert, disclosure of the information they provided unless they expressly requested their identity be held in confidence and the information they provided would reveal their identity. Unless otherwise indicated herein, no source expressly requested their identity be held in confidence.

### National Agency Checks

*CIA - Liaison*

Subject: Matthew Gebert, DATE REQUESTED: 11/16/2018 DATE COMPLETED: 12/12/2018
An inquiry was made; if any results exist they will be forwarded separately.

Submitted By: [(b)(6); (b)(7)(C)]

Spouse: [(b)(6); (b)(7)(C)] DATE REQUESTED: 11/16/2018 DATE COMPLETED: 12/12/2018
An inquiry was made; if any results exist they will be forwarded separately.

Submitted By: [(b)(6); (b)(7)(C)]

Father-in-law: [(b)(6); (b)(7)(C)] DATE REQUESTED: 11/16/2018 DATE COMPLETED: 12/12/2018
An inquiry was made; if any results exist they will be forwarded separately.

Submitted By: [(b)(6); (b)(7)(C)]

Mother-in-law: [(b)(6); (b)(7)(C)] DATE REQUESTED: 11/16/2018 DATE COMPLETED: 12/12/2018
An inquiry was made; if any results exist they will be forwarded separately.

Submitted By: [(b)(6); (b)(7)(C)]

*DCII*

Subject: Matthew Gebert, DATE REQUESTED: 11/13/2018 DATE COMPLETED: 11/13/2018
no record.

Submitted By: [(b)(6); (b)(7)(C)]

*JPAS*               DECLASSIFIED

Subject: Matthew Gebert, DATE REQUESTED: 11/15/2018 DATE COMPLETED: 11/15/2018

SENSITIVE BUT UNCLASSIFIED

## United States Department of State
## Bureau of Diplomatic Security
### Report of Investigation

| GEBERT, MATTHEW QUINN | Case Number: 707690 |
|---|---|

NO RECORD

Submitted By: (b)(6); (b)(7)(C)

*NCIC*

Subject: Matthew Gebert, DATE REQUESTED: 11/13/2018 DATE COMPLETED: 11/13/2018
No Record

Submitted By: (b)(6); (b)(7)(C)

*OPM/SII*

Subject: Matthew Gebert, DATE REQUESTED: 11/15/2018 DATE COMPLETED: 11/15/2018
OPM/SII revealed a record. The most recent investigation reported was a OFI79SBI reflected as closed
complete by DOS on 02/04/2013

Submitted By: (b)(6); (b)(7)(C)

**Other Records Checks**
*CCD/USCIS*

Father-in-law:

(b)(6); (b)(7)(C)

Submitted By: (b)(6); (b)(7)(C)

Mother-in-law:

(b)(6); (b)(7)(C)

Submitted By: (b)(6); (b)(7)(C)

*Financial History*

Subject: Matthew Gebert, DATE REQUESTED: 11/15/2018 DATE COMPLETED: 11/23/2018
See file in the Reading Room

Submitted By: (b)(6); (b)(7)(C)

*Program Application Division (APD)* NOT FILED

Subject: Matthew Gebert, DATE REQUESTED: 11/15/2018 DATE COMPLETED: 11/15/2018

SENSITIVE BUT UNCLASSIFIED

Page 3

SENSITIVE BUT UNCLASSIFIED

## United States Department of State
## Bureau of Diplomatic Security
### Report of Investigation

| GEBERT, MATTHEW QUINN | Case Number: 707690 |
| --- | --- |

no record.

Submitted By: (b)(6); (b)(7)(C)

### Terrorist Screening Check (TSC)

Subject: Matthew Gebert, DATE REQUESTED: 11/13/2018 DATE COMPLETED: 11/13/2018
No record.

Submitted By: (b)(6); (b)(7)(C)

Spouse: (b)(6); (b)(7)(C)   DATE REQUESTED: 11/13/2018 DATE COMPLETED: 11/13/2018
No record.

Submitted By: (b)(6); (b)(7)(C)

### Spousal National Agency Checks

### DCII-Spouse

Spouse: (b)(6); (b)(7)(C)   DATE REQUESTED: 11/13/2018 DATE COMPLETED: 11/13/2018
no record.

Submitted By: (b)(6); (b)(7)(C)

### JPAS-Spouse

Spouse: (b)(6); (b)(7)(C)   DATE REQUESTED: 11/15/2018 DATE COMPLETED: 11/15/2018
NO RECORD

Submitted By (b)(6); (b)(7)(C)

### NCIC-Spouse

Spouse: (b)(6); (b)(7)(C)   DATE REQUESTED: 11/13/2018 DATE COMPLETED: 11/13/2018
No Record

Submitted By: (b)(6); (b)(7)(C)

### OPM/SII-Spouse

Spouse: (b)(6); (b)(7)(C)   DATE REQUESTED: 11/15/2018 DATE COMPLETED: 11/15/2018
NO RECORD

Submitted By: (b)(6); (b)(7)(C)

DECLASSIFIED

### EMPLOYMENT

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

United States Department of State
Bureau of Diplomatic Security
**Report of Investigation**

| GEBERT, MATTHEW QUINN | Case Number: 707690 |
|---|---|

### 01-MAR-13 - 01-NOV-18 US DEPARTMENT OF STATE, WASHINGTON, DC

17-Dec-18
Electronic Review, Official Personnel File, OPF, 2401 E Street, NW, Washington, DC 20037

A review of Gebert's Electronic Official Personnel Folder (eOPF) through the Department of State's HR Online database(s) reflects employment since 05/2013. The SF-50 folder reflects service in the following assignments:

05/2016: Foreign Affairs Officer, ENR/EDP/MEA

05/2015: Foreign Affairs Officer, ENR/EDP/MEA

05/2015: Foreign Affairs Officer, ENR/EDP/MEA

05/2014: Foreign Affairs Officer, ENR/EDP/MEA

05/2013: Foreign Affairs Officer, ENR/EDP/MEA

Gebert's performance folder disclosed 6 evaluations for the period of 2013 to 2017 with no derogatory information present.

Submitted By: (b)(6); (b)(7)(C)

### 01-MAY-13 - 01-NOV-18 DOS - FOREIGN AFFAIRS OFFICER, WASHINGTON, DC

31-Jan-19
Christopher C. Guest, Deputy Director, ENR/EDP/EMA, 2201 C Street, NW, 4754, Washington, DC 20520

Guest has been acquainted with Gebert from 08/2017 to 01/2019, in a professional capacity with daily contact as his supervisor. Guest stated Gebert has no known foreign national contacts. Guest is unaware of any foreign travel Gebert may have done. Guest does not believe Gebert could be susceptible to foreign influence. Guest stated Gebert has never indicated a preference for another country over the United States. Guest stated Gebert has no known foreign financial interests. Guest stated Gebert is a good person. Guest stated Gebert is professional and even tempered. Guest recommended Gebert for a position of trust and responsibility.

Submitted By: (b)(6); (b)(7)(C)

31-Jan-19
Dexter C. Payne, Energy Officer, ENR/EDP, 2201 C Street, NW, 4754, Washington, DC 20520

Payne has been acquainted with Gebert from 07/2018 TO 01/2019, in a professional capacity with daily contact as coworkers. Payne stated Gebert has no known foreign national contacts. Payne is unaware of any foreign travel Gebert may have done. Payne does not believe Gebert could be susceptible to foreign influence. Payne stated Gebert has never indicated a preference for another country over the United States. Payne stated Gebert has no known foreign financial interests. Payne stated Gebert is calm and humorous. Payne stated Gebert is taciturn and competent. Payne recommended Gebert for a position of trust and responsibility.

Submitted By: (b)(6); (b)(7)(C)

05-Feb-19

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

**United States Department of State**
**Bureau of Diplomatic Security**
**Report of Investigation**

| GEBERT, MATTHEW QUINN | Case Number: 707690 |
| --- | --- |

Brad A. Simmons, Asia Energy Officer, ENR/EDP/EMA, 2201 C Street, NW, 4843, Washington, DC 20520

Simmons has been acquainted with Gebert from 05/2013 to 02/2019, in a professional and social capacity with daily contact as coworkers. Simmons stated their social contact consists of quarterly office-related social functions. Simmons stated Gebert has no known foreign national contacts. Simmons is unaware of any foreign travel Gebert may have done. Simmons does not believe Gebert could be susceptible to foreign influence. Simmons stated Gebert has never indicated a preference for another country over the United States. Simmons stated Gebert has no known foreign financial interests. Simmons stated Gebert is professional and courteous. Simmons stated Gebert is friendly and dedicated to his position. Simmons recommended Gebert for a position of trust and responsibility.

Submitted By: (b)(6); (b)(7)(C)

*01-FEB-06 - 01-MAY-13 UNITED STATES ENERGY ASSOCIATION, WASHINGTON, DC*

18-Dec-18
Brian D. Kearns, Chief Financial Officer, United States Energy Association, 1300 Pennsylvania Avenue, NW, Suite 550, MB 142, Washington, DC 20004

A review of the records on file with United States Energy Association disclosed Gebert was employed by the United States Energy Association from 02/13/2006 to 05/10/2013 as a Program Coordinator. The record shows Gebert was paid $19.79 per hour. The record shows Gebert voluntarily resigned to accept a fellowship position. The record shows no disciplinary actions or performance appraisals. The record shows Gebert is eligible for rehire.

Submitted By: (b)(6); (b)(7)(C)

**LISTED REFERENCES**

21-Nov-18
John H. Schanne, Attorney, Hercules Plaza/ Suite 5100, 1313 North Market Street, Wilmington, DE 19899

Schanne has been acquainted with Gebert from 09/1993 to 11/2018, in a social capacity with varied contact. Schanne stated that he and Gebert became friends when both attended Samuel S. Yellin Elementary School, located in Stratford, New Jersey. Schanne stated that from 09/1993 to 09/1999, he had daily in-person contact with Gebert while both attended elementary and high school. Schanne stated that when he and Gebert attended different universities from 09/1999 to approximately 2004, he had in-person contact with Gebert once every other month and telephone or e-mail contact once a week. Schanne stated that during the summer months, he had daily in-person contact with Gebert. Schanne stated that he and Gebert were very good friends in high school and college. Schanne stated that since graduating college, he keeps in contact with Gebert once a month by phone or e-mail and in-person approximately three times a year. Schanne stated that he is not aware of any foreign employment, foreign preferences, foreign influences or foreign business that Gebert has or is leaning towards. Schanne stated that Gebert has had foreign travel but does not recall the locations or if the travel was for business or leisure. Schanne stated that sometime from 09/1999 to 2004, when both were attending college, he saw Gebert smoke marijuana once during a concert. Schanne believes that Gebert's use of marijuana was an isolated event and Gebert has not been involved in the cultivating, processing, manufacture, purchase, sale, or distribution of illegal drugs. Schanne described Gebert as smart, motivated and ambitious. Schanne recommended Gebert for a position of trust and responsibility.

SENSITIVE BUT UNCLASSIFIED

Page 6

SENSITIVE BUT UNCLASSIFIED

**United States Department of State**
**Bureau of Diplomatic Security**
**Report of Investigation**

| GEBERT, MATTHEW QUINN | Case Number: 707690 |
|---|---|

Submitted By: (b)(6); (b)(7)(C)

04-Feb-19   (OBTAINED BY PHONE)
Daniel P. Fitzgerald, Membership Officer NRA, N/A, 15004 Gretna Green Drive, Darnestown, MD 20878

Fitzgerald has been acquainted with Gebert from 07/2016 to 02/2019, with social contact two to three times per month. Their social contact consists of visiting each other's homes to watch sports, hanging out and hiking. Fitzgerald stated Gebert has no known foreign national contacts. Fitzgerald is unaware of any foreign travel Gebert may have done. Fitzgerald does not believe Gebert could be susceptible to foreign influence. Fitzgerald stated Gebert has never indicated a preference for another country over the United States. Fitzgerald stated Gebert has no known foreign financial interests. Fitzgerald stated Gebert is polite and stable. Fitzgerald stated Gebert leads a well-balanced life between work and family. Fitzgerald recommended Gebert for a position of trust and responsibility. Fitzgerald requested this interview be conducted telephonically due to his busy schedule.

Submitted By: (b)(6); (b)(7)(C)

## LOCAL AGENCY CHECKS

### VIRGINIA, VA

29-Nov-18
(b)(6); (b)(7)(C)    Records Clerk, Leesburg Police Department, 65 Plaza Street NE, Leesburg, VA 20176

A review of the records on file with the Leesburg Police Department disclosed no record identifiable to Gebert. The Leesburg Police Department covers residence in Leesburg, VA.

Submitted By: (b)(6); (b)(7)(C)

### WASHINGTON, DC, DC

12-Dec-18
(b)(6); (b)(7)(C)    Legal Instruments Examiner, Metropolitan Police Department, 300 Indiana Avenue, NW, 3061, Washington, DC 20001

A review of the records on file with Metropolitan Police Department, Washington, D.C., disclosed no records identifiable with Gebert. Metropolitan Police Department covers employment in Washington, D.C.

Submitted By: (b)(6); (b)(7)(C)

## SUBJECT INTERVIEW

Gebert was interviewed at 2201 C Street, NW 4843, Washington, DC 20520 on 01/28/2019 beginning at 2:30 P.M. and concluding at 4:00 P.M. Only Gebert and investigator were present during the interview. Prior to the commencement of the interview, Gebert corroborated his identity by presenting his US Tourist Passport, Number 545913277, issued 06/14/2016, expiring 06/13/2026, bearing his photograph. Gebert affirmed his continued interest in employment. In accordance with 5 USC 552a, The Privacy Act of 1974, Gebert was provided a copy of the Privacy Act Notice dated 05/14/2001 for his retention. Specifically this notice informed Gebert of the authority which authorizes the solicitation of the information, whether disclosure of such

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

| United States Department of State<br>Bureau of Diplomatic Security<br>Report of Investigation | |
| --- | --- |
| GEBERT, MATTHEW QUINN | Case Number: 707690 |

information is mandatory or voluntary, the principal purpose for which the information is intended to be used, the routine uses which may be made of the information as published, and the effects on Gebert, if any, of not providing all or any part of the requested information. The purpose and scope of the investigation was explained to Gebert, and he did not indicate any objection to, or have any questions concerning, its conduct. Gebert was informed about the importance of candor during this interview and specifically advised that 18 USC §1001 makes it a crime to knowingly falsify or conceal material facts related to this investigation. Unless otherwise noted herein, Gebert's responses, detailed in the following paragraphs, only address the time period indicated on the applicable security forms, or as otherwise provided for by law or Executive Order.

A point by point review of his security forms was conducted with Gebert, along with appropriate amplification. Nothing requiring amendment to the forms was revealed, except as otherwise noted in this report.

Gebert and his wife purchased a second home in 03/2018. Gebert stated they travel to the home for weekends once every other month. The home is located at 270 Philadelphia Avenue, Purgitsville, WV 26852.

Gebert has not been involved in any act of sabotage, espionage, treason, terrorism, sedition, or other act whose aim is to overthrow the Government of the United States or alter the form of government by unconstitutional means.

Gebert has not associated or sympathized with persons who are attempting to commit, or who are committing acts of sabotage, espionage, treason, terrorism, sedition, or other act whose aim is to overthrow the Government of the United States or alter the form of government by unconstitutional means.

Gebert has not associated or sympathized with persons or organizations that advocate the overthrow of the United States Government, or any state or subdivision, by force or violence or by other unconstitutional means.

Gebert has not been involved in activities which unlawfully advocate or practice the commission of acts of force or violence to prevent others from exercising their rights under the Constitution or laws of the United States or of any state.

Gebert does not have any immediate family member or have close ties of affection or obligation to a citizen of, or resident present in, a foreign country, except as otherwise noted in this report. Gebert and all immediate family members do not have other family ties in any foreign country where a Foreign Intelligence Service (FIS) could exploit familial bonds of affection.

Gebert does not share living quarters with a person or persons, regardless of their citizenship status, if the potential for adverse foreign influence or duress exists.

Gebert has no relatives, to include a spouse or spouse's family, cohabitants, or associates, who are connected, currently or in the past, with any foreign government, to include military armed forces, intelligence or security services, police services, or ministry of foreign affairs.

Gebert stated his wife was born in the United States and was automatically granted dual citizenship with Serbia because her parents were born there. Both of her parents are naturalized US citizens. Gebert stated all of his children will be granted dual citizenship with Serbia due to their mother's dual citizenship. Gebert stated that his wife feels that it is important that she has this cursory connection with her heritage and that their children should also. Gebert stated his wife has a Serbian passport but has not used it for travel. Gebert stated two of his

SENSITIVE BUT UNCLASSIFIED | Page 8

SENSITIVE BUT UNCLASSIFIED

| United States Department of State<br>Bureau of Diplomatic Security<br>**Report of Investigation** | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 707690 |

children are currently considered dual citizens with the United States and Serbia and have been issued Serbian passports. His children have never traveled using these passports. Gebert stated his youngest child has not been processed for dual citizenship because he is still an infant. Gebert stated his wife will probably submit the paperwork in the next year.

Gebert stated he failed to list his wife's foreign government contact with the personnel at the Serbian Embassy because he did not think about it. Gebert stated when his children were born, his wife has to appear at the Serbian Embassy to apply for dual citizenship for the children and to apply for their passports. Gebert stated this is the only time his spouse has visited the Serbian Embassy. Gebert stated there is no continuing contact with any persons at the Embassy.

Gebert was asked about continuing contact with Dzhamshed Nazirov and Yury Zhelezko. Gebert stated he has never heard of these persons and has no contact with them.

Gebert failed to list any foreign national contacts on his case papers. Gebert stated he did not consider dual citizenship to be a foreign national and therefore did not list his spouse, children or in-laws.

Gebert provided the following information regarding his foreign national contacts:

Full Name: Anna Vuckovic Gebert Relationship: Wife Gender: Female Date of Birth: 05/20/1981 City/Country of Birth: Chicago, IL, USA Country of Citizenship: US, Serbia Address: 505 Niven Court, SW, Leesburg, VA 20175, United States Telephone Number: 571-831-1981 Occupation: Homemaker Employer: N/A Employer's Address: N/A Employer's Telephone Number: N/A How and When Did You Meet: They met while Gebert was studying abroad in Moscow, Russia in the of Fall 2001. Exact date unknown. Frequency and Nature of Contact: Daily personal contact Email Address: avuckovic@gmail.com

Full Name: Max Vuckovic Gebert Relationship: Son Gender: Male Date of Birth: 01/17/2012 City/Country of Birth: Alexandria, Virginia, USA Country of Citizenship: USA, Serbia Address: 505 Niven Court, SW, Leesburg, VA 20175, United States Telephone Number: N/A Occupation: Elementary School Student Employer: N/A Employer's Address: N/A Employer's Telephone Number: N/A How and When Did You Meet: They met when M. Gebert was born. Frequency and Nature of Contact: Daily personal contact. Email Address: N/A

Full Name: Ivy Victoria Gebert Relationship: Daughter Gender: Female Date of Birth: 10/25/2014 City/Country of Birth: Leesburg, Virginia, USA Country of Citizenship: USA, Serbia Address: 505 Niven Court, SW, Leesburg, VA 20175, United States Telephone Number: N/A Occupation: Preschool student Employer: N/A Employer's Address: N/A Employer's Telephone Number: N/A How and When Did You Meet: They met when I. Gebert was born. Frequency and Nature of Contact: Daily personal contact. Email Address: N/A

Full Name: Gradimir Branislav Vuckovic Relationship: Father-in-law Gender: Male Date of Birth: 08/29/1946 City/Country of Birth: Belgrade, Serbia Country of Citizenship: USA, Serbia Address: 71 Dundee Lane, Barrington, IL, USA Telephone Number: 847-304-5653 Occupation: Retired pathologist Employer: N/A Employer's Address: N/A Employer's Telephone Number: N/A How and When Did You Meet: They met in sometime in 2002 when Gebert returned from his study abroad semester. His wife took Gebert to her home to introduce him to her family. Frequency and Nature of Contact: Weekly email or phone contact Email Address: gbv@nicl.com

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

| United States Department of State | |
| --- | --- |
| Bureau of Diplomatic Security | |
| Report of Investigation | |
| GEBERT, MATTHEW QUINN | Case Number: 707690 |

Full Name: Marija Molnar Vuckovic Relationship: Mother-in-law Gender: Female Date of Birth: Unknown, approximately 75 years old City/Country of Birth: Belgrade, Serbia Country of Citizenship: USA, Serbia Address: 71 Dundee Lane, Barrington, IL, USA Telephone Number: 847-304-5653 Occupation: Retired OB/GYN Employer: N/A Employer's Address: N/A Employer's Telephone Number: N/A How and When Did You Meet: They met in sometime in 2002 when Gebert returned from his study abroad semester. His wife took Gebert to her home to introduce him to her family. Frequency and Nature of Contact: Weekly email or phone contact Email Address: maria@drmolnar.com

Full Name: Djordje Vuckovic Relationship: Uncle-in-law Gender: Male Date of Birth: Unknown, approximately 69 years old City/Country of Birth: Belgrade, Serbia Country of Citizenship: USA, Serbia Address: Belgrade, Serbia Telephone Number: Unknown Occupation: Retired architect Employer: N/A Employer's Address: N/A Employer's Telephone Number: N/A How and When Did You Meet: They met on 10/07/2006 in Chicago, Illinois at Gebert's wedding. Frequency and Nature of Contact: Monthly email contact Email Address: ljdjv@mts.rs

Full Name: Maya Vuckovic Relationship: Sister-in-law Gender: Female Date of Birth: 07/20/1977 City/Country of Birth: Chicago, Illinois, USA Country of Citizenship: USA, Serbia Address: Belgrade, Serbia Telephone Number: 312-973-2000 Occupation: Unemployed Employer: N/A Employer's Address: N/A Employer's Telephone Number: N/A How and When Did You Meet: They met in sometime in 2002 when Gebert returned from his study abroad semester. His wife took Gebert to her home to introduce him to her family. Frequency and Nature of Contact: Quarterly text message contact. Email Address: kissmycanvas@me.com

Gebert has not failed to report, where required, any association or contact with foreign nationals and Gebert has not had any romantic involvement with any citizen of a foreign country, except as otherwise noted in this report.

Gebert has never provided any financial support to any foreign nationals. Gebert stated the question regarding providing financial support to foreign nationals is difficult to answer in light of the fact that he was required to list his wife and children as foreign national contacts because of their dual citizenship. Gebert stated he has never provided financial support to any non-US citizen.

Gebert has not had unauthorized association with a suspected or known collaborator or employee of a foreign intelligence service and Gebert has no knowledge or suspicions of ever being a target of interest of a FIS.

Gebert has not engaged in conduct which may make him vulnerable to coercion, exploitation, or pressure from a foreign government.

Gebert has not seen indications that representatives or nationals from a foreign country are acting to increase his vulnerability to possible future exploitation, coercion or pressure.

Gebert has no financial interests in a country, or in any foreign owned or operated business that could make him vulnerable to foreign influence.

Gebert does not exercise dual citizenship.

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

| United States Department of State | |
|---|---|
| Bureau of Diplomatic Security. | |
| **Report of Investigation** | |
| GEBERT, MATTHEW QUINN | Case Number: 707690 |

Gebert does not possess or use a foreign passport.

Gebert is not a member of a foreign military service and denies any willingness to bear arms for a foreign country.

Gebert does not accept educational, medical, or other benefits, such as retirement and social welfare, from a foreign country.

Gebert has not resided in a foreign country to meet citizenship requirements.

Gebert has not used foreign citizenship to protect business interests in another country.

Gebert has not sought or held political office in a foreign country.

Gebert has not voted in foreign elections.

Gebert has not performed or attempted to perform duties, or otherwise acted, so as to serve the interests of another government in preference to the interests of the United States.

Gebert has not had any foreign travel other than that listed on his security forms, except as otherwise ntoed in this report.

Gebert provided the following information regarding his foreign travel:

Dates of Travel: 02/03/2018 – 02/08/2018 Cities/Countries Visited: Grand Cayman Island Accommodations: Westin Grand Cayman Purpose: Family Vacation General Itinerary: Flew from Dulles, Virginia, US to Grand Cayman to Dulles, Virginia, US Associates/Traveling Companions: Anna Gebert(spouse, US/Serbian citizen, listed as foreign national contact), Max Gebert(son, US/Serbian citizen, listed as foreign national contact), Ivy Gebert (daughter, US/Serbian citizen, listed as foreign national contact) General Activities: Beach fun, dining How Funded: Airline Miles, Hotel Points, Personal savings Alcohol/Drug Use: Three beers daily, no drug use.

Dates of Travel: 01/28/2017 – 02/04/2017 Cities/Countries Visited: Cabo San Lucas, Mexico Accommodations: The Ridge at Playa Grande Purpose: Family Vacation General Itinerary: Flew from Dulles, Virginia, US to Cabo San Lucas, Mexico to Dulles, Virginia, US Associates/Traveling Companions: Anna Gebert(spouse, US/Serbian citizen, listed as foreign national contact), Max Gebert(son, US/Serbian citizen, listed as foreign national contact), Ivy Gebert (daughter, US/Serbian citizen, listed as foreign national contact) General Activities: Beach fun, dining/How Funded: Airline Miles, Personal savings Alcohol/Drug Use: Three beers daily, no drug use.

Dates of Travel: 01/26/2016 – 01/31/2016 Cities/Countries Visited: Cancun, Mexico Accommodations: Westin Lagunamar Purpose: Family Vacation General Itinerary: Flew from Dulles, Virginia, US to Cancun, Mexico to Dulles, Virginia, US Associates/Traveling Companions: Anna Gebert(spouse, US/Serbian citizen, listed as foreign national contact), Max Gebert(son, US/Serbian citizen, listed as foreign national contact), Ivy Gebert (daughter, US/Serbian citizen, listed as foreign national contact) General Activities: Beach fun, dining How Funded: Airline Miles, Hotel Points, Personal savings Alcohol/Drug Use: Three beers daily, no drug use.

Dates of Travel: 01/04/2014 – 01/09/2014 Cities/Countries Visited: Cancun, Mexico Accommodations: Westin

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

United States Department of State
Bureau of Diplomatic Security
**Report of Investigation**

| GEBERT, MATTHEW QUINN | Case Number: 707690 |
|---|---|

Lagunamar Purpose: Family Vacation General Itinerary: Flew from Dulles, Virginia, US to Cancun, Mexico to Dulles, Virginia, US Associates/Traveling Companions: Anna Gebert(spouse, US/Serbian citizen, listed as foreign national contact), Max Gebert(son, US/Serbian citizen, listed as foreign national contact) General Activities: Beach fun, dining How Funded: Airline Miles, Hotel Points, Personal savings Alcohol/Drug Use: Two beers daily, no drug use.

Dates of Travel: 03/29/2013 – 04/07/2013 Cities/Countries Visited: Bangkok, Thailand Accommodations: Aloft Bangkok hotel Purpose: U.S. Energy Association Training Course for Pakistanis General Itinerary: Flew from Dulles, Virginia, US to Tokyo, Japan (short layover, did not leave airport) to Bangkok, Thailand to Tokyo, Japan (short layover, did not leave airport) to Dulles, Virginia, US Associates/Traveling Companions: None General Activities: Energy meetings and training sessions How Funded: U.S. Energy Association Funds Alcohol/Drug Use: Three beers per day, no drug use. General Activities: Beach fun, dining How Funded: Airline Miles, Hotel Points, Personal savings Alcohol/Drug Use: Three beers daily, no drug use.

Gebert has not had any problems while traveling abroad such as difficulties with border officials.

Gebert stated that he did not foster any continuing relationships or have subsequent contact with anyone he met during his travels. Gebert said he was not asked to do any favors for any foreign government or person.

At this point in the interview, Gebert presented his US Tourist Passport and US Diplomatic Passports for review: US Tourist Passport, Number 545913277, issued 06/14/2016, expiring 06/13/2026; US Tourist Passport, Number 219521191, issued 10/13/2006, expired 10/12/2016; US Diplomatic Passport, Number 910226750, issued 06/05/2013, expired 06/04/2018; and US Diplomatic Passport, Number 910387188, issued 06/06/2018, expiring 06/05/2023. Travel locations documented on Gebert's passports are consistent with what Gebert reported during this interview, except as otherwise noted in this report.

Gebert was not approached by anyone who represented himself to be an agent of a foreign intelligence service.

Gebert did not have any encounters with local police or security officials or experience any provocation or harassment, including unusual delays at borders, baggage search, separation from traveling companions, etc., except as otherwise noted in this report.

Gebert did not engage in any foreign employment, regular, part-time or voluntary during any foreign travel.

Gebert did not encounter any unusual events, including blackmail attempts, intelligence approaches, surveillance, etc.

Gebert did not experience any unusual encounters or emotional involvement with local nationals or third country nationals.

Gebert did not have to undergo any interview or otherwise report to any other agency or authority concerning any aspect of the travel.

Gebert has not had any subsequent contact, or intent to have contact, with anyone met during the travel, whether by personal contact, mail, email, telephone, or through a third party.

Gebert did not engage in any conduct or activity that, if known, could be used by foreign intelligence agents or

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

## United States Department of State
### Bureau of Diplomatic Security
### Report of Investigation

| GEBERT, MATTHEW QUINN | Case Number: 707690 |
|---|---|

operatives to attempt to pressure To, or by the press or government authorities to embarrass Gebert or the U. S. Government.

Gebert has not been involved with sexual behavior of a criminal nature, whether or not he has been prosecuted.

Gebert has not demonstrated compulsive or addictive sexual behavior where he was unable to stop a pattern of self-destructive or high-risk behavior, or which is symptomatic of a personality disorder.

Gebert has not engaged in any sexual behavior that may cause him to be vulnerable to coercion, exploitation or duress.

Gebert has not engaged in any sexual behavior of a public nature and/or reflected lack of discretion or judgment.

Gebert has not refused to undergo or cooperate with required security processing, including medical and psychological testing.

Gebert has not deliberately omitted, concealed, or falsified relevant and material facts from any personnel security questionnaire, personal history statement, or similar form used to conduct investigations, determine employment qualifications, award benefits or status, determine security clearance eligibility or trustworthiness, or award fiduciary responsibilities.

Gebert has not deliberately provided false or misleading information concerning relevant and material matters to an investigator, security official, competent medical authority, or other official representative in connection with a personnel security or trustworthiness determination.

Gebert has not engaged in personal conduct or concealment of information that may increase vulnerability to coercion, exploitation or duress such and engaging in activities which, if known, may affect his personal, professional, or community standing or render him to be susceptible to blackmail.

Gebert has not demonstrated a pattern of dishonesty or rule violations, including violation of any written or recorded agreement made between the individual and the agency.

Gebert has not associated with persons involved in criminal activity.

Gebert has not had a history of irresponsible financial practices such as failure to meet financial obligations.

Gebert has not engaged in deceptive or illegal financial practices such as embezzlement, employee theft, check fraud, income tax evasion, expense account fraud, filing deceptive loan statements, and other intentional financial breaches of trust.

Gebert does not have any unexplained source of income.

Gebert has not had any financial problems that are linked to gambling, drug abuse, alcoholism, or other issues of a security concern.

Gebert has not been involved with any alcohol-related incidents away from work, such as driving under the

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

| United States Department of State<br>Bureau of Diplomatic Security<br>Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 707690 |

influence, fighting, child or spouse abuse, or other criminal incidents related to alcohol use, except as otherwise noted in this report.

Gebert has not been involved with any alcohol-related incidents at work, such as reporting for work or duty in an intoxicated or impaired condition, or drinking on the job.

Gebert has not been diagnosed by a credentialed medical professional (e.g., physician, clinical psychologist, or psychiatrist) of alcohol abuse or alcohol dependence.

Gebert has not had an evaluation of alcohol abuse or alcohol dependence by a licensed clinical social worker who is a staff member of a recognized alcohol treatment program.

Gebert has not engaged in habitual or binge consumption of alcohol to the point of impaired judgment.

Gebert has not consumed alcohol, subsequent to a diagnosis of alcoholism by a credentialed medical professional and following completion of an alcohol rehabilitation program.

Gebert has not abused drugs, whether illegal or prescription.

Gebert has not possessed illegal drugs, including cultivation, processing, manufacture, purchase, sale, or distribution.

Gebert has not been diagnosed by a credentialed medical professional (e.g., physician, clinical psychologist, or psychiatrist) of drug abuse or drug dependence.

Gebert has not had an evaluation for drug abuse or drug dependence by a licensed clinical social worker who is a staff member of a recognized drug treatment program.

Gebert has not had an opinion by a credentialed mental health professional showing a condition or treatment that may indicate a defect in judgment, reliability, or stability.

Gebert has not failed to follow appropriate medical advice relating to treatment of a condition, e.g., failure to take prescribed medication.

Gebert has not demonstrated a pattern of high-risk, irresponsible, aggressive, anti-social or emotionally unstable behavior.

Gebert's behavior does not indicate a defect in judgment or reliability.

Gebert has not been accused of or admitted to criminal conduct, regardless of whether he was formally charged.

Gebert has not committed a single serious crime or multiple lesser offenses.

Gebert has not committed unauthorized disclosure of classified, sensitive, or corporate-protected information, nor has Gebert been involved in any security incident, whether a violation or infraction, involving the storage or safeguarding of classified or sensitive information.

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

United States Department of State
Bureau of Diplomatic Security
Report of Investigation

| GEBERT, MATTHEW QUINN | Case Number: 707690 |
|---|---|

Gebert has not had any security incidents, whether violations or infractions, that were deliberate or due to negligence.

Gebert has not performed any service, whether compensated, volunteer, or employment with a foreign country.

Gebert has not performed any service, whether compensated, volunteer, or employment with any foreign national.

Gebert has not performed any service, whether compensated, volunteer, or employment with a representative of any foreign interest.

Gebert has not performed any service, whether compensated, volunteer, or employment with any foreign, domestic, or international organization or person engaged in analysis, discussion, or publication of material on intelligence, defense, foreign affairs, or protected technology.

Gebert has not performed illegal or unauthorized entry into any information technology system.

Gebert has not performed illegal or unauthorized modification, destruction, manipulation, or denial of access to information residing on an information technology system.

Gebert has not removed or used hardware, software or media from any information technology system without authorization, when specifically prohibited by rules, procedures, guidelines or regulations.

Gebert has not introduced hardware, software or media into any information technology system without authorization, when specifically prohibited by rules, procedures, guidelines or regulations.

Gebert has not derived income from any other activities such as writing, consulting or honoraria, other than what is listed on his security forms.

Gebert has not authored, or co-authored, any article, book or publication which could be interpreted as detrimental or in conflict with the policy or interests of the United States.

Gebert has not had any official complaints made against him by any administrative agency, professional association or ethics agency or official.

Gebert has not registered with the Department of Justice as an agent of a foreign principal. Gebert denied having registered as a lobbyist.

Gebert has filed all applicable federal, state and local tax returns and has not had any late tax return filings without valid extensions. Gebert has not had any assessments for tax penalties or any tax liens against him by any authority. Gebert has not employed anyone in his household, on a full or part time basis, without complying with all applicable laws and payment of appropriate taxes.

Gebert has not derived any benefit, financial or otherwise, through any relationship a family member may have with the federal government, to include contracts, consulting services, loans or guarantees.

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

| United States Department of State Bureau of Diplomatic Security Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 707690 |

Gebert has not filed for bankruptcy.

Gebert is not professionally licensed.

Gebert has not been involved in any lawsuits.

Gebert has not had association with any person, group or business venture that could be used, even unfairly, to criticize, impugn or attack his character or qualifications for a government position. Gebert is not aware of people or organizations that would take steps, overtly or covertly, fairly or unfairly, to criticize or oppose his employment in a government position. Gebert denied any other information, including information regarding other members of his family, that could suggest a conflict of interest or be a possible source of embarrassment to Gebert, the Department or to the United States.

Gebert could not think of any issue omitted from this interview that might impact on his suitability for employment or eligibility for access to classified information. Gebert did not offer any concluding remarks, objections or questions concerning the conduct of this investigation. The interview was concluded under favorable circumstances.

Submitted By: (b)(6); (b)(7)(C)

Gebert was interviewed at 2201 C Street NW, Washington, DC 20520, room 4843 on 03/21/2019 beginning at 11:02 AM and concluding at 12:01 PM. Only Gebert and investigator were present during the interview. Prior to the commencement of the interview, Gebert corroborated his identity by presenting an official Department of State badge, numbered: 02075825, expiring on 06/30/2024, bearing his photograph. Gebert affirmed his continued interest in employment. In accordance with 5 USC 552a, The Privacy Act of 1974, Gebert was provided a copy of the Privacy Act Notice dated 05/14/2001 for his retention. Specifically this notice informed Gebert of the authority which authorizes the solicitation of the information, whether disclosure of such information is mandatory or voluntary, the principal purpose for which the information is intended to be used, the routine uses which may be made of the information as published, and the effects on Gebert, if any, of not providing all or any part of the requested information. The purpose and scope of the investigation was explained to Gebert, and he did not indicate any objection to, or have any questions concerning, its conduct. Gebert was informed about the importance of candor during this interview and specifically advised that 18 USC §1001 makes it a crime to knowingly falsify or conceal material facts related to this investigation. Unless otherwise noted herein, Gebert's responses, detailed in the following paragraphs, only address the time period indicated on the applicable security forms, or as otherwise provided for by law or Executive Order.

A Limited Subject Interview was conducted with Gebert to discuss foreign contacts and financial considerations.

Gebert provided the following information pertaining to foreign contacts he listed during his previous security clearance investigation that were not included on his current sf86 filing or discussed during his subject interview.

Ljiljana Vuckovic, is the wife of Djordje Vuckovic (name provided during initial interview), and was born in Chicago, IL. She is a dual citizen of the US and Serbia. Gebert has no contact with her.

Ema Vuckovic, daughter of Djordje and Ljiljana Vuckovic, dual citizen of the US and Serbia, born in Chicago, IL. Gebert has no contact with her and the same with her brother, Stefan Alexander Vuckovic, also a dual

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

| United States Department of State Bureau of Diplomatic Security Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 707690 |

citizen of US and Serbia, born in Chicago, IL.

Dmitry Gennadiyevitch Ulyanov, friend. Gebert met Ulanov in Moscow during a student exchange program in 1998-1999. Gebert stopped communications with Ulyanov when he was hired by the Department of State.

Leon van der Hoek, friend, from South Africa. Gebert met Hoek in Moscow during a student exchange program in 1998-1999. He and his wife, Jolande van der Hoek visited Gebert in the US in 2012. When Gebert was hired by the Department of State he stopped communication with both of them.

Alexandra Galetsky, friend. Gebert met Galetsky during a student exchange program in 1998-1999 and has had no contact with her since employment with the Department of State.

Vladimir Bogomolv, friend. Gebert met Bogomolv during a study abroad program in 2001. He has no recurring contact with Bogomolv. The last contact was in 2013 when he contacted Bogomolv to ask for information to report on his eQIP for his Department of State employment.

Gebert stated he does not know Dzhamshed Nazirov or Yury Zhelezko.

Gebert does not have any immediate family member or have close ties of affection or obligation to a citizen of, or resident present in, a foreign country, except as previously reported. Gebert and all immediate family members do not have other family ties in any foreign country where a Foreign Intelligence Service (FIS) could exploit familial bonds of affection.

Gebert does not share living quarters with a person or persons, regardless of their citizenship status, if the potential for adverse foreign influence or duress exists.

Gebert has no relatives, to include a spouse or spouse's family, cohabitants, or associates, who are connected, currently or in the past, with any foreign government, to include military armed forces, intelligence or security services, police services, or ministry of foreign affairs, except as previously reported.

Gebert has not failed to report, where required, any association or contact with foreign nationals and Gebert has not had any romantic involvement with any citizen of a foreign country, except as previously reported.

Gebert has not had unauthorized association with a suspected or known collaborator or employee of a foreign intelligence service and Gebert has no knowledge or suspicions of ever being a target of interest of a FIS.

Gebert has not engaged in conduct which may make him vulnerable to coercion, exploitation, or pressure from a foreign government.

Gebert has not seen indications that representatives or nationals from a foreign country are acting to increase his vulnerability to possible future exploitation, coercion or pressure.

Gebert has no financial interests in a country, or in any foreign owned or operated business that could make him vulnerable to foreign influence.

In regards to Gebert's financial dealings, Gebert advised both he and his wife have their salaries direct deposited into their Charles Schwab checking accounts. Gebert also maintained an account at the Capital One Bank

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

| United States Department of State Bureau of Diplomatic Security Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 707690 |

(formerly Chevy Chase Bank) for cash deposits since Charles Schwab did not accept cash deposits. Gebert did not deal in large amounts of cash on a personal level and he estimated the most cash he may have had on his person would be no more than $1,000.00. Gebert has never personally provided financial support to a foreign national. Gebert explained, in his previous employment, he would have up to $5,000.00 cash on his person.

From 02/2006 to 05/2013, Gebert was the Project Coordinator/Senior Project Manager for the United States Energy Association (USEA), 1300 Pennsylvania Avenue, Suite 550, Washington, DC 20004, telephone number: 202-312-1230. His duties were to plan and coordinate meetings or workshops which were held in the United States and overseas. He explained, USEA has a cooperation agreement with the US Agency for International Development (USAID). USAID would assist in the development of multi-year programs in countries overseas, mainly in poor countries, that required a variety of meetings/workshops to coordinate, plan and initiate the projects. USAID could not provide funding directly to the foreign nationals associated with the projects to attend these meetings, so they would provide grants to USEA to assist the foreign representatives to travel to the meetings to discuss the projects under their cooperation agreement. As part of his duties, Gebert would plan and coordinate these meetings. If the meetings were held in the US, Gebert would arrange for the travel for the foreign representatives to travel to the US, providing them with airfare and other associated travel costs as well as per diem when they arrived in the US. Gebert would be given a check drawn on the USEA bank account. He would cash the check at the local SunTrust Bank and then provide cash to the foreign representative attending the meeting to cover their per diem expenses. At most, Gebert estimated he would have no more than $5,000.00 at a time to disburse. Gebert would have the foreign national sign a document acknowledging receipt of the cash, which was witnessed. He would then submit the receipt along with a copy of the representative's passport to the Chief Financial Officer of USEA, Brian Kearns. If the meetings were held outside of the US, Gebert would pay for the venue and other costs associated with attendance at the meeting, many times by wire transfers. On occasion, he would travel overseas with $2,000.00 to $3,000.00 US dollars to be given to foreign nationals attending the conferences and submit receipts to Kearns in the manner previously outlined. Any cash that was not disbursed was deposited by him into USEA bank account at SunTrust Bank.

Gebert acknowledged he has wire transferred money using Western Union. He explained USEA was assisting USAID in establishing an electricity project known as the REMAT Program for Tajikistan, Kazakhstan, Uzbekistan, Turkmenistan and Kyrgyzstan. He recalled in 2008 or 2009 (exact dates not recalled), he had to transfer money to the REMAT Project office located in Tajikistan. He would transfer the money and the money would be received by local nationals employed by USAID. Gebert had to use Western Union because the security requirements of SWIFT, the global provider of secure financial wire transfers used, were not met so they would not wire transfer the money to the foreign country. Gebert stated he did not know who picked up the money at Western Union since he did not know any of the local nationals employed by USAID for the REMAT Project. Gebert would receive a check from Kearns, cash the check and then go to a liquor store near USEA's office, name not recalled, and send the money via Western Union. He estimated he sent money using Western Union about five to eight times while he was employed at USEA. He has never personally sent money to anyone using Western Union.

Gebert could not recall ever depositing over $10,000.00 in cash to a bank. Gebert stated he never intentionally structured over $10,000.00 in Western Union wire transfers to avoid completing a Currency Transaction Report (CTR). Although he could not recall ever having to split monies sent by Western Union, if he did, there must have been a limit on the amount of money that could be transferred at one time. If this was the case, he would have gone to a number of Western Union locations to wire the money to the REMAT Project. Gebert stated he would never structure the Western Union transfers to avoid completing the CTR form since it was for US

SENSITIVE BUT UNCLASSIFIED

| United States Department of State<br>Bureau of Diplomatic Security<br>Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 707690 |

government purposes. Gebert stated if the Western Union wire transfers were picked up by someone in Moscow, Russia, he would have no idea why since the money was sent to fund the REMAT Project. Gebert recalled he planned and attended one workshop that was held in Moscow, Russia from 09/01/2006 to 09/11/2006 and does not recall meeting a Dzhamshed Nazirov or Yury Zhelezko at this workshop. Gebert advised that Kearns is still employed at USEA and can be reached through the general office telephone number listed above.

Gebert has not had a history of irresponsible financial practices such as failure to meet financial obligations.

Gebert has not engaged in deceptive or illegal financial practices such as embezzlement, employee theft, check fraud, income tax evasion, expense account fraud, filing deceptive loan statements, and other intentional financial breaches of trust.

Gebert does not have any unexplained source of income.

Gebert has not had any financial problems that are linked to gambling, drug abuse, alcoholism, or other issues of a security concern.

Gebert could not think of any issue omitted from this interview that might impact on his suitability for employment or eligibility for access to classified information. Gebert did not offer any concluding remarks, objections or questions concerning the conduct of this investigation. The interview was concluded under favorable circumstances.

Submitted By: (b)(6); (b)(7)(C)

DECLASSIFIED

SENSITIVE BUT UNCLASSIFIED                                                    Page 19

Page 98

UNCLASSIFIED
Official - Privacy/PII

(b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C) on behalf of Name Checks
**Sent:** Friday, November 16, 2018 12:00 PM
**To:** (b)(6); (b)(7)(C)
**Subject:** RE: DOS Checks - Matthew Quinn Gebert - Case #707690

NO RECORD

(b)(6); (b)(7)(C)

HR Specialist
Bureau of Human Resources
Office of Employee Relations, Conduct, Suitability & Discipline
(b)(6); (b)(7)(C)

Official - Privacy/PII
UNCLASSIFIED

**From:** (b)(6); (b)(7)(C)
**Sent:** Thursday, November 15, 2018 7:57 PM
**To:** Name Checks <NameChecks@state.gov>; DS/ICI/CI - Name Checks <DSICICI-NameChecks@state.gov>; OIG INV Name Checks <oiginvnamechecks@state.gov>; DS Criminal Name Checks <crnamechecks@state.gov>; DS-OSIVetting <DS-OSIVetting@state.gov>
**Subject:** DOS Checks - Matthew Quinn Gebert - Case #707690

**MEMORANDUM TO:**
298       *HR/ER/CSD (Name Checks)*
300       *DS/ICI/CR    (DS Criminal Name Checks)*
301       *DS/ICI/CI (DS/ICI/CI – NameChecks)*
302       *OIG/INV  (OIG INV Name Checks)*
303       *DS/ICI/SID  (DS-OSIVetting)*

**THRU: DS/SI/PSS TEAM LEADER:** (b)(6); (b)(7)(C)

**FROM: DS/SI/PSS DESK CM** (b)(6); (b)(7)(C)   **e-mail:** (b)(6); (b)(7)(C)

**REF: GEBERT, Matthew Quinn    SSN:** ▉    **DOB:** 0▉    **POSITION: EMPLOYEE**

In accordance with Executive Orders 10450 and 12968, the Personnel Security/Suitability Division is conducting an investigation on a former/current Department of State employee (captioned above). Request your office conduct a file search to determine if a record on the employee exists and indicate the result in the appropriate space below.

_____ NO RECORD          DATE: _____
_____ NO DEROGATORY INFORMATION       DATE: _____
_____ YES, A RECORD EXISTS IN THIS OFFICE       DATE: _____

(b)(6); (b)(7)(C)

UNCLASSIFIED
Official - Privacy/PII

11

UNCLASSIFIED
Official - Privacy/PII

(b)(6); (b)(7)(C)

**From:** DS Criminal Name Checks
**Sent:** Thursday, November 15, 2018 5:08 PM
**To:** (b)(6); (b)(7)(C)
**Subject:** RE: DOS Checks - Matthew Quinn Gebert - Case #707690

There was NO RECORD found on the individual listed below.

All name checks conducted by DS/ICI/CR have been run against the UNCLASSIFIED Investigative Management System and do not include "Conduct and Suitability" case information.

Official - Privacy/PII
UNCLASSIFIED

**From:** (b)(6); (b)(7)(C)
**Sent:** Thursday, November 15, 2018 2:57 PM
**To:** Name Checks <NameChecks@state.gov>; DS/ICI/CI - Name Checks <DSICICI-NameChecks@state.gov>; OIG INV Name Checks <oiginvnamechecks@state.gov>; DS Criminal Name Checks <crnamechecks@state.gov>; DS-OSIVetting <DS-OSIVetting@state.gov>
**Subject:** DOS Checks - Matthew Quinn Gebert - Case #707690

**MEMORANDUM TO:**
**298** · *HR/ER/CSD (Name Checks)*
**300** *DS/ICI/CR   (DS Criminal Name Checks)*
**301** *DS/ICI/CI  (DS/ICI/CI – NameChecks)*
**302** ·*OIG/INV  (OIG INV Name Checks)*
**303** *DS/ICI/SID  (DS-OSIVetting)*

**THRU:** DS/SI/PSS TEAM LEADER: (b)(6); (b)(7)(C)

**FROM:** DS/SI/PSS DESK CM (b)(6); (b)(7)(C)  e-mail: (b)(6); (b)(7)(C)

In accordance with Executive Orders 10450 and 12968, the Personnel Security/Suitability Division is conducting an investigation on a former/current Department of State employee (captioned above). Request your office conduct a file search to determine if a record on the employee exists and indicate the result in the appropriate space below.

____ NO RECORD    DATE: _____
____ NO DEROGATORY INFORMATION    DATE: _____
____ YES, A RECORD EXISTS IN THIS OFFICE    DATE: _____

**REMARKS:**

If a record exists in your office, attach a summary of information. If required, a representative from our office can schedule an appointment to review the file.

(b)(6); (b)(7)(C)

UNCLASSIFIED
Official - Privacy/PII

(b)(6); (b)(7)(C)

| | |
|---|---|
| **From:** | DS/ICI/CI - Name Checks |
| **Sent:** | Friday, November 16, 2018 2:02 PM |
| **To:** | (b)(6); (b)(7)(C) |
| **Cc:** | PPBNameCheckResponses |
| **Subject:** | RE: DOS Checks - Matthew Quinn Gebert - Case #707690 |

DS/ICI/CI – no derogatory information.

**Official - SBU (Sensitive-Law Enforcement)**
**UNCLASSIFIED**

**From:** (b)(6); (b)(7)(C)
**Sent:** Thursday, November 15, 2018 2:57 PM
**To:** Name Checks <NameChecks@state.gov>; DS/ICI/CI - Name Checks <DSICICI-NameChecks@state.gov>; OIG INV Name Checks <oiginvnamechecks@state.gov>; DS Criminal Name Checks <crnamechecks@state.gov>; DS-OSIVetting <D5-OSIVetting@state.gov>
**Subject:** DOS Checks - Matthew Quinn Gebert - Case #707690

**MEMORANDUM TO:**
298　　*HR/ER/CSD (Name Checks)*
300　　*DS/ICI/CR　(DS Criminal Name Checks)*
301　　*DS/ICI/CI　(DS/ICI/CI – NameChecks)*
302　　*OIG/INV　(OIG INV Name Checks)*
303　　*DS/ICI/SID　(DS-OSIVetting)*

**THRU:** DS/SI/PSS TEAM LEADER: (b)(6); (b)(7)(C)

**FROM:** DS/SI/PSS DESK CM (b)(6); (b)(7)(C)　**e-mail:** (b)(6); (b)(7)(C)

████████████████████████████████████

In accordance with Executive Orders 10450 and 12968, the Personnel Security/Suitability Division is conducting an investigation on a former/current Department of State employee (captioned above). Request your office conduct a file search to determine if a record on the employee exists and indicate the result in the appropriate space below.

_____ NO RECORD　　　DATE: _____
_____ NO DEROGATORY INFORMATION　　　DATE: _____
_____ YES, A RECORD EXISTS IN THIS OFFICE　　　DATE: _____

**REMARKS:**

_____
_____

If a record exists in your office, attach a summary of information. If required, a representative from our office can schedule an appointment to review the file.

Vr,
(b)(6); (b)(7)(C)
DS/SI/PSS SA-20
(b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)
DS/SI/PSS

UNCLASSIFIED
Official - Privacy/PII

3

NO DISCERNIBLE CLASSIFICATION

(b)(6); (b)(7)(C)

**From:** OIG INV Name Checks
**Sent:** Friday, November 16, 2018 3:02 PM
**To:** (b)(6); (b)(7)(C)
**Subject:** RE: DOS Checks - Matthew Quinn Gebert - Case #707690

# NO RECORDS

**From:** (b)(6); (b)(7)(C)
**Sent:** Thursday, November 15, 2018 2:57 PM
**To:** Name Checks <NameChecks@state.gov>; DS/ICI/CI - Name Checks <DSICICI-NameChecks@state.gov>; OIG INV Name Checks <oiginvnamechecks@state.gov>; DS Criminal Name Checks <crnamechecks@state.gov>; DS-OSIVetting <DS-OSIVetting@state.gov>
**Subject:** DOS Checks - Matthew Quinn Gebert - Case #707690

**MEMORANDUM TO:**
298    HR/ER/CSD (Name Checks)
300    DS/ICI/CR   (DS Criminal Name Checks)
301    DS/ICI/CI  (DS/ICI/CI – NameChecks)
302    OIG/INV  (OIG INV Name Checks)
303    DS/ICI/SID (DS-OSIVetting)

**THRU:** DS/SI/PSS TEAM LEADER: (b)(6); (b)(7)(C)

**FROM:** DS/SI/PSS DESK CM (b)(6); (b)(7)(C)     e-mail: (b)(6); (b)(7)(C)

**REF:** GEBERT, Matthew Quinn   S ███████████████████

In accordance with Executive Orders 10▒▒▒ and 12968, the Personnel Security/Suitability Division is conducting an investigation on a former/current Department of State employee (captioned above). Request your office conduct a file search to determine if a record on the employee exists and indicate the result in the appropriate space below.

____ NO RECORD       DATE: _____
____ NO DEROGATORY INFORMATION       DATE: _____
____ YES, A RECORD EXISTS IN THIS OFFICE       DATE: _____

**REMARKS:**
_____
_____

If a record exists in your office, attach a summary of information.  If required, a representative from our office can schedule an appointment to review the file.

Vr,
(b)(6); (b)(7)(C)
DS/SI/PSS SA-20
(b)(6); (b)(7)(C)                                    (b)(6); (b)(7)(C)   Director
                                                     DS/SI/PSS

**Official - SBU (Sensitive-Law Enforcement)**
(b)(6); (b)(7)(C)

NO DISCERNIBLE CLASSIFICATION                                    3

UNCLASSIFIED
Official - Privacy/PII

**(b)(6); (b)(7)(C)**

DECLASSIFIED

**From:** DS-OSIVetting
**Sent:** Friday, November 16, 2018 12:37 PM
**To:** (b)(6); (b)(7)(C)
**Subject:** RE: DOS Checks - Matthew Quinn Gebert - Case #707690

No record in DS/DO/OSI

Official - SBU (Sensitive-Law Enforcement)
UNCLASSIFIED

**From:** (b)(6); (b)(7)(C)
**Sent:** Thursday, November 15, 2018 2:57 PM
**To:** Name Checks <NameChecks@state.gov>; DS/ICI/CI - Name Checks <DSICICI-NameChecks@state.gov>; OIG INV Name Checks <oiginvnamechecks@state.gov>; DS Criminal Name Checks <crnamechecks@state.gov>; DS-OSIVetting <DS-OSIVetting@state.gov>
**Subject:** DOS Checks - Matthew Quinn Gebert - Case #707690

MEMORANDUM TO:
298      HR/ER/CSD (Name Checks)
300      DS/ICI/CR   (DS Criminal Name Checks)
301      DS/ICI/CI  (DS/ICI/CI – NameChecks)
302      OIG/INV  (OIG INV Name Checks)
303      DS/ICI/SID  (DS-OSIVetting)

THRU: DS/SI/PSS TEAM LEADER: (b)(6); (b)(7)(C)

FROM: DS/SI/PSS DESK  CM (b)(6); (b)(7)(C)      e-mail: (b)(6); (b)(7)(C)

REF: GEBERT, Matthew Quinn ██████████████████████

In accordance with Executive Orders 10450 and 12968, the Personnel Security/Suitability Division is conducting an investigation on a former/current Department of State employee (captioned above). Request your office conduct a file search to determine if a record on the employee exists and indicate the result in the appropriate space below.

_____ NO RECORD          DATE: _____
_____ NO DEROGATORY INFORMATION      DATE: _____
_____ YES, A RECORD EXISTS IN THIS OFFICE      DATE: _____

REMARKS: _____

If a record exists in your office, attach a summary of information. If required, a representative from our office can schedule an appointment to review the file.

Vr.
(b)(6); (b)(7)(C)
DS/SI/PSS SA-20

(b)(6); (b)(7)(C)

DECLASSIFIED

(b)(6); (b)(7)(C)      Director
DS/SI/PSS

UNCLASSIFIED
Official - Privacy/PII

9

DoS MISMO 2.3 Response                                                        26

# Credit Summary:

PO ID:          . 3095R45092              Case Number:  707690

## Provided Information

Name:          MATTHEW QUINN GEBERT
SSN:           ████████

Current Address: ████████

---

Equifax:
Name: MATTHEW Q GEBERT
DOB: ████
SSN: ████████

ALIAS        NONE
(ES):

Current Address: 505 NIVEN CT SW, LEESBURG, VA 20175; Rptd: 11/18
Previous Address: 4860 EISENHOWER AVE UNIT 485, ALEXANDRIA, VA 22304; Rptd: 01/13
Previous Address: 6 SUNNYBROOK CT, STRATFORD, NJ 08084; Rptd: 03/11

Employer: PSEG; Addr:
Employer: ASDWA; Addr:

TransUnion
Name: MATTHEW Q GEBERT
DOB:
SSN: 145745599

ALIAS        GEBERT,MATTHEW,QUEEN
(ES):

Current Address: 505 SW NIVEN CT, LEESBURG, VA 20175; Rptd: 06/12
Previous Address: 4860 EISENHOWER AV, 485, ALEXANDRIA, VA 22304; Rptd: 02/06
Previous Address: 1400 E WEST HY, 1612, SILVER SPRING, MD 20910

Employer: USTTI; Addr:; Rptd: 01/06

Experian
Name: MATTHEW Q GEBERT
DOB: 1981
SSN: 145745599

https://rms.ds.state.shu/creditcheck/dsn_creditCheck.cfm?case_no=707690&case_credit.    11/26/2018

DoS MISMO 2.3 Response                                                    26

ALIAS      NONE       DECLASSIFIED
(ES):

Current Address: 505 NIVEN CT SW, LEESBURG, VA 201755043; Rptd: 09/18
Previous Address: 4860 EISENHOWER AVE APT 485, ALEXANDRIA, VA 223047349; Rptd: 08/12
Previous Address: 1400 E WEST HWY APT 1612, SILVER SPRING, MD 209103265; Rptd: 12/05

Employer: 003013; Addr:; Rptd: 01/02
Employer: PSEG; Addr:; Rptd: 07/01

**Credit Code: 01**              **NoHit Flag: 0**              **Reports Combined: 3**

Public Records:   date(s) filed:                           Total
                  Chapter 7:                                 0
                  Chapter 13:                                0
                  Miscellaneous:                             0

Trade Lines:      (highest rating of 1 applies to 45 trades.)    Total    Balance
                  Current Trades (rated as 1)                      45     555868
                  total:                                           45     555868

Number of
inquiries:        10

---

## MATTHEW QUINN GEBERT – Trade Lines

1.  **Creditor**
    **Name:**      FIDELITY NATIONAL MO        **Account Number:** 0000105845

    **Type:**      M-1                          **ECOA:**          J
    **High Credit:** 477900                     **Terms:**         360M$2952/MO
    **Balance Amt:** 416377                     **Payment Amt:**   2952
    **Past Due:**  0                             **Late 30-60-90:** 0 - 0 - 0
    Account Type:  ConventionalRealEstateMortgage
    Date opened: 2012-
    05             Last activity: 2018-10        Balance date: 2018-10-31
    .Months reviewed:
    77             Date reported: 2018-10-31     XPN TU EFX
    Payment Pattern:   CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC
    Most Adverse
    Rating (1 month):   1
    Creditor Address:   160 CLAIRMONT AVE STE 140, DECATUR GA 30030-2529
                        Phone: 4043715551
    **Remarks:**

DoS MISMO 2.3 Response                                                                26

| | |
|---|---|
| Experian | CURRENT ACCOUNT |
| TransUnion | CONVENTIONAL REAL ESTATE MORTGAGE |
| Equifax | FANNIE MAE ACCOUNT |
| Equifax | REAL ESTATE MORTGAGE |

**2.** **Creditor Name:** FIDELITY NATIONAL MO          **Account Number:** 0000646492

| | | | |
|---|---|---|---|
| Type: | M-1 | ECOA: | I |
| High Credit: | 127920 | Terms: | 360M$799/MO |
| Balance Amt: | 126700 | Payment Amt: | 799 |
| Past Due: | 0 | Late 30-60-90: | 0 - 0 - 0 |

Account Type:           ConventionalRealEstateMortgage
Date opened: 2018-03   Last activity: 2018-10-31   Balance date: 2018-10-31
Months reviewed: 8      Date reported: 2018-10-31   XPN TU EFX
Payment Pattern:        CCCCCCC
Most Adverse Rating (1 month):   I
Creditor Address:       160 CLAIRMONT AVE STE 140, DECATUR GA 30030-2529
                        Phone: 4043715551

Remarks:

| | |
|---|---|
| Experian | CURRENT ACCOUNT |
| TransUnion | CONVENTIONAL REAL ESTATE MORTGAGE |
| Equifax | FREDDIE MAC ACCOUNT |
| Equifax | REAL ESTATE MORTGAGE |

**3.** **Creditor Name:** CITICARDS CBNA          **Account Number:** 5424181175993109

| | | | |
|---|---|---|---|
| Type: | R-1 | ECOA: | I |
| High Credit: | 10847 | Terms: | REV$143/MO |
| Balance Amt: | 9554 | Payment Amt: | 143 |
| Past Due: | 0 | Late 30-60-90: | 0 - 0 - 0 |

Account Type:           CreditCard
Date opened: 2015-02   Last activity: 2018-10-04   Balance date: 2018-10-12
Months reviewed: 45     Date reported: 2018-10-12   XPN TU EFX
Payment Pattern:        CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC
Most Adverse Rating (1 month):   I
Creditor Address:       709 E 60TH ST N, SIOUX FALLS SD 57104
Remarks:
Experian           CURRENT ACCOUNT

https://rms.ds.state.shv/creditcheck/dsp_creditCheck.cfm2case_no=707690&case_credits    11/26/2018

DoS MISMO 2.3 Response                                         26

| TransUnion | CREDIT CARD |
| Equifax | CREDIT CARD |
| Equifax | AMOUNT IN H/C COLUMN IS CREDIT LIMIT |

---

**4.**

| Creditor Name: | CITICARDS CBNA | | Account Number: | 4100390530024427 |
|---|---|---|---|---|
| Type: | R-1 | | ECOA: | A |
| High Credit: | 5457 | | Terms: | REV$25/MO |
| Balance Amt: | 1659 | | Payment Amt: | 25 |
| Past Due: | 0 | | Late 30-60-90: | 0 - 0 - 0 |

| Account Type: | | CreditCard | |
|---|---|---|---|
| Date opened: 2012-08 | Last activity: 2018-11-06 | Balance date: 2018-11-08 |
| Months reviewed: 27 | Date reported: 2018-11-08 | XPN TU EFX |
| Payment Pattern: | CCCCCCCCCCCCCCCCCCCCCCCCCC | |
| Most Adverse Rating (1 month): | 1 | |
| Creditor Address: | 701 E 60TH ST N, SIOUX FALLS SD 57104 | |

**Remarks:**

| Experian | CURRENT ACCOUNT |
| Equifax | AMOUNT IN H/C COLUMN IS CREDIT LIMIT |

---

**5.**

| Creditor Name: | AMERICAN EXPRESS | | Account Number: | 3499921955954813 |
|---|---|---|---|---|
| Type: | R-1 | | ECOA: | I |
| High Credit: | 1548 | | Terms: | REV$35/MO |
| Balance Amt: | 1054 | | Payment Amt: | 35 |
| Past Due: | 0 | | Late 30-60-90: | 0 - 0 - 0 |

| Account Type: | | CreditCard | |
|---|---|---|---|
| Date opened: 2004-01 | Last activity: 2018-10-29 | Balance date: 2018-10-29 |
| Months reviewed: 46 | Date reported: 2018-10-29 | EFX TU XPN |
| Payment Pattern: | CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC | |
| Most Adverse Rating (1 month): | 1 | |
| Creditor Address: | PO BOX 297871, FORT LAUDERDALE FL 33329 | |
| | Phone: 8008742717 | |

**Remarks:**

| Equifax | CREDIT CARD |
| Equifax | AMOUNT IN H/C COLUMN IS CREDIT LIMIT |
| TransUnion | CREDIT CARD |
| Experian | CURRENT ACCOUNT |

DoS MISMO 2.3 Response                                                                26

---

**6. Creditor Name:** CHASE CARD          **Account Number:** 4640182072729274

| | | | |
|---|---|---|---|
| Type: | R-1 | ECOA: | I |
| High Credit: | 1381 | Terms: | REV$25/MO |
| Balance Amt: | 274 | Payment Amt: | 25 |
| Past Due: | 0 | Late 30-60-90: | 0 - 0 - 0 |

Account Type:     CreditCard

Date opened: 2012-04     Last activity: 2018-10          Balance date: 2018-10-11

Months reviewed: 78     Date reported: 2018-10-11          TU XPN EFX

Payment Pattern:     CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month):     1

Creditor Address:     201 N. WALNUT ST//DE1-1027, WILMINGTON DE 19801
Phone: 8009452000

**Remarks:**

Experian     CURRENT ACCOUNT

Equifax     AMOUNT IN H/C COLUMN IS CREDIT LIMIT

---

**7. Creditor Name:** WELLS FARGO CARD SER     **Account Number:** 4147180124853223

| | | | |
|---|---|---|---|
| Type: | R-1 | ECOA: | I |
| High Credit: | 1365 | Terms: | REV$15/MO |
| Balance Amt: | 250 | Payment Amt: | 15 |
| Past Due: | 0 | Late 30-60-90: | 0 - 0 - 0 |

Account Type:     CreditCard

Date opened: 2018-05     Last activity: 2018-11-04     Balance date: 2018-11-09

Months reviewed: 6     Date reported: 2018-11-09     XPN EFX TU

Payment Pattern:     CCCCC

Most Adverse Rating (1 month):     1

Creditor Address:     CREDIT BUREAU DISPUTE RESOLUTI, DES MOINES IA 50306
Phone: 8006424720

**Remarks:**

Experian     CURRENT ACCOUNT

Equifax     AMOUNT IN H/C COLUMN IS CREDIT LIMIT

---

**8. Creditor Name:** AMERICAN EXPRESS     **Account Number:** 3499918030763553

https://rms.ds.state.sbu/creditcheck/dsp_creditCheck.cfm?case_no=707690&case_credit     11/26/2018

| Type: | R-1 | ECOA: | I |
|---|---|---|---|
| High Credit: | 2006 | Terms: | REV |
| Balance Amt: | 0 | Payment Amt: | |
| Past Due: | 0 | Late 30-60-90: | 0 - 0 - 0 |

Account Type:     CreditCard

Date opened: 2004-12     Last activity: 2016-04           Balance date: 2018-10-16

Months reviewed: 89     Date reported: 2018-10-16     EFX XPN TU

Payment Pattern:     CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month):     1

Creditor Address:     PO BOX 297871, FORT LAUDERDALE FL 33329
Phone: 8008742717

**Remarks:**

| Equifax | CREDIT CARD |
|---|---|
| Equifax | AMOUNT IN H/C COLUMN IS CREDIT LIMIT |
| Experian | CURRENT ACCOUNT |
| TransUnion | CREDIT CARD |

---

| 9. | **Creditor Name:** | AMERICAN EXPRESS | **Account Number:** 3499925068014123 |
|---|---|---|---|

| Type: | R-1 | ECOA: | I |
|---|---|---|---|
| High Credit: | 2966 | Terms: | REV |
| Balance Amt: | 0 | Payment Amt: | |
| Past Due: | 0 | Late 30-60-90: | 0 - 0 - 0 |

Account Type:                    CreditCard

Date opened: 2017-10     Last activity: 2018-10           Balance date: 2018-10-17

Months reviewed: 12     Date reported: 2018-10-17     EFX TU XPN

Payment Pattern:     CCCCCCCCCCC

Most Adverse Rating (1 month):     1

Creditor Address:     PO BOX 297871, FORT LAUDERDALE FL 33329
Phone: 8008742717

**Remarks:**

| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
|---|---|
| Equifax | ACCOUNT PAID |
| TransUnion | CREDIT CARD |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |

DoS MISMO 2.3 Response　　　　　　　　　　　　　　　　　　　26

**10. Creditor Name:** AMERICAN EXPRESS　　　　**Account Number:** 3499918128311393

**Type:** R-1

**High Credit:** 343　　　　　　　　**ECOA:** A

**Balance Amt:** 0　　　　　　　　**Terms:** REV

**Past Due:** 0　　　　　　　　　**Payment Amt:**

　　　　　　　　　　　　　　　　**Late 30-60-90:** 0 - 0 - 0

Account Type: CreditCard

Date opened: 2004-06　　Last activity: 2013-11　　Balance date: 2018-10-12

Months reviewed: 89　　Date reported: 2018-10-12　　EFX TU XPN

Payment Pattern: CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month): 1

Creditor Address: PO BOX 297871, FORT LAUDERDALE FL 33329
Phone: 8008742717

**Remarks:**

Equifax　　CREDIT CARD
Equifax　　AMOUNT IN H/C COLUMN IS CREDIT LIMIT
TransUnion　CREDIT CARD
Experian　　CURRENT ACCOUNT

---

**11. Creditor Name:** AMERICAN EXPRESS　　　　**Account Number:** 3499911430797883

**Type:** R-1

**High Credit:** 500　　　　　　　**ECOA:** U

**Balance Amt:** 0　　　　　　　**Terms:** REV

**Past Due:** 0　　　　　　　　**Payment Amt:**

　　　　　　　　　　　　　　　　**Late 30-60-90:** 0 - 0 - 0

Account Type: CreditCard

Date opened: 2004-06　　Last activity: 2014-12　　Balance date: 2014-12-23

Months reviewed: 49　　Date reported: 2014-12-23　　EFX XPN TU

Payment Pattern: CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month): 1

Creditor Address: PO BOX 297871, FORT LAUDERDALE FL 33329
Phone: 8008742717

**Remarks:**

Equifax　　ACCOUNT CLOSED AT CONSUMERS REQUEST
Equifax　　ACCOUNT PAID

https://rms.ds.state.xhu/creditcheck/dsp_creditCheck.cfm?case_no=707690&case_credit...　11/26/2018

112

DoS MISMO 2.3 Response                                                          26

| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMERS REQUEST - REPORTED BY SUBSCRIBER |
| TransUnion | CREDIT CARD |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |

---

**12. Creditor Name:** AMERICAN EXPRESS          **Account Number:** 3499919652531643

| **Type:** | R-1 | **ECOA:** | I |
| **High Credit:** | 4000 | **Terms:** | REV |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type:           CreditCard

Date opened: 2004-08    Last activity: 2013-05       Balance date: 2013-05-22

Months reviewed: 9      Date reported: 2013-05-22    EFX TU XPN

Payment Pattern:        CCCCCCCC

Most Adverse Rating (1 month):       1

Creditor Address:       PO BOX 297871, FORT LAUDERDALE FL 33329
                        Phone: 8008742717

**Remarks:**

| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |
| TransUnion | CREDIT CARD |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |

---

**13. Creditor Name:** AMERICAN EXPRESS          **Account Number:** 3499910355564633

| **Type:** | R-1 | **ECOA:** | I |
| **High Credit:** | 500 | **Terms:** | REV |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type:           CreditCard

Date opened: 2004-03    Last activity: 2012-12       Balance date: 2012-12-21

Months reviewed: 49     Date reported: 2012-12-21    EFX TU XPN

Payment Pattern:        CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCXCCCXCC

Most Adverse
Rating (1 month):    1    DECLASSIFIED
Creditor Address:    PO BOX 297871, FORT LAUDERDALE FL 33329
                     Phone: 8008742717

Remarks:
Equifax        ACCOUNT CLOSED AT CONSUMERS REQUEST
Equifax        ACCOUNT PAID
TransUnion     CREDIT CARD
TransUnion     ACCOUNT CLOSED BY CONSUMER
Experian       PAID SATISFACTORY
Experian       CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY
               SUBSCRIBER

---

**14.** Creditor
     Name:         AMERICAN EXPRESS          Account Number: 3499914914330903

| | | |
|---|---|---|
| Type: R-1 | ECOA: | I |
| High Credit: 26570 | Terms: | REV |
| Balance Amt: 0 | Payment Amt: | |
| Past Due: 0 | Late 30-60-90: | 0 - 0 - 0 |

Account Type:           CreditCard
Date opened: 2004-11    Last activity: 2011-02      Balance date: 2011-02-11
Months reviewed: 38     Date reported: 2011-02-11    EFX XPN TU
Payment Pattern:        CCCCCCCCCCCCCCCCCCCCCCXCCCCXCCCCCCCCCCCCCC
Most Adverse Rating (1
month):                 I
Creditor Address:       PO BOX 297871, FORT LAUDERDALE FL 33329
                        Phone: 8008742717

Remarks:
Equifax        ACCOUNT CLOSED AT CONSUMERS REQUEST
Equifax        ACCOUNT PAID
Experian       PAID SATISFACTORY
Experian       CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY
               SUBSCRIBER
TransUnion     CREDIT CARD
TransUnion     ACCOUNT CLOSED BY CONSUMER

---

**15.** Creditor
     Name:         AMEX DSNB                 Account Number: 377481424947023

| | | |
|---|---|---|
| Type: R-1 | ECOA: | A |
| High Credit: 2500 | Terms: | REV |
| Balance Amt: 0 | Payment Amt: | |

DECLASSIFIED

DoS MISMO 2.3 Response                                                                                      26

| | | | |
|---|---|---|---|
| Past Due: | 0 | Late 30-60-90: | 0 - 0 - 0 |
| Account Type: | CreditCard | | |

| | | |
|---|---|---|
| Date opened: 2006-10-19 | Last activity: 2015-11-12 | Balance date: 2018-10-17 |
| Months reviewed: 99 | Date reported: 2018-10-17 | TU EFX XPN |

Payment Pattern: CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCXXXCCCCCCCCCCCC

Most Adverse Rating (1 month): 1

Creditor Address: 9111 DUKE BLVD, MASON OH 45040
Phone: 8002436552

**Remarks:**

| | |
|---|---|
| TransUnion | CREDIT CARD |
| TransUnion | CANCELLED BY CREDIT GRANTOR |
| Equifax | ACCOUNT PAID |
| Equifax | ACCOUNT CLOSED BY CREDIT GRANTOR |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - GRANTOR'S REQUEST - REPORTED BY SUBSCRIBER |

---

| 16. | Creditor Name: | BANK OF AMERICA | Account Number: | 5490354660367852 |
|---|---|---|---|---|
| | Type: | R-1 | ECOA: | I |
| | High Credit: | 1848 | Terms: | REV$15/MO |
| | Balance Amt: | 0 | Payment Amt: | 15 |
| | Past Due: | 0 | Late 30-60-90: | 0 - 0 - 0 |

| | | |
|---|---|---|
| Account Type: | CreditCard | |
| Date opened: 1999-07 | Last activity: 2007-02-14 | Balance date: 2012-07-06 |
| Months reviewed: 86 | Date reported: 2012-07-06 | EFX XPN |

Payment Pattern: XXXXXXXXXXXXXXXXXXXXXXXXXX

Most Adverse Rating (1 month): 1

Creditor Address: 4060 OGLETOWN/STANTON RD, NEWARK DE 19713
Phone: 8004212110

**Remarks:**

| | |
|---|---|
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | AMOUNT IN H/C COLUMN IS CREDIT LIMIT |
| Experian | CURRENT ACCOUNT |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |

DoS MISMO 2.3 Response                                                            26

**17.** Creditor Name: BANK OF AMERICA, N.A           Account Number: 68998006690999

Type: R-1                                            ECOA: I
High Credit: 100000                                  Terms: REV$45/MO
Balance Amt: 0                                       Payment Amt: 45
Past Due: 0                                          Late 30-60-90: 0 - 0 - 0

Account Type:            CreditLineSecured
Date opened: 2018-08     Last activity: 2018-09-11     Balance date: 2018-10-31
Months reviewed: 3.      Date reported: 2018-10-31     EFX TU XPN
Payment Pattern:         CC
Most Adverse Rating (1 month):    1
Creditor Address:        4161 PIEDMONT PARKWAY, GREENSBORO NC 27410

Remarks:
Equifax        HOME EQUITY LOAN
Equifax        LINE OF CREDIT
TransUnion     HOME EQUITY LOAN
Experian       CURRENT ACCOUNT

**18.** Creditor Name: BANK OF AMERICA, N.A           Account Number: 63010025556687

Type: I-1                                            ECOA: J
High Credit: 23341                                   Terms: 63M
Balance Amt: 0                                       Payment Amt:
Past Due: 0                                          Late 30-60-90: 0 - 0 - 0

Account Type:      Automobile
Date opened: 2011-03     Last activity: 2016-06-17     Balance date: 2016-06-30
Months reviewed: 64      Date reported: 2016-06-30     EFX XPN TU
Payment Pattern:   CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC
Most Adverse Rating (1 month):    1
Creditor Address:  PO BOX 45144, JACKSONVILLE FL 32231
                   Phone: 8002156195

Remarks:
Equifax        ACCOUNT PAID
Equifax        AUTO LOAN
Experian       PAID SATISFACTORY
TransUnion     AUTOMOBILE
TransUnion     CLOSED

**19.** Creditor Name: **BARCLAYS BANK DELAWARE**    Account Number: 000221233962088

| | | | |
|---|---|---|---|
| **Type:** | R-1 | **ECOA:** | I |
| **High Credit:** | 4000 | **Terms:** | REV |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type:             CreditCard
Date opened: 2014-09      Last activity: 2014-10-06     Balance date: 2016-04-07
Months reviewed: 20        Date reported: 2016-04-07    EFX XPN TU
Payment Pattern:            CCCCCCCCCCCCCCCCCCCC
Most Adverse Rating (1 month):                  1
Creditor Address:           P.O. BOX 8803, WILMINGTON DE 19899
                           Phone: 8663705931

**Remarks:**

| | |
|---|---|
| Equifax | ACCOUNT PAID |
| Equifax | CREDIT CARD |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - GRANTOR'S REQUEST - REPORTED BY SUBSCRIBER |
| TransUnion | CREDIT CARD |
| TransUnion | INACTIVE ACCOUNT |

**20.** Creditor Name: **CAPITAL ONE**           Account Number: 5467020007238523

| | | | |
|---|---|---|---|
| **Type:** | R-1 | **ECOA:** | I |
| **High Credit:** | 3400 | **Terms:** | REV |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type:             UnknownLoanType
Date opened: 2003-01      Last activity: 2011-03       Balance date: 2013-04
Months reviewed: 99        Date reported: 2013-04      EFX
Payment Pattern:
Most Adverse Rating (1 month):                  1
Creditor Address:           PO BOX 5253, CAROL STREAM IL 60197
                           Phone: 8004776000

**Remarks:**

| | |
|---|---|
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |

DoS MISMO 2.3 Response                                                                26

| | Creditor | | | | |
|---|---|---|---|---|---|
| 21. | Name: | CAPITAL ONE BANK USA | | Account Number: | 5466308189518213 |
| | Type: | R-1 | | ECOA: | I |
| | High Credit: | 1110 | | Terms: | REV$15/MO |
| | Balance Amt: | 0 | | Payment Amt: | 15 |
| | Past Due: | 0 | | Late 30-60-90: | 0 - 0 - 0 |

Account Type:   CreditCard

Date opened: 2010-11   Last activity: 2016-03-30   Balance date: 2018-10-16

Months reviewed: 95   Date reported: 2018-10-16   TU EFX XPN

Payment Pattern:   CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month):   1

Creditor Address:   15000 CAPITAL ONE DR, RICHMOND VA 23238
Phone: 8009557070

**Remarks:**
Equifax      AMOUNT IN H/C COLUMN IS CREDIT LIMIT
Experian    CURRENT ACCOUNT

| | Creditor | | | | |
|---|---|---|---|---|---|
| 22. | Name: | CAPITAL ONE BANK USA | | Account Number: | 4147097994107680 |
| | Type: | R-1 | | ECOA: | I |
| | High Credit: | 3393 | | Terms: | REV$25/MO |
| | Balance Amt: | 0 | | Payment Amt: | 25 |
| | Past Due: | 0 | | Late 30-60-90: | 0 - 0 - 0 |

Account Type:   CreditCard

Date opened: 2013-11   Last activity: 2018-03-19   Balance date: 2018-11-03

Months reviewed: 60   Date reported: 2018-11-03   TU EFX XPN

Payment Pattern:   CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month):   1

Creditor Address:   15000 CAPITAL ONE DR, RICHMOND VA 23238
Phone: 8009557070

**Remarks:**
Equifax      AMOUNT IN H/C COLUMN IS CREDIT LIMIT
Experian    CURRENT ACCOUNT

**Creditor**

https://rms.ds.state.sbu/creditcheck/dsp_creditCheck.cfm?case_no=707690&case_credit...   11/26/2018

DoS MISMO 2.3 Response                                                    26

**23.** **Name:**        CAPITAL ONE BANK USA        **Account Number:** 4147099415996048
     **Type:**         R-1                            **ECOA:**           I
     **High Credit:** 6741                           **Terms:**          REV$9/MO
     **Balance Amt:** 0                              **Payment Amt:**    9
     **Past Due:**     0                              **Late 30-60-90:**  0 - 0 - 0

Account Type:     CreditCard
Date opened: 2005-12    Last activity: 2016-03-21         Balance date: 2018-10-18
Months reviewed: 99     Date reported: 2018-10-18         TU EFX XPN
Payment Pattern:     CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC
Most Adverse
Rating (1 month):     I
Creditor Address:     15000 CAPITAL ONE DR, RICHMOND VA 23238
                      Phone: 8009557070

     **Remarks:**
     Equifax          AMOUNT IN H/C COLUMN IS CREDIT LIMIT
     Experian         CURRENT ACCOUNT

---

**24.** **Creditor Name:**     CHASE CARD                   **Account Number:** 4266841248565424
     **Type:**         R-1                            **ECOA:**           I
     **High Credit:** 9087                           **Terms:**          REV$25/MO
     **Balance Amt:** 0                              **Payment Amt:**    25
     **Past Due:**     0                              **Late 30-60-90:**  0 - 0 - 0

Account Type:     CreditCard
Date opened: 2010-11    Last activity: 2018-10-28         Balance date: 2018-11-04
Months reviewed: 95     Date reported: 2018-11-04         XPN TU EFX
Payment Pattern:     CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC
Most Adverse
Rating (1 month):     I
Creditor Address:     201 N. WALNUT ST//DE1-1027, WILMINGTON DE 19801
                      Phone: 8009452000

     **Remarks:**
     Experian         CURRENT ACCOUNT
     Equifax          AMOUNT IN H/C COLUMN IS CREDIT LIMIT

---

**25.** **Creditor Name:**     CHASE CARD                   **Account Number:** 4388576087846278
     **Type:**         R-1                            **ECOA:**           A

https://rms.ds.state.sbu/creditcheck/dsp_creditCheck.cfm?case_no=707690&case_credit...    11/26/2018

**High Credit:** 3012
**Balance Amt:** 0
**Past Due:** 0

**Terms:** REV$10/MO
**Payment Amt:** 10
**Late 30-60-90:** 0 - 0 - 0

**Account Type:** CreditCard
**Date opened:** 2015-06
**Months reviewed:** 40
**Payment Pattern:**
**Most Adverse Rating (1 month):** 1

**Last activity:** 2018-10-17
**Date reported:** 2018-10-21
CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

**Balance date:** 2018-10-21
EFX TU XPN

**Creditor Address:** 201 N. WALNUT ST//DE1-1027, WILMINGTON DE 19801
Phone: 8009452000

**Remarks:**

| | |
|---|---|
| Equifax | AMOUNT IN H/C COLUMN IS CREDIT LIMIT |
| Experian | CURRENT ACCOUNT |

---

**26. Creditor Name:** CHASE CARD
**Account Number:** 4388540049548141

**Type:** R-1
**High Credit:** 2525
**Balance Amt:** 0
**Past Due:** 0

**ECOA:** I
**Terms:** REV
**Payment Amt:**
**Late 30-60-90:** 0 - 0 - 0

**Account Type:** CreditCard
**Date opened:** 2015-08
**Months reviewed:** 13
**Payment Pattern:**
**Most Adverse Rating (1 month):** 1

**Last activity:** 2016-05-25
**Date reported:** 2016-09-02
CCCCCCCCCCCC

**Balance date:** 2016-09-02
XPN TU EFX

**Creditor Address:** 201 N. WALNUT ST//DE1-1027, WILMINGTON DE 19801
Phone: 8009452000

**Remarks:**

| | |
|---|---|
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |

---

**27. Creditor Name:** CHASE CARD
**Account Number:** 4388576087444439

**Type:** R-1
**High Credit:** 5000

**ECOA:** I
**Terms:** REV

**Balance Amt:** 0
**Past Due:** 0

Payment Amt:
Late 30-60-90:       0 - 0 - 0

| | |
|---|---|
| Account Type: | CreditCard |
| Date opened: 2015-06 | Last activity: 2016-03-17 | Balance date: 2016-06-12 |
| Months reviewed: 12 | Date reported: 2016-06-12 | TU EFX XPN |
| Payment Pattern: | CCCCCCCCCC |
| Most Adverse Rating (1 month): | 1 |
| Creditor Address: | 201 N. WALNUT ST//DE1-1027, WILMINGTON DE 19801 Phone: 8009452000 |

**Remarks:**

| | |
|---|---|
| TransUnion | ACCOUNT CLOSED BY CONSUMER |
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |

---

**28.**

| | | | |
|---|---|---|---|
| **Creditor Name:** | CHASE CARD | **Account Number:** | 4147202189529330 |
| **Type:** | R-1 | **ECOA:** | A |
| **High Credit:** | 19000 | **Terms:** | REV |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

| | |
|---|---|
| Account Type: | CreditCard |
| Date opened: 2014-10 | Last activity: 2015-03-16 | Balance date: 2015-07-19 |
| Months reviewed: 9 | Date reported: 2015-07-19 | XPN TU EFX |
| Payment Pattern: | CCCCCCCC |
| Most Adverse Rating (1 month): | 1 |
| Creditor Address: | 201 N. WALNUT ST//DE1-1027, WILMINGTON DE 19801 Phone: 8009452000 |

**Remarks:**

| | |
|---|---|
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |

---

**29.**

| | | | |
|---|---|---|---|
| Creditor | CHASE CARD | **Account Number:** | 4147202199742493 |

Name:

Type: R-1

High Credit: 10000    ECOA: 1

Balance Amt: 0    Terms: REV

Past Due: 0    Payment Amt:

Late 30-60-90: 0 - 0 - 0

Account Type: CreditCard

Date opened: 2014-09    Last activity: 2015-02-16    Balance date: 2015-03-15

Months reviewed: 6    Date reported: 2015-03-15    TU XPN EFX

Payment Pattern: CCCCC

Most Adverse Rating (1 month): 1

Creditor Address: 201 N. WALNUT ST//DE1-1027, WILMINGTON DE 19801
Phone: 8009452000

**Remarks:**

TransUnion    ACCOUNT CLOSED BY CONSUMER

Experian    PAID SATISFACTORY

Experian    CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER

Equifax    ACCOUNT CLOSED AT CONSUMERS REQUEST

Equifax    ACCOUNT PAID

---

30.  **Creditor Name:** CHASE CARD    **Account Number:** 4388540036196789

Type: R-1

High Credit: 1073    ECOA: 1

Balance Amt: 0    Terms: REV

Past Due: 0    Payment Amt:

Late 30-60-90: 0 - 0 - 0

Account Type: CreditCard

Date opened: 2014-01    Last activity: 2014-09-18    Balance date: 2014-12-18

Months reviewed: 11    Date reported: 2014-12-18    XPN TU EFX

Payment Pattern: CCCCCCCCCC

Most Adverse Rating (1 month): 1

Creditor Address: 201 N. WALNUT ST//DE1-1027, WILMINGTON DE 19801
Phone: 8009452000

**Remarks:**

Experian    PAID SATISFACTORY

Experian    CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER

TransUnion    ACCOUNT CLOSED BY CONSUMER

Equifax    ACCOUNT CLOSED AT CONSUMERS REQUEST

Equifax    ACCOUNT PAID

https://rms.ds.state.sbu/creditcheck/dsp_creditCheck.cfm?case_no=707690&case_credit...   11/26/2018

DoS MISMO 2.3 Response                                                      26

**31.** Creditor Name: **CHASE CARD**     Account Number: 4147202111025100

| | |
|---|---|
| Type: | R-1 |
| High Credit: | 20000 |
| Balance Amt: | 0 |
| Past Due: | 0 |

ECOA: I
Terms: REV
Payment Amt:
Late 30-60-90: 0 - 0 - 0

Account Type:          CreditCard
Date opened: 2012-08     Last activity: 2013-01-17     Balance date: 2013-06-18
Months reviewed: 10      Date reported: 2013-06-18     XPN TU EFX
Payment Pattern:         CCCCCCCCC
Most Adverse Rating (1
month):                  1

Creditor Address:        201 N. WALNUT ST//DE1-1027, WILMINGTON DE 19801
                         Phone: 8009452000

**Remarks:**

| | |
|---|---|
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |

**32.** Creditor Name: **CHASE CARD**     Account Number: 4266841259081543

| | |
|---|---|
| Type: | R-1 |
| High Credit: | 21750 |
| Balance Amt: | 0 |
| Past Due: | 0 |

ECOA: I
Terms: REV
Payment Amt:
Late 30-60-90: 0 - 0 - 0

Account Type:          CreditCard
Date opened: 2010-02     Last activity: 2012-01-27     Balance date: 2013-03-13
Months reviewed: 37      Date reported: 2013-03-13     XPN TU EFX
Payment Pattern:         CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC
Most Adverse Rating (1
month):                  1

Creditor Address:        201 N. WALNUT ST//DE1-1027, WILMINGTON DE 19801
                         Phone: 8009452000

**Remarks:**

| | |
|---|---|
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |

| TransUnion | CREDIT CARD |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |

**33.** **Creditor Name:** CHASE CARD

**Account Number:** 4388540018752401

| | | | |
|---|---|---|---|
| Type: | O-1 | ECOA: | I |
| High Credit: | 785 | Terms: | 1M |
| Balance Amt: | 0 | Payment Amt: | |
| Past Due: | 0 | Late 30-60-90: | 0 - 0 - 0 |

Account Type: CreditCard
Date opened: 2008-11   Last activity: 2010-04-14   Balance date: 2010-11-09
Months reviewed: 24   Date reported: 2010-11-09   XPN TU EFX
Payment Pattern: CCCCCCCCCCCCCCCCCCCCCCCCCC
Most Adverse Rating (1 month): I

Creditor Address: 201 N. WALNUT ST//DE1-1027, WILMINGTON DE 19801
Phone: 8009452000

**Remarks:**

| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |
| TransUnion | CREDIT CARD |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |

**34.** **Creditor Name:** CHASE CARD

**Account Number:** 4388576031478152

| | | | |
|---|---|---|---|
| Type: | O-1 | ECOA: | A |
| High Credit: | 2206 | Terms: | 1M |
| Balance Amt: | 0 | Payment Amt: | |
| Past Due: | 0 | Late 30-60-90: | 0 - 0 - 0 |

Account Type: CreditCard
Date opened: 2008-04   Last activity: 2010-03-26   Balance date: 2010-06-20
Months reviewed: 26   Date reported: 2010-06-20   TU EFX XPN
Payment Pattern: CCCCCCCCCCCCCCCCCCCCCCCCCCC
Most Adverse Rating (1 month):

Creditor Address: 201 N. WALNUT ST//DE1-1027, WILMINGTON DE 19801

DoS MISMO 2.3 Response                                                    26

**Remarks:**          Phone: 8009452000
TransUnion    CREDIT CARD
TransUnion    ACCOUNT CLOSED BY CONSUMER
Equifax       ACCOUNT CLOSED AT CONSUMERS REQUEST
Equifax       ACCOUNT PAID
Experian      PAID SATISFACTORY
Experian      CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY
              SUBSCRIBER

---

**35.** **Creditor Name:** CHASE CARD          **Account Number:** 4388576026744253

| | | |
|---|---|---|
| **Type:** O-1 | **ECOA:** | 1 |
| **High Credit:** 35405 | **Terms:** | 1M |
| **Balance Amt:** 0 | **Payment Amt:** | |
| **Past Due:** 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type:              CreditCard
Date opened: 2007-07       Last activity: 2010-02-21    Balance date: 2010-05-12
Months reviewed: 34        Date reported: 2010-05-12    EFX TU XPN
Payment Pattern:           CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC
Most Adverse Rating (1
month):                    1
Creditor Address:          201 N. WALNUT ST//DE1-1027, WILMINGTON DE 19801
                           Phone: 8009452000

**Remarks:**
Equifax       ACCOUNT CLOSED AT CONSUMERS REQUEST
Equifax       ACCOUNT PAID
TransUnion    CREDIT CARD
TransUnion    ACCOUNT CLOSED BY CONSUMER
Experian      PAID SATISFACTORY
Experian      CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY
              SUBSCRIBER

---

**36.** **Creditor Name:** CITICARDS CBNA          **Account Number:** 5466160120147119

| | | |
|---|---|---|
| **Type:** R-1 | **ECOA:** | A |
| **High Credit:** 6550 | **Terms:** | REV |
| **Balance Amt:** 0 | **Payment Amt:** | |
| **Past Due:** 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type:              CreditCard
Date opened: 2007-05-31    Last activity: 2009-03-20    Balance date: 2009-06-12

---

DoS MISMO 2.3 Response

26

Months reviewed: 25      Date reported: 2009-06-12    TU XPN EFX
Payment Pattern:      CCCCCCCCCCCCCCCCCCCCCCCCC
Most Adverse Rating (1 month):     1
Creditor Address:     701 E 60TH ST N, SIOUX FALLS SD 57104

**Remarks:**

| | |
|---|---|
| TransUnion | CREDIT CARD |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |

---

**37.** Creditor Name: ENERBANK USA      Account Number: 2340000661

Type: I-1      ECOA: J
High Credit: 16695      Terms: 120M$345/MO
Balance Amt: 0      Payment Amt: 345
Past Due: 0      Late 30-60-90: 0 - 0 - 0

Account Type:     Unsecured
Date opened: 2014-10     Last activity: 2016-04-01     Balance date: 2016-04-30
Months reviewed: 19     Date reported: 2016-04-30     EFX TU XPN
Payment Pattern:     CCCCCCCCCCCCCCCCCCC
Most Adverse Rating (1 month):     1
Creditor Address:     1245 E BRICKYARD RD STE, SALT LAKE CITY UT 84106
    Phone: 8883901220

**Remarks:**

| | |
|---|---|
| Equifax | ACCOUNT PAID |
| Equifax | UNSECURED |
| TransUnion | UNSECURED |
| TransUnion | CLOSED |
| Experian | PAID SATISFACTORY |

---

**38.** Creditor Name: HOME PROJECTS VISA C      Account Number: 4705000345047021

Type: R-1      ECOA: J
High Credit: 10300      Terms: REV
Balance Amt: 0      Payment Amt:

| Past Due: | 0 | | Late 30-60-90: | 0 - 0 - 0 |
|---|---|---|---|---|
| Account Type: | | Credit Card | | |

Date opened: 2014-04-18      Last activity: 2015-05-08      Balance date: 2017-03-10

Months reviewed: 35          Date reported: 2017-03-10      EFX TU XPN

Payment Pattern:             CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month):      1

Creditor Address:      CSCL DISPUTE TM-MAC N8235-04M, DES MOINES IA 50306

**Remarks:**

| Equifax | ACCOUNT PAID |
|---|---|
| Equifax | ACCOUNT CLOSED BY CREDIT GRANTOR |
| TransUnion | CREDIT CARD |
| TransUnion | CANCELED BY CREDIT GRANTOR |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - GRANTOR'S REQUEST - REPORTED BY SUBSCRIBER |

---

| 39. | Creditor Name: | MOHELA/DEPT OF ED | Account Number: | 6114250732KM00002 |
|---|---|---|---|---|
| | Type: | I-1 | ECOA: | 1 |
| | High Credit: | 18414 | Terms: | 213M |
| | Balance Amt: | 0 | Payment Amt: | |
| | Past Due: | 0 | Late 30-60-90: | 0 - 0 - 0 |
| | Account Type: | | Educational | |

Date opened: 2003-07         Last activity: 2015-05-14      Balance date: 2015-05-14

Months reviewed: 35          Date reported: 2015-05-14      EFX XPN TU

Payment Pattern:             CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month):      1

Creditor Address:      633 SPIRIT DRIVE, CHESTERFIELD MO 63005
Phone: 8006664352

**Remarks:**

| Equifax | ACCOUNT PAID |
|---|---|
| Equifax | STUDENT LOAN |
| Experian | PAID SATISFACTORY |
| TransUnion | STUDENT LOAN |
| TransUnion | CLOSED |

---

| 40. | Creditor | STATE OF NJ STUDENT AS | Account Number: | P02010926 NJC |
|---|---|---|---|---|

https://mga.do.state.nh/creditcheck/dsp_creditCheck.cfm?caca_no=707600& ... credit ...   11/26/2018

DoS MISMO 2.3 Response                                                                26

**Name:**
**Type:** I-1                                                **ECOA:** M
**High Credit:** 10000                                       **Terms:** 180M
**Balance Amt:** 0                                           **Payment Amt:**
**Past Due:** 0                                              **Late 30-60-90:** 0 - 0 - 0
Account Type:        Educational
Date opened: 2002-09   Last activity: 2011-08-12             Balance date: 2011-08-19
Months reviewed: 99    Date reported: 2011-08-19             TU EFX XPN
Payment Pattern:     CCCCCCCXCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC
Most Adverse Rating (1 month):   1
Creditor Address:    4 QUAKERBRIDGE PLAZA, TRENTON NJ 08625
                     Phone: 6095883300

**Remarks:.**
TransUnion     STUDENT LOAN
TransUnion     CLOSED
Equifax        ACCOUNT PAID
Experian       PAID SATISFACTORY

---

41. **Creditor Name:**    STATE OF NJ STUDENT AS          **Account Number:** P01017103 NJC
**Type:** I-1                                            **ECOA:** M
**High Credit:** 12710                                   **Terms:** 180M
**Balance Amt:** 0                                       **Payment Amt:**
**Past Due:** 0                                          **Late 30-60-90:** 0 - 0 - 0
Account Type:        Educational
Date opened: 2001-09   Last activity: 2011-08-12         Balance date: 2011-08-19
Months reviewed: 99    Date reported: 2011-08-19         TU EFX XPN
Payment Pattern:     CCCCCCCXCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC
Most Adverse Rating (1 month):   1
Creditor Address:    4 QUAKERBRIDGE PLAZA, TRENTON NJ 08625
                     Phone: 6095883300

**Remarks:**
TransUnion     STUDENT LOAN
TransUnion     CLOSED
Equifax        ACCOUNT PAID
Experian       PAID SATISFACTORY

https://rms.ds.state.sbu/creditcheck/dsp_creditCheck.cfm?case_no=707690&case_credit...   11/26/2018

**42. Creditor Name:** SYNCB/RHEEM-KWIK COM    **Account Number:** 6034624403401692

| | | | |
|---|---|---|---|
| **Type:** | R-1 | **ECOA:** | J |
| **High Credit:** | 6029 | **Terms:** | REV$151/MO |
| **Balance Amt:** | 0 | **Payment Amt:** | 151 |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type:                ChargeAccount
Date opened: 2016-06        Last activity: 2017-04-21        Balance date: 2018-10-25
Months reviewed: 29        Date reported: 2018-10-25    XPN EFX TU
Payment Pattern:            CCCCCCCCCCCCCCCCCCCCCCCCCCCCC
Most Adverse Rating (1 month):                        1
Creditor Address:            C/O P.O. BOX 965036, ORLANDO FL 32896-5036
                            Phone: 8663968254

**Remarks:**
Experian        CURRENT ACCOUNT
Equifax         CHARGE
Equifax         AMOUNT IN H/C COLUMN IS CREDIT LIMIT
TransUnion      CHARGE ACCOUNT

---

**43. Creditor Name:** U S DEPARTMENT OF ED    **Account Number:** 1457455994

| | | | |
|---|---|---|---|
| **Type:** | I-1 | **ECOA:** | I |
| **High Credit:** | 20058 | **Terms:** | 180M$111/MO |
| **Balance Amt:** | 0 | **Payment Amt:** | 111 |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type: Educational
Date opened: 2003-07-18    Last activity: 2011-09-28        Balance date: 2011-09-30
Months reviewed: 98        Date reported: 2011-09-30        EFX TU
Payment Pattern:        CCCXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXCCCCCCCCCCCCCC
Most Adverse Rating (1 month):        I
Creditor Address:        PO BOX 5609, GREENVILLE TX 75403
                        Phone: 8008480979
**Remarks:**
Equifax         ACCOUNT TRANSFERRED OR SOLD
TransUnion      STUDENT LOAN

**44. Creditor Name:** U S DEPARTMENT OF ED          **Account Number:** 700001762497799

| | | | |
|---|---|---|---|
| **Type:** | I-1 | **ECOA:** | I |
| **High Credit:** | 17253 | **Terms:** | 180M$103/MO |
| **Balance Amt:** | 0 | **Payment Amt:** | 103 |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type:                          Educational
Date opened: 2003-07-18          Last activity: 2012-04-28          Balance date: 2012-05-10
Months reviewed: 8                  Date reported: 2012-05-10          EFX TU
Payment Pattern:                    CCCCCCC
Most Adverse Rating (1 month):          I
Creditor Address:                    PO BOX 5609, GREENVILLE TX 75403
                                     Phone: 8008480979

**Remarks:**
Equifax          ACCOUNT TRANSFERRED OR SOLD
Equifax          STUDENT LOAN
TransUnion       STUDENT LOAN
TransUnion       TRANSFER

---

**45. Creditor Name:** U S DEPARTMENT OF ED          **Account Number:** 700001762497699

| | | | |
|---|---|---|---|
| **Type:** | I-1 | **ECOA:** | I |
| **High Credit:** | 1368 | **Terms:** | 180M$7/MO |
| **Balance Amt:** | 0 | **Payment Amt:** | 7 |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type:                          Educational
Date opened: 2003-07-18          Last activity: 2012-04-28          Balance date: 2012-05-10
Months reviewed: 8                  Date reported: 2012-05-10          EFX TU
Payment Pattern:                    CCCCCCC
Most Adverse Rating (1 month):          I
Creditor Address:                    PO BOX 5609, GREENVILLE TX 75403
                                     Phone: 8008480979

**Remarks:**
Equifax          ACCOUNT TRANSFERRED OR SOLD
Equifax          STUDENT LOAN
TransUnion       STUDENT LOAN
TransUnion       TRANSFER



DoS MISMO 2.3 Response                                                                    26

**Trade Line Totals**   count: 45   balance: 555868   **past due: 0**

## MATTHEW QUINN GEBERT - Inquiries

| Subscriber Name | Kind of Business | Subscriber Number | Date |
|---|---|---|---|
| LN-DOS | Government | 00001987 | 2018-11-13 |
| KOHLS/CAPONE | DepartmentAndMailOrder | 1926637 | 2018-11-06 |
| CREDCO | MiscellaneousAndPublicRecord | 18IZB13818 | 2018-08-02 |
| BK OF AMER | Banking | 1136930 | 2018-06-29 |
| STATE DEPARTMENT FCU | Finance | 1710355 | 2018-06-13 |
| WF CRD SVC | OilAndNationalCreditCards | 164ON00069 | 2018-05-10 |
| AVANTUS | MiscellaneousAndPublicRecord | 00419063 | 2018-01-23 |
| CREDIT PLUS | MiscellaneousAndPublicRecord | 243ZB00420 | 2018-01-23 |
| LN-DOS | Government | 00001987 | 2017-11-16 |
| AMEX | Banking | 1234990 | 2017-10-30 |

REPORT PREPARED BY LEXISNEXIS RISK SOLUTIONS BUREAU LLC
1000 ALDERMAN DR ALPHARETTA GA 30005 (770)752-6000

### End of Credit Report for MATTHEW QUINN GEBERT

Rendered by mismo_23_resp_1_0.xsl (Version tm_common_0.0.6)





AGYWeb

Page 1 of 1

UNCLASSIFIED

Welcome: S100283

Search • CVS Menu   Agency Menu   End Session

| Subject | Investigation | Clearance | Polygraph | Adjudication | HSPD-12 | JPAS |

**Display SII Subject Data**

🛈 PLEASE CALL

Subject: GEBERT, Matthew, Quinn
(Last, First, Middle)

Social Security Number:
Date of Birth: ████████

**Place of Birth**
State: NC
City:
County:

Foreign Country:
Country Code:

**AKAs**

| # | Last | First | Middle | Suffix | From | To | Maiden Name |
|---|------|-------|--------|--------|------|-----|-------------|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |

< Previous                                    Next >

CVS contains information subject to the provisions of the Privacy Act of 1974



DECLASSIFIED



AGYWeb                         Page 1 of 1

UNCLASSIFIED

Welcome: S7a0Le3s                          Search • CVS Menu    Agency Menu    End Session

| Subject | Investigation | Clearance | Polygraph | Adjudication | HSPD-12 | JPAS |
|---------|--------------|-----------|-----------|--------------|---------|------|

Name: GEBERT, Matthew Quinn          SSN: 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

**Clearance Summary (1)**

Double-click a record to view more detail

| # | Level | Eligibility | Type | Special Access | Granting SOI/Agency Name | Status | Please Call | Granted/Denied Date |
|---|-------|-------------|------|----------------|--------------------------|--------|-------------|---------------------|
| 1 | TS | TS | Final | | ST00/ US DEPARTMENT OF S | Active | Yes | 04/18/2013 |

< Previous                        Next >

CVS contains information subject to the provisions of the Privacy Act of 1974

UNCLASSIFIED

https://apollo.opm.gov/AGYWeb/entry                        11/15/2018

# Case Processing Worksheet

Gebert
**Gerbert**, Matthew Q.

| | | | |
|---|---|---|---|
| Case Name (Last, First MI) | 521271 | G18 | April 2, 2015 |
| | Case Number | Case Code | Case Opened Date |
| (b)(6); (b)(7)(C) | SSBI | (3) Top Secret | Jun 1, 2015 |
| Processor | Tier | Sensitivity Level | Case Due Date |

| RECORDS CHECK | DATE | INITIALS |
|---|---|---|
| ☐ (315) Fingerprint | | |
| No Record      See Record | | |
| FP Print Unreadable | | |
| ☐ IDENT | | |
| No Record      See Record | | |
| ☐ (307) OPM/SII | | |
| No Record      See Record | | |
| OFI 79 | | |
| Completed      See Record | | |
| ☐ (308) JPAS | | |
| No Record      See Record | | |
| ☐ (312) DCII | | |
| No Record      See Record | | |
| ☐ (314) NCIC/FBI Criminal Check | | |
| No Record      See Record | | |
| ☐ (310) Credit Check | | |
| RMS | | |
| ☐ High Scope Check | | |
| (332) CMS    RMS | | |
| ☐ Terrorist Screening Center | | |
| ☐ IMS Check | | |
| ☐ Forward to team in CMS | | |
| (811) OPM/SII file Requested Y/N | | |
| ☐ Assign to team in RMS | | |
| ☐ CCD | | |
| No Record      See Record | | |
| ☐ Selective Service | | |
| No Record      See Record | | |

**RMS:**
☐ AUB / DS-1143    ☐ Supplemental Info.
☐ Releases    ☐ Attached    ☐ POC

**CMS:**
☐ 321    ☐ 700    ☐ 900
☒ 522    ☐ 804    ☒ Forward to Team

## SPOUSAL NAC

SPOUSE NAME (Last, First MI)

Social Security Number (If Applicable)

Date of Birth          Place of Birth

☐ OPM/SII:    NR / See Attached / Scanned
☐ JPAS:    NR / See Attached / Scanned
☐ DCII:    NR / See Attached / Scanned
☐ NCIC:    NR / See Attached / Scanned
☐ TSC    NR / See Attached / Scanned
☐ CCD    NR / See Attached / Scanned
☐ 320 in CMS

## ADDITIONAL COMMENTS

☐ PLEASE CALL    ☒ REVAL    ☐ RECIP

---

**Investigations:**                                                    ☒ Certification:
☐ (APP1) (b)(6); (b)(7)(C)    ☐ (APP2) (b)(6); (b)(7)(C)    ☐ (APP3) (b)(6); (b)(7)(C)    ☐ Member: (b)(6); (b)(7)(C)
☐ (PRI1) (b)(6); (b)(7)(C)    ☐ (PRI2) (b)(6); (b)(7)(C)    ☐ (PRI3) (b)(6); (b)(7)(C)

**Adjudications:**
☐ (ADJ1) (b)(6); (b)(7)(C)    ☐ (ADJ2) (b)(6); (b)(7)(C)    ☐ (ADJ3) (b)(6); (b)(7)(C)    ☐ (ADJ4) (b)(6); (b)(7)(C)

**CMS - Security File**

File Edit

Case Name: GEBERT, MATTHEW QUINN

SSN: 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　DOB: 02/18/1981

Current File Location: (b)(6), (b)(7)(C)

General | Case Files | Clearances | Emp/Contr Info | Aliases | Cross-Ref | Spouse | Correspondence

Last Name: GEBERT　First: MATTHEW　Middle: QUINN　Suffix:

Sex: ○ Male ○ Female ○ Unknown

Clearance/Certification: TOP SECRET granted 04/18/2013 by DOS based on SSBI by DOS on 03/19/2013

Assignment Restrictions: RB SERBIA

Place of Birth: City: WILMINGTON　State: NC　NORTH CAROLINA
County: NEW HANOVER　Country: US　United States

Physical Description:
Height: 510　Hair Color: BRO　Eye Color: BRO
Weight: 200　Race: W

Fileroom Location: E

Remarks: Subject requested and received official restriction notification 7/2/13. ACD

Email | Save | Cancel

Display

DECLASSIFIED

Work Location | Job Information | Job Labor | Payroll | Salary Plan | Compensation    🖳 New Window   ? Help   Personalize Page   Help

**MATTHEW GEBERT**
Employee

Empl ID:
Empl Record:    0

**Work Location**

Find | First 1 of 1 Last

Go To Row

| | | | |
|---|---|---|---|
| Effective Date: | 01/11/2015 | | |
| Effective Sequence: | 11 | Action: | Pay Rate Change |
| HR Status: | Active | Reason: | Cost-of Living Adjustment |
| Payroll Status: | Active | Job Indicator: | Primary Job |

Current ☐

| | | | |
|---|---|---|---|
| Position Number: | 00254200 | FOREIGN AFFAIRS OFFICER | |
| | Override Position Data | | |
| Position Entry Date: | 05/18/2014 | | |
| | Position Management Record | | |
| Regulatory Region: | USA | United States | |
| Company: | ST | Department of State | |
| Business Unit: | STATE | DEPARTMENT OF STATE | |
| Department: | 025320 | ENR/EDP/AEA | |
| Department Entry Date: | 05/18/2013 | | |
| Location: | 110010001 | WASHINGTON, DIST OF COLUMBIA | |
| Establishment ID: | | | Date Created: 01/08/2015 |

Last Start Date:
Expected Job End Date:

Job Data | Employment Data | Earnings Distribution | Benefits Program Participation

Save   Return to Search   Notify   Refresh    Update/Display   Include History

Work Location | Job Information | Job Labor | Payroll | Salary Plan | Compensation



Workforce Job Summary

Page 1 of 1

**Workforce Job Summary**
MATTHEW GEBERT

DECLASSIFIED

New Window   ? Help   Personalize Page   http

Job Information

| General | Job Information | Work Location | Salary Plan | Compensation | | Personalize | Find | | First | 1-7 of 7 | Last | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Org Relation | Empl Record | Effective Date | Seq | Position | Agency | Sub-Agency | Department | Location | Reports To | | |
| EMP | | 01/11/2015 | 11 | FOREIGN AF | ST | DEPT STATE | ENR/EDP/ME | WASHINGTON | (b)(6); (b)(7)(C) | | |
| EMP | | 09/15/2014 | 11 | FOREIGN AF | ST | | ENR/EDP/ME | WASHINGTON | | | |
| EMP | | 05/18/2014 | 11 | FOREIGN AF | ST | | ENR/EDP/ME | WASHINGTON | | | |
| EMP | | 05/18/2014 | 21 | FOREIGN AF | ST | DEPT STATE | ENR/EDP/ME | WASHINGTON | | | |
| EMP | | 01/12/2014 | 11 | FOREIGN AF | ST | DEPT STATE | ENR/EDP/ME | WASHINGTON | | | |
| EMP | | 03/18/2013 | 11 | FOREIGN AF | ST | | ENR/EDP/ME | WASHINGTON | | | |
| EMP | | 03/18/2013 | 13 | FOREIGN AF | ST | DEPT STATE | ENR/EDP/ME | WASHINGTON | | | |

Return to Search    Notify

DECLASSIFIED

https://bqweb.hr.state.gov/psp/prd/EMPLOYEE/HRMS/c/ADMINISTER_WORKFORCE_...    4/6/2015

Workforce Job Summary       Page 1 of 1

**Workforce Job Summary**
MATTHEW GIBERT

       New Window   ? Help   Personalize Page   http

Empl ID:    063981

Job Information

Personalize | Find | 🗓 | 🖩 First 1-7 of 7 Last

| Org Relation | Empl Record | Effective Date | Seq | Action | Action Reason | MDA Code | Key Person | Federal Job Data |
|---|---|---|---|---|---|---|---|---|
| EMP | | 03/11/2015 | 11 | Pay Rt Chg | COLA | 984 | | Federal Job Data |
| EMP | | 09/15/2014 | 11 | Data Chg | Chg RptTo | 949 | | Federal Job Data |
| EMP | | 05/18/2014 | 11 | Pay Rt Chg | WRI | | | Federal Job Data |
| EMP | | 05/18/2014 | 21 | Promotion | Norm Prog | 702 | | Federal Job Data |
| EMP | | 01/12/2014 | 11 | Pay Rt Chg | COLA | 894 | | Federal Job Data |
| EMP | | 03/18/2013 | 11 | Hire | Excepted A | | | Federal Job Data |
| EMP | | 03/18/2013 | 13 | Hire | Excepted A | 170 | | Federal Job Data |

Return to Search    Notify

DECLASSIFIED

https://hrweb.hr.state.gov/psp/prd/EMPLOYEE/HRMS/c/ADMINISTER_WORKFORCE_(...    4/6/2015

Workforce Job Summary

**Workforce Job Summary**

MATTHEW GEBERT

DECLASSIFIED

New Window   ? Help   Personalize Page   http

Empl ID   Empl Rcd   3/3/2011

Job Information

Personalize | Find | First 1-7 of 7 Last

| General | Job Information | Work Location | Salary Plan | Compensation |  |  |  |  |  |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| Org Relation | Empl Record | Effective Date | Seq | Job Code | Empl Type | Empl Status | Full/Part Time | Reg/Temp | Standard Hours | Work Period |
| EMP |  | 01/11/2015 | 11 | D02542 | Salaried | Active | Full-Time | Regular | 40.00 Weekly |
| EMP |  | 09/15/2014 | 11 | D02542 | Salaried | Active | Full-Time | Regular | 40.00 Weekly |
| EMP |  | 05/18/2014 | 11 | D02541 | Salaried | Active | Full-Time | Regular | 40.00 Weekly |
| EMP |  | 05/18/2014 | 21 | D02542 | Salaried | Active | Full-Time | Regular | 40.00 Weekly |
| EMP |  | 01/12/2014 | 11 | D02542 | Salaried | Active | Full-Time | Regular | 40.00 Weekly |
| EMP |  | 05/18/2013 | 11 | D02541 | Salaried | Active | Full-Time | Regular | 40.00 Weekly |
| EMP |  | 05/18/2013 | 13 | D02541 | Salaried | Active | Full-Time | Regular | 40.00 Weekly |

Return to Search   Notify

DECLASSIFIED

EMPLOYEE/PMS/ADMINISTER_WORKFORCE

**CASE ACTION PROCESS**

CASE NAME: Gebert, Matthew Q.   CASE NR: 914196   CASE CODE: N16

**1  INTAKE**
PROCESSOR: (b)(6); (b)(7)(C)
BASIS: SSBI

| RMS: | CMS: |
|---|---|
| AUB/Releases/Etc. | 320/700/522/804/900 |
| Scanned/Attached | Fwd to Team |

Case Opened Date: 1/31/2013
Case Due Date: 4/01/2013

**2  RECORDS CHECKS**

| Records Check | Date | Initials | Results |
|---|---|---|---|
| Fingerprint (315) | FEB | (b)(6); (b)(7)(C) | No Record / Record Unreadable |
| IDENT | FEB 0 | | No Record See Attached |
| OPM/SII (307) | 2/1 | | No Record See Attached / (Jump) N/A |
| OFI 79 | 2/4 | | |
| JPAS (308) | 2/4 | | No Record See Attached |
| DCII (312) | 2/4 | | No Record See Attached |
| FBI Criminal Name Check (314) | 2/4 | | No Record See Attached |
| Credit (310) (Signed release?) | 1/31 | | RMS Equifax |
| High Scope Check | 1/31 | | CMS (332) RMS |
| Terrorist Screening Check | | | Third Country Nationals w/o SSN RMS ONLY |
| Forward to Team in CMS | | | OPM/SII file requested (811) Y/N |
| RMS Assign to Team Hard Copy Results Attached | | | Scanned Attached |

**SPOUSAL NAC (not if DoS Employee)**
**(Required for all SSBI Investigation)**

NAME: Gebert, Anna Vuckovic
SSN: (b)(6); (b)(7)(C)   DOB: (b)(6); (b)(7)(C)
POB: (b)(6); (b)(7)(C)   USA

✓ OPM/SII   NR/See Attached/Scanned
✓ JPAS:   NR/See Attached/Scanned
✓ DCII:   NR/See Attached/Scanned
✓ NCIC:   NR/See Attached/Scanned
   (only if release signed by spouse)
✓ 320 in CMS

**Remarks**

**Additional Comments**

☐ **CERT UNIT** (b)(6); (b)(7)(C) (D71)  (b)(6); (b)(7)(C) (D67)  (b)(6); (b)(7)(C) (D64)  (b)(6); (b)(7)(C) (D72)  (b)(6); (b)(7)(C) (D74)
(b)(6); (b)(7)(C) (D73)

☐ **INVESTIGATION DIVISION**   ☐ INV1 (b)(6); (b)(7)(C) (APP1)  (b)(6); (b)(7)(C) (APP2
☐ INV2 (b)(6); (b)(7)(C) (PRI1)  (b)(6); (PRI2)
☐ Case Manager: (b)(6); (b)(7)(C)   2013  12:31 p.m

☐ **ADJUDICATION DIVISION**   ☐ ADJ1   OO   ☐ ADJ2
☐ ADJ3   ☐ ADJ4

MAR 20 2013

Revised 10/19/12

SENSITIVE BUT UNCLASSIFIED

| United States Department of State Bureau of Diplomatic Security **Report of Investigation** | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 414116 |

Single Scope Background Investigation

**Reporting Offices:** New York, Chicago, Washington, Boston

**Dates Investigated:** 31-JAN-13 - 19-MAR-13

**Date Reported:** 19-MAR-13

**Reference:** Headquarters Memorandum Dated: 04-FEB-13

**Status:** CLOSED

**Issues:**
      Drug Involvement
      Foreign Influence

SENSITIVE BUT UNCLASSIFIED

This document contains data that is designated Sensitive But Unclassified (SBU). Handling, sharing, storing and disseminating this document will follow the guidelines stipulated by the Freedom of Information Act, 5 U.S.C. 552 or the Privacy Act, 5 U.S.C. 552a. Third party dissemination of this document is prohibited without approval from the Bureau of Diplomatic Security, Office of Personnel Security and Suitability.

SENSITIVE BUT UNCLASSIFIED             Page 1

SENSITIVE BUT UNCLASSIFIED

| United States Department of State Bureau of Diplomatic Security Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 414116 |

## DETAILS

Unless otherwise indicated herein, and as appropriate for the relation of each source to Gebert, sources were asked about Gebert's allegiance to the United States, susceptibility to foreign influence, preference for a foreign country, personal conduct, financial affairs, alcohol consumption, drug involvement, physical, emotional, and mental health, criminal conduct, security violations, outside activities and use of information technology. Sources were also queried about other suitability related issues such as Gebert's ability to perform their job, carry out the policies of the U. S. Government and effectively work with others. Unless specifically indicated to the contrary, each source commented favorably and recommended Gebert for a position of trust and responsibility without reservation. Each source that provided information related to this investigation was informed that the Privacy Act of 1974 (5 USC 552a) requires, upon request by Gebert, disclosure of the information they provided unless they expressly requested their identity be held in confidence and the information they provided would reveal their identity. Unless otherwise indicated herein, no source expressly requested their identity be held in confidence.

## Local Agency Checks

### Maryland State Police

Subject: Matthew Gebert, DATE REQUESTED: 02/06/2013 DATE COMPLETED: 02/06/2013
A review of the records on file with Maryland State Police disclosed no record under the name and/or DOB for Matthew Gebert.

Submitted By: (b)(6); (b)(7)(C)

### Virginia State Police

Subject: Matthew Gebert, DATE REQUESTED: 02/06/2013 DATE COMPLETED: 02/06/2013
A review of the records on file with Virginia State Police disclosed no record under the name and/or DOB for Matthew Gebert.

Submitted By: (b)(6); (b)(7)(C)

## National Agency Checks

### CIA - Liaison

Spouse: (b)(6); (b)(7)(C)  DATE REQUESTED: 02/05/2013 DATE COMPLETED: 02/12/2013
An inquiry was made, if any results exist they will be forwarded separately.

Submitted By: (b)(6); (b)(7)(C)

Father-in-law: (b)(6); (b)(7)(C)  DATE REQUESTED: 02/05/2013 DATE COMPLETED: 02/12/2013
An inquiry was made, if any results exist they will be forwarded separately.

Submitted By: (b)(6); (b)(7)(C)

Mother-in-law: (b)(6); (b)(7)(C)  DATE REQUESTED: 02/05/2013 DATE COMPLETED: 02/12/2013

SENSITIVE BUT UNCLASSIFIED                                          Page 2

SENSITIVE BUT UNCLASSIFIED

United States Department of State
Bureau of Diplomatic Security
Report of Investigation

GEBERT, MATTHEW QUINN

Case Number: 41

An inquiry was made, if any results exist they will be forwarded separately.

Associate: [(b)(6), (b)(7)(C)]  DATE REQUESTED: 02/05/2013  Submitted By: [(b)(6),
An inquiry was made, if any results exist they will be forwarded separately.  DATE COMPLETED: 02/12/2013

Associate: [(b)(6), (b)(7)(C)]  DATE REQUESTED: 02/05/2013  Submitted By: [(b)(6),
An inquiry was made, if any results exist they will be forwarded separately.  DATE COMPLETED: 02/12/20

Other Relative: [(b)(6), (b)(7)(C)]
02/20/2013  DATE REQUESTED: 02/  Submitted By: [(b)(6), (b)(7)(
An inquiry was made, if any results exist they will be forwarded separately.  02/13/2013 DATE COMPLETED

Other Relative: [(b)(6), (b)(7)(C)]
02/20/2013  DATE REQUESTED: 02/1  Submitted By: [(b)(6), (b)(7)(C)]
An inquiry was made, if any results exist they will be forwarded separately.  3/2013 DATE COMPLETED:

Other Relative: [(b)(6), (b)(7)(C)]  DATE REQUESTED: 02/13/2013 DATE  Submitted By: [(b)(6), (b)(7)(C)]
An inquiry was made, if any results exist they will be forwarded separately.  COMPLETED: 02/20/2013

Other Relative: [(b)(6), (b)(7)(C)]  DATE REQUESTED: 02/13/2013 DATE  Submitted By: [(b)(6), (b)(7)(C)]
An inquiry was made, if any results exist they will be forwarded separately.  COMPLETED: 02/20/2013

Associate: [(b)(6), (b)(7)(C)]  DATE REQUESTED: 02/13/2013 DATE C  Submitted By: [(b)(6), (b)(7)(C)]
An inquiry was made, if any results exist they will be forwarded separately.  OMPLETED: 02/20/2013

Associate: [(b)(6), (b)(7)(C)]  DATE REQUESTED: 02/13/2013 DATE COM  Submitted By: [(b)(6), (b)(7)(C)]
An inquiry was made, if any results exist they will be forwarded separately.  PLETED: 02/20/2013

*DCII*

Subject: Matthew Gebert, DATE REQUESTED: 02/04/2013 DATE COMPLETED: 02/04/2013
No Record.  Submitted By: [(b)(6), (b)(7)(C)]

*FBI Fingerprint*  DECLASSIFIED  Submitted By: [(b)(6), (b)(7)(C)]

SENSITIVE BUT UNCLASSIFIED

Page 3

Page 141



SENSITIVE BUT UNCLASSIFIED

| United States Department of State |
| Bureau of Diplomatic Security |
| Report of Investigation |

| GEBERT, MATTHEW QUINN | Case Number: 414116 |

An inquiry was made, if any results exist they will be forwarded separately.

Submitted By: [b)(6); (b)(7)(C)]

Associate: [b)(6); (b)(7)(C)] DATE REQUESTED: 02/05/2013 DATE COMPLETED: 02/12/2013
An inquiry was made, if any results exist they will be forwarded separately.

Submitted By: [b)(6); (b)(7)(C)]

Associate: [b)(6); (b)(7)(C)] DATE REQUESTED: 02/05/2013 DATE COMPLETED: 02/12/2013
An inquiry was made, if any results exist they will be forwarded separately.

Submitted By: [b)(6); (b)(7)(C)]

Other Relative: [b)(6); (b)(7)(C)] , DATE REQUESTED: 02/13/2013 DATE COMPLETED: 02/20/2013
An inquiry was made, if any results exist they will be forwarded separately.

Submitted By: [b)(6); (b)(7)(C)]

Other Relative: [b)(6); (b)(7)(C)] DATE REQUESTED: 02/13/2013 DATE COMPLETED: 02/20/2013
An inquiry was made, if any results exist they will be forwarded separately.

Submitted By: [b)(6); (b)(7)(C)]

Other Relative: [b)(6); (b)(7)(C)] DATE REQUESTED: 02/13/2013 DATE COMPLETED: 02/20/2013
An inquiry was made, if any results exist they will be forwarded separately.

Submitted By: [b)(6); (b)(7)(C)]

Other Relative: [b)(6); (b)(7)(C)] DATE REQUESTED: 02/13/2013 DATE COMPLETED: 02/20/2013
An inquiry was made, if any results exist they will be forwarded separately.

Submitted By: [b)(6); (b)(7)(C)]

Associate: [b)(6); (b)(7)(C)] DATE REQUESTED: 02/13/2013 DATE COMPLETED: 02/20/2013
An inquiry was made, if any results exist they will be forwarded separately.

Submitted By: [b)(6); (b)(7)(C)]

Associate: [b)(6); (b)(7)(C)] DATE REQUESTED: 02/13/2013 DATE COMPLETED: 02/20/2013
An inquiry was made, if any results exist they will be forwarded separately.

Submitted By: [b)(6); (b)(7)(C)]

*DCII*

Subject: Matthew Gebert, DATE REQUESTED: 02/04/2013 DATE COMPLETED: 02/04/2013
No Record.

Submitted By: [b)(6); (b)(7)(C)]

*FBI Fingerprint*

SENSITIVE BUT UNCLASSIFIED

Page 3

Page 142

SENSITIVE BUT UNCLASSIFIED

| United States Department of State Bureau of Diplomatic Security Report of Investigation | |
| --- | --- |
| GEBERT, MATTHEW QUINN | Case Number: 414116 |

Subject: Matthew Gebert, DATE REQUESTED: 02/01/2013 DATE COMPLETED: 02/01/2013
NO RECORD

Submitted By: (b)(6); (b)(7)(C)

**DIRECT REPLY**

Submitted By: (b)(6); (b)(7)(C)

### *JPAS*

Subject: Matthew Gebert, DATE REQUESTED: 02/04/2013 DATE COMPLETED: 02/04/2013
No Record.

Submitted By: (b)(6); (b)(7)(C)

### *NCIC*

Subject: Matthew Gebert, DATE REQUESTED: 02/04/2013 DATE COMPLETED: 02/04/2013
No Record.

Submitted By: (b)(6); (b)(7)(C)

### *OPM/SII*

Subject: Matthew Gebert, DATE REQUESTED: 02/04/2013 DATE COMPLETED: 02/04/2013
No Record.

Submitted By: (b)(6); (b)(7)(C)

### Other Records Checks

### *HS Checks*

Subject: Matthew Gebert, DATE REQUESTED: 02/01/2013 DATE COMPLETED: 02/01/2013
No record.

Submitted By: (b)(6); (b)(7)(C)

### *U.S. Citizenship and Immigration Services*

Father-in-law: (b)(6); (b)(7)(C)

SENSITIVE BUT UNCLASSIFIED                                        Page 4

Page 143

**United States Department of State**
**Bureau of Diplomatic Security**
**Report of Investigation**

| GEBERT, MATTHEW QUINN | Case Number: 414116 |
|---|---|

(b)(6), (b)(7)(C)

Submitted By: (b)(6), (b)(7)(C)

Mother-in-law:

(b)(6), (b)(7)(C)

Submitted By: (b)(6), (b)(7)(C)

## Spousal National Agency Checks

### DCII-Spouse

Spouse: (b)(6), (b)(7)(C) , DATE REQUESTED: 02/04/2013 DATE COMPLETED: 02/04/2013
No Record.

Submitted By: (b)(6), (b)(7)(C)

### JPAS-Spouse

Spouse: (b)(6), (b)(7)(C) DATE REQUESTED: 02/04/2013 DATE COMPLETED: 02/04/2013
No Record.

Submitted By: (b)(6), (b)(7)(C)

### NCIC-Spouse

Spouse: (b)(6), (b)(7)(C) DATE REQUESTED: 02/04/2013 DATE COMPLETED: 02/04/2013
No Record.

Submitted By (b)(6), (b)(7)(C)

### OPM/SII-Spouse

Spouse: (b)(6), (b)(7)(C) DATE REQUESTED: 02/04/2013 DATE COMPLETED: 02/04/2013
No Record.

Submitted By: (b)(6), (b)(7)(C)

## NEIGHBORHOODS

*01-JUL-12 - 01-FEB-13, 505 NIVEN COURT, LEESBURG, VA*

12-Feb-13

Page 144

SENSITIVE BUT UNCLASSIFIED

| United States Department of State |
|---|
| Bureau of Diplomatic Security |
| **Report of Investigation** |

| GEBERT, MATTHEW QUINN | Case Number: 414116 |
|---|---|

Uma Marques, Neighbor, 507 Niven Court, Leesburg, VA 20175

Marques has been acquainted with Gebert from 07/2012 to 02/2013, in a social capacity with at least weekly in-person contact as a neighbor. Marques lives directly to the left of Gebert's residence. Marques has not seen any strange or unusual activities at Gebert's residence. Marques stated they have had neighborhood gatherings and Gebert has attended them since he moved in last July. Marques has never seen the police nor the fire departments at Gebert's residence. Marques described Gebert as a friendly and respectful neighbor. Marques recommended Gebert for a position of trust and responsibility.

Submitted By: (b)(6); (b)(7)(C)

12-Feb-13
Shirley Levesque, Neighbor, 503 Niven Court SW, Leesburg, VA 20175

Levesque has been acquainted with Gebert from 07/2012 to 02/2013, in a social capacity with weekly in-person contact as a neighbor. Levesque lives directly to the right of Gebert. Levesque stated they have had cul de sac parties in which she has socialized with Gebert at least twice. Levesque has not seen unusual activities at Gebert's residence. Levesque has not seen police or fire departments at Gebert's residence. Levesque described Gebert as a friendly, outgoing person who is family oriented. Levesque recommended Gebert for a position of trust and responsibility.

Submitted By: (b)(6); (b)(7)(C)

*01-FEB-06 - 01-JUN-12, 4860 EISENHOWER AVE., ALEXANDRIA, VA*

12-Feb-13
Christopher H. Tindal, Direcor of Opeationa Energy Secretary Navy, 4860 Eisenhower Ave., 356, Alexandria, VA 22304

Tindal has been acquainted with Gebert from 09/2006 (discrepant) to 02/2013, in a social capacity with several times a week contact until 06/2012. Tindal stated he lived below Gebert in the same condominium building. Tindal stated they rode the shuttle to the metro most mornings unless Gebert was traveling. Tindal stated they socialized approximately once a month and worked on a Condominium Association committee together. Tindal said that he went to a holiday party at their new house in Leesburg in December 2012. Tindal never saw unusual activities at Gebert's residence. Tindal never saw police or fire departments at Gebert's residence. Tindal described Gebert as a friend who took initiative, who was willing to help others and took responsibility for his family. Tindal recommended Gebert for a position of trust and responsibility.

Submitted By: (b)(6); (b)(7)(C)

15-Feb-13
Steven Jansen, Vice President , 1615 L Street NW, 1100, Washington, DC 20036

Jansen has been acquainted with Gebert from 02/2006 to 02/2013, in a social capacity with several times a week contact until 06/2012. Jansen stated he lived in the same building as Gebert. Jansen stated they socialized approximately once a month and worked on a Condominium Association committee together. Jansen said they have current contact by going to lunch every two months and email regularly. Jansen never saw unusual activities at Gebert's residence (4860 Eisenhower Avenue #485). Jansen never saw police or fire departments at Gebert's residence. Jansen described Gebert as a friend who is intelligent, worked independently and who often completed the tasks that no one else would. Jansen recommended Gebert for a position of trust and

SENSITIVE BUT UNCLASSIFIED

Page 6

Page 145

SENSITIVE BUT UNCLASSIFIED

| United States Department of State | |
|---|---|
| Bureau of Diplomatic Security | |
| Report of Investigation | |
| GEBERT, MATTHEW QUINN | Case Number: 414116 |

responsibility.

Submitted By: (b)(6); (b)(7)(C)

## EDUCATION

### 01-AUG-08 - 01-MAY-11 GEORGE WASHINGTON UNIVERSITY, WASHINGTON , DC

12-Feb-13
Chaka Butler, Registration Specialist, George Washington University, 800 21 Street NW, Washington , DC 20052

A review of the transcript records at the Registrar's Office verified that Gebert attended George Washington University from 08/2008 to 05/2011. A Master of Arts (MA) degree was awarded on 05/15/2011. Gebert majored in Security Policy Studies at the Elliott School of International Affairs. Gebert's grade point average (GPA) was 3.86 of 4.0.

Submitted By: (b)(6); (b)(7)(C)

12-Feb-13
Brittany Patton, Executive Assistant, George Washington University, 2129 I Street NW, Washington , DC 20052

A review of records at the Office of the Dean of Students at George Washington University disclosed no disciplinary record or derogatory information regarding Gebert.

Submitted By: (b)(6); (b)(7)(C)

12-Feb-13
Marisa Hall, Counselor, George Washington University Finance Office, 800 21st Street NW, Washington , DC 20052

A review of records at the Financial Aid Office at George Washington University disclosed Gebert does not have outstanding financial obligations with the University. Hall stated there was no record of loans received through the university or any scholarships awarded.

Submitted By: (b)(6); (b)(7)(C)

12-Feb-13
Marisa Hall , Counselor, George Washington University Finanacial Office, 800 21sst Street NW, Ground Fl, Washington , DC 20052

A review of the records on file with the Finance Office at George Washington University disclosed Gebert does not have outstanding financial obligations with the University.

Submitted By: (b)(6); (b)(7)(C)

### 01-AUG-99 - 01-MAY-03 AMERICAN UNIVERSITY, WASHINGTON, DC

07-Feb-13
Maururio Burgos, Financial Counselor, American University Financial , 4400 Asbury Building , 201,

UNCLASSIFIED

Page 146

SENSITIVE BUT UNCLASSIFIED

| United States Department of State Bureau of Diplomatic Security Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 414116 |

Washington, DC 20016

A review of the records on file with American University Finance Office disclosed Matthew Gebert does not have any outstanding financial obligations with the University.

Submitted By: (b)(6); (b)(7)(C)

07-Feb-13
Mauricio Burgos, Finance Counselor, American University Finance Office, 4400 Massachusetts Ave NW, 201 , Washington, DC 20016

A review of the records on file with American University disclosed Matthew Gebert received Financial Aid in the form of $15,000.00 each year from 1999 until 2003 Presidential Scholarship. Gebert also has Student Loans for the balance of tuition. Gebert does not have outstanding financial obligations with the University.

Submitted By: (b)(6); (b)(7)(C)

07-Feb-13
Shelby C. Woods, Senior Administrative Assistant, American University Student Conduct Office, 4400 Massachusetts, 410, Washington, DC 20016

A review of the records at the Office of the Dean of Students at American University disclosed no disciplinary record or derogatory information regarding Matthew Gebert.

Submitted By: (b)(6); (b)(7)(C)

07-Feb-13
Diane Bibb, Student Services Coordinator, American University Registrar's Office, 4200 Wisconsin Ave NW, 315, Washington, DC 20016

A review of the records on file with American University Registrar's Office verified that Gebert attended American University from 09/1999 to 05/2003. A Bachelor of Arts (BA) degree was awarded on 05/11/2003. Gebert majored in International Studies with a minor in Russian Language. His grade point average (GPA) was 3.39 of 4.0.

Submitted By: (b)(6); (b)(7)(C)

**EMPLOYMENT**

*01-FEB-06 - 01-FEB-13 UNITED STATES ENERGY ASSOCIATION, INC., WASHINGTON, DC*

22-Feb-13
Andrew W. Palmateer, Program Coordinator, United States Energy Association, Inc., 1300 Pennsylvania Avenue NW, 550, Washington, DC 20004

Palmateer has been acquainted with Gebert from 09/2008 (discrepant) to 02/2013, in a social capacity with weekly contact and from 06/2010 until 02/2013 in a professional capacity with work day contact. Palmateer stated he met Gebert at American University networking group and they became friends. When there was an opening at United States Energy Association in 2010 Gebert recommended Palmateer for the position. Palmateer stated that Gebert has an excellent rapport with all staff and is a strong program coordinator. Gebert

Page 147

SENSITIVE BUT UNCLASSIFIED

| United States Department of State
Bureau of Diplomatic Security
Report of Investigation | |
| --- | --- |
| GEBERT, MATTHEW QUINN | Case Number: 414116 |

has the ability to balance his priorities and meet the demands of foreign country diplomats. Gebert has a diligent, task oriented work performance. Palmateer described Gebert is a rational thinking professional who is also a nice person. Palmateer recommended Gebert for a position of trust and responsibility.

Submitted By: (b)(6); (b)(7)(C)

22-Feb-13
Pamela Gallagher, Deputy Administration Manager, United States Energy Association, Inc., 1300 Pennsylvania Avenue NW, 550, Washington, DC 20004

A review of the records on file with United States Energy Association, Inc. (USEA) disclosed Matthew Gebert began work on 02/13/2006 as a Program Coordinator. Currently Gebert is Sr Program Administrator with an annual salary of $63,995.00. Gebert has received numerous cash awards for going above and beyond expectations. Gebert has not had any disciplinary actions nor any security violations while employed by USEA. Gebert has no derogatory information in his file.

Submitted By: (b)(6); (b)(7)(C)

22-Feb-13
John R. Hammond, Program Manager, United States Energy Association, Inc., 1300 Pennsylvania Avenue NW, 550, Washington, DC 20004

Hammond has been acquainted with Gebert from 02/2006 to 02/2013, in a professional only capacity with daily contact. Hammond stated he has supervised Gebert since 01/2008 and they usually travel together on business trips once or twice a year. Hammond stated he selected Gebert for his team due to his (Gebert's) capabilities and high level of performance. Hammond said Gebert is responsible for international partnerships with United States Energy Association and other countries. Gebert has taken on large conferences/programs and initiates the design and operates the entire program as program lead. Gebert is also a teamplayer who does not have to be in the spotlight. Hammond stated that he trusts Gebert implicitly. Hammond stated that Gebert has vacationed in Serbia where his wife's family immigrated from. Hammond recommended Gebert for a position of trust and responsibility.

Submitted By: (b)(6); (b)(7)(C)

*01-JUL-08 - 01-FEB-13 KF1F ENTERPRISES, INC., HIGHLAND PARK, IL*

19-Mar-13
Paul W. Kent, Owner, NICL Laboratories, 306 Era Drive, Highland Park, IL 60062

A review of the records on file with NICL Laboratories disclosed that Gebert was hired by Kent on 07/01/2008 as a consultant and with duties related to interpretation and analysis of possible U.S. Congressional healthcare regulatory changes and legislative actions. The records stated that Gebert was paid a yearly salary of $3,780 for this part time position. Kent related that Gebert is still an employee of NICL Laboratories but was placed on voluntary inactive status in 06/2012 and after Gebert started a new work position and became a father. The records contained no derogatory information and Kent related that he maintains no performance reports on Gebert but rated his performance as excellent. Gebert is fully eligible for rehire if the opportunity ever presented itself. The records contained no additional pertinent information.

Kent responded favorably to all security-related matters and provided his highest recommendation to Gebert for a position of trust and responsibility with the Department of State.

SENSITIVE BUT UNCLASSIFIED                                              Page 9

Page 148

SENSITIVE BUT UNCLASSIFIED

| **United States Department of State**<br>**Bureau of Diplomatic Security**<br>**Report of Investigation** | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 414116 |

Submitted By: (b)(6); (b)(7)(C)

19-Mar-13
Frances R. Kent, Owner-KFIF Enterprises Inc., KFIF Enterprises, Inc., 183 Moraine Road, Highland Park, IL 60035

Kent stated she has been acquainted with Gebert from perhaps sometime in 2005 and met Gebert through Gebert's at the time future and current wife, Anna Gebert, who had previously worked at NICL Laboratories. Kent commented that NICL laboratories is owned by KFIF Enterprises Inc. Kent related that she has maintained professional only contact with Gebert and this in the form of monthly in-person or telephonic contact with Gebert. Kent commented that Gebert's position is that of a part time consultant and the he, Gebert, is responsible for monitoring U.S. Congressional activity regarding American Healthcare. Kent stated that Gebert is a very inquisitive and responsible individual who has done an outstanding job at NICL Laboratories.

Kent responded favorably to all security-related matters and provided her highest recommendation to Gebert for a position of trust and responsibility with the Department of State.

Submitted By: (b)(6); (b)(7)(C)

19-Mar-13
Paul W. Kent, Owner, NICL Laboratories, 306 Era Drive, Northbrook, IL 60062

Kent stated he has been acquainted with Gebert from 07/2008 to 03/2013, in a professional capacity only and with the occurrence of weekly to monthly email, in-person and telephonic contact. Kent commented that he hired Gebert as a consultant and with the duties of advising Kent of U.S. Congressional action or possible action regarding U.S. Healthcare laws and regulations. Kent stated that Gebert is a very responsive and inquisitive young man who did an awesome job for Kent and his company. Kent related that his wife's company, KFIF, is the parent company of NICL Laboratories where Gebert is employed. Kent commented that Gebert is still an employee with NICL laboratories but that he, Gebert, had voluntarily requested to be put on the inactive list in 06/2012 and after Gebert assumed a new work position and became a father.

Kent responded favorably to all security-related matters and provided his highest recommendation to Gebert for a position of trust and responsibility with the Federal Government.

Submitted By: (b)(6); (b)(7)(C)

*01-FEB-02 - 01-DEC-05 U.S. TELECOMMUNICATIONS TRAINING INSTITUTE, WASHINGTON, DC*

13-Feb-13
Esther R. Gabriel, Administrative Assistant to the Ambassador, U.S. Telecommunications Training Institute, 1150 Connecticut Avenue NW, 702, Washington, DC 20036

A review of the records on file with U.S. Telecommunications Training Institute disclosed Matthew Gebert began work on 02/07/2002 as a Curriculum Coordinator. Gebert had an annual salary of $36,000.00. There were no performance reviews in the file. Gebert resigned on 03/01/2006 (discrepant) for a better opportunity. Gebert is eligible for rehire.

Submitted By: (b)(6); (b)(7)(C)

13-Feb-13

SENSITIVE BUT UNCLASSIFIED

Page 10

Page 150

SENSITIVE BUT UNCLASSIFIED

| United States Department of State<br>Bureau of Diplomatic Security<br>Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 414116 |

derogatory information that might preclude Gebert from employment with the Department of State. Wolf recommended Gebert for employment in a position of trust and responsibility and for access to classified information.

Submitted By: (b)(6); (b)(7)(C)

## DEVELOPED REFERENCES

06-Feb-13
Brian T. McCloskey, Sales Manager, 1901 Fort Myer, Arlington, VA 22209

McCloskey has been acquainted with Gebert from 07/2002 to 02/2013, in a professional capacity with daily contact until 2005 and monthly social contact from 07/2002 until 02/2013. McCloskey stated they met while working for US Telecommunications Institute as interns. McCloskey gets together with Gebert for dinner, they go over to each other's houses or out for after work drinks. McCloskey recalled that Gebert was task oriented, asked relevant questions and often volunteered for extra assignments. McCloskey described Gebert as a dedicated and diligent coworker; however, he is an even better friend. Gebert is the person whom you can confide in and trust. McCloskey recommended Gebert for a position of trust and responsibility.

Submitted By: (b)(6); (b)(7)(C)

07-Feb-13
Nicholas J. Roth, Student/Consultant, 7338 Baltimore, College Park, MD 20740

Roth has been acquainted with Gebert from 09/2000 to 02/2013, in a social capacity with daily contact until 05/2003. Roth stated they met while living in the dorm at American University and later they were in the same fraternity. Roth stated they talk, text or email at least once a month; however, they only get together approximately four times a year. Roth described Gebert as a dependable and honest friend. Roth stated that Gebert is the sort of friend who is there when you need him and will always have your back. Roth characterized Gebert as a man of integrity. Roth recommended Gebert for a position of trust and responsibility.

Submitted By: (b)(6); (b)(7)(C)

## LOCAL AGENCY CHECKS

### DC

06-Feb-13
(b)(6); (b)(7)(C)   Legal Examiner, Metropolitan Police Department, 300 Indiana Avenue NW, 3061, Washington, DC 20001

A review of the records on file with Metropolitan Police Department disclosed no record found for Matthew Quinn Gebert DOB: 02/19/1981. Gebert has worked within the jurisdiction of Metropolitan Police.

Submitted By: (b)(6); (b)(7)(C)

### VA

06-Feb-13
(b)(6); (b)(7)(C)   Clerk, Leesburg Police Department, 65 Plaza Street NE, Leesburg , VA 20175

SENSITIVE BUT UNCLASSIFIED

Page 12

Page 154



SENSITIVE BUT UNCLASSIFIED

United States Department of State
Bureau of Diplomatic Security
Report of Investigation

| GEBERT, MATTHEW QUINN | Case Number: 414116 |
|---|---|

Employer: DRA Mineral Projects (PTY) LTD Employer's Address: 2 Inyanga close, Sunninghill, Sandton, South Africa 2157 Employer's Telephone Number: +27 11 202-8600 Government Service: No knowledge Military Service: No knowledge How and When Did You Meet: 02/2008 while on vacation in Thailand Frequency and Nature of Contact: Quarterly via Facebook and last in person contact was 03/2012 spent the night with them in the US going out to dinner. Email Address: leonvdh@drasa.co.za/leon@geotrax.co.za

Full Name: Jolande van der Hoek Relationship: Friend Gender: Female Date of Birth: 02/08/1978 City/Country of Birth: Johannesburg, South Africa Country of Citizenship: South Africa Address: 9 Swallow Nest Caravelle Rd Bartlett, Boksburg, South Africa 1459 Telephone Number: +27-11-894-1177 Occupation: Business Manager Employer: Gijima Employer's Address: 47 Landmarks Avenue Kosmosdal, samrand Centurion South Africa 0157 Employer's Telephone Number: +27 12 675-5000 Government Service: Department of Ekurhuleni Metropolitan Council Human Resource Officer Military Service: No knowledge How and When Did You Meet: 02/2008 while on vacation in Thailand Frequency and Nature of Contact: Quarterly via email; last in person contact was in South Africa in 11/2011 Email Address: Jolande.vanderhoek@gijima.com

Full Name: Alexandra Galetsky Relationship: Friend Gender: Female Date of Birth: 07/18/1984 City/Country of Birth: Kiev, USSR Country of Citizenship: Ukraine Address: Kiev, Ukraine Telephone Number: +3 8066-425-16-85 Occupation: Account Manager Employer: PRP Ukraine Employer's Address: 15a Kostyantynivs'ka Street, Fl 2 Office 3 Kyiv, Ukraine 04071 Employer's Telephone Number: +380 (44) 495-2960 Government Service: none Military Service: none How and When Did You Meet: Mach 1998 during Gebert's student exchange program to Kyiv, Ukraine Frequency and Nature of Contact: Facebook, or gchat annually Email Address: sgaletsky@gmail.com

Full Name: Vladimir Bogomolv Relationship: Friend Gender: Male Date of Birth: 07/30/1977 City/Country of Birth: Novosibirsk, USSR Country of Citizenship: Russian Address: Kochnovsky proezd, 4/1-844, Moscow, Russia 125319 Telephone Number: +7-985-991-7341 or +7-495-974-6510 Occupation: General Manager Employer: Unilin LLC (subsidiary of Mohawk Industries) Employer's Address: yl Pravdi 26 Moscow, Russia 125040 Employer's Telephone Number: +7 495-648-94-74 Government Service: none Military Service: none How and When Did You Meet: 09/2001 during Gebert's Internship at the American Center in Moscow, Russia Frequency and Nature of Contact: Quarterly via email or Facebook Email Address: bogomolov_V@mail.ru

Gebert does not share living quarters with a person or persons, regardless of their citizenship status, if the potential for adverse foreign influence or duress exists.

Gebert has no relatives, to include a spouse or spouse's family, cohabitants, or associates, who are connected, currently or in the past, with any foreign government, to include military armed forces, intelligence or security services, police services, or ministry of foreign affairs.

Gebert has not failed to report, where required, any association or contact with foreign nationals and Gebert has not had any romantic involvement with any citizen of a foreign country.

Gebert has not had unauthorized association with a suspected or known collaborator or employee of a foreign intelligence service and Gebert has no knowledge or suspicions of ever being a target of interest of a FIS.

Gebert has not engaged in conduct which may make him vulnerable to coercion, exploitation, or pressure from a foreign government.

SENSITIVE BUT UNCLASSIFIED

Page 16

Page 155

SENSITIVE BUT UNCLASSIFIED

**United States Department of State**
**Bureau of Diplomatic Security**
**Report of Investigation**

| GEBERT, MATTHEW QUINN | Case Number: 414116 |
|---|---|

Gebert has not seen indications that representatives or nationals from a foreign country are acting to increase his vulnerability to possible future exploitation, coercion or pressure.

Gebert has no financial interests in a country, or in any foreign owned or operated business that could make him vulnerable to foreign influence.

Gebert does not exercise dual citizenship.

Gebert does not possess or use a foreign passport.

Gebert is not a member of a foreign military service and denies any willingness to bear arms for a foreign country.

Gebert does not accept educational, medical, or other benefits, such as retirement and social welfare, from a foreign country.

Gebert has not resided in a foreign country to meet citizenship requirements.

Gebert has not used foreign citizenship to protect business interests in another country.

Gebert has not sought or held political office in a foreign country.

Gebert has not voted in foreign elections.

Gebert has not performed or attempted to perform duties, or otherwise acted, so as to serve the interests of another government in preference to the interests of the United States.

At this point in the interview, Gebert presented to the investigator his U. S. Passport for review. Passport number 219521191 was issued to Matthew Quinn Gebert on 10/13/2006 and will expire on 10/12/2016. Travel locations documented on Gebert's passport are consistent with what he reported in his security forms. Although there were numerous stamps and visa's pertaining to his work travel with the United States Energy Association and documented through normal practice with that agency. The only work travel mentioned in this report is in conjunction with personal travel.

Dates of Travel: 01/07/2013 until 01/12/2013 Cities/Countries Visited: Cancun, Mexico Accommodations: Westin Lagunamar Purpose: Family Vacation General Itinerary: Washington Dulles to Cancun Associates/Traveling Companions: Spouse and son General Activities: Beach activities, Snorkeling, pool How Funded: Used miles for flight and savings for hotel Alcohol/Drug Use: Alcohol such as beer at the pool and wine with dinner; denied drug use

Dates of Travel: 11/10/2011 to 11/21/2011 Cities/Countries Visited: Johannesburg and Pretoria, South Africa Accommodations: Garden Court Sandton City and one night with van der Hoek's (identified in this report under foreign contacts) Purpose: Work and spent an extra day with van der Hoek's General Itinerary: Washington Dulles to Johannesburg to Washington Dulles Associates/Traveling Companions: none General Activities: Meetings and a presentation for USAID; dinner one night with van der Hoek family How Funded: USAID funded for USEA Alcohol/Drug Use: Drank with dinner; denied drug use

SENSITIVE BUT UNCLASSIFIED

Page 156

SENSITIVE BUT UNCLASSIFIED

<table>
<tr><td colspan="2" align="center">United States Department of State<br>Bureau of Diplomatic Security<br>Report of Investigation</td></tr>
<tr><td>GEBERT, MATTHEW QUINN</td><td>Case Number: 414116</td></tr>
</table>

Dates of Travel: 05/18/2011 to 05/23/2011 Cities/Countries Visited: Punta Cana, Dominican Republic Accommodations: Iberostar Grand Purpose: Vacation General Itinerary: Washington Dulles to Punta Cana to Washington Dulles Associates/Traveling Companions: Spouse General Activities: Beach activities; pool How Funded: Used miles for flight and savings for rest of expenses Alcohol/Drug Use: Drink beer at the pool/beach and wine with dinner; denied drug use

Dates of Travel: 12/23/2010 to 01/05/2011 Cities/Countries Visited: Cape Town, South Africa (5 days); Johannesburg, Botswana (4 days); Chobe Forest Reserve Zimbabwe (1 day) Accommodations: Westin Cape Town, van der Hoek family; Muchenje Safari Lodge Purpose: Vacation General Itinerary: Washington Dulles to Johannesburg to Victoria Falls to Johannesburg to Washington Dulles Associates/Traveling Companions: Spouse General Activities: Wine tour, Safari, dinner with van der Hoek's (mentioned in this report under foreign family/friends). Victoria Falls tour How Funded: Used miles for flight and savings for expenses Alcohol/Drug Use: drank with meals; denied drug use

Dates of Travel: 10/09/2010 to 10/12/2010 Cities/Countries Visited: Aruba Accommodations: Westin Aruba Purpose: vacation General Itinerary: Washington Dulles to Aruba to Washington Dulles Associates/Traveling Companions: Spouse General Activities: Beach activities and pool How Funded: Used miles for flight and savings for expenses Alcohol/Drug Use: beer at beach/pool and wine with dinner; denied drug use

Dates of Travel: 05/15/2010 to 05/23/2010 Cities/Countries Visited: Belgrade, Serbia Accommodations: Hotel Moskva Purpose: Vacation General Itinerary: Washington Dulles to Belgrade to Washington Dulles Associates/Traveling Companions: alone (Spouse was there with her MBA program) General Activities: Tourist activities (city tour, bus tour sightseeing) family BBQ at Uncles house. How Funded: Used miles for flight and stayed in spouse's hotel Alcohol/Drug Use: had wine with dinner; denied drug use

Dates of Travel: 03/11/2010 to 03/21/2010 Cities/Countries Visited: Galway (3 days) and Dublin (6 days) Ireland Accommodations: Petra House, Westin Dublin Purpose: Vacation General Itinerary: Washington Dulles to Shannon to Washington Dulles Associates/Traveling Companions: Spouse General Activities: City tour, museums, pubs daytrips for other nearby sightseeing How Funded: Used miles for flights and savings for expenses Alcohol/Drug Use: Drank beer/wine with meals; denied drug use

Dates of Travel: 12/26/2009 to 01/1/2010 Cities/Countries Visited: Rio de Janeiro, Brazil Accommodations: Sheraton Barra Purpose: Vacation General Itinerary: Washington Dulles to Rio de Janeiro to Washington Dulles Associates/Traveling Companions: Spouse General Activities: New Years on the beach, city tour and sightseeing How Funded: miles for flights; savings for expenses Alcohol/Drug Use: Wine/beer with meals; denied drug use

Dates of Travel: 12/18/2009 to 12/20/2009 Cities/Countries Visited: Nassau, Bahamas Accommodations: Atlantis Purpose: Vacation General Itinerary: Reagan National to Nassau to Reagan National Associates/Traveling Companions: Spouse, Louise Goodwin and John Goodwin (US citizens) General Activities: Resort activities, beach activities, island tour How Funded: Krisam Group for work related purposes Alcohol/Drug Use: with meals; denied drug use

Dates of Travel: 06/10/2009 until 06/15/2009 Cities/Countries Visited: Kyiv, Ukraine Accommodations: Alexandra Galetsky's (listed in this report under foreign friends); Rena Demesnicois (US citizen) apartment Purpose: To attend Ulyanov Wedding General Itinerary: Washington Dulles to Kyiv to Washington Dulles Associates/Traveling Companions: none General Activities: To attend Ulyanov wedding (listed under foreign

SENSITIVE BUT UNCLASSIFIED                                         Page 18

Page 157

SENSITIVE BUT UNCLASSIFIED

| United States Department of State Bureau of Diplomatic Security Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 414116 |

contacts in this report) How Funded: Used miles and used savings for other expenses Alcohol/Drug Use: Drank wine/beer with meals; denied drug use

Dates of Travel: 05/15/2009 until 05/26/2009 Cities/Countries Visited: Berlin, Germany (3 days); Prague, Czech Republic (3 days); Belgrade, Serbia (5 days) Accommodations: Courtyard Berlin, Savic Hotel Prague, Vuckovic Flat in Belgrade Purpose: Vacation General Itinerary: Washington Dulles to FRA to Prague to Belgrade to Washington Dulles Associates/Traveling Companions: Spouse General Activities: City tours, museums, pubs, family activities How Funded: Used miles for flight and savings for other expenses Alcohol/Drug Use: wine/beer with meals; denied drug use

Dates of Travel: 12/29/2008 to 01/03/2009 Cities/Countries Visited: Dubai, United Arab Emirates Accommodations: Renaissance Dubai Purpose: Vacation General Itinerary: Washington Dulles to Dubai to Washington Dulles Associates/Traveling Companions: Spouse General Activities: New Years get away; city tour, pool and sightseeing How Funded: Used miles for flight and savings for expenses Alcohol/Drug Use: Wine/beer with meals; denied drug use

Dates of Travel: 02/14/2008 to 02/26/2008 Cities/Countries Visited: Ko Phi Phi (4 days) Phuket (2 days) and Bangkok , (3 days) Thailand Accommodations: Phi Phi Island Village, Amari Coral Village Royal Orchid Sheraton Purpose: vacation General Itinerary: Washington Dulles to Bangkok to Washington Dulles Associates/Traveling Companions: Spouse General Activities: beach/pool city tour, bars, dining, shopping How Funded: miles used for flight and savings for expenses Alcohol/Drug Use: wine/beer at pool and meals; denied drug use

Dates of Travel: 10/03/2007 to 10/07/2007 Cities/Countries Visited: Sandy's Parish Bermuda Accommodations: 9 Beaches Resort Purpose: Vacation General Itinerary: Washington Reagan to Bermuda to Washington Reagan Associates/Traveling Companions: Spouse General Activities: Resort Activities, beach/pool How Funded: Used miles for flight and savings for expenses Alcohol/Drug Use: wine and/or beer at meals; denied drug use

Dates of Travel: 07/29/2007 until 08/1/2007 Cities/Countries Visited: Montreal, Canada Accommodations: Intercontinental Montreal Purpose: Vacation General Itinerary: Philadelphia to Montreal to Washington Reagan Associates/Traveling Companions: Spouse General Activities: city tour and sightseeing (spouse went for work) How Funded: Used miles for flight Alcohol/Drug Use: drank with meals; denied drug use

Dates of Travel: 04/13/2007 to 04/22/2007 Cities/Countries Visited: Buenos Aires (5 days); Mendoza (3 days) Iguazu Falls (2 days) Argentina Accommodations: Rental apartment in Buenos Aires; Hotel Argentino in Mendoza and Sheraton in Iguazu Falls Purpose: Vacation General Itinerary: Washington Reagan to Iguazu to Buenos Aires to Washington Reagan Associates/Traveling Companions: Spouse General Activities: city tour, wine tour, day trip to the waterfalls How Funded: Used miles for flight and savings for all other expenses Alcohol/Drug Use: Drank wine/beer with meals; denied drug use

Dates of Travel: 09/01/2006 to 09/11/2006 Cities/Countries Visited: Tallinn, Estonia (5 days) Helsinki,Finland (1 day); Moscow, Russia (3 or 4 days) Accommodations: Radisson in Tallinn; Marriott Moscow and 1 night with Dima Ulyanov (listed under foreign contacts in this report) Purpose: work General Itinerary: Washington Dulles to Tallinn to Moscow to Washington Dulles Associates/Traveling Companions: Rob Donovan (coworker US citizen) General Activities: Met with Vladimir Bogomolov and Dima Ulyanov( both listed under foreign contacts in this report) How Funded: USDOE paid all expenses; except the additional night with friends

SENSITIVE BUT UNCLASSIFIED                                Page 19

SENSITIVE BUT UNCLASSIFIED

| United States Department of State<br>Bureau of Diplomatic Security<br>Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 414116 |

Alcohol/Drug Use: Drank wine/beer with meals; denied drug use

Gebert has not had any problems while traveling abroad such as difficulties with border officials. Gebert stated he did not notice any evidence of being monitored while in a foreign country. Gebert did not make any lasting contacts with foreign nationals (other than U.S. citizens or the aforementioned family) who attempted to recontact him for any reason. Gebert did not engage in any black market purchases nor did he have any property confiscated on any trip. Gebert stated that he did not stray away from official tours nor did he visit restricted areas in any foreign country. Gebert stated that he did not engage in any compromising behaviors while under the influence of alcohol or drugs on any trip. Gebert stated that he did not lose his passport or have it confiscated on any trip. Gebert did not encounter any unusual events, including blackmail attempts or intelligence approaches. Gebert had no unusual encounters with local police or security officials nor did he experience any provocation or harassment, including delays at borders, baggage searches, etc. Gebert had no emotional involvement with local nationals nor did he work for any foreign government during his foreign travels.

Gebert has not been involved with sexual behavior of a criminal nature, whether or not he has been prosecuted.

Gebert has not demonstrated compulsive or addictive sexual behavior where he was unable to stop a pattern of self-destructive or high-risk behavior, or which is symptomatic of a personality disorder.

Gebert has not engaged in any sexual behavior that may cause him to be vulnerable to coercion, exploitation or duress.

Gebert has not engaged in any sexual behavior of a public nature and/or reflected lack of discretion or judgment.

Gebert has not refused to undergo or cooperate with required security processing, including medical and psychological testing.

Gebert has not deliberately omitted, concealed, or falsified relevant and material facts from any personnel security questionnaire, personal history statement, or similar form used to conduct investigations, determine employment qualifications, award benefits or status, determine security clearance eligibility or trustworthiness, or award fiduciary responsibilities.

Gebert has not deliberately provided false or misleading information concerning relevant and material matters to an investigator, security official, competent medical authority, or other official representative in connection with a personnel security or trustworthiness determination.

Gebert has not engaged in personal conduct or concealment of information that may increase vulnerability to coercion, exploitation or duress such and engaging in activities which, if known, may affect his personal, professional, or community standing or render him to be susceptible to blackmail.

Gebert has not demonstrated a pattern of dishonesty or rule violations, including violation of any written or recorded agreement made between the individual and the agency.

Gebert has not associated with persons involved in criminal activity.

Page 159

SENSITIVE BUT UNCLASSIFIED

United States Department of State
Bureau of Diplomatic Security
**Report of Investigation**

| GEBERT, MATTHEW QUINN | Case Number: 414116 |
|---|---|

Gebert has not had a history of irresponsible financial practices such as failure to meet financial obligations.

Gebert has not engaged in deceptive or illegal financial practices such as embezzlement, employee theft, check fraud, income tax evasion, expense account fraud, filing deceptive loan statements, and other intentional financial breaches of trust.

Gebert does not have any unexplained source of income.

Gebert has not had any financial problems that are linked to gambling, drug abuse, alcoholism, or other issues of a security concern.

Gebert has not been involved with any alcohol-related incidents away from work, such as driving under the influence, fighting, child or spouse abuse, or other criminal incidents related to alcohol use.

Gebert has not been involved with any alcohol-related incidents at work, such as reporting for work or duty in an intoxicated or impaired condition, or drinking on the job.

Gebert has not been diagnosed by a credentialed medical professional (e.g., physician, clinical psychologist, or psychiatrist) of alcohol abuse or alcohol dependence.

Gebert has not had an evaluation of alcohol abuse or alcohol dependence by a licensed clinical social worker who is a staff member of a recognized alcohol treatment program.

Gebert has not engaged in habitual or binge consumption of alcohol to the point of impaired judgment.

Gebert has not consumed alcohol, subsequent to a diagnosis of alcoholism by a credentialed medical professional and following completion of an alcohol rehabilitation program.

Gebert advised he has used illegal drugs from 1998 until 06/2004. Gebert provided the following use of all drugs he used.

From 1998 until 2000 Gebert acknowledged that he smoked marijuana when it was offered at parties approximately 10 times. From 2000 to 2004 Gebert smoked marijuana approximately once every 6 weeks. Gebert stated that he did not buy it directly; however, he did contribute to the purchase of it via roommate or friends. Gebert stated that he last smoked marijuana on a trip to Amsterdam where he purchased it legally himself from a store. Gebert never sold nor grew marijuana. Gebert has no intention of ever using illegal drugs, as they are no longer a part of his life and he will never again associate with individuals who use drugs. Gebert never intends to use illegal drugs again.

From 2000 to 2004 Gebert acknowledged he ate mushrooms approximately 3 or 4 times. Gebert stated that he had heard that they enhanced consciousness and wanted to experiment. Gebert stated that he did not purchase the mushrooms only ate them at parties; with the exception of buying some in Amsterdam in 2004 legally. Gebert stated that he never sold or manufactured them. Gebert has no intention of ever using illegal drugs, as they are no longer a part of his life and he will never again associate with individuals who use drugs. Gebert never intends to use illegal drugs again.

From 2000 to 2004 Gebert acknowledged that he took ecstasy approximately 3 or 4 times. Gebert described his

SENSITIVE BUT UNCLASSIFIED                                                                 Page 21

SENSITIVE BUT UNCLASSIFIED

**United States Department of State**
**Bureau of Diplomatic Security**
**Report of Investigation**

| GEBERT, MATTHEW QUINN | Case Number: 414116 |
|---|---|

use as experimental. Gebert took only 1 tablet at a dance club when it was offered to him by friends. Gebert stated he never purchased ecstasy, never sold it nor manufactured it. Gebert stated he last took ecstasy when he was in college prior to graduating but could not be sure of the exact date. Gebert has no intention of ever using illegal drugs, as they are no longer a part of his life and he will never again associate with individuals who use drugs. Gebert never intends to use illegal drugs again.

From 2001 until 06/2004 Gebert acknowledged he snorted cocaine approximately 24 times. Gebert said approximately every 8 weeks he used cocaine on a regular basis during this time period. Gebert said he never purchased cocaine directly; however, contributed to the purchase of it through friends. Gebert stated he decided to quit using all drugs after his trip to Amsterdam in 2004 due to being disgusted by the red light district there. Gebert described his illegal drug use as a youthful indiscretion and experimental. Gebert stated that he wanted to work for the US government and knew that with this goal in mind he needed to change behavior. Gebert also stated that his long term goals for himself did not include drug use. Gebert also stated that he did not want to continue to waste his money for illegal drugs. Gebert has no intention of ever using illegal drugs, as they are no longer a part of his life and he will never again associate with individuals who use drugs. Gebert never intends to use illegal drugs again.

At this point in the interview Gebert was presented a form entitled U. S. Department of State Drug Certification, which he read, stated he understood and voluntarily signed.

The signed Drug Certificate was forwarded to the Case Manager.

Gebert has possessed illegal drugs, including cultivation, processing, manufacture, purchase, sale, or distribution.

Gebert has not been diagnosed by a credentialed medical professional (e.g., physician, clinical psychologist, or psychiatrist) of drug abuse or drug dependence.

Gebert has not had an evaluation for drug abuse or drug dependence by a licensed clinical social worker who is a staff member of a recognized drug treatment program.

Gebert has not had an opinion by a credentialed mental health professional showing a condition or treatment that may indicate a defect in judgment, reliability, or stability.

Gebert has not failed to follow appropriate medical advice relating to treatment of a condition, e.g., failure to take prescribed medication.

Gebert has not demonstrated a pattern of high-risk, irresponsible, aggressive, anti-social or emotionally unstable behavior.

Gebert's behavior does not indicate a defect in judgment or reliability.

Gebert has not been accused of or admitted to criminal conduct, regardless of whether he was formally charged.

Gebert has not committed a single serious crime or multiple lesser offenses.

SENSITIVE BUT UNCLASSIFIED

Page 22

Page 161

| United States Department of State Bureau of Diplomatic Security Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 414116 |

Gebert has not committed unauthorized disclosure of classified, sensitive, or corporate protected information, nor has Gebert been involved in any security incident, whether a violation or infraction, involving the storage or safeguarding of classified or sensitive information.

Gebert has not had any security incidents, whether violations or infractions, that were deliberate or due to negligence.

Gebert has not performed any service, whether compensated, volunteer, or employment with a foreign country.

Gebert has not performed any service, whether compensated, volunteer, or employment with any foreign national.

Gebert has not performed any service, whether compensated, volunteer, or employment with a representative of any foreign interest.

Gebert has not performed any service, whether compensated, volunteer, or employment with any foreign, domestic, or international organization or person engaged in analysis, discussion, or publication of material on intelligence, defense, foreign affairs, or protected technology.

Gebert has not performed illegal or unauthorized entry into any information technology system.

Gebert has not performed illegal or unauthorized modification, destruction, manipulation, or denial of access to information residing on an information technology system.

Gebert has not removed or used hardware, software or media from any information technology system without authorization, when specifically prohibited by rules, procedures, guidelines or regulations.

Gebert has not introduced hardware, software or media into any information technology system without authorization, when specifically prohibited by rules, procedures, guidelines or regulations.

Gebert has not derived income from any other activities such as writing, consulting or honoraria, other than what is listed on his security forms.

Gebert has not authored, or co-authored, any article, book or publication which could be interpreted as detrimental or in conflict with the policy or interests of the United States.

Gebert has not had any official complaints made against him by any administrative agency, professional association or ethics agency or official.

Gebert has not registered with the Department of Justice as an agent of a foreign principal. Gebert denied having registered as a lobbyist.

Gebert has filed all applicable federal, state and local tax returns and has not had any late tax return filings without valid extensions. Gebert has not had any assessments for tax penalties or any tax liens against him by any authority. Gebert has not employed anyone in his household, on a full or part time basis, without complying with all applicable laws and payment of appropriate taxes.

SENSITIVE BUT UNCLASSIFIED

| United States Department of State<br>Bureau of Diplomatic Security<br>Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 414116 |

Gebert has not derived any benefit, financial or otherwise, through any relationship a family member may have with the federal government, to include contracts, consulting services, loans or guarantees.

Gebert has not filed for bankruptcy.

Gebert is not professionally licensed.

Gebert has not been involved in any lawsuits.

Gebert has not had association with any person, group or business venture that could be used, even unfairly, to criticize, impugn or attack his character or qualifications for a government position. Gebert is not aware of people or organizations that would take steps, overtly or covertly, fairly or unfairly, to criticize or oppose his employment in a government position. Gebert denied any other information, including information regarding other members of his family, that could suggest a conflict of interest or be a possible source of embarrassment to Gebert, the Department or to the United States.

Gebert could not think of any issue omitted from this interview that might impact on his suitability for employment or eligibility for access to classified information. Gebert did not offer any concluding remarks, objections or questions concerning the conduct of this investigation. The interview was concluded under favorable circumstances.

Submitted By: (b)(6); (b)(7)(C)



Page 163

(b)(6); (b)(7)(C)

**From:**           DS PSS LIAISON
**Sent:**           Wednesday, February 20, 2013 3:47 PM
**To:**             (b)(6); (b)(7)(C)
**Subject:**        Gebert/ #414116

**Classification:**    UNCLASSIFIED
**SMARTCategory:**     Working

Liaison processed your request(s) in the above captioned case, with negative result(s). This information was
recorded in RMS on 2/20/2013. No further Liaison record(s) will follow.

v/r,

DS/SI/PSS Liaison – SI
(b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)

This email is UNCLASSIFIED.



1

DECLASSIFIED



United States Department of State
Bureau of Diplomatic Security
Office of Personnel Security & Suitability
Washington, D.C. 20520

## DRUG CERTIFICATION

I am aware that the U.S. Department of State (State) does not allow the use, possession or trafficking of illegal drugs (marijuana, narcotics, hallucinogens and other drugs listed in the Controlled Substances Act) by individuals who hold State access authorization (security clearance) regardless of the type of position occupied. This prohibition also extends to the abuse of prescribed and over-the-counter drugs.

Unless lawfully prescribed for my use by a licensed physician, I agree that I will not buy, sell, accept as a gift, experiment with, traffic in, use, possess or be involved with the illegal drugs cited above at any time, in any country, in any job in which I have been given State security clearance, excluding involvement as part of official federal, state or local government duties. Involvement includes knowingly being in the presence of others who are in the possession of these illegal drugs.

I understand that the use of marijuana, listed in Schedule I of the Controlled Substances Act, remains subject to prosecution under federal law, even if it may be legal under the terms of a state law or proposition. Such use or involvement with marijuana continues to be in contravention of the Federal Drug-Free Workplace Act and will result in the review of my eligibility for State security clearance (62 FR 6164, February 11, 1997).

I understand that if I break this agreement even once, I may lose my State security clearance. I also understand that if I lose my State security clearance I may lose my job. This agreement will be in effect at all times while I possess a State security clearance, to include anytime my security clearance has been reinstated.

Name: _Matthew Gebert_          Signature: _____

Date: _2/7/13_          Witness: (b)(6); (b)(7)(C)



2

Page 165

(b)(6); (b)(7)(C)

**From:**          DS PSS LIAISON
**Sent:**          Tuesday, February 12, 2013 11:30 AM
**To:**            (b)(6); (b)(7)(C)
**Subject:**       Geberi/ #414116

**Classification:**    UNCLASSIFIED
**SMARTCategory:**     Working

Liaison processed your request(s) in the above captioned case, with negative result(s).  This information was recorded in RMS on 2/12/2013.  No further Liaison record(s) will follow.


v/r,

DS/SI/PSS Liaison - SI
(b)(6); (b)(7)(C)


This email is UNCLASSIFIED.

1

Page 166

(b)(6), (b)(7)(C)

**From:** DS PSS Records Checks
**Sent:** Tuesday, February 05, 2013 12:53 PM
**To:** (b)(6); (b)(7)(C)
**Subject:** RE: Verification of US Citizenship - Gebert #414116

**Classification:** UNCLASSIFIED
**SensitivityCode:** Privacy/PII
**SMARTCategory:** Working

(b)(6);
(b)(7)(C)

Please see the results below.

Regards,
(b)(6); (b)(7)(C)
DS/SI/PSS
Contractor- GSN
(b)(6); (b)(7)(C)

Privacy/PII
This email is UNCLASSIFIED.

**From:** (b)(6); (b)(7)(C)
**Sent:** Monday, February 04, 2013 1:40 PM
**To:** DS PSS Records Checks
**Subject:** Verification of US Citizenship - Gebert #414116

Please verify that Subject's relatives are US citizens:

**Name:** (b)(6); (b)(7)(C)    (Last Name, First Name Middle Name)
**DPOB:** (b)(6); (b)(7)(C)
The Subject was issued a US Passport as verified by CCD.
**Name:** (b)(6); (b)(7)(C)
**DOB:** (b)(6); (b)(7)(C)
**POB:** xxx
**Last 4 SSN:** xxx-xx-(b)(6); (b)(7)(C)
**Sex:** M
**PPT Num:** (b)(6); (b)(7)(C)
**Book DOI:** (b)(6); (b)(7)(C)
**Book DOE**

**Name:** (b)(6); (b)(7)(C)    (Last Name, First Name Middle Name)
**DPOB:** (b)(6); (b)(7)(C)
The Subject was issued a US Passport as verified by CCD.
**Name:** (b)(6); (b)(7)(C)

1

Page 167



DOB: [(b)(6); (b)(7)(C)]
POB: [(b)(6);]
Last 4 SSN: xxx-xx-[(b)(6);]
Sex: F
PPT Num: [(b)(6); (b)(7)(C)]
Book DOI: [(b)(6); (b)(7)(C)]
Book DOE: [(b)(6); (b)(7)(C)]
Thanks.

[(b)(6); (b)(7)(C)]

*Diplomatic Security Service*
*DS/SI/PSS*
[(b)(6); (b)(7)(C)]

2

Page 168

Selective Service System: Verification Receipt                    Page 1 of 1



━━━ KEY INFORMATION ━━━

## Selective Service Record Search Results

**Search Criteria**
Last Name: *gebert*
Social Security Number: ***-**-5599
Date of Birth ▮▮▮▮▮▮

**Matched Record**

Selective Service Number:
▮▮▮▮▮▮▮▮▮▮

Name:
MATTHEW QUINN GEBERT

Date of Registration:
2/6/1999

To obtain written proof of Selective Service registration CLICK HERE and follow the instructions on our "Registration Information" page.

[ New Search ? ]

FAQs

*Last Updated: 12/21/2011*

©2011 Selective Service System

https://www.sss.gov/RegVer/wfVerification.aspx                    02/04/2012

168

DoS MISMO 2.3 Response                                    Page 1 of 21

## Credit Summary

PO ID:        192PGR              Case Number: 414116

### Provided Information

Name:        MATTHEW QUINN GEBERT
SSN:

Current Address:

---

**Equifax:**
Name: MATTHEW Q GEBERT

ALIAS
(ES):        NONE

Current Address:
Previous Address:
Previous Address:

Employer: PSEG; Addr:
Employer: ASDWA; Addr:

**TransUnion**
Name: MATTHEW Q GEBERT
DOB:
SSN:

ALIAS
(ES):        GEBERT,MATTHEW,QUEEN

Current Address
Previous Addres
Previous Addres

Employer: USTTI; Addr:; Rptd: 01/06

**Experian**
Name: MATTHEW Q GEBERT

Page 170

ALIAS
(ES):        NONE

Current Address:
Previous Address:
Previous Address:

Employer: 003013; Addr:; Rptd: 01/02
Employer: PSEG; Addr:; Rptd: 07/01

**Credit Code: 01**          **NoHit Flag: 0**          **Reports Combined: 3**

Public Records:    date(s) filed:                        Total
                   Chapter 7:                            0
                   Chapter 13:                           0
                   Miscellaneous:                        0

Trade Lines:       (highest rating of 1 applies to 35 trades.)    Total    Balance
                   Current Trades (rated as 1)           35       508249
                   total:                                35       508249

Number of
inquiries:         13

---

## MATTHEW QUINN GEBERT - Trade Lines

1.  **Creditor
    Name:**       FIDELITY NATIONAL MO          **Account Number:** 0000105845
    **Type:**     M-1                            **ECOA:**          J
    **High Credit:** 477900                      **Terms:**         360M$2903/MO
    **Balance Amt:** 473336                      **Payment Amt:**   2903
    **Past Due:**  0                             **Late 30-60-90:** 0 - 0 - 0
    Account Type:                ConventionalRealEstateMortgage
    Date opened: 2012-05         Last activity: 2012-12-01    Balance date: 2012-12-31
    Months reviewed: 7           Date reported: 2012-12-31    XPN TU EFX
    Payment Pattern:             CCCCCC
    Most Adverse Rating (1
    month):                      1
    Creditor Address:            160 CLAIRMONT AVE STE 140, DECATUR GA 30030-
                                 2529
                                 Phone: 4043719551

    **Remarks:**

Page 171

DoS MISMO 2.3 Response                                    Page 3 of 21

Experian      CURRENT ACCOUNT
TransUnion    CONVENTIONAL REAL ESTATE MORTGAGE
Equifax       FANNIE MAE ACCOUNT
Equifax       REAL ESTATE MORTGAGE

---

**2.** **Creditor Name:** BANK OF AMERICA, N.A.        **Account Number:** 63010025556687

| | |
|---|---|
| **Type:** I-1 | **ECOA:** J |
| **High Credit:** 23341 | **Terms:** 63M$396/MO |
| **Balance Amt:** 15927 | **Payment Amt:** 396 |
| **Past Due:** 0 | **Late 30-60-90:** 0 - 0 - 0 |

Account Type:              Automobile
Date opened: 2011-03       Last activity: 2012-12-18    Balance date: 2012-12-31
Months reviewed: 22        Date reported: 2012-12-31    EFX XPN TU
Payment Pattern:           CCCCCCCCCCCCCCCCCCCCCC
Most Adverse Rating (1
month):                    1
Creditor Address:          9000 SOUTHSIDE BLV, JACKSONVILLE FL 32256
                           Phone: 8002156195

**Remarks:**
Equifax       AUTO LOAN
Experian      CURRENT ACCOUNT
TransUnion    AUTOMOBILE

---

**3.** **Creditor Name:** MOHELA/DEPT OF ED        **Account Number:** 6114250732KM00002

| | |
|---|---|
| **Type:** I-1 | **ECOA:** I |
| **High Credit:** 17063 | **Terms:** 115M$102/MO |
| **Balance Amt:** 14428 | **Payment Amt:** 102 |
| **Past Due:** 0 | **Late 30-60-90:** 0 - 0 - 0 |

Account Type:              Educational
Date opened: 2003-07       Last activity: 2012-12-28    Balance date: 2012-12-31
Months reviewed: 6         Date reported: 2012-12-31    XPN EFX TU
Payment Pattern:           CCCCC
Most Adverse Rating (1
month):                    1
Creditor Address:          633 SPIRIT DRIVE, CHESTERFIELD MO 63005
                           Phone: 8006664152

**Remarks:**
Experian      CURRENT ACCOUNT

Page 172

| | | |
|---|---|---|
| Equifax | STUDENT LOAN | |
| TransUnion | STUDENT LOAN | |

---

**4.** **Creditor Name:** AMERICAN EXPRESS     **Account Number:** 3499918030763553

| | | | |
|---|---|---|---|
| **Type:** | R-1 | **ECOA:** | I |
| **High Credit:** | 3351 | **Terms:** | REV |
| **Balance Amt:** | 2065 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

| | |
|---|---|
| Account Type: | CreditCard |
| Date opened: 2004-12 | Last activity: 2013-01-16    Balance date: 2013-01-16 |
| Months reviewed: 25 | Date reported: 2013-01-16    EFX XPN TU |
| Payment Pattern: | CCCCCCCCCCCCCCCCCCCCCCCCC |
| Most Adverse Rating (1 month): | 1 |
| Creditor Address: | P.O. BOX 981537, EL PASO TX 79998 Phone: 8008742717 |

**Remarks:**

| | |
|---|---|
| Equifax | CREDIT CARD |
| Equifax | AMOUNT IN H/C COLUMN IS CREDIT LIMIT |
| Experian | CURRENT ACCOUNT |
| TransUnion | CREDIT CARD |

---

**5.** **Creditor Name:** CHASE BANK USA, NA     **Account Number:** 426684124856

| | | | |
|---|---|---|---|
| **Type:** | R-1 | **ECOA:** | I |
| **High Credit:** | 9087 | **Terms:** | REV $25/MO |
| **Balance Amt:** | 1220 | **Payment Amt:** | 25 |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

| | |
|---|---|
| Account Type: | CreditCard |
| Date opened: 2010-11 | Last activity: 2013-01    Balance date: 2013-01-03 |
| Months reviewed: 26 | Date reported: 2013-01-03    TU XPN EFX |
| Payment Pattern: | CCCCCCCCCCCCCCCCCCCCCCCCC |
| Most Adverse Rating (1 month): | 1 |
| Creditor Address: | 201 N. WALNUT ST//DE1-1027, WILMINGTON DE 19801 Phone: 8009559900 |

**Remarks:**

| | |
|---|---|
| TransUnion | CREDIT CARD |
| Experian | CURRENT ACCOUNT |
| Equifax | CREDIT CARD |

Page 173

Equifax        AMOUNT IN H/C COLUMN IS CREDIT LIMIT

**DECLASSIFIED**

| 6. | Creditor Name: | MOHELA/DEPT OF ED | Account Number: | 6114250732KM00001 |
|---|---|---|---|---|
| | Type: | J-1 | ECOA: | I |
| | High Credit: | 1351 | Terms: | 115M$8/MO |
| | Balance Amt: | 1032 | Payment Amt: | 8 |
| | Past Due: | 0 | Late 30-60-90: | 0 - 0 - 0 |

| | | |
|---|---|---|
| Account Type: | Educational | |
| Date opened: 2003-07 | Last activity: 2012-12-28 | Balance date: 2012-12-31 |
| Months reviewed: 6 | Date reported: 2012-12-31 | XPN EFX TU |
| Payment Pattern: | CCCCC | |
| Most Adverse Rating (1 month): | 1 | |
| Creditor Address: | 633 SPIRIT DRIVE, CHESTERFIELD MO 63005 Phone: 8006664352 | |

**Remarks:**

| | |
|---|---|
| Experian | CURRENT ACCOUNT |
| Equifax | STUDENT LOAN |
| TransUnion | STUDENT LOAN |

| 7. | Creditor Name: | CHASE BANK USA, NA | Account Number: | 464018207272 |
|---|---|---|---|---|
| | Type: | R-1 | ECOA: | 1 |
| | High Credit: | 589 | Terms: | REV$25/MO |
| | Balance Amt: | 236 | Payment Amt: | 25 |
| | Past Due: | 0 | Late 30-60-90: | 0 - 0 - 0 |

| | | |
|---|---|---|
| Account Type: | CreditCard | |
| Date opened: 2012-04 | Last activity: 2013-01 | Balance date: 2013-01-10 |
| Months reviewed: 9 | Date reported: 2013-01-10 | XPN TU EFX |
| Payment Pattern: | CCCCCCCC | |
| Most Adverse Rating (1 month): | 1 | |
| Creditor Address: | 201 N. WALNUT ST//DE1-1027, WILMINGTON DE 19801 Phone: 8009559900 | |

**Remarks:**

| | |
|---|---|
| Experian | CURRENT ACCOUNT |
| TransUnion | CREDIT CARD |
| Equifax | CREDIT CARD |
| Equifax | AMOUNT IN H/C COLUMN IS CREDIT LIMIT |

**DECLASSIFIED**

Page 174

**8.**

| | | | | |
|---|---|---|---|---|
| **Creditor Name:** | MACY'S/DSNB | | **Account Number:** | 4225919331620 |
| **Type:** | R-1 | | **ECOA:** | A |
| **High Credit:** | 585 | | **Terms:** | REV$5/MO |
| **Balance Amt:** | 5 | | **Payment Amt:** | 5 |
| **Past Due:** | 0 | | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type: ChargeAccount

Date opened: 2006-10    Last activity: 2013-01        Balance date: 2013-01-11

Months reviewed: 76    Date reported: 2013-01-11        TU EFX XPN

Payment Pattern:    CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month):    1

Creditor Address:    9111 DUKE BLVD, MASON OH 45040
Phone: 8002436552

**Remarks:**

| | |
|---|---|
| TransUnion | CHARGE ACCOUNT |
| Equifax | CHARGE |
| Equifax | AMOUNT IN H/C COLUMN IS CREDIT LIMIT |
| Experian | CURRENT ACCOUNT |

**9.**

| | | | | |
|---|---|---|---|---|
| **Creditor Name:** | AMERICAN EXPRESS | | **Account Number:** | 3499911430797883 |
| **Type:** | R-1 | | **ECOA:** | A |
| **High Credit:** | | | **Terms:** | REV |
| **Balance Amt:** | 0 | | **Payment Amt:** | |
| **Past Due:** | 0 | | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type: CreditCard

Date opened: 2004-06    Last activity: 2008-12        Balance date: 2013-01-23

Months reviewed: 49    Date reported: 2013-01-23        EFX XPN TU

Payment Pattern:    CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month):    1

Creditor Address:    P.O. BOX 981537, EL PASO TX 79998
Phone: 8008742717

**Remarks:**

| | |
|---|---|
| Equifax | CREDIT CARD |

Page 175

| Equifax | AMOUNT IN H/C COLUMN IS CREDIT LIMIT |
| Experian | CURRENT ACCOUNT |
| TransUnion | CREDIT CARD |

---

**10.** **Creditor Name:** AMERICAN EXPRESS   **Account Number:** 3499919652531643

**Type:** R-1   **ECOA:** I
**High Credit:** 1754   **Terms:** REV
**Balance Amt:** 0   **Payment Amt:**
**Past Due:** 0   **Late 30-60-90:** 0 - 0 - 0

Account Type:   CreditCard
Date opened: 2004-08   Last activity: 2012-11   Balance date: 2013-01-22
Months reviewed: 5   Date reported: 2013-01-22   EFX XPN TU
Payment Pattern:   CCCC
Most Adverse Rating (1 month):   1
Creditor Address:   P.O. BOX 981537, EL PASO TX 79998
Phone: 8008742717

**Remarks:**
Equifax   CREDIT CARD
Equifax   AMOUNT IN H/C COLUMN IS CREDIT LIMIT
Experian   CURRENT ACCOUNT
TransUnion   CREDIT CARD

---

**11.** **Creditor Name:** AMERICAN EXPRESS   **Account Number:** 3499918128311393

**Type:** R-1   **ECOA:** A
**High Credit:** 1663   **Terms:** REV
**Balance Amt:** 0   **Payment Amt:**
**Past Due:** 0   **Late 30-60-90:** 0 - 0 - 0

Account Type:   CreditCard
Date opened: 2004-06   Last activity: 2012-10   Balance date: 2013-01-11
Months reviewed: 24   Date reported: 2013-01-11   EFX TU XPN
Payment Pattern:   CCCCCCCCCCCCCCCCCCCCCCCC
Most Adverse Rating (1 month):   1
Creditor Address:   PO BOX 297871, FORT LAUDERDALE FL 33329
Phone: 8008742717

**Remarks:**
Equifax   CREDIT CARD
Equifax   AMOUNT IN H/C COLUMN IS CREDIT LIMIT

---

Page 176

TransUnion    CREDIT CARD
Experian      CURRENT ACCOUNT

**12.** **Creditor Name:** AMERICAN EXPRESS      **Account Number:** 898161371018322362

| | |
|---|---|
| **Type:** R-1 | **ECOA:** I |
| **High Credit:** 2129 | **Terms:** REV |
| **Balance Amt:** 0 | **Payment Amt:** |
| **Past Due:** 0 | **Late 30-60-90:** 0 - 0 - 0 |

Account Type:          CreditCard
Date opened: 2004-03      Last activity: 2007-11-29      Balance date: 2008-01-11
Months reviewed: 1       Date reported: 2008-01-11       EFX XPN
Payment Pattern:
Most Adverse Rating (1 month):          1
Creditor Address:          PO BOX 297871, FORT LAUDERDALE FL 33329
                           Phone: 8008742717

**Remarks:**
Equifax       CREDIT CARD
Equifax       AMOUNT IN H/C COLUMN IS CREDIT LIMIT
Experian      CURRENT ACCOUNT

**13.** **Creditor Name:** AMERICAN EXPRESS      **Account Number:** 3499910355564633

| | |
|---|---|
| **Type:** R-1 | **ECOA:** I |
| **High Credit:** 500 | **Terms:** REV |
| **Balance Amt:** 0 | **Payment Amt:** |
| **Past Due:** 0 | **Late 30-60-90:** 0 - 0 - 0 |

Account Type:          CreditCard
Date opened: 2004-03    Last activity: 2012-12      Balance date: 2012-12-21
Months reviewed: 49     Date reported: 2012-12-21      EFX XPN TU
Payment Pattern:   CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCXCCCXCC
Most Adverse Rating (1 month):          1
Creditor Address:   P.O. BOX 981537, EL PASO TX 79998
                    Phone: 8008742717

**Remarks:**
Equifax       ACCOUNT CLOSED AT CONSUMERS REQUEST

Page 177

| | |
|---|---|
| Equifax | ACCOUNT PAID |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |
| TransUnion | CREDIT CARD |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |

14. **Creditor Name:** AMERICAN EXPRESS      **Account Number:** 3499914914330903

| | | | |
|---|---|---|---|
| **Type:** | R-1 | **ECOA:** | I |
| **High Credit:** | 26570 | **Terms:** | REV |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type: CreditCard
Date opened: 2004-11      Last activity: 2011-02      Balance date: 2011-02-11
Months reviewed: 38      Date reported: 2011-02-11      EFX XPN TU
Payment Pattern:      CCCCCCCCCCCCCCCCCCCCXCCCCXCCCCCCCCCCCCCC
Most Adverse Rating (1 month):      I
Creditor Address:      P.O. BOX 981537, EL PASO TX 79998
Phone: 8008742717

**Remarks:**

| | |
|---|---|
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |
| TransUnion | CREDIT CARD |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |

15. **Creditor Name:** AMERICAN EXPRESS      **Account Number:** 898161371018394057

| | | | |
|---|---|---|---|
| **Type:** | R-1 | **ECOA:** | I |
| **High Credit:** | | **Terms:** | REV |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type: CreditCard
Date opened: 2004-11      Last activity: 2008-01      Balance date: 2008-01
Months reviewed: 1      Date reported: 2008-01      EFX
Payment Pattern:

DoS MISMO 2.3 Response

Most Adverse Rating (1 month):

Creditor Address: P.O. BOX 981537, EL PASO TX 79998
Phone: 8008742717

**Remarks:**

| | |
|---|---|
| Equifax | CREDIT CARD |
| Equifax | AMOUNT IN H/C COLUMN IS CREDIT LIMIT |

---

**16.**

| **Creditor Name:** | BANK OF AMERICA | **Account Number:** | 5490354660367852 |
|---|---|---|---|
| **Type:** | R-1 | **ECOA:** | 1 |
| **High Credit:** | 15500 | **Terms:** | REV$15/MO |
| **Balance Amt:** | 0 | **Payment Amt:** | 15 |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type: CreditCard
Date opened: 1999-07   Last activity: 2007-02-14   Balance date: 2012-07-06
Months reviewed: 86   Date reported: 2012-07-06   XPN EFX TU
Payment Pattern: XXXXXXXXXXXXXXXXXXXXXXXX
Most Adverse Rating (1 month): 1
Creditor Address: PO BOX 982235, EL PASO TX 79998

**Remarks:**

| | |
|---|---|
| Experian | CURRENT ACCOUNT |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | CREDIT CARD |
| TransUnion | CREDIT CARD |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |

---

**17.**

| **Creditor Name:** | CAPITAL ONE BANK USA | **Account Number:** | 414709267079 |
|---|---|---|---|
| **Type:** | R-1 | **ECOA:** | 1 |
| **High Credit:** | 6741 | **Terms:** | REV$15/MO |
| **Balance Amt:** | 0 | **Payment Amt:** | 15 |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type: CreditCard
Date opened: 2005-12   Last activity: 2010-11-12   Balance date: 2013-01-18
Months reviewed: 86   Date reported: 2013-01-18   TU XPN EFX

Page 179

Payment Pattern: CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse
Rating (1 month):

Creditor Address:   PO BOX 85015, RICHMOND VA 23285-5075
                    Phone: 8009557070

**Remarks:**
Experian        CURRENT ACCOUNT
Equifax         AMOUNT IN H/C COLUMN IS CREDIT LIMIT

---

**18.** | **Creditor Name:** | CAPITAL ONE BANK USA | **Account Number:** 546630818951 |

| **Type:** | R-1 | **ECOA:** | I |
| **High Credit:** | 1110 | **Terms:** | REV$14/MO |
| **Balance Amt:** | 0 | **Payment Amt:** | 14 |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type:        CreditCard
Date opened: 2010-11    Last activity: 2013-01-15    Balance date: 2013-01-16
Months reviewed: 26     Date reported: 2013-01-16    XPN TU EFX
Payment Pattern:     CCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1
month):                  · 1

Creditor Address:        PO BOX 85015, RICHMOND VA 23285-5075
                         Phone: 8009557070

**Remarks:**
Experian        CURRENT ACCOUNT
Equifax         AMOUNT IN H/C COLUMN IS CREDIT LIMIT

---

**19.** | **Creditor Name:** | CAPITAL ONE NA | **Account Number:** 51327 |

| **Type:** | R-1 | **ECOA:** | I |
| **High Credit:** | 300 | **Terms:** | REV |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type:        CheckCreditOrLineOfCredit
Date opened: 2002-01    Last activity: 2006-09-18    Balance date: 2006-09-29
Months reviewed: 55     Date reported: 2006-09-29    TU XPN EFX
Payment Pattern:     CCCCCCCCCCCCCCCCCXCCCXCXCCCCCCCCCCCCXC

Most Adverse Rating (1                          1
month):
Creditor Address:        PO BOX 30273, SALT LAKE CITY UT 84103-0273
                         Phone: 8009261000

Page 180

**Remarks:**

| | |
|---|---|
| TransUnion | LINE OF CREDIT |
| TransUnion | CLOSED |
| Experian | PAID SATISFACTORY |
| Equifax | ACCOUNT PAID |
| Equifax | REFINANCED |

**20.**

| | | | |
|---|---|---|---|
| **Creditor Name:** | CHASE BANK USA, NA | **Account Number:** | 426684125908 |
| **Type:** | R-1 | **ECOA:** | 1 |
| **High Credit:** | 21750 | **Terms:** | REV |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

| | |
|---|---|
| Account Type: | CreditCard |
| Date opened: 2010-02 | Last activity: 2012-01-27    Balance date: 2013-01-13 |
| Months reviewed: 35 | Date reported: 2013-01-13    XPN TU EFX |
| Payment Pattern: | CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC |
| Most Adverse Rating (1 month): | 1 |
| Creditor Address: | 201 N. WALNUT ST//DE1-1027, WILMINGTON DE 19801 Phone: 8009559900 |

**Remarks:**

| | |
|---|---|
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |
| TransUnion | CREDIT CARD |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |

**21.**

| | | | |
|---|---|---|---|
| **Creditor Name:** | CHASE BANK USA, NA | **Account Number:** | 414720211102 |
| **Type:** | R-1 | **ECOA:** | 1 |
| **High Credit:** | 2271 | **Terms:** | REV |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

| | |
|---|---|
| Account Type: | CreditCard |
| Date opened: 2012-08-22 | Last activity: 2013-01-17    Balance date: 2013-01-20 |
| Months reviewed: 5 | Date reported: 2013-01-20    XPN TU EFX |
| Payment Pattern: | CCCC |

Most Adverse Rating (1

Page 181

month):
Creditor Address:    201 N. WALNUT ST//DE1-1027, WILMINGTON DE 19801
                     Phone: 8009559900

**Remarks:**

| | |
|---|---|
| Experian | ACCOUNT IN DISPUTE - REPORTED BY SUBSCRIBER |
| TransUnion | ACCT INFO DISPUTED MEETS FCRA |
| Equifax | CONSUMER DISPUTES THIS ACCOUNT INFORMATION |
| Equifax | AMOUNT IN H/C COLUMN IS CREDIT LIMIT |

---

**22.**

| | | | |
|---|---|---|---|
| **Creditor Name:** | CHASE BANK USA, NA | **Account Number:** | 438854001875 |
| **Type:** | O-1 | **ECOA:** | 1 |
| **High Credit:** | 785 | **Terms:** | 1M |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type:              CreditCard
Date opened: 2008-11       Last activity: 2010-04-14     Balance date: 2010-11-09
Months reviewed: 24        Date reported: 2010-11-09     TU XPN EFX
Payment Pattern:           CCCCCCCCCCCCCCCCCCCCCCCC
Most Adverse Rating (1     1
month):
Creditor Address:          201 N. WALNUT ST//DE1-1027, WILMINGTON DE 19801
                           Phone: 8009559900

**Remarks:**

| | |
|---|---|
| TransUnion | CREDIT CARD |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |

---

**23.**

| | | | |
|---|---|---|---|
| **Creditor Name:** | CHASE BANK USA, NA | **Account Number:** | 438857603147 |
| **Type:** | O-1 | **ECOA:** | A |
| **High Credit:** | 2206 | **Terms:** | 1M |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type:              CreditCard
Date opened: 2008-04       Last activity: 2010-03-26     Balance date: 2010-06-20
Months reviewed: 26        Date reported: 2010-06-20     TU XPN EFX

| | |
|---|---|
| Payment Pattern: | CCCCCCCCCCCCCCCCCCCCCCCCCC |
| Most Adverse Rating (1 month): | |
| Creditor Address: | 201 N. WALNUT ST//DE1-1027, WILMINGTON DE 19801 Phone: 8009559900 |

**Remarks:**

| | |
|---|---|
| TransUnion | CREDIT CARD |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |

---

**24.**

| | | | |
|---|---|---|---|
| **Creditor Name:** | CHASE BANK USA, NA | **Account Number:** | 438857602674 |
| **Type:** | O-1 | **ECOA:** | 1 |
| **High Credit:** | 35405 | **Terms:** | 1M |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

| | |
|---|---|
| Account Type: | CreditCard |
| Date opened: 2007-07 | Last activity: 2010-02-21     Balance date: 2010-05-12 |
| Months reviewed: 34 | Date reported: 2010-05-12     TU XPN EFX |
| Payment Pattern: | CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC |
| Most Adverse Rating (1 month): | 1 |
| Creditor Address: | 201 N. WALNUT ST//DE1-1027, WILMINGTON DE 19801 Phone: 8009559900 |

**Remarks:**

| | |
|---|---|
| TransUnion | CREDIT CARD |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |

---

**25.**

| | | | |
|---|---|---|---|
| **Creditor Name:** | CITICARDS CBNA | **Account Number:** | 546616012014 |
| **Type:** | R-1 | **ECOA:** | A |
| **High Credit:** | 6550 | **Terms:** | REV |

DoS MISMO 2.3 Response

| | | |
|---|---|---|
| Balance Amt: 0 | | Payment Amt: |
| Past Due: 0 | | Late 30-60-90: 0 - 0 - 0 |

Account Type: CreditCard

Date opened: 2007-05-31    Last activity: 2009-03-20    Balance date: 2009-06-12

Months reviewed: 25    Date reported: 2009-06-12    XPN TU EFX

Payment Pattern: CCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month): 1

Creditor Address: 701 E 60TH ST B, SIOUX FALLS SD 57104

**Remarks:**

| | |
|---|---|
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |
| TransUnion | CREDIT CARD |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |

---

| | | | |
|---|---|---|---|
| 26. | Creditor Name: | DISCOVER FIN SVCS LLC | Account Number: 601100188024 |
| | Type: R-1 | | ECOA: I |
| | High Credit: 10000 | | Terms: REV |
| | Balance Amt: 0 | | Payment Amt: |
| | Past Due: 0 | | Late 30-60-90: 0 - 0 - 0 |

Account Type: CreditCard

Date opened: 2001-07    Last activity: 2005-09    Balance date: 2005-09-02

Months reviewed: 50    Date reported: 2005-09-02    TU XPN EFX

Payment Pattern: CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month): 1

Creditor Address: PO BOX 15316, WILMINGTON DE 19850-5316

**Remarks:**

| | |
|---|---|
| TransUnion | CREDIT CARD |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |

Page 184

**27.** **Creditor Name:** HSBC BANK    **Account Number:** 546702000723

| | | | |
|---|---|---|---|
| **Type:** | R-1 | **ECOA:** | I |
| **High Credit:** | 3400 | **Terms:** | REV |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type: CreditCard
Date opened: 2003-01-16   Last activity: 2005-09-03   Balance date: 2005-09-30
Months reviewed: 33   Date reported: 2005-09-30   EFX XPN TU
Payment Pattern: CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC
Most Adverse Rating (1 month): 1
Creditor Address: PO BOX 5253, CAROL STREAM IL 60197
Phone: 8006956950

**Remarks:**

| | |
|---|---|
| Equifax | ACCOUNT CLOSED AT CONSUMERS REQUEST |
| Equifax | ACCOUNT PAID |
| Experian | PAID SATISFACTORY |
| Experian | CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER |
| TransUnion | CREDIT CARD |
| TransUnion | ACCOUNT CLOSED BY CONSUMER |

**28.** **Creditor Name:** STATE OF NJ STUDENT AS    **Account Number:** P02010926 NJC

| | | | |
|---|---|---|---|
| **Type:** | I-1 | **ECOA:** | M |
| **High Credit:** | 10000 | **Terms:** | 180M |
| **Balance Amt:** | 0 | **Payment Amt:** | |
| **Past Due:** | 0 | **Late 30-60-90:** | 0 - 0 - 0 |

Account Type: Educational
Date opened: 2002-09   Last activity: 2011-08-12   Balance date: 2011-08-19
Months reviewed: 99   Date reported: 2011-08-19   TU EFX XPN
Payment Pattern: CCCCCCCXCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC
Most Adverse Rating (1 month): 1
Creditor Address: PO BOX 538, TRENTON NJ 08625
Phone: BY MAIL ONLY

**Remarks:**

| | |
|---|---|
| TransUnion | STUDENT LOAN |

Page 185

|            |                   |
|------------|-------------------|
| TransUnion | CLOSED            |
| Equifax    | ACCOUNT PAID      |
| Equifax    | STUDENT LOAN      |
| Experian   | PAID SATISFACTORY |

**29.** **Creditor Name:** STATE OF NJ STUDENT AS    **Account Number:** P01017103 NJC

| Type: | 1-1 | ECOA: | M |
|-------|-----|-------|---|
| High Credit: | 12710 | Terms: | 180M |
| Balance Amt: | 0 | Payment Amt: | |
| Past Due: | 0 | Late 30-60-90: | 0 - 0 - 0 |

Account Type: Educational

Date opened: 2001-09     Last activity: 2011-08-12     Balance date: 2011-08-19

Months reviewed: 99     Date reported: 2011-08-19     TU EFX XPN

Payment Pattern: CCCCCCCXCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month): 1

Creditor Address: PO BOX 538, TRENTON NJ 08625
Phone: BYMAILONLY

**Remarks:**

|            |                   |
|------------|-------------------|
| TransUnion | STUDENT LOAN      |
| TransUnion | CLOSED            |
| Equifax    | ACCOUNT PAID      |
| Equifax    | STUDENT LOAN      |
| Experian   | PAID SATISFACTORY |

**30.** **Creditor Name:** STATE OF NJ STUDENT AS    **Account Number:** P00005809 NJC

| Type: | 1-1 | ECOA: | M |
|-------|-----|-------|---|
| High Credit: | 11750 | Terms: | 180M |
| Balance Amt: | 0 | Payment Amt: | |
| Past Due: | 0 | Late 30-60-90: | 0 - 0 - 0 |

Account Type: Educational

Date opened: 2000-09     Last activity: 2006-11-02     Balance date: 2006-11-16

Months reviewed: 74     Date reported: 2006-11-16     TU EFX XPN

Payment Pattern: CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC

Most Adverse Rating (1 month):

Creditor Address:     PO BOX 538, TRENTON NJ 08625

DoS MISMO 2.3 Response

Phone: BYMAILONLY

**DECLASSIFIED**

| Remarks: | |
|---|---|
| TransUnion | STUDENT LOAN |
| TransUnion | CLOSED |
| Equifax | ACCOUNT PAID |
| Equifax | STUDENT LOAN |
| Experian | PAID SATISFACTORY |

---

**31.** Creditor Name: US DEPT OF EDUCATION      Account Number: 1457455994

Type: I-1
High Credit: 20058
Balance Amt: 0
Past Due: 0

ECOA: 1
Terms: 180M$111/MO
Payment Amt: 111
Late 30-60-90: 0 - 0 - 0

Account Type: Educational
Date opened: 2003-07-18      Last activity: 2011-09-28      Balance date: 2011-09-30
Months reviewed: 98      Date reported: 2011-09-30      EFX TU XPN

Payment Pattern: CCCXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXCCCCCCCCCCCCCC

Most Adverse Rating (1 month): 1

Creditor Address: PO BOX 5609, GREENVILLE TX 75403
Phone: 8008480979

Remarks:

| Equifax | ACCOUNT TRANSFERRED OR SOLD |
|---|---|
| Equifax | STUDENT LOAN |
| TransUnion | STUDENT LOAN |
| Experian | TRANSFERRED |

---

**32.** Creditor Name: US DEPT OF EDUCATION      Account Number: 1457455993

Type: I-1
High Credit: 11895
Balance Amt: 0
Past Due: 0

ECOA: I
Terms: 180M$78/MO
Payment Amt: 78
Late 30-60-90: 0 - 0 - 0

Account Type: Educational
Date opened: 2001-08      Last activity: 2003-07      Balance date: 2003-07-31
Months reviewed: 3      Date reported: 2003-07-31      EFX XPN

https://rms.ds.state.sbu/creditcheck/den_creditCheck.cfm?page_no=414116&page_credit=  02/04/2013

Page 187

Payment Pattern:

Most Adverse Rating (1
month):

Creditor Address:  PO BOX 5609, GREENVILLE TX 75403
Phone: 8008480979

**Remarks:**

Experian     PAID ACCOUNT

---

33. **Creditor Name:**   US DEPT OF EDUCATION       **Account Number:** 1457455992

| | | |
|---|---|---|
| **Type:** | 1-1 | **ECOA:** I |
| **High Credit:** 6593 | | **Terms:** 144M$69/MO |
| **Balance Amt:** 0 | | **Payment Amt:** 69 |
| **Past Due:** 0 | | **Late 30-60-90:** 0 - 0 - 0 |

Account Type:         Educational
Date opened: 2001-08      Last activity: 2003-07       Balance date: 2003-07-31
Months reviewed: 22       Date reported: 2003-07-31    EFX TU XPN
Payment Pattern:
Most Adverse Rating (1
month):          1
Creditor Address:      PO BOX 5609, GREENVILLE TX 75403
Phone: 8008480979

**Remarks:**
TransUnion   STUDENT LOAN
TransUnion   CLOSED
Experian     PAID ACCOUNT

---

34. **Creditor Name:**   US DEPT OF EDUCATION       **Account Number:** 700001762497799

| | | |
|---|---|---|
| **Type:** | 1-1 | **ECOA:** I |
| **High Credit:** 17253 | | **Terms:** 180M$103/MO |
| **Balance Amt:** 0 | | **Payment Amt:** 103 |
| **Past Due:** 0 | | **Late 30-60-90:** 0 - 0 - 0 |

Account Type:         Educational
Date opened: 2003-07-18     Last activity: 2012-04-28      Balance date: 2012-05-10
Months reviewed: 8        Date reported: 2012-05-10     EFX TU XPN
Payment Pattern:       CCCCCCC
Most Adverse Rating (1
month):
Creditor Address:      PO BOX 5609, GREENVILLE TX 75403
Phone: 8008480979

DoS MISMO 2.3 Response

| | Remarks: |
|---|---|
| Equifax | ACCOUNT TRANSFERRED OR SOLD |
| Equifax | STUDENT LOAN |
| TransUnion | STUDENT LOAN |
| TransUnion | TRANSFER |
| Experian | TRANSFERRED |

**35.** Creditor Name: US DEPT OF EDUCATION  Account Number: 700001762497699

Type: I-1

High Credit: 1368

Balance Amt: 0

Past Due: 0

ECOA: 1

Terms: 180M$7/MO

Payment Amt: 7

Late 30-60-90: 0 - 0 - 0

Account Type: Educational

Date opened: 2003-07-18   Last activity: 2012-04-28   Balance date: 2012-05-10

Months reviewed: 8   Date reported: 2012-05-10   EFX TU XPN

Payment Pattern: CCCCCCC

Most Adverse Rating (1 month): 1

Creditor Address: PO BOX 5609, GREENVILLE TX 75403

Phone: 8008480979

| | Remarks: |
|---|---|
| Equifax | ACCOUNT TRANSFERRED OR SOLD |
| Equifax | STUDENT LOAN |
| TransUnion | STUDENT LOAN |
| TransUnion | TRANSFER |
| Experian | TRANSFERRED |

**Trade Line Totals**    count: 35    balance: 508249    past due: 0

## MATTHEW QUINN GEBERT - Inquiries

| Subscriber Name | Kind of Business | Subscriber Number | Date |
|---|---|---|---|
| LN-DOS | Government | 00001987 | 2013-01-31 |
| AMEX | Banking | 1234990 | 2012-08-23 |
| CHASE BANK USA, N. A | OilAndNationalCreditCards | 4590N07296 | 2012-08-09 |
| SEARS/CBNA | DepartmentAndMailOrder | 118DC01999 | 2012-08-04 |

https://rms.ds.state.sbu/creditcheck/dsp_creditCheck.cfm?case_no=414116&case_credit...   02/04/2013

Page 189

| | | | |
|---|---|---|---|
| AVANTUS, LLC | MiscellaneousAndPublicRecord | 444ZB00011 | 2012-04-16 |
| CHASE BANK NA | Banking | 1833320 | 2012-04-11 |
| CHASE BANK USA, N. A | OilAndNationalCreditCards | 458ON07296 | 2012-03-26 |
| EQUIFAX MTG | Finance | 1976785 | 2011-08-03 |
| EMS | MiscellaneousAndPublicRecord | 444ZB02813 | 2011-08-03 |
| LINSAY VOLKSWAGEN OF | Automotive | 990AN42852 | 2011-03-05 |
| JPMORGAN CHASE BANK | Banking | 285BB03535 | 2011-03-05 |
| BANK OF AMERICA | Banking | 815BB54574 | 2011-03-05 |
| CREDCO IMS | MiscellaneousAndPublicRecord | 08256078 | 2011-03-03 |

REPORT PREPARED BY LEXISNEXIS RISK SOLUTIONS BUREAU LLC
1000 ALDERMAN DR ALPHARETTA GA 30005 (770)752-6000

**End of Credit Report for MATTHEW QUINN GEBERT**

Rendered by mismo_23_resp_1_0.xsl (Version tm_common_0.0.6)







Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #28712490 for Applicant SSN 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

## Electronic Questionnaires for Investigations Processing (e-QIP)
## Investigation Request #28712490

## ARCHIVAL COPY - RETAIN FOR YOUR RECORDS

The information contained in this document represents data submitted by **Matthew Quinn Gebert** (Applicant) for the e-QIP Investigation Request #28712490. Applicant certified the accuracy of this information at **2019-09-11 16:56:29**.

This Investigation Request contains the following documents:

**Page 1: Investigation Request Cover Sheet**
**Page 2-45: Questionnaire For National Security Positions**

Note: To conserve paper only the first entry in multiple-entry lists displays completion instructions. The completion instructions for the first entry also applies to each additional entry unless otherwise noted.

Certified at 2019-09-11 16:56:29
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

**PRIVACY ACT INFORMATION**

Electronic Questionnaires for Investigations Processing (e-QIP)                    Page 2 of 45
Investigation Request #2071269? for Applicant SSN 745-76-559?                      Archival Copy

## Form Completion Instructions

### Questionnaire for National Security Positions

Follow instructions completely or your form will be unable to be processed. If you have any questions, contact the office that provided you the form.

All questions on this form must be answered completely and truthfully in order that the Government may make the determinations described below on a complete record. Penalties for inaccurate or false statements are discussed below. If you are a current civilian employee of the federal government: failure to answer any questions completely and truthfully could result in an adverse personnel action against you, including loss of employment; with respect to Sections 23, 27, and 29, however, neither your truthful responses nor information derived from those responses will be used as evidence against you in a subsequent criminal proceeding.

### Purpose of this Form

This form will be used by the United States (U.S.) Government in conducting background investigations, reinvestigations, and continuous evaluations of persons under consideration for, or retention of, national security positions as defined in 5 CFR 732, and for individuals requiring eligibility for access to classified information under Executive Order 12968. This form may also be used by agencies in determining whether a subject performing work for, or on behalf of, the Government under a contract should be deemed eligible for logical or physical access when the nature of the work to be performed is sensitive and could bring about an adverse effect on the national security.

Providing this information is voluntary. If you do not provide each item of requested information, however, we will not be able to complete your investigation, which will adversely affect your eligibility for a national security position, eligibility for access to classified information, or logical or physical access. It is imperative that the information provided be true and accurate, to the best of your knowledge. Any information that you provide is evaluated on the basis of its currency, seriousness, relevance to the position and duties, and consistency with all other information about you. Withholding, misrepresenting, or falsifying information may affect your eligibility for access to classified information, eligibility for a sensitive position, or your ability to obtain or retain Federal or contract employment. In addition, withholding, misrepresenting, or falsifying information may affect your eligibility for physical and logical access to federally controlled facilities or information systems. Withholding, misrepresenting, or falsifying information may also negatively affect your employment prospects and job status, and the potential consequences include, but are not limited to, removal, debarment from Federal service, loss of eligibility for access to classified information, or prosecution.

This form may become a permanent document that may be used as the basis for future investigations, eligibility determinations for access to classified information, or to hold a sensitive position, suitability or fitness for Federal employment, fitness for contract employment, or eligibility for physical and logical access to federally controlled facilities or information systems. Your responses to this form may be compared with your responses to previous SF-86 questionnaires.

The investigation conducted on the basis of information provided on this form may be selected for studies and analyses in support of evaluating and improving the effectiveness and efficiency of the investigative and adjudicative methodologies. All study results released to the general public will delete personal identifiers such as name, Social Security Number, and date and place of birth.

### Authority to Request this Information

Depending upon the purpose of your investigation, the U.S. Government is authorized to ask for this information under Executive Orders 10450, 10865, 12333, and 12968; sections 3301, 3302, and 9101 of title 5, United States Code (U.S.C.); sections 2165 and 2201 of title 42, U.S.C.; chapter 23 of title 50, U.S.C.; and parts 2, 5, 731, 732, and 736 of title 5, Code of Federal Regulations (CFR).

Your Social Security Number (SSN) is needed to identify records unique to you. Although disclosure of your SSN is not mandatory, failure to disclose your SSN may prevent or delay the processing of your background investigation. The authority for soliciting and verifying your SSN is Executive Order 9397, as amended by EO 13478.

Certified at 2019-09-11 18:56:29                                      **PRIVACY ACT INFORMATION**
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #2871290 for Applicant, SSN 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.

Page 3 of 45
Archival Copy

## The Investigative Process

Background investigations for national security positions are conducted to gather information to determine whether you are reliable, trustworthy, of good conduct and character, and loyal to the U.S. The information that you provide on this form may be confirmed during the investigation. The investigation may extend beyond the time covered by this form, when necessary to resolve issues. Your current employer may be contacted as part of the investigation, although you may have previously indicated on applications or other forms that you do not want your current employer to be contacted. If you have a security freeze on your consumer or credit report file, then we may not be able to complete your investigation, which can adversely affect your eligibility for a national security position. To avoid such delays, you should request that the consumer reporting agencies lift the freeze in these instances.

In addition to the questions on this form, inquiry also is made about your adherence to security requirements, your honesty and integrity, vulnerability to exploitation or coercion, falsification, misrepresentation, and any other behavior, activities, or associations that tend to demonstrate a person is not reliable, trustworthy, or loyal. Federal agency records checks may be conducted on your spouse or legally recognized civil union/domestic partner, cohabitant(s), and immediate family members. After an eligibility determination has been completed, you also may be subject to continuous evaluation, which may include periodic reinvestigations, to determine whether retention in your position is clearly consistent with the interests of national security.

**The information you provide on this form may be confirmed during the investigation, and may be used for identification purposes throughout the investigation process.**

### Your Personal Interview

Some investigations will include an interview with you as a routine part of the investigative process. The investigator may ask you to explain your answers to any question on this form. This provides you the opportunity to update, clarify, and explain information on your form more completely, which often assists in completing your investigation. It is imperative that the interview be conducted as soon as possible after you are contacted. Postponements will delay the processing of your investigation, and declining to be interviewed may result in your investigation being delayed or canceled.

For the interview, you will be required to provide photo identification, such as a valid state driver's license. You may be required to provide other documents to verify your identity, as instructed by your investigator. These documents may include certification of any legal name change, Social Security card, passport, and/or your birth certificate. You may also be asked to provide documents regarding information that you provide on this form, or about other matters requiring specific attention. These matters include (a) alien registration or naturalization documentation; (b) delinquent loans or taxes, bankruptcies, judgments, liens, or other financial obligations; (c) agreements involving child custody or support, alimony, or property settlements; (d) arrests, convictions, probation, and/or parole; or (e) other matters described in court records.

### Instructions for Completing this Form

1. Follow the instructions provided to you by the office that gave you this form and any other clarifying instructions, provided by that office, to assist you with completion of this form. You must sign and date, in ink, the original and each copy you submit. You should retain a copy of the completed form for your records.

2. All questions on this form must be answered. If no response is necessary or applicable, indicate this on the form by checking the associated "Not Applicable" box, unless otherwise noted.

3. Do not abbreviate the names of cities or foreign countries. Whenever you are asked to supply a country name, you may select the country name by using the country dropdown feature.

4. When entering a U.S. address or location, select the state or territory from the "States" dropdown list that will be provided. For locations outside of the U.S. and its territories, select the country in the "Country" dropdown list and leave the "State" field blank.

5. The 5-digit postal Zip Codes are required to process your investigation more rapidly. Refer to an automated system approved by the U.S. Postal Service to assist you with Zip Codes.

6. For telephone numbers in the U.S., ensure that the area code is included.

Certified at 2019-09-11 16:56:29
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

**PRIVACY ACT INFORMATION**

7.  All dates provided in this form must be in Month/Day/Year or Month/Year format. The month and day should be entered as two character numbers (i.e., 01 for January and 29 for the 29th day of the month). The year should be entered as a four character number ( i.e., 1978 or 2001.). If you are unable to report an exact date, approximate or estimate the date to the best of your ability, and indicate this by checking the "Estimated" box.

## Final Determination on Your Eligibility

Final determination on your eligibility for a national security position is the responsibility of the Federal agency that requested your investigation and the agency that conducted your investigation. You will be provided the opportunity to explain, refute, or clarify any information before a final decision is made, if an unfavorable decision is considered. The United States Government does not discriminate on the basis of prohibited categories, including but not limited to race, color, religion, sex (including pregnancy and gender identity), national origin, disability, or sexual orientation when granting access to classified information.

## Penalties for Inaccurate or False Statements

The U.S. Criminal Code (title 18, section 1001) provides that knowingly falsifying or concealing a material fact is a felony which may result in fines and/or up to five (5) years imprisonment. In addition, Federal agencies generally fire, do not grant a security clearance, or disqualify individuals who have materially and deliberately falsified these forms, and this remains a part of the permanent record for future placements. Your prospects of placement or security clearance are better if you answer all questions truthfully and completely. You will have adequate opportunity to explain any information you provide on this form and to make your comments part of the record.

## Disclosure Information

The information you provide is for the purpose of investigating you for a national security position, and the information will be protected from unauthorized disclosure. The collection, maintenance, and disclosure of background investigative information are governed by the Privacy Act. The agency that requested the investigation and the agency that conducted the investigation have published notices in the Federal Register describing the systems of records in which your records will be maintained. The information you provide on this form, and information collected during an investigation, may be disclosed without your consent by an agency maintaining the information in a system of records as permitted by the Privacy Act [5 U.S.C. 552a(b)], and by routine uses, a list of which are published by the agency in the Federal Register. The office that gave you this form will provide you a copy of its routine uses.

You will not receive prior notice of such disclosures under a routine use.

In addition to those disclosures generally permitted under the Privacy Act, all or a portion of the records or information you provide on this form or during your investigation may be disclosed outside of OPM as a routine use as outlined below.

## Office of Personnel Management (OPM) Routine Uses

OPM has published the following Privacy Act routine uses for its system of records for background investigations:

a. To designated officers and employees of agencies, offices, and other establishments in the executive, legislative, and judicial branches of the Federal Government or the Government of the District of Columbia having a need to investigate, evaluate, or make a determination regarding loyalty to the United States; qualifications, suitability, or fitness for Government employment or military service; eligibility for logical or physical access to federally-controlled facilities or information systems; eligibility for access to classified information or to hold a sensitive position; qualifications or fitness to perform work for or on behalf of the Government under contract, grant, or other agreement; or access to restricted areas.

b. To an element of the U.S. Intelligence Community as identified in E.O. 12333, as amended, for use in intelligence activities for the purpose of protecting United States national security interests.

c. To any source from which information is requested in the course of an investigation, to the extent necessary to identify the individual, inform the source of the nature and purpose of the investigation, and to identify the type of information requested.

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #2871250 for Applicant, SSN 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

Page 5 of 45
Archival Copy

d. To the appropriate Federal, state, local, tribal, foreign, or other public authority responsible for investigating, prosecuting, enforcing, or implementing a statute, rule, regulation, or order where OPM becomes aware of an indication of a violation or potential violation of civil or criminal law or regulation.

e. To an agency, office, or other establishment in the executive, legislative, or judicial branches of the Federal Government in response to its request, in connection with its current employee's, contractor employee's, or military member's retention; loyalty; qualifications, suitability, or fitness for employment; eligibility for logical or physical access to federally-controlled facilities or information systems; eligibility for access to classified information or to hold a sensitive position; qualifications or fitness to perform work for or on behalf of the Government under contract, grant, or other agreement; or access to restricted areas.

f. To provide information to a congressional office from the record of an individual in response to an inquiry from the congressional office made at the request of that individual. However, the investigative file, or parts thereof, will only be released to a congressional office if OPM receives a notarized authorization or signed statement under 28 U.S.C. 1746 from the subject of the investigation.

g. To disclose information to contractors, grantees, or volunteers performing or working on a contract, service, grant, cooperative agreement, or job for the Federal Government.

h. For agencies that use adjudicative support services of another agency, at the request of the original agency, the results will be furnished to the agency providing the adjudicative support.

i. To provide criminal history record information to the FBI, to help ensure the accuracy and completeness of FBI and OPM records.

j. To appropriate agencies, entities, and persons when (1) OPM suspects or has confirmed that there has been a breach of the system of records; (2) OPM has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, the agency (including its information systems, programs and operations), the Federal Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with OPM's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm.

k. To another Federal agency or Federal entity, when OPM determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the agency (including its information systems, programs and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach.

l. To disclose information to another Federal agency, to a court, or a party in litigation before a court or in an administrative proceeding being conducted by a Federal agency, when the Government is a party to the judicial or administrative proceeding. In those cases where the Government is not a party to the proceeding, records may be disclosed if a subpoena has been signed by a judge.

m. To disclose information to the National Archives and Records Administration for use in records management inspections.

n. To disclose information to the Department of Justice, or in a proceeding before a court, adjudicative body, or other administrative body before which OPM is authorized to appear, when:
(1) OPM, or any component thereof; or
(2) Any employee of OPM in his or her official capacity; or
(3) Any employee of OPM in his or her individual capacity where the Department of Justice or OPM has agreed to represent the employee; or
(4) The United States, when OPM determines that litigation is likely to affect OPM or any of its components; is a party to litigation or has an interest in such litigation, and the use of such records by the Department of Justice or OPM is deemed by OPM to be relevant and necessary to the litigation, provided, however, that the disclosure is compatible with the purpose for which records were collected.

o. For the Merit Systems Protection Board--To disclose information to officials of the Merit Systems Protection Board or the Office of the Special Counsel, when requested in connection with appeals, special studies of the

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #28712090 for applicant SSN 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

Page 6 of 45
Archival Copy

civil service and other merit systems, review of OPM rules and regulations, investigations of alleged or possible prohibited personnel practices, and such other functions, e.g., as promulgated in 5 U.S.C. 1205 and 1206, or as may be authorized by law.

p. To disclose information to an agency Equal Employment Opportunity (EEO) office or to the Equal Employment Opportunity Commission when requested in connection with investigations into alleged or possible discrimination practices in the Federal sector, or in the processing of a Federal-sector EEO complaint.

q. To disclose information to the Federal Labor Relations Authority or its General Counsel when requested in connection with investigations of allegations of unfair labor practices or matters before the Federal Service Impasses Panel.

r. To another Federal agency's Office of Inspector General when OPM becomes aware of an indication of misconduct or fraud during the applicant's submission of the standard forms.

s. To another Federal agency's Office of Inspector General in connection with its inspection or audit activity of the investigative or adjudicative processes and procedures of its agency as authorized by the Inspector General Act of 1978, as amended, exclusive of requests for civil or criminal law enforcement activities.

t. To a Federal agency or state unemployment compensation office upon its request in order to adjudicate a claim for unemployment compensation benefits when the claim for benefits is made as the result of a qualifications, suitability, fitness, security, identity credential, or access determination.

u. To appropriately cleared individuals in Federal agencies, to determine whether information obtained in the course of processing the background investigation is or should be classified.

v. To the Office of the Director of National Intelligence for inclusion in its Scattered Castles system in order to facilitate reciprocity of background investigations and security clearances within the intelligence community or assist agencies in obtaining information required by the Federal Investigative Standards.

w. To the Director of National Intelligence, or assignee, such information as may be requested and relevant to implement the responsibilities of the Security Executive Agent for personnel security, and pertinent personnel security research and oversight, consistent with law or executive order.

x. To Executive Branch Agency insider threat, counterintelligence, and counterterrorism officials to fulfill their responsibilities under applicable Federal law and policy, including but not limited to E.O. 12333, 13587 and the National Insider Threat Policy and Minimum Standards.

y. To the appropriate Federal, State, local, tribal, foreign, or other public authority in the event of a natural or manmade disaster. The record will be used to provide leads to assist in locating missing subjects or assist in determining the health and safety of the subject. The record will also be used to assist in identifying victims and locating any surviving next of kin.

z. To Federal, State, and local government agencies, if necessary, to obtain information from them which will assist OPM in its responsibilities as the authorized Investigation Service Provider in conducting studies and analyses in support of evaluating and improving the effectiveness and efficiency of the background investigation methodologies.

aa. To an agency, office, or other establishment in the executive, legislative, or judicial branches of the Federal Government in response to its request, in connection with the classifying of jobs, the letting of a contract, or the issuance of a license, grant, or other benefit by the requesting agency, to the extent that the information is relevant and necessary to the requesting agency's decision on the matter.

## Public Burden Information

Public burden reporting for this collection of information is estimated to average 150 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to U.S. Office of Personnel Management, Federal Investigative Services, Attn: OMB Number 3206-0005, 1900 E

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #28712450 for Applicant, SSN 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

Street, N.W., Washington, DC 20415. The OMB clearance number, 3206-0005, is currently valid. OPM may not collect this information, and you are not required to respond, unless this number is displayed.

## Statement of Understanding

PERSONS COMPLETING THIS FORM SHOULD BEGIN AFTER CAREFULLY READING THE PRECEDING INSTRUCTIONS.

I have read the instructions and I understand that if I withhold, misrepresent, or falsify information on this form, I am subject to the penalties for inaccurate or false statement (per U.S. Criminal Code, Title 18, section 1001), denial or revocation of a security clearance, and/or removal and debarment from Federal Service.
Yes: { x } No: { }

## Sections 1-4 - Identifying Information

Provide your full name. If you have only initials in your name, provide them and indicate "Initial only". If you do not have a middle name, indicate "No Middle Name". If you are a "Jr.," "Sr.," etc. enter this under Suffix.
Last: Gebert First: Matthew Middle: Quinn Suffix:
Provide your date of birth
Month/Day/Year: ▮▮▮▮
Provide your place of birth
City: Wilmington County: New Hanover State: NC Country: United States
Provide your U.S. Social Security Number ( Not Applicable: { } )

## Section 5 - Other Names Used

Provide your other names used and the period of time you used them (for example: your maiden name, name(s) by a former marriage(s), former name(s), alias(es), or nickname(s)).

Have you used any other names?
Yes: { } No: { x }

Optional Comment
I have never had a different formal name, nor used a different name for any illegal or formal activities such as banking, legal actions, employment, etc. However, for as long as I have used the internet (since 1995 or 1996), I have had monikers and followed the standard practice of using pseudonyms or modifications of my formal name for purposes of regular Internet communications, personal privacy, First Amendment-protected speech, and/or because my real name was not available as an account name. I did not nor do I believe that these names are covered by this question.

## Section 6 - Your Identifying Information

Provide your identifying information.
Height
(feet): 5
(inches): 10
Weight: 185
Hair color: Brown
Eye color: Brown
Sex
Female: { }

Certified at 2019-09-11 16:56:29
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

PRIVACY ACT INFORMATION

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #2871?450 for Applicant SSN 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     Page 8 of 45
Archival Copy

Male: { x }

## Section 7 - Your Contact Information

Provide your contact information. Email addresses may be used as a contact method, and identify subject in records.
Home e-mail address: ███████████████
Work e-mail address: ███████████████

Provide three contact numbers. At least one telephone number is required. Additional numbers provided may assist in the completion of your background investigation.
Home telephone number
    International or DSN: { } Number:  Extension:  Time:
Work telephone number
    International or DSN: { } Number: 2026479062 Extension:  Time: Day
Mobile/Cell telephone number
    International or DSN: { } Number: 2028085414 Extension:  Time: Both

## Section 8 - U.S. Passport Information

Do you possess a U.S. passport (current or expired)?
    Yes: { x } No: { }

Click HERE for U.S. State Department passport help.
**Detail**

Provide the following information for the most recent U.S. passport you currently possess.
Provide your U.S. passport number: ███████████
Click HERE for U.S. State Department passport help.
Provide the issue date of passport
    Month/Day/Year: 06/14/2016
Provide the expiration date of passport
    Month/Day/Year: 06/13/2026
Provide the name in which passport was first issued
    Last: Gebert First: Matthew Middle: Quinn Suffix:

## Section 9 - Citizenship

Select the box that reflects your current citizenship status and click Save.
Provide your current citizenship status
    I am a U.S. citizen or national by birth in the U.S. or U.S. territory/commonwealth.: { x }
    I am a U.S. citizen or national by birth, born to U.S. parent(s), in a foreign country.: { }
    I am a naturalized U.S. citizen.: { }
    I am a derived U.S. citizen.: { }
    I am not a U.S. citizen.: { }

## Section 10 - Dual/Multiple Citizenship Information

Do you now or have you EVER held dual/multiple citizenships?
    Yes: { } No: { x }

**Foreign Passport**

Have you EVER been issued a passport (or identity card for travel) by a country other than the U.S.?

Certified at 2019-09-11 16:56:29     **PRIVACY ACT INFORMATION**
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

Electronic Questionnaires for Investigations Processing (e-QIP)    Page 9 of 45
Investigation Request #28922490 for Applicant SSN 245270 5509    Archival Copy

Yes: { } No: { x }

## Section 11 - Where You Have Lived

List the places where you have lived beginning with your present residence and working back **10 years.**
Residences for the entire period must be accounted for without breaks. Indicate the actual physical location of
your residence, not a Post Office box or a permanent residence when you were not physically located there. If
you split your time between one or more residences during a time period, you must list all residences. Do not list
residence before your 18th birthday unless to provide a minimum of 2 years residence history.
You are not required to list temporary locations of less than 90 days that did not serve as your permanent or
mailing address.
For any address in the last 3 years, provide a person who knew you at that address, and who preferably still lives
in that area. Do not list people who knew you for residences completely outside this 3-year period, and do not list
your spouse, cohabitant or other relatives as the verifier for periods of residence.

1.    Enter residence information.
      Provide dates of residence
          From (Month/Year): 06/2012 To (Month/Year): **Present**
      Is/was this residence
          Owned by you: { x }
          Rented or leased by you: { }
          Military housing: { }
          Other (Provide explanation): { }
      Explanation


      Provide the street address
          Street: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          City: L▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Person Who ▓▓▓▓ ▓▓▓**

Provide the name of a neighbor, landlord (if rental) or other person who knows you at this address.
Provide the full name
      Last: Levesque First: Shirley Middle:  (NMN) Suffix:
Provide date of last contact
      Month/Year: 07/2018 (Estimated)
Provide your relationship to this person (check all that apply)
      Neighbor: { x }
      Friend: { }
      Landlord: { }
      Business associate: { }
      Other (Provide explanation): { }
Explanation
      Next door neighbor.

Provide the following contact information for this person
Provide evening telephone number for this person ( I don't know: { } )
      International or DSN: { } Number: 7037776630 Extension:
Provide daytime telephone number for this person ( I don't know: { x } )
      International or DSN: { } Number:  Extension:
Provide cell/mobile telephone number for this person ( I don't know: { } )
      International or DSN: { } Number: 7039190258 Extension:
Provide e-mail address for this person ( I don't know: { x } )

Certified at 2019-09-11 16:56:29    **PRIVACY ACT INFORMATION**
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

Provide street address for this person (including apartment number)
Street: **503 Niven Ct SW**
City: **Leesburg** State: **VA** Country:   Zip Code: **20175**

2. Provide dates of residence
From (Month/Year): **02/2006** To (Month/Year): **06/2012**
Is/was this residence
Owned by you: **{ x }**
Rented or leased by you: **{ }**
Military housing: **{ }**
Other (Provide explanation): **{ }**
Explanation

Provide the street address
Street: 
City: **Al**
Optional Comm
**Exchan**

*(End of List)*

## Summary

List the places where you have lived beginning with your present residence and working back 10 years .
Residences for the entire period must be accounted for without breaks. Indicate the actual physical location of
your residence, not a Post Office box or a permanent residence when you were not physically located there. If
you split your time between one or more residences during a time period, you must list all residences. Do not list
residence before your 18th birthday unless to provide a minimum of 2 years residence history.
You are not required to list temporary locations of less than 90 days that did not serve as your permanent or
mailing address.
For any address in the last 3 years, provide a person who knew you at that address, and who preferably still lives
in that area. Do not list people who knew you for residences completely outside this 3-year period, and do not list
your spouse, cohabitant or other relatives as the verifier for periods of residence.

Do you have an additional residence to report?
Yes: **{ }** No: **{ x }**

Optional Comment
**We purchased a weekend getaway cabin at** 
**March 2018, but have never resided there, only stayed for two or three nights consecutively, at**
**most, and infrequently.**

## Section 12 - Where You Went To School

Do not list education before your 18th birthday, unless to provide a minimum of two years education history.

Have you attended any schools in the last 10 years?
Yes: **{ x }** No: **{ }**

1. Provide the dates of attendance
From (Month/Year): **08/1999** To (Month/Year): **05/2003**
Select the most appropriate code to describe your school.
High School: **( )**

Certified at 2019-09-11 16:56:29    **PRIVACY ACT INFORMATION**
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

201

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #20712690 for Applicant, SSN, 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

Page 11 of 45
Archival Copy

College, university, or military college: { x }
Vocational, technical, or trade school: { }
Correspondence, distance, extension, or online school: { }

Provide the name of the school: American University

Provide the street address of the school. For correspondence, distance, extension, or online schools, provide the address where the records are maintained.

Street: 4400 Massachusetts Avenue, NW
City: Washington State: DC Country: Zip Code: 20016

For assistance determining the school address, refer to http://ope.ed.gov/accreditation/Search.aspx

**Degree or Diploma Received**

Did you receive a degree/diploma?
Yes: { x } No: { }

**Degree/Diploma Detail**

Provide type of degrees(s)/diploma(s) received and date(s) awarded

1. Degree/diploma: Bachelor's
   Other degree/diploma:
   Date awarded
   Month/Year: 05/2003

*(End of Provide type of degrees(s)/diploma(s) received and date(s) awarded List)*

2. Provide the dates of attendance
   From (Month/Year): 08/2008 To (Month/Year): 05/2011

Select the most appropriate code to describe your school
High School: { }
College, university, or military college: { x }
Vocational, technical, or trade school: { }
Correspondence, distance, extension, or online school: { }

Provide the name of the school: The George Washington University

Provide the street address of the school. For correspondence, distance, extension, or online schools, provide the address where the records are maintained.

Street: 2121 I Street, NW
City: Washington State: DC Country: Zip Code: 20052

**Degree or Diploma Received**

Did you receive a degree/diploma?
Yes: { x } No: { }.

**Degree/Diploma Detail**

Provide type of degrees(s)/diploma(s) received and date(s) awarded

1. Degree/diploma: Master's
   Other degree/diploma:
   Date awarded
   Month/Year: 05/2011

*(End of Provide type of degrees(s)/diploma(s) received and date(s) awarded List)*

*(End of List)*

Certified at 2019-09-11 19:50:29

**PRIVACY ACT INFORMATION**

Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

Page 203

### Summary

Do you have additional education to enter (include education within the last 10 years, as well as degrees or diplomas more than 10 years ago)?

> Yes: { } No: { x }

## Section 13A - Employment Activities

List all of your employment activities, including unemployment and self-employment, beginning with the present and working back 10 years. The entire period must be accounted for without breaks. If the employment activity was military duty, list separate employment activity periods to show each change of military duty station. Provide separate entries for employment activities with the same employer but having different physical addresses. Do not list employment before your 18th birthday unless to provide a minimum of 2 years employment history.

1.  Select your employment activity: **Other Federal employment**
    Explanation
    > **I was placed on administrative leave with pay in August 2019 following the publication of an article about me by the SPLC.**

    Provide dates of employment
    > From (Month/Year): **05/2013** To (Month/Year): **Present**

    **Non-Military Employment**
    Provide most recent position title: **Foreign Affairs Officer**
    Select the employment status for this position
    > Full-time: { x }
    > Part-time: { }

    Provide the name of your employer: **U.S. Department of State**
    Provide the address of employer
    > Street: **2201 C Street, NW**
    > City: **Washington** State: **DC** Country:   Zip Code: **20520**

    Provide telephone number
    > International or DSN: { } Number: **2026479062** Extension:   Time:

    **Additional Periods of Activity with this Employer**
    Provide additional periods of activity if you worked for this employer on more than one occasion at the same physical location. For example, if you worked at XY Plumbing in Denver, CO, during 3 separate periods of time, you would enter information concerning the most recent period of employment above, and provide dates, position titles, and supervisors for the two previous periods of employment as entries below.
    Additional Periods of Activity with this Employer ( Not Applicable: { x } )
    > *(No Entry Provided)*

    **Non-Military Employment - Physical Location Question**

    Is/was your physical work address different than your employer's address?
    > Yes: { } No: { x }

    **Non-Military Employment - Supervisor**
    Provide the name of your supervisor: **Colin Guest**
    Provide the position title of your supervisor: **Deputy Director**
    Provide the email address of your supervisor ( I don't know: { } ) : **GuestCC@state.gov**
    Provide the physical work location of your supervisor
    > Street: **2201 C Street, NW**
    > City: **Washington** State: **DC** County:   Zip Code: **20520**

    Provide the telephone number for this supervisor

Certified at 2019-09-11 18:56:25                                      **PRIVACY ACT INFORMATION**
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

Electronic Questionnaires for Investigations Processing (e-QIP)     Page 13 of 45
Investigation Request #28712450 for Applicant SSN 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           Archival Copy

International or DSN: { } Number: 2027367149 Extension:  Time:

## Received Discipline or Warning

For this employment, in the last seven (7) years have you received a written warning, been officially reprimanded, suspended, or disciplined for misconduct in the workplace, such as a violation of security policy?
Yes: { x } No: { }

## Received Discipline or Warning - Summary

Summary of Discipline and Warnings

1.  Provide the month and year you were warned, reprimanded, suspended or disciplined
      Month/Year: 08/2019
    Provide the reason(s) for being warned, reprimanded, suspended or disciplined
      I was placed on paid administrative leave due to the publication of an article about me by the SPLC, and my security clearance was subsequently suspended.

*(End of List)*

Do you have another instance of discipline or a warning to provide?
Yes: { } No: { x }

2.  Select your employment activity: Non-government employment (excluding self-employment)
Explanation

Provide dates of employment
   From (Month/Year): 02/2006 To (Month/Year): 05/2013
### Non-Military Employment
Provide most recent position title: Senior Program Coordinator
Select the employment status for this position
      Full-time: { x }
      Part-time: { }
Provide the name of your employer: United States Energy Association
Provide the address of employer
      Street: 1300 Pennsylvania Avenue, NW
      City: Washington State: DC Country:   Zip Code: 20004
Provide telephone number
      International or DSN: { } Number: 2023121230 Extension:   Time:
Additional Periods of Activity with this Employer ( Not Applicable: { x } )
      (No Entry Provided)
### Non-Military Employment - Physical Location Question

Is/was your physical work address different than your employer's address?
   Yes: { } No: { x }

### Non-Military Employment - Supervisor
Provide the name of your supervisor: John Hammond
Provide the position title of your supervisor: Program Manager
Provide the email address of your supervisor ( I don't know: { } ): jhammond@usea.org
Provide the physical work location of your supervisor

Certified at 2019-09-11 15:58:29                          PRIVACY ACT INFORMATION
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

Page 205

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #287 82490 for Applicant SSN 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.

Page 14 of 45
Archival Copy

Street: 1300 Pennsylvania Avenue, NW, Suite 550
City: Washington State: DC Country:   Zip Code: 20004
Provide the telephone number for this supervisor
International or DSN: { } Number: 2023121230 Extension:   Time:

### Reason for Leaving

Provide the reason for leaving the employment activity
Secured federal employment

### Reason for Leaving Question

For this employment have any of the following happened to you in the last seven (7) years?

- Fired
- Quit after being told you would be fired
- Left by mutual agreement following charges or allegations of misconduct
- Left by mutual agreement following notice of unsatisfactory performance
  Yes: { } No: { x }

### Received Discipline or Warning

For this employment, in the last seven (7) years have you received a written warning, been officially reprimanded, suspended, or disciplined for misconduct in the workplace, such as a violation of security policy?

Yes: { } No: { x }

3.  Select your employment activity: Non-government employment (excluding self-employment)
    Explanation

Provide dates of employment
    From (Month/Year): 07/2008 To (Month/Year): 05/2011
### Non-Military Employment
Provide most recent position title: Consultant
Select the employment status for this position
    Full-time: { }
    Part-time: { x }
Provide the name of your employer: KFIF Enterprises, Inc.
Provide the address of employer
    Street: 183 Moraine Road
    City: Highland Park State: IL Country:   Zip Code: 60035
Provide telephone number
    International or DSN: { } Number: 8474335009 Extension:   Time:
Additional Periods of Activity with this Employer ( Not Applicable: { x } )
    (No Entry Provided)

### Non-Military Employment - Physical Location Question

Is/was your physical work address different than your employer's address?
    Yes: { x } No: { }

### Non-Military Employment - Physical Location

Provide the work address where you are/were physically located
    Street: 4860 Eisenhower Avenue, Unit 485
    City: Alexandria State: VA Country:   Zip Code: 22304

Certified at 2019-09-11 16:56:29
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

**PRIVACY ACT INFORMATION**

Provide telephone number
    International or DSN: { } Number: 2022302133 Extension:   Time:

### Non-Military Employment - Supervisor

Provide the name of your supervisor: Paul Kent

Provide the position title of your supervisor: **Investment, Financial and Management Consultant**

Provide the email address of your supervisor ( I don't know: { } ): **niclone@gmail.com**

Provide the physical work location of your supervisor
    Street: **183 Moraine Road**
    City: **Highland Park** State: **IL** Country:   Zip Code: **60035**

Provide the telephone number for this supervisor
    International or DSN: { } Number: **8474335009** Extension:   Time:

### Reason for Leaving

Provide the reason for leaving the employment activity
    **Services no longer needed.**

*(End of List)*

### Summary

List all of your employment activities, including unemployment and self-employment, beginning with the present and working back 10 years. The entire period must be accounted for without breaks. If the employment activity was military duty, list separate employment activity periods to show each change of military duty station. Provide separate entries for employment activities with the same employer but having different physical addresses. Do not list employment before your 18th birthday unless to provide a minimum of 2 years employment history.

Do you have an additional employment activity to enter?
    Yes: { } No: { x }

## Section 13B - Former Federal Service

Do you have former federal civilian employment, excluding military service, NOT indicated previously, to report?
    Yes: { } No: { x }

## Section 13C - Employment Record

Have any of the following happened to you in the last seven (7) years at employment activities that you have not previously listed? (If 'Yes', you will be required to add an additional employment in Section 13A.)

- Fired from a job?
- Quit a job after being told you would be fired?
- Have you left a job by mutual agreement following charges or allegations of misconduct?
- Left a job by mutual agreement following notice of unsatisfactory performance?
- Received a written warning, been officially reprimanded, suspended, or disciplined for misconduct in the workplace, such as violation of a security policy?
    Yes: { } No: { x }

Optional Comment
    **I was suspended with pay by the State Department in August 2019 following the publication of articles about me by the SPLC.**

## Section 14 - Selective Service Record

Certified at 2019-09-11 16:56:29                           **PRIVACY ACT INFORMATION**
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

Page 207

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #28712590 for Applicant SSN 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

Page 16 of 45
Archival Copy

Were you born a male after December 31, 1959?
Yes: { x } No: { }

### Detail

Have you registered with the Selective Service System (SSS)?
Yes: ( x ) No: { } I don't know: { }

### Selective Service Registration Number

The Selective Service website, www.sss.gov , can help provide the registration number for persons who have registered.
Note: Selective Service Number is not your Social Security Number
Provide registration number: 8100176158

## Section 15 - Military History

Have you EVER served in the U.S. Military?
Yes: { } No: { x }

### Foreign Military Service

Have you EVER served, as a civilian or military member in a foreign country's military, intelligence, diplomatic, security forces, militia, other defense force, or government agency?
Yes: { } No: { x }

## Section 16 - People Who Know You Well

Provide three people who know you well and who preferably live in the U.S. They should be friends, peers, colleagues, college roommates, associates, etc., who are collectively aware of your activities outside of your workplace, school, or neighborhood, and whose combined association with you covers at least the last seven (7) years. Do not list your spouse, former spouse(s), other relatives, or anyone listed elsewhere on this form.

1.   Provide dates known
        From (Month/Year): 09/1993 To (Month/Year): 05/2019
     Provide full name
        Last: Schanne First: John Middle: Henry Suffix: II
     Provide rank/title ( Not Applicable: { x } ):
     Provide relationship to you (Check all that apply)
        Neighbor: { }
        Friend: { x }
        Work associate: { }
        Schoolmate: { }
        Other (Provide explanation): { }
     Explanation

     Provide telephone number for this person ( I don't know: { } )
        International or DSN: { } Number: 8563922553 Extension:  Time:
     Provide mobile/cell telephone number for this person ( I don't know: { } )
        International or DSN: { } Number: 8563922553 Extension:  Time:
     Provide e-mail address for this person ( I don't know: { } ): j_schanne@yahoo.com

Certified at 2019-09-11 18:56:29
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

**PRIVACY ACT INFORMATION**

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #28212490 for Applicant SSN 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

Provide home or work address for this person
  Street: **630 Wayne Avenue**
  City: **Haddonfield** State: **NJ** Country:    Zip Code: **08033**

2.    Provide dates known
  From (Month/Year): **08/2016** To (Month/Year):  **Present**
Provide full name
  Last: **Fitzgerald** First: **Daniel** Middle: **Patrick** Suffix:
Provide rank/title ( Not Applicable: **{ x }** ):
Provide relationship to you (Check all that apply)
  Neighbor: **{ }**
  Friend: **{ x }**
  Work associate: **{ }**
  Schoolmate: **{ }**
  Other (Provide explanation): **{ }**
Explanation

Provide telephone number for this person ( I don't know: **{ }** )
  International or DSN: **{ }** Number:   Extension:   Time:
Provide mobile/cell telephone number for this person ( I don't know: **{ }** )
  International or DSN: **{ }** Number: **3014529197** Extension:   Time:
Provide e-mail address for this person ( I don't know: **{ }** ) : **dpfitzgerald1989@gmail.com**
Provide home or work address for this person
  Street: **11250 Waples Mill Road**
  City: **Fairfax** State: **VA** Country:   Zip Code: **22030**

3.    Provide dates known
  From (Month/Year): **05/2016** To (Month/Year):  **Present**
Provide full name
  Last: **Patterson** First: **Jonathon** Middle: **Blaine** Suffix: **Jr**
Provide rank/title ( Not Applicable: **{ x }** ):
Provide relationship to you (Check all that apply)
  Neighbor: **{ }**
  Friend: **{ x }**
  Work associate: **{ }**
  Schoolmate: **{ }**
  Other (Provide explanation): **{ }**
Explanation

Provide telephone number for this person ( I don't know: **{ }** )
  International or DSN: **{ }** Number:   Extension:   Time:
Provide mobile/cell telephone number for this person ( I don't know: **{ }** )
  International or DSN: **{ }** Number: **4438769482** Extension:   Time:
Provide e-mail address for this person ( I don't know: **{ }** ) : **jonathon.patterson@gmail.com**
Provide home or work address for this person
  Street: **3669 Macintosh Dr**
  City: **Warrenton** State: **VA** Country:   Zip Code: **20187**

**Summary**                                          *(End of List)*

Certified at 2019-09-11 16:56:29
Data Hash Code:

**PRIVACY ACT INFORMATION**

aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #28712290 for Applicant SSN 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

Page 18 of 45
Archival Copy

Provide three people who know you well and who preferably live in the U.S. They should be friends, peers, colleagues, college roommates, associates, etc., who are collectively aware of your activities outside of your workplace, school, or neighborhood and whose combined association with you covers at least the last seven (7) years. Do not list your spouse, former spouse (s), other relatives, or anyone listed elsewhere on this form.

Do you have an additional person who knows you well to list?
Yes: { } No: { x }

## Section 17 - Marital/Relationship Status

Provide your current marital/relationship status with regard to civil marriage, legally recognized civil union, or legally recognized domestic partnership: <u>Currently in a civil marriage, legally recognized civil union, or legally recognized domestic partnership</u>
Optional Comment

<u>My wife was also named in the articles published by the SPLC in August 2019.</u>

1.  You selected "Currently in a civil marriage," "Currently in a legally recognized civil union or legally recognized domestic partnership" or "Separated."
Complete the following about the person with whom you are in a civil marriage, legally recognized civil union, or legally recognized domestic partnership, or the person from whom you are currently separated.
Provide full name
Last: <u>Gebert</u> First: <u>Anna</u> Middle: <u>Vuckovic</u> Suffix:
Provide date of birth
Month/Day/Year: ▮▮▮▮
Provide place of birth
City: <u>Chicago</u> County: <u>Cook</u> State: <u>IL</u> Country: <u>United States</u>

### Marital/Relationship Status Detail, continued

Provide ▮▮▮▮ Number ( Not Applicable: { } )

Provide other names used (such as maiden names, names by other marriages, civil marriages, legally recognized civil unions, or legally recognized domestic partnerships, nicknames, etc. and provide dates used for each name) ( Not Applicable: { } )

1.  Name
Last: <u>Vuckovic</u> First: <u>Anna</u> Middle:  <u>(NMN)</u> Suffix:
Maiden name?: { x }
Dates used
From (Month/Year): <u>05/1981</u> To (Month/Year): <u>10/2006</u>

(End of Provide other names used (such as maiden names, names by other marriages, civil marriages, legally recognized civil unions, or legally recognized domestic partnerships, nicknames, etc. and provide dates used for each name) List)
Provide country(ies) of citizenship

1.  Country: <u>Serbia</u>

2.  Country: <u>United States</u>

(End of Provide country(ies) of citizenship List)
Provide date when you entered into your civil marriage, civil union, or domestic partnership

Page 210

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #28712490 for Applicant SSN 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

Page 19 of 45
Archival Copy

Month/Day/Year: 10/07/2006
Provide location
City: Chicago County: Cook State: IL Country:
Provide current address if different than your current address ( Use my current address: { x } )
Street:
City:   State:   Country:   Zip Code:
Provide telephone number ( Use my current telephone number: { } )
International or DSN: { } Number: 7034010211 Extension:   Time:
Provide email address: avuckovic@gmail.com

## Separation Status

Are you separated?
Yes: { } No: { x }

(End of List)

## Current Marital/Relationship Status Summary

## Former Marital/Relationship Status

Do you have a person from whom you are divorced/dissolved, annulled, or widowed to report?
Yes: { } No: { x }

## Cohabitant

Do you presently reside with a person, other than a spouse or legally recognized civil union/domestic partner, with whom you share bonds of affection, obligation or other commitment, as opposed to a person with whom you live for reasons of convenience (e.g. a roommate)? If so, complete the following. If the person was born outside the U.S., provide citizenship information.

Yes: { } No: { x }

## Section 18 - Relatives

Select each type of relative applicable to you, regardless if they are living or deceased. (An opportunity will be provided to list multiple relatives for each type.)
Check all that apply
Mother: { x }
Father: { x }
Stepmother: { }
Stepfather: { }
Foster Parent: { }
Child (including adopted/foster): { x }
Stepchild: { }
Brother: { x }
Sister: { x }
Stepbrother: { }
Stepsister: { }
Half-brother: { }
Half-sister: { }
Father-in-law: { x }
Mother-in-law: { x }
Guardian: { }

Certified at 2019-09-11 16:56:29
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

**PRIVACY ACT INFORMATION**

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #28733490 for Applicant SSN 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

1.  Provide relative type: **Mother**
    Provide your relative's full name
    Last: **Gebert** First: **Diane** Middle: **Quinn** Suffix:
    Provide your relative's date of birth
    Month/Day/Year: ████████
    Provide your relative's place of birth
    City: **Newark** State: **NJ** Country: **United States**
    Provide your relative's country(ies) of citizenship

    1.  Country: **United States**

    *(End of Provide your relative's country(ies) of citizenship List)*

    **Mother's Maiden Name**
    Provide your mother's maiden name ( Same as listed: { } )
    Last: **Quinn** First: **Diane** Middle:  **(NMN)** Suffix:

    **Other Names Used**

    Has this relative used any other names?.
    Yes: { } No: { x }

    **Relative Deceased Question**

    Is your relative deceased?
    Yes: { } No: { x }

    **Address**

    Provide your relative's current address
    Street: **6 Sunnybrook Court**
    City: **Stratford** State: **NJ** Country:   Zip Code: **08084**

2.  Provide relative type: **Father**
    Provide your relative's full name
    Last: **Gebert** First: **Jeffrey** Middle: **Alan** Suffix:
    Provide your relative's date of birth
    Month/Day/Year: ████████
    Provide your relative's place of birth
    City: **Newark** State: **NJ** Country: **United States**
    Provide your relative's country(ies) of citizenship

    1.  Country: **United States**

    *(End of Provide your relative's country(ies) of citizenship List)*

    **Other Names Used**

    Has this relative used any other names?
    Yes: { } No: { x }

    **Relative Deceased Question**

Certified at 2019-09-11 16:56:29
Data Hash Code:
aa72c98c37a f49b0b6d95400c424d8458ed597b2545dcbe4b443 fbdf96499229

**PRIVACY ACT INFORMATION**

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #28712490 for Applicant SSN 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

Is your relative deceased?
Yes: { } No: { x }

**Address**

Provide your relative's current add

3. Provide relative type: **Child (including adopted/foster)**
Provide your relative's full name
Last: **Gebert** First: **Max** Middle: **Vuckovic** Suffix:
Provide your relative's date of birth
Month/Day/Year
Provide your relative's place of birth
City: **Alexandria** State: **VA** Country: **United States**
Provide your relative's country(ies) of citizenship

1. Country: **Serbia**

2. Country: **United States**

*(End of Provide your relative's country(ies) of citizenship List)*

**Other Names Used**

Has this relative used any other names?
Yes: { } No: { x }

**Relative Deceased Question**

Is your relative deceased?
Yes: { } No: { x }

**Address**
Provide your relative's current address
Street: **505 Niven Ct SW**
City: **Leesburg** State: **VA** Country:   Zip Code: **20175**

4. Provide relative type: **Brother**
Provide your relative's full name
Last: **Gebert** First: **Michael** Middle: **Quinn** Suffix:
Provide your relative's date of birth
Month/Day/Year:
Provide your relative's place of birth
City: **Philadelphia** State: **PA** Country: **United States**
Provide your relative's country(ies) of citizenship

Certified at 2019-09-11 16:56:29
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

**PRIVACY ACT INFORMATION**

Electronic Questionnaires for Investigations Processing (e-QIP)           Page 22 of 45
Investigation Request #28712490 for Applicant SSN 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           Archival Copy

1.   Country: **United States**

*(End of Provide your relative's country(ies) of citizenship List)*

Optional Comment
**My brother is diagnosed with bipolar disorder, has been committed for psychiatric treatment at least twice in his life, and is likely currently in a state of mania. He allegedly communicated with the SPLC and the FBI about me in July or August 2019.**

**Other Names Used**

Has this relative used any other names?
     Yes: { } No: { x }

**Relative Deceased Question**

Is your relative deceased?
     Yes: { } No: { x }

**Address**
Provide your relative's current address
     Street: ██████████████████
     City: S██████████████████

5.   Provide relative type: **Sister**
Provide your relative's full name
     Last: **Gebert** First: **Christina** Middle: **Quinn** Suffix:
Provide your relative's date of birth
     Month/Day/Year ███████
Provide your relative's place of birth
     City: **Philadelphia** State: **PA** Country: **United States**
Provide your relative's country(ies) of citizenship

1.   Country: **United States**

*(End of Provide your relative's country(ies) of citizenship List)*

**Other Names Used**

Has this relative used any other names?
     Yes: { } No: { x }

**Relative Deceased Question**

Is your relative deceased?
     Yes: { } No: { x }

**Address**
Provide your relative's current address
██████████████████████████████

Certified at 2019-09-11 18:56:29                    **PRIVACY ACT INFORMATION**
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229



Page 214

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request: 8288124⁴⁰ for Applicant SSN 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

Page 23 of 45
Archival Copy

6.  Provide relative type: **Father-in-law**
Provide your relative's full name
Last: **Vuckovic** First: **Gradimir** Middle: **Branislav** Suffix:
Provide your relative's date of birth
Month/Day/Yea
Provide your relative's place of birth
City: **Belgrade** State:   Country: **Serbia**
Provide your relative's country(ies) of citizenship

1.  Country: **Serbia**

2.  Country: **United States**

*(End of Provide your relative's country(ies) of citizenship List)*

**Relative Deceased Question**

Is your relative deceased?
Yes: { } No: { **x** }

**Address**

Provide your relative's current address
Street: **71 Dundee Lane**
City: **Barrington** State: **IL** Country:   Zip Code: **60010**

**U.S. Citizenship**

Provide one type of citizenship documentation and document number below
Born Abroad to U.S. Parents
FS 240 or 545: { }
DS 1350: { }
Naturalized
Alien Registration (on Certificate of Naturalization--utilize USCIS, CIS, or INS Registration number): {
}
Permanent Resident Card (I-551): { }
Certificate of Naturalization (N550 or N570): { **x** }
Derived
Alien Registration (on Certificate of Naturalization--utilize USCIS, CIS, or INS Registration number): {
}
Permanent Resident Card (I-551): { }
Certificate of Citizenship (N560 or N561): { }
Other
Other (Provide explanation): { }
Explanation

Provide the document number: **435826113**
Provide the name of the court that issued the Certificate of Naturalization:
Provide the address of the court that issued the Certificate of Naturalization
Street:
City:   State:   Zip Code:

Certified at 2019-09-11 16:56:29                    **PRIVACY ACT INFORMATION**
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

Page 215

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #28312490 for Applicant SSN 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

Page 24 of 45
Archival Copy

7.  Provide relative type: <u>Mother-in-law</u>
    Provide your relative's full name
        Last: <u>Vuckovic</u> First: <u>Marija</u> Middle: <u>Molnar</u> Suffix:
    Provide your relative's date of birth
        Month/Day/Year: ████
    Provide your relative's place of birth
        City: <u>Belgrade</u> State:   Country: <u>Serbia</u>
    Provide your relative's country(ies) of citizenship

    1.  Country: <u>Serbia</u>

    2.  Country: <u>United States</u>

        *(End of Provide your relative's country(ies) of citizenship List)*

    ## Relative Deceased Question

    Is your relative deceased?
        Yes: { } ·No: { x }

    ## Address
    Provide your relative's current address

    ████████████

    ## U.S. 
    Provide one type of citizenship documentation and document number below
    Born Abroad to U.S. Parents
        FS 240 or 545: { }
        DS 1350: { }
    Naturalized
        Alien Registration (on Certificate of Naturalization—utilize USCIS, CIS, or INS Registration number): { }
        Permanent Resident Card (I-551): { }
        Certificate of Naturalization (N550 or N570): { x }
    Derived
        Alien Registration (on Certificate of Naturalization—utilize USCIS, CIS, or INS Registration number): { }
        Permanent Resident Card (I-551): { }
        Certificate of Citizenship (N560 or N561): { }
    Other
        Other (Provide explanation): { }
    Explanation

    Provide the document number: <u>212866868</u>
    Provide the name of the court that issued the Certificate of Naturalization:
    Provide the address of the court that issued the Certificate of Naturalization
        Street:
        City:   State:   Zip Code:

Certified at 2019-09-11 16:56:29                                    **PRIVACY ACT INFORMATION**
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

Page 216



Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #28782490 for Applicant SSN 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

Page 25 of 45
Archival Copy

8.  Provide relative type: **Child (including adopted/foster)**
    Provide your relative's full name
        Last: **Gebert** First: **Ivy** Middle: **Victoria** Suffix:
    Provide your relative's date of birth
        Month/Day/Year: █████████
    Provide your relative's place of birth
        City: **Leesburg** State: **VA** Country: **United States**
    Provide your relative's country(ies) of citizenship

    1.  Country: **Serbia**

    2.  Country: **United States**

                        *(End of Provide your relative's country(ies) of citizenship List)*

    **Other Names Used**

    Has this relative used any other names?
        Yes: { } No: { x }

    **Relative Deceased Question**

    Is your relative deceased?
        Yes: { } No: { x }

    **Address**
    Provide your relative's current address
        Street: ████████████
        City: █████████████

9.  Provide relative type: **Child (including adopted/foster)**
    Provide your relative's full name
        Last: **Gebert** First: **Alexander** Middle: **Molnar** Suffix:
    Provide your relative's date of birth
        Month/Day/Year: ████████
    Provide your relative's place of birth
        City: **Leesburg** State: **VA** Country: **United States**
    Provide your relative's country(ies) of citizenship

    1.  Country: **United States**

                        *(End of Provide your relative's country(ies) of citizenship List)*

    **Other Names Used**

    Has this relative used any other names?
        Yes: { } No: { x }

    **Relative Deceased Question**

Certified at 2019-09-11 16:56:29                    **PRIVACY ACT INFORMATION**
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

Electronic Questionnaires for Investigations Processing (e-QIP)　　　Page 26 of 45
Investigation Request #28812400 for Applicant SSN 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　　　Archival Copy

Is your relative deceased?
　　Yes: { } No: { x }

### Address

Provide your relative's current address
　　Street:
　　City: L

*(End of List)*

### Summary

Do you have an additional relative to enter?
　　Yes: { } No: { x }

## Section 19 - Foreign Contacts

A foreign national is defined as any person who is not a citizen or national of the U.S.

Do you have, or have you had, close and/or continuing contact with a foreign national within the last seven
(7) years with whom you, or your spouse, or legally recognized civil union/domestic partner, or cohabitant are
bound by affection, influence, common interests, and/or obligation? Include associates as well as relatives, not
previously listed in Section 18.
　　Yes: { } No: { x }

## Section 20A - Foreign Activities

Have you, your spouse or legally recognized civil union/domestic partner, cohabitant, or dependent children
EVER had any foreign financial interests (such as stocks, property, investments, bank accounts, ownership of
corporate entities, corporate interests or exchange traded funds (ETFs) held in specific geographical or economic
sectors) in which you or they have direct control or direct ownership? (Exclude financial interests in companies or
diversified mutual funds or diversified ETFs that are publicly traded on a U.S. exchange.)
　　Yes: { } No: { x }

### Foreign Financial Interests Controlled on Your Behalf

Have you, your spouse or legally recognized civil union/domestic partner, cohabitant, or dependent children
EVER had any foreign financial interests that someone controlled on your behalf?
　　Yes: { } No: { x }

### Foreign Financial Interests Real Estate

Have you, your spouse or legally recognized civil union/domestic partner, cohabitant, or dependent children
EVER owned, or do you anticipate owning, or plan to purchase real estate in a foreign country?
　　Yes: { } No: { x }

### Foreign Financial Interests - Foreign Benefit

**PRIVACY ACT INFORMATION**

Certified at 2019-09-11 16:56:29
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

As a U.S. citizen, have you, your spouse or legally recognized civil union/domestic partner, cohabitant, or dependent children received in the last seven (7) years, or are eligible to receive in the future, any educational, medical, retirement, social welfare, or other such benefit from a foreign country?

Yes: { } No: { x }

## Foreign Financial Interests - Foreign National Support

Have you EVER provided financial support for any foreign national?

Yes: { } No: { x }

## Section 20B - Foreign Business, Professional Activities, and Foreign Government Contacts

Have you in the last seven (7) years provided advice or support to any individual associated with a foreign business or other foreign organization that you have not previously listed as a former employer? (Answer 'No' if all your advice or support was authorized pursuant to official U.S. Government business.)

Yes: { } No: { x }

## Foreign Consulting

For this question, 'Immediate Family' means your spouse or legally recognized civil union/domestic partner, parents, step-parents, siblings, half and step-siblings, children, step-children, and cohabitant. Have you, your spouse, cohabitant, or any member of your immediate family in the last seven (7) years been asked to provide advice or serve as a consultant, even informally, by any foreign government official or agency? (Answer 'No' if all the advice or support was authorized pursuant to official U.S. Government business.)

Yes: { } No: { x }

## Foreign National Job Offer

Has any foreign national in the last seven (7) years offered you a job, asked you to work as a consultant, or consider employment with them?

Yes: { } No: { x }

## Other Foreign Business Ventures

Have you in the last seven (7) years been involved in any other type of business venture with a foreign national not described above (own, co-own, serve as business consultant, provide financial support, etc.)?

Yes: { } No: { x }

## Foreign Conferences, Trade Shows, Seminars, and Meetings

Have you in the last seven (7) years attended or participated in any conferences, trade shows, seminars, or meetings outside the U.S.? (Do not include those you attended or participated in on official business for the U.S. government.)

Yes: { } No: { x }

## Foreign Government Contact

For Section 20B, 'Immediate Family' means your spouse or legally recognized civil union/domestic partner, parents, step-parents, siblings, half and step-siblings, children, step-children, and cohabitant.

Certified at 2019-09-11 16:56:29                    PRIVACY ACT INFORMATION
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

Electronic Questionnaires for Investigations Processing (e-QIP)          Page 28 of 45
Investigation Request #28712690 for Applicant SSN 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          Archival Copy

Have you or any member of your immediate family in the last seven (7) years had any contact with a foreign government, its establishment (such as embassy, consulate, agency, military service, intelligence or security service, etc.) or its representatives, whether inside or outside the U.S.? (Answer 'No' if the contact was for routine visa applications and border crossings related to either official U.S. Government travel, foreign travel on a U.S. passport, or as a U.S. military service member in conjunction with a U.S. Government military duty.)
Yes: { } No: { x }

## Sponsorship of a Foreign National

Have you in the last seven (7) years sponsored any foreign national to come to the U.S. as a student, for work, or for permanent residence?
Yes: { } No: { x }

## Holding Foreign Political Office

Have you EVER held political office in a foreign country?
Yes: { } No: { x }

## Voting in a Foreign Election

Have you EVER voted in the election of a foreign country?
Yes: { } No: { x }

## Section 20C - Foreign Travel

Have you traveled outside the U.S. in the last seven (7) years?
Yes: { x } No: { }

## U.S. Government Business Travel

Has your travel in the last seven (7) years been solely for U.S. Government business/military overseas assignment on official government orders (i.e., no personal trips in conjunction with the official U.S. Government business)?
Yes: { } No: { x }

1.  You response indicates you have traveled outside of the U.S. in the last seven (7) years for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business on official government orders.
    Provide the country visited: **Mexico**
    Provide the dates of your travel to this country
        From (Month/Year): 01/2013 To (Month/Year): 01/2013
    Provide the total number of days involved in the visit
        1-5: { x }
        6-10: { }
        11-20: { }
        21-30: { }

PRIVACY ACT INFORMATION

Certified at 2019-09-11 10:56:29
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

Page 220

More than 30: { }
. Many short trips: { }
Provide the purpose of the travel to this country (check all that apply)
    Business/Professional conference: { }
    Volunteer activities: { }
    Education: { }
    Tourism: { x }
    Trade shows, conferences, and seminars: { } .
    Visit family or friends: { }
    Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
    Yes: { } No: { x }

If 'Yes' provide explanation

Certified at 2019-09-11 16:56:29                    **PRIVACY ACT INFORMATION**
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

Electronic Questionnaires for Investigations Processing (e-QIP)     Page 30 of 45
Investigation Request #28718490 for Applicant SSN 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     Archival Copy

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?

Yes: { } No: { x }

If 'Yes' provide explanation

---

2. Provide the country visited: <u>Mexico</u>

Provide the dates of your travel to this country

From (Month/Year): <u>01/2014</u> To (Month/Year): <u>01/2014</u>

Provide the total number of days involved in the visit

1-5: { x }
6-10: { }
11-20: { }
21-30: { }
More than 30: { }
Many short trips: { }

Provide the purpose of the travel to this country (check all that apply)

Business/Professional conference: { }
Volunteer activities: { }
Education: { }
Tourism: { x }
Trade shows, conferences, and seminars: { }
Visit family or friends: { }
Other: { }

---

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?

Yes: { } No: { x }

If 'Yes' provide explanation

---

While traveling to or in this country, were you involved in any encounter with the police?

Yes: { } No: { x }

If 'Yes' provide explanation

---

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?

Yes: { } No: { x }

If 'Yes' provide explanation

---

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?

Yes: { } No: { x }

If 'Yes' provide explanation

**PRIVACY ACT INFORMATION**

Certified at 2019-09-11 16:56:29
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

Page 222

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
Yes: { } No: { x }

If 'Yes' provide explanation

3.   Provide the country visited: **Mexico**
Provide the dates of your travel to this country
From (Month/Year): **01/2016** To (Month/Year): **01/2016**
Provide the total number of days involved in the visit
1-5: { x }
6-10: { }
11-20: { }
21-30: { }
More than 30: { }
Many short trips: { }
Provide the purpose of the travel to this country (check all that apply)
Business/Professional conference: { }
Volunteer activities: { }
Education: { }
Tourism: { x }
Trade shows, conferences, and seminars: { }
Visit family or friends: { }
Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
Yes: { } No: { x }

Certified at 2019-09-11 16:56:29                                    **PRIVACY ACT INFORMATION**
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

Page 223

If 'Yes' provide explanation

---

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?

Yes: { } No: { x }

If 'Yes' provide explanation

---

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?

Yes: { } No: { x }

If 'Yes' provide explanation

---

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?

Yes: { } No: { x }

If 'Yes' provide explanation

---

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?

Yes: { } No: { x }

If 'Yes' provide explanation

---

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?

Yes: { } No: { x }

If 'Yes' provide explanation

---

4.  Provide the country visited: **Mexico**
    Provide the dates of your travel to this country
        From (Month/Year): **01/2017** To (Month/Year): **02/2017**
    Provide the total number of days involved in the visit
        1-5: { x }
        6-10: { }
        11-20: { }
        21-30: { }
        More than 30: { }
        Many short trips: { }
    Provide the purpose of the travel to this country (check all that apply)
        Business/Professional conference: { }
        Volunteer activities: { }
        Education: { x }

Certified at 2019-09-11 16:58:29
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

Page 224

Electronic Questionnaires for Investigations Processing (e-QIP)                    Page 33 of 45
Investigation Request #28712490 for Applicant SSN 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                      Archival Copy

Tourism: { x }
Trade shows, conferences, and seminars: { }
Visit family or friends: { }
Other: { }

---

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
Yes: { } No: { x }

If 'Yes' provide explanation

---

While traveling to or in this country, were you involved in any encounter with the police?
Yes: { } No: { x }

If 'Yes' provide explanation

---

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
Yes: { } No: { x }

If 'Yes' provide explanation

---

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
Yes: { } No: { x }

If 'Yes' provide explanation

---

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
Yes: { } No: { x }

If 'Yes' provide explanation

---

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
Yes: { } No: { x }

If 'Yes' provide explanation

---

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
Yes: { } No: { x }

If 'Yes' provide explanation

Certified at 2019-09-11 15:56:29                              **PRIVACY ACT INFORMATION**
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

Page 225

5.   Provide the country visited: <u>Cayman Islands</u>
     Provide the dates of your travel to this country
          From (Month/Year): <u>02/2018</u> To (Month/Year): <u>02/2018</u>
     Provide the total number of days involved in the visit
          1-5: { x }
          6-10: { }
          11-20: { }
          21-30: { }
          More than 30: { }
          Many short trips: { }
     Provide the purpose of the travel to this country (check all that apply)
          Business/Professional conference: { }
          Volunteer activities: { }
          Education: { }
          Tourism: { x }
          Trade shows, conferences, and seminars: { }
          Visit family or friends: { }
          Other: { }

     While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for
     normal customs requirements) by the local customs or security service officials when entering or leaving this
     country?
          Yes: { } No: { x }

     If 'Yes' provide explanation


     While traveling to or in this country, were you involved in any encounter with the police?
          Yes: { } No: { x }

     If 'Yes' provide explanation


     While traveling to or in this country, were you contacted by, or in contact with any person known
     or suspected of being involved or associated with foreign intelligence, terrorist, security, or military
     organizations?
          Yes: { } No: { x }

     If 'Yes' provide explanation


     While traveling to, or in this country, were you involved in any counterintelligence or security issues not
     reported?
          Yes: { } No: { x }

     If 'Yes' provide explanation


     While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive
     knowledge of or undue interest in you or your job?
          Yes: { } No: { x }

PRIVACY ACT INFORMATION

Certified at 2019-09-11 18:56:29
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
Yes: { } No: { x }

If 'Yes' provide explanation

*(End of List)*

## Foreign Countries You Have Visited - Summary

Respond for the time frame of the last seven (7) years, beginning with the most recent and working backwards. (Do not list trips that ONLY involved travel on official U.S. Government business on official government orders, but you must include any personal trips made in conjunction with the official U.S. Government travel).

Do you have additional travel outside the U.S. in the last seven (7) years for other than solely U.S. Government business on official government orders?
Yes: { } No: { x }

## Section 21 - Psychological and Emotional Health

The U.S. government recognizes the critical importance of mental health and advocates proactive management of mental health conditions to support the wellness and recovery of Federal employees and others. Every day individuals with mental health conditions carry out their duties without presenting a security risk. While most individuals with mental health conditions do not present security risks, there may be times when such a condition can affect a person's eligibility for a security clearance.
Individuals experience a range of reactions to traumatic events. For example, the death of a loved one, divorce, major injury, service in a military combat environment, sexual assault, domestic violence, or other difficult work-related, family, personal, or medical issues may lead to grief, depression, or other responses. The government recognizes that mental health counseling and treatment may provide important support for those who have experienced such events, as well as for those with other mental health conditions. Nothing in this questionnaire is intended to discourage those who might benefit from such treatment from seeking it.
Mental health treatment and counseling, in and of itself, is not a reason to revoke or deny eligibility for access to classified information or for holding a sensitive position, suitability or fitness to obtain or retain Federal or contract employment, or eligibility for physical or logical access to federally controlled facilities or information systems. Seeking or receiving mental health care for personal wellness and recovery may contribute favorably to decisions about your eligibility.

### Mental Competency

Has a court or administrative agency EVER issued an order declaring you mentally incompetent?
Yes: { } No: { x }

### Ordered to Consult with a Mental Health Professional

Page 227

Has a court or administrative agency EVER ordered you to consult with a mental health professional (for example, a psychiatrist, psychologist, licensed clinical social worker, etc.)? (An order to a military member by a superior officer is not within the scope of this question, and therefore would not require an affirmative response. An order by a military court would be within the scope of the question and would require an affirmative response.)

Yes: { } No: { x }

## Hospitalized

Have you EVER been hospitalized for a mental health condition?

Yes: { } No: { x }

## Diagnosed

The following question asks whether you have been diagnosed with a specified mental health condition that may, particularly if untreated, impact your judgment, reliability, or trustworthiness. If you answer in the affirmative, we will seek additional information about the seriousness and symptoms of the condition, as well as any applicable course of treatment. It is important to note that any such diagnosis, in and of itself, is not a reason to revoke or deny eligibility for access to classified information or for holding a sensitive position, suitability or fitness to obtain or retain Federal or contract employment, or eligibility for physical or logical access to federally controlled facilities or information systems.

Have you EVER been diagnosed by a physician or other health professional (for example, a psychiatrist, psychologist, licensed clinical social worker, or nurse practitioner) with psychotic disorder, schizophrenia, schizoaffective disorder, delusional disorder, bipolar mood disorder, borderline personality disorder, or antisocial personality disorder?

Yes: { } No: { x }

## Adversely Affected

Do you have a mental health or other health condition that substantially adversely affects your judgment, reliability, or trustworthiness even if you are not experiencing such symptoms today?

Yes: { } No: { x }

Note: If your judgment, reliability, or trustworthiness is not substantially adversely affected by a mental health or other condition, then you should answer "no" even if you have a mental health or other condition requiring treatment.

For example, if you are in need of emotional or mental health counseling as a result of service as a first responder, service in a military combat environment, having been sexually assaulted or a victim of domestic violence, or marital issues, but your judgment, reliability or trustworthiness is not substantially adversely affected, then answer "no."

## Section 22 - Police Record

For this section report information regardless of whether the record in your case has been sealed, expunged, or otherwise stricken from the court record, or the charge was dismissed. You need not report convictions under the Federal Controlled Substances Act for which the court issued an expungement order under the authority of 21 U.S.C. 844 or 18 U.S.C. 3607. Be sure to include all incidents whether occurring in the U.S. or abroad.

## Police Record

Have any of the following happened? (If 'Yes' you will be asked to provide details for each offense that pertains to the actions that are identified below.)

Certified at 2019-09-11 16:56:29     **PRIVACY ACT INFORMATION**
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

Electronic Questionnaires for Investigations Processing (e-QIP)      Page 37 of 45
Investigation Request #28712400 for Applicant SSN 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       Archival Copy

- In the last seven (7) years have you been issued a summons, citation, or ticket to appear in court in a criminal proceeding against you? (Do not check if all the citations involved traffic infractions where the fine was less than $300 and did not include alcohol or drugs)
- In the last seven (7) years have you been arrested by any police officer, sheriff, marshal or any other type of law enforcement official?
- In the last seven (7) years have you been charged, convicted, or sentenced of a crime in any court? (Include all qualifying charges, convictions or sentences in any Federal, state, local, military, or non-U.S. court, even if previously listed on this form)
- In the last seven (7) years have you been or are you currently on probation or parole?
- Are you currently on trial or awaiting a trial on criminal charges?
     Yes: { } No: { x }

## Police Record (EVER)

Other than those offenses already listed, have you EVER had the following happen to you?

- Have you EVER been convicted in any court of the United States of a crime, sentenced to imprisonment for a term exceeding 1 year for that crime, and incarcerated as a result of that sentence for not less than 1 year? (Include all qualifying convictions in Federal, state, local, or military court, even if previously listed on this form)
- Have you EVER been charged with any felony offense? (Include those under the Uniform Code of Military Justice and non-military/civilian felony offenses)
- Have you EVER been convicted of an offense involving domestic violence or a crime of violence (such as battery or assault) against your child, dependent, cohabitant, spouse or legally recognized civil union/domestic partner, former spouse or legally recognized civil union/domestic partner, or someone with whom you share a child in common?
- Have you EVER been charged with an offense involving firearms or explosives?
- Have you EVER been charged with an offense involving alcohol or drugs?
     Yes: { } No: { x }

## Domestic Violence Protective Order

Is there currently a domestic violence protective order or restraining order issued against you?
     Yes: { } No: { x }

## Section 23 - Illegal Use of Drugs or Drug Activity

We note, with reference to this section, that neither your truthful responses nor information derived from your responses to this section will be used as evidence against you in a subsequent criminal proceeding. As to this particular section, this applies whether or not you are currently employed by the Federal government.
The following questions pertain to the illegal use of drugs or controlled substances or drug or controlled substance activity in accordance with Federal laws, even though permissible under state laws.

### Illegal Use of Drugs or Controlled Substances

In the last seven (7) years, have you illegally used any drugs or controlled substances? Use of a drug or controlled substance includes injecting, snorting, inhaling, swallowing, experimenting with or otherwise consuming any drug or controlled substance.
     Yes: { } No: { x }

### Illegal Drug Activity

Certified at 2019-09-11 16:56:26                                      PRIVACY ACT INFORMATION
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8456ed597b2545dcbe4b443fbdf96499229

Page 229

In the last seven (7) years, have you been involved in the illegal purchase, manufacture, cultivation, trafficking, production, transfer, shipping, receiving, handling or sale of any drug or controlled substance?

Yes: { } No: { x }

## While Possessing a Security Clearance

Have you EVER illegally used or otherwise been illegally involved with a drug or controlled substance while possessing a security clearance other than previously listed?

Yes: { } No: { x }

## Employed as Law Enforcement

Have you EVER illegally used or otherwise been involved with a drug or controlled substance while employed as a law enforcement officer, prosecutor, or courtroom official; or while in a position directly and immediately affecting the public safety other than previously listed?

Yes: { } No: { x }

## Misuse of Prescription Drugs

In the last seven (7) years have you intentionally engaged in the misuse of prescription drugs, regardless of whether or not the drugs were prescribed for you or someone else?

Yes: { } No: { x }

## Treatment for the Use of Drugs

Have you EVER been ordered, advised, or asked to seek counseling or treatment as a result of your illegal use of drugs or controlled substances?

Yes: { } No: { x }

## Voluntary Treatment

Have you EVER voluntarily sought counseling or treatment as a result of your use of a drug or controlled substance?

Yes: { } No: { x }

## Section 24 - Use of Alcohol

In the last seven (7) years has your use of alcohol had a negative impact on your work performance, your professional or personal relationships, your finances, or resulted in intervention by law enforcement/public safety personnel?

Yes: { } No: { x }

## Ordered to Seek Counseling

Have you EVER been ordered, advised, or asked to seek counseling or treatment as a result of your use of alcohol?

Yes: { } No: { x }

Certified at 2019-09-11 16:56:24   PRIVACY ACT INFORMATION
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

Page 230

### Sought Counseling or Treatment

Have you EVER voluntarily sought counseling or treatment as a result of your use of alcohol?
Yes: { } No: { x }

### EVER Received Counseling/Treatment

Have you EVER received counseling or treatment as a result of your use of alcohol in addition to what you have already listed on this form?
Yes: { } No: { x }

## Section 25 - Investigations and Clearance Record

Has the U.S. Government (or a foreign government) EVER investigated your background and/or granted you a security clearance eligibility/access?
Yes: { x } No: { }

Optional Comment

My security clearance was suspended in August 2019 following the publication of articles about me by the SPLC.

1.   You responded 'Yes' to the U.S. Government (or a foreign government) having investigated your background and/or having granted you a security clearance eligibility/access.
Provide the investigating agency
U.S. Department of Defense: { }
U.S. Department of State: { }
U.S. Office of Personnel Management: { }
Federal Bureau of Investigation: { }
U.S. Department of Treasury (Provide name of bureau): { }
U.S. Department of Homeland Security: { x }
Foreign government (Provide name of government): { }
I don't know: { }
Other (Provide explanation): { }
Explanation or name of government or bureau .

Date the investigation was completed ( I don't know: { } )
Month/Year: 04/2006 (Estimated)
Provide the name of agency that issued the clearance eligibility/access if different from the investigating agency: GSA & FPS
Provide the date clearance eligibility/access was granted ( I don't know: { } )
Month/Year: 04/2006 (Estimated)
Provide the level of clearance eligibility/access granted
None: { }
Confidential: { }
Secret: { }
Top Secret: { }
Sensitive Compartmented Information (SCI): { }
Q: { }
L: { }
I don't know: { x }

PRIVACY ACT INFORMATION

Certified at 2019-09-11 16:66:28
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

Issued by foreign country: { }
Other (Provide explanation): { }
Explanation
   Submitted background information to DHS in order to regularly access the Ronald Reagan
   Building without going through magnetometers.

2. Provide the investigating agency
   U.S. Department of Defense: { }
   U.S. Department of State: { }
   U.S. Office of Personnel Management: { }
   Federal Bureau of Investigation: { }
   U.S. Department of Treasury (Provide name of bureau): { }
   U.S. Department of Homeland Security: { x }
   Foreign government (Provide name of government): { }
   I don't know: { }
   Other (Provide explanation): { }
Explanation or name of government or bureau

Date the investigation was completed ( I don't know: { } )
   Month/Year: 09/2012
Provide the name of agency that issued the clearance eligibility/access if different from the investigating
agency: U.S. Customs & Border Protection
Provide the date clearance eligibility/access was granted ( I don't know: { } )
   Month/Year: 09/2012
Provide the level of clearance eligibility/access granted
   None: { x }
   Confidential: { }
   Secret: { }
   Top Secret: { }
   Sensitive Compartmented Information (SCI): { }
   Q: { }
   L: { }
   I don't know: { }
   Issued by foreign country: { }
   Other (Provide explanation): { }
Explanation
   U.S. Customs & Border Protection Global Entry enrollment.

3. Provide the investigating agency
   U.S. Department of Defense: { }
   U.S. Department of State: { x }
   U.S. Office of Personnel Management: { }
   Federal Bureau of Investigation: { }
   U.S. Department of Treasury (Provide name of bureau): { }
   U.S. Department of Homeland Security: { }
   Foreign government (Provide name of government): { }
   I don't know: { }
   Other (Provide explanation): { }
Explanation or name of government or bureau

Date the investigation was completed ( I don't know: { } )
   Month/Year: 04/2013 (Estimated)

Certified at 2019-09-11 16:56:29.                                        PRIVACY ACT INFORMATION
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

Page 232

Provide the name of agency that issued the clearance eligibility/access if different from the investigating agency:

Provide the date clearance eligibility/access was granted ( I don't know: { } )
    Month/Year: 04/2013

Provide the level of clearance eligibility/access granted
    None: { }
    Confidential: { }
    Secret: { }
    Top Secret: { x }
    Sensitive Compartmented Information (SCI): { }
    Q: { }
    L: { }
    I don't know: { }
    Issued by foreign country: { }
    Other (Provide explanation): { }
Explanation

4.    Provide the investigating agency
    U.S. Department of Defense: { }
    U.S. Department of State: { x }
    U.S. Office of Personnel Management: { }
    Federal Bureau of Investigation: { }
    U.S. Department of Treasury (Provide name of bureau): { }
    U.S. Department of Homeland Security: { }
    Foreign government (Provide name of government): { }
    I don't know: { }
    Other (Provide explanation): { }
Explanation or name of government or bureau

Date the investigation was completed ( I don't know: { } )
    Month/Year: 05/2019

Provide the name of agency that issued the clearance eligibility/access if different from the investigating agency:

Provide the date clearance eligibility/access was granted ( I don't know: { } )
    Month/Year: 05/2019

Provide the level of clearance eligibility/access granted
    None: { }
    Confidential: { }
    Secret: { }
    Top Secret: { x }
    Sensitive Compartmented Information (SCI): { }
    Q: { }
    L: { }
    I don't know: { }
    Issued by foreign country: { }
    Other (Provide explanation): { }
Explanation

(End of List)

**Investigation History - Summary**

Certified at 2019-09-11 16:56:23      PRIVACY ACT INFORMATION
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

Page 233

Do you have another investigation to enter?
Yes: { } No: { x }

## Denied Clearance

Have you EVER had a security clearance eligibility/access authorization denied, suspended, or revoked? (Note: An administrative downgrade or administrative termination of a security clearance is not a revocation.)
Yes: { x } No: { }

1.  You responded 'Yes' to having EVER had a security clearance eligibility/access authorization denied, suspended, or revoked.
    Provide the date security clearance eligibility/access authorization was denied, suspended or revoked
    Month/Year: 08/2019
    Provide the name of the agency that took the action: U.S. Department of State
    Provide an explanation of the circumstances of the denial, suspension or revocation action
    **Following the publication of an article about me written by the SPLC, my clearance was suspended in August 2019 during my regularly scheduled re-investigation.**

                                    *(End of List)*

## Denied Clearance - Summary

Do you have another denied, revoked or suspended security clearance eligibility/access authorization to enter?
Yes: { } No: { x }

## Government Debarment

Have you EVER been debarred from government employment?
Yes: { } No: { x }

# Section 26 - Financial Record

In the last seven (7) years have you filed a petition under any chapter of the bankruptcy code?
Yes: { } No: { x }

## Gambling

Have you EVER experienced financial problems due to gambling?
Yes: { } No: { x }

## Taxes

In the last seven (7) years have you failed to file or pay Federal, state, or other taxes when required by law or ordinance?
Yes: { } No: { x }

## Employer Travel or Credit Card

**PRIVACY ACT INFORMATION**

Page 234

In the last seven (7) years have you been counseled, warned, or disciplined for violating the terms of agreement for a travel or credit card provided by your employer?

Yes: { }  No: { x }

## Assistance for Financial Difficulties

Are you currently utilizing, or seeking assistance from, a credit counseling service or other similar resource to resolve your financial difficulties?

Yes: { }  No: { x }

## Delinquency Involving Enforcement

Other than previously listed, have any of the following happened to you? (You will be asked to provide details about each financial obligation that pertains to the items identified below)

- In the last seven (7) years, you have been delinquent on alimony or child support payments.
- In the last seven (7) years, you had a judgment entered against you. (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor).
- In the last seven (7) years, you had a lien placed against your property for failing to pay taxes or other debts. (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor).
- You are currently delinquent on any Federal debt. (Include financial obligations for which you are the sole debtor, as well as those for which you are a cosigner or guarantor).

Yes: { }  No: { x }

## Delinquency Involving Routine Accounts

Other than previously listed, have any of the following happened?

- In the last seven (7) years, you had any possessions or property voluntarily or involuntarily repossessed or foreclosed? (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor)
- In the last seven (7) years, you defaulted on any type of loan? (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor)
- In the last seven (7) years, you had bills or debts turned over to a collection agency? (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor)
- In the last seven (7) years, you had any account or credit card suspended, charged off, or cancelled for failing to pay as agreed? (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor)
- In the last seven (7) years, you were evicted for non-payment?
- In the last seven (7) years, you had your wages, benefits, or assets garnished or attached for any reason?
- In the last seven (7) years, you have been over 120 days delinquent on any debt not previously entered? (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor)
- You are currently over 120 days delinquent on any debt? (Include financial obligations for which you are the sole debtor, as well as those for which you are a cosigner or guarantor)

Yes: { }  No: { x }

## Section 27 - Use of Information Technology Systems

Certified at 2019-09-11 16:56:29                                    **PRIVACY ACT INFORMATION**
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

Electronic Questionnaires for Investigations Processing (e-QIP)      Page 45 of 45
Investigation Request #2871????  for Applicant SSN 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          Archival Copy

## Advocating Acts

Have you EVER advocated any acts of terrorism or activities designed to overthrow the U.S. Government by force?

Yes: { } No: { x }

## Member of Organization

Have you EVER been a member of an organization dedicated to the use of violence or force to overthrow the United States Government, and which engaged in activities to that end with an awareness of the organization's dedication to that end or with the specific intent to further such activities?

Yes: { } No: { x }

## Member of Organization Advocating Violence

Have you EVER been a member of an organization that advocates or practices commission of acts of force or violence to discourage others from exercising their rights under the U.S. Constitution or any state of the United States with the specific intent to further such action?

Yes: { } No: { x }

## Activities Designed to Overthrow the U.S. Government

Have you EVER knowingly engaged in activities designed to overthrow the U.S. Government by force?

Yes: { } No: { x }

## Associations

Have you EVER associated with anyone involved in activities to further terrorism?

Yes: { } No: { x }

## Additional Comments

Use the space below to continue answers to all other items and to provide any information you would like to add. Before each answer, identify the number of the item.

Note: If you do not have any additional comments to provide, click "Save" to continue.
Additional Comments

Certified at 2019-09-11 16:56:29                          **PRIVACY ACT INFORMATION**
Data Hash Code:
aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request # 28712490 for Applicant SSN 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

Page 1 of 1
Signature Forms

## Electronic Questionnaires for Investigations Processing (e-QIP) Investigation Request # 28712490

## SIGNATURE FORMS

The signature(s) in this document refer to information on forms submitted in the e-QIP Investigation Request # 28712490 . The signature on the statement below is as valid as directly signing the same statement on a printed e-QIP Investigation Request # 28712490 Official Archival Copy. This signed statement and an image of each page from the e-QIP Investigation Request # 28712490 Official Archival Copy will be considered official record.

Sign and submit all forms in this document to the office that initiated your Investigation Request.

Data Hash Code (SHA-256):
    aa72c98c37af49b0b6d95400c424d8458ed597b2545dcbe4b443fbdf96499229
Official Archival Copy PDF Hash Code (SHA-256):
    81432da0fe4afe2ba397ca71e1ce2a491eed701264c1f40c9712bdb8c240e104
Date/Time Certified in the e-QIP System: **2019-09-11 16:56:29**
Applicant's Social Security Number: 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

## Questionnaire for National Security Positions (SF86 Format)
OMB No. 3206-0005

### Certification

My statements on this form, and on any attachments to it, are true, complete, and correct to the best of my knowledge and belief and are made in good faith. I further affirm that, to the best of my knowledge, I have not included any classified information herein. I have carefully read the foregoing instructions to complete this form. I understand that a knowing and willful false statement on this form can be punished by fine or imprisonment or both (18 U.S.C. 1001). I understand that intentionally withholding, misrepresenting, falsifying, or including classified information may have a negative effect on my security clearance, employment prospects, or job status, up to and including denial or revocation of my security clearance, or my removal and debarment from Federal service.

| Signature *(Sign in ink)* | Date *(mm/dd/yyyy)* |
|---|---|
| This form was digitally signed by: **Matthew Quinn Gebert** in accordance with the Electronic Signature Act 15 U.S.C. 7001, Public Law 105-277 the Uniform Electronic Transaction Act, and other regulations governing electronic signatures and access controlled U.S. Government systems to include CFR-2004-t2o34-vol1. | 09/11/2019 |

PRIVACY ACT INFORMATION
e-QIP Document Type CER

Standard Form 86
Revised July 2017
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736
OMB No. 3206-0005

**QUESTIONNAIRE FOR
NATIONAL SECURITY POSITIONS
UNITED STATES OF AMERICA**

**AUTHORIZATION FOR RELEASE
OF MEDICAL INFORMATION
PURSUANT TO THE HEALTH INSURANCE PORTABILITY
AND ACCOUNTABILITY ACT (HIPAA)**

If you answered "Yes" to Section 21 of the Standard Form 86 (SF-86), carefully read this authorization to release information about you, then sign and date it in ink.

This is an authorization for the investigator to ask your health practitioner(s) the questions below concerning your mental health consultations. The U.S. government recognizes the critical importance of mental health and advocates proactive management of mental health conditions to support the wellness and recovery of Federal employees and others. The government recognizes that mental health counseling and treatment may provide important support for those who have experienced traumatic events, as well as for those with other mental health conditions. While most individuals with mental health conditions do not present security risks, there may be times when such a condition can affect a person's eligibility for a security clearance. Seeking or receiving mental health care for personal wellness and recovery may contribute favorably to decisions about your eligibility. Your signature will allow the practitioner(s) to answer only those questions identified below.

**Authorization**
I am seeking assignment to or retention in a national security sensitive position. As part of the investigative process, I hereby authorize the investigator, special agent, or duly accredited representative of the authorized Federal agency conducting my background investigation, reinvestigation, or ongoing evaluation (i.e., continuous evaluation) of eligibility for access to classified information or eligibility to hold a national security sensitive position to request, and my health practitioner(s) to provide, the information requested below, relating to my mental health consultations.

In accordance with HIPAA, I understand that I have the right to revoke this authorization at any time by writing to my health care provider/entity. Revocation of this authorization is not effective until received by my health care provider/entity. I understand that I may revoke this authorization, except to the extent that action has already been taken based on this authorization. Further, I understand that this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

I understand the information disclosed pursuant to this authorization is for use by the Federal Government only for purposes provided in the Standard Form 86 will no longer be covered by the HIPAA Privacy Rule, and that the Federal Government may redisclose the information as authorized by law, subject to Privacy Act safeguards.

Photocopies of this authorization with my signature are valid. This authorization is valid for one (1) year from the date signed or upon termination of my affiliation with the Federal Government, whichever is sooner.

| Signature *(Sign in ink)*<br>This form was digitally signed by: **Matthew Quinn Gebert** in accordance with the Electronic Signature Act 15 U.S.C. 7001, Public Law 105-277 the Uniform Electronic Transaction Act, and other regulations governing electronic signatures and access controlled U.S. Government systems to include CFR-2004-title34-vol1. | Full name *(Type or print legibly)*<br>Matthew Quinn Gebert | Date signed *(mm/dd/yyyy)*<br>09/11/2019 |
|---|---|---|
| Other names used | | Social Security Number |
| Current street address    Apt.#<br>505 Niven Ct SW | City *(Country)*<br>Leesburg | State<br>VA | ZIP Code<br>20175 | Telephone number<br>2028085414 |

**For Use By Practitioner(s) Only**

| Does the person under investigation have a condition that could impair his or her judgment, reliability, or trustworthiness? |
|---|
| ☐ YES   ☐ NO |
| If so, describe the nature of the condition and the extent and duration of the impairment or treatment. |
| What is the prognosis? |
| Dates of treatment? |

| Signature *(Sign in ink)* | Practitioner name | Date signed *(mm/dd/yyyy)* |
|---|---|---|

e-QIP Version 3.28
e-QIP Investigation Request # 28712490                    e-QIP Document Type MEL

Standard Form 86
Revised July 2017
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736
OMB No. 3206-0005

## QUESTIONNAIRE FOR
## NATIONAL SECURITY POSITIONS
## UNITED STATES OF AMERICA

### FAIR CREDIT REPORTING
### DISCLOSURE AND AUTHORIZATION

**Disclosure**

One or more reports from consumer reporting agencies may be obtained for employment purposes pursuant to the Fair Credit Reporting Act, codified at 15 U.S.C. § 1681 et seq.

**Purpose**

The Federal government requires information from one or more consumer reporting agencies in order to obtain information in connection with a background investigation, reinvestigation, or ongoing evaluation (i.e. continuous evaluation) of eligibility for access to classified information, or when applicable, eligibility to hold a national security sensitive position. The information obtained may be disclosed to other Federal agencies for the above purposes in fulfillment of official responsibilities to the extent that such disclosure is permitted by law. Information from the consumer report will not be used in violation of any applicable Federal or state equal employment opportunity law or regulation.

**Authorization**

I hereby authorize any investigator, special agent, or other duly accredited representative of the authorized Federal agency conducting my initial background investigation, reinvestigation, or ongoing evaluation (i.e. continuous evaluation) of my eligibility for access to classified information, or when applicable, eligibility to hold a national security sensitive position to request, and any consumer reporting agency to provide, such reports for purposes described above.

Note: If you have a security freeze on your consumer or credit report file, we will not be able to access the information necessary to complete your investigation, which can adversely affect your eligibility for a national security position. To avoid such delays, you should expeditiously respond to any requests made to release the credit freeze for the purposes as described above.

Photocopies of this authorization with my signature are valid. This authorization shall remain in effect so long as I occupy a national security sensitive position or require eligibility for access to classified information.

| Print name | Social Security Number |
|---|---|
| Matthew Quinn Gebert | |
| **Signature** *(Sign in ink)* | **Date** *(mm/dd/yyyy)* |
| This form was digitally signed by: **Matthew Quinn Gebert** in accordance with the Electronic Signature Act 15 U.S.C. 7001, Public Law 105-277 the Uniform Electronic Transaction Act, and other regulations governing electronic signatures and access controlled U.S. Government systems to include CFR-2004-title34-vol1. | 09/11/2019 |

DECLASSIFIED

e-QIP Version 3.28
e-QIP Investigation Request # 28712490

e-QIP Document Type FCR

UNCLASSIFIED

## PRIVACY ACT STATEMENT

**Authority:** The FBI's acquisition, preservation, and exchange of fingerprints and associated information is generally authorized under 28 U.S.C. 534. Depending on the nature of your application, supplemental authorities include Federal statutes, State statutes pursuant to Pub. L. 92-544, Presidential Executive Orders, and federal regulations. Providing your fingerprints and associated information is voluntary; however, failure to do so may affect completion or approval of your application.

**Principal Purpose:** Certain determinations, such as employment, licensing, and security clearances, may be predicated on fingerprint-based background checks. Your fingerprints and associated information/biometrics may be provided to the employing, investigating, or otherwise responsible agency, and/or the FBI for the purpose of comparing your fingerprints to other fingerprints in the FBI's Next Generation Identification (NGI) system or its successor systems (including civil, criminal, and latent fingerprint repositories) or other available records of the employing, investigating, or otherwise responsible agency. The FBI may retain your fingerprints and associated information/biometrics in NGI after the completion of this application and, while retained, your fingerprints may continue to be compared against other fingerprints submitted to or retained by NGI.

**Routine Uses:** During the processing of this application and for as long thereafter as your fingerprints and associated information/biometrics are retained in NGI, your information may be disclosed pursuant to your consent, and may be disclosed without your consent as permitted by the Privacy Act of 1974 and all applicable Routine Uses as may be published at any time in the Federal Register, including the Routine Uses for the NGI system and the FBI's Blanket Routine Uses. Routine uses include, but are not limited to, disclosures to: employing, governmental or authorized non-governmental agencies responsible for employment, contracting, licensing, security clearances, and other suitability determinations; local, state, tribal, or federal law enforcement agencies; criminal justice agencies; and agencies responsible for national security or public safety.

I acknowledge that I have read and understand the Privacy Act Statement in its entirety.

_Matthew J. Gebert_     9 , 11 , 2019

**Signature**                                      **Date**

_Matthew Q. Gebert_

**Printed name**

DECLASSIFIED

Page 242



U.S. Department of State

# AUTHORIZATION TO CONDUCT CRIMINAL HISTORY INQUIRY FOR SPOUSE OR COHABITANT

Carefully read this authorization to release information, then sign and date it in ink.

The Department of State is conducting a personnel security background investigation on your spouse or cohabitant to determine his or her eligibility for access to classified information. The Department must comply with Executive Order 12968 and the investigative Standards for Background Investigations for Access to Classified Information published in 32 CFR 147. As part of your spouse's or cohabitant's investigation, the Department is required to conduct a National Agency Check, without fingerprint cards, on you.

By definition, the National Agency Check consists of a review of:
(a) investigative and criminal history files of the FBI;
(b) OPM's Security/Suitability Investigations Index (SII);
(c) DoD's Defense Clearance and Investigations Index (DCII);
(d) such other national agencies checks (e.g., Joint Personnel Adjudicative System (JPAS)) as appropriate to the individual's background.

The Department defines cohabitation as living together in a spouse-like relationship. It includes the mutual assumption of those marital rights, duties and obligations which are usually manifested by married people, including but not necessarily dependent on sexual relations.

In order for the Department to conduct a review of the FBI criminal history files pertaining to you, 5 USC 9101 requires the Department to obtain your written consent. By affixing your signature below, you authorize any duly accredited representative of the Department of State to request criminal history record information about you from the FBI for the purpose of determining your spouse's or cohabitant's eligibility for access to classified information and/or assignment to, or retention in, a sensitive National Security position, in accordance with 5 USC 9101. Information we collect during an investigation may be disclosed without your consent only as permitted by the Privacy Act Routine Uses enumerated on Standard Form 86 completed by your spouse or cohabitant.

*Gebert, Matthew, Quinn*
_____
Applicant/Employee Name (Last, First, Middle)

Name of Spouse or Cohabitant (Please Print)

*GEBERT, ANNA, VUCKOVIC*

| (Last, First, Middle) | (b)(6); (b)(7)(C) |
| Social Security Number |

| (b)(6); (b)(7)(C) | (b)(6); (b)(7)(C) | USA |
| Date of Birth (mm-dd-yyyy) | Place of Birth (City, State, Country) |

Signature of Spouse or Cohabitant

_____     09/10/2019
Signature                                             Date (mm-dd-yyyy)

Privacy Act: The information solicited on this form is requested under the authority of Executive Order 12968 and as specifically noted in 5 U.S.C. 9101. The primary purpose for soliciting this information is to obtain written consent to conduct FBI criminal history checks on the spouse/cohabitant of the subject of a personnel security investigation for a national security position. The information collected on this form may be made available as a routine use to other government agencies to assist the U.S. Department of State in conducting personnel background investigations and for law enforcement and administrative purposes. Failure to provide the information requested on this form may result in the administrative withdrawal of security clearance processing for the applicant/employee. Disclosure of this information is mandatory to comply with investigative standards set forth in Executive Order 12968.

DS-7601
04-2009

DECLASSIFIED

Evan Andrew Parke

Parke Pllc

202-316-7324

evan@parkepllc.com

DECLASSIFIED

Page 244



DECLASSIFIED

United States Department of State

Washington, D.C.   20520

## MEMORANDUM

**TO:**  U.S. Department of State
Bureau of Diplomatic Security
ATTN: DS/PSS/AA
P.O. Box 13285
Arlington, VA 22219-3285

**FROM:**  Mr. Matthew Q. Gebert

**SUBJECT:**  Acknowledgement of Receipt

1. I hereby acknowledge receipt and understanding of the memorandum advising that my security clearance is suspended pending the outcome of an ongoing DS investigation.

2. I understand that all security concerns must be thoroughly vetted before a security determination will be made regarding my continued eligibility for access to classified information.

_____
(Signature)

Matthew Q. Gebert
(Printed Name)

21 Aug 2019
(Date)

DECLASSIFIED

SENSITIVE BUT UNCLASSIFIED

Page 245

HROnline Report Print                                                          Page 1 of 2

Department of State
EMPLOYEE PROFILE

DECLASSIFIED

| | | |
|---|---|---|
| Report ID: EMPLOYEE PROFILE | | Page No. 1 |
| Oprid: (b)(6), | | Run Date: 08/09/2019 |
| Emplid: (b)(6), | | Run Time: 15:42:49 |
| Name: GEBERT,MATTHEW QUINN | | |

| | | | |
|---|---|---|---|
| SSN: ****-**- | DOB: | SCD: 05/19/2013 | ST: A |
| LEGLRS: | MARITAL ST: M | EOD-FS: | SEX: M |
| HMLVRES: | | EOD-DP: 05/19/2013 | VET: 1 |
| BIRTHPL: NC | | PP-CL: GS 13 | |
| TEN: 21 | | EMP. PROGRAM: Not Applicable | |
| TYPE APPT: Career (Competitive Svc Perm) | | | |
| TOURTYP: - | | SALARY: $109,088.00 | STEP: 04 |
| SKILL1: | | TED: | AGN: ST 00 |
| SKILL2: | | EXLIMAPP: | WGI DUE:05/23/2021 |
| SKILL3: | | CURORG: 025320 - ENR/EDP/MEA | FEGLI: C0 |
| DIPLOMATIC TITLE: | | POSNO: S0308700 | FEHB: |

| PAST ASSIGN | DATE | POSTION SKILL | POSITION TITLE | WORKING TITLE | GRADE | DATE |
|---|---|---|---|---|---|---|
| ENR/EDP/MEA | 05/16 | | FOREIGN AFFAIRS OFFICER | | GS 13 | 05/16 |
| ENR/EDP/MEA | 05/15 | | FOREIGN AFFAIRS OFFICER | | GS 12 | 05/15 |
| ENR/EDP/MEA | 05/15 | | FOREIGN AFFAIRS OFFICER | | GS 11 | 05/14 |
| ENR/EDP/MEA | 05/14 | | FOREIGN AFFAIRS OFFICER | | GS 09 | 05/13 |
| ENR/EDP/MEA | 05/13 | | FOREIGN AFFAIRS OFFICER | | | |

**DETAIL (TEMPORARY DUTY) HISTORY**

| PAST ASSIGN | DATE | POSTION SKILL | POSITION TITLE | WORKING TITLE | NTE |
|---|---|---|---|---|---|

| | <--CURRENT--> | | <--HIGH--> | | |
|---|---|---|---|---|---|
| LANGUAGES | SP/RD | DATE | SP/RD | DATE | AWARDS | DATE | MSI/QSI |

| LANGUAGES | SP/RD | DATE | SP/RD | DATE | AWARDS | DATE | MSI/QSI |
|---|---|---|---|---|---|---|---|
| MLAT: | | | | | GROUP - SUP HON W/CASH CS | 06/2019 | |
| | | | | | HONOR - SUP W/CASH (CS) | 06/2019 | |
| | | | | | EXTRA MILE AWARD | 04/2016 | |
| | | | | | HONOR - SUP W/CASH (CS) | 11/2015 | |

| DEPENDENT NAME | RELATION | DOB | COURSE | EMP-IN-SERV-TRAIN | DATE |
|---|---|---|---|---|---|
| | | | EX250 | Counterintelligence Awareness | 06/12/2019 |
| | | | HT401 | High Threat Security Overseas | 06/10/2019 |
| | | | RV105 | Early/Mid-Career Retirement PI | 05/03/2019 |
| | | | EX250 | Counterintelligence Awareness | 07/02/2018 |
| | | | EX250 | Counterintelligence Awareness | 07/07/2017 |
| | | | PK245 | Basic Leadership Skills | 12/16/2016 |
| | | | PT401 | No FEAR Act Training | 10/13/2016 |
| | | | PK323 | Classified and SBU Info; ID an | 09/30/2016 |
| | | | EX250 | Counterintelligence Awareness | 07/18/2016 |
| | | | PE137 | Energy; Power Generation | 07/15/2016 |
| | | | EXWKP1001 | Asia Energy Issues Workshop | 03/09/2016 |
| | | | RV105 | Mid-Career Retirement Planning | 11/10/2015 |
| | | | PE228 | Washington Energy Seminar | 08/19/2015 |
| | | | EX250 | Counterintelligence Awareness | 08/04/2015 |
| | | | ASSCA6002 | SCA: South Asia Sub-Continent | 05/01/2015 |
| | | | PT216 | 7 Habits of Highly Effective P | 04/17/2015 |
| | | | PD542 | Emergency Preparedness Basics | 11/21/2014 |
| | | | HT401 | High Threat Security Overseas | 09/23/2014 |
| | | | EX250 | Counterintelligence Awareness | 09/03/2014 |
| | | | PE127 | Petroleum and Gas Industry | 05/01/2014 |
| | | | PA451 | Ethics Orientation for New Emp | 04/11/2014 |
| | | | PN228 | Organizational Presidential Mngt | 10/18/2013 |

DECLASSIFIED

WARNING: Disclose to Authorized Persons Only (22CFR 6A)
Contains Information Protected by the Privacy Act of 1974

https://hrweb.hr.state.sbu/prd/hronline/circuits/EP/index.cfm?action=report.ee_profile&men    8/9/2019

Page 246

## ROUTING AND TRANSMITTAL SLIP

Date: 08/14/19

TO: (Name, office symbol, room number, building, Agency/Post)

| | | Initials | Date |
|---|---|---|---|
| | | (b)(6); (b)(7)(C) | |
| 1. | (b)(6); (b)(7)(C) | | 08/14/2019 |
| 2. | (b)(6); (b)(7)(C) | | 08/15/2019 |
| 3. | (b)(6); (b)(7)(C) | | 08/15/2019 |
| 4. | (b)(6); (b)(7)(C) | | |
| 5. | Todd J. Brown | | |

| | | | | | |
|---|---|---|---|---|---|
| X | Action | | File | | Note and Return |
| X | Approval | | For Clearance | | Per Conversation |
| | As Requested | | For Correction | | Prepare Reply |
| | Circulate | | For Your Information | | See Me |
| | Comment | | Investigate | | Signature |
| | Coordination | | Justify | | |

REMARKS

**GEBERT, Matthew Q.**
**(Suspension Package)**

Adjudicator: (b)(6); (b)(7)(C)

DS/DO/OSI awaiting referral from PSS/?

Please ensure that PDAS/DSS is informed when Mr. Gebert's suspension is served. Pencil (b)(6); (b)(7)(C)

DO NOT use this form as a RECORD of approvals, concurrences, disposals, clearances, and similar actions

FROM: (Name, org. symbol, Agency/Post)

Room No. - Bldg.

Phone No.

OPTIONAL FORM 41 (Rev. 1-94)
Prescribed by GSA

Page 247

SENSITIVE BUT UNCLASSIFIED

DECLASSIFIED

**DISTRIBUTION**
1 – PSS File

**CLEARANCES**
DS/SI: (b)(6),
DS/SI/PSS: (b)(6); (b)(7)(C)
L/M/DS: (b)(6); (b)(7)(C)
DS/PSS/AA: (b)(6); (b)(7)(C)

**DRAFTER**
DS/PSS/AA: (b)(6); (b)(7)(C)
Date: 08/12/2019
Ref: GEBERT, Matthew Q. (Suspension Package)

DECLASSIFIED

SENSITIVE BUT UNCLASSIFIED

HROnline Report Print                                                                          Page 2 of 2

Department of State
EMPLOYEE PROFILE

Report ID: EMPLOYEE PROFILE                                                          Page No. 1
Oprid: (b)(6)                                                                        Run Date: 08/09/2019
Emplid: (b)(6)                                                                       Run Time: 15:42:49
Name: GEBERT,MATTHEW QUINN

------------------------------------------------------------------------------------

| COURSE | EMP-IN-SERV-TRAIN | DATE |
|--------|-------------------|------|
| PP204 | Congressional Relations | 09/27/2013 |
| PN127 | Civil Service Orientation | 08/23/2013 |
| PE228 | Washington Energy Seminar | 07/03/2013 |
| PT401 | No FEAR Act Training | 06/06/2013 |

------------------------------------------------------------
WARNING: Disclose to Authorized Persons Only (22CFR 6A)
Contains Information Protected by the Privacy Act of 1974

DECLASSIFIED

United ... tes Department of State

*Washington, D.C. 20520*

DECLASSIFIED

AUG 1 6 2019

**SENSITIVE BUT UNCLASSIFIED**

**ACTION MEMO FOR DIRECTOR TODD J. BROWN – DS/DSS**

**FROM:**    DS/SI – [b)(6); (b)(7)(C)]

**SUBJECT:**    PSS Security Clearance Suspension Recommendation (SBU)
GEBERT, Matthew Q.

**Recommendation**

(SBU) That you suspend Mr. GEBERT's Top Secret security clearance.

[b)(6); (b)(7)(C)]

Approved _____    Disapproved _____

**Background**

(SBU) Mr. Matthew Q. Gebert is a GS-13 Foreign Affairs Officer assigned to the Bureau of Economic Growth, Energy, and the Environment in the office of ENR/EDP/EMA. He entered on duty with the Department on May 19, 2013. He has an active Top Secret clearance and his most recent background investigation was completed on May 9, 2019.

(SBU) On August 7, 2019, the Southern Poverty Law Center's (SPLC) Hatewatch blog published an online article entitled "U.S. State Department Official Involved in White Nationalist Movement, Hatewatch Determines". The article detailed the methodology and results of an extensive investigation and reported that under a pseudonym, Mr. Gebert oversaw the Washington, D.C.-area chapter of a white nationalist organization, hosted white nationalists at his home and published white nationalist propaganda online. The article also detailed the efforts by Mr. Gebert to keep these activities secret because, in his view, they might cost him his career. Excerpts from the article include:

- Mr. Gebert uses "Coach Finstock" as a pseudonym. Through that alias, he expressed a desire to build a country for whites only. He stated in a May 2018 white nationalist podcast "[Whites] need a country of our own with nukes, and we will retake this thing lickety split ...That's all that we need. We need a country founded for white people with a nuclear deterrent. And you watch how the world trembles."
- A post Mr. Gebert made as "Finstock" on a white nationalism-focused forum called The Right Stuff suggests his radicalization started in 2015, two years after he started his job with the Department. "I got into this [movement] and off the conservative reservation in 2015," he wrote in January 2018, in "The Right Stuff," a white supremacist, neo-fascist blog and podcast network.
- Sources told Hatewatch that Mr. Gebert's wife, [b)(6); (b)(7)(C)]

**SENSITIVE BUT UNCLASSIFIED**

SENSITIVE BUT UNCLASSIFIED

(b)(6); (b)(7)(C)

- In addition to hosting meet-ups and publishing calls for recruitment, Mr. Gebert contributed to a podcast called "The Fatherland," speaking under the name "Coach Finstock," and discussed attending the deadly "Unite the Right" rally on August 12, 2017, in Charlottesville, Virginia. He described himself as wearing a hat and sunglasses that day to avoid being identified. "I came back in one piece. Un-doxxed. Knock on wood," Mr. Gebert said as "Coach Finstock," referring to the fact that he managed to avoid being identified in the crowd. "Un-arrested. Just with some mild war wounds that frankly I'm kind of proud of."

- One of the sources who attended a gathering with other white nationalists at Mr. Gebert's Leesburg home recalled the host putting in place a rule limiting photography there. The source said Gebert pushed this rule among other white nationalists to keep from having his identity exposed.

- Using a pseudonym, Mr. Gebert expressed an understanding that his connections to white nationalism could end his [Department] career. "There are bigger things than a career and a paycheck, and I don't want to lose mine," Mr. Gebert said as "Coach Finstock" on an episode of "The Fatherland" recorded in August 2017, referring to his commitment to white nationalism. "I am prepared to lose mine. Because this is the most important thing to me in my life … in tandem with my family, of course."

(SBU) Mr. Gebert recently underwent a routine periodic background reinvestigation that was completed on May 9, 2019 and favorably adjudicated on June 7, 2019. As part of that investigation, Mr. Gebert was interviewed on January 28, 2019. Prior to the commencement of the interview, Mr. Gebert was informed about the importance of candor during the interview and specifically advised that 18 U.S.C. § 1001 makes it a crime to knowingly falsify or conceal material facts related to the investigation.

(SBU) Since the publication of the SPLC article on August 7, 2019, DS has confirmed that Mr. Gebert is the same person known by the pseudonym "Coach Finstock". He has moved his family to an undisclosed location and been placed on 30 days of Administrative leave to allow sufficient time for an inquiry by Diplomatic Security. The referenced inquiry was undertaken by DS/TIA/PII to ensure his safety and that of his family.

(SBU) The information received to date indicates that Mr. Gebert deliberately concealed and omitted information regarding his and his spouse's involvement with white nationalist organizations and activities when, in response to questions posed by background investigators in January 2019, in his subject interview, he was asked if he had any association with any person, group or business venture that could be used, even unfairly, to criticize, impugn or attack his character or qualifications for a government position. He was also asked if he was aware of people or organizations that would take steps, overtly or covertly, fairly or unfairly, to criticize or oppose his employment in a government position. In addition, he was asked if there was any other information, including information regarding other members of his family that could suggest a conflict of interest or be a possible source of embarrassment to him, the Department or to the United States. In each instance, he responded in the negative, despite the fact that his wife

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

was similarly engaged, under a pseudonym as a blogger and Twitter personality promoting the white nationalist movement. Having reportedly admitted that his engagement in white nationalist activities, if known, could cost him his job, he presumably would also have known that his wife's engagement in these activities might be a possible source of embarrassment to the Department.

(SBU)  Further, there is credible information that, in conducting his white nationalist activities under a pseudonym and taking efforts to disguise his appearance and avoid being photographed at white nationalist events, Mr. Gebert was attempting to conceal information about his personal conduct which, if known, could affect his personal, professional, or community standing.  In fact, when information became public about Mr. Gebert's concealed white nationalist activities, it was broadly used by the media and public at large to "criticize, impugn or attack his character or qualification for a government position." These reactions were apparently sufficiently pervasive and intense that they led him immediately to depart work following the publication of the article and relocate his family to a secret location.  Given that Mr. Gebert had taken significant efforts to keep his white nationalist activities secret, presumably in part to avoid these kinds of consequences, and that he reportedly stated that he did not want to lose his job, these concealed activities created a vulnerability to exploitation, manipulation or duress by a foreign intelligence entity or other individual or group.

(U) National Security Adjudicative Guideline E:  Personal Conduct states that "Conduct involving questionable judgment, lack of candor, dishonesty, or unwillingness to comply with rules and regulations can raise questions about an individual's reliability, trustworthiness, and ability to protect classified or sensitive information.  Of special interest is any failure to cooperate or provide truthful and candid answers during a national security investigative or adjudicative processes."  Among the conduct that "will normally result in an unfavorable national security eligibility determination [or] security clearance action" is:

*15 (b) refusal to provide full, frank, and truthful answers to lawful questions of investigators, security officials, or other official representatives in connection with a personnel security or trustworthiness determination.*

Furthermore, under Guideline E, the following are among the conditions that could raise a security concern and may be disqualifying:

*16 (b) deliberately providing false or misleading information; or concealing or omitting information, concerning relevant facts to an employer, investigator, security official, competent medical or mental health professional involved in making a recommendation relevant to a national security eligibility determination, or other official government representatives;*

*16 (e) personal conduct, or concealment of information about one's conduct, that creates a vulnerability to exploitation, manipulation, or duress by a foreign intelligence entity or other individual or group.  Such conduct includes: (1) engaging in activities which, if known, could affect the person's personal, professional, or community standing.*

(SBU) Following a preliminary investigation and a review of the information described and referenced above as they pertain to the applicable National Security Adjudicative

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

Guidelines, the Office of Personnel Security and Suitability recommends the immediate suspension of Mr. Gebert's Top Secret security clearance pending the conclusion, review, and vetting of a full investigation.

Attachments:
    Tab 1 – The Southern Poverty Law Center (SPLC) (U)
    Tab 2 – DS/SI/PSS Report of Investigation, Pages 7, 8 and 16 (SBU)
    Tab 3 – Letter to Mr. Gebert (SBU)

DECLASSIFIED

SENSITIVE BUT UNCLASSIFIED

Page 253



UNCLASSIFIED
Official - Privacy/PII

(b)(6), (b)(7)(C)

**From:**        DS Director Office of Personnel Security and Suitability
**Sent:**        Monday, August 05, 2019 10:16 AM
**To:**          Gebert, Matthew Q
**Subject:**     Notification of Lift of Assignment Restriction to Serbia:  GEBERT, Matthew Q.
**Attachments:** GEBERT, Matthew Q. - LIFT 2019.pdf

The Bureau of Diplomatic Security, Office of Personnel Security and Suitability (DS/SI/PSS), has recently evaluated your background to determine if an assignment restriction is warranted.  Please find attached the official notification, indicating the overall decision.

You will find the necessary contact information at the bottom of the notification, should you have any questions, comments, or concerns.

**Office of Personnel Security and
Suitability
Bureau of Diplomatic Security
U.S. Department of State**

Email: DSDirectorPSS@state.gov | Website: https://intranet.ds.state.sbu/DS/SI/PSS/default.aspx.

SENSITIVE BUT UNCLASSIFIED//PRIVACY/PII

Official - Privacy/PII
UNCLASSIFIED

(b)(6), (b)(7)(C)

UNCLASSIFIED
Official - Privacy/PII                                    1

(b)(6); (b)(7)(C)

| | |
|---|---|
| **From:** | Microsoft Outlook O365 |
| **To:** | Gebert, Matthew Q |
| **Sent:** | Monday, August 05, 2019 10:16 AM |
| **Subject:** | Delivered: Notification of Lift of Assignment Restriction to Serbia:  GEBERT, Matthew Q. |

**Your message has been delivered to the following recipients:**

Gebert, Matthew Q (GebertMQ@state.gov)

Subject: Notification of Lift of Assignment Restriction to Serbia: GEBERT, Matthew Q.

DECLASSIFIED

1



**United States Department of State**

*Washington, D.C. 20522*

**SENSITIVE BUT UNCLASSIFIED**

TO:       Mr. Matthew Q. Gebert                                          AUG 1 2019

FROM:   DS/SI/PSS – Douglas P. Quiram

SUBJECT:   Removal of Restriction from Assignment to Serbia

The Bureau of Diplomatic Security, Office of Personnel Security and Suitability (DS/SI/PSS), performed a reevaluation of your background investigation to determine whether an assignment restriction was still warranted.

A thorough review of your security file disclosed that you are currently restricted from assignment to Serbia; however, DS/SI/PSS has determined there are no longer any circumstances that raise a security concern with regards to you being posted there. Effective immediately, DS/SI/PSS has removed your assignment restriction.

DS/SI/PSS will continue to monitor your eligibility for worldwide assignment and will conduct reassessments upon the receipt of updated information. You are reminded to immediately report any substantial financial interests that you possess in a foreign country; relatives, cohabitants, or associates who are directly connected with a foreign government; or the existence of any circumstances that could make you potentially vulnerable to coercion, exploitation, or pressure from a foreign government.

If you have any questions concerning the assignment restriction process, or the overall determination in regards to your assignment restriction, please contact Regina Vogt of my staff, at DS/SI/PSS, by email to DSDirectorPSS@state.gov.

CIVIL
SERVICE

**SENSITIVE BUT UNCLASSIFIED**

**United States Department of State**

*Washington, D.C. 20520*

SENSITIVE BUT UNCLASSIFIED

DECISION MEMO FOR DIRECTOR DOUGLAS P. QUIRAM – DS/SI/PSS

SUBJECT:    Restriction Lift Recommendation
            GEBERT, Matthew Quinn

Recommendation:  That you formally lift Mr. Gebert's restriction from assignment to Serbia.

(b)(6); (b)(7)(C)

Approve _____        Disapprove _____

Background:

Mr. Gebert is a Foreign Affairs Officer, posted domestically in Washington D.C., and was granted continued access to Top Secret information on 06/07/2019. He was initially restricted from assignment to Serbia on 04/19/2013, relative to his positon as an FAO, Presidential Management Fellow.

- Mr. Gebert's spouse is a citizen of the United States and Serbia; she derived her Serbian citizenship from her parents.
- Mr. Gebert's children that are citizens of the United States and Serbia; they derived their Serbian citizenship from Mr. Gebert's spouse.
- Mr. Gebert's spouse and two of the children currently maintain Serbian passports however they do not use them for travel.
- Mr. Gebert's in-laws are citizens of the United States and Serbia, residing in the United States.
- On 05/06/2019, DS/DO/CI recommended that Mr. Gebert continue to be restricted from assignment to Serbia.
- On 06/06/2019, the DS/SI/PSS Adjudications Roundtable recommended that the current assignment restriction to Serbia be lifted.



SENSITIVE BUT UNCLASSIFIED



DECLASSIFIED

DRAFTED:
DS/SI/PSS: (b)(6); (b)(7)(C)

CLEARED:
DS/SI/PSS: (b)(6); (b)(7)(C)   Division Chief
DS/SI/PSS (b)(6); (b)(7)(C)   Team Leader

DECLASSIFIED

HROnline Report Print                                                                  Page 1 of 2



Department of State
*EMPLOYEE PROFILE*

Repon ID: EMPLOYEE PROFILE                                                          Page No. 1
Oprid: (b)(6)                                                                       Run Date: 06/27/2019
Emplid: (b)(6)                                                                      Run Time: 08:40:05
Name: GEBERT,MATTHEW QUINN

SSN: ****.*                              SCD: 05/19/2013                    ST: A
LEGLRS:                 MARITAL ST: M    EOD-FS:                            SEX: M
HMLVRES:                                 EOD-DP: 05/19/2013                 VET: 1
BIRTHPL: NC                              PP-CL: GS 13
TEN: 21                                  EMP. PROGRAM: Not Applicable
TYPE APPT: Career (Competitive Svc Perm)
TOURTYP: -                               SALARY: $109,088.00               STEP: 04
SKILL1:                                  TED:                              AGN: ST 00
SKILL2:                                  EXLIMAPP:                         WGI DUE:05/23/2021
SKILL3:                                  CURORG: 025320 - ENR/EDP/MEA      FEGLI: C0
DIPLOMATIC TITLE:                        POSNO: S0308700                   FEHB:

PAST ASSIGN   DATE   POSTION SKILL   POSITION TITLE          WORKING TITLE   GRADE   DATE
ENR/EDP/MEA   05/16                  FOREIGN AFFAIRS OFFICER                  GS 13   05/16
ENR/EDP/MEA   05/15                  FOREIGN AFFAIRS OFFICER                  GS 12   05/15
ENR/EDP/MEA   05/15                  FOREIGN AFFAIRS OFFICER                  GS 11   05/14
ENR/EDP/MEA   05/14                  FOREIGN AFFAIRS OFFICER                  GS 09   05/13
ENR/EDP/MEA   05/13                  FOREIGN AFFAIRS OFFICER

DETAIL (TEMPORARY DUTY) HISTORY
PAST ASSIGN   DATE   POSTION SKILL   POSITION TITLE          WORKING TITLE   NTE
              <—CURRENT—>   <—HIGH—>
LANGUAGES     SP/RD   DATE   SP/RD   DATE   AWARDS                    DATE        MSI/OSI
MLAT:                                       GROUP - SUP HON W/CASH CS  06/2019
                                            HONOR - SUP W/CASH (CS)    06/2019
                                            EXTRA MILE AWARD           04/2016
                                            HONOR - SUP W/CASH (CS)    11/2015

DEPENDENT NAME        RELATION     DOB      COURSE     EMP-IN-SERV-TRAIN           DATE
                                            EX250      Counterintelligence Awareness      06/12/2019
                                            HT401      High Threat Security Overseas      06/10/2019
                                            RV105      Early/Mid-Career Retirement Pl     05/03/2019
                                            EX250      Counterintelligence Awareness      07/02/2018
                                            EX250      Counterintelligence Awareness      07/07/2017
                                            PK245      Basic Leadership Skills            12/16/2016
                                            PT401      No FEAR Act Training               10/13/2016
                                            PK323      Classified end SBU Info: ID an     09/30/2016
                                            EX250      Counterintelligence Awareness      07/18/2016
                                            PE137      Energy: Power Generation           07/15/2016
                                            EXWKP1001  Asia Energy Issues Workshop        03/09/2016
                                            RV105      Mid-Career Retirement Planning     11/10/2015
                                            PE228      Washington Energy Seminar          08/19/2015
                                            EX250      Counterintelligence Awareness      08/04/2015
                                            ASSCA6002  SCA: South Asia Sub-Continent      05/01/2015
                                            PT216      7 Habits of Highly Effective P     04/17/2015
                                            PD542      Emergency Preparedness Basics      11/21/2014
                                            HT401      High Threat Security Overseas      09/23/2014
                                            EX250      Counterintelligence Awareness      09/03/2014
                                            PE127      Petroleum and Gas Industry         05/01/2014
                                            PA451      Ethics Orientation for New Emp     04/11/2014
                                            PN120a     Orientation Presidential Mngt      10/18/2013

WARNING: Disclose to Authorized Persons Only (22CFR 6A)
Contains Information Protected by the Privacy Act of 1974

HROnline Report Print                                                                    Page 2 of 2



Department of State
EMPLOYEE PROFILE

Report ID: EMPLOYEE PROFILE                                                              Page No. 1
Oprid: (b)(6),                                                                           Run Date: 06/27/2019
Emplid: (b)(6),                                                                          Run Time: 08:40:05
Name: GEBERT,MATTHEW QUINN

| COURSE | EMP-IN-SERV-TRAIN | DATE |
|--------|-------------------|------|
| PP204 | Congressional Relations | 09/27/2013 |
| PN127 | Civil Service Orientation | 08/23/2013 |
| PE228 | Washington Energy Seminar | 07/03/2013 |
| PT401 | No FEAR Act Training | 06/06/2013 |

WARNING: Disclose to Authorized Persons Only (22CFR 6A)
Contains Information Protected by the Privacy Act of 1974

Page 260

UNCLASSIFIED
Official - SBU



(b)(6); (b)(7)(C)

| | |
|---|---|
| **From:** | DS CLEARANCE NOTIFICATION |
| **Sent:** | Friday, June 7, 2019 8:33 AM |
| **To:** | Gebert, Matthew Q |
| **Cc:** | DS_SSO |
| **Subject:** | (SLE) Tier 5 Reinvestigation Completed: GEBERT, Matthew Quinn |
| **Importance:** | High |

# OFFICE OF PERSONNEL  SECURITY & SUITABILITY

This message is to notify you that you have been successfully granted continued access eligibility to classified information up to and including the **TOP SECRET** level based upon a Tier 5 Reinvestigation (T5R) completed on **05/09/2019.** Your next T5R will be initiated in approximately **12/2023.**

Please be advised that your restriction from assignment to Serbia is currently being re-evaluated. Upon receipt of the Director's disposition, you will be notified of the final determination whether to continue or lift your restriction.

Office of Personnel Security and Suitability | Operations Division | Customer Service Center
(866)643-4636 | (571)345-3186 | securityclearance@state.gov | intranet

This is a send-only mailbox. Please do not reply to this message.

**Official – SBU (Sensitive-Law Enforcement)**
**UNCLASSIFIED**

Official - SBU (Sensitive-Law Enforcement)
UNCLASSIFIED



(b)(6); (b)(7)(C)

UNCLASSIFIED
Official - SBU

1

258

<u>UNCLASSIFIED/SBU</u>



U.S. Department of State
Office of Personnel Security and Suitability
Tier 2 Adjudicative Analysis

Subject: **GEBERT, Matthew Quinn**
Date of Birth ▓▓▓▓
Place of Birth ▓▓▓▓
Duty Position: **FAO**
Country of Citizenship: **United States of America**
Final Recommendation: **Continue Access** ← LEFT RESTRICTION – SERBIA

Investigation Opened: **11/13/2018**
Investigation Closed: **5/9/2019**
Access Level Requested: **Top Secret**
Scope of Investigation: **T5 PR**
SCI Determination: **Eligible**

OFI-79 Notification:
**1; Clearance Granted**

**Historical Abstract**

- Subject has been continuously employed with DOS since 05/2013.
- Subject has been restricted from assignment to Serbia since 04/19/2013.
- Prior Investigations:
  - DOS │ Re-Validation │ Top Secret │ April 06, 2015
  - DOS │ SSBI │ Top Secret │ April 19, 2013

**Adjudicative Guideline(s):**

**<u>Guideline B: Foreign Influence</u>**

6.*The Concern.* Foreign contacts and interests, including, but not limited to, business, financial, and property interests, are a national security concern if they result in divided allegiance. They may also be a national security concern if they create circumstances in which the individual may be manipulated or induced to help a foreign person, group, organization, or government in a way inconsistent with U.S. interests or otherwise made vulnerable to pressure or coercion by any foreign interest. Assessment of foreign contacts and interests should consider the country in which the foreign contact or interest is located, including, but not limited to, considerations such as whether it is known to target U.S. citizens to obtain classified or sensitive information

**UNCLASSIFIED/SBU**

or is associated with a risk of terrorism.

*7. Conditions that could raise a security concern and may be disqualifying include:*

(a) contact, regardless of method, with a foreign family member, business or professional associate, friend, or other person who is a citizen of or resident in a foreign country if that contact creates a heightened risk of foreign exploitation, inducement, manipulation, pressure, or coercion;

(b) connections to a foreign person, group, government, or country that create a potential conflict of interest between the individual's obligation to protect classified or sensitive information or technology and the individual's desire to help a foreign person, group, or country by providing that information or technology;

**Statement of Facts Regarding Security Concern(s)**

- Subject's spouse is a natural born U.S. citizen, who is a dual citizen with the U.S./Serbia.
- Two of Subject's three children are dual U.S./Serbia citizens.
- Subject's mother-in-law and father-in-law were born in Serbia, and are dual U.S./Serbian citizens, residing in the U.S. Subject's sister-in-law was born in the U.S., is a dual U.S./Serbian citizen, and resides in the U.S. Subject's uncle-by-marriage, is a dual U.S./Serbian citizen, residing in Serbia. This contact's wife and children are also dual U.S./Serbian citizens, residing in the U.S. Subject stated that he has no contact with the wife and child of his uncle-by-marriage. Subject stated that he has ceased contact with all foreign citizens listed on his previous SF86. No foreign government or military affiliations noted.
- Subject listed in-scope foreign travel. No issues noted.

On 05/06/2019, DS/DO/CI had no objection to Subject's continued national security eligibility at the Top Secret level and recommended that Subject be restricted from assignments to Serbia.

*8. Conditions that could mitigate security concerns include:*

(a) the nature of the relationships with foreign persons, the country in which these persons are located, or the positions or activities of those persons in that country are such that it is unlikely the individual will be placed in a position of having to choose between the interests of a foreign individual, group, organization, or government and the interests of the United States;

(b) there is no conflict of interest, either because the individual's sense of loyalty or obligation to the foreign person, or allegiance to the group, government, or country is so minimal, or the individual has such deep and longstanding relationships and loyalties in the United States, that the individual can be expected to resolve any conflict of interest in favor of the U.S. interest;

**UNCLASSIFIED/SBU**

**Analysis of Mitigating Factor(s) or Lack Thereof**

- Guideline B: Foreign Influence is mitigated.
- **Adjudicator disagrees with CI's recommendation** that Subject continue to be restricted from assignment to Serbia and recommends that Subject's assignment restriction be lifted. Subject is a Foreign Affairs Officer - GS, who is posted domestically. Subject's in-laws are all naturalized citizens, residing in the U.S., and who have no foreign government or military affiliations. Subject has no foreign contacts or foreign family members in Serbia with whom he has close and/or continuing relationships. While Subject's wife and children may have Serbian passports, they have never used those passports and, in fact, neither Subject, nor his family, have ever traveled to Serbia. Subject has no known or reported substantial business, financial, or property interests in a foreign country, that could make him vulnerable to foreign influence. There was no validated information presented or revealed that would indicate that Subject would be vulnerable to pressure or coercion by any foreign interest.

---

**5 CFR 731.202 - Criteria for making suitability determinations.**

*GEBERT, Matthew Quinn has __no__ unfavorable suitability factors pertaining to 5 CFR 731.202.*

---

**3 FAM 4130 - Standards for Appointment and Continued Employment**

*GEBERT, Matthew Quinn has __no__ unfavorable suitability factors pertaining to 3 FAM 4130.*

---

**Adjudicator Comments:**

- Financial History disclosed a record. Please see ROI pp. 17-19 for details: Financial transfers conducted for purposes of Subject's former employment with USEA/USAID from 02/2006 to 05/2013.

---

**Determination:** *Recommend Continue Access*

This adjudicative analysis is clearly consistent with the interest of national security as delineated under the provisions of E.O. 10450 and E.O. 12968; and is clearly consistent with the interest of national security for those that impact on the potential risk of the integrity, efficiency or effectiveness of Government activities as defined in 5CFR 731, 732,736 or E.O.13467.



Tier 2 Adjudicative Analysis - 5/22/2019                    707690 - Page 3 of 5

## UNCLASSIFIED/SBU

**Adjudicator's Signature**

I certify that this recommendation has met appropriate criteria under applicable laws, regulations and policies.

| (b)(6); (b)(7)(C) | (b)(6); (b)(7)(C) | 05-22-19 |
|---|---|---|
| Print | Signature | Date |

**Reviewing Official's Signature**

I certify that this recommendation has met appropriate criteria under applicable laws, regulations and policies.

| (b)(6); (b)(7)(C) | (b)(6); (b)(7)(C) | JUN 0 6 2019 |
|---|---|---|
| Print | Signature | Date |

**Authorizing Official's Signature**

I certify that this recommendation has met appropriate criteria under applicable laws, regulations and policies. As an authorizing official, I...

⊙ AGREE with the adjudicator's recommendation of
Continue Access
○ DISAGREE with the adjudicator's recommendation of
Continue Access

If you, as the Authorizing Official, DISAGREE with the adjudicator's determination; please select one of the following alternatives:

☐ No Objection
☐ Granted Requested Access
☐ Continue Access with Restriction
☐ CRP Rejection
☐ CI Objection
☐ Post for Downgrade Request
☐ Refer to PRP
☐ Refer to FRP with a Clearance
☐ Refer to FRP without a Clearance
☐ Grant Requested Access with Restriction
☐ Refer to Tier 3 Adjudications *"Adverse Action"*
☐ Grant Interim Clearance
☐ Grant Interim Clearance with Condition
☐ Deny Interim Clearance

Tier 2 Adjudicative Analysis - 5/22/2019                          707690 - Page 4 of 5

Page 265

**UNCLASSIFIED/SBU**

☐N/A



(b)(6); (b)(7)(C)

Print

(b)(6); (b)(7)(C)

Signature

Date

JUN 0 6 2019

---

**Authorizing Official's Remarks**

As the authorizing official, please write down any comments related to the subject's Adjudicative Analysis worksheet below.

06/06/2019 - PSS Adjudication Roundtable, consisting of (b)(6); (b)(7)(C) (b)(6); (b)(7)(C) (b)(6); (b)(7)(C) and (b)(6); (b)(7)(C) reached a collective decision to continue access, with a recommendation that the current assignment restriction Serbia be lifted. (b)(6); (b)(7)(C)

Tier 2 Adjudicative Analysis - 5/22/2019

707690 - Page 5 of 5

# Case Processing Worksheet

| GEBERT, MATTHEW QUINN | | 707690 | U01 | 11/13/2018 |
|---|---|---|---|---|
| Case Name (Last, First MI) | | Case Number | Case Code | Case Opened Date |
| (b)(6); (b)(7)(C) | | TIER 5R | Top Secret | 03/13/2018 |
| Processor | | Tier | Sensitivity | Case Due Date |

| RECORDS CHECK | DATE | INITIALS |
|---|---|---|
| ☐ (315) Fingerprint | | |
| No Record    See Record | | |
| Unreadable | | |
| ☐ IDENT  No Record  See Record | | |
| ☐ ABIS   No Record  See Record | | |
| Alert from ABIS system Y/N | | |
| ☒ (307) OPM/SII | 11/15/18 | (b)(6); (b)(7)(C) |
| No Record    See Record | | |
| ☒ OFI 79    Completed | 11/15/18 | |
| ☒ (308) JPAS | 11/15/18 | |
| No Record    See Record | | |
| ☒ (312) DCII | 11/13/18 | |
| No Record    See Record | | |
| ☒ (314) NCIC/FBI Check | 11/13/18 | |
| No Record    See Record | | |
| ☒ (310) Credit Check | 11/13/2018 | |
| RMS | | |
| ☐ High Scope Check | | |
| (332) CMS    RMS | | |
| ☐ IMS Check  · ☒ TSC Check | 11/13/2018 | (b)(6); (b)(7)(C) |
| ☒ Forward to Team in CMS | 11/15/18 | |
| (811) OPM ROI Requested Y /N | | |
| ☐ Assign to Team in RMS | | |
| ☐ Selective Service | | |
| No Record    See Record | | |

**RMS:**
☒ Releases   ☐ POC   ☐ Supplemental Info.

**CMS:**
☒ 321   ☐ 700

☐ 522   ☐ 804   ☒ Forward to Team

## SPOUSAL NAC

**GEBERT, ANNA VUCKOVIC**
Spouse Name (Last, First MI)

(b)(6); (b)(7)(C)
Date of Birth

(b)(6); (b)(7)(C)
Place of Birth

(b)(6); (b)(7)(C)
Social Security Number (If Applicable)

☐ OPM/SII:   NR / See Attached / Scanned
☐ JPAS:      NR / See Attached / Scanned
☐ DCII:      NR / See Attached / Scanned
☐ NCIC:      NR / See Attached / Scanned
☐ 320 in CMS    TSC

## ☐ CERTIFICATION

Team Member: _____

## ADDITIONAL COMMENTS

## ☐ INVESTIGATIONS

Team: APP2      11/15
Case Manager: (b)(6); (b)(7)(C)   D16

## ☐ ADJUDICATIONS

☐ (ADJ1)                    ☐ (ADJ2) (b)(6);
☒ (ADJ3) (b)(6);            ☐ (ADJ4) (b)(6);
                (b)(6); (b)(7)(C)
Adjudicator:

20171107  V2.0

MAY 1 8 2019

## SENSITIVE BUT UNCLASSIFIED



U.S. Department of State
Office of Personnel Security and Suitability
Investigative Certification and *Refer for Formal Adjudication*

Review and analysis of the investigative cover concerning *Gebert, Matthew Quinn*;
yielded the results indicated below. I, [(b)(6); (b)(7)(C)], certify that this investigation
has *met; (referenced guideline(s) and/or additional investigative information, require
(s) further formal adjudicative analysis)* all criteria under current provisions of law,
regulation and policy.

Subject: *Gebert, Matthew Quinn*
Investigation Opened: *11/13/2018*
Duty Position: **Foreign Affair Officer**
Investigation Closed: *05/09/2019*          Access Level Requested: **Top Secret**
SCI Determination: *Adjudicative*           Scope: *T5PR*
*Review Required*
Country of Citizenship: *United States*

### Prior Investigation(s)

DOS | SSBI | Top Secret | April 19, 2013

### Adjudicative Guideline(s)

*Guideline B: Foreign Influence*

Subject's spouse was born in the US but is a dual US/Serbian national based on the
birth of her parents. Subject's in-laws were born in Serbia and maintain dual citizenship
with the US. Subject has three children, two of the three are dual citizens with Serbia.

During a previous background investigation Subject provided foreign contacts that
were not listed in this current investigation. Subject stated he stopped communication
with majority of his previous foreign contacts when he became a DOS employee.

Subject reported no issues with foreign travel, travel corroborated through passport
review.

### Additional Investigative Information

*Education*
MA degree awarded 05/15/2011 at George Washington University.
BA degree awarded 05/11/2003 at American University.

### SENSITIVE BUT UNCLASSIFIED

Both degrees verified in DOS 2013 investigation.

*Sources*
Interviews were conducted with emphasis placed on Foreign Influence. All sources interviewed recommended Subject for a position of trust and responsibility.

*Record Checks*
NAC's disclosed an OPM record. The record shows a Please Call by DOS, the previous investigation annotates the Foreign Influence above which was previously mitigated.

LLEAC's disclosed no records.

TSC disclosed no record.

Financial History disclosed a record. Please see ROI pages 17-18 for details.

DOS checks disclosed no records.

CCD/USCIS:
- Father-in-law: (b)(6); (b)(7)(C)
- Mother-in-law: (b)(6); (b)(7)(C)

Agency checks disclosed no records.

### Case Manager's Remarks

Recommend referral to adjudications based on CI recommendation and reassess assignment restriction.

### Determination:
### *Recommend Referral for Adjudication & Analysis*

This *Refer for Formal Adjudication* is clearly consistent with the interest of national security as delineated under the provisions of E.O. 10450 and E.O. 12968; and is clearly consistent with the interest of national security for those that impact on the potential risk of the integrity, efficiency or effectiveness of Government activities as defined in 5CFR 731, 732 and 736.

### Case Manager's Signature

I certify that this recommendation has met appropriate criteria under applicable laws, regulations and policies.

(b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)                                                                            05/09/19
Print                              Signature                                       Date

### Reviewing Official's Signature

## SENSITIVE BUT UNCLASSIFIED

I certify that this recommendation has met appropriate criteria under applicable laws, regulations and policies.

DECLASSIFIED

Print                          Signature                          Date

### Authorizing Official's Signature

I certify that this recommendation has met appropriate criteria under applicable laws, regulations and policies. As an authorizing official, I...

☑ AGREE with the Referral for Adjudication & Analysis;
○ DISAGREE with the Recommendation of Referral for Adjudication & Analysis.

If you DISAGREE please select one of the following alternatives:

☐ GRANT the Requested Clearance or Access

☐ GRANT the Requested Certificate

Print                          Signature        Date   05/09/19

[(b)(6); (b)(7)(C)]

### Authorizing Official's Remarks

As the authorizing official, please write down any comments related to the Subject's Investigative Analysis worksheet below.

DECLASSIFIED

Investigative Analysis              5/9/2019                          3 of 3



**United States Department of State**
*Washington, D.C.    20522*

**UNCLASSIFIED**
**MEMORANDUM**                                          03/29/2019

TO:        DS/ICI/CI — [(b)(6); (b)(7)(C)]   Division Chief

FROM:   DS/SI/PSS — [(b)(6); (b)(7)(C)]   (CM)

SUBJECT:  NAME: GEBERT, Matthew Quinn
              D/POB: 02/19/1981; Wilmington, NC

Information contained in Subject's background investigation requires referral to DS/ICI/CI for review and recommendation.

The following information is highlighted for your review:

Subject is married to a dual citizen of the US/Serbia. Subject's in-laws are also dual US/Serbian nationals. Please see 2013 CI recommendation.

We welcome your comments and/or recommendations from a counterintelligence perspective. Upon completion of your review, please return Subject's case file directly to [(b)(6); (b)(7)(C)]   ([(b)(6); (b)(7)(C)]).



DECLASSIFIED

Other Location (if "Other" selected)

Name
Street
City, State Postal Code
Web address of e-OPF
(if "e-OPF" selected)

**L** Security Office Identifier (SOI)     ST00

**M** Location of security folder     At SOI - Security File is at the SOI Address

Other Location (if "Other" selected)

Name
Street
City, State Postal Code

**N** IPAC     ST00

**O** Treasury Account Symbol (TAS)     SP:ATA:AID:BPOA:EPOA:A:MainSub: Format:
                                                                          C

**P** Obligating document number

**Q** Business Event Type Code (BETC)

**R** Accounting data and/or Agency case number

**S** Investigative requirement     R - Reinvestigation

**T** Requesting official
Name     (b)(6); (b)(7)(C)
Title     Division Chief, Operations
Email address
Telephone     (b)(6); (b)(7)(C)

**U** Secondary requesting official
Name     Periodic Reinvestigations Unit
Title     Program Manager
Email address
Telephone     ext.

**V** Applicant affiliation     Other

**W** Deployment/PCS (if imminent)

Commercial and Government Entity (CAGE)     Code
                                                                          Contract Number

Agency Special Instructions for     Notification of completion only goes to the Employee.
the Investigative Service Provider

e-QIP 3.26

DECLASSIFIED

Page 272

10/15/2018                        e-QIP: Investigation Request #26090755 Compact Copy

## FOR OFFICIAL USE ONLY

Applicant SSN: 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

Form: **Questionnaire For National Security Positions**

Request #: **26090755**

Date/Time **2018-09-09 19:20:15**

Certified in the e-QIP System:

---

### Statement of Understanding

I have read the instructions and I understand... **Yes**

---

### Sections 1-4 - Identifying Information

Your full name Last: **Gebert**   First: **Matthew**   Middle: **Quinn**   Suffix:
Your date of birth Month/Day/Year:
Your place of birth  City: **Wilmington**   County: **New Hanover**   State: **NC**   Country: **United States**
Your U.S. Social Security Number

---

### Section 5 - Other Names Used

Have you used any other names? **No**

---

### Section 6 - Your Identifying Information

Height(feet) **5** (inches) **10**  Weight **195**  Hair color: **Brown**  Eye color: **Brown**  Sex **Male**

---

### Section 7 - Your Contact Information

Home e-mail address **gebert@gmail.com**
Work e-mail address **GebertMQ@state.gov**
Home telephone number    Number:   Extension:   Time:
Work telephone number    Number: **2026479062**   Extension:   Time: **Day**
Mobile/Cell telephone number    Number: **2028085414**   Extension:   Time: **Both**

---

### Section 8 - U.S. Passport Information

Do you possess a U.S. passport (current or expired)? **Yes**
| Detail |
Your U.S. passport number **545913277**
Issue date of passport Month/Day/Year: **06/14/2016**  Expiration date of passport Month/Day/Year: **06/13/2026**
Name in which passport was first issued Last: **Gebert**   First: **Matthew**   Middle: **Quinn**   Suffix:

---

### Section 9 - Citizenship

Your current citizenship status  **I am a U.S. citizen or national by birth in the U.S. or U.S. territory/commonwealth.**

---

### Section 10 - Dual/Multiple Citizenship Information

Do you now or have you EVER held dual/multiple citizenships? **No**
| Foreign Passport |
Have you EVER been issued a passport (or identity card for travel) by a country other than the U.S.? **No**

---

### Section 11 - Where You Have Lived

1. Dates of residence  From (Month/Year): **06/2012**  To (Month/Year): **Present**
   This residence type **Owned by you**
   Explanation

https://www.e-qip.opm.gov/eqip-agency/request/attachments/printables/compactCopy.xhtml?requestId=26090755          1/15

Page 273

10/15/2018                          e-QIP: Investigation Request #26090755 Compact Copy

Street address
    Street: 505 Niven Ct SW    City: Leesburg    State: VA    Country:    Zip Code: 20175
Person Who Knew You
Full name Last: Levesque • First: Shirley • Middle: (NMN) • Suffix:
Date of last contact Month/Year: 07/2018 (Estimated)
Your relationship to this person
    • Neighbor
Explanation Next door neighbor.
Evening telephone number    Number: 7037776630    Extension:
Daytime telephone number I don't know    Number:    Extension:
Cell/mobile telephone number    Number: 7039190258    Extension:
E-mail address I don't know
Street address
    Street: 503 Niven Ct SW    City: Leesburg    State: VA    Country:    Zip Code: 20175

2. Dates of residence From (Month/Year): 02/2006    To (Month/Year): 06/2012
This residence type Owned by you
Explanation
Street address
    Street: 4860 Eisenhower Avenue, Unit 485    City: Alexandria    State: VA    Country:    Zip
Code: 22304
Optional Comment:  Exchange at Van Dorn Condominium Complex

---
Summary
Do you have an additional residence to report? No

## Section 12 - Where You Went To School

Have you attended any schools in the last 10 years? Yes
---
1. Dates of attendance From (Month/Year): 08/1999    To (Month/Year): 05/2003
Most appropriate code to describe your school  College, university, or military college
Name of the school  American University
Street address of the school
    Street: 4400 Massachusetts Avenue, NW    City: Washington    State: DC    Country:    Zip
Code: 20016
Degree or Diploma Received
Did you receive a degree/diploma? Yes
Degree/Diploma Detail
Provide type of degrees(s)/diploma(s) received and date(s) awarded
---
    1. Degree:  Bachelor's
       Other degree/diploma
       Date awarded  Month/Year: 05/2003
---

2. Dates of attendance From (Month/Year): 08/2008    To (Month/Year): 05/2011
Most appropriate code to describe your school  College, university, or military college
Name of the school  The George Washington University
Street address of the school
    Street: 2121 I Street, NW    City: Washington    State: DC    Country:    Zip Code: 20052
Degree or Diploma Received
Did you receive a degree/diploma? Yes
Degree/Diploma Detail
Provide type of degrees(s)/diploma(s) received and date(s) awarded
---
    1. Degree:  Master's
       Other degree/diploma
       Date awarded  Month/Year: 05/2011
---
Summary
Do you have additional education to enter? No

## Section 13A - Employment Activities

271

10/15/2018                          e-QIP: Investigation Request #26090755 Compact Copy

1. Employment activity: **Other Federal employment**
   Explanation
   Dates of employment From (Month/Year): **05/2013** • To (Month/Year): **Present**
   | **Non-Military Employment** |
   Most recent position title **Foreign Affairs Officer**
   Employment status for this position **Full-time**
   Name of your employer **U.S. Department of State**
   Address of employer
       Street: **2201 C Street, NW**   City: **Washington**   State: **DC**   Country:   Zip Code: **20520**
   Telephone number   Number: **2026479062**   Extension:   Time:
   Additional Periods of Activity with this Employer **Not Applicable**   (No Entry Provided)
   | **Non-Military Employment - Physical Location Question** |
   Is/was your physical work address different than your employer's address? **No**
   | **Non-Military Employment - Supervisor** |
   Name of your supervisor **Colin Guest**
   Position title of your supervisor **Deputy Director**
   Email address of your supervisor **GuestCC@state.gov**
   Physical work location of your supervisor
       Street: **2201 C Street, NW**   City: **Washington**   State: **DC**   Country:   Zip Code: **20520**
   Telephone number for this supervisor   Number: **2027367149**   Extension:   Time:
   | **Received Discipline or Warning** |
   For this employment, in the last seven (7) years have you received a written warning, been officially
   reprimanded, suspended, or disciplined for misconduct in the workplace, such as a violation of
   security policy? **No**

2. Employment activity:   **Non-government employment (excluding self-employment)**
   Explanation
   Dates of employment From (Month/Year): **02/2006**   To (Month/Year): **05/2013**
   | **Non-Military Employment** |
   Most recent position title **Senior Program Coordinator**
   Employment status for this position **Full-time**
   Name of your employer **United States Energy Association**
   Address of employer
       Street: **1300 Pennsylvania Avenue, NW**   City: **Washington**   State: **DC**   Country:   Zip
   Code: **20004**
   Telephone number   Number: **2023121230**   Extension:   Time:
   Additional Periods of Activity with this Employer **Not Applicable**   (No Entry Provided)
   | **Non-Military Employment - Physical Location Question** |
   Is/was your physical work address different than your employer's address? **No**
   | **Non-Military Employment - Supervisor** |
   Name of your supervisor **John Hammond**
   Position title of your supervisor **Program Manager**
   Email address of your supervisor **jhammond@usea.org**
   Physical work location of your supervisor
       Street: **1300 Pennsylvania Avenue, NW, Suite 550**   City: **Washington**   State: **DC**
   Country:   Zip Code: **20004**
   Telephone number for this supervisor   Number: **2023121230**   Extension:   Time:
   | **Reason for Leaving** |
   Reason for leaving the employment activity **Secured federal employment**
   | **Reason for Leaving Question** |
   For this employment have any of the following happened to you in the last seven (7) years? **No**
   | **Received Discipline or Warning** |
   For this employment, in the last seven (7) years have you received a written warning, been officially
   reprimanded, suspended, or disciplined for misconduct in the workplace, such as a violation of
   security policy? **No**

3. Employment activity: **Non-government employment (excluding self-employment)**
   Explanation
   Dates of employment From (Month/Year): **07/2008**   To (Month/Year): **05/2011**
   | **Non-Military Employment** |

10/15/2018                          e-QIP: Investigation Request #26090755 Compact Copy

Most recent position title **Consultant**
Employment status for this position **Part-time**
Name of your employer **KFIF Enterprises, Inc.**
Address of employer
    Street: **183 Moraine Road**   City: **Highland Park**   State: **IL**   Country:   Zip Code: **60035**
Telephone number   Number: **8474335009**   Extension:   Time:
Additional Periods of Activity with this Employer **Not Applicable**   (No Entry Provided)

| Non-Military Employment - Physical Location Question |
| --- |

Is/was your physical work address different than your employer's address? **Yes**

| Non-Military Employment - Physical Location |
| --- |

Work address where you are/were physically located
    Street: **4860 Eisenhower Avenue, Unit 485**   City: **Alexandria**   State: **VA**   Country:   Zip Code: **22304**
Telephone number   Number: **2022302133**   Extension:   Time:

| Non-Military Employment - Supervisor |
| --- |

Name of your supervisor **Paul Kent**
Position title of your supervisor **Investment, Financial and Management Consultant**
Email address of your supervisor **nlclone@gmail.com**
Physical work location of your supervisor
    Street: **183 Moraine Road**   City: **Highland Park**   State: **IL**   Country:   Zip Code: **60035**
Telephone number for this supervisor   Number: **8474335009**   Extension:   Time:

| Reason for Leaving |
| --- |

Reason for leaving the employment activity **Services no longer needed.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Summary |
| --- |

Do you have an additional employment activity to enter? **No**

| Section 13B - Former Federal Service |
| --- |

Do you have former federal civilian employment, excluding military service, NOT indicated previously, to report? **No**

| Section 13C - Employment Record |
| --- |

Have any of the following happened to you in the last seven (7) years at employment activities that you have not previously listed? **No**

| Section 14 - Selective Service Record |
| --- |

Were you born a male after December 31, 1959? **Yes**

| Detail |
| --- |

Have you registered with the Selective Service System (SSS)? **Yes**

| Selective Service Registration Number |
| --- |

Registration number **8100176158**

| Section 15 - Military History |
| --- |

Have you EVER served in the U.S. Military? **No**

| Foreign Military Service |
| --- |

Have you EVER served, as a civilian or military member in a foreign country's military, intelligence, diplomatic, security forces, militia, other defense force, or government agency? **No**

| Section 16 - People Who Know You Well |
| --- |

1. Dates known  From (Month/Year): **09/1993**   To (Month/Year): **Present**
    Full name Last: **Schanne**   First: **John**   Middle: **Henry**   Suffix: **II**
    Rank/title **Not Applicable**
    Relationship to you
    - **Friend**
    Explanation
    Telephone number for this person   Number: **8563922553**   Extension:   Time:

Page 276

10/15/2018                          e-QIP: Investigation Request #26090755 Compact Copy

Mobile/cell telephone number   Number: 8563922553   Extension:   Time:
E-mail address j.schanne@yahoo.com
Home or work address
   Street: 630 Wayne Avenue   City: Haddonfield   State: NJ   Country:   Zip Code: 08033

2. Dates known  From (Month/Year): 08/2016   To (Month/Year): Present
   Full name Last: Fitzgerald   First: Daniel   Middle: Patrick   Suffix:
   Rank/title  Not Applicable
   Relationship to you
     • **Friend**
   Explanation
   Telephone number for this person   Number:   Extension:   Time:
   Mobile/cell telephone number   Number: 3014529197   Extension:   Time:
   E-mail address  dpfitzgerald1989@gmail.com
   Home or work address
     Street: 11250 Waples Mill Road   City: Fairfax   State: VA   Country:   Zip Code: 22030

3. Dates known  From (Month/Year): 05/2014   To (Month/Year): Present
   Full name Last: Patterson   First: Jonathon   Middle: Blaine   Suffix: Jr
   Rank/title  Not Applicable
   Relationship to you
     • **Friend**
   Explanation
   Telephone number for this person   Number:   Extension:   Time:
   Mobile/cell telephone number   Number: 4438769482   Extension:   Time:
   E-mail address  jonathon.patterson@gmail.com
   Home or work address
     Street: 3669 Macintosh Dr   City: Warrenton   State: VA   Country:   Zip Code: 20187

| Summary |
| --- |

Do you have an additional person who knows you well to list?  No

| Section 17 - Marital/Relationship Status |
| --- |

current marital/relationship status with regard to civil marriage, legally recognized civil union, or legally
recognized domestic partnership:  **Currently in a civil marriage, legally recognized civil union, or
legally recognized domestic partnership**

1. Full name Last: **Gebert**   First: **Anna**   Middle: **Vuckovic**   Suffix:
   Date of birth  Month/Day/Year ▮
   Place of birth City: **Chicago**   County: **Cook**   State: **IL**   Country: **United States**

| Marital/Relationship Status Detail, continued |
| --- |

   U.S. Social Security Number ▮
   Provide other names used (such as maiden names, names by other marriages, civil marriages,
   legally recognized civil unions, or legally recognized domestic partnerships, nicknames, etc. and
   provide dates used for each name)
     1. Name Last: ▮
       Dates used  From (Month/Year): 05/1981   To (Month/Year): 10/2006

Provide country(ies) of citizenship

     1. Country:  **Serbia**

     2. Country:  **United States**

Date married/civil union/domestic partnership  Month/Day/Year: **10/07/2006**
Location City: **Chicago**   County: **Cook**   State: **IL**   Country:
Current address  **Use my current address**
   Street:   City:   State:   Country:   Zip Code:
Telephone number   Number: 7034010211   Extension:   Time:
Email address  avuckovic@gmail.com

| Separation Status |
| --- |

Are you separated?  No

| Current Marital/Relationship Status Summary |
| --- |

Page 277

10/15/2018                    e-QIP: Investigation Request #26090755 Compact Copy

**Former Marital/Relationship Status**

Do you have a person from whom you are divorced/dissolved, annulled, or widowed to report?  No
**Cohabitant**
Do you presently reside with a cohabitant?  No

| Section 18 - Relatives |
|---|

Check all that apply
- **Mother**
- **Father**
- **Child (including adopted/foster)**
- **Brother**
- **Sister**
- **Father-in-law**
- **Mother-in-law**

1. Relative type:  Mother
   Your relative's full name  Last: Gebert    First: Diane    Middle: Quinn    Suffix:
   Your relative's date of birth  Month/Day/Year:
   Your relative's place of birth  City: Newark    State: NJ    Country: United States
   Provide your relative's country(ies) of citizenship
      1. Country:  United States

**Mother's Maiden Name**
Your mother's maiden name  Last: Quinn    First: Diane    Middle: (NMN)    Suffix:
**Other Names Used**
Has this relative used any other names?  No
**Relative Deceased Question**
Is your relative deceased?  No
**Address**
Your relative's current address
   Street: ███████████████████████

2. Relative type:  Father
   Your relative's full name  Last: Gebert    First: Jeffrey    Middle: Alan    Suffix:
   Your relative's date of birth  Month/Day/Year: ████████
   Your relative's place of birth  City: Newark    State: NJ    Country: United States
   Provide your relative's country(ies) of citizenship
      1. Country:  United States

**Other Names Used**
Has this relative used any other names?  No
**Relative Deceased Question**
Is your relative deceased?  No
**Address**
Your relative's current address
   Street ██████████████████████

3. Relative type:  Child (including adopted/foster)
   Your relative's full name  Last: Gebert    First: Max    Middle: Vuckovic    Suffix:
   Your relative's date of birth  Month/Day/Year: ███████
   Your relative's place of birth  City: Alexandria    State: VA    Country: United States
   Provide your relative's country(ies) of citizenship
      1. Country:  Serbia
      2. Country:  United States

**Other Names Used**
Has this relative used any other names?  No
**Relative Deceased Question**
Is your relative deceased?  No
**Address**

Page 278



10/15/2018                              e-QIP; Investigation Request #26090755 Compact Copy

Your relative's current address
:Street: ███████████████████████████████████

4. Relative type:  Brother
Your relative's full name Last: Gebert   First: Michael   Middle: Quinn   Suffix:
Your relative's date of birth  Month/Day/Year ██████
Your relative's place of birth  City: Philadelphia    State: PA    Country: United States
Provide your relative's country(ies) of citizenship

        1. Country:  United States

Other Names Used
Has this relative used any other names?  No
Relative Deceased Question
Is your relative deceased?  No
Address
Your relative's current address
███████████████████████████████████████████

5. Relative type:  Sister
Your relative's full name Last: Gebert   First: Christina   Middle: Quinn   Suffix:
Your relative's date of birth  Month/Day/Year:
Your relative's place of birth  City: Philadelphia    State: PA    Country: United States
Provide your relative's country(ies) of citizenship

        1. Country:  United States

Other Names Used
Has this relative used any other names?  No
Relative Deceased Question
Is your relative deceased?  No
Address
Your relative's current address
    Stre███████████████████████████████████████

6. Relative type:  Father-in-law
Your relative's full name Last: Vuckovic    First: Gradimir    Middle: Branislav    Suffix:
Your relative's date of birth  Month/Day/Year:
Your relative's place of birth  City: Belgrade    State:    Country: Serbia
Provide your relative's country(ies) of citizenship

        1. Country:  Serbia

        2. Country:  United States

Relative Deceased Question
Is your relative deceased?  No
Address
Your relative's current address
    Stree██████████████████████████████████████████

U.S. Citizenship
Provide one type of citizenship documentation and document number below Born Abroad to U.S.
ParentsNaturalized Certificate of Naturalization (N550 or N570)  DerivedOther
Explanation
Document number ██████████
Name of the court that issued the Certificate of Naturalization
Address of the court that issued the Certificate of Naturalization
    Street:   City:   State:   Zip Code:

7. Relative type:  Mother-in-law
Your relative's full name Last: Vuckovic    First: Marija    Middle: Molnar    Suffix:
Your relative's date of birth  Month/Day/Year:
Your relative's place of birth  City: Belgrade    State:    Country: Serbia
Provide your relative's country(ies) of citizenship

        1. Country:  Serbia

Page 279

2. Country:  United States

**Relative Deceased Question**
Is your relative deceased? No
**Address**
Your relative's current address
[redacted]

**U.S. Citizenship**
Provide one type of citizenship documentation and document number below Born Abroad to U.S.
ParentsNaturalized  **Certificate of Naturalization (N550 or N570)**  DerivedOther
Explanation
Document number [redacted]
Name of the court that issued the Certificate of Naturalization
Address of the court that issued the Certificate of Naturalization
    Street:   City:   State:   Zip Code:

8. Relative type:  Child (including adopted/foster)
   Your relative's full name Last: **Gebert**   First: **Ivy**   Middle: **Victoria**   Suffix:
   Your relative's date of birth Month/Day/Year: **10/25/2014**
   Your relative's place of birth  City: **Leesburg**   State: **VA**   Country: **United States**
   Provide your relative's country(ies) of citizenship

       1. Country:  **Serbia**

       2. Country:  **United States**

**Other Names Used**
Has this relative used any other names?  No
**Relative Deceased Question**
Is your relative deceased?  No
**Address**
Your relative's current address
    Street: **505 Niven Court, SW**   City: **Leesburg**   State: **VA**   Country:   Zip Code: **20175**

9. Relative type:  Child (including adopted/foster)
   Your relative's full name Last: **Gebert**   First: **Alexander**   Middle: **Molnar**   Suffix:
   Your relative's date of birth Month/Day/Year: 0 [redacted]
   Your relative's place of birth  City: **Leesburg**   State: VA   Country: **United States**
   Provide your relative's country(ies) of citizenship

       1. Country:  **United States**

**Other Names Used**
Has this relative used any other names?  No
**Relative Deceased Question**
Is your relative deceased?  No
**Address**
Your relative's current address
    S [redacted]

**Summary**
Do you have an additional relative to enter?  No

**Section 19 - Foreign Contacts**

Do you have, or have you had, close and/or continuing contact with a foreign national within the last seven (7) years...?  No

**Section 20A - Foreign Activities**

Have you, your spouse, cohabitant, or dependent children EVER had any foreign financial interests...?  No
**Foreign Financial Interests Controlled on Your Behalf**
Have you, your spouse, cohabitant, or dependent children EVER had any foreign financial interests that someone controlled on your behalf?  No
**Foreign Financial Interests Real Estate**

10/15/2018                                    e-QIP: Investigation Request #26090755 Compact Copy

Have you, your spouse, cohabitant, or dependent children EVER owned, or do you anticipate owning, or plan to purchase real estate in a foreign country?, No

**Foreign Financial Interests - Foreign Benefit**

As a U.S. citizen, have you, your spouse, cohabitant, or dependent children received ...?  No

**Foreign Financial Interests - Foreign National Support**

Have you EVER provided financial support for any foreign national?  No

---

## Section 20B - Foreign Business, Professional Activities, and Foreign Government Contacts

Have you in the past seven (7) years provided advice or support...?  No

**Foreign Consulting**

Have you, your spouse, cohabitant, or any member of your immediate family in the past seven (7) years been asked to provide or serve as a consultant...?  No

**Foreign National Job Offer**

Has any foreign national in the past seven (7) years offered you a job, asked you to work as a consultant, or consider employment with them?  No

**Other Foreign Business Ventures**

Have you in the past seven (7) years been involved in any other type of business venture with a foreign national not described above (own, co-own, serve as business consultant, provide financial support, etc.)? No

**Foreign Conferences, Trade Shows, Seminars, and Meetings**

Have you in the past seven (7) years attended or participated in any conferences, trade shows, seminars, or meetings outside the U.S.?  No

**Foreign Government Contact**

Have you or any member of your immediate family in the past seven (7) years had any contact with a foreign government, its establishment (such as embassy, consulate, agency, military service, intelligence or security service, etc.) or its representatives, whether inside or outside the U.S.?  No

**Sponsorship of a Foreign National**

Have you in the past seven (7) years sponsored any foreign national to come to the U.S. as a student, for work, or for permanent residence?  No

**Holding Foreign Political Office**

Have you EVER held political office in a foreign country?  No

**Voting in a Foreign Election**

Have you EVER voted in the election of a foreign country?  No

---

## Section 20C - Foreign Travel

Have you traveled outside the U.S. in the last seven (7) years?  Yes

**U.S. Government Business Travel**

Has your travel in the last seven (7) years been solely for U.S. Government business (i.e., no personal trips in conjunction with the official U.S. Government business)?  No

1. Country visited:  Mexico
   Dates of your travel to this country  From (Month/Year): **01/2013**    To (Month/Year): **01/2013**
   Total number of days involved in the visit  **1-5**
   Purpose of the travel to this country
   - Tourism
   While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?  **No**
   Explanation - questioned, searched, or otherwise detained
   While traveling to or in this country, were you involved in any encounter with the police?  **No**
   Explanation - encounter with the police
   While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?  **No**
   Explanation - contact with person involved or associated with foreign intelligence, terrorist, security, or military organizations
   While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?  **No**
   Explanation - involved in any counterintelligence or security issues not reported

10/15/2018                                e-QIP: Investigation Request #26090755 Compact Copy

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job? No
Explanation - in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job
While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information? No
Explanation - in contact with anyone attempting to obtain classified information or unclassified, sensitive information
While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service? No
Explanation - threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service

2. Country visited: **Mexico**
Dates of your travel to this country  From (Month/Year): **01/2014**    To (Month/Year): **01/2014**
Total number of days involved in the visit **1-5**
Purpose of the travel to this country
   - **Tourism**
While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country? **No**
Explanation - questioned, searched, or otherwise detained
While traveling to or in this country, were you involved in any encounter with the police? **No**
Explanation - encounter with the police
While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations? **No**
Explanation - contact with person involved or associated with foreign intelligence, terrorist, security, or military organizations
While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported? **No**
Explanation - involved in any counterintelligence or security issues not reported
While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job? **No**
Explanation - in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job
While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information? **No**
Explanation - in contact with anyone attempting to obtain classified information or unclassified, sensitive information
While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service? **No**
Explanation - threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service

3. Country visited: **Mexico**
Dates of your travel to this country  From (Month/Year): **01/2016**    To (Month/Year): **01/2016**
Total number of days involved in the visit **1-5**
Purpose of the travel to this country
   - **Tourism**
While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country? **No**
Explanation - questioned, searched, or otherwise detained
While traveling to or in this country, were you involved in any encounter with the police? **No**
Explanation - encounter with the police
While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations? No
Explanation - contact with person involved or associated with foreign intelligence, terrorist, security, or military organizations
While traveling to, or in this country, were you involved in any counterintelligence or security issues

10/15/2018                                    e-QIP: Investigation Request #26090755 Compact Copy

not reported?  **No**
Explanation - involved in any counterintelligence or security issues not reported
While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting
excessive knowledge of or undue interest in you or your job?  **No**
Explanation - in contact with anyone exhibiting excessive knowledge of or undue interest in you or
your job
While traveling to or in this country, were you contacted by, or in contact with anyone attempting to
obtain classified information or unclassified, sensitive information?  **No**
Explanation - in contact with anyone attempting to obtain classified information or unclassified,
sensitive information
While traveling to, or in this country, were you threatened, coerced, or pressured in any way to
cooperate with a foreign government official or foreign intelligence or security service?  **No**
Explanation - threatened, coerced, or pressured in any way to cooperate with a foreign government
official or foreign intelligence or security service

4. Country visited:  **Mexico**
   Dates of your travel to this country  From (Month/Year): **01/2017**   To (Month/Year): **02/2017**
   Total number of days involved in the visit  **1-5**
   Purpose of the travel to this country
   - **Tourism**
   While traveling to, or in this country, were you questioned, searched, or otherwise detained (other
   than for normal customs requirements) by the local customs or security service officials when
   entering or leaving this country?  **No**
   Explanation - questioned, searched, or otherwise detained
   While traveling to or in this country, were you involved in any encounter with the police?  **No**
   Explanation - encounter with the police
   While traveling to or in this country, were you contacted by, or in contact with any person known or
   suspected of being involved or associated with foreign intelligence, terrorist, security, or military
   organizations?  **No**
   Explanation - contact with person involved or associated with foreign intelligence, terrorist, security,
   or military organizations
   While traveling to, or in this country, were you involved in any counterintelligence or security issues
   not reported?  **No**
   Explanation - involved in any counterintelligence or security issues not reported
   While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting
   excessive knowledge of or undue interest in you or your job?  **No**
   Explanation - in contact with anyone exhibiting excessive knowledge of or undue interest in you or
   your job
   While traveling to or in this country, were you contacted by, or in contact with anyone attempting to
   obtain classified information or unclassified, sensitive information?  **No**
   Explanation - in contact with anyone attempting to obtain classified information or unclassified,
   sensitive information
   While traveling to, or in this country, were you threatened, coerced, or pressured in any way to
   cooperate with a foreign government official or foreign intelligence or security service?  **No**
   Explanation - threatened, coerced, or pressured in any way to cooperate with a foreign government
   official or foreign intelligence or security service

5. Country visited:  **Cayman Islands**
   Dates of your travel to this country  From (Month/Year): **02/2018**   To (Month/Year): **02/2018**
   Total number of days involved in the visit  **1-5**
   Purpose of the travel to this country
   - **Tourism**
   While traveling to, or in this country, were you questioned, searched, or otherwise detained (other
   than for normal customs requirements) by the local customs or security service officials when
   entering or leaving this country?  **No**
   Explanation - questioned, searched, or otherwise detained
   While traveling to or in this country, were you involved in any encounter with the police?  **No**
   Explanation - encounter with the police
   While traveling to or in this country, were you contacted by, or in contact with any person known or
   suspected of being involved or associated with foreign intelligence, terrorist, security, or military
   organizations?  **No**
   Explanation - contact with person involved or associated with foreign intelligence, terrorist, security,

10/15/2018                          e-QIP: Investigation Request #26090755 Compact Copy

or military organizations
While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported? No
Explanation - involved in any counterintelligence or security issues not reported
While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job? No
Explanation - in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job
While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information? No
Explanation - in contact with anyone attempting to obtain classified information or unclassified, sensitive information
While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service? No
Explanation - threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service

----------------------------------------------------------------------------------------------------------

**Foreign Countries You Have Visited - Summary**

Do you have additional travel outside the U.S. in the last seven (7) years for other than solely U.S. Government business? No

## Section 21 - Psychological and Emotional Health

**Mental Competency**

Has a court or administrative agency EVER issued an order declaring you mentally incompetent? No

**Ordered to Consult with a Mental Health Professional**

Has a court or administrative agency EVER ordered you to consult with a mental health professional (for example, a psychiatrist, psychologist, licensed clinical social worker, etc.)? (An order to a military member by a superior officer is not within the scope of this question, and therefore would not require an affirmative response. An order by a military court would be within the scope of the question and would require an affirmative response.) No

**Hospitalized**

Have you EVER been hospitalized for a mental health condition? No

**Diagnosed**

Have you EVER been diagnosed by a physician or other health professional (for example, a psychiatrist, psychologist, licensed clinical social worker, or nurse practitioner) with psychotic disorder, schizophrenia, schizoaffective disorder, delusional disorder, bipolar mood disorder, borderline personality disorder, or antisocial personality disorder? No

**Adversely Affected**

Do you have a mental health or other health condition that substantially adversely affects your judgment, reliability, or trustworthiness even if you are not experiencing such symptoms today? No

## Section 22 - Police Record

**Police Record**

Have any of the following happened? No

**Police Record (EVER)**

Other than those offenses already listed, have you EVER had the following happen to you? No

**Domestic Violence Protective Order**

Is there currently a domestic violence protective order or restraining order issued against you? No

## Section 23 - Illegal Use of Drugs or Drug Activity

**Illegal Use of Drugs or Controlled Substances**

In the last seven (7) years, have you illegally used any drugs or controlled substances? Use of a drug or controlled substance includes injecting, snorting, inhaling, swallowing, experimenting with or otherwise consuming any drug or controlled substance. No

**Illegal Drug Activity**

In the last seven (7) years, have you been involved in the illegal purchase, manufacture, cultivation, trafficking, production, transfer, shipping, receiving, handling or sale of any drug or controlled substance? No

**While Possessing a Security Clearance**

Have you EVER illegally used or otherwise been involved with a drug or controlled substance while possessing a security clearance other than previously listed? No

**Employed as Law Enforcement**

Have you EVER illegally used or otherwise been involved with a drug or controlled substance while employed as a law enforcement officer, prosecutor, or courtroom official, or while in a position directly and immediately affecting the public safety other than previously listed? No

**Misuse of Prescription Drugs**

In the last seven (7) years have you intentionally engaged in the misuse of prescription drugs, regardless of whether or not the drugs were prescribed for you or someone else? No

**Treatment for the Use of Drugs**

Have you EVER been ordered, advised, or asked to seek counseling or treatment as a result of your illegal use of drugs or controlled substances? No

**Voluntary Treatment**

Have you EVER voluntarily sought counseling or treatment as a result of your use of a drug or controlled substance? No

---

## Section 24 - Use of Alcohol

In the last seven (7) years has your use of alcohol had a negative impact on your work performance, your professional or personal relationships, your finances, or resulted in intervention by law enforcement/public safety personnel? No

**Ordered to Seek Counseling**

Have you EVER been ordered, advised, or asked to seek counseling or treatment as a result of your use of alcohol? No

**Sought Counseling or Treatment**

Have you EVER voluntarily sought counseling or treatment as a result of your use of alcohol? No

**EVER Received Counseling/Treatment**

Have you EVER received counseling or treatment as a result of your use of alcohol in addition to what you have already listed on this form? No

---

## Section 25 - Investigations and Clearance Record

Has the U.S. Government (or a foreign government) EVER investigated your background and/or granted you a security clearance eligibility/access? Yes

1. Investigating agency  U.S. Department of Homeland Security
   Name of government or other explanation
   Date the investigation was completed  Month/Year: 04/2006 (Estimated)
   Name of agency that issued the clearance eligibility/access if different from the investigating agency  GSA & FPS  Date clearance eligibility/access was granted  Month/Year: 04/2006 (Estimated)
   Level of clearance eligibility/access granted  I don't know
   Explanation - other level of clearance eligibility/access granted  Submitted background information to DHS in order to regularly access the Ronald Reagan Building without going through magnetometers.

2. Investigating agency  U.S. Department of Homeland Security
   Name of government or other explanation
   Date the investigation was completed  Month/Year: 09/2012
   Name of agency that issued the clearance eligibility/access if different from the investigating agency  U.S. Customs & Border Protection  Date clearance eligibility/access was granted  Month/Year: 09/2012
   Level of clearance eligibility/access granted  None
   Explanation - other level of clearance eligibility/access granted  U.S. Customs & Border Protection Global Entry enrollment.

3. Investigating agency  U.S. Department of State
   Name of government or other explanation
   Date the investigation was completed  Month/Year: 04/2013 (Estimated)
   Name of agency that issued the clearance eligibility/access if different from the investigating agency  Date clearance eligibility/access was granted  Month/Year: 04/2013

Page 285

Level of clearance eligibility/access granted  **Top Secret**
Explanation - other level of clearance eligibility/access granted

**Investigation History - Summary**
Do you have another investigation to enter?  **No**

**Denied Clearance**
Have you EVER had a security clearance eligibility/access authorization denied, suspended, or revoked?
**No**

**Government Debarment**
Have you EVER been debarred from government employment?  **No**

## Section 26 - Financial Record

In the last seven (7) years have you filed a petition under any chapter of the bankruptcy code?  **No**

**Gambling**
Have you EVER experienced financial problems due to gambling?  **No**

**Taxes**
In the past seven (7) years have you failed to file or pay Federal, state, or other taxes when required by law
or ordinance?  **No**

**Employer Travel or Credit Card**
In the past seven (7) years have you been counseled, warned, or disciplined for violating the terms of
agreement for a travel or credit card provided by your employer?  **No**

**Assistance for Financial Difficulties**
Are you currently utilizing, or seeking assistance from, a credit counseling service or other similar resource
to resolve your financial difficulties?  **No**

**Delinquency Involving Enforcement**
Other than previously listed, have any of the following happened to you?  **No**

**Delinquency Involving Routine Accounts**
Other than previously listed, have any of the following happened?  **No**

## Section 27 - Use of Information Technology Systems

**Unauthorized Access**
In the last seven (7) years have you illegally or without proper authorization accessed or attempted to
access any information technology system?  **No**

**Modified, Destroyed, Manipulated or Denied Access**
In the last seven (7) years have you illegally or without authorization, modified, destroyed, manipulated, or
denied others access to information residing on an information technology system or attempted any of the
above?  **No**

**Unauthorized / Unlawful Use**
In the last seven (7) years have you introduced, removed, or used hardware, software, or media in
connection with any information technology system without authorization, when specifically prohibited by
rules, procedures, guidelines, or regulations or attempted any of the above?  **No**

## Section 28 - Non-Criminal Court Actions

In the last ten (10) years, have you been a party to any public record civil court action not listed elsewhere
on this form?  **No**

## Section 29 - Association Record

**Terrorist Organization**
Are you now or have you EVER been a member of an organization dedicated to terrorism, either with an
awareness of the organization's dedication to that end, or with the specific intent to further such activities?
**No**

**Knowingly Engaged in Terrorism**
Have you EVER knowingly engaged in any acts of terrorism?  **No**

**Advocating Acts**
Have you EVER advocated any acts of terrorism or activities designed to overthrow the U.S. Government
by force?  **No**

10/15/2018                                    e-QIP: Investigation Request #26090755 Compact Copy

**Member of Organization**

Have you EVER been a member of an organization dedicated to the use of violence or force to overthrow the United States Government, and which engaged in activities to that end with an awareness of the organization's dedication to that end or with the specific intent to further such activities?  **No**

**Member of Organization Advocating Violence**

Have you EVER been a member of an organization that advocates or practices commission of acts of force or violence to discourage others from exercising their rights under the U.S. Constitution or any state of the United States with the specific intent to further such action?  **No**

**Activities Designed to Overthrow the U.S. Government**

Have you EVER knowingly engaged in activities designed to overthrow the U.S. Government by force?  **No**

**Associations**

Have you EVER associated with anyone involved in activities to further terrorism?  **No**

| **Additional Comments** |
| --- |

Additional Comments

| Request #: | 26090755 |
| --- | --- |
| Date/Time Certified in the e-QIP System: | 2018-09-09 19:20:15 |

### FOR OFFICIAL USE ONLY

DECLASSIFIED

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request # 26090755 for Applicant SSN 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

Page 1 of 1
Signature Forms

## Electronic Questionnaires for
## Investigations Processing (e-QIP)
## Investigation Request # 26090755

## SIGNATURE FORMS

The signature(s) in this document refer to information on forms submitted in the e-QIP Investigation Request # 26090755 . The signature on the statement below is as valid as directly signing the same statement on a printed e-QIP Investigation Request # 26090755 Official Archival Copy. This signed statement and an image of each page from the e-QIP Investigation Request # 26090755 Official Archival Copy will be considered official record.

Sign and submit all forms in this document to the office that initiated your Investigation Request.

Data Hash Code (SHA-256):
**c092d7d93e2b12400690f950479c8f5f87a438c4d2914e93e4c708a42a30a4d4**
Official Archival Copy PDF Hash Code (SHA-256):
**988e3ab5b4e0663fefcaf94e24b3e64fd0ac32a16962d82295551fe7a55527a1**
Date/Time Certified in the e-QIP System: 2018-09-09 19:20:15
Applicant's Social Security Number: 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

## Questionnaire for National Security Positions (SF86 Format)
OMB No. 3206-0005

### Certification

My statements on this form, and on any attachments to it, are true, complete, and correct to the best of my knowledge and belief and are made in good faith. I further affirm that, to the best of my knowledge, I have not included any classified information herein. I have carefully read the foregoing instructions to complete this form. I understand that a knowing and willful false statement on this form can be punished by fine or imprisonment or both (18 U.S.C. 1001). I understand that intentionally withholding, misrepresenting, falsifying, or including classified information may have a negative effect on my security clearance, employment prospects, or job status, up to and including denial or revocation of my security clearance, or my removal and debarment from Federal service.

| Signature *(Sign in ink)* | Date *(mm/dd/yyyy)* |
|---|---|
| This form was digitally signed by: Matthew Quinn Gebert in accordance with the Electronic Signature Act 15 U.S.C. 7001, Public Law 106-377 the Uniform Electronic Transaction Act, and other regulations governing electronic signatures and access controlled U.S. Government systems to include CFR-2004-c5434-vol1. | 09/09/2018 |

Page 288

Standard Form 86
Revised July 2017
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736
OMB No. 3206-0005

**QUESTIONNAIRE FOR
NATIONAL SECURITY POSITIONS
UNITED STATES OF AMERICA**

## AUTHORIZATION FOR RELEASE OF INFORMATION

Carefully read this authorization to release information about you, then sign and date it in ink.

I Authorize any investigator, special agent, or other duly accredited representative of the authorized Federal agency conducting my background investigation, reinvestigation or ongoing evaluation (i.e. continuous evaluation) of my eligibility for access to classified information or, when applicable, eligibility to hold a national security sensitive position to obtain any information relating to my activities from individuals, schools, residential management agents, employers, criminal justice agencies, credit bureaus, consumer reporting agencies, collection agencies, retail business establishments, or other sources of information. This information may include, but is not limited to current and historic academic, residential, achievement, performance, attendance, disciplinary, employment, criminal, financial, and credit information, and publicly available social media information. I authorize the Federal agency conducting my investigation, reinvestigation, or ongoing evaluation (i.e. continuous evaluation) of eligibility to disclose the record of investigation or ongoing evaluation to the requesting agency for the purpose of making a determination of suitability, or initial or continued eligibility for a national security position or eligibility for access to classified information.

I Understand that, for these purposes, publicly available social media information includes any electronic social media information that has been published or broadcast for public consumption, is available on request to the public, is accessible on-line to the public, is available to the public by subscription or purchase, or is otherwise lawfully accessible to the public. I further understand that this authorization does not require me to provide passwords; log into a private account; or take any action that would disclose non-publicly available social media information.

I Authorize the Social Security Administration (SSA) to verify my Social Security Number (to match my name, Social Security Number, and date of birth with information in SSA records and provide the results of the match) to the United States Office of Personnel Management (OPM) or other Federal agency requesting or conducting my investigation for the purposes outlined above. I authorize SSA to provide explanatory information to OPM, or to the other Federal agency requesting or conducting my investigation, in the event of a discrepancy.

I Understand that, for financial or lending institutions, medical institutions, hospitals, health care professionals, and other sources of information, separate specific releases may be needed, and I may be contacted for such releases at a later date.

I Authorize any investigator, special agent, or other duly accredited representative of the OPM, the Federal Bureau of Investigation, the Department of Defense, the Department of Homeland Security, the Office of the Director of National Intelligence, the Department of State, and any other authorized Federal agency, to request criminal record information about me from criminal justice agencies for the purpose of determining my eligibility for assignment to, or retention in, a national security position, in accordance with 5 U.S.C. 9101. I understand that I may request a copy of such records as may be available to me under the law.

I Authorize custodians of records and other sources of information pertaining to me to release such information upon request of the investigator, special agent, or other duly accredited representative of any Federal agency authorized above regardless of any previous agreement to the contrary.

I Understand that the information released by records custodians and sources of information is for official use by the Federal Government only for the purposes provided in this Standard Form 86, and that it may be disclosed by the Government only as authorized by law.

I Authorize the information to be used to conduct officially sanctioned and approved personnel security-related studies and analyses, which will be maintained in accordance with the Privacy Act.

Photocopies of this authorization with my signature are valid. This authorization shall remain in effect so long as I occupy a national security sensitive position or require eligibility for access to classified information.

| Signature (Sign in ink) | | Full name (Type or print legibly) | Date signed (mm/dd/yyyy) |
|---|---|---|---|
| This form was digitally signed by: **Matthew Quinn Gebert** in accordance with the Electronic Signature Act 15 U.S.C. 7001, Public Law 106-277 the Uniform Electronic Transaction Act, and other regulations governing electronic signatures and access controlled U.S. Government systems to include CFR-2004-02634-vol1. | | Matthew Quinn Gebert | 09/09/2018 |
| **Other names used** | | **Date of birth** | **Social Security Number** |
| | | | |
| **Current street address** | **Apt#** | **City (Country)** | **State** | **ZIP Code** | **Telephone number** |
| 505 Niven Ct SW | | Leesburg | VA | 20175 | 2028085414 |

e-QIP Version 3.26

e-QIP Investigation Request # 26090755

e-QIP Document Type REL

286

Standard Form 86
Revised July 2017
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736
OMB No. 3206-0005

**QUESTIONNAIRE FOR
NATIONAL SECURITY POSITIONS
UNITED STATES OF AMERICA**

**AUTHORIZATION FOR RELEASE
OF MEDICAL INFORMATION
PURSUANT TO THE HEALTH INSURANCE PORTABILITY
AND ACCOUNTABILITY ACT (HIPAA)**

If you answered "Yes" to Section 21 of the Standard Form 86 (SF-86), carefully read this authorization to release information about you, then sign and date it in ink.

This is an authorization for the investigator to ask your health practitioner(s) the questions below concerning your mental health consultations. The U.S. government recognizes the critical importance of mental health and advocates proactive management of mental health conditions to support the wellness and recovery of Federal employees and others. The government recognizes that mental health counseling and treatment may provide important support for those who have experienced traumatic events, as well as for those with other mental health conditions. While most individuals with mental health conditions do not present security risks, there may be times when such a condition can affect a person's eligibility for a security clearance. Seeking or receiving mental health care for personal wellness and recovery may contribute favorably to decisions about your eligibility. Your signature will allow the practitioner(s) to answer only those questions identified below.

**Authorization**
I am seeking assignment to or retention in a national security sensitive position. As part of the investigative process, I hereby authorize the investigator, special agent, or duly accredited representative of the authorized Federal agency conducting my background investigation, reinvestigation, or ongoing evaluation (i.e., continuous evaluation) of eligibility for access to classified information or eligibility to hold a national security sensitive position to request, and my health practitioner(s) to provide, the information requested below, relating to my mental health consultations.

In accordance with HIPAA, I understand that I have the right to revoke this authorization at any time by writing to my health care provider/entity. Revocation of this authorization is not effective until received by my health care provider/entity. I understand that I may revoke this authorization, except to the extent that action has already been taken based on this authorization. Further, I understand that this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

I understand the information disclosed pursuant to this authorization is for use by the Federal Government only for purposes provided in the Standard Form 86 will no longer be covered by the HIPAA Privacy Rule, and that the Federal Government may redisclose the information as authorized by law, subject to Privacy Act safeguards.

Photocopies of this authorization with my signature are valid. This authorization is valid for one (1) year from the date signed or upon termination of my affiliation with the Federal Government, whichever is sooner.

| Signature (Sign in ink)<br>This form was digitally signed by: **Matthew Quinn Gebert** in accordance with the Electronic Signature Act 15 U.S.C. 7001, Public Law 105-277 the Uniform Electronic Transaction Act, and other regulations governing electronic signatures and access controlled U.S. Government systems to include CFR-2004-title34-vol1. | Full name (Type or print legibly)<br>Matthew Quinn Gebert | Date signed (mm/dd/yyyy)<br>09/09/2018 |
|---|---|---|
| Other names used | | Social Security Number |
| Current street address            Apt.#<br>505 Niven Ct SW | City (Country)          State<br>Leesburg                VA | ZIP Code<br>20175 |
| | | Telephone Number<br>2028085414 |

**For Use By Practitioner(s) Only**

Does the person under investigation have a condition that could impair his or her judgment, reliability, or trustworthiness?

☐ YES   ☐ NO

If so, describe the nature of the condition and the extent and duration of the impairment or treatment.

What is the prognosis?

Dates of treatment?

| Signature  (Sign in ink) | Practitioner name | Date signed (mm/dd/yyyy) |
|---|---|---|

DECLASSIFIED

e-QIP Version 3.26
e-QIP Investigation Request # 26090755                          e-QIP Document Type MEL

Page 290

Standard Form 86
Revised July 2017
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736
OMB No. 3206-0005

**QUESTIONNAIRE FOR
NATIONAL SECURITY POSITIONS**
**UNITED STATES OF AMERICA**

**FAIR CREDIT REPORTING
DISCLOSURE AND AUTHORIZATION**

**Disclosure**

One or more reports from consumer reporting agencies may be obtained for employment purposes pursuant to the Fair Credit Reporting Act, codified at 15 U.S.C. § 1681 et seq.

**Purpose**

The Federal government requires information from one or more consumer reporting agencies in order to obtain information in connection with a background investigation, reinvestigation, or ongoing evaluation (i.e. continuous evaluation) of eligibility for access to classified information, or when applicable, eligibility to hold a national security sensitive position. The information obtained may be disclosed to other Federal agencies for the above purposes in fulfillment of official responsibilities to the extent that such disclosure is permitted by law. Information from the consumer report will not be used in violation of any applicable Federal or state equal employment opportunity law or regulation.

**Authorization**

I hereby authorize any investigator, special agent, or other duly accredited representative of the authorized Federal agency conducting my initial background investigation, reinvestigation, or ongoing evaluation (i.e. continuous evaluation) of my eligibility for access to classified information, or when applicable, eligibility to hold a national security sensitive position to request, and any consumer reporting agency to provide, such reports for purposes described above.

Note: If you have a security freeze on your consumer or credit report file, we will not be able to access the information necessary to complete your investigation, which can adversely affect your eligibility for a national security position. To avoid such delays, you should expeditiously respond to any requests made to release the credit freeze for the purposes as described above.

Photocopies of this authorization with my signature are valid. This authorization shall remain in effect so long as I occupy a national security sensitive position or require eligibility for access to classified information.

| Print name | Social Security Number |
|---|---|
| Matthew Quinn Gebert | ■■■■■■ |
| Signature (Sign in ink)  This form was digitally signed by: **Matthew Quinn Gebert** in accordance with the Electronic Signature Act 15 U.S.C. 7001, Public Law 105-277 the Uniform Electronic Transaction Act, and other regulations governing electronic signatures and access controlled U.S. Government systems to include CFR-2004-title34-vol1. | Date  (mm/dd/yyyy)  09/09/2018 |

DECLASSIFIED

**e-QIP Version 3.26**
**e-QIP Investigation Request # 26090755**                    **e-QIP Document Type FCR**



U.S. Department of State

## AUTHORIZATION TO CONDUCT CRIMINAL HISTORY INQUIRY
### FOR SPOUSE OR COHABITANT

Carefully read this authorization to release information, then sign and date it in ink.

The Department of State is conducting a personnel security background investigation on your spouse or cohabitant to determine his or her eligibility for access to classified information. The Department must comply with Executive Order 12968 and the investigative Standards for Background Investigations for Access to Classified Information published in 32 CFR 147. As part of your spouse's or cohabitant's investigation, the Department is required to conduct a National Agency Check, without fingerprint cards, on you.

By definition, the National Agency Check consists of a review of:
  (a) investigative and criminal history files of the FBI;
  (b) OPM's Security/Suitability Investigations Index (SII);
  (c) DoD's Defense Clearance and Investigations Index (DCII);
  (d) such other national agencies checks (e.g., *Joint Personnel Adjudicative System (JPAS))* as appropriate to the individual's background.

The Department defines cohabitation as living together in a spouse-like relationship. It includes the mutual assumption of those marital rights, duties and obligations which are usually manifested by married people, including but not necessarily dependent on sexual relations.

In order for the Department to conduct a review of the FBI criminal history files pertaining to you, 5 USC.9101 requires the Department to obtain your written consent. By affixing your signature below, you authorize any duly accredited representative of the Department of State to request criminal history record information about you from the FBI for the purpose of determining your spouse or cohabitant's eligibility for access to classified information and/or assignment to, or retention in, a sensitive National Security position, in accordance with 5 USC 9101. Information we collect during an investigation may be disclosed without your consent only as permitted by the Privacy Act Routine Uses enumerated on Standard Form 86 completed by your spouse or cohabitant.

*Gebert, Matthew Quinn*

Applicant/Employee Name *(Last, First, Middle)*

Name of Spouse or Cohabitant *(Please Print)*

*Gebert, Anna Vuckovic*

(b)(6); (b)(7)(C)

(Last, First, Middle)                                                            Social Security Number

(b)(6); (b)(7)(C)                          (b)(6); (b)(7)(C)

Date of Birth *(mm-dd-yyyy)*                  Place of Birth *(City, State, Country)*

Signature of Spouse or Cohabitant

03-26-2018

Signature                                                            Date *(mm-dd-yyyy)*

Privacy Act: The information solicited on this form is requested under the authority of Executive Order 12968 and as specifically noted in 5 U.S.C. 9101. The primary purpose for soliciting this information is to obtain written consent to conduct FBI criminal history checks on the spouse/cohabitant of the subject of a personnel security investigation for a national security position. The information solicited on this form may be made available as a routine use to other government agencies to assist the U.S. Department of State in conducting personnel background investigations and for law enforcement and administrative purposes. Failure to provide the information requested on this form may result in the administrative withdrawal of security clearance processing for the applicant/employee. Disclosure of this information is mandatory to comply with investigative standards set forth in Executive Order 12968.

DS-7601
04-2009

CLASSIFICATION: UNCLASSIFIED
Privacy/PII

**From:** DS CLEARANCE NOTIFICATION
**Sent:** Monday, April 06, 2015 10:48 AM
**To:** (b)(6), (b)(7)(C)
**Subject:** Revalidation Clearance Granted - GEBERT, Matthew Quinn

### REVALIDATION APPROVAL

Based on a review of the security file and appropriate record checks, and in accordance with Executive Order 12968,

**Name: GEBERT, Matthew Quinn**
**Position: ENR/EDP/MEA Foreign Affairs Officer – GS - Domestic**



is hereby granted revalidation for access to classified information up to and including the **Top Secret** level.

The Bureau of Diplomatic Security has determined that all appropriate investigative and adjudicative criteria have been met and the above-named individual is eligible for appointment to or continued employment in a position requiring access to classified information. PSS will initiate a periodic reinvestigation when appropriate.

 **Office of Personnel Security and Suitability**
**Bureau of Diplomatic Security**
**U.S. Department of State**

Toll Free: (866)643-4636 | Phone: (571)345-3186 | Email: securityclearance@state.gov | Website:
https://intranet.ds.state.sbu/DS/SI/PSS/default.aspx.

This is a send-only mailbox. Please do not reply to this message.

Privacy/PII
This email is UNCLASSIFIED.



CLASSIFICATION: UNCLASSIFIED

Page 293

Instructions on How to Complete the DS-1143

**U.S. Department of State**

# REQUEST FOR SECURITY CLEARANCE OR OTHER ACTION

## SECTION 1: TYPE OF ACTION

**1. Type of Request:**
☐ New Applicant   ☐ Revalidation   ☐ Reciprocity   ☒ Conversion   ☐ Detailee   ☐ Other

## SECTION 2: CANDIDATE/EMPLOYEE INFORMATION

| 2. Applicant/Employee Name (Last, First, Middle) | 5. Date and Place of Birth |
|---|---|
| Gebert        Matthew        Quinn | Date of Birth (mm-dd-yyyy) ▮▮▮ |
| **3. Social Security Number.** ▮▮▮ | City                          Wilmington |
| **4. E-mail** ▮▮▮ | State/Country                      NC |

## SECTION 3: POSITION INFORMATION

| 6. Employing Office/Post | 7. Job Title of the Applicant | 8. Temporary Hire? ☐ Yes |
|---|---|---|
| ENR/EDP/MEA | Foreign Affairs Officer | |
| **9. Type of Hire:** | Civil Service | *Bureau of Energy Resources: office of the middle East and Asia* |

## SECTION 4: CURRENT/PREVIOUS NATIONAL SECURITY CLEARANCE

| 10. Agency Clearance Currently Or Previously Held At | 11. Office Clearance Previously Held At (Currently or within 2 years) |
|---|---|
| Departement of State | ENR/EDP/MEA |
| **12. Investigative Agency** | **13. Date of Investigation** (mm-dd-yyyy) |
| Department of State | 04-19-2013 |
| **14. Clearance Level** | **15. Clearance Grant Date** (mm-dd-yyyy) |
| Top Secret (Critical Sensitive) | 04-19-2013 |

## SECTION 5: TYPE OF CLEARANCE/CERTIFICATION REQUESTED

**16. Type of Clearance/Certification Requested:**   National Security Clearance   **Specify**   Top Secret (Critical Sensitive)

**17. Special Access Programs:** ☐ SCI (Sensitive Compartmented Information)   **18. Suitability:**

## SECTION 6: AUTHORIZED REQUESTOR INFORMATION

| 19. Authorized Requestor's Name (Last, First, M.I.) | 20. Requestor's Title |
|---|---|
| (b)(6), (b)(7)(C) | HR Specialist |
| **21. Office Symbol/Post** | **22. Telephone Number** | **23. E-mail of Requestor** |
| EB-ENR/EX | (b)(6); (b)(7)(C) | (b)(6); (b)(7)(C) |

**24. Comments:**

Conversion from Foreign Affairs Officer to Foreign Affairs Officer; NO BREAK IN SERVICE. (This is for conversion from a FAO position in the PMF program to a permanent Civil Service FAO position in the same office.)

| 25. Authorized Official's Signature   *signed using eForms* (b)(6), (b)(7)(C) | Date (mm-dd-yyyy)   04-01-2015 |
|---|---|

## SECTION 7: DS/SI/PSS DETAILEE VERIFICATION

| 26. Clearance/Certification Request: | 27. Comments |
|---|---|
| ☐ Approved ☐ Disapproved | |

DECLASSIFIED

**28. DS/SI/PSS Approving Official's Signature**                    Date (mm-dd-yyyy)

DS-1143

Page 294

Initials: BC

**DEPARTMENT OF STATE Diplomatic Security, Special Security Office**

TO : DS/SI/PSS – Mr. [b)(6); (b)(7)(C)] rector    Date: March 23, 2013

THROUGH : DS/IS/SSO – Mr. [b)(6); (b)(7)(C)]

FROM : INR – Mr. [b)(6); (b)(7)(C)]

SUBJECT : NAME    Gebert, Matthew O.    SSN: ▓▓▓▓▓

: D/POB   ▓▓▓▓▓▓▓▓▓▓▓

EMPLOYER : Grade   GS-9    Bureau/Office Symbol or Post: ENR

Please furnish this office with a personnel security recommendation for the above named subject, in accordance with security standards and procedures governing eligibility for access to Sensitive Compartmented Information (SCI).

TO : INR – Mr. [b)(6); (b)(7)(C)], Determination Authority    Date  6/12/2013

THROUGH : DS/IS/SSO – Mr. [b)(6); (b)(7)(C)]

FROM : DS/SI/PSS – Mr. [b) (6), (b) (7)(C)], Director

The Adjudicator for this case is [b)(6); (b)(7)(C)] who may be reached at ext 5-3250. Our files indicate:

A. (X) Subject was granted a  Top Secret  level security clearance by  DOS  based on a:

NACLC [  ]  BI [  ]  SSBI [X]  SSBI-PR [  ]  completed on  3/9/2013

by  DOS  (and is/ ~~is not~~ eligible for SCI access.

B. (  ) SSBI/PR is required.
1. (  ) Subject was notified on _____ to submit updated SF-86 within 30 days.
2. (  ) SF-86 is still outstanding.
3. (  ) SF-86 received on _____. It and applicable records favorably reviewed. Projected completion date is _____

C. (  ) Previous investigation conducted within the past five years meets standards of ICD 704, but may not satisfy adjudicative guidelines.  Suggest review of case file by Determination Advisor.

D. (  ) I: Employee is not eligible under the provisions of ICD 704 because:
   a. (  ) Previous investigation does not conform to ICD 704 standards.
   b. (  ) Subject does not hold a current security clearance.
   c. (  ) In conformity with ICD 704 – *Personnel Security Standards*, and its associated policy guidance ICPG 704.2.III.B, *Foreign Influence*, employee's [*insert name of country*], foreign national immediate family member(s), and/or associates(s) or financial holdings (circle relevant issue[s]) constitute a Foreign Influence issue and require review and final decision by the Determination Advisor.
   (  ) 2. Employee is not eligible under ICD 704 because a medical or other issue was referred to M/DGHR/MED and a decision is pending.  Recommend DA review case.

E. (  )  SEE NEXT PAGE FOR COMMENTS   >>> >>> >>> >>> >>>

SENSITIVE BUT UNCLASSIFIED (WHEN COMPLETED)

SENSITIVE BUT UNCLASSIFIED

Details Regarding Immediate family Members, Cohabitants, and/or Others to Whom Subject may be Bound by Affection

| RELATIONSHIP | NATIONALITY |
|---|---|
| Spouse | Serbia / U.S citizen |
| Father-In-law | Serbia / U.S. citizen |
| Mother-In-law | Serbia / U.S. citizen |
| Associate #1 | Ukraine |
| Associate #2 | South Africa |
| Associate #3 | Moscow, Russia |
| Associate #4 | Ukraine |

**FOR SUBJECTS WITH NON-US CITIZEN SPOUSE/COHABITANTS**

1. Date of marriage _____ or start of cohabitation _____

2. Did DS investigate spouse/cohabitant?          YES ( )          NO ( )

3. If yes, dates of investigation _____

4. Were results favorable?          YES ( )          NO ( )

5. Did DS issue any objection or assignment restriction?          YES ( )          NO ( )

6. Has spouse/cohabitant indicated intention to become a US citizen?          YES ( )          NO ( )

7. Are any of the above persons known to be current or past government officials          YES ( )          NO ( )
   or (counter) intelligence officers (provide amplifying details below).

COMMENTS:

Guideline B: See attached ROI.

* Assignment Restriction - Serbia

SENSITIVE BUT UNCLASSIFIED (WHEN COMPLETED).

7.9.5

Page 296

SENSITIVE BUT UNCLASSIFIED

**United States Department of State**
**Bureau of Diplomatic Security**
**Report of Investigation**

| GEBERT, MATTHEW QUINN | Case Number: 414116 |
|---|---|

providing all or any part of the requested information. The purpose and scope of the investigation was explained to Gebert, and he did not indicate any objection to, or have any questions concerning, its conduct. Gebert was informed about the importance of candor during this interview and specifically advised that 18 USC 1001 makes it a crime to knowingly falsify or conceal material facts related to this investigation. Unless otherwise noted herein, Gebert's responses, detailed in the following paragraphs, only address the time period indicated on the applicable security forms, or as otherwise provided for by law or Executive Order.

A point by point review of his security forms was conducted with Gebert, along with appropriate amplification.

Gebert has not been involved in any act of sabotage, espionage, treason, terrorism, sedition, or other act whose aim is to overthrow the Government of the United States or alter the form of government by unconstitutional means.

Gebert has not associated or sympathized with persons who are attempting to commit, or who are committing acts of sabotage, espionage, treason, terrorism, sedition, or other act whose aim is to overthrow the Government of the United States or alter the form of government by unconstitutional means.

Gebert has not associated or sympathized with persons or organizations that advocate the overthrow of the United States Government, or any state or subdivision, by force or violence or by other unconstitutional means.

Gebert has not been involved in activities which unlawfully advocate or practice the commission of acts of force or violence to prevent others from exercising their rights under the Constitution or laws of the United States or of any state.

Gebert provided the full names, date and place of birth, residence address, email address, current country of citizenship, occupation (or former occupation, if retired) and employer for all of his spouse's relatives or foreign acquaintances.

Full Name: Anna Vuckovic Gebert Relationship: Spouse Gender: Female Date of Birth: 05/20/1981 City/Country of Birth: Chicago, IL Countries of Citizenship: US and Serbia US Passport Number: 221214242 issued 03/21/2007 and expires 03/20/2017 Address: 515 Niven Leesburg VA Telephone Number: (703) 401-0211 Occupation: Sales Manager for Experience Columbus Employer: Experience Columbus Employer's Address:4860 Eisenhower Ave, Alexandria Employer's Telephone Number: (703) 823-3399 Government Service: None Military Service: None How and When Did You Meet: In Washington DC in fall 2001 at the orientation of their study abroad program. They both went to Russia for the program. Frequency and Nature of Contact: Daily Email Address: avuckovic@gmail.com

Full Name: Gradimir Branislav Vuckovic Relationship: Father-in-Law Gender: Male Date of Birth: 08/29/1946 City/Country of Birth: Belgrade, Serbia Countries of Citizenship: US and Serbia US Passport Number: 435826113 issued on 01/03/2008 and expires on 01/02/2018 Address: 71 Dundee Lane Barrington IL 60010 Telephone Number: (708)466-5100 Occupation: Pathologist Employer: Northern Illinois Clinical Laboratories Jackson Park Hospital Employer's Address: Jackson Park Hospital Employer's Telephone Number: unknown Military Service: No knowledge Government Service: No knowledge How and When Did You Meet: in 2001 when Gebert was dating their daughter Frequency and Nature of Contact: Gebert has weekly email or phone contact and last saw him in person in 01/2013. Email Address: gbv@niel.com

Full Name: Marija Molnar Vuckovic Relationship: Mother-in-law Gender: Female Date of Birth: 01/21/1946

SENSITIVE BUT UNCLASSIFIED

Page 35
38

SENSITIVE BUT UNCLASSIFIED

| United States Department of State Bureau of Diplomatic Security Report of Investigation | |
|---|---|
| GEBERT, MATTHEW QUINN | Case Number: 414116 |

City/Country of Birth: Belgrade Serbia Countries of Citizenship: US and Serbia US Passport Number: 212866868 issued on 03/04/2005 and expires on 03/03/2015 Address: 71 Dundee Lane Barrington IL 60010 Telephone Number: 708-466-5140 Occupation: Retired OBGYN Military Service: No knowledge Government Service: No knowledge How and When Did You Meet: in 2011 when he began dating their daughter Frequency and Nature of Contact: Gebert has weekly email or phone contact and last saw him in person in 01/2013. Email Address: maria@drmolnar.com

Full Name: Djord Vuckovic/George Vuckovic Relationship: Uncle of Spouse Gender: Male Date of Birth: 03/20/1951 City/Country of Birth: Zemun, Serbia Countries of Citizenship: US and Serbia Address: Grocanska 20, 11050 Belgrade Serbia Telephone Number: 11 381 2416-705 Occupation: Semi Architect Service in the military: Vuckovic served in the mandatory military as a private Government Service: None How and When Did You Meet: Met in 10/2006 at Gebert's wedding in Chicago, IL Frequency and Nature of Contact: quarterly by email; last in person contact was in 05/2010 in Serbia. Email Address: ljdjv@open.telekom.rs

Full Name: Ljiljana Vuckovic; Lillijan Vuckovic Relationship: Aunt of spouse Gender: Female Date of Birth: 11/20/1948 City/Country of Birth: Belgrade, Serbia Countries of Citizenship: US and Serbia Address: Grocanska 20, 11050 Belgrade, Serbia Telephone Number: 11 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-705 Occupation: Retired Stewardess Military Service: none Government Service: unknown How and When Did You Meet: 10/2008 at Gebert's wedding Frequency and Nature of Contact: Quarterly contact via email and last saw in person in 05/2010 in Serbia Email Address: ljdjv@open.telekom.rs

Full Name: Ema Vuckovic Relationship: Cousin of spouse Gender: Female Date of Birth: 06/15/1988 City/Country of Birth: Chicago, IL Countries of Citizenship: US and Serbia Address: Grocanska 20, 11050 Belgrade, Serbia Telephone Number: 11 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-705 Occupation: University Student Military Service: none Government Service: unknown How and When Did You Meet: 10/2008 at Gebert's wedding Frequency and Nature of Contact: Quarterly contact via email and last saw in person in 05/2010 in Serbia Email Address: eliminisimalu@facebook.com

Full Name: Stefan Alexander Vuckovic Relationship: Cousin of spouse Gender: Male Date of Birth: 09/26/1985 City/Country of Birth: Chicago, IL Countries of Citizenship: US and Serbia Address: Grocanska 20, 11050 Belgrade, Serbia Telephone Number: 11 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-705 Occupation: University Student Military Service: none Government Service: unknown How and When Did You Meet: 05/2009 on a trip to Serbia Frequency and Nature of Contact: Quarterly contact via email and last saw in person in 05/2010 in Serbia Email Address: stefke.iz.amerike@facebook.com

Full Name: Dmitry Gennadiyevitch Ulyanov Relationship: Friend Gender: Male Date of Birth: 09/01/1980 City/Country of Birth: Kiev, Russia Countries of Citizenship: Ukraine Address: 31/1 Seleznevskaya street #44 Moscow, Russia Telephone Number: +7 (916) 519-59-85 Occupation: Strategic Planning Director Employer: Havas Worldwide Moscow Employer's Address: 1/6 Derbenevskaya St Moscow Russia Employer's Telephone Number: +7 (495) 725-66-25 Government Service: No knowledge Military Service: No knowledge How and When Did You Meet: 1998 while Gebert was an exchange student in Kyiv, Ukraine Frequency and Nature of Contact: Quarterly via email, facebook or gchat. Last saw Gebert in person in 06/2009 at Ulyanov's wedding. Email Address: ulyanoff@gmail.com

Full Name: Leon van der Hoek Relationship: Friend Gender: Male Date of Birth: 01/24/1978 City/Country of Birth: South Africa Country of Citizenship: South Africa Address: 9 Swallows Nest, Caravelle Road, Barlett, Boksburg, South Africa 1459 Telephone Number: +27 82 921-8898 Occupation: Mechanical Engineer

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

| United States Department of State |  |
|---|---|
| **Bureau of Diplomatic Security** |  |
| **Report of Investigation** |  |
| GEBERT, MATTHEW QUINN | Case Number: 414116 |

Employer: DRA Mineral Projects (PTY) LTD Employer's Address: 2 Inyanga close, Sunninghill, Sandton, South Africa 2157 Employer's Telephone Number: +27 11 202-8600 Government Service: No knowledge Military Service: No knowledge How and When Did You Meet: 02/2008 while on vacation in Thailand Frequency and Nature of Contact: Quarterly via Facebook and last in person contact was 03/2012 spent the night with them in the US going out to dinner. Email Address: leonvdh@drasa.co.za/leon@geotrax.co.za

Full Name: Jolande van der Hoek Relationship: Friend Gender: Female Date of Birth: 02/08/1978 City/Country of Birth: Johannesburg, South Africa Country of Citizenship: South Africa Address: 9 Swallow Nest Caravelle Rd Bartlett, Boksburg, South Africa 1459 Telephone Number: +27-11-894-1177 Occupation: Business Manager Employer: Gijima Employer's Address: 47 Landmarks Avenue Kosmosdal, samrand Centurion South Africa 0157 Employer's Telephone Number: +27 12 675-5000 Government Service: Department of Ekurhuleni Metropolitan Council Human Resource Officer Military Service: No knowledge How and When Did You Meet: 02/2008 while on vacation in Thailand Frequency and Nature of Contact: Quarterly via email; last in person contact was in South Africa in 11/2011 Email Address: Jolande.vanderhoek@gijima.com

Full Name: Alexandra Galetsky Relationship: Friend Gender: Female Date of Birth: 07/18/1984 City/Country of Birth: Kiev, USSR Country of Citizenship: Ukraine Address: Kiev, Ukraine Telephone Number: +3 8066-425-16-85 Occupation: Account Manager Employer: PRP Ukraine Employer's Address: 15a Kostyantynivs'ka Street, Fl 2 Office 3 Kyiv, Ukraine 04071 Employer's Telephone Number: +380 (44) 495-2960 Government Service: none Military Service: none How and When Did You Meet: Mach 1998 during Gebert's student exchange program to Kyiv, Ukraine Frequency and Nature of Contact: Facebook, or gchat annually Email Address: sgaletsky@gmail.com

Full Name: Vladimir Bogomolv Relationship: Friend Gender: Male Date of Birth: 07/30/1977 City/Country of Birth: Novosibirsk, USSR Country of Citizenship: Russian Address: Kochnovsky proezd, 4/1-844, Moscow, Russia 125319 Telephone Number: +7-985-991-7341 or +7-495-974-6510 Occupation: General Manager Employer: Unilin LLC (subsidiary of Mohawk Industries) Employer's Address: yl Pravdi 26 Moscow, Russia 125040 Employer's Telephone Number: +7 495-648-94-74 Government Service: none Military Service: none How and When Did You Meet: 09/2001 during Gebert's Internship at the American Center in Moscow, Russia Frequency and Nature of Contact: Quarterly via email or Facebook Email Address: bogomolov_V@mail.ru

Gebert does not share living quarters with a person or persons, regardless of their citizenship status, if the potential for adverse foreign influence or duress exists.

Gebert has no relatives, to include a spouse or spouse's family, cohabitants, or associates, who are connected, currently or in the past, with any foreign government, to include military armed forces, intelligence or security services, police services, or ministry of foreign affairs.

Gebert has not failed to report, where required, any association or contact with foreign nationals and Gebert has not had any romantic involvement with any citizen of a foreign country.

Gebert has not had unauthorized association with a suspected or known collaborator or employee of a foreign intelligence service and Gebert has no knowledge or suspicions of ever being a target of interest of a FIS.

Gebert has not engaged in conduct which may make him vulnerable to coercion, exploitation, or pressure from a foreign government.

SENSITIVE BUT UNCLASSIFIED

(b)(6); (b)(7)(C)

**From:**        Gebert, Matthew Q.
**Sent:**        Tuesday, July 02, 2013 4:56 AM
**To:**          DS Director Office of Personnel Security and Suitability
**Subject:**     Automatic reply: Clearance Granted: GEBERT, Matthew Q. - FAO/PMF

I will be in training from July 1 - 3 with limited access to email.  If this is urgent, please call or text my mobile at +1-202-230-2133.  Thanks, Matt

DECLASSIFIED

1