CLASSIFICATION: UNCLASSIFIED
Privacy/PII

| | |
|---|---|
| **From:** | DS Director Office of Personnel Security and Suitability |
| **Sent:** | Tuesday, July 02, 2013 4:56 AM |
| **To:** | Gebert, Matthew Q |
| **Subject:** | RE: Clearance Granted: GEBERT, Matthew Q. - FAO/PMF |
| **Attachments:** | GEBERT, Matthew Q..pdf |

Mr. Gebert,

Per your request, please see the attached notification.

DS/SI/PSS

Privacy/PII
This email is UNCLASSIFIED.

**From:** Gebert, Matthew Q
**Sent:** Monday, July 01, 2013 4:18 PM
**To:** DS Director Office of Personnel Security and Suitability
**Subject:** FW: Clearance Granted: GEBERT, Matthew Q. - FAO/PMF

Hi there,

Could you please provide me with a copy of my official restriction notification, as referenced below?

Thank you,
Matt

Matthew Q. Gebert
South Asia Energy Officer
Bureau of Energy Resources
U.S. Department of State
+1-202-647-9062
GebertMQ@state.gov
www.state.gov/e/enr

---------- Forwarded message ----------
**From:** (b)(6); (b)(7)(C)
**Date:** Fri, Apr 19, 2013 at 9:30 AM
**Subject:** RE: Clearance Granted: GEBERT, Matthew Q. - FAO/PMF
**To:** Matthew Gebert <gebert@gmail.com>
**Cc:** (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)

CLASSIFICATION: UNCLASSIFIED
Privacy/PII

Printed By: (b)(6); (b)(7)(C)

Page 301

*Congratulations, your TS Clearance has been granted (see email below).  Please make arrangements with your office regarding a start date, and copy me once you have decided upon a start date.  Your options are:*

- *May 6*
- *May 20*

*Thank you!*

| (b)(6), (b)(7)(C) | U.S. Department of State | HR/CSHRM/CD - PMF Program Coordinator |
|---|---|---|
| (b)(6), (b)(7)(C) | | Phone: (b)(6), (b)(7)(C) |
| Fax: (b)(6), (b)(7)(C)   Email: (b)(6), (b)(7)(C) | PMF Central: http://pmfcentral.state.gov | |

Privacy/PII
This email is UNCLASSIFIED.

**From:** DS CLEARANCE NOTIFICATION
**Sent:** Friday, April 19, 2013 9:19 AM
**To:** (b)(6), (b)(7)(C)
**Subject:** Clearance Granted: GEBERT, Matthew Q. - FAO/PMF

Pursuant to your request, and in accordance with Executive Order 12968, Section 3.3,

Name: **GEBERT, Matthew Q.**
Position: **FAO - PMF**
DOB: **02/19/1981**
SSN: **xxx-xx-5599**

is hereby granted clearance for access to classified information up to and including the **Top Secret** level.

The Bureau of Diplomatic Security has determined that all appropriate investigative and adjudicative criteria have been met and the above-named individual is eligible for appointment to or continued employment in a position requiring access to classified information.  This security clearance, with respect to the person identified, has been rendered pursuant to the standards and criteria of Executive Orders 10450 and 12968 and the Department's regulations, 12 FAM 230 and 3 FAM 160.

**Please be advised that a determination has been made to restrict Mr. Gebert from assignment to Serbia.  Upon entering on duty, Mr. Gebert may obtain a copy of the official restriction notification by sending a request to DSDirectorPSS@state.gov**

Page 302

DECLASSIFIED

**Office of Personnel Security and Suitability**

**Bureau of Diplomatic Security**

**U.S. Department of State**

Toll Free: (866)643-4636 | Phone: (571)345-3186 | Email: securityclearance@state.gov | Website:
https://intranet.ds.state.sbu/DS/SI/PSS/default.aspx.

This is a send-only mailbox.  Please do not reply to this message.

Privacy/PII

This email is UNCLASSIFIED

Privacy/PII
This email is UNCLASSIFIED.

DECLASSIFIED

**DS CLEARANCE NOTIFICATION**

| | |
|---|---|
| From: | DS CLEARANCE NOTIFICATION |
| Sent: | Friday, April 19, 2013 9:19 AM |
| To: | (b)(6); (b)(7)(C) |
| Subject: | Clearance Granted: GEBERT, Matthew Q. - FAO/PMF |

**AttachmentsClassification:**
UNCLASSIFIED

| | |
|---|---|
| **Classification:** | UNCLASSIFIED |
| **SensitivityCode:** | Privacy/PII |
| **SMARTCategory:** | Working |

Pursuant to your request, and in accordance with Executive Order 12968, Section 3.3,

**Name: GEBERT, Matthew Q.**
**Position: FAO - PMF**

████████████████████████████

is hereby granted clearance for access to classified information up to and including the **Top Secret** level.

The Bureau of Diplomatic Security has determined that all appropriate investigative and adjudicative criteria have been met and the above-named individual is eligible for appointment to or continued employment in a position requiring access to classified information. This security clearance, with respect to the person identified, has been rendered pursuant to the standards and criteria of Executive Orders 10450 and 12968 and the Department's regulations, 12 FAM 230 and 3 FAM 160.

**\*\*Please be advised that a determination has been made to restrict Mr. Gebert from assignment to Serbia. Upon entering on duty, Mr. Gebert may obtain a copy of the official restriction notification by sending a request to <u>DSDirectorPSS@state.gov</u>\*\***



**Office of Personnel Security and Suitability**
**Bureau of Diplomatic Security**
**U.S. Department of State**

Toll Free: (866)643-4636 | Phone: (571)345-3186 | Email: <u>securityclearance@state.gov</u> | Website: <u>https://intranet.ds.state.sbu/DS/SI/PSS/default.aspx</u>.

This is a send-only mailbox. Please do not reply to this message.

Privacy/PII

This email is UNCLASSIFIED

DECLASSIFIED

1

Page 304



**United States Department of State**

*Washington, D.C.   20522*

SENSITIVE BUT UNCLASSIFIED                         APR 1 9 2013

TO: ,        Mr. Matthew O. Gebert    (b)(6), (b)(7)(C)
                                      (b)(6), (b)(7)(C)

FROM:       DS/SI/PSS

SUBJECT:   Notification of Restriction from Assignment to Serbia

In compliance with Executive Order 12968 and 12 FAM 230, the Office of
Personnel Security and Suitability (DS/SI/PSS), has determined that an
assignment restriction is required to ensure that allowing you access to
classified information is clearly consistent with national security.

An assignment restriction is issued when foreign influence and/or foreign
preference are of adjudicative relevance.

Based on an examination of all available information, DS/SI/PSS has indicated
the following relevant adjudicative criteria in making a determination to restrict
you from assignment to Serbia:

Foreign Influence
- Contact with a foreign family member, business or professional
  associate, friend, or other person who is a citizen of or resident in a
  foreign country if that contact creates a heightened risk of foreign
  exploitation, inducement, manipulation, pressure, or coercion.
- Connections to a foreign person, group, government, or country that
  create a potential conflict of interest between the individual's obligation
  to protect sensitive information or technology and the individual's desire
  to help a foreign person, group, or country by providing that
  information.

More information regarding adjudicative guidelines for determining access to
classified information can be found at the following location:
http://www.state.gov/m/ds/clearances/60321.htm



SENSITIVE BUT UNCLASSIFIED

Page 305

SENSITIVE BUT UNCLASSIFIED

DECLASSIFIED

The assignment restriction is not permanent. During your next periodic security clearance reinvestigation, the necessity of an assignment restriction will be reassessed and may be lifted or modified should there be a change in circumstances.

If you have any questions concerning the assignment restriction process, or the overall determination in regards to your assignment restriction, please contact (b)(6); (b)(7)(C) of my staff by e-mail to: DSDirectorPSS@state.gov.

DECLASSIFIED

SENSITIVE BUT UNCLASSIFIED

Page 306



**United States Department of State**

*Washington, D.C.   20522*

SENSITIVE BUT UNCLASSIFIED

**ACTION MEMO FOR DIRECTOR** [(b)(6); (b)(7)(C)]  **– DS/SI/PSS**

FROM:      DS/SI/PSS – [(b)(6); (b)(7)(C)]

SUBJECT:   Assignment Restriction Recommendation
            GEBERT, Matthew ████████

Recommendation:  That you place an assignment restriction to Serbia on
Mr. Gebert's Top Secret security clearance.

Approve [(b)(6); (b)(7)(C)] 4/18/13          Disapprove _____

Background:

Mr. Gebert is a FAO, Presidential Management Fellow, who will be granted a Top
Secret security clearance upon receipt of the final disposition concerning the
assignment restriction recommendation.  Foreign Influence and Foreign Preference
are of concern:

- Mr. Gebert's spouse, was born in [(b)(6); (b)(7)(C)] however she claims dual
  citizenship with the United States and Serbia.
- Mr. Gebert's mother and father-in-law were born in Serbia and claim dual
  citizenship with the United States and Serbia as well.
- Mr. Gebert maintains contact with four members of his spouse's family
  who are citizens of and reside in Serbia.
- On 04/10/2013, DS/ICI/CI interposed no objection to Mr. Gebert's
  proposed appointment, however based upon dual citizenship with the U.S.
  and Serbia, claimed by Mr. Gebert's spouse; it was recommended that he
  be precluded from any assignment to Serbia or concerning Serbian issues.
  This preclusion could be review at the next scheduled security clearance
  update.

SENSITIVE BUT UNCLASSIFIED

Page 307

United States Department of State

DECLASSIFIED

*Washington, D.C.    20522*

SENSITIVE BUT UNCLASSIFIED

**ACTION MEMO FOR DIRECTOR** (b)(6), (b)(7)(C) ── **DS/SI/PSS**

FROM:        DS/SI/PSS ── (b)(6), (b)(7)(C)

SUBJECT:    Assignment Restriction Recommendation

Recommendation:  That you place an assignment restriction to Serbia on Mr. Gebert's Top Secret security clearance.

Approve _____            Disapprove _____

Background:

Mr. Gebert is a FAO, Presidential Management Fellow, who will be granted a Top Secret security clearance upon receipt of the final disposition concerning the assignment restriction recommendation.  Foreign Influence is of concern:

- Mr. Gebert's spouse was born in the United States; however she claims dual citizenship with the United States and Serbia.
- Mr. Gebert's mother-in-law and father-in-law were born in Serbia and are naturalized U.S. citizens.  They claim dual citizenship with the United States and Serbia.
- Mr. Gebert's spouse has one uncle, one aunt, and two cousins who are resident citizens of Serbia; the uncle is a retired architect and the aunt is a retired stewardess.
- Mr. Gebert travled to Serbia on one occasion in 2010 to visit his spouse, who was studying there for her MBA, as well as his spouse's aunt and uncle.
- On 04/10/2013, DS/ICI/CI recommended that Mr. Gebert be restricted from assignment to Serbia.

DECLASSIFIED

SENSITIVE BUT UNCLASSIFIED

Page 308

GEBERT, Matthew Q 5599        SENSITIVE BUT UNCLASSIFIED

**Bureau of Diplomatic Security**
**Office of Personnel Security/Suitability**
**Adjudications Division**

## ADJUDICATIVE ANALYSIS WORKSHEET

(This document is a worksheet, and therefore a reference to the
investigative case documents)

SUBJECT: GEBERT, Matthew Q

LAST 4(SSN): 5599   CASE NUMBER: 414116

POB: Wilmington, NC

ADJUDICATOR: (b)(6); (b)(7)(C)

DATE:

POSITION: FAO, Presidential Management Fellow

ACCESS: Top Secret

INVESTIGATION TYPE:SSBI
(b)(6); (b)(7)(C)

_____   _____
Adjudicator Signature   Date

Reviewer Signature    Date 4/19/13

FINAL RECOMMENDATION:   SCI:  *Grant w/Restriction to Serbia/ineligible*

As outlined under the provisions of Executive Orders 10450 and 12968, a final review and analysis of investigative coverage submitted for adjudication has yielded the following:

CASE:

- **Recommend a Referral to DS/ICI/CI**
  Conditions of Clearance:  Restriction-Serbia — (b)(6); (b)(7)(C)  4/11/13

  ☑ Concur   ☐ Disagree   Signature    4/15/13

*01 = NO
Serbia*

*Restriction Req.
Restrict - A.R/T*

DECLASSIFIED

SENSITIVE BUT UNCLASSIFIED

- 1 of 4 -

306

Page 309

GEBERT, Matthew Q 5599          SENSITIVE BUT UNCLASSIFIED

**Bureau of Diplomatic Security**
**Office of Personnel Security/Suitability**
**Adjudications Division**

### ADJUDICATIVE ANALYSIS WORKSHEET

(This document is a worksheet, and therefore a reference to the
investigative case documents)

SUBJECT: GEBERT, Matthew Q                    DATE:

LAST 4(SSN): 5599    CASE NUMBER: 414116       POSITION:  FAO, Presidential
                                              Management Fellow
POB: Wilmington, NC                           ACCESS:  Top Secret
ADJUDICATOR: (b)(6); (b)(7)(C)                INVESTIGATION TYPE:SSBI

_____        _____        _____        _____
Adjudicator Signature           Date          Reviewer Signature              Date

FINAL RECOMMENDATION:   SCI:

As outlined under the provisions of Executive Orders 10450 and 12968, a final review and analysis
of investigative coverage submitted for adjudication has yielded the following:

CASE:

• **Recommend a Referral to DS/ICI/CI**        (b)(6);        4/9/13
  Conditions of Clearance:                     (b)(7)(C)

  ☒ Concur   ☐ Disagree   Signature: (b)(6); (b)(7)(C)          4/9/13

Page 310

GEBERT, Matthew Q 5599          SENSITIVE BUT UNCLASSIFIED

## ADJUDICATIVE ANALYSIS:

In accordance with applicable regulations regarding background investigations, the following adjudicative concerns were evaluated as noted below:

### GUIDELINE: B: Foreign Influence

**Synopsis:**
The following information was disclosed on Subject's security form:
- Subject's spouse was born in (b)(6), (b)(7)(C) however she claims dual citizenship with the U.S. and Serbia.
- Subject's mother and father-in-law were born in Serbia but claim dual citizenship with the U.S. and Serbia and reside in the U.S.
- Subject identified four foreign associates that he maintains contact with who are citizens of a foreign country:
  - Dmitry Ulyanov/Born in and Citizen of Ukraine/Resides in Moscow, Russia/Quarterly contact via email and online chat
  - Leon van der Hoek/Citizen of and resides in South Africa/Met on vacation in Thailand in 02/08/Quarterly contact
  - Vladimir bogomolov/Citizen of and resides in Moscow, Russia/Met in Moscow/Annual contact
  - Alexandra Galetsky/Citizen of Ukraine/Host sister during exchange program/Annual contact
- Within the last seven years, Subject has traveled to Argentina, Canada, Bermuda, Thailand, UAE, Serbia, Germany, Czech Republic, Ukraine, Bahamas, Brazil, Ireland, Aruba, South Africa, Botswana, Zimbabwe, Dominican Republic, and Mexico.

The following information was disclosed during Subject's interview on 02/07/13:
- Subject confirmed his spouse's dual citizenship as well as her parents.
- Subject identified four additional foreign extended family members of his spouse that he maintains infrequent but email contact with. They were all citizens of Serbia; however no identified are currently connected with any foreign government. See ROI, pg. 15.
- In addition to the four foreign associates listed on his security form, Subject advised he also maintains contact with Jolande van der Hoek, who is a citizen of South Africa. None of his foreign associates are currently connected with any foreign government. See ROI, pg. 16.
- Subject discussed his extensive foreign travel and denied having any problems while traveling abroad. See ROI, pgs. 17-20.

Appropriate third party agency checks were completed on Subject's, spouse, mother and father-in-law, four foreign associates and four foreign extended family members. See ROI, pg. 3 for list of names.

### GUIDELINE:  B: Foreign Influence

Conditions that mitigate security concerns include:

a. The nature of the relationships with foreign persons, the country in which these persons are located, or the positions or activities of those persons in that country are such that it is unlikely the individual will be placed in a position of having to choose between the interests of a foreign individual, group, organization, or government and the interests of the United States;
b. There is no conflict of interest either because the individual's sense of loyalty or obligation to the foreign person, group, government or country is so minimal, or the individual has such deep and longstanding relationships and loyalties in the United States, that the individual can be expected to resolve any conflict of interest in favor of the U.S. interest;

Page 311

GEBERT, Matthew Q 5599          SENSITIVE BUT UNCLASSIFIED

**Analysis:**
04/10/13:  DS/ICI/CI concluded that the proposed action appears to be within the normally experienced or anticipated counterintelligence risk level.  They further commented that while they interpose no objection to the proposed appointment for a Foreign Affairs Officer-Presidential Management Fellow, based on Subject's dual citizenship with the U.S. and Serbia, current residence of mother and father-in-law and other family members in Serbia, they recommended that Subject be precluded from any assignment to Serbia or concerning Serbian issues.  They further recommended that this preclusion to be reviewed at the next scheduled security clearance update.

Subject's contact with foreign family members does not pose a threat to national security however it is recommended that Subject be precluded from any assignments to Serbia at this time based on the current threat level.

**GUIDELINE: H: Drug Involvement**

**GUIDELINE: J: Criminal Conduct**

**Synopsis:**
During Subject's interview on 02/07/13, he reported the following:
- He used illegal drugs from 1998 until 06/04; he denied directly purchasing it but he admitted to contributing to the purchase via a roommate or friends.
  - 1998 to 2000--He smoked marijuana, when offered at parties approximately ten times
  - 2000 to 2004---He smoked marijuana approximately once every six weeks
  - Last smoke in marijuana (no date provided) in Amsterdam where he purchased it legally himself from a store.
- He acknowledged eating mushrooms, approximately three or four times from 2000 to 2004 on an experimental basis after he heard that they enhanced consciousness.  He denied purchasing them and only ate them at parties; with the exception of his purchase in Amsterdam in 2004 (legally).
- He acknowledged taking Ecstasy, approximately three or four times from 2000 to 2004 and described his use as "experimental".  He took one tablet at a dance club, which was offered by friends.  His last use was in college prior to graduating (date unrecalled).
- He acknowledged snorting Cocaine approximately 24 times from 2001 to 06/04.  He stated approximately every eight weeks, he used Cocaine on a regular basis during this time period.  He denied ever purchasing but admitted to contributing to the purchase through friends.
- He stated he decided to quit using all drugs after his trip to Amsterdam in 2004 due to being disgusted by the "Red Light District" there.  He characterized his illegal drug use as "youthful indiscretion and experimental".
- He has no intentions of any future illegal drug use and he signed a Drug Certification form.

GUIDELINE:  H: Drug Involvement

Conditions that **mitigate** security concerns include:

a. The behavior happened so long ago, was so infrequent, or happened under such circumstances that it is unlikely to recur or does not cast doubt on the individual's current reliability, trustworthiness, or good judgment;
b. A demonstrated intent not to abuse any drugs in the future, such as:

GUIDELINE:  J: Criminal Conduct

Conditions that **mitigate** security concerns include:

a. So much time has elapsed since the criminal behavior happened, or it happened under

SENSITIVE BUT UNCLASSIFIED                                    2 of 4

Page 312

such unusual circumstances that it is unlikely to recur and does not cast doubt on the individual's reliability, trustworthiness, or good judgment;

**Analysis:**

Even though Subject appeared to be using illegal drugs pretty heavily during his college years, his usage occurred over nine years ago and there is no indication that he has had any continual use since that time.



Page 313

DECLASSIFIED

**United States Department of State**

*Washington, D.C.* 20520

04/09/2013

MEMORANDUM

TO:       DS/ICI/CI – [(b)(6); (b)(7)(C)]       Division Chief

FROM:    DS/PSS/ADJ [(b)(6); (b)(7)(C)]       Division Chief

SUBJECT: GEBERT, MATTHEW QUINN
         DPOB: [redacted] mington, NC

Information contained in Subject's background investigation calls for referral to DS/ICI/CI for review and recommendation.

Subject is applicant for the position of FAO-Presidential Management Fellow, with a Top Secret clearance.

Country(s) of Concern:  Serbia

Check appropriate box and indicate country:

☒ Relatives    **Serbia**
☒ Friends/Associates   **Ukraine/Russia/South Africa**
☐ Residence/employment/education
☒ Travel    **Ukraine, Serbia, South Africa**

Additional File: (select one)      Name: No Additional File

We welcome your comments and/or recommendations from a counterintelligence perspective, to include any assignment restrictions.

Upon completion of your review, please return Subject's case papers directly to [(b)(6); (b)(7)(C)] ext. [(b)(6); (b)(7)(C)]

DECLASSIFIED

311

Page 314

SENSITIVE BUT UNCLASSIFIED



U.S. Department of State
Office of Personnel Security and Suitability
Investigative Certification and *Refer for Formal Adjudication*

Review and analysis of the investigative cover concerning *Gebert, Matthew Quinn*;
yielded the results indicated below. I, [b)(6); (b)(7)(C)] certify that this
investigation has *met; (referenced guideline(s) and/or additional investigative
information, require(s) further formal adjudicative analysis)* all criteria under current
provisions of law, regulation and policy.

Subject: *Gebert, Matthew Quinn*     Date of Birth: ▮▮▮▮▮▮▮
Investigation Opened: *02/04/2013*     Place of Birth: *Wilmington, NC*
Duty Position: **FAO, Presidential
Management Fellow**
Investigation Closed: *03/19/2013*     Access Level Requested: *Top Secret*
SCI Determination:     Scope: *SSBI*
Country of Citizenship: *US*

---

### Prior Investigation(s)

---

*Gebert, Matthew Quinn has no prior investigation(s).*

---

### Adjudicative Guideline(s)

---

### Guideline B: Foreign Influence

Subject's wife is a US citizen who was born in the US and who possesses dual
US/Serbia citizenship.  Subject's parent-in-laws are naturalized US citizens originally
from Serbia who also possess dual US/Serbia citizenship.  Subject's wife also has an
aunt, uncle and two cousins, with whom Subject maintains contact with, who are dual
US/Serbia citizens.  Subject's wife's uncle served mandatory military service in the
Serbian military.  Subject discussed having five other foreign associates who are
citizens of South Africa (2), the Ukraine (2) and Russia (1).  One of Subject's South
African associates is employed with the South African Dept. of Ekurhuleni
Metropolitan Council.  Subject discussed his various vacation travels throughout
Europe, throughout the Caribbean, throughout Africa and to Argentina, Canada,
Thailand, the UAE, Brazil, Ireland, the Dominican Republic and Mexico.

CCD/PIERS records verify that Subject's parent-in-laws are US citizens via issuance
of US passports.

Investigative Analysis     03/19/2013     1 of 3

Page 315

## SENSITIVE BUT UNCLASSIFIED

Agency checks conducted on Subject's spouse, parent-in-laws, four foreign relatives and four foreign associates did not yield any results.

### Guideline H: Drug Involvement

Subject stated that between 1998 and 2000, he consumed marijuana approximately 10 times, and that between 2000 and 2004, he consumed marijuana approximately once every six weeks. Subject indicated that between 2000 and 2004 he also experimented with mushrooms on three to four occasions and with ecstasy on three to four occasions. Lastly, Subject indicated that between 2001 and 6/04, he snorted cocaine approximately 24 times, i.e. approximately once every two months. Subject quit using all illegal drugs after he took a trip to Amsterdam in 2004 during which he became disgusted with the red light district there. Subject has not used any illegal drugs since. Subject signed a Drug Certification Form, dated 2/7/13.

### Additional Derogatory Information

*Gebert, Matthew Quinn* has _no_ additional derogatory information.

### Case Manager's Remarks

Due to Subject's foreign associations, a referral to adjudications and potential review for assignment restriction is recommended.

### Determination:
### *Recommend Referral for Adjudication & Analysis*

This *Refer for Formal Adjudication* is clearly consistent with the interest of national security as delineated under the provisions of E.O. 10450 and E.O. 12968; and is clearly consistent with the interest of national security for those that impact on the potential risk of the integrity, efficiency or effectiveness of Government activities as defined in 5CFR 731, 732 and 736.

### Case Manager's Signature

I certify that this recommendation has met appropriate criteria under applicable laws, regulations and policies.

(b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)

Print                              Signature                    3/19/13 Date

### Reviewing Official's Signature

I certify that this recommendation has met appropriate criteria under applicable laws, regulations and policies.

Page 316

## SENSITIVE BUT UNCLASSIFIED

| Print | Signature | Date |
|-------|-----------|------|

### Authorizing Official's Signature

I certify that this recommendation has met appropriate criteria under applicable laws, regulations and policies. As an authorizing official, I...

   ○ AGREE with the Referral for Adjudication & Analysis;
   ○ DISAGREE with the Recommendation of Referral for Adjudication & Analysis.

     If you DISAGREE please select one of the following alternatives:

      ☐ GRANT the Requested Clearance or Access

      ☐ GRANT the Requested Certificate

| Print | Signature | Date |
|-------|-----------|------|

### Authorizing Official's Remarks

As the authorizing official, please write down any comments related to the Subject's Investigative Analysis worksheet below.



Page 318

UNCLASSIFIED

**Request Information**

**Request Information**
Request ID
13956074
ISP / Form
*ISP STATE / SF86 [2010-12]
Initiating Agency
Human Resources (ID:742)
Status in this Agency
Pending Agency Review (PRVW)

**Applicant Information**
Social Security Number
███████
Full Name
Gebert, Matthew Q
Date of Birth
███████
Place of Birth
Unknown, MN
Email Address
███████

**Assignment Information**
Applicant Group
Default
Reviewer
(b)(6); (b)(7)(C)

**Request Comments**
Internal Agency Comments
No Comments Exist.
Cover Letter Comments
No Comments Exist.
Instructions for Applicant
Please include a copy of your Passport with your finger print cards to DS.

**Expected Attachments**
No records were found to display.

**Attachments**

| # Type | File Name | Description | Method | Matches Expected Attachment # |
|---|---|---|---|---|
| 1 CER | e-QIP_Request_13956074_CER_Signed.pdf | Certification Signature Form | Applicant Upload | |
| 2 FCR | e-QIP_Request_13956074_fcr_Signed.pdf | Fair Credit Reporting Disclosure and Authorization Signature Form | Applicant Upload | |
| 3 REL | e-QIP_Request_13956074_REL_Signed.pdf | General Release Signature Form | Applicant Upload | |
| 4 MEL | e-QIP_Request_13956074_MEL_Signed.pdf | Medical Release Signature Form | Applicant Upload | |

**Agency Use Block for *ISP STATE (ID:42) / Form SF86 [2010-12]**
*FOR COMPETITIVE SERVICE INITIAL APPOINTMENTS ONLY: WHEN THE OF306, RESUME, AND OTHER INFORMATION PROVIDED IN THE HIRING PROCESS APPEARS TO BE DISCREPANT WITH INFORMATION PROVIDED ON THIS QUESTIONNAIRE, THOSE DISCREPANT DOCUMENTS MUST BE FORWARDED WITH THIS QUESTIONNAIRE TO OPM FOR ACTION.*

**FIPC Codes**
**A** Type of investigation        Case Type  30 - SSBI - Single Scope BI
                                   Service,           C - Standard

**B** Extra coverage/Advance results

Deny Interim Access

Deny Interim Access    (b)(6); (b)(7)(C)    2/4/13

315

**C** Sensitivity Level   3 - Critical Sensitive Compu / ADP ]

**D** Access/Eligibility   Code 3 - Top Secret Comment with an interim TS

**E** Nature of action code

**F** Date of action   01 / 25 / 2012

**G** Geographic location

**H** Position code   D - Fellow Programs

**I** Position title   FAO, Presidential Management Fellow

**J** Submitting Office Number (SON)   ST00

**K** Location of official personnel folder   None - The Person Has Never Been a Federal Employee

Other Location (if "Other" selected}

   Name

   Street

   City, State Postal Code

   Web address of e-OPF

   (if "e-OPF" selected)

**L** Security Office Identifier (SOI)   ST00

**M** Location of security folder   None - No Security File at Your Agency

Other Location (if "Other" selected)

   Name

   Street

   City, State Postal Code

**N** IPAC   ST00

**O** Treasury Account Symbol (TAS)

**P** Obligating document number

**Q** Business Event Type Code (BETC)

**R** Accounting data and/or Agency case number

**S** Investigative requirement   I - Initial

**T** Requesting official

   Name   (b)(6); (b)(7)(C)

   Title   HR Specialist/PMF Mgr

   Email address   (b)(6); (b)(7)(C)

   Telephone   (b)(6); (b)(7)(C)   ext.

**U** Secondary requesting official

   Name

   Title

   Email address

   Telephone   ext.

**V** Applicant affiliation   Other

**W** Deployment/PCS (Do not provide deployment data if Classified or Sensitive information}

Commercial and Government Entity (CAGE)   Code   Contract Number

Agency Special Instructions for the Investigative Service Provider   An interim security clearance is requested while the investigation is underway. This request is justified by exceptional circumstances where official functions must be performed prior to the completion of the investigation and adjudication process.

*e-QIP 3.03*

316

Page 320

# Electronic Questionnaires for Investigations Processing (e-QIP)
# Investigation Request #13956074

## ARCHIVAL COPY - RETAIN FOR YOUR RECORDS

The information contained in this document represents data submitted by **Matthew Quinn Gebert** (Applicant) for **the e-QIP Investigation Request #13956074**. Applicant certified the accuracy of this information at **2013-01-28 23:47:37**.

This Investigation Request contains the following documents:

**Page 1: Investigation Request Cover Sheet**
**Page 2-65: Questionnaire For National Security Positions**

Note: To conserve paper only the first entry in multiple-entry lists displays completion instructions. The completion instructions for the first entry also applies to each additional entry unless otherwise noted.

DECLASSIFIED

Certified at 2013-01-28 23:47:37                                        **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

Page 321

## Form Completion Instructions

### Instructions Provided By Your Agency

Please include a copy of your Passport with your finger print cards to DS.

### Questionnaire for National Security Positions

Follow instructions completely or your form will be unable to be processed. If you have any\nquestions, contact the office that provided you the form.

All questions on this form must be answered completely and truthfully in order that the\nGovernment may make the determinations described below on a complete record. Penalties for\ninaccurate or false statements are discussed below. If you are a current civilian employee of\nthe federal government: failure to answer any questions completely and truthfully could result\nin an adverse personnel action against you, including loss of employment; with respect to\nSections 23, 27, and 29, however, neither your truthful responses nor information derived from\nthose responses will be used as evidence against you in a subsequent criminal proceeding.

### Purpose of this Form

This form will be used by the United States (U.S.) Government in conducting background\ninvestigations, reinvestigations, and continuous evaluations of persons under consideration for,\nor retention of, national security positions as defined in 5 CFR 732, and for individuals requiring\neligibility for access to classified information under Executive Order 12968. This form may also\nbe used by agencies in determining whether a subject performing work for, or on behalf of, the\nGovernment under a contract should be deemed eligible for logical or physical access when the nature of the work to be performed is sensitive and could bring about an adverse effect on the national security.

Providing this information is voluntary. If you do not provide each item of requested information, however, we will not be able to complete your investigation, which will adversely affect your eligibility for a national security position, eligibility for access to classified information, or logical or physical access. It is imperative that the information provided be true and accurate, to the best of your knowledge. Any information that you provide is evaluated on the basis of its currency, seriousness, relevance to the position and duties, and consistency with all other information about you. Withholding, misrepresenting, or falsifying information may affect your eligibility for access to classified information, eligibility for a sensitive position, or your ability to obtain or retain Federal or contract employment. In addition, withholding, misrepresenting, or falsifying information may affect your eligibility for physical and logical access to federally controlled facilities or information systems. Withholding, misrepresenting, or falsifying information may also negatively affect your employment prospects and job status, and the potential consequences include, but are not limited to, removal, debarment from Federal service, loss of eligibility for access to classified information, or prosecution.

This form is a permanent document that may be used as the basis for future investigations, eligibility determinations for access to classified information, or to hold a sensitive position, suitability or fitness for Federal employment, fitness for contract employment, or eligibility for physical and logical access to federally controlled facilities or information systems. Your responses to this form may be compared with your responses to previous SF-86 questionnaires.

The investigation conducted on the basis of information provided on this form may be selected for studies and analyses in support of evaluating and improving the effectiveness and efficiency of the investigative and adjudicative methodologies. All study results released to the general public will delete personal identifiers such as name, social security number, and date and place of birth.

### Authority to Request this Information

Depending upon the purpose of your investigation, the U.S. Government is authorized to ask for this information under Executive Orders 10450, 10865, 12333, and 12968; sections 3301, 3302, and 9101 of title 5, United States Code (U.S.C.); sections 2165 and 2201 of title 42, U.S.C.; chapter 23 of title 50, U.S.C.; and parts 2, 5, 731, 732, and 736 of title 5, Code of Federal Regulations (CFR).

**PRIVACY ACT INFORMATION**

Page 322

Your Social Security Number (SSN) is needed to identify records unique to you. Although disclosure of your SSN is not mandatory, failure to disclose your SSN may prevent or delay the processing of your background investigation. The authority for soliciting and verifying your SSN is Executive Order 9397.

### The Investigative Process

Background investigations for national security positions are conducted to gather information to determine whether you are reliable, trustworthy, of good conduct and character, and loyal to the U.S. The information that you provide on this form may be confirmed during the investigation. The investigation may extend beyond the time covered by this form, when necessary to resolve issues. Your current employer may be contacted as part of the investigation, although you may have previously indicated on applications or other forms that you do not want your current employer to be contacted. If you have a security freeze on your consumer or credit report file, then we may not be able to complete your investigation, which can adversely affect your eligibility for a national security position. To avoid such delays, you should request that the consumer reporting agencies lift the freeze in these instances.

In addition to the questions on this form, inquiry also is made about your adherence to security requirements, honesty and integrity, vulnerability to exploitation or coercion, falsification, misrepresentation, and any other behavior, activities, or associations that tend to demonstrate a person is not reliable, trustworthy, or loyal. Federal agency records checks may be conducted on your spouse, cohabitant(s), and immediate family members. After an eligibility determination has been completed, you also may be subject to continuous evaluation, which may include periodic reinvestigations, to determine whether retention in your position is clearly consistent with the interests of national security.

### Your Personal Interview

Some investigations will include an interview with you as a routine part of the investigative process. The investigator may ask you to explain your answers to any question on this form. This provides you the opportunity to update, clarify, and explain information on your form more completely, which often assists in completing your investigation. It is imperative that the interview be conducted immediately after you are contacted. Postponements will delay the processing of your investigation, and declining to be interviewed may result in your investigation being delayed or canceled.

For the interview, you will be required to provide photo identification, such as a valid state driver's license. You may be required to provide other documents to verify your identity, as instructed by your investigator. These documents may include certification of any legal name change, Social Security card, passport, and/or your birth certificate. You may also be asked to provide documents regarding information that you provide on this form, or about other matters requiring specific attention. These matters include (a) alien registration or naturalization documentation; (b) delinquent loans or taxes, bankruptcies, judgments, liens, or other financial obligations; (c) agreements involving child custody or support, alimony, or property settlements; (d) arrests, convictions, probation, and/or parole; or (e) other matters described in court records.

### Instructions for Completing this Form

1. Follow the instructions provided to you by the office that gave you this form and any other clarifying instructions, provided by that office, to assist you with completion of this form. You must sign and date, in ink, the original and each copy you submit. You should retain a copy of the completed form for your records.

2. All questions on this form must be answered. If no response is necessary or applicable, indicate this on the form by checking the associated "Not Applicable" box, unless otherwise noted.

3. Do not abbreviate the names of cities or foreign countries. Whenever you are asked to supply a country name, you may select the country name by using the country dropdown feature.

4. When entering a U.S. address or location, select the state or territory from the "States" dropdown list that will be provided. For locations outside of the U.S. and its territories, select the country in the "Country" dropdown list and leave the "State" field blank.

5. Do not abbreviate the names of cities or foreign countries.

6. The 5-digit postal Zip Codes are required to process your investigation more rapidly. Refer to an automated system approved by the U.S. Postal Service to assist you with Zip Codes.

Certified at 2013-01-28 23:47:37
Data Hash Code:                                                    **PRIVACY ACT INFORMATION**
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

Page 323

7.   For telephone numbers in the U.S., ensure that the area code is included.

8.   All dates provided in this form must be in Month/Day/Year or Month/Year format. Use the dropdown lists to select the month and day. The year should be entered as a four character number ( i.e., 1978 or 2001.), or selected from a dropdown list. If you are unable to report an exact date, approximate or estimate the date to the best of your ability, and indicate this by checking the "Est." box.

## Final Determination on Your Eligibility

Final determination on your eligibility for a national security position is the responsibility of the Federal agency that requested your investigation and the agency that conducted your investigation. You will be provided the opportunity to explain, refute, or clarify any information before a final decision is made, if an unfavorable decision is considered. The United States Government does not discriminate on the basis of race, color, religion, sex, national origin, disability, or sexual orientation when granting access to classified information.

## Penalties for Inaccurate or False Statements

The U.S. Criminal Code (title 18, section 1001) provides that knowingly falsifying or concealing a material fact is a felony which may result in fines and/or up to five (5) years imprisonment. In addition, Federal agencies generally fire, do not grant a security clearance, or disqualify individuals who have materially and deliberately falsified these forms, and this remains a part of the permanent record for future placements. Your prospects of placement or security clearance are better if you answer all questions truthfully and completely. You will have adequate opportunity to explain any information you provide on this form and to make your comments part of the record.

## Disclosure Information

The information you provide is for the purpose of investigating you for a national security position, and the information will be protected from unauthorized disclosure. The collection, maintenance, and disclosure of background investigative information are governed by the Privacy Act. The agency that requested the investigation and the agency that conducted the investigation have published notices in the Federal Register describing the systems of records in which your records will be maintained. The information you provide on this form, and information collected during an investigation, may be disclosed without your consent by an agency maintaining the information in a system of records as permitted by the Privacy Act [5 U.S.C. 552a(b)], and by routine uses, a list of which are published by the agency in the Federal Register. The office that gave you this form will provide you a copy of its routine uses.

## Privacy Act Routine Uses

1.   To the Department of Justice when: (a) the agency or any component thereof; or (b) any employee of the agency in his or her official capacity; or (c) any employee of the agency in his or her individual capacity where the Department of Justice has agreed to represent the employee; or (d) the United States Government, is a party to litigation or has interest in such litigation, and by careful review, the agency determines that the records are both relevant and necessary to the litigation and the use of such records by the Department of Justice is therefore deemed by the agency to be for a purpose that is compatible with the purpose for which the agency collected the records.

2.   To a court or adjudicative body in a proceeding when: (a) the agency or any component thereof; or (b) any employee of the agency in his or her official capacity; or (c) any employee of the agency in his or her individual capacity where the Department of Justice has agreed to represent the employee; or (d) the United States Government is a party to litigation or has interest in such litigation, and by careful review, the agency determines that the records are both relevant and necessary to the litigation and the use of such records is therefore deemed by the agency to be for a purpose that is compatible with the purpose for which the agency collected the records.

3.   Except as noted in Sections 23 and 27, when a record on its face, or in conjunction with other records, indicates a violation or potential violation of law, whether civil, criminal, or regulatory in nature, and whether arising by general statute, particular program statute, regulation, rule, or order issued pursuant thereto, the relevant records may be disclosed to the appropriate Federal, foreign, State, local, tribal, or other public authority responsible for enforcing, investigating or prosecuting such violation or charged with enforcing or implementing the statute, rule, regulation or order.

Certified at 2013-01-28 23:47:37                    **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aac70142190f2d39d6f4c

Page 324

4. To any source or potential source from which information is requested in the course of an investigation concerning the hiring or retention of an employee or other personnel action, or the issuing or retention of a security clearance, contract, grant, license, or other benefit, to the extent necessary to identify the individual, inform the source of the nature and purpose of the investigation, and to identify the type of information requested.

5. To a Federal, State, local, foreign, tribal, or other public authority the fact that this system of records contains information relevant to the retention of an employee, or the retention of a security clearance, contract, license, grant, or other benefit. The other agency or licensing organization may then make a request supported by written consent of the individual for the entire record if it so chooses. No disclosure will be made unless the information has been determined to be sufficiently reliable to support a referral to another office within the agency or to another Federal agency for criminal, civil, administrative, personnel, or regulatory action.

6. To contractors, grantees, experts, consultants, or volunteers when necessary to perform a function or service related to this record for which they have been engaged. Such recipients shall be required to comply with the Privacy Act of 1974, as amended.

7. To the news media or the general public, factual information the disclosure of which would be in the public interest and which would not constitute an unwarranted invasion of personal privacy.

8. To a Federal, State, or local agency, or other appropriate entities or individuals, or through established liaison channels to selected foreign governments, in order to enable an intelligence agency to carry out its responsibilities under the National Security Act of 1947 as amended, the CIA Act of 1949 as amended, Executive Order 12333 or any successor order, applicable national security directives, or classified implementing procedures approved by the Attorney General and promulgated pursuant to such statutes, orders or directives.

9. To a Member of Congress or to a Congressional staff member in response to an inquiry of the Congressional office made at the written request of the constituent about whom the record is maintained.

10. To the National Archives and Records Administration for records management inspections conducted under 44 U.S.C. 2904 and 2906.

11. To the Office of Management and Budget when necessary to the review of private relief legislation.

**Public Burden Information**

Public burden reporting for this collection of information is estimated to average 150 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to U.S. Office of Personnel Management, Federal Investigative Services, Attn: OMB Number 3206-0005, 1900 E Street N.W., Washington, DC 20415. The OMB clearance number, 3206-0005, is currently valid. OPM may not collect this information, and you are not required to respond, unless this number is displayed.

**Statement of Understanding**

I have read the instructions and I understand that if I withhold, misrepresent, or falsify information on this form, I am subject to the penalties for inaccurate or false statement (per U.S. Criminal Code, Title 18, section 1001), denial or revocation of a security clearance, and/or removal and debarment from Federal Service.

    Yes: { x }   No: { }

**Sections 1-4 - Identifying Information**

Provide your full name. If you have only initials in your name, provide them and indicate "Initial only". If you do not have a middle name, indicate "No Middle Name". If you are a "Jr.," "Sr.," etc. enter this under Suffix.

    Last: _Gebert_  First: _Matthew_  Middle: _Quinn_  Suffix:

Provide your date of birth
    Month/Day/Year ███████
Provide your place of birth
    City: Wilmington  County: New Hanover  State: NC  Country: United States

Certified at 2013-01-28 23:47:37
Data Hash Code:                                                    **PRIVACY ACT INFORMATION**
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

Page 325

Provide your U.S. Social Security Number ( Not Applicable: { } )

## Section 5 - Other Names Used

Provide your other names used and the period of time you used them (for example: your maiden name, name(s) by a former marriage(s), former name(s), alias(es), or nickname(s)).

Have you used any other names?

Yes: { }    No: { x }

## Section 6 - Your Identifying Information

Provide your identifying information.

Height

    (feet): 5

    (inches): 10

Weight: 200

Hair color: Brown

Eye color: Brown

Sex

    Female: { }

    Male: { x }

## Section 7 - Your Contact Information

Provide your contact information.

Home e-mail address: gebert@gmail.com

Work e-mail address: mgebert@usoa.org

Home telephone number

    International or DSN: { }    Number: 7037718482    Extension:    Time: Night

Work telephone number

    International or DSN: { }    Number: 2023121271    Extension:    Time: Day

Mobile/Cell telephone number

    International or DSN: { }    Number: 2022302133    Extension:    Time: Both

## Section 8 - U.S. Passport Information

Do you possess a U.S. passport (current or expired)?

    Yes: { x }    No: { }

Click HERE for U.S. State Department passport help.

**Detail**

Provide the following information for the most recent U.S. passport you currently possess.

Provide your U.S. passport number: 219521191

Click HERE for U.S. State Department passport help.

Provide the issue date of passport

    Month/Day/Year: 10/13/2006

Provide the expiration date of passport

    Month/Day/Year: 10/12/2016

Provide the name in which passport was first issued

Certified at 2013-01-28 23:47:37    **PRIVACY ACT INFORMATION**

Data Hash Code:

6e1b1231695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

Page 326

Last: Gebert   First: Matthew   Middle: Quinn   Suffix:

## Section 9 - Citizenship

Select the box that reflects your current citizenship status and click Save.

Provide your current citizenship status

I am a U.S. citizen or national by birth in the U.S. or U.S. territory/commonwealth.: { x }
I am a U.S. citizen or national by birth, born to U.S. parent(s), in a foreign country.: { }
I am a naturalized U.S. citizen.: { }
I am not a U.S. citizen.: { }

## Section 10 - Dual/Multiple Citizenship Information

Do you now or have you **EVER** held dual/multiple citizenships?

Yes: { }   No: { x }

### Foreign Passport

Have you **EVER** been issued a passport (or identity card for travel) by a country other than the U.S.?

Yes: { }   No: { x }

## Section 11 - Where You Have Lived

List the places where you have lived beginning with your present residence and working back **10 years.**
Residences for the entire period must be accounted for without breaks. Indicate the actual physical location of
your residence, not a Post Office box or a permanent residence when you were not physically located there. If
you split your time between one or more residences during a time period, you must list all residences. Do not list
residence before your 18th birthday unless to provide a minimum of 2 years residence history.
You are not required to list temporary locations of less than 90 days that did not serve as your permanent or
mailing address.
For any address in the last 3 years, provide a person who knew you at that address, and who preferably still lives
in that area. Do not list people who knew you well for residences completely outside this 3-year period, and do not
list your spouse, cohabitant or other relatives.

1.  Enter residence information.
    Provide dates of residence
        From (Month/Year): **07/2012**   To (Month/Year): **Present**
    Is/was this residence
        Owned by you:  { x }
        Rented or leased by you:  { }
        Military housing:  { }
        Other (Provide explanation):  { }
    Explanation

    Provide the street address
        Street: ██████████████████████████
        City: Le████████████████████████

    ### Person who knew you

    Provide the name of a neighbor or other person who knows you at this address.
    Provide the full name
        Last: Levesque   First: Shirley   Middle: (NMN)   Suffix:
    Provide date of last contact

Page 327

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #13956074 for Applicant SSN 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

Month/Year: 12/2012
Provide your relationship to this person (check all that apply)
    Neighbor:  { x }
    Friend:  { }
    Landlord:  { }
    Business associate:  { }
    Other (Provide explanation): { }
Explanation
    Next door neighbor.

Provide the following contact information for this person
Provide evening telephone number for this person ( I don't know:  { } )
    International or DSN:  { }  Number: 7037776630  Extension:
Provide daytime telephone number for this person ( I don't know:  { x } )
    International or DSN:  { }  Number:      Extension:
Provide cell/mobile telephone number for this person ( I don't know:  { x } )
    International or DSN:  { }  Number:      Extension:
Provide e-mail address for this person ( I don't know:  { x }  ):
Provide street address for this person (including apartment number)
    Street:  503 Niven Ct SW
    City:  Leesburg  State:  VA  Country:      Zip Code: 20175

2.    Provide dates of residence
    From (Month/Year):  02/2006  To (Month/Year):  06/2012
    Is/was this residence
        Owned by you:  { x }
        Rented or leased by you:  { }
        Military housing:  { }
        Other (Provide explanation):  { }
    Explanation

    Provide the street address
        Street:  4850 Eisenhower Avenue, Unit 485
        City:  Alexandria  State:  VA  Country:      Zip Code: 22304
    Optional Comment
        Exchange at Van Dorn Condominium Complex
    Person who knew you
    Provide the full name
        Last:  Tindal  First:  Christopher  Middle:  Herbert  Suffix:
    Provide date of last contact
        Month/Year:  11/2012
    Provide your relationship to this person (check all that apply)
        Neighbor:  { x }
        Friend:  { x }
        Landlord:  { }
        Business associate:  { }
        Other (Provide explanation):  { }
    Explanation

    Provide evening telephone number for this person ( I don't know:  { } )
        International or DSN: { )  Number: 5433463810  Extension:
    Provide daytime telephone number for this person ( I don't know:  { x } )

Certified at 2013-01-28 23:47:37
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

PRIVACY ACT INFORMATION

Page 328

International or DSN: { } Number: Extension:
Provide cell/mobile telephone number for this person ( I don't know: { } )
International or DSN: { } Number: 8433453810 Extension:
Provide e-mail address for this person ( I don't know: { } ): chtindal@yahoo.com
Provide street address for this person (including apartment number)
    Street: 4854 Eisenhower Avenue, Unit 356
    City: Alexandria   State: VA   Country:      Zip Code: 22304

3.  Provide dates of residence
        From (Month/Year): 05/2004  To (Month/Year): 01/2006
    Is/was this residence
        Owned by you: { }
        Rented or leased by you:  { x }
        Military housing:  { }
        Other (Provide explanation):  { }
    Explanation

    Provide the street address
        Street: 1400 East West Highway, Apt. 1612
        City: Silver Spring   State: MD   Country:      Zip Code: 20910
    Optional Comment
        Lenox Park Apartments

4.  Provide dates of residence
        From (Month/Year): 01/2003  To (Month/Year): 04/2004
    Is/was this residence
        Owned by you: { }
        Rented or leased by you:  { x }
        Military housing:  { }
        Other (Provide explanation):  { }
    Explanation

    Provide the street address
        Street: 5415 Connecticut Avenue, NW, Apt. 539
        City: Washington   State: DC   Country:      Zip Code: 20015
    Optional Comment
        The Kenmore Apartments

*(End of List)*

## Summary

List the places where you have lived beginning with your present residence and working back **10 years** .
Residences for the entire period must be accounted for without breaks. Indicate the actual physical location of
your residence, not a Post Office box or a permanent residence when you were not physically located there. If
you split your time between one or more residences during a time period, you must list all residences. Do not list
residence before your 18th birthday unless to provide a minimum of 2 years residence history.
You are not required to list temporary locations of less than 90 days that did not serve as your permanent or
mailing address.
For any address in the last 3 years, provide a person who knew you at that address, and who preferably still lives
in that area. Do not list people who knew you well for residences completely outside this 3-year period, and do not
list your spouse, cohabitant or other relatives.

Certified at 2013-01-28 23:47:37                **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

Page 329

Do you have an additional residence to report?
Yes: { }   No: { x }

## Section 12 - Where You Went To School

Do not list education before your 18th birthday, unless to provide a minimum of two years education history.

Have you attended any schools in the last 10 years?
Yes: { x }   No: { }

1. Provide the dates of attendance
   From (Month/Year): 08/1999   To (Month/Year): 05/2003
   Select the most appropriate code to describe your school
      High School:  { }
      College/University/Military College:  { x }
      Vocational/Technical/Trade School:  { }
      Correspondence/Distance/Extension/Online School:  { }
   Provide the name of the school:  American University
   Provide the street address of the school. For correspondence/distance/extension/online schools, provide the address where the records are maintained
      Street: 4400 Massachusetts Avenue, NW
      City: Washington   State: DC   Country:   Zip Code: 20016

### Degree or Diploma Received

Did you receive a degree/diploma?
Yes: { x }   No: { }

### Degree/Diploma Detail
Provide type of degrees(s)/diploma(s) received and date(s) awarded

1. Degree/diploma:  Bachelor's
   Other degree/diploma:
   Date awarded
      Month/Year: 05/2003

*(End of Provide type of degrees(s)/diploma(s) received and date(s) awarded List)*

2. Provide the dates of attendance
   From (Month/Year): 08/2008   To (Month/Year): 05/2011
   Select the most appropriate code to describe your school
      High School:  { }
      College/University/Military College:  { x }
      Vocational/Technical/Trade School:  { }
      Correspondence/Distance/Extension/Online School:  { }
   Provide the name of the school:  The George Washington University
   Provide the street address of the school. For correspondence/distance/extension/online schools, provide the address where the records are maintained
      Street: 2121 I Street, NW
      City: Washington   State: DC   Country:   Zip Code: 20052

### Person Who Knew You

Certified at 2013-01-28 23:47:37                    **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

Page 331

Provide telephone number
    International or DSN: { }   Number: 2023121271  Extension:   Time:

**Additional Periods of Activity with this Employer**
Provide additional periods of activity if you worked for this employer on more than one occasion at the same physical location. For example, if you worked at XY Plumbing in Denver, CO, during 3 separate periods of time, you would enter information concerning the most recent period of employment above, and provide dates, position titles, and supervisors for the two previous periods of employment as entries below.
Additional Periods of Activity with this Employer ( Not Applicable: { x } )
    (No Entry Provided)

**Non-Military Employment - Physical Location Question**

Is/was your physical work address different than your employer's address?
    Yes: { }   No: { x }

**Non-Military Employment - Supervisor**
Provide the name of your supervisor:   John Hammond
Provide the position title of your supervisor:   Program Manager
Provide the email address of your supervisor ( I don't know: { } ):   jhammond@usea.org
Provide the physical work location of your supervisor
    Street: 1300 Pennsylvania Avenue, NW, Suite 550
    City: Washington   State: DC   Country:      Zip Code: 20004
Provide the telephone number for this supervisor
    International or DSN: { }   Number: 2023121241  Extension:   Time:

**Received Discipline or Warning**

For this employment, in the last seven (7) years have you received a written warning, been officially reprimanded, suspended, or disciplined for misconduct in the workplace, such as a violation of security policy?
    Yes: { }   No: { x }

2.  Select your employment activity:   Non-government employment (excluding self-employment)
Explanation

Provide dates of employment
    From (Month/Year): 07/2008   To (Month/Year):   Present
**Non-Military Employment**
Provide most recent position title:   Consultant
Select the employment status for this position
    Full-time: { }
    Part-time: { x }
Provide the name of your employer:   KFIF Enterprises, Inc.
Provide the address of employer
    Street: 183 Moraine Road
    City: Highland Park   State: IL   Country:      Zip Code: 60035
Provide telephone number
    International or DSN: { }   Number: 8474335009  Extension:   Time:
Additional Periods of Activity with this Employer ( Not Applicable: { x } )
    (No Entry Provided)
**Non-Military Employment - Physical Location Question**

Certified at 2013-01-28 23:47:37                          **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

Page 332

Is/was your physical work address different than your employer's address?
        Yes: { x }   No: { }

### Non-Military Employment - Physical Location

Provide the work address where you are/were physically located
        Street: **4860 Eisenhower Avenue, Unit 485**
        City: **Alexandria**  State: **VA**  Country:      Zip Code: **22304**
Provide telephone number
        International or DSN: { }  Number: **2022302133**  Extension:     Time:

### Non-Military Employment - Supervisor

Provide the name of your supervisor: **Paul Kent**
Provide the position title of your supervisor: **Investment, Financial and Management Consultant**
Provide the email address of your supervisor ( I don't know: { } ): **niclone@gmail.com**
Provide the physical work location of your supervisor
        Street: **183 Moraine Road**
        City: **Highland Park** · State: **IL**  Country:     Zip Code: **60035**
Provide the telephone number for this supervisor
        International or DSN: { }  Number: **8474335009**  Extension:     Time:

### Received Discipline or Warning

For this employment, **in the last seven (7) years have you received a written warning, been officially
reprimanded, suspended, or disciplined for misconduct in the workplace, such as a violation of security
policy?**
        Yes: { }   No: { x }

3.    Select your employment activity:. **Unemployment**
      Explanation
            **I was unemployed from January 1, 2006 - February 12, 2006 after working at USTTI and before
            working for USEA. I started work for USEA on February 13, 2006.**
      Provide dates of employment
            From (Month/Year): **01/2006**  To (Month/Year): **02/2006**
      ### Unemployment
      Provide the name of someone who can verify your unemployment activities and means of support
            Last: **Gebert**  First: **Anna**
      Provide the address of this verifier
            Street:
            City: **L**
      Provide the telephone number for this person
            International or DSN: { }  Number: **7034010211**  Extension:     Time:

4.    Select your employment activity:  **Non-government employment (excluding self-employment)**
      Explanation

      Provide dates of employment
            From (Month/Year): **02/2002**  To (Month/Year): **12/2005**
      ### Non-Military Employment
      Provide most recent position title:  **Curriculum Coordinator**
      Select the employment status for this position
            Full-time: { x }
            Part-time: { }

Certified at 2013-01-28 23:47:37                              **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aac70142190f2d39d6f4c

Page 333

Provide the name of your employer:  U.S. Telecommunications Training Institute
Provide the address of employer
    Street:  1150 Connecticut Avenue, NW, Suite 702
    City:  Washington   State:  DC   Country:      Zip Code:  20036
Provide telephone number
    International or DSN:  { }   Number:  2027857373   Extension:      Time:
Additional Periods of Activity with this Employer ( Not Applicable:  { x } )
    *(No Entry Provided)*

### Non-Military Employment - Physical Location Question

Is/was your physical work address different than your employer's address?
    Yes: { }   No: { x }

### Non-Military Employment - Supervisor

Provide the name of your supervisor:  Ambassador Michael Gardner
Provide the position title of your supervisor:  Chairman of the Board
Provide the email address of your supervisor ( I don't know:  { }  ):  mrgpc@aol.com
Provide the physical work location of your supervisor
    Street:  1150 Connecticut Avenue, NW, Suite 702
    City:  Washington   State:  DC   Country:      Zip Code:  20036
Provide the telephone number for this supervisor
    International or DSN:  { }   Number:  2027852828   Extension:      Time:

### Reason for Leaving

Provide the reason for leaving the employment activity
    My employment contract expired December 31, 2005. It was an amicable departure.

*(End of list)*

### Summary

List all of your employment activities, including unemployment and self-employment, beginning with the present
and working back 10 years. The entire period must be accounted for without breaks. If the employment activity
was military duty, list separate employment activity periods to show each change of military duty station.
Do not list employment before your 18th birthday unless to provide a minimum of 2 years employment history.

Do you have an additional employment activity to enter?
    Yes: { }   No: { x }

## Section 13B - Former Federal Service

Do you have former federal civilian employment, excluding military service, NOT indicated previously, to report?
    Yes: { }   No: { x }

## Section 13C - Employment Record

Have any of the following happened to you in the last seven (7) years at employment activities that you have not
previously listed? (If 'Yes', you will be required to add an additional employment in Section 13A.)

-     Fired from a job?
-     Quit a job after being told you would be fired?
-     Have you left a job by mutual agreement following charges or allegations of misconduct?
-     Left a job by mutual agreement following notice of unsatisfactory performance?

Page 334

- Received a written warning, been officially reprimanded, suspended, or disciplined for misconduct in the workplace, such as violation of a security policy?
  Yes: { }   No: { x }

## Section 14 - Selective Service Record

Were you born a male after December 31, 1959?
        Yes: { x }   No: { }

### Detail

Have you registered with the Selective Service System (SSS)?
        Yes: { x }   No: { }   I don't know: { }

### Selective Service Registration Number

The Selective Service website, www.sss.gov, can help provide the registration number for persons who have registered.
Note: Selective Service Number is not your Social Security Number
Provide registration number: **8100176158**

## Section 15 - Military History

Have you EVER served in the U.S. Military?
        Yes: { }   No: { x }

### Foreign Military Service

Have you EVER served, as a civilian or military member in a foreign country's military, intelligence, diplomatic, security forces, militia, other defense force, or government agency?
        Yes: { }   No: { x }

## Section 16 - People Who Know You Well

Provide three people who know you well and who preferably live in the U.S. They should be friends, peers, colleagues, college roommates, associates, etc., who are collectively aware of your activities outside of your workplace, school, or neighborhood, and whose combined association with you covers at least the last seven (7) years. Do not list your spouse, former spouse(s), other relatives, or **anyone listed elsewhere on this form.**

1.  Provide dates known
        From (Month/Year): **09/1993**   To (Month/Year): **Present**
    Provide full name
        Last: **Schanne**   First: **John**   Middle: **Henry**   Suffix: **II**
    Provide rank/title ( Not Applicable: { x } ):
    Provide relationship to you (Check that apply)
        Neighbor: { }
        Friend: { x }
        Work associate: { }
        Schoolmate: { }
        Other (Provide explanation): { }
    Explanation

330

Page 335

Electronic Questionnaires for Investigations Processing (e-QIP)     Page 16 of 65
Investigation Request #13956074 for Applicant SSN 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       Archival Copy

Provide telephone number for this person ( I don't know: { } )
   International or DSN: { }   Number: 8563922553  Extension:    Time:
Provide mobile/cell telephone number for this person ( I don't know: { } )
   International or DSN: { }   Number: 8563922553  Extension:    Time:
Provide e-mail address for this person ( I don't know: { } ): j_schanne@yahoo.com
Provide home or work address for this person
   Street: 630 Wayne Avenue
   City: Haddonfield  State: NJ  Country:    Zip Code: 08033

2.   Provide dates known
   From (Month/Year): 09/1999  To (Month/Year): Present
   Provide full name
   Last: Wolf  First: Matthew  Middle: Alexander  Suffix:
   Provide rank/title ( Not Applicable: { x } ):
   Provide relationship to you (Check all that apply)
      Neighbor: { }
      Friend: { x }
      Work associate: { }
      Schoolmate: { x }
      Other (Provide explanation): { }
   Explanation

   Provide telephone number for this person ( I don't know: { } )
      International or DSN: { }   Number: 5085793632  Extension:    Time:
   Provide mobile/cell telephone number for this person ( I don't know: { } )
      International or DSN: { }   Number: 5085793632  Extension:    Time:
   Provide e-mail address for this person ( I don't know: { } ): matt@mattwolf.net
   Provide home or work address for this person
      Street: 21 Illinois Street, #408
      City: Worcester  State: MA  Country:    Zip Code: 01610

3.   Provide dates known
   From (Month/Year): 06/2008  To (Month/Year): Present
   Provide full name
   Last: Tindal  First: Christopher  Middle: Herbert  Suffix:
   Provide rank/title ( Not Applicable: { x } ):
   Provide relationship to you (Check all that apply)
      Neighbor: { x }
      Friend: { x }
      Work associate: { }
      Schoolmate: { }
      Other (Provide explanation): { }
   Explanation

   Provide telephone number for this person ( I don't know: { } )
      International or DSN: { }   Number: 8433453810  Extension:    Time:
   Provide mobile/cell telephone number for this person ( I don't know: { } )
      International or DSN: { }   Number: 8433453810  Extension:    Time:
   Provide e-mail address for this person ( I don't know: { } ): chtindal@yahoo.com
   Provide home or work address for this person

Certified at 2013-01-28 23:47:37                    PRIVACY ACT INFORMATION
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

Page 336

Street: 4856 Eisenhower Ave, Unit 356
City: Alexandria  State: VA  Country:   Zip Code: 22304

*(End of List)*

## Summary

Provide three people who know you well and who preferably live in the U.S. They should be friends, peers, colleagues, college roommates, associates, etc., who are collectively aware of your activities outside of your workplace, school, or neighborhood and whose combined association with you covers at least the last seven (7) years. Do not list your spouse, former spouse (s), other relatives, or anyone listed elsewhere on this form.

Do you have an additional person who knows you well to list?
    Yes: { }   No:  { x }

## Section 17 - Marital Status

Provide your current marital status:  Married (including Common Law)

1.   You selected 'Married' or 'Separated.'
     Complete the following about your current spouse only.
     Provide spouse's full name
         Last: Gebert  First: Anna  Middle: Vuckovic  Suffix:
     Provide spouse's date of birth
         Month/Day/Year: 05/20/1981
     Provide spouse's place of birth
         City: Chicago  County: Cook  State: IL  Country: United States
     **Spouse Detail, continued**
     Provide your spouse's U.S. Social Security Number ( Not Applicable:  { } )
         350 - 70 - 7538
     Provide other names used by your spouse (such as maiden names, names by other marriages, nicknames, etc. and provide dates used for each name) ( Not Applicable:  { } )

1.   Name
         Last: Vuckovic  First: Anna  Middle: (NMN)  Suffix:
     Maiden name?:  { x }
     Dates used
         From (Month/Year): 05/1981  To (Month/Year): 10/2006

*(End of Provide other names used by your spouse (such as maiden names, names
by other marriages, nicknames, etc. and provide dates used for each name) List)*

Provide your spouse's country(ies) of citizenship

1.   Country:  Serbia

2.   Country:  United States

*(End of Provide your spouse's country(ies) of citizenship List)*

Provide date married
    Month/Day/Year: 10/07/2006

Certified at 2013-01-28 23:47:37                    **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

Page 337

Provide place married

City: Chicago   County: Cook   State: IL   Country:

Provide your spouse's current address if different than your current address ( Use my current address: { x } )

Street:

City:    State:    Country:    Zip Code:

Provide telephone number ( Use my current telephone number: { } )
International or DSN: { }   Number: 7034010211   Extension:    Time:

Provide email address: avuckovic@gmail.com

## Separation Status

Are you separated from your spouse?
Yes: { }   No: { x }

*(End of List)*

## Current Spouse Summary

## Former Spouse

Do you have a former spouse (such as divorced, annulled, widowed, or other former spouses) to report?
Yes: { }   No: { x }

## Cohabitant

A cohabitant is a person with whom you share bonds of affection, obligation, or other commitment, as opposed to a person with whom you live with for reasons of convenience (e.g. a roommate). If applicable, complete the following about your cohabitant. If your cohabitant was born outside the U.S., provide citizenship information.

Do you presently reside with a cohabitant?
Yes: { }   No: { x }

## Section 18 - Relatives

Select each type of relative applicable to you, regardless if they are living or deceased.\n(An opportunity will be provided to list multiple relatives for each type.)
Check all that apply
Mother: { x }
Father: { x }
Stepmother: { }
Stepfather: { }
Foster Parent: { }
Child (including adopted/foster): { x }
Stepchild: { }
Brother: { x }
Sister: { x }
Stepbrother: { }
Stepsister: { }
Half-brother: { }
Half-sister: { }
Father-in-law: { x }
Mother-in-law: { x }
Guardian: { }

Page 338

1.  Provide relative type: __Mother__
    Provide your relative's full name
        Last: __Gebert__  First: __Diane__  Middle: __Quinn__  Suffix:
    Provide your relative's date of birth
        Month/Day/Year: █████████
    Provide your relative's place of birth
        City: __Newark__  State: __NJ__  Country: __United States__
    Provide your relative's country(ies) of citizenship

    1.  Country:  __United States__

                    *(End of Provide your relative's country(ies) of citizenship List)*

    **Mother's Maiden Name**
    Provide your mother's maiden name ( Same as listed:  { } )
        Last: __Quinn__  First: __Diane__  Middle:  __(NMN)__  Suffix:

    **Other Names Used**

    Has this relative used any other names?
        Yes:  { }   No:  { x }

    **Relative Deceased Question**

    Is your relative deceased?
        Yes:  { }   No:  { x }

    **Address**
    Provide your relative's current address

    ███████████████████████████████████

2.  Provide relative type:  __Father__
    Provide your relative's full name
        Last: __Gebert__  First: __Jeffrey__  Middle: __Alan__  Suffix:
    Provide your relative's date of birth
        Month/Day/Year: █████████
    Provide your relative's place of birth
        City: __Newark__  State: __NJ__  Country: __United States__
    Provide your relative's country(ies) of citizenship

    1.  Country:  __United States__

                    *(End of Provide your relative's country(ies) of citizenship List)*

    **Other Names Used**

    Has this relative used any other names?
        Yes:  { }   No:  { x }

    **Relative Deceased Question**

Certified at 2013-01-28 23:47:37
Data Hash Code:                         **PRIVACY ACT INFORMATION**
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

Page 339



Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #13956074 for Applicant SSN 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

Page 20 of 65
Archival Copy

Is your relative Deceased?
　　Yes: { }  No: {x}

**Address**
Provide your relative's current address
[redacted]

3.  Provide relative type:  Child (including adopted/foster)
Provide your relative's full name
　　Last: **Gebert**  First: **Max**  Middle: **Vuckovic**  Suffix:
Provide your relative's date of birth
　　Month/Day/Year: [redacted]
Provide your relative's place of birth
　　City: **Alexandria**  State: **VA**  Country: **United States**
Provide your relative's country(ies) of citizenship

1.  Country:  **United States**

*(End of Provide your relative's country(ies) of citizenship List)*

**Other Names Used**

Has this relative used any other names?
　　Yes: { } ·  No: {x}

**Relative Deceased Question**

Is your relative deceased?
　　Yes: { }  No: {x}

**Address**
Provide your relative's current address
　　Stree[redacted]
　　City:[redacted]

4.  Provide relative type:  **Brother**
Provide your relative's full name
　　Last: **Gebert**  First: **Michael**  Middle: **Quinn**  Suffix:
Provide your relative's date of birth
　　Month/Day/Year: [redacted]
Provide your relative's place of birth
　　City: **Philadelphia**  State: **PA**  Country: **United States**
Provide your relative's country(ies) of citizenship

1.  Country:  **United States**

*(End of Provide your relative's country(ies) of citizenship List)*

**Other Names Used**

Certified at 2013-01-28 23:47:37
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

**PRIVACY ACT INFORMATION**

Page 340

Has this relative used any other names?
    Yes: { }   No: { x }

**Relative Deceased Question**

Is your relative deceased?
    Yes: { }   No: { x }

**Address**
Provide your relative's current address

[REDACTED]

5.  Provide relative type:  Sister
Provide your relative's full name
    Last: **Gebert**  First: **Christina**  Middle: **Quinn**  Suffix:
Provide your relative's date of birth
    Month/Day/Year: [REDACTED]
Provide your relative's place of birth
    City: **Philadelphia**  State: **PA**  Country: **United States**
Provide your relative's country(ies) of citizenship

1.  Country:  **United States**

*(End of Provide your relative's country(ies) of citizenship List)*

**Other Names Used**

Has this relative used any other names?
    Yes: { }   No: { x }

**Relative Deceased Question**

Is your relative deceased?
    Yes: { }   No: { x }

**Address**
Provide your relative's current address
    Street [REDACTED]
    City: [REDACTED]

6.  Provide relative type:  **Father-in-law**
Provide your relative's full name
    Last: **Vuckovic**  First: **Gradimir**  Middle: **Branislav**  Suffix:
Provide your relative's date of birth
    Month/Day/Year: [REDACTED]
Provide your relative's place of birth
    City: **Belgrade**  State:  Country: **Serbia**
Provide your relative's country(ies) of citizenship

DECLASSIFIED

Certified at 2013-01-28 23:47:37
Data Hash Code: !
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

**PRIVACY ACT INFORMATION**

Page 341

1.   Country:  Serbia

2.   Country:  United States

*(End of Provide your relative's country(ies) of citizenship List)*

**Relative Deceased Question**

Is your relative deceased?
    Yes:  { }   No:  { x }

**Address**
Provide your relative's current address
    Stree ▮
    City: ▮

**U.S. Citizenship**
Provide one type of citizenship documentation and document number below
    FS 240 or 545:  { }
    DS 1350:  { }
    U.S. Citizenship certificate:  { }
    U.S. Naturalization certificate:  { x }
    U.S. Passport:  { }
    None (Provide explanation):  { }
    Other (Provide explanation):  { }
Explanation

Provide the document number: ▮
Provide the name of the court that issued the U.S. Citizenship/Naturalization certificate:  **United States of America Northern District of Illinois**
Provide the address of the court that issued the U.S. Citizenship/Naturalization certificate
    S ▮
    C ▮

**Relative Foreign Citizenship, continued**
Provide approximate date of first contact
    Month/Year:  01/2002
Provide approximate date of last contact
    Month/Year:  01/2013
Provide methods of contact (check all that apply)
    In person:  { x }
    Telephone:  { x }
    Electronic (Such as e-mail, texting, chat rooms, etc.):  { x }
    Written correspondence:  { }
    Other (Provide explanation):  { }
Explanation

Provide approximate frequency of contact
    Daily:  { }
    Weekly:  { x }

Certified at 2013-01-28 23:47:37       **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

Page 342

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #13956074 for Applicant SSN 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

Page 23 of 65
Archival Copy

Monthly: { }
Quarterly: { }
Annually: { }
Other (Provide explanation): { }
Explanation

## Foreign Relative's Employer

Provide name of current employer, or provide the name of their most recent employer if not currently employed (if known) ( I don't know:  { } )
  NICL Laboratories
Provide the address of current employer, or provide the address of their most recent employer if not currently employed ( I don't know:  { } )
  Street: 306 Era Drive
  City: Northbrook  State: IL  Country:     Zip Code: 60062

## Foreign Military Affiliation

Is this relative affiliated with a foreign government, military, security, defense industry, foreign movement, or intelligence service?
  Yes: { }   No: { x }   I don't know: { }

7.  Provide relative type:  Mother-in-law
    Provide your relative's full name
      Last: Vuckovic  First: Marija  Middle: Molnar  Suffix:
    Provide your relative's date of birth
      Month/Day/Year:  ▮
    Provide your relative's place of birth
      City: Belgrade  State:     Country: Serbia
    Provide your relative's country(ies) of citizenship

    1.  Country:  Serbia

    2.  Country:  United States

                    (End of Provide your relative's country(ies) of citizenship List)

## Relative Deceased Question

Is your relative deceased?
  Yes: { }   No: { x }

## Address

Provide your relative's current address
  Stree ▮
  City: ▮

## U.S. Citizen ▮

Provide one type of citizenship documentation and document number below
  FS 240 or 545:  { }
  DS 1350:  { }

Certified at 2011-01-28 23:47:37
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

**PRIVACY ACT INFORMATION**

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #13956074 for Applicant SSN 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

U.S. Citizenship certificate: { }
U.S. Naturalization certificate: { x }
U.S. Passport: { }
   None (Provide explanation): { }
   Other (Provide explanation): { }
Explanation

Provide the document number: ▮▮▮▮▮▮▮▮
Provide the name of the court that issued the U.S. Citizenship/Naturalization certificate:  **United States of America Northern District of Illinois**
Provide the address of the court that issued the U.S. Citizenship/Naturalization certificate

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Relative Foreign Citizenship, continued**
Provide approximate date of first contact
   Month/Year: **01/2002**
Provide approximate date of last contact
   Month/Year: **01/2013**
Provide methods of contact (check all that apply)
   In person: { x }
   Telephone: { x }
   Electronic (Such as e-mail, texting, chat rooms, etc.): { x }
   Written correspondence: { x }
   Other (Provide explanation): { }
Explanation

Provide approximate frequency of contact
   Daily: { }
   Weekly: { x }
   Monthly: { }
   Quarterly: { }
   Annually: { }
   Other (Provide explanation): { }
Explanation

**Foreign Relative's Employer**
Provide name of current employer, or provide the name of their most recent employer if not currently employed (if known) ( I don't know: { } )
   **Woman's Doc (now retired)**
Provide the address of current employer, or provide the address of their most recent employer if not currently employed ( I don't know: { } )
   Street: **20 Executive Court, Suite1**
   City: **South Barrington**  State: **IL**  Country:   Zip Code: **60010**
**Foreign Military Affiliation**

Is this relative affiliated with a foreign government, military, security, defense industry, foreign movement, or intelligence service?
   Yes: { }  No: { x }  I don't know: { }

*(End of List)*

Certified at 2013-01-28 23:47:37
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

**PRIVACY ACT INFORMATION**

Page 344

**Summary**

Do you have an additional relative to enter?
        Yes: { }   No: { x }

## Section 19 - Foreign Contacts

A foreign national is defined as any person who is not a citizen or national of the U.S.

Do you have, or have you had, close and/or continuing contact with a foreign national **within the last seven (7) years** with whom you, or your spouse, or cohabitant are bound by affection, influence, common interests, and/or obligation? Include associates as well as relatives, not previously listed in Section 18.
        Yes: { x }   No: { }

1.  You indicated that you have, or have had, close and/or continuing contact with a foreign national.
    Provide the full name of the foreign national, if known ( I don't know: { } )
            Last: <u>Ulyanov</u>  First: <u>Dmitry</u>  Middle: <u>Gennadiyevitch</u>  Suffix:
    Explanation if name is unknown

    Provide approximate date of first contact
            Month/Year: <u>04/1998</u>
    Provide approximate date of last contact
            Month/Year: <u>11/2012</u>
    Provide methods of contact (check all that apply)
            In person: { x }
            Telephone: { x }
            Electronic (Such as e-mail, texting, chat rooms, etc.): { x }
            Written correspondence: { }
            Other (Provide explanation): { }
    Explanation
            <u>A good friend and Ukrainian national currently working at an advertising firm in Moscow,
            Russia. Last in-person meeting was at his wedding in Kyiv in June 2009. Since then we have
            corresponded via email and online chat. Strictly a personal friendship.</u>
    Provide approximate frequency of contact
            Daily: { }
            Weekly: { }
            Monthly: { }
            Quarterly: { x }
            Annually: { }
            Other (Provide explanation): { }
    Explanation

    Provide the nature of the relationship (check all that apply)
            Professional or Business: { }
            Personal (Such as family ties, friendship, affection, common interests, etc.): { x }
            Obligation (Provide explanation): { }
            Other (Provide explanation): { }
    Explanation

    Provide other names and/or nicknames, as appropriate

Certified at 2013-01-28 23:47:37          **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

Page 345

*(No Entry Provided)*
Provide country(ies) of citizenship

1.    Country: Ukraine

*(End of Provide country(ies) of citizenship List)*

Provide date of birth ( I don't know: { } )
    Month/Day/Year: 09/01/1980 (Estimated)
Provide place of birth ( I don't know: { } )
    City: Kyiv   Country: Ukraine
Provide current address ( I don't know: { } )
    Street: Dom 30, 1 Seleznovskaya St, #44
    City: Moscow   State:     Country: Russia   Zip Code:

## APO/FPO

Does this person have an APO/FPO address?
    Yes: { }   No: { x }   I don't know: { }

## Contact's Employer

Provide the name of the foreign national's current employer, or provide the name of their most recent
employer if not currently employed ( I don't know: { } )
    Euro RSCG Moscow
Provide the address of the foreign national's current employer, or provide the address of their most recent
employer if not currently employed ( I don't know: { } )
    Street: Derbenevskaya str., 1, bldg.6,
    City: Moscow   State:     Country: Russia   Zip Code:

## Contact Foreign Military Affiliation

Is this foreign national affiliated with a foreign government, military, security, defense industry, or intelligence
service?
    Yes: { }   No: { x }   I don't know: { }

2.   Provide the full name of the foreign national, if known ( I don't know: { } )
    Last: van der Hoek   First: Leon   Middle: (NMN)   Suffix:
Explanation if name is unknown

Provide approximate date of first contact
    Month/Year: 02/2008
Provide approximate date of last contact
    Month/Year: 03/2012
Provide methods of contact (check all that apply)
    In person: { x }
    Telephone: { x }
    Electronic (Such as e-mail, texting, chat rooms, etc.): { x }
    Written correspondence: { }
    Other (Provide explanation): { }
Explanation
    Personal friend I met while on vacation in Thailand in February 2008, along with my wife and
    his wife. My wife and I visited Leon and his wife in Johannesburg, South Africa in 2010. I
    stayed with his family for one night in November 2011 while in South Africa for work. Leon

Certified at 2013-01-28 23:47:37                    **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

stayed with my family for one night in March 2012 while in the U.S. for business. Strictly a personal friendship.

Provide approximate frequency of contact
    Daily:  { }
    Weekly:  { }
    Monthly:  { }
    Quarterly:  { x }
    Annually:  { }
    Other (Provide explanation):  { }
Explanation

Provide the nature of the relationship (check all that apply)
    Professional or Business:  { }
    Personal (Such as family ties, friendship, affection, common interests, etc.):  { x }
    Obligation (Provide explanation):  { }
    Other (Provide explanation):  { }
Explanation

Provide other names and/or nicknames, as appropriate
    *(No Entry Provided)*
Provide country(ies) of citizenship

1.   Country:  **South Africa**

*(End of Provide country(ies) of citizenship List)*
Provide date of birth ( I don't know:  { x } )
    Month/Day/Year:  ~ / - / ~
Provide place of birth ( I don't know:  { x } )
    City:    Country:
Provide current address ( I don't know:  { } )
    Street: 9 Swallows Nest, Caravelle Road
    City: Bartlett, Boksburg. State:    Country: **South Africa**  Zip Code:

**APO/FPO**

Does this person have an APO/FPO address?
    Yes:  { }   No:  { x }   I don't know:  { }

**Contact's Employer**

Provide the name of the foreign national's current employer, or provide the name of their most recent employer if not currently employed ( I don't know:  { } )
    **DRA Mineral Projects Ltd.**
Provide the address of the foreign national's current employer, or provide the address of their most recent employer if not currently employed ( I don't know:  { } )
    Street: No 3 Inyanga Close
    City: Sunninghill State:    Country: **South Africa**  Zip Code:

**Contact Foreign Military Affiliation**

Is this foreign national affiliated with a foreign government, military, security, defense industry, or intelligence service?
    Yes:  { }   No:  { x }   I don't know:  { }

Certified at 2013-01-28 23:47:37                                    **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

342

3. Provide the full name of the foreign national, if known ( I don't know: { } )
   Last: Bogomolov  First: Vladimir  Middle: (NMN)  Suffix:
   Explanation if name is unknown
      Unknown middle name (patronymic)
   Provide approximate date of first contact
      Month/Year: 09/2001
   Provide approximate date of last contact
      Month/Year: 12/2011
   Provide methods of contact (check all that apply)
      In person: { x }
      Telephone: { }
      Electronic (Such as e-mail, texting, chat rooms, etc.): { x }
      Written correspondence: { }
      Other (Provide explanation): { }
   Explanation
      Personal friend I met in Moscow while interning at the American Center. I helped him with
      his English homework, and we became friends. Have had infrequent email contact since
      then. Vladimir visited Washington with his wife and mother-in-law for tourism purposes in
      December 2011, and I escorted them around the National Mall.
   Provide approximate frequency of contact
      Daily: { }
      Weekly: { }
      Monthly: { }
      Quarterly: { }
      Annually: { x }
      Other (Provide explanation): { }
   Explanation

   Provide the nature of the relationship (check all that apply)
      Professional or Business: { }
      Personal (Such as family ties, friendship, affection, common interests, etc.): { x }
      Obligation (Provide explanation): { }
      Other (Provide explanation): { }
   Explanation
      Although we are friends, there are very weak bonds of friendship, affection, and common
      interests in this case. This friendship will likely fall by the wayside.
   Provide other names and/or nicknames, as appropriate
      (No Entry Provided)
   Provide country(ies) of citizenship

1. Country: Russia

   *(End of Provide country(ies) of citizenship List)*
   Provide date of birth ( I don't know: { x } )
      Month/Day/Year: ~ / ~ / ~
   Provide place of birth ( I don't know: { x } )
      City:    Country:
   Provide current address ( I don't know: { } )
      Street:
      City: Moscow  State:  Country: Russia  Zip Code:

Certified at 2013-01-28 23:47:37
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c          **PRIVACY ACT INFORMATION**

343

Page 348

**APO/FPO**

Does this person have an APO/FPO address?
Yes: { }   No: { x }   I don't know: { }

## Contact's Employer

Provide the name of the foreign national's current employer, or provide the name of their most recent employer if not currently employed ( I don't know: { } )

Unlin

Provide the address of the foreign national's current employer, or provide the address of their most recent employer if not currently employed ( I don't know: { } )

Street: yl. Pravdi 26
City: **Moscow**   State:    Country: **Russia**   Zip Code:

## Contact Foreign Military Affiliation

Is this foreign national affiliated with a foreign government, military, security, defense industry, or intelligence service?

Yes: { }   No: { x }   I don't know: { }

4.  Provide the full name of the foreign national, if known ( I don't know: { } )
    Last: **Galetsky**   First: **Alexandra**   Middle: **(NMN)**   Suffix:
Explanation if name is unknown

Provide approximate date of first contact
    Month/Year: **04/1998**
Provide approximate date of last contact
    Month/Year: **01/2012**
Provide methods of contact (check all that apply)
    In person: { x }
    Telephone: { }
    Electronic (Such as e-mail, texting, chat rooms, etc.): { x }
    Written correspondence: { }
    Other (Provide explanation): { }
Explanation
    Alexandra (Sasha) was my Ukrainian host sister when I was an exchange student to Kyiv,
    Ukraine for three weeks in 1998 and 1999. We have maintained infrequent contact since then.
Provide approximate frequency of contact
    Daily: { }
    Weekly: { }
    Monthly: { }
    Quarterly: { }
    Annually: { x }
    Other (Provide explanation): { }
Explanation

Provide the nature of the relationship (check all that apply)
    Professional or Business: { }
    Personal (Such as family ties, friendship, affection, common interests, etc.): { x }
    Obligation (Provide explanation): { }
    Other (Provide explanation): { }
Explanation

Certified at 2013-01-28 23:47:37
Data Hash Code:                                          **PRIVACY ACT INFORMATION**
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

Page 349

Provide other names and/or nicknames, as appropriate
   *(No Entry Provided)*
Provide country(ies) of citizenship

1.   Country:  <u>Ukraine</u>

                              *(End of Provide country(ies) of citizenship List)*
Provide date of birth ( I don't know:  { x } )
   Month/Day/Year:  ~/~/~
Provide place of birth ( I don't know:  { x } )
   City:     Country:
Provide current address ( I don't know:  { x } )
   Street:
   City:     State:     Country:     Zip Code:
**Contact's Employer**
Provide the name of the foreign national's current employer, or provide the name of their most recent
employer if not currently employed ( I don't know: { } )
   Homemaker
Provide the address of the foreign national's current employer, or provide the address of their most recent
employer if not currently employed ( I don't know: { x } )
   Street:
   City:     State:     Country:     Zip Code:
**Contact Foreign Military Affiliation**

Is this foreign national affiliated with a foreign government, military, security, defense industry, or intelligence
service?
   Yes: { }   No: { x }   I don't know: { }

                              *(End of List)*

**Summary**

Do you have, or have you had, close and/or continuing contact with any additional foreign national within the
last seven (7) years with whom you, or your spouse, or cohabitant are bound by affection, influence, common
interests, and/or obligation? Include associates as well as relatives, not previously listed in Section 18.
   Yes: { }   No: { x }

**Section 20A - Foreign Activities**

Have you, your spouse, cohabitant, or dependent children EVER had any foreign financial interests (such as
stocks, property, investments, bank accounts, ownership of corporate entities, corporate interests or businesses)
in which you or they have direct control or direct ownership? (Exclude financial interests in companies or
diversified mutual funds that are publicly traded on a U.S. exchange.)
   Yes: { }   No: { x }

**Foreign Financial Interests Controlled on Your Behalf**

Have you, your spouse, cohabitant, or dependent children EVER had any foreign financial interests that someone
controlled on your behalf?

Page 350

Yes: { }   No: { x }

## Foreign Financial Interests Real Estate

Have you, your spouse, cohabitant, or dependent children EVER owned, or do you anticipate owning, or plan to purchase real estate in a foreign country?

Yes: { }   No: { x }

## Foreign Financial Interests - Foreign Benefit

As a U.S. citizen, have you, your spouse, cohabitant, or dependent children received in the past seven (7) years, or are eligible to receive in the future, any educational, medical, retirement, social welfare, or other such benefit from a foreign country?

Yes: { }   No: { x }

## Foreign Financial Interests - Foreign National Support

Have you EVER provided financial support for any foreign national?

Yes: { }   No: { x }

## Section 20B - Foreign Business, Professional Activities, and Foreign Government Contacts

Have you in the past seven (7) years provided advice or support to any individual associated with a foreign business or other foreign organization that you have not previously listed as a former employer? (Answer 'No' if all your advice or support was authorized pursuant to official U.S. Government business.)

Yes: { }   No: { x }

## Foreign Consulting

For this question, 'Immediate Family' means your spouse, parents, step-parents, siblings, half and step-siblings, children, step-children, and cohabitant.

Have you, your spouse, cohabitant, or any member of your immediate family in the past seven (7) years been asked to provide advice or serve as a consultant, even informally, by any foreign government official or agency? (Answer 'No' if all the advice or support was authorized pursuant to official U.S. Government business.)

Yes: { }   No: { x }

## Foreign National Job Offer

Has any foreign national in the past seven (7) years offered you a job, asked you to work as a consultant, or consider employment with them?

Yes: { }   No: { x }

## Other Foreign Business Ventures

Have you in the past seven (7) years been involved in any other type of business venture with a foreign national not described above (own, co-own, serve as business consultant, provide financial support, etc.)?

Yes: { }   No: { x }

Case 1:22-cv-02939-DLF    Document 48-4    Filed 04/25/24    Page 50 of 117

## Foreign Conferences, Trade Shows, Seminars, and Meetings

Have you in the past seven (7) years attended or participated in any conferences, trade shows, seminars, or meetings outside the U.S.? (Do not include those you attended or participated in on official business for the U.S. government.)

Yes: { }    No: { x }

Optional Comment

I have traveled overseas since 2004 for work, but always on official programs of the U.S. Department of Energy or U.S. Agency for International Development.

## Foreign Government Contact

For Section 20B, 'Immediate Family' means your spouse, parents, step-parents, siblings, half and step-siblings, children, step-children, and cohabitant.

Have you or any member of your immediate family in the past seven (7) years had any contact with a foreign government, its establishment (such as embassy, consulate, agency, military service, intelligence or security service, etc.) or its representatives, whether inside or outside the U.S.? (Answer 'No' if the contact was for routine visa applications and border crossings related to either official U.S. Government travel or foreign travel on a U.S. passport.)

Yes: { }    No: { x }

## Sponsorship of a Foreign National

Have you in the past seven (7) years sponsored any foreign national to come to the U.S. as a student, for work, or for permanent residence?

Yes: { }    No: { x }

## Holding Foreign Political Office

Have you EVER held political office in a foreign country?

Yes: { }    No: { x }

## Voting in a Foreign Election

Have you EVER voted in the election of a foreign country?

Yes: { }    No: { x }

## Section 20C - Foreign Travel

Have you traveled outside the U.S. in the last seven (7) years?

Yes: { x }    No: { }

## U.S. Government Business Travel

Has your travel in the last seven (7) years been solely for U.S. Government business (i.e., no personal trips in conjunction with the official U.S. Government business)?

Yes: { }    No: { }

Certified at 2013-01-28 23:47:37                    **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

Page 352

1.  You responded 'Yes' to having traveled outside the U.S. in the last seven (7) years for other than solely
    U.S. Government business. Provide information about all such trips made outside the United States
    including personal trips made in conjunction with official U.S. Government business.
    Provide the country visited:  **Argentina**
    Provide the dates of your travel to this country
         From (Month/Year):  **04/2007**   To (Month/Year):  **04/2007**
    Provide the total number of days involved in the visit
            1-5:  { }
            6-10:  { x }
            11-20:  { }
            21-30:  { }
            More than 30:  { }
            Many short trips:  { }
    Provide the purpose of the travel to this country (check all that apply)
            Business/Professional conference:  { }
            Volunteer activities:  { }
            Education:  { }
            Tourism:  { x }
            Trade shows, conferences, and seminars:  { }
            Visit family or friends:  { }
            Other:  { }

    While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for
    normal customs requirements) by the local customs or security service officials when entering or leaving this
    country?
            Yes:  { }   No:  { x }

    If 'Yes' provide explanation

    While traveling to or in this country, were you involved in any encounter with the police?
            Yes:  { }   No:  { x }

    If 'Yes' provide explanation

    While traveling to or in this country, were you contacted by, or in contact with any person known
    or suspected of being involved or associated with foreign intelligence, terrorist, security, or military
    organizations?
            Yes:  { }   No:  { x }

    If 'Yes' provide explanation

    While traveling to, or in this country, were you involved in any counterintelligence or security issues not
    reported?
            Yes:  { }   No:  { x }

    If 'Yes' provide explanation

Certified at 2013-01-28 23:47:37                    **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

348

Page 353

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
Yes: { }   No: { x }

If 'Yes' provide explanation

2.  Provide the country visited:  __Canada__
Provide the dates of your travel to this country
    From (Month/Year): __07/2007__  To (Month/Year): __07/2007__
Provide the total number of days involved in the visit
    1-5:  { x }
    6-10:  { }
    11-20:  { }
    21-30:  { }
    More than 30:  { }
    Many short trips:  { }
Provide the purpose of the travel to this country (check all that apply)
    Business/Professional conference:  { }
    Volunteer activities:  { }
    Education:  { }
    Tourism:  { x }
    Trade shows, conferences, and seminars:  { }
    Visit family or friends:  { }
    Other:  { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
Yes: { }   No: { x }

If 'Yes' provide explanation

Certified at 2013-01-28 23:47:37                    **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

Page 354

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #13956074 for Applicant SSN 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

Page 35 of 65
Archival Copy

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?

Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?

Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?

Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?

Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?

Yes: { }   No: { x }

If 'Yes' provide explanation

3.  Provide the country visited:  __Bermuda__
    Provide the dates of your travel to this country
        From (Month/Year): __10/2007__   To (Month/Year): __10/2007__
    Provide the total number of days involved in the visit
        1-5:  { x }
        6-10:  { }
        11-20:  { }
        21-30:  { }
        More than 30:  { }
        Many short trips:  { }
    Provide the purpose of the travel to this country (check all that apply)
        Business/Professional conference:  { }
        Volunteer activities:  { }
        Education:  { }
        Tourism:  { x }
        Trade shows, conferences and seminars:  { }

Page 355

Visit family or friends: { }
Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
  Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
  Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
  Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
  Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
  Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
  Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
  Yes: { }   No: { x }

If 'Yes' provide explanation

**PRIVACY ACT INFORMATION**

Certified at 2011-01-28 23:47:37
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

Page 356

4.  Provide the country visited: **Thailand**
    Provide the dates of your travel to this country
        From (Month/Year): **02/2008**   To (Month/Year): **02/2008**
    Provide the total number of days involved in the visit
        1-5:  { }
        6-10:  { x }
        11-20:  { }
        21-30:  { }
        More than 30:  { }
        Many short trips:  { }
    Provide the purpose of the travel to this country (check all that apply)
        Business/Professional conference:  { }
        Volunteer activities:  { }
        Education:  { }
        Tourism:  { x }
        Trade shows, conferences, and seminars:  { }
        Visit family or friends:  { }
        Other:  { }

    While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
        Yes: { }   No:  { x }

    If 'Yes' provide explanation

    While traveling to or in this country, were you involved in any encounter with the police?
        Yes: { }   No:  { x }

    If 'Yes' provide explanation

    While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
        Yes: { }   No:  { x }

    If 'Yes' provide explanation

    While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
        Yes: { }   No:  { x }

    If 'Yes' provide explanation

    While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
        Yes: { }   No:  { x }

Certified at 2013-01-28 23:47:37                           **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

Page 357

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
　　　Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
　　　Yes: { }   No: { x }

If 'Yes' provide explanation

5.　Provide the country visited:　**United Arab Emirates**
　　Provide the dates of your travel to this country
　　　　From (Month/Year): **12/2008**　To (Month/Year): **01/2009**
　　Provide the total number of days involved in the visit
　　　　1-5: { x }
　　　　6-10: { }
　　　　11-20: { }
　　　　21-30: { }
　　　　More than 30: { }
　　　　Many short trips: { }
　　Provide the purpose of the travel to this country (check all that apply)
　　　　Business/Professional conference: { }
　　　　Volunteer activities: { }
　　　　Education: { }
　　　　Tourism: { x }
　　　　Trade shows, conferences, and seminars: { }
　　　　Visit family or friends: { }
　　　　Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
　　　Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
　　　Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?

Certified at 2013-01-28 23:47:37
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

**PRIVACY ACT INFORMATION**

Page 358

Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
        Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
        Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
        Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
        Yes: { }   No: { x }

If 'Yes' provide explanation

6.   Provide the country visited:  Serbia
     Provide the dates of your travel to this country
         From (Month/Year): 05/2009   To (Month/Year): 05/2009
     Provide the total number of days involved in the visit
         1-5:  { x }
         6-10:  { }
         11-20:  { }
         21-30:  { }
         More than 30:  { }
         Many short trips:  { }
     Provide the purpose of the travel to this country (check all that apply)
         Business/Professional conference:  { }
         Volunteer activities:  { }
         Education:  { }
         Tourism:  { }
         Trade shows, conferences, and seminars:  { }
         Visit family or friends:  { x }
         Other:  { }

Certified at 2013-01-28 23:47:37                              **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

Page 360

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #13956074 for Applicant SSN 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

Page 41 of 65
Archival Copy

1-5:  { x }
6-10:  { }
11-20:  { }
21-30:  { }
More than 30:  { }
Many short trips:  { }

Provide the purpose of the travel to this country (check all that apply)
Business/Professional conference:  { }
Volunteer activities:  { }
Education:  { }
Tourism:  { x }
Trade shows, conferences, and seminars:  { }
Visit family or friends:  { }
Other:  { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
Yes:  { }   No:  { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
Yes:  { }   No:  { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
Yes:  { }   No:  { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
Yes:  { }   No:  { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
Yes:  { }   No:  { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
Yes:  { }   No:  { x }

Certified at 2013-01-28 23:47:37
Data Hash Code:
6e1b1233695a06e617ec53bdf0067c2cc7fa632c358aae70142190f2d39d6f4c

**PRIVACY ACT INFORMATION**

Electronic Questionnaires for Investigations Processing (e-QIP)      Page 42 of 65
Investigation Request #13956074 for Applicant SSN 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        Archival Copy

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
   Yes: { }   No: { x }

If 'Yes' provide explanation

8.   Provide the country visited:  **Czech Republic**
     Provide the dates of your travel to this country
        From (Month/Year): **05/2009**   To (Month/Year): **05/2009**
     Provide the total number of days involved in the visit
        1-5:  { x }
        6-10:  { }
        11-20:  { }
        21-30:  { }
        More than 30:  { }
        Many short trips:  { }
     Provide the purpose of the travel to this country (check all that apply)
        Business/Professional conference:  { }
        Volunteer activities:  { }
        Education:  { }
        Tourism:  { x }
        Trade shows, conferences, and seminars:  { }
        Visit family or friends:  { }
        Other:  { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
   Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
   Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
   Yes: { }   No: { x }

If 'Yes' provide explanation

Certified at 2013-01-28 23:47:37
Data Hash Code:                                                    **PRIVACY ACT INFORMATION**
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

Page 362

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?

Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?

Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?

Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?

Yes: { }   No: { x }

If 'Yes' provide explanation

9.  Provide the country visited:  Ukraine
    Provide the dates of your travel to this country
         From (Month/Year):  06/2009   To (Month/Year):  06/2009
    Provide the total number of days involved in the visit
         1-5:  { x }
         6-10:  { }
         11-20:  { }
         21-30:  { }
         More than 30:  { }
         Many short trips:  { }
    Provide the purpose of the travel to this country (check all that apply)
         Business/Professional conference:  { }
         Volunteer activities:  { }
         Education:  { }
         Tourism:  { }
         Trade shows, conferences, and seminars:  { }
         Visit family or friends:  { x }
         Other:  { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?

Yes: { }   No: { x }

If 'Yes' provide explanation

Certified at 2013-01-28 23:47:37     **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

Electronic Questionnaires for Investigations Processing (e-QIP)        Page 44 of 65
Investigation Request #13956074 for Applicant SSN 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     Archival Copy

While traveling to or in this country, were you involved in any encounter with the police?
     Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
     Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
     Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
     Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
     Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
     Yes: { }   No: { x }

If 'Yes' provide explanation

10.   Provide the country visited: **Bahamas, The**
Provide the dates of your travel to this country
     From (Month/Year): **12/2009**   To (Month/Year): **12/2009**
Provide the total number of days involved in the visit
     1-5: { x }
     6-10: { }
     11-20: { }
     21-30: { }
     More than 30: { }
     Many short trips: { }

Certified at 2011-01-26 23:47:37               **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aac70142190f2d39d6f4c

Page 364

Provide the purpose of the travel to this country (check all that apply):
Business/Professional conference:  { x }
Volunteer activities:  { }
Education:  { }
Tourism:  { x }
Trade shows, conferences, and seminars:  { }
Visit family or friends:  { }
Other:  { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
    Yes:  { }    No:  { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
    Yes:  { }    No:  { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
    Yes:  { }    No:  { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
    Yes:  { }    No:  { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
    Yes:  { }    No:  { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
    Yes:  { }    No:  { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?

Certified at 2013-01-28 23:47:37                                **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

Page 365

Page 365

Yes: { }  No: { x }

If 'Yes' provide explanation

11.  Provide the country visited:  __Brazil__
     Provide the dates of your travel to this country
        From (Month/Year): __12/2009__  To (Month/Year): __01/2010__
     Provide the total number of days involved in the visit
        1-5:  { x }
        6-10:  { }
        11-20:  { }
        21-30:  { }
        More than 30:  { }
        Many short trips:  { }
     Provide the purpose of the travel to this country (check all that apply)
        Business/Professional conference:  { }
        Volunteer activities:  { }
        Education:  { }
        Tourism:  { x }
        Trade shows, conferences, and seminars:  { }
        Visit family or friends:  { }
        Other:  { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
        Yes:  { }   No:  { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
        Yes:  { }   No:  { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
        Yes:  { }   No:  { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
        Yes:  { }   No:  { x }

If 'Yes' provide explanation

Certified at 2013-01-28 23:47:37
Data Hash Code:                                    **PRIVACY ACT INFORMATION**
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

Page 366

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
Yes: { }   No: { x }

If 'Yes' provide explanation

12.   Provide the country visited:   Ireland
Provide the dates of your travel to this country
From (Month/Year): 03/2010   To (Month/Year): 03/2010
Provide the total number of days involved in the visit
1-5: { }
6-10: { x }
11-20: { }
21-30: { }
More than 30: { }
Many short trips: { }
Provide the purpose of the travel to this country (check all that apply)
Business/Professional conference: { }
Volunteer activities: { }
Education: { }
Tourism: { x }
Trade shows, conferences, and seminars: { }
Visit family or friends: { }
Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
Yes: { }   No: { x }

If 'Yes' provide explanation

Certified at 2013-01-28 23:47:37
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

**PRIVACY ACT INFORMATION**

Case 1:22-cv-02939-DLF   Document 48-4   Filed 04/25/24   Page 65 of 117

Page 367

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?

     Yes: { }   No: { x }

If 'Yes' provide explanation

---

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?

     Yes: { }   No: { x }

If 'Yes' provide explanation

---

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?

     Yes: { }   No: { x }

If 'Yes' provide explanation

---

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?

     Yes: { }   No: { x }

If 'Yes' provide explanation

---

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?

     Yes: { }   No: { x }

If 'Yes' provide explanation

---

13.   Provide the country visited: <u>Serbia</u>

Provide the dates of your travel to this country
     From (Month/Year): <u>06/2010</u>   To (Month/Year): <u>06/2010</u>

Provide the total number of days involved in the visit
     1-5:  { x }
     6-10:  { }
     11-20:  { }
     21-30:  { }
     More than 30:  { }
     Many short trips:  { }

Provide the purpose of the travel to this country (check all that apply)
     Business/Professional conference:  { }
     Volunteer activities:  { }
     Education:  { }
     Tourism:  { }
     Trade shows, conferences and seminars:  { }

---

Certified at 2013-01-28 23:47:37                    **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067d2cc7fa632c358aae70142190f2d39d6f4c

Page 368

Visit family or friends: { x }
Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
Yes: { }   No: { x }

If 'Yes' provide explanation

DECLASSIFIED

Certified at 2013-01-28 23:47:37
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

**PRIVACY ACT INFORMATION**

Page 369

14.     Provide the country visited: __Aruba__
          Provide the dates of your travel to this country
             From (Month/Year): __10/2010__   To (Month/Year): __10/2010__
          Provide the total number of days involved in the visit
               1-5: { x }
               6-10: { }
               11-20: { }
               21-30: { }
               More than 30: { }
               Many short trips: { }
          Provide the purpose of the travel to this country (check all that apply)
               Business/Professional conference: { }
               Volunteer activities: { }
               Education: { }
               Tourism: { x }
               Trade shows, conferences, and seminars: { }
               Visit family or friends: { }
               Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
         Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
         Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
         Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
         Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
         Yes: { }   No: { x }

Certified at 2013-01-28 23:47:37
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c
                             **PRIVACY ACT INFORMATION**

Page 370

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
Yes: { }   No: { x }

If 'Yes' provide explanation

15.   Provide the country visited:   __South Africa__
Provide the dates of your travel to this country
From (Month/Year): __12/2010__   To (Month/Year): __01/2011__
Provide the total number of days involved in the visit
1-5:  { }
6-10:  { x }
11-20:  { }
21-30:  { }
More than 30:  { }
Many short trips:  { }
Provide the purpose of the travel to this country (check all that apply)
Business/Professional conference:  { }
Volunteer activities:  { }
Education:  { }
Tourism:  { x }
Trade shows, conferences, and seminars:  { }
Visit family or friends:  { }
Other:  { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
Yes:  { }   No:  { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
Yes: { }   No:  { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?

Certified at 2013-01-28 23:47:37
Data Hash Code:
6e3b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

**PRIVACY ACT INFORMATION**

Page 371

Yes: { }  No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?

Yes: { }  ·No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?

Yes: { }  No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?

Yes: { }  No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?

Yes: { }  No: { x }

· If 'Yes' provide explanation

16.  Provide the country visited:  **Botswana**
Provide the dates of your travel to this country
     From (Month/Year): 01/2011  To (Month/Year): 01/2011
Provide the total number of days involved in the visit
     1-5:  { x }
     6-10:  { }
     11-20:  { }
     21-30:  { }
     More than 30:  { }
     Many short trips:  { }
Provide the purpose of the travel to this country (check all that apply)
     Business/Professional conference:  { }
     Volunteer activities:  { }
     Education:  { }
     Tourism:  { x }
     Trade shows, conferences, and seminars:  { }
     Visit family or friends:  { }
     Other:  { }

Certified at 2013-01-28 23:47:37                          **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067c2cc7fa632c358aae70142190f2d39d6f4c

Page 372

Case 1:22-cv-02939-DLF   Document 48-4   Filed 04/25/24   Page 70 of 117

Electronic Questionnaires for Investigations Processing (e-QIP)      Page 53 of 65
Investigation Request #13956974 for Applicant SSN 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.        Archival Copy

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
Yes: { }   No: {x}

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
Yes: { }   No: {x}

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
Yes: { }   No: {x}

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
Yes: { }   No: {x}

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
Yes: { }   No: {x}

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
Yes: { }   No: {x}

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence security service?
Yes: { }   No: {x}

If 'Yes' provide explanation

17. Provide the country visited:  Zimbabwe
Provide the dates of your travel to this country.
From (Month/Year): 012011   To (Month/Year): 012011
Provide the total number of days involved in the visit

Certified at 2013-01-28 23:47:37                    PRIVACY ACT INFORMATION
Data Hash Code:
6e1b1233695a06e617cc53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

367

Page 373

1-5:  { x }
6-10:  { }
11-20:  { }
21-30:  { }
More than 30:  { }
Many short trips:  { }

Provide the purpose of the travel to this country (check all that apply)
Business/Professional conference:  { }
Volunteer activities:  { }
Education:  { }
Tourism:  { x }
Trade shows, conferences, and seminars:  { }
Visit family or friends:  { }
Other:  { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?

Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?

Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?

Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?

Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?

Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?

Yes: { }   No: { x }

Certified at 2013-01-28 23:47:37                         PRIVACY ACT INFORMATION
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

368

Page 374

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
     Yes: { }   No: { x }

If 'Yes' provide explanation

18.   Provide the country visited: __Dominican Republic__
    Provide the dates of your travel to this country
        From (Month/Year): __05/2011__   To (Month/Year): __05/2011__
    Provide the total number of days involved in the visit
        1-5: { x }
        6-10: { }
        11-20: { }
        21-30: { }
        More than 30: { }
        Many short trips: { }
    Provide the purpose of the travel to this country (check all that apply)
        Business/Professional conference: { }
        Volunteer activities: { }
        Education: { }
        Tourism: { x }
        Trade shows, conferences, and seminars: { }
        Visit family or friends: { }
        Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
     Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
     Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
     Yes: { }   No: { x }

If 'Yes' provide explanation

Certified at 2013-01-28 23:47:37          **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

Page 375

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
Yes: { }   No: { x }

If 'Yes' provide explanation

19.  Provide the country visited:  Mexico
     Provide the dates of your travel to this country
          From (Month/Year): 01/2013.  To (Month/Year): 01/2013
     Provide the total number of days involved in the visit
          1-5:  { x }
          6-10: { }
          11-20: { }
          21-30: { }
          More than 30:  { }
          Many short trips:  { }
     Provide the purpose of the travel to this country (check all that apply)
          Business/Professional conference:  { }
          Volunteer activities:  { }
          Education:  { }
          Tourism:  { x }
          Trade shows, conferences, and seminars:  { }
          Visit family or friends:  { }
          Other:  { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
Yes: { }   No: { x }

If 'Yes' provide explanation

Certified at 2013-01-28 23:47:37                          **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c35Baae70142190f2d39d6f4c

Page 376

While traveling to or in this country, were you involved in any encounter with the police?
Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
Yes: { }   No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
Yes: { }   No: { x }

If 'Yes' provide explanation

*(End of List)*

## Foreign Countries You Have Visited - Summary

Respond for the time frame of the last seven (7) years, beginning with the most recent and working backwards (Do not list trips that ONLY involved travel on official U.S. Government business, but you must include any personal trips made in conjunction with the official U.S. Government travel).

Do you have additional travel outside the U.S. in the last seven (7) years for other than solely U.S. Government business?
Yes: { }   No: { x }

Page 377

## Section 21 - Psychological and Emotional Health

Mental health counseling in and of itself **is not a reason** to revoke or deny eligibility for access to classified information or for a sensitive position, suitability or fitness to obtain or retain Federal employment, fitness to obtain or retain contract employment, or eligibility for physical or logical access to federally controlled facilities or information systems.

In the last seven (7) years, have you consulted with a health care professional regarding an emotional or mental health condition or were you hospitalized for such a condition? Answer 'No' if the counseling was for any of the following reasons and was not court-ordered:

- strictly marital, family, grief not related to violence by you; or
- strictly related to adjustments from service in a military combat environment.

    Yes: { }   No: { x }

## Section 22 - Police Record

For this section report information regardless of whether the record in your case has been sealed, expunged, or otherwise stricken from the court record, or the charge was dismissed. You need not report convictions under the Federal Controlled Substances Act for which the court issued an expungement order under the authority of 21 U.S.C. 844 or 18 U.S.C. 3607. Be sure to include all incidents whether occurring in the U.S. or abroad.

### Police Record

Have any of the following happened? (If 'Yes' you will be asked to provide details for each offense that pertains to the actions that are identified below.)

- **In the past seven (7) years have you been issued a summons, citation, or ticket to appear in court in a criminal proceeding against you?** (Do not check if all the citations involved traffic infractions where the fine was less than $300 and did not include alcohol or drugs)
- **In the past seven (7) years have you been arrested by any police officer, sheriff, marshal or any other type of law enforcement official?**
- **In the past seven (7) years have you been charged, convicted, or sentenced of a crime in any court?** (Include all qualifying charges, convictions or sentences in any Federal, state, local, military, or non-U.S. court, even if previously listed on this form).
- **In the past seven (7) years have you been or are you currently on probation or parole?**
- **Are you currently on trial or awaiting a trial on criminal charges?**

    Yes: { }   No: { x }

### Police Record (EVER)

Other than those offenses already listed, have you EVER had the following happen to you?

- Have you EVER been convicted in any court of the United States of a crime, sentenced to imprisonment · for a term exceeding 1 year for that crime, and incarcerated as a result of that sentence for not less than 1 year? (Include all qualifying convictions in Federal, state, local, or military court, even if previously listed on this form)
- Have you EVER been charged with any felony offense? (Include those under the Uniform Code of Military Justice and non-military/civilian felony offenses)
- Have you EVER been convicted of an offense involving domestic violence or a crime of violence (such as battery or assault) against your child, dependent, cohabitant, spouse, former spouse, or someone with whom you share a child in common?
- Have you EVER been charged with an offense involving firearms or explosives?
- Have you EVER been charged with an offense involving alcohol or drugs?

Certified at 2013-01-28 23:47:37
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

**PRIVACY ACT INFORMATION**

Electronic Questionnaires for Investigations Processing (e-QIP)          Page 59 of 65
Investigation Request #13956074 for Applicant, SSN 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          Archival Copy

Yes: { }   No: { x }

## Domestic Violence Protective Order

Is there currently a domestic violence protective order or restraining order issued against you?

Yes: { }   No:  { x }

## Section 23 - Illegal Use of Drugs or Drug Activity

We note, with reference to this section, that neither your truthful responses nor information derived from your responses to this section will be used as evidence against you in a subsequent criminal proceeding. As to this particular section, this applies whether or not you are currently employed by the Federal government.
The following questions pertain to the illegal use of drugs or controlled substances or drug or controlled substance activity.

### Illegal Use of Drugs or Controlled Substances

In the last seven (7) years, have you illegally used any drugs or controlled substances? Use of a drug or controlled substance includes injecting, snorting, inhaling, swallowing, experimenting with or otherwise consuming any drug or controlled substance.

Yes: { }   No:  { x }

### Illegal Drug Activity

In the last seven (7) years, have you been involved in the illegal purchase, manufacture, cultivation, trafficking, production, transfer, shipping, receiving, handling or sale of any drug or controlled substance?

Yes: { }   No:  { x }

### While Possessing a Security Clearance

Have you EVER illegally used or otherwise been involved with a drug or controlled substance while possessing a security clearance other than previously listed?

Yes: { }   No:  { x }

### Employed as Law Enforcement

Have you EVER illegally used or otherwise been involved with a drug or controlled substance while employed as a law enforcement officer, prosecutor, or courtroom official; or while in a position directly and immediately affecting the public safety other than previously listed?

Yes: { }   No:  { x }

### Misuse of Prescription Drugs

In the last seven (7) years have you intentionally engaged in the misuse of prescription drugs, regardless of whether or not the drugs were prescribed for you or someone else?

Yes: { }   No:  { x }

### Treatment for the Use of Drugs

Certified at 2013-01-28 23:47:37                                          **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

Page 379

Electronic Questionnaires for Investigations Processing (e-QIP)           Page 60 of 65
Investigation Request #13956074 for Applicant SSN 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              Archival Copy

Have you EVER been ordered, advised, or asked to seek counseling or treatment as a result of your illegal use of drugs or controlled substances?

    Yes: { }   No: { x }

**Voluntary Treatment**

Have you **EVER** voluntarily sought counseling or treatment as a result of your use of a drug or controlled substance?

    Yes: { }   No: { x }

## Section 24 - Use of Alcohol

In the last seven (7) years has your use of alcohol had a negative impact on your work performance, your professional or personal relationships, your finances, or resulted in intervention by law enforcement/public safety personnel?

    Yes: { }   No: { x }

**Ordered to Seek Counseling**

Have you **EVER** been ordered, advised, or asked to seek counseling or treatment as a result of your use of alcohol?

    Yes: { }   No: { x }

**Sought Counseling or Treatment**

Have you **EVER** voluntarily sought counseling or treatment as a result of your use of alcohol?

    Yes: { }   No: { x }

**EVER Received Counseling/Treatment**

Have you **EVER** received counseling or treatment as a result of your use of alcohol in addition to what you have already listed on this form?

    Yes: { }   No: { x }

## Section 25 - Investigations and Clearance Record

Has the U.S. Government (or a foreign government) EVER investigated your background and/or granted you a security clearance eligibility/access?

    Yes: { x }   No: { }

1.  You responded 'Yes' to the U.S. Government (or a foreign government) having investigated your background and/or having granted you a security clearance eligibility/access.
    Provide the investigating agency
        U.S. Department of Defense: { }
        U.S. Department of State: { }
        U.S. Office of Personnel Management: { }
        Federal Bureau of Investigation: { }

Certified at 2013-01-28 23:47:37.                              **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067c2cc7fa632c358aae70142190f2d39d6f4c

Page 380

U.S. Department of Treasury: { }
U.S. Department of Homeland Security: { x }
Foreign government (Provide name of government): { }
I don't know: { }
Other (Provide explanation): { }
Explanation or name of government

Date the investigation was completed ( I don't know: { } )
    Month/Year: <u>04/2006 (Estimated)</u>
Provide the name of agency that issued the clearance eligibility/access if different from the investigating
agency: <u>GSA & FPS</u>
Provide the date clearance eligibility/access was granted ( I don't know: { } )
    Month/Year: <u>04/2006 (Estimated)</u>
Provide the level of clearance eligibility/access granted
    None: { }
    Confidential: { }
    Secret: { }
    Top Secret: { }
    Sensitive Compartmented Information (SCI): { }
    Q: { }
    L: { }
    I don't know: { x }
    Issued by foreign country: { }
    Other (Provide explanation): { }
Explanation
    <u>Submitted background information to DHS in order to regularly access the Ronald Reagan
    Building without going through magnetometers.</u>

2.   Provide the investigating agency
    U.S. Department of Defense: { }
    U.S. Department of State: { }
    U.S. Office of Personnel Management: { }
    Federal Bureau of Investigation: { }
    U.S. Department of Treasury: { }
    U.S. Department of Homeland Security: { x }
    Foreign government (Provide name of government): { }
    I don't know: { }
    Other (Provide explanation): { }
Explanation or name of government

Date the investigation was completed ( I don't know: { } )
    Month/Year: <u>09/2012</u>
Provide the name of agency that issued the clearance eligibility/access if different from the investigating
agency: <u>U.S. Customs & Border Protection</u>
Provide the date clearance eligibility/access was granted ( I don't know: { } )
    Month/Year: <u>09/2012</u>
Provide the level of clearance eligibility/access granted
    None: { x }
    Confidential: { }
    Secret: { }
    Top Secret: { }
    Sensitive Compartmented Information (SCI): { }

Certified at 2013-01-28 23:47:37                    **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

Page 381

Q: { }
L: { }
I don't know:  { }
Issued by foreign country:  { }
Other (Provide explanation):  { }
Explanation
U.S. Customs & Border Protection Global Entry enrollment.

*(End of List)*

### Investigation History - Summary

Do you have another investigation to enter?
Yes: { }   No: { x }

### Denied Clearance

Have you EVER had a security clearance eligibility/access authorization denied, suspended, or revoked? (Note:
An administrative downgrade or administrative termination of a security clearance is not a revocation.)
Yes: { }   No: { x }

### Government Debarment

Have you EVER been debarred from government employment?
Yes: { }   No: { x }

## Section 26 - Financial Record

In the last seven (7) years have you filed a petition under any chapter of the bankruptcy code?
Yes: { }   No: { x }

### Gambling

Have you EVER experienced financial problems due to gambling?
Yes: { }   No: { x }

### Taxes

In the past seven (7) years have you failed to file or pay Federal, state, or other taxes when required by law or
ordinance?
Yes: { }   No: { x }

### Employer Travel or Credit Card

In the past seven (7) years have you been counseled, warned, or disciplined for violating the terms of
agreement for a travel or credit card provided by your employer?
Yes: { }   No: { x }

### Assistance for Financial Difficulties

Certified at 2013-01-28 23:47:37          **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c

Page 382

Electronic Questionnaires for Investigations Processing (e-QIP)          Page 63 of 65
Investigation Request #13956074 for Applicant SSN 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             Archival Copy

Are you currently utilizing, or seeking assistance from, a credit counseling service or other similar resource to resolve your financial difficulties?

Yes: { }    No: { x }

## Delinquency Involving Enforcement

Other than previously listed, have any of the following happened to you? (You will be asked to provide details about each financial obligation that pertains to the items identified below)

- In the past seven (7) years, you have been delinquent on alimony or child support payments.
- In the past seven (7) years, you had a judgment entered against you. (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor).
- In the past seven (7) years, you had a lien placed against your property for failing to pay taxes or other debts. (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor).
- You are currently delinquent on any Federal debt. (Include financial obligations for which you are the sole debtor, as well as those for which you are a cosigner or guarantor).

Yes: { }    No: { x }

## Delinquency Involving Routine Accounts

Other than previously listed, have any of the following happened?

- In the past seven (7) years, you had any possessions or property voluntarily or involuntarily repossessed or foreclosed? (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor).
- In the past seven (7) years, you defaulted on any type of loan? (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor)
- In the past seven (7) years, you had bills or debts turned over to a collection agency? (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor)
- In the past seven (7) years, you had any account or credit card suspended, charged off, or cancelled for failing to pay as agreed? (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor)
- In the past seven (7) years, you were evicted for non-payment?
- In the past seven (7) years, you had your wages, benefits, or assets garnished or attached for any reason?
- In the past seven (7) years, you have been over 120 days delinquent on any debt not previously entered? (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor)
- You are currently over 120 days delinquent on any debt? (Include financial obligations for which you are the sole debtor, as well as those for which you are a cosigner or guarantor)

Yes: { }    No: { x }

## Section 27 - Use of Information Technology Systems

We note, with reference to this section, that neither your truthful responses nor information derived from your responses to this section will be used as evidence against you in a subsequent criminal proceeding. As to this particular section, this applies whether or not you are currently employed by the Federal government.
The following questions ask about your use of information technology systems. Information technology systems include all related computer hardware, software, firmware, and data used for the communication, transmission, processing, manipulation, storage, or protection of information.

**Unauthorized Access**

Certified at 2013-01-28 23:47:37                                **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aac70142190f2d39d6f4c

Page 383

In the last seven (7) years have you illegally or without proper authorization accessed or attempted to access any information technology system?

Yes: { }   No: { x }

## Modified, Destroyed, Manipulated or Denied Access

In the last seven (7) years have you illegally or without authorization, modified, destroyed, manipulated, or denied others access to information residing on an information technology system or attempted any of the above?

Yes: { }   No: { x }

## Unauthorized / Unlawful Use

In the last seven (7) years have you introduced, removed, or used hardware, software, or media in connection with any information technology system without authorization, when specifically prohibited by rules, procedures, guidelines, or regulations or attempted any of the above?

Yes: { }   No: { x }

## Section 28 - Non-Criminal Court Actions

In the last ten (10) years, have you been a party to any public record civil court action not listed elsewhere on this form?

Yes: { }   No: { x }

## Section 29 - Association Record

The following pertain to your associations. You are required to answer the questions fully and\ntruthfully, and your failure to do so could be grounds for an adverse employment, security, or\ncredentialing decision. For the purpose of this question, terrorism is defined as any criminal acts\nthat involve violence or are dangerous to human life and appear to be intended to intimidate or\ncoerce a civilian population to influence the policy of a government by intimidation or coercion,\nor to affect the conduct of a government by mass destruction, assassination or kidnapping.

### Terrorist Organization

Are you now or have you EVER been a member of an organization dedicated to terrorism, either\nwith an awareness of the organization's dedication to that end, or with the specific intent to\nfurther such activities?

Yes: { }   No: { x }

### Knowingly Engaged in Terrorism

Have you EVER knowingly engaged in any acts of terrorism?.

Yes: { }   No: { x }

### Advocating Acts

Have you EVER advocated any acts of terrorism or activities designed to overthrow the U.S. Government by force?

Yes: { }   No: { x }

Certified at 2013-01-28 23:47:37          **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067c2cc7fa632c358aae70142190f2d39d6f4c

Page 384

Electronic Questionnaires for Investigations Processing (e-QIP)          Page 65 of 65
Investigation Request #13956074 for Applicant SSN 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            Archival Copy

## Member of Organization

Have you EVER been a member of an organization dedicated to the use of violence or force to overthrow the
United States Government, and which engaged in activities to that end with an awareness of the organization's
dedication to that end or with the specific intent to further such activities?

Yes: { }   No: { x }

## Member of Organization Advocating Violence

Have you EVER been a member of an organization that advocates or practices commission of acts of force or
violence to discourage others from exercising their rights under the U.S. Constitution or any state of the United
States with the specific intent to further such action?

Yes: { }   No: { x }

## Activities Designed to Overthrow the U.S. Government

Have you EVER knowingly engaged in activities designed to overthrow the U.S. Government by force?

Yes: { }   No: { x }

## Associations

Have you EVER associated with anyone involved in activities to further terrorism?

Yes: { }   No: { x }

## Additional Comments

Use the space below to continue answers to all other items and to provide any information you would like to add.
Before each answer, identify the number of the item.

Additional Comments

Note: If you do not have any additional comments to provide, click "Save" to continue.

Certified at 2013-01-28 23:47:37                                    **PRIVACY ACT INFORMATION**
Data Hash Code:
6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aac70142190f2d39d6f4c

Page 385

Electronic Questionnaires for Investigations Processing (e-QIP)         Page 1 of 1
Investigation Request # 13956074 for Applicant SSN 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           Signature Forms

## Electronic Questionnaires for Investigations Processing (e-QIP)
## Investigation Request # 13956074

## SIGNATURE FORMS

The signature(s) in this document refer to information on forms submitted in the e-QIP Investigation
Request # 13956074 . The signature on the statement below is as valid as directly signing the same
statement on a printed e-QIP Investigation Request # 13956074 Official Archival Copy. This signed
statement and an image of each page from the e-QIP Investigation Request # 13956074 Official
Archival Copy will be considered official record.

Sign and submit all forms in this document to the office that initiated your Investigation Request.

Data Hash Code (SHA-256):
   **6e1b1233695a06e617ec53bdf0067e2cc7fa632c358aae70142190f2d39d6f4c**
Official Archival Copy PDF Hash Code (SHA-256):
   **c5aa812193606d658fd33a0015230d31158a6bc13fc60f23bb497fde029c9a39**
Date/Time Certified in the e-QIP System: **2013-01-28 23:47:37**
Applicant's Social Security Number: **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**

## Questionnaire for National Security Positions (SF86 Format)
OMB No. 3206-0005

### Certification

My statements on this form, and on any attachments to it, are true, complete, and correct to the best of my knowledge and belief and are
made in good faith. I have carefully read the foregoing instructions to complete this form. I understand that a knowing and willful false
statement on this form can be punished by fine or imprisonment or both (18 U.S.C. 1001). I understand that intentionally withholding,
misrepresenting, or falsifying information may have a negative effect on my security clearance, employment prospects, or job status, up
to and including denial or revocation of my security clearance, or my removal and debarment from Federal service.

| Signature' *(Sign in ink)* | Date *(mm/dd/yyyy)* |
|---|---|
| This form was digitally signed by: **Matthew Quinn Gebert** in accordance with the Electronic Signature Act 15 U.S.C. 7001, Public Law 105-277 the Uniform Electronic Transaction Act, and other regulations governing electronic signatures and access controlled U.S. Government systems. | **01/28/2013** |

PRIVACY ACT INFORMATION
e-QIP Document Type CER

Page 386



Standard Form 86
Revised December 2010
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736

**QUESTIONNAIRE FOR
NATIONAL SECURITY POSITIONS
UNITED STATES OF AMERICA**

OMB No. 3206-0005

### AUTHORIZATION FOR RELEASE OF INFORMATION

Carefully read this authorization to release information about you, then sign and date it in ink.

I Authorize any investigator, special agent, or other duly accredited representative of the authorized Federal agency conducting my background investigation, reinvestigation or continuous evaluation (as defined in Executive Order 12968 as amended by Executive Order 13467) to obtain any information relating to my activities from individuals, schools, residential management agents, employers, criminal justice agencies, credit bureaus, consumer reporting agencies, collection agencies, retail business establishments, or other sources of information. This information may include, but is not limited to, my academic, residential, achievement, performance, attendance, disciplinary, employment history, criminal history record information, and financial and credit information. I authorize the Federal agency conducting my investigation to disclose the record of my background investigation to the requesting agency for the purpose of making a determination of suitability or eligibility for a national security position.

I Authorize the Social Security Administration (SSA) to verify my Social Security Number (to match my name, Social Security Number, and date of birth with information in SSA records and provide the results of the match) to the United States Office of Personnel Management (OPM) or other Federal agency requesting or conducting my investigation for the purposes outlined above. I authorize SSA to provide explanatory information to OPM, or to the other Federal agency requesting or conducting my investigation, in the event of a discrepancy.

I Understand that, for financial or lending institutions, medical institutions, hospitals, health care professionals, and other sources of information, separate specific releases may be needed, and I may be contacted for such releases at a later date.

I Authorize any investigator, special agent, or other duly accredited representative of the OPM, the Federal Bureau of Investigation, the Department of Defense, the Department of State, and any other authorized Federal agency, to request criminal record information about me from criminal justice agencies for the purpose of determining my eligibility for assignment to, or retention in, a national security position, in accordance with 5 U.S.C. 9101. I understand that I may request a copy of such records as may be available to me under the law.

I Authorize custodians of records and other sources of information pertaining to me to release such information upon request of the investigator, special agent, or other duly accredited representative of any Federal agency authorized above regardless of any previous agreement to the contrary.

I Understand that the information released by records custodians and sources of information is for official use by the Federal Government only for the purposes provided in this Standard Form 86, and that it may be disclosed by the Government only as authorized by law.

I Authorize the information to be used to conduct officially sanctioned and approved personnel security-related studies and analyses, which will be maintained in accordance with the Privacy Act.

Photocopies of this authorization with my signature are valid. This authorization shall remain in effect so long as I remain employed in a sensitive position requiring eligibility for access to classified information.

| Signature (Sign in Ink) | | Full name (Type or print legibly) | | Date signed (mm/dd/yyyy) |
|---|---|---|---|---|
| This form was digitally signed by: **Matthew Quinn Gebert** in accordance with the Electronic Signature Act 15 U.S.C. 7001, Public Law 105-277 the Uniform Electronic Transaction Act, and other regulations governing electronic signatures and access controlled U.S. Government systems. | | Matthew Quinn Gebert | | 01/29/2013 |
| Other names used | | Date of birth | | Social Security Number |
| | | | | |
| Current street address | Apt.# | City (Country) | State | Zip Code | Home telephone number |
| 505 Niven Ct SW | | Leesburg | VA | 20175 | 7037718482 |

e-QIP Version 3
e-QIP Investigation Request # 13956074

e-QIP Document Type REL

Page 387

Standard Form 86
Revised December 2010
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736

**QUESTIONNAIRE FOR
NATIONAL SECURITY POSITIONS**

OMB No. 3206-0005

## UNITED STATES OF AMERICA

### AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION PURSUANT
### TO THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT (HIPAA)

If you answered "Yes" to Question 21, carefully read this authorization to release information about you, then sign and date it in ink.

**Instructions for Completing this Release**

This is a release for the investigator to ask your health practitioner(s) the questions below concerning your mental health consultations. Your signature will allow the practitioner(s) to answer only these questions.

**Authorization**

I am seeking assignment to or retention in a national security position. As part of the clearance process, I hereby authorize the investigator, special agent, or duly accredited representative of the authorized Federal agency conducting my background investigation, to obtain the following information relating to my mental health consultations.

In accordance with HIPAA, I understand that I have the right to revoke this authorization at any time by writing to the U.S. Office of Personnel Management. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization. Further, I understand that this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

I understand the information disclosed pursuant to this release is for use by the Federal Government only for purposes provided in the Standard Form 86 and that it may be disclosed by the Government only as authorized by law, but will no longer be subject to the HIPAA privacy rule.

Photocopies of this authorization with my signature are valid. This authorization is valid for one (1) year from the date signed or upon termination of my affiliation with the Federal Government, whichever is sooner.

| Signature *(Sign in ink)* | Full name *(Type or print legibly)* | Date signed *(mm/dd/yyyy)* |
|---|---|---|
| This form was digitally signed by: **Matthew Quinn Gebert** in accordance with the Electronic Signature Act 15 U.S.C. 7001, Public Law 105-277 the Uniform Electronic Transaction Act, and other regulations governing electronic signatures and access controlled U.S. Government systems. | Matthew Quinn Gebert | **01/29/2013** |

| Other names used | | Date of birth | | Social Security Number |
|---|---|---|---|---|
| | | | | |

| Current street address             Apt.# | City *(Country)* | | | |
|---|---|---|---|---|
| 505 Niven Ct SW | Leesburg | VA | 20175 | 7037718482 |

**For Use By Practitioner(s) Only**

Does the person under investigation have a condition that could impair his or her judgment, reliability, or ability to properly safeguard classified national security information?

[ ] YES   [ ] NO

If so, describe the nature of the condition and the extent and duration of the impairment or treatment.

What is the prognosis?

Dates of treatment?

| Signature  *(Sign in ink)* | Practitioner name | Date signed *(mm/dd/yyyy)* |
|---|---|---|
| | | |

**e-QIP Version 3**
**e-QIP Investigation Request # 13956074**

**e-QIP Document Type MEL**

Page 388

Standard Form 86
Revised December 2010
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736

**QUESTIONNAIRE FOR**
**NATIONAL SECURITY POSITIONS**

OMB No. 3206-0005

# UNITED STATES OF AMERICA

## FAIR CREDIT REPORTING DISCLOSURE AND AUTHORIZATION

**Disclosure**
One or more reports from consumer reporting agencies may be obtained for employment purposes pursuant to the Fair Credit Reporting Act, codified at 15 U.S.C. § 1681 et seq.

**Purpose**
Information provided by you on this form will be furnished to the consumer reporting agency in order to obtain information in connection with a background investigation to determine your (1) fitness for Federal employment, (2) clearance to perform contractual service for the Federal government, and/or (3) eligibility for a sensitive position or access to classified information. The information obtained may be disclosed to other Federal agencies for the above purposes in fulfillment of official responsibilities to the extent that such disclosure is permitted by law. Information from the consumer report will not be used in violation of any applicable Federal or state equal employment opportunity law or regulation.

**Authorization**
I hereby authorize the investigative agency conducting my background to obtain such reports from any consumer reporting agency for employment purposes described above.

Note: If you have a security freeze on your consumer or credit report file, then we may not be able to complete your investigation, which can adversely affect your eligibility for a national security position. To avoid such delays, you should request that the consumer reporting agencies lift the freeze in these instances.

Your Social Security Number (SSN) is needed to identify your unique records. Although disclosure of your SSN is not mandatory, failure to disclose your SSN may prevent or delay the processing of your background investigation. The authority for soliciting and verifying your SSN is Executive Order 9397.

| Print name | Social Security Number |
|---|---|
| Matthew Quinn Gebert | █████████ |
| **Signature** *(Sign in Ink)* <br> This form was digitally signed by: **Matthew Quinn Gebert** in accordance with the Electronic Signature Act 15 U.S.C. 7001, Public Law 105-277 the Uniform Electronic Transaction Act, and other regulations governing electronic signatures and access controlled U.S. Government systems. | Date signed (mm/dd/yyyy) <br> 01/29/2013 |



**e-QIP Version 3**
**e-QIP Investigation Request # 13956074**

**e-QIP Document Type FCR**

Page 389

e-QIP: 13958074 



**U.S. Department of State**

**DISCLOSURE AND AUTHORIZATION PERTAINING TO CONSUMER REPORTS**

DIPLOMATIC SECURITY SERVICE

PURSUANT TO THE FAIR CREDIT REPORTING ACT

*(As amended 09/20/97)*

This is a release for the U.S. Department of State to obtain one or more consumer/credit reports about you for employment purposes, including evaluating your fitness of employment, promotion, assignment or reassignment *(including assignment or reassignment to a contract as a contractor or an employee of a contractor)*, retention, or access to classified information.

Under the Fair Credit Reporting Act, the term "employment purposes", when used in connection with a consumer report, means a report used for the purpose of evaluating a consumer for employment, promotion, reassignment or retention as an employee.

The term "employee" as used in this disclosure and authorization, means any person employed by, detailed to assigned to, an agency, including members of the Armed Forces; an expert or consultant to an agency; an industrial or commercial contractor, licensee, certificate holder, or grantee of an agency, including all subcontractors; a personal services contractor; or any other category of person who acts for or on behalf of an agency as determined by the appropriate agency head.

I, _Matthew Quinn Gebert_ _____ (printed name),

hereby authorize the U.S. Department of State to obtain such reports(s) from any consumer/credit reporting agency for employment purposes.

☐ I wish to receive a copy of my consumer credit report. *(CA, MN, OK residents only)*

_Matthew J. Gebert_ _____
Signature

_01-28-2013_ _____
Data (mm-dd-yyyy)

██████████████████

**PRIVACY ACT STATEMENT**

The information solicited on this form is requested pursuant to provisions in the Fair Credit Reporting Act *(15 U.S.C. 1681 (a)) (amended September 30, 1997)* and Executive Order 12968, section 1.2(e)(1)(b).

The primary purpose for soliciting this information is to obtain consumer/credit reports to investigate employees/applicants for national security positions.

The information solicited on this form may be made available as a routine use to other government agencies to assist the U.S. Department of State in conducting personnel background investigations and for law enforcement and administrative purposes.

Failure to provide the information requested on this form may result in the administrative withdrawal of security clearance processing. Disclosure of this information is mandatory to comply with investigative standards set forth in Executive Order 12968.

DS-4002
05-2006

Page 390

e-QIP: 13P56074



U.S. Department of State

## AUTHORIZATION TO CONDUCT CRIMINAL HISTORY INQUIRY FOR SPOUSE OR COHABITANT

Carefully read this authorization to release information, then sign and date it in ink.

The Department of State is conducting a personnel security background investigation on your spouse or cohabitant to determine his or her eligibility for access to classified information. The Department must comply with Executive Order 12968 and the investigative Standards for Background Investigations for Access to Classified Information published in 32 CFR 147. As part of your spouse's or cohabitant's investigation, the Department is required to conduct a National Agency Check, without fingerprint cards, on you.

By definition, the National Agency Check consists of a review of:
    (a) investigative and criminal history files of the FBI;
    (b) OPM's Security/Suitability Investigations Index (SII);
    (c) DoD's Defense Clearance and Investigations Index (DCII);
    (d) such other national agencies checks (e.g., Joint Personnel Adjudicative System (JPAS)) as appropriate to the
    individual's background.

The Department defines cohabitation as living together in a spouse-like relationship. It includes the mutual assumption of those marital rights, duties and obligations which are usually manifested by married people, including but not necessarily dependent on sexual relations.

In order for the Department to conduct a review of the FBI criminal history files pertaining to you, 5 USC 9101 requires the Department to obtain your written consent. By affixing your signature below, you authorize any duly accredited representative of the Department of State to request criminal history record information about you from the FBI for the purpose of determining your spouse or cohabitant's eligibility for access to classified information and/or assignment to, or retention in, a sensitive National Security position, in accordance with 5 USC 9101. Information we collect during an investigation may be disclosed without your consent only as permitted by the Privacy Act Routine Uses enumerated on Standard Form 86 completed by your spouse or cohabitant.

*Gebert, Matthew, Quinn*
Applicant/Employee Name *(Last, First, Middle)*

Name of Spouse or Cohabitant *(Please Print)*

*Gebert, Anna, Vuckovic*          (b)(6); (b)(7)(C)
        *(Last, First, Middle)*             Social Security Number

(b)(6); (b)(7)(C)         (b)(6); (b)(7)(C)

Date of Birth *(mm-dd-yyyy)*         Place of Birth *(City, State, Country)*

Signature of Spouse or Cohabitant

Signature                 01-28-2013
                                 Date *(mm-dd-yyyy)*

Privacy Act: The information solicited on this form is requested under the authority of Executive Order 12968 and as specifically noted in 5 U.S.C. 9101. The primary purpose for soliciting this information is to obtain written consent to conduct FBI criminal history checks on the spouse/cohabitant of the subject of a personnel security investigation for a national security position. The information solicited on this form may be made available as a routine use to other government agencies to assist the U.S. Department of State in conducting personnel background investigations and for law enforcement and administrative purposes. Failure to provide the information requested on this form may result in the administrative withdrawal of security clearance processing for the applicant/employee. Disclosure of this information is mandatory to comply with investigative standards set forth in Executive Order 12968.

DS-7601
04-2010



age 392

CES Checklist V2 dated 3/6/2020

## CES Checklist

DECLASSIFIED

Subject's Name: Gebert, Matthew Q.

Clearance Level/Date of Last Inv: Clearance removed 8/16/19

SCI Briefed (Circle One):  Yes  **No**

Date File Requested: w/ADV    (b)(6); (b)(7)(C)

☐ U01
☐ U02
☐ U11
☐ Memo to File

☐ CBR
☐ LexisNexis
☐ Thomson Reuters
☐ NCIC
☐ DHS
☑ FinCen (SAR)
☐ TIDE
☐ Other _____
☐ Case was transferred to appropriate ADJ    Date: _____
☐ GEMS check (printed)

Provided by: (b)(6); (b)(7)(C)    Date of Alert(s): 05/07/2020 Alert Severity: High

DECLASSIFIED

ge 393

Job Data

Page 1 of 1

**Department of State**
GEMS - Global Employment Management System

Favorites   Main Menu   Workforce Administration > Job Information > Job Data

PRODLTP - Welcome b)(6), (b)(7)(C)

Home   Privacy   Add to Favorites   Sign out

New Window   ? Help   Personalize Page   http

Work Location   Job Information   Job Labor   Payroll   Salary Plan   Compensation

| | |
|---|---|
| Employee | MATTHEW GEBERT |
| Work Location | |

Empl ID: 163981
Empl Record: 0

Find   First ◄ 1 of 1 ► Last

| | |
|---|---|
| Effective Date: | 01/05/2020 |
| Effective Sequence: | 11 |
| HR Status: | Active |
| Payroll Status: | Suspended |

Go To Row

Action:   Pay Rate Change
Reason:   Cost-of Living Adjustment
Job Indicator:   Primary Job

Current ☐

| | | |
|---|---|---|
| Position Number: | 50005700 | FOREIGN AFFAIRS OFFICER |
| | Override Position Data | |
| Position Entry Date: | 05/29/2018 | |
| | ☐ Position Management Record | |
| Regulatory Region: | USA | United States |
| Company: | ST | Department of State |
| Business Unit: | STATE | DEPARTMENT OF STATE |
| Department: | 025320 | ENR/EDP/MEA |
| Department Entry Date: | 05/18/2013 | |
| Location: | 110010001 | WASHINGTON, DIST OF COLUMBIA |
| Establishment ID: | | Date Created:   01/02/2020 |

Last Start Date:
Expected Job End Date:
Expected Return Date:

Job Data   Employment Data   Earnings Distribution   Benefits Program Participation

💾 Save   🔍 Return to Search   📧 Notify   🔄 Refresh

📝 Update/Display   📝 Include History

Work Location | Job Information | Job Labor | Payroll | Salary Plan | Compensation

DECLASSIFIED

388

age 394

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 3958 8060 0845 12

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

BRETT O'BRIEN LAW
c/o Yolande Liddy, Paralegal
260 East Louis Place
Iselin, NJ 08830

*Matt Cebert – PAR*

·20522-2008

US Department of State
Contractor Review Panel
(DS/SI/PSS)
1801 North Lynn Street, 11th Floor
Washington, DC 20522-2008

DOJ MAILROOM

JUL 28 2020

7014 2520 0000 1848 7885

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

DECTA22ILIED

389

age 395

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

US Department of State
Contractor Review P...
(DS/SI/PSS)
1801 North Lynn Street
Washington, DC 20522-2008

DEPARTMENT OF STATE
07/30/2020
DIPLOMATIC POUCH AND MAIL
Screening at SA-32

9590 9402 3959 8060 0245 12

2. Article Number *(Transfer from service label)*
7019 2280 0000 1848 7881

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below.        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

DECLASSIFIED

# Brett O'Brien Law

1250 Connecticut Avenue, NW
Suite 700
Washington, D.C. 20005

202-600-4996
Fax 202-600-4997

Brett@NationalSecurityLawFirm.com

July 15, 2020

**Via Email DSPSSCRP@state.gov and Certified Mail: RRR**
US Department of State
Contractor Review Panel (DS/SI/PSS)
1801 North Lynn Street, 11th Floor
Washington, DC  20522-2008

Re:  Our Client: Mathew Q. Gebert
Security Clearance Revocation

Sir/Madam:

Please be advised that I have been retained to represent Mathew Q. Gebert with respect to the Security Clearance Revocation dated July 1, 2020.  On his behalf, I am requesting all records pertaining to Mr. Gebert that are held by the US Department of State.

**Description of Records Sought:**

1) All interagency and intra-agency correspondence pertaining to the above.
2) All interagency and intra-agency records related to the individual.
3) All interagency and intra-agency correspondence pertaining to the Security Clearance Revocation.
4) All investigation and standard forms pertaining to the above.

**Mr. Gebert's verification of identity:**

Full Name:        Mathew Q. Gebert
Social Security No:
Date of Birth:
Place of Birth:
Address:

**Agreement to pay fees:**

My office agrees to pay all applicable fees in accordance with federal law.

Rec'd

10/05/2020    (b)(6); (b)(7)(C)

Page 391

# M Gmail                    DECLASSIFIED    Yolande Liddy <yolande@nationalsecuritylawfirm.com>

## Brett O'Brien Law -- IMO: Mathew Q. Gebert-Security Clearance Revocation
1 message

Yolande Liddy <yolande@nationalsecuritylawfirm.com>                    Thu, Jul 16, 2020 at 1:32 PM
To: DS PSS CRP <DSPSSCRP@state.gov>
Bcc: Brett O'Brien <brett@nationalsecuritylawfirm.com>

Sir/Madam:

Please be advised that this office represents Mathew Q. Gebert in connection with his security clearance revocation. I am attaching hereto a Privacy Act Request for all information concerning this matter. Please note that to ensure your receipt, I am also forwarding via certified mail. If you require any further information, please do not hesitate to contact our office. Thanking you in advance.



Yolande M. Liddy
Paralegal
**Brett O'Brien Law**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20005
Phone: 200-600-4996
Fax:    200-600-4997
Email: yolande@nationalsecuritylawfirm.com

📄 **Gebert Request.pdf**
515K

DECLASSIFIED

DECLASSIFIED

**Identity source documents:**

    Attached.

**Preferred delivery method:**

    Please send all disclosures to 1250 Connecticut Avenue, NW, Suite 700, Washington, DC 20036.

**Mathew Q. Gebert's authorization for release:**

    , I authorize information pertaining to me to be released to Brett O'Brien, my legal counsel in this matter. I understand that I will not be furnished a duplicate copy of any disclosures. Pursuant to 5 USC 552a(b), I authorize the US Department of State to release my records to Brett O'Brien.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that I am the person described above. I understand that any falsification of this statement is punishable under the provisions of 18 USC 1001 by a fine of not more than $10,000, or by imprisonment for not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 USC 552a(i)(3) by a fine of not more than $5,000.

_Mathew J. Gebert_                        7-15-2020
Mathew Q. Gebert                                  Date

    Thank you for your attention to this matter.

                                   Very truly yours,
                                   /s/ Brett John O'Brien

                                   Brett John O'Brien

BO/yl

DECLASSIFIED

# BRETT O'BRIEN LAW

1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036

202-600-4996
Fax: 202-600-4997
Brett@NationalSecurityLawFirm.com

July 15, 2020

**Via Certified Mail**
Department of State
DS/DSS, Attn: Director Todd J. Brown
P.O. Box 13285
Arlington, VA  22219-3285

     RE:   **Mathew Q. Gebert**
              **Security Clearance Revocation**

Dear Mr. Brown:

    Please be advised that this office has been retained to represent Mathew Q. Gebert with regard to the revocation of his security clearance.  I am in receipt of a copy of your letter directed to Mr. Gebert dated July 1, 2020.  It is further my understanding that Mr. Gebert has provided you with an Acknowledgement of Receipt of the decision to revoke his security clearance dated July 14, 2020.

    At this time, please accept this letter as our formal letter of representation.  In addition, our office will be forwarding a separate, Privacy Act Request, for all underlying documentation utilized in the determination of Mr. Gebert's revocation.

    Lastly, please accept this letter as a request for a sixty (60) day extension of time to respond to the security clearance revocation following our receipt of the aforementioned underlying documentation.

    Please acknowledge receipt of this letter and provide your consent to the extension of time via email to Brett@NationalSecurityLawFirm.com

    By copy hereof, I am providing this letter to Al Luna, DS/PSS/AA via email LunaA@state.gov   I will be forwarding our privacy act request to Mr. Luna under separate cover.

    If you have any questions concerning anything contained in this letter, please do not hesitate to contact my office.

age 400

DECLASSIFIED

Very truly yours,

*/s/ Brett John O'Brien*
Brett John O'Brien

BO/ymi
Cc: (b)(6); DS/PSS/AA via email (b)(6); (b)(7)(C)
Mathew Q. Gebert

DECLASSIFIED

Page 401



$7.050

Letter from
Matthew
Gebert's
attorney

CERTIFIED MAIL

7020 0640 0000 7260 7119

Department of State
DS/DSS, Attn: Director Todd J. Brown
P.O. Box 13285
Arlington, VA 22219-3285
22219-328505

BRETT O'BRIEN LAW
1250 Connecticut Avenue, NW
Washington, DC 20036

Page 402



CERTIFIED MAIL

7020 0640 0000 7280 7119

Department of State
DS/DSS, Attn: Director Todd J. Brown
P.O. Box 13285
Arlington, VA 22219-3285

BRETT O'BRIEN LAW
1250 Connecticut Avenue, NW
Washington, DC 20036

DECLASSIFIED

**United States Department of State**
*Washington, D.C.  20520*

SENSITIVE BUT UNCLASSIFIED

JUL 0 1 2020

**ACTION MEMO FOR DIRECTOR TODD J. BROWN – DS/DSS**

**FROM:**     DS/SI – Donald J. Blersch

**SUBJECT:**   PSS Security Clearance Recommendation (SBU)
                        GEBERT, Matthew Q.

**Recommendation**

(SBU) That you revoke Mr. Matthew Q. Gebert's Top Secret security clearance.

Approve _____  Disapprove _____

**Background**

(SBU) Mr. Matthew Gebert is a Foreign Affairs Officer in the Bureau of Energy Resources, Office of Energy Diplomacy, Middle East & Asia Division (ENR/EDP/MEA).  He was granted a Top Secret security clearance on April 19, 2013, and entered on duty with the Department of State on May 19, 2013.  Mr. Gebert's periodic reinvestigation was completed on May 9, 2019 and he was notified that he had been granted continued access on June 7, 2019.  Mr. Gebert's eligibility for access to classified information at the Top Secret level was suspended on August 16, 2019 and the related for cause investigation subsequent to the suspension was completed on March 6, 2020.

(SBU) Mr. Gebert's security clearance was suspended after the Department became aware of behavior presenting potential security concerns in August 2019.  The Hatewatch blog of the Southern Poverty Law Center (SPLC) published an online article on August 7, 2019, titled "U.S. State Department Official Involved in White Nationalist Movement, Hatewatch Determines," which revealed activity that Mr. Gebert had concealed and omitted during a background interview.  The article reported that Mr. Gebert oversaw the Washington, D.C., area chapter of a white nationalist organization, hosted white nationalists in his home, and published white nationalist propaganda online using several pseudonyms. In notifying him of the suspension of his clearance, DS advised Mr. Gebert that it appeared he had deliberately concealed and omitted information regarding his and his spouse's white nationalist activities during his January 2019 background reinvestigation interview and in so doing had raised disqualifying security concerns under National Security Adjudicative Guideline E (Personal Conduct).

(SBU) The Bureau of Diplomatic Security (DS), Office of Special Investigations (DS/DO/OSI), which completed its investigation in October 2019, substantiated that Mr. Gebert had lied when, during his security clearance periodic background reinvestigation interview on January 28, 2019, he advised the security investigator that he did not have "an association with any person, group or business venture that could be used, even unfairly, to criticize, impugn or attack his character or qualifications for a government position" and that he was "not aware of any other information, including information about members of his family that could suggest a conflict of interest or be a possible source of harm or embarrassment" to him, the Department or

SENSITIVE BUT UNCLASSIFIED

Page 404

the United States.     DECLASSIFIED

(SBU) DS/DO/OSI's investigation included a compelled interview of Mr. Gebert on September 27, 2019, in which he acknowledged the accuracy of much of the reporting in the SPLC article, while stating that it mischaracterized his activities to make them seem more nefarious. He admitted in that interview to engaging under several pseudonyms as a guest speaker, blogger and Twitter personality promoting the white nationalist movement and to his involvement with white nationalist organizations and activities.

(SBU) In addition to engaging in white nationalist activities under various pseudonyms, Mr. Gebert stated in a podcast that he obscured his identity when he attended the "Unite the Right" rally on August 12, 2017, in Charlottesville, Virginia, by wearing a hat and sunglasses, to avoid being identified. In addition to his own activities, his wife was similarly engaged, under a pseudonym, as a blogger and Twitter personality promoting the white nationalist movement, which he did not truthfully acknowledge during his background interview.

(SBU) In an August 2017 episode of "the Fatherland", a white nationalist podcast, speaking as "Coach Finstock", one of his pseudonyms, Mr. Gebert admitted that if his white nationalist activities were known, he might lose his job. Referencing his understanding that his connections to white nationalists put his employment at risk, he said: "There are bigger things than a career and a paycheck, and I don't want to lose mine.... I am prepared to lose mine. Because this is the most important thing to me in my life ... in tandem with my family, of course."

(SBU) In concluding that he had lied during his January 28, 2019 interview, the DS/DO/OSI report of investigation noted that the revelation of Mr. Gebert's "activities and affiliation with white nationalist groups clearly brought embarrassment to the Department as evidenced by the media frenzy that accompanied his outing by the SPLC article.... It is improbable that [Mr.] Gebert could fail to see that affiliations and associations which traffic in Nazi iconography could cause 'harm and embarrassment' associated with his white nationalist affiliation". The report also pointed out that his "own efforts to conceal his identity with multiple online names ... as well as his remarks on The Fatherland Podcast indicating that he would lose his job if his alt-right activities were discovered all demonstrate that [Mr.] Gebert was aware of the 'harm and embarrassment' associated with his white nationalist affiliation."

(SBU) The SPLC publication of Mr. Gebert's white nationalist activities and affiliations, which before then had been secret from the Department, his colleagues and his community, had an immediate, profound, and predictable effect on his personal, professional, and community standing. His security clearance was suspended. He was forced to resign as the president of his homeowner's association. Similarly, his wife was forced to resign from her Loudoun County tourism job in order avoid being fired. Mr. Gebert withdrew his children from school and extracurricular activities and subsequently moved the entire family to an undisclosed location. Thus, Mr. Gebert's secret white nationalist activities, once known, and as he himself had predicted, had a significantly deleterious effect on his personal, professional and community standing.

(SBU) In defending his answers during the January 2019 security interview, Mr. Gebert advised DS/SI/PSS investigators on October 23, 2019, that because he was not a member of any formal white nationalist organization and because he did not think that any of his writings, podcasts, or tweets would rise to a level that they would ever be considered an embarrassment to him or the Department of State, he had not reported them. Similarly, during his DS/DO/OSI

interview on September 27, 2019. Mr. Gebert denied deliberately withholding information from his security background investigation during the January 2019 interview. Mr. Gebert stated that he was not ashamed of his views or political opinions but also stated that with the benefit of hindsight, had he known his views would be exposed by the SPLC, he might have answered the question about potential embarrassment to the Department differently.

(SBU) Mr. Gebert's deliberate omission and concealment of relevant facts to security officials engaged in an investigation relevant to a national security determination such that his security clearance should be revoked under National Security Adjudicative Guideline E (Personal Conduct). Most significantly, his refusal to provide full, frank and truthful answers to lawful questions of security investigators in connection with his security clearance reinvestigation is conduct that "will normally result in an unfavorable ... security clearance action" under Guideline E 15(b). Mr. Gebert deliberately concealed or omitted information concerning relevant facts to a security official involved in making a recommendation relevant to a national security eligibility determination, raising disqualifying security concerns under Guideline E 16(b). In addition, he concealed information about activities, which, if known, could – and did affect his personal, professional, or community standing, revealing that those concealed activities presented a vulnerability to exploitation, manipulation or duress and thereby raised an additional, related, disqualifying security concerns under Guideline E 16(e).

(SBU) After review of all information, DS/SI/PSS cannot identify sufficient information to mitigate the security concerns under National Security Adjudicative Guideline E (Personal Conduct). DS/SI/PSS recommends the revocation of Mr. Gebert's Top Secret security clearance.

Attachments:
   Tab 1 - Summary and Analysis (SBU)
   Tab 2 - Letter to GEBERT (U)

DECLASSIFIED

Page 406

SENSITIVE BUT UNCLASSIFIED

DECLASSIFIED

Distribution:
1 – PSS file

Clearances:
DS/S [(b)(6); (b)(7)(C)]
DS/SI/PSS [(b)(6); (b)(7)(C)]
L/M/DS [(b)(6); (b)(7)(C)]
DS/PSS/AA [(b)(6); (b)(7)(C)]

Drafter:
DS/PSS/AA: [(b)(6); (b)(7)(C)]   ext. [(b)(6); (b)(7)(C)]
Date: April 6, 2020
Ref: GEBERT, Matthew Q. (DS/DSS Revocation Pkg)

DECLASSIFIED

SENSITIVE BUT UNCLASSIFIED



**SENSITIVE BUT UNCLASSIFIED**

SUMMARY AND ANALYSIS

NAME:  GEBERT, Matthew Q.

## SUMMARY

Mr. Matthew Gebert is a Foreign Affairs Officer in the Bureau of Energy Resources, Office of Energy Diplomacy, Middle East & Asia Division (ENR/EDP/MEA).  He was granted a Top Secret security clearance on April 19, 2013, and entered on duty with the Department of State on May 19, 2013.  Mr. Gebert's periodic reinvestigation was completed on May 9, 2019 and he was notified that he had been granted continued access on June 7, 2019.  Mr. Gebert's eligibility for access to classified information at the Top Secret level was suspended on August 16, 2019, and the related for cause investigation subsequent to the suspension was completed on March 6, 2020.

Mr. Gebert's security clearance was suspended after the Department became aware of behavior presenting potential security concerns in August 2019.  The Hatewatch blog of the Southern Poverty Law Center (SPLC) published an online article on August 7, 2019, titled "U.S. State Department Official Involved in White Nationalist Movement, Hatewatch Determines," which revealed activity that Mr. Gebert had concealed and omitted during a background interview.  The article reported that Mr. Gebert oversaw the Washington, D.C., area chapter of a white nationalist organization, hosted white nationalists in his home, and published white nationalist propaganda online using several pseudonyms.  In notifying him of the suspension of his clearance, DS advised Mr. Gebert that it appeared he had deliberately concealed and omitted information regarding his and his spouse's white nationalist activities during his January 2019 background reinvestigation interview and in so doing had raised disqualifying security concerns under National Security Adjudicative Guideline E (Personal Conduct).

The Bureau of Diplomatic Security (DS), Office of Special Investigations (DS/DO/OSI), which completed its investigation in October 2019, substantiated that Mr. Gebert had lied when, during his security clearance periodic background reinvestigation interview on January 28, 2019, he advised the security investigator that he did not have "an association with any person, group or business venture that could be used, even unfairly, to criticize, impugn or attack his character or qualifications for a government position" and that he was "not aware of any other information, including information about members of his family that could suggest a conflict of interest or be a possible source of harm or embarrassment" to him, the Department or the United States.

DS/DO/OSI's investigation included a compelled interview of Mr. Gebert on September 27, 2019, in which he acknowledged the accuracy of much of the reporting in the SPLC article, while stating that it mischaracterized his activities to make them seem more nefarious.  He admitted in that interview to engaging under several pseudonyms as a guest speaker, blogger and Twitter personality promoting the white nationalist movement and to his involvement with white nationalist organizations and activities.

In addition to engaging in white nationalist activities under various pseudonyms, Mr. Gebert stated in a podcast that he obscured his identity when he attended the "Unite the Right" rally on August 12, 2017, in Charlottesville, Virginia, by wearing a hat and sunglasses to avoid being identified.  In

**SENSITIVE BUT UNCLASSIFIED**

SENSITIVE BUT UNCLASSIFIED

- 2 -

addition to his own activities, his wife was similarly engaged under a pseudonym, as a blogger and *Twitter* personality promoting the white nationalist movement, which he did not truthfully acknowledge during his background interview.

In an August 2017 episode of "the Fatherland", a white nationalist podcast, speaking as "Coach Finstock", one of his pseudonyms, Mr. Gebert admitted that if his white nationalist activities were known, he might lose his job. Referencing his understanding that his connections to white nationalism put his employment at risk, he said: "There are bigger things than a career and a paycheck, and I don't want to lose mine.... I am prepared to lose mine. Because this is the most important thing to me in my life ... in tandem with my family, of course."

In concluding that he had lied during his January 28, 2019, interview, the DS/DO/OSI report of investigation noted that the revelation of Mr. Gebert's "activities and affiliation with white nationalist groups clearly brought embarrassment to the Department as evidenced by the media frenzy that accompanied his outing by the SPLC article.... It is improbable that [Mr.] Gebert could fail to see that affiliations and associations which traffic in Nazi iconography could cause 'harm and embarrassment' associated with his white nationalist affiliation". The report also pointed out that his "own efforts to conceal his identity with multiple online names ... as well as his remarks on The Fatherland Podcast indicating that he would lose his job if his alt-right activities were discovered all demonstrate that [Mr.] Gebert was aware of the 'harm and embarrassment' associated with his white nationalist affiliation."

The SPLC publication of Mr. Gebert's white nationalist activities and affiliations, which before then had been secret from the Department, his colleagues and his community, had an immediate, profound, and predictable effect on his personal, professional, and community standing. His security clearance was suspended. He was forced to resign as the president of his homeowner's association. Similarly, his wife was forced to resign from her Loudoun County tourism job in order avoid being fired. Mr. Gebert withdrew his children from school and extracurricular activities and subsequently moved the entire family to an undisclosed location. Thus, Mr. Gebert's secret white nationalist activities, once known, and as he himself had predicted, had a significantly deleterious effect on his personal, professional and community standing.

In defending his answers during the January 2019 security interview, Mr. Gebert advised DS/SI/PSS investigators on October 23, 2019, that because he was not a member of any formal white nationalist organization and because he did not think that any of his writings, podcasts, or tweets would rise to a level that they would ever be considered an embarrassment to him or the Department of State, he had not reported them. Similarly, during his DS/DO/OSI interview on September 27, 2019, Mr. Gebert denied deliberately withholding information from his security background investigation during the January 2019 interview. Mr. Gebert stated that he was not ashamed of his views or political opinions but also stated that with the benefit of hindsight, had he known his views would be exposed by the SPLC, he might have answered the question about potential embarrassment to the Department differently.

Mr. Gebert's deliberate omission and concealment of relevant facts to security officials engaged in an investigation relevant to a national security determination such that his security clearance should be revoked under National Security Adjudicative Guideline E (Personal Conduct). Most significantly, his refusal to provide full, frank and truthful answers to lawful questions of security

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

- 3 -

investigators in connection with his security clearance reinvestigation is conduct that "will normally result in an unfavorable ... security clearance action" under Guideline E 15(b). Mr. Gebert deliberately concealed or omitted information concerning relevant facts to a security. official involved in making a recommendation relevant to a national security eligibility determination, raising disqualifying security concerns under Guideline E 16(b). In addition, he concealed information about activities which, if known, could – and did affect his personal, professional, or community standing, revealing that those concealed activities presented a vulnerability to exploitation, manipulation or duress and thereby raised an additional, related, disqualifying security concerns under Guideline E 16(e).

## STATEMENT OF FACTS

Mr. Gebert began his employment with the Department of State in May 2013, as a Foreign Affairs Officer assigned to ENR/EDP/MEA. Mr. Gebert's initial background investigation was completed in March 2013.

Mr. Gebert's first routine periodic background reinvestigation was completed on May 9, 2019, and on June 7, 2019, he was advised that he had successfully been granted continued access eligibility. As part of his reinvestigation, Mr. Gebert was interviewed on January 28 and March 21, 2019. Prior to each interview, Mr. Gebert was informed about the importance of candor during the interview and specifically advised that 18 U.S.C. §1001 makes it a crime to knowingly falsify or conceal material facts related to the investigation. In both interviews, Mr. Gebert was asked whether he could think of any issue omitted from the interview "that might impact on his suitability for employment or eligibility for access to classified information" and he declined to identify any such issue.

On January 28, 2019, he was asked if he had any association with any person, group, or business venture that could be used, even unfairly, to criticize, impugn or attack his character or qualifications for a government position. In addition, he was asked whether he was aware of people or organizations that would take steps, overtly or covertly, fairly or unfairly, to criticize or oppose his employment in a government position. Finally, he was also asked if there was any other information, including information regarding other members of his family that could suggest a conflict of interest or be a possible source of embarrassment to Mr. Gebert, the Department, or to the United States. In each instance he responded in the negative, as reflected in the record for the final Report of Investigation (ROI) of his 2019 security clearance reinvestigation.

The SPLC Hatewatch article, "U.S. State Department Official Involved in White Nationalist Movement, Hatewatch Determines," published on August 7, 2019, just months after Mr. Gebert had been reinvestigated for his security clearance, reported that Mr. Gebert oversaw the Washington, D.C., area chapter of a white nationalist organization, hosted white nationalists in his home, and published white nationalist propaganda online. It reported that:

- Mr. Gebert used "Coach Finstock" as a pseudonym online. Through that alias, he expressed a desire to build a country for whites only. He stated in a May 2018 white nationalist podcast "[Whites] need a country of our own with nukes, and we will retake this thing lickety split...That's all that we need. We need a country founded for white people with a nuclear deterrent. And you watch how the world trembles."

SENSITIVE BUT UNCLASSIFIED

Page 410

SENSITIVE BUT UNCLASSIFIED

- 4 -

- Mr. Gebert's posts as "Firstock" in a forum called "The Right Stuff" (a white supremacist, neo-fascist blog and podcast network). In January 2018, he wrote, "I got into this [movement] and off the conservative reservation in 2015."

- Two sources reported to Hatewatch that they spent time at Mr. Gebert's home in 2017 at gatherings, which included known members of the white nationalist movement such as podcaster Michael "Enoch" Peinovich and "Marcus Halberstram," the pseudonymous co-host of a podcast called "Fash the Nation." One source who is close to Mr. Peinovich's inner circle told Hatewatch that Mr. Gebert frequently had holiday parties at his home that typically included people associated with the white nationalist movement.

- Sources told Hatewatch that Mr. Gebert's wife, Anna Vuckovic, used the pseudonym "Wolfie James," as a blogger and *Twitter* personality and is also connected to the white nationalist movement.

- Mr. Gebert, as "Coach Finstock," helped lead a Washington, D.C., and Northern Virginia-based chapter of Michael "Enoch" Peinovich's The Right Stuff network called "D.C. Helicopter Pilots." SPLC lists The Right Stuff under the white nationalist category on their Hate Map.

- In addition to hosting meet-ups and publishing calls for recruitment, Mr. Gebert contributed to a podcast hosted on Peinovich's network called "The Fatherland." Speaking under the name "Coach Finstock," he discussed attending the "Unite the Right" rally on August 12, 2017, in Charlottesville, Virginia. He described himself as wearing a hat and sunglasses that day to avoid being identified. "I came back in one piece. Un-doxxed. Knock on wood," Mr. Gebert said as "Coach Finstock," referring to the fact that he managed to avoid being identified in the crowd. "Un-arrested. Just with some mild war wounds that frankly I'm kind of proud of." Mr. Gebert, speaking as "Coach Finstock," blamed the violence and chaos at the doomed event on the city of Charlottesville and expressed no apparent regret about what transpired.

- Mr. Gebert's production of white nationalist propaganda included operating at least 10 *Twitter* handles from 2015 to 2019, which interacted with known white nationalists on that platform including Peinovich, Richard Spencer, and "Spectre," a man who has engaged in the harassment campaigns of women, reporters, and minorities on that site, and whose real name is Trey Garrison. Using a pseudonym, Mr. Gebert expressed an awareness that his connections to white nationalism could end his [Department] career. "There are bigger things than a career and a paycheck, and I don't want to lose mine," Mr. Gebert said as "Coach Finstock" on an episode of "The Fatherland" recorded in August 2017, referring to his commitment to white nationalism. "I am prepared to lose mine. Because this is the most important thing to me in my life ... in tandem with my family, of course."

In separate, subsequent interviews with DS/DO/OSI and DS/SI/PSS investigators, Mr. Gebert acknowledged using the pseudonyms listed in the SPLC Article, associating with persons and organizations identified as "white nationalist" and "white supremacist," and did not deny making many of the remarks attributed to him in the SPLC article.

After the publication of the SPLC article on August 7, 2019, Mr. Gebert moved his family to an undisclosed location. His security clearance was suspended and he was placed on leave.

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

- 5 -

**DS/DO/OSI Investigation**

DS/DO/OSI completed its investigation in October 2019. The investigation substantiated, based on a preponderance of the evidence, that Mr. Gebert had lied when, during his security clearance periodic background reinvestigation interview on January 28, 2019, he informed the security investigator that he did not have "association with any person, group or business venture that could be used, even unfairly, to criticize, impugn or attack his character or qualifications for a government position" and that he was "not aware of any other information, including information about members of his family that could suggest a conflict of interest or be a possible source of embarrassment to [Mr.] Gebert, the Department or the United States." The DS/DO/OSI investigation also concluded that Mr. Gebert violated 3 FAM 4546.43 (Conduct demonstrating untrustworthiness, unreliability, or use of poor judgment).

DS/DO/OSI's investigation included a compelled interview of Mr. Gebert on September 27, 2019 in which he acknowledged the accuracy of much of the reporting in the SPLC article, while stating that it mischaracterized his activities to make them seem more nefarious. He admitted in that interview to engaging under several pseudonyms as a guest speaker, blogger and Twitter personality promoting the white nationalist movement and his involvement with white nationalist organizations and activities. When presented with statements he made on various white supremacist podcasts, Mr. Gebert said that while he could not specifically recall some of the statements, "they sound like something I would say". Mr. Gebert admitted in that interview to engaging under several pseudonyms as a guest speaker, blogger and Twitter personality promoting the white nationalist movement and his involvement with white nationalist organizations and activities. With reference to reports that he had said on The Fatherland Podcast that "There are bigger things than a career and a paycheck and I don't want to lose mine", Mr. Gebert said that he did not remember those exact words but it is conceivable and that he believed that to be a factual statement.

When asked about having denied in his January 28, 2019, security interview both that he had associations that could be used even unfairly to criticize, impugn or attack his character and qualifications for a government position and that there was any other information, including information regarding other members of the family, that could suggest a conflict of interest or possible source of embarrassment to him, the Department or the United States, Mr. Gebert stated:

> I am proud of my views, and I am proud of what I have done. And obviously now with the benefit of hindsight and seeing what the SPLC is capable of generating and creating and spinning into a [sic] inflammatory package, sure. Was I aware that some of my opinions could possibly be construed as, you know, something? Maybe, maybe not. ... The benefit of hindsight and seeing what has happened, certainly now it's obvious that my views have been ... a cause of consternation to the Department. At the time when I answered those questions in person, and thinking about my rights and abilities to be anonymous online and speak freely as an American citizen, also to attend rallies and also host dinners with like-minded people, I'm not thinking is that going to be embarrassing.

In reference to some of his online postings under a pseudonym, his affiliation with the DC helicopter pilots, a white nationalist organization, that posted a meme with a person in a black

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

shirt wearing a swastika, and hosting a dinner party at which swastika-shaped cookies were served, the investigator again asked Mr. Gebert if he did not think that these activities, if traced back to a State Department employee, would cause embarrassment. Mr. Gebert responded: "I did not feel that was worth mentioning because my – I consider my activities to be First Amendment protected speech, free association, and never breaking the law." He added that when he was asked that question, "I was not thinking, like, you know, in the government's interest, I was thinking in terms of my rights, my abilities … I was cognizant that they were not within the normal or acceptable realm of things, but they're still my opinions".

When later asked in the interview whether, if he was proud of his views and believed there would be no impact, why he did not go on a podcast as Matthew Gebert instead of identifying himself as Coach Finstock – as he noted that a colleague of his had tweeted controversial views under his real name – he said it was reasonable for him to take the precaution of voicing his view anonymously, given that "a single word or a single sentence is enough to have you hanged in the court of public opinion today."

In concluding that he had lied during his January 28, 2019 security clearance reinvestigation interview, the DS/DO/OSI report of investigation noted that the revelation of Mr. Gebert's "activities and affiliation with white nationalist groups clearly brought embarrassment to the Department as evidenced by the media frenzy that accompanied his outing by the SPLC article.... It is improbable that [Mr.] Gebert could fail to see that affiliations and associations which traffic in Nazi iconography could cause embarrassment associated with his white nationalist affiliation". The report pointed out that his "own efforts to conceal his identity with multiple online names . . . as well as his remarks on The Fatherland Podcast indicating that he would lose his job if his alt-right activities were discovered all demonstrate that [Mr.] Gebert was aware of the 'embarrassment' associated with his white nationalist affiliation."

On June 2, 2020, DS/DO/OSI issued a correction to its October 2019 ROI, in which it clarified the specific questions Mr. Gebert had been asked in his security clearance interview and noted that it had not found Mr. Gebert lied on his SF-86.

**DS/SI/PSS Investigation**

The DS/SI/PSS background investigation noted that in defending his answers during the January 2019 security reinvestigation interview, Mr. Gebert advised DS/SI/PSS investigators on October 23, 2019, that because he was not a member of any formal white nationalist organization and because he did not think that any of his writings, podcasts, or tweets would rise to a level that they would ever be considered an embarrassment to him or the Department of State, he responded in the negative to the questions asked of him regarding whether he had any associations that could be used to impugn his character, whether there were people who would criticize his employment in a government position, and whether there was information about him or his family that could embarrass the Department.

In the same interview, speaking of his family, Mr. Gebert told investigators that the SPLC revelations had had "a dramatic impact on their lives". In his October 23, 2019, DS/SI/PSS background reinvestigation interview, Mr. Gebert reported that he was forced to resign as the president of his homeowner's association and his wife had been "ostracized by co-workers and her

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

-7-

community ... [and] resigned from her Loudoun County tourism job to save herself the pain and embarrassment of being fired." He reported that there had been a "Hate has No Home Here" campaign in his local community involving many community homeowners and that people he had considered his friends put signs up in their yards supporting the campaign. He stated that he withdrew his children from school and extracurricular activities and subsequently moved the entire family to an undisclosed location.

The DS/SI/PSS investigation included interviews with Department employees who worked or had worked with Mr. Gebert, ten of whom requested protected reference status. Several of those references stated their concern that after learning of his white nationalist activities, they believed that he had been deceitful, lived a double life and concealed a part of his life such that they questioned his trustworthiness and whether he had made himself vulnerable to blackmail or coercion. DS/SI/PSS has identified potentially disqualifying information under National Security Adjudicative Guideline E (Personal Conduct).

**Adjudicative Guideline E (Personal Conduct)**

**The Concern:** Conduct involving questionable judgment, lack of candor, dishonesty, or unwillingness to comply with rules and regulations can raise questions about an individual's reliability, trustworthiness, and ability to protect classified or sensitive information. Of special interest is any failure to cooperate or provide truthful and candid answers during national security investigative or adjudicative processes. **The following will normally result in an unfavorable national security eligibility determination, security clearance action, or cancellation of further processing for national security eligibility:**

> (b) *refusal to provide full, frank, and truthful answers to lawful questions of investigators, security officials, or other official representatives in connection with a personnel security or trustworthiness determination.*

**16. Conditions that could raise a security concern and may be disqualifying include:**

> (b) *deliberately providing false or misleading information; or concealing or omitting information, concerning relevant facts to an employer, investigator, security official, competent medical or mental health professional involved in making a recommendation relevant to a national security eligibility determination, or other official government representative.*

> (e) *personal conduct, or concealment of information about one's conduct, that creates a vulnerability to exploitation, manipulation, or duress by a foreign intelligence entity or other individual of group. Such conduct includes:*

> > (1) *engaging in activities which, if known, could affect the person's personal, professional, or community standing.*

Mr. Gebert did not tell the truth – he deliberately concealed and omitted information regarding his and his spouse's involvement in white nationalist organizations and activities during his January 28, 2019 interview with a background investigator for his periodic reinvestigation. The record demonstrates that when asked if he had associations that could be used, even unfairly, to criticize,

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

-8-

impugn, or attack his character or qualification for a government position and when asked if there was information about other members of his family that might be a possible source of embarrassment, he falsely answered both questions in the negative.

The DS/DO/OSI investigation concluded that in answering these questions in the negative during his reinvestigation for a security clearance in 2019, Mr. Gebert lied. Pointing to his extensive efforts to keep his identity secret when engaging in white nationalist activities, that investigation concluded that it was "improbable that [Mr.] Gebert could fail to see that affiliations and associations which traffic in Nazi iconography could cause 'embarrassment' associated with his white nationalist affiliation".

Once known, Mr. Gebert's white nationalist associations and activities were, as he himself anticipated and feared, used to criticize, impugn and attack his character and qualifications for Department employment and were a source of embarrassment to the Department. Mr. Gebert himself inadvertently revealed he knew they would be, when, in the course of his interview with DS/DO/OSI he said it was reasonable for him to take the precaution of voicing his views anonymously, given that "a single word or a single sentence is enough to have you hanged in the court of public opinion today." In fact, in his DS/DO/OSI compelled interview, Mr. Gebert's defended his failure to reveal these activities during the January 2019 security clearance re-investigation interview by asserting that because he had the constitutional right to engage in them he believed he did not have to report them, despite having understood at the time their relevance to the questions posed. In short, he appeared to believe that he had a right not to tell the Department about these associations and activities when asked, even if he knew at that time that he might be "hanged in the court of public opinion" were they to become known. Indeed, Mr. Gebert in the same DS/DO/OSI interview confirmed the factual accuracy of the statement he had reportedly made in The Fatherland Podcast two years earlier, in January 2017, which was that he understood that his affiliations with white nationalism could end his Department career and that it was a price he was prepared to pay.

Lack of candor raises questions about a person's reliability, trustworthiness, and ability to protect classified or sensitive information. Guideline E emphasizes that: "Of special interest is any failure to cooperate or provide truthful and candid answers during national security investigative or adjudicative processes." Mr. Gebert refused to provide full, frank and truthful answers to a security investigator in connection with a personnel security determination, Guideline E 15(b), a factor that the Guidelines provide would "normally" result in a security clearance revocation. At the same time, he deliberately concealed and omitted information concerning relevant facts to a security official in the course of his security clearance investigation, raising disqualifying security concerns under Guideline E 16(b). Mr. Gebert's failure to be truthful in his security interview by omitting relevant information raises questions about his reliability, trustworthiness, and ability to protect classified or sensitive information.

Furthermore, in concealing information about his white nationalist activities, which he knew – as he admitted online – if known could have adverse professional consequences, Mr. Gebert created a vulnerability to exploitation, manipulation and duress.

A related Guideline E disqualifying security concern arises when an employee conceals information about his activities which, if known, could affect the person's personal, professional,

SENSITIVE BUT UNCLASSIFIED

**SENSITIVE BUT UNCLASSIFIED**

or community standing. Guideline E, 16(e)(1). In this case, Mr. Gebert engaged in conduct that he concealed from the Department – by using pseudonyms and a disguise. He failed to advise the Department about these concealed activities when asked about activities that could embarrass the Department or be used to attack his fitness for Department employment. Once his concealed activities became publicly known, they had an enormous and predictable adverse effect on all aspects of his life ( i.e., his personal, professional and his community standing.)

The impact on his professional life has been sharp and swift: a host of his colleagues have stated that they shocked by this information, felt deceived and no longer trusted Mr. Gebert. As for his community standing, Mr. Gebert was forced to resign from the homeowners association, his wife resigned from her county job, and the local community mounted a public "Hate has no Home here" campaign directed at him and his family. As a result, the personal impact was profound.

Mr. Gebert had to take his children out of school and extracurricular activities and move the family to an undisclosed location.

The enormous impact on Mr. Gebert's life of the revelations of the SPLC article convey the magnitude of his secret and is evidence, standing on its own, of the failure of Mr. Gebert to provide truthful answers in his security background investigation and the significance and import of what he concealed. But Mr. Gebert knew that would be the case, as he stated on the Fatherland podcast in August 2019 when he revealed that he knew his white nationalist activities put his job at risk and as he told DS/DO/OSI investigators in October 2019 when he revealed that had he known his affiliations and activities would have become known, he might have answered in the affirmative the question about whether he or his family members were engaged in activities that would be a possible source of embarrassment to himself, the Department or the United States.

Conditions that could mitigate security concerns include:

*(a) the individual made prompt, good-faith efforts to correct the omission, concealment, or falsification before being confronted with the facts;*

*(b) the refusal or failure to cooperate, omission, or concealment was caused or significantly contributed to by advice of legal counsel or of a person with professional responsibilities for advising or instructing the individual specifically concerning security processes. Upon being made aware of the requirement to cooperate or provide the information, the individual cooperated fully and truthfully;*

*(c) the offense is so minor, or so much time has passed, or the behavior is so infrequent, or it happened under such unique circumstances that it is unlikely to recur and does not cast doubt on the individual's reliability, trustworthiness, or good judgment;*

*(d) the individual has acknowledged the behavior and obtained counseling to change the behavior or taken other positive steps to alleviate the stressors, circumstances, or factors that contributed to untrustworthy, unreliable, or other inappropriate behavior, and such behavior is unlikely to recur.*

**SENSITIVE BUT UNCLASSIFIED**

SENSITIVE BUT UNCLASSIFIED

None of the mitigating factors apply in this case. Mr. Gebert did not make an effort to correct the false record he created during his security clearance reinvestigation interview and he has not suggested that his answers during that interview were guided by the advice of counsel. The offense of lying during security processing is not minor and he made no prompt, good faith efforts to correct his omissions or take positive steps that make it unlikely that the untrustworthy behavior will recur.

## CONCLUSION

There is ample evidence in the record of this case that Mr. Gebert concealed his white nationalist activities and associations during an interview in January 2019 for a security clearance reinvestigation and in so doing failed to provide full, frank and truthful answers in connection with a personnel security determination. Although he stated otherwise during that interview.

Mr. Gebert did, in fact, have associations that could be, and were, used to criticize, impugn and attack his character and qualifications for a government position. Further, although he said there was no information about his activities and those of his family that could be a source of harm and embarrassment to the Department of State, he knew that was not true. The significance of his concealed activities and associations was demonstrated by the predictable consequences of their becoming known, which had a marked adverse effect on Mr. Gebert's personal, professional and community standing. All of this he knew, when he publicly stated in August 2017 that he could lose his job if his white nationalist activities became publicly known and when he told DS investigators that had he known his secret would have become public, he would have admitted to those activities at the time of his interview.

## RECOMMENDATION

Based upon an examination of all available information, DS/SI/PSS recommends the revocation of Mr. Gebert's Top Secret security clearance. After careful review of all available information, DS/SI/PSS believes that granting Mr. Gebert continued access to classified information is not clearly consistent with the interests of the United States.

*Eligibility shall be granted only where facts and circumstances indicate access to classified information is clearly consistent with the national security interests of the United States, and any doubt shall be resolved in favor of the national security.*

SENSITIVE BUT UNCLASSIFIED

Page 417



**United States Department of State**

*Washington, D.C. 20520*

Mr. Mathew O. Gebert

July 1, 2020

Mr. Gebert,

This letter is to notify you that, in accordance with U.S. government standards set forth in Executive Orders 12968 and 13467, as amended, National Security Adjudicative Guidelines, and Department of State regulations, the Office of Personnel Security and Suitability (DS/SI/PSS) made a recommendation to me that granting you continued access to classified information is not clearly consistent with the interests of national security. I concur with this recommendation. Your Top Secret security clearance is revoked.

The identified serious security concerns are disqualifying under Adjudicative Guideline E (Personal Conduct). The enclosed Summary and Analysis contains information considered in making my decision.

You have the right to request a review of this decision. If you wish to request a review, please refer to the attached information regarding the review process and sign, date, and return the enclosed Acknowledgement of Receipt within 30 calendar days of receipt of this letter. If you believe your security clearance was revoked as a reprisal for a protected disclosure, you may also make a separate written request for OIG review of the alleged reprisal as specified in the attached information regarding the review process.

Respectfully,

Todd J. Brown
Director
Diplomatic Security Service

Enclosures:
    Review Process
    Summary and Analysis
    Acknowledgement of Receipt

cc:    M/DGHR: JJuliao
       GTM/ER/CSD: CFuller
       CSDReferrals@state.gov
       Bureau EX: BCole
       DS/IS/APD: AUtley
       OIG/DIG: MRyan, BGrossman, MMeyer, RSmolich
       DS/SI/PSS: Certification Desk

SENSITIVE BUT UNCLASSIFIED

## Review Process

In accordance with 12 FAM 234.1 you have the right to: (1) be represented by counsel or other representative at your own expense; (2) request, in writing and within 10 days of receipt of this letter, any documents, records, and reports, upon which the revocation is based, to the extent that the documents would be provided if requested under the Freedom of Information Act (5 U.S.C. 552) or the Privacy Act (5 U.S.C. 552a); (3) request, in writing and within 10 days of receipt of this letter, the entire investigative file, to the extent permitted by national security and other applicable law; (4) submit within 30 days of receipt of this letter, or, if documents are requested, within 30 days of receipt of such documents, a written response to and request for DS review of the decision to revoke your eligibility for access to classified information; and (5) if you believe that an action was taken against your security clearance as reprisal for a protected disclosure, as defined in Presidential Policy Directive 19, include the reprisal allegation in your written response to DS along with any other arguments supporting your request for review _and_, within 5 days of submitting that response, make a separate written request for review of the alleged reprisal to the Deputy Inspector General at U.S. Department of State, Office of Inspector General, Washington, DC 20522-0308. This request must contain, with as much specificity as possible, information about the protected disclosure and the conduct constituting the alleged reprisal.

Should you choose to exercise your rights under (2), (3), (4) and/or (5) above, please sign, date, and return the enclosed Acknowledgement of Receipt to Mr. Al Luna, DS/PSS/AA, by fax at 571-345-3192, or by email to LunaA@state.gov. If DS/PSS/AA does not receive your request for documents within 10 days or your request for review of this decision within 30 days, the revocation of your security clearance will be final. Subsequent documents may be emailed to the adjudicator identified above, or sent via FedEx or USPS to the addresses listed below. It is your responsibility to promptly inform DS/PSS/AA of any changes to your contact information.

| **U.S. Mail:** | **FEDEX:** |
| --- | --- |
| U.S. Department of State | U.S. Department of State |
| Adverse Actions Division | Bureau of Diplomatic Security |
| P.O. Box 13285 | Attn: DS/PSS/AA |
| Arlington, VA 22219-3285 | 1801 N. Lynn St., SA-20 |
| | Arlington, VA 22209 |

For your reference, the following documents are publicly available on the internet:

- E.O. 12968 – http://www.opm.gov/investigate/resources/executive/index.aspx
- E.O. 13467 – http://www.opm.gov/investigate/resources/executive/index.aspx
- Adjudicative Guidelines – www.state.gov/m/ds/clearances/60321.htm
- 12 FAM 230 – http://www.state.gov/documents/organization/88340.pdf

Your investigative file contains relevant information upon which the revocation is based. If you would like to review your file prior to submitting a response, please contact Mr. Al Luna of DS/PSS/AA at (571) 345-3247 or by email at LunaA@state.gov. You must make arrangements to visit the office to conduct the review.

SENSITIVE BUT UNCLASSIFIED



## MEMORANDUM

TO:     Department of State
        DS/DSS, Attn: Director Todd J. Brown
        P.O. Box 13285
        Arlington, VA 22219-3285

FROM:   Mr. Mathew Q. Gebert

SUBJECT:   Acknowledgement of Receipt

I hereby acknowledge receipt of this letter and the decision to revoke my **Top Secret** security clearance.

I understand that I may respond in writing and request a review of this decision within 30 days from the date I received this letter, or, if documents are requested, within 30 days of receipt of such documents. I also understand that if I fail to request review of this decision within the time allotted, the revocation of my security clearance will be final.

I have indicated below my intentions:

___✓___   I **DO** intend to respond in writing to this decision.

_____   I do **NOT** intend to respond in writing to this decision.

___✓___   I **DO** request a review of this decision.

_____   I do **NOT** request a review of this decision.

_____   I **DO** intend to submit a separate request for review of an alleged reprisal directly to the Deputy Inspector General.

___✓___   I do **NOT** intend to submit a separate request for review of an alleged reprisal directly to the Deputy Inspector General.

_____          14 July 2020
(Signature)                        (Date)

SENSITIVE BUT UNCLASSIFIED