# EXHIBIT I



**United States Department of State**

*Washington, D.C.  20520*

SEP 2 4 2021

Brett O'Brien, Esq.                          Privacy Act Case # P-2020-00021 Segment II
1250 Connecticut Avenue, NW
Suite 700
Washington DC, 20005

Dear Mr. O'Brien:

Further reference is made to your July 15, 2020 Privacy Act request to the Department of State. By previous correspondence, we advised you that additional information remained under review. This letter addresses Segment II, which consists of 456 pages.

These pages originated in or were derived from records in The Office of Special Investigations (DS/DO/OSI), the Office of Counterintelligence (DS/DO/CI), and the Office of Protective Intelligence Investigations (DS/TIA/PII). Please note that this material is exempt from processing under the Privacy Act, 5 U.S.C § 552a (j)(2). Notification of this exclusion was published in the Federal Register, Vol. 81, No. 66 and formally adopted as final rule on May 6, 2016.  The information, however, has been reviewed under the provisions of the Freedom of Information Act, 5 USC 552, as amended.

After careful review, I have determined that 278 pages are to be released in full.

Portions of 171 pages and seven pages in their entirety are released in part pursuant to:

- 5 U.S.C. § 552(b)(1) Sec. 1.4(c) and (d), which protects information that is properly classified in the interest of national security pursuant to Executive Order 13526.
    - 1.4(c) Intelligence activities (including special activities), intelligence sources or methods, or cryptology.
    - 1.4(d) Foreign relations or foreign activities of the United States, including confidential sources.
- 5 U.S.C. § 552(b)(6), which concerns material the release of which would constitute a clearly unwarranted invasion of an individual's personal privacy.
- 5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of an individual's personal privacy.
- 5 U.S.C. § 552(b)(7)(D), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to disclose the identity of a confidential source.
- 5 U.S.C. § 552(b)(7)(E), which concerns records or information compiled for law enforcement purposes the release of which would divulge techniques and procedures for law enforcement investigations or prosecutions.

A portion of one page, originated with other federal agency and has been referred for their review and direct reply to you.

You may contact our FOIA Requester Service Center or our FOIA Public Liaison for any further assistance and to discuss any aspect of your request via email at Foiastatus@state.gov or telephone at (202) 261-8484.

If you are not satisfied with DOS's determination in response to this request, you may administratively appeal by writing to: Appeals Officer, Appeals Review Panel, Office of Information Programs and Services (IPS), U.S. Department of State, A/GIS/IPS/PP/LA, HST Room B266, 2201 C Street, NW, Washington, D.C. 20520, or faxed to 202-485-1718. Appeals must be postmarked within 90 calendar days of the date of this initial agency decision letter. Please include a copy of this letter with your written appeal and clearly state why you disagree with the determinations set forth in this response. Additionally, if you are not satisfied with DOS's determination in response to your request, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration (NARA) to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email address: ogis@nara.gov; telephone: (202) 741-5770; toll free number: 1-877-684-6448; facsimile: (202) 741-5769.

Sincerely,

Michael Caramelo, Chief
DS/MGT/FOIA-PA
Freedom of Information and
Privacy Act Division
Bureau of Diplomatic Security

Enclosures:
    449 pages

Page 1



U.S. Department of State

DIPLOMATIC SECURITY SERVICE

## WARNING AND ASSURANCE TO EMPLOYEE REQUESTED TO PROVIDE INFORMATION ON A VOLUNTARY BASIS

You are being asked to provide information in an investigation. This investigation is being conducted pursuant to the Omnibus Diplomatic Security and Antiterrorism Act of 1986, as amended (22 U.S.C. 4801, *et seq*.).

This inquiry pertains to:  Safety Concerns re: Media attention

This is a voluntary interview. Accordingly, you do not have to answer questions. If you decide to answer questions or make a statement, you may stop answering or discontinue the statement at any time. No disciplinary action will be taken against you if you choose not to answer questions. You have the right to have a representative present during all interviews concerning this matter.

Any statement you furnish may be used as evidence against you in any future criminal proceeding, agency disciplinary proceeding, or both. Additionally, the information solicited may be used to determine suitability for assignment to certain sensitive positions and/or geographic areas; or to determine suitability for continued employment or eligibility for access to classified information.

### WAIVER

I understand the warnings and assurances stated above and I am willing to answer questions and/or make a statement. No promise or threats have been made to me and no pressure or coercion of any kind has been used against me.

(b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)

_____
Diplomatic Security Service Special Agent

_____
Employee's Signature

_Matthew Gebert_

_____
Witness

Employee's Name   *(Printed)*

_1405_        _August 8, 2019_        _Wegman's / Leesburg, VA_
Time *(hh:mm)*     Date *(mm-dd-yyyy)*          Place

PRIVACY ACT NOTICE: This information is requested pursuant to 22 U.S.C. 4801, et seq. (Omnibus Diplomatic Security and Antiterrorism Act of 1986 as amended) and 22 U.S.C. 2709 (Special Agents). This information is being sought on a voluntary basis in connection with a DS investigation. The information being solicited on this form may be made available to appropriate agencies, whether federal, state, local or foreign, for law enforcement and administrative purposes as authorized by law. It may also be disclosed pursuant to court order. Your failure to comply with this request will result in no adverse consequences.

DS-7619
05-2007

Page 2

SBU (LAW ENFORCEMENT SENSITIVE)

DECLASSIFIED



**Diplomatic Security Service**
**Protective Intelligence Investigations**
**Division**

**IMS Case Report**

| DS Case Number | Case Title | Report Date |
|---|---|---|
| (b)(7)(E) | GEBERT, Matthew | 01/13/2021 |
| **Case Type** | **Investigative Program Type** | **Open Date** |
| PRELIMINARY INQUIRY | PRELIMINARY INQUIRY | 08/08/2019 |
| **Case Impact** | **Case Jurisdiction** | **Case Status** |
| MEDIUM | VIRGINIA, EASTERN DISTRICT OF | OPEN PQ |

DECLASSIFIED

Page 3

SBU (LAW ENFORCEMENT SENSITIVE)

| (b)(7)(E) | GEBERT, Matthew | UNCLASSIFIED | IMS Case Report |

01/13/2021

## General Case Information

**Title:** GEBERT, Matthew

**Office:** Protective Intelligence Investigations Division

**Type:** PRELIMINARY INQUIRY

**Categories:**
PROTECTIVE INTELLIGENCE

**Impact:** MEDIUM

**Principal Judicial District:** VIRGINIA, EASTERN DISTRICT OF

**Due Date:**

**Countries Impacted:**

**Nexus:**
Other

**TECS Lookout:** No

## Origin/Source

**Source Organization:** Department of State (DOS), DS/TIA/PII
**Source Name:** SA [(b)(6); (b)(7)(C)]
**Source Phone:** [(b)(6); (b)(7)(C)]
**Source Comments:**

## Assigned Personnel:

[(b)(6); (b)(7)(C)] (DS/TIA/PII)
[(b)(6); (b)(7)(C)] (DS/TIA/PII)
[(b)(6); (b)(7)(C)] (DS/TIA/PII)
[(b)(6); (b)(7)(C)] (DS/TIA/PII)
[(b)(6); (b)(7)(C)] (Inactive)

DECLASSIFIED

Page 2

SBU (LAW ENFORCEMENT SENSITIVE)

Page 4

SBU (LAW ENFORCEMENT SENSITIVE)

(b)(7)(E)          : GEBERT, Matthew   UNCLASSIFIED          IMS Case Report

01/13/2021

## Synopsis

Threat management case re: significant negative media attention received.

Further details to follow.

## Case Reports

**08/08/2019:** The following report contains pertinent informa...

## Outstanding Warrants

## Status:

**08/08/2019:** OPEN PQ



Page 3

SBU (LAW ENFORCEMENT SENSITIVE)

Page 5

| SBU (LAW ENFORCEMENT SENSITIVE) | | |
| --- | --- | --- |

(b)(7)(E) : GEBERT, Matthew     UNCLASSIFIED     IMS Case Report

01/13/2021

## Case Diary Entries

| Entry Date/Time | Activity Date | Author |
| --- | --- | --- |
| 09/09/2019 02:57 PM GMT | 09/04/2019 | (b)(6); (b)(7)(C) |

**Type:** ACTIVITY - INTERVIEW

On September 4, 2019, PII and OSI Special Agents interviewed a witness regarding this investigation. JTTF partners were present for the interview. Further information is available in OSI's investigation report.

| Entry Date/Time | Activity Date | Author |
| --- | --- | --- |
| 08/09/2019 06:39 PM GMT | 08/09/2019 | (b)(6); (b)(7)(C) |

**Type:** ACTIVITY - OTHER

SA (b)(6); (b)(7)V called Captain (b)(6); (b)(7)V to discuss GEBERT case. Captain (b)(6); said GEBERT's residence was on the additional patrol list but that there wouldn't be a static police presence there.

Captain (b)(6); (b)(7)V agreed to call SA (b)(6); (b)(7)(C) should any law enforcement activity occur at the residence or with GEBERT.

Leesburg PD POC:

Captain (b)(6); (b)(7)(C)
Field Operations Division Commander
Leesburg Police Department
65 Plaza Street, NE
Leesburg, Virginia 20176
(b)(6); (b)(7)(C) - Office
(b)(6); (b)(7)(C) - Cell
(b)(6); (b)(7)(C)



| SBU (LAW ENFORCEMENT SENSITIVE) | |
| --- | --- |

Page 6

| SBU (LAW ENFORCEMENT SENSITIVE) |
|---|

(b)(7)(E) : GEBERT, Matthew     IMS Case Report

01/13/2021

## Case Log Entries

| Entry Date/Time | Author |
|---|---|
| 09/09/2019 02:57 PM GMT | SYSTEM |

**Type:**RECORD CREATED
(b)(6), (b)(7)(C) created Case Diary record.

| Entry Date/Time | Author |
|---|---|
| 08/12/2019 02:06 PM GMT | SYSTEM |

**Type:**RECORD MODIFIED
(b)(6), (b)(7)(C) changed the case visiblity from PRIVATE to PUBLIC.

| Entry Date/Time | Author |
|---|---|
| 08/12/2019 02:05 PM GMT | SYSTEM |

**Type:**RECORD MODIFIED
(b)(6), (b)(7)(C) updated Edit ROI record.

| Entry Date/Time | Author |
|---|---|
| 08/09/2019 06:40 PM GMT | SYSTEM |

**Type:**RECORD MODIFIED
(b)(6), (b)(7)(C) updated Case Diary record.

| Entry Date/Time | Author |
|---|---|
| 08/09/2019 06:39 PM GMT | SYSTEM |

**Type:**RECORD CREATED
(b)(6), (b)(7)(C) created Case Diary record.

| Entry Date/Time | Author |
|---|---|
| 08/09/2019 11:50 AM GMT | SYSTEM |

**Type:**RECORD CREATED
(b)(6), (b)(7)(C) added a Doc Media Record.

| Entry Date/Time | Author |
|---|---|
| 08/09/2019 11:50 AM GMT | SYSTEM |

**Type:**RECORD CREATED
(b)(6), (b)(7)(C) added a Doc Media Record.

| Entry Date/Time | Author |
|---|---|
| 08/08/2019 10:09 PM GMT | SYSTEM |

**Type:**RECORD MODIFIED
(b)(6), (b)(7)(C) updated Edit ROI record.

| Entry Date/Time | Author |
|---|---|
| 08/08/2019 10:08 PM GMT | SYSTEM |

**Type:**RECORD MODIFIED
(b)(6), (b)(7)(C) updated Edit ROI record.

| Entry Date/Time | Author |
|---|---|
| 08/08/2019 10:05 PM GMT | SYSTEM |

**Type:**RECORD CREATED

Page 5

Page 7

SBU (LAW ENFORCEMENT SENSITIVE)

(b)(7)(E) : GEBERT, Matthew                              IMS Case Report

01/13/2021

---

(b)(6); (b)(7)(C)    created Create ROI record.

**Entry Date/Time**                                  **Author**
08/08/2019 09:14 PM GMT                              SYSTEM
**Type:** CASE ASSIGNMENT
(b)(6); (b)(7)(C)   assigned (b)(7)(E)   to (b)(6); (b)(7)(C)

**Entry Date/Time**                                  **Author**
08/08/2019 09:14 PM GMT                              SYSTEM
**Type:** CASE ASSIGNMENT
(b)(6); (b)(7)(C)   assigned (b)(7)(E)   to (b)(6); (b)(7)(C)

**Entry Date/Time**                                  **Author**
08/08/2019 09:14 PM GMT                              SYSTEM
**Type:** CASE ASSIGNMENT
(b)(6); (b)(7)(C)   assigned (b)(7)(E)   to (b)(6); (b)(7)(C)

**Entry Date/Time**                                  **Author**
08/08/2019 09:14 PM GMT                              SYSTEM
**Type:** CASE ASSIGNMENT
(b)(6); (b)(7)(C)   assigned (b)(7)(E)   to (b)(6); (b)(7)(C)

**Entry Date/Time**                                  **Author**
08/08/2019 09:13 PM GMT                              SYSTEM
**Type:** CASE ASSIGNMENT
(b)(6); (b)(7)(C)   assigned (b)(7)(E)   to (b) (6), (b) (7)(C)

**Entry Date/Time**                                  **Author**
08/08/2019 09:13 PM GMT                              SYSTEM
**Type:** RECORD CREATED
(b)(6); (b)(7)(C)   created a CASE_DATA record.



Page 6

SBU (LAW ENFORCEMENT SENSITIVE)

Page 8

SBU (LAW ENFORCEMENT SENSITIVE)

(b)(7)(E) : GEBERT, Matthew    UNCLASSIFIED    IMS Case Report

01/13/2021

## Case Report Information

**Status:** DRAFT

**Type:** CASE INTERIM

**Author:** (b)(6); (b)(7)(C)

**Date Reported:** 08/08/2019

**Dates Investigated:** 08/07/2019-

**Report Title:** MOI - GEBERT Matthew

**Entry:**

The following report contains pertinent information gathered during the interview. It is not a verbatim transcript.

Background:

On 08/08/2019, Diplomatic Security Service (DSS) Office of Protective Intelligence Investigations (DS/TIA/PII) Special Agents (SA) (b)(6); (b)(7)(C)  (b)(6); (b)(7)(C)  and (b)(6); (b)(7)(C)  interviewed Mr. Matthew Q. GEBERT to discuss his personal protective security measures following a release of an article about him by the Southern Poverty Law Center (SPLC). The interview was conducted in the upstairs café area of Wegmans, 101 Crosstrail Blvd, Leesburg, VA 20175. The interview began at 14:00 hours.

Summary of Interview:

SAs (b)(6); (b)(7)(C)  (b)(6); (b)(7)(C)  and (b)(6); (b)(7)(C)  identified themselves and presented their credentials to GEBERT.

GEBERT presented his Department of State issued ID badge bearing number 02075825 as proof of identity.

Before starting the interview, GEBERT asked SAs if they were recording the interview and stated that he would not be recording the interview. SAs answered that they were not recording the interview.

GEBERT stated his office's executive director informed him he was on administrative leave through Friday. The executive director asked him to return his identification card and Department issued Blackberry to SAs if possible or to overnight them back to his office. SAs declined to take custody of the ID card and Blackberry. GEBERT stated he had pre-planned sick leave on Monday 08/12/2019 and would likely return to work on Tuesday August 13th.

SA (b)(6); (b)(7)(C)  gave GEBERT a verbal notice about making false material statements to federal agents, which GEBERT acknowledged. GEBERT then read the DS-7619 voluntary statement for employees and subsequently signed the form.

SA (b)(6); (b)(7)(C)  explained to GEBERT that the purpose of the meeting was to discuss the effects of the recent news article that was published about him and to provide him guidance on his personal safety as a Department of State employee.

GEBERT mentioned that it was a "feeding frenzy" and that he was being talked about online incessantly. He added that his home

Page 7

SBU (LAW ENFORCEMENT SENSITIVE)

Page 9

SBU (LAW ENFORCEMENT SENSITIVE)

(b)(7)(E)          : GEBERT, Matthew                    IMS Case Report

01/13/2021

address was recently posted to Twitter. GEBERT also stated that he hadn't received any threatening emails or text messages but had been contacted by NPR's Michelle Kellerman and an NBC News reporter at his Department email address.

GEBERT thought his information could probably be found online. He had previously considered using a "delete me service" to remove himself and his family from as many websites as possible to reduce his public online profile. He noticed that there were a lot of inflammatory materials online, especially following the Charlottesville events in August 2017.

GEBERT stated that prior to meeting SAs, a camera crew was outside his home. The crew consisted of a black male and a white male driving an SUV, however the specific organization wasn't immediately apparent and the crew members did not identify themselves.

GEBERT mentioned that "antifa anti-white" groups could be potentially threaten him at his residence.

After the news article came out, GEBERT spoke to his wife who told him "a hit job came out". GEBERT became concerned for his family's physical safety and decided to temporarily move his wife and children away to a friend's house out of state. He notified Leesburg Police Department and spoke to Officer [(b)(6), (b)(7)(C)] [Agent Note: verified with Leesburg PD as Officer [(b)(6), (b)(7)(C)], telling the officer he would be gone for a night, and requested additional patrols of his residence. GEBERT did not intend to abscond from work but instead wanted to use whatever leave was necessary to protect his family. GEBERT stated he felt comfortable with his family's level of safety.

GEBERT debated returning to his residence but did not want to be scared away from his home. He also had to take care of his pets.

GEBERT mentioned he wouldn't be surprised if a mob showed up at the bottom of his driveway and that he would be on heightened alert for a long time. While he didn't think it was probable, he did fear that someone could knock down his door and shoot him. While discussing potential retaliatory actions against him, GEBERT stated, "[…] if you accept Dayton was a response to El Paso, it might be an issue". [Agent Note: GEBERT is referring to the 08/03/2019 El Paso, TX shooting and the 08/04/2019 Dayton, OH shooting].

SA [(b)(6),] advised GEBERT to call 911 in case of emergency or if he received a threat indicating immediate action against him. SA [(b)(6), (b)(7)(C)] further cautioned GEBERT to carefully review unsolicited letters and packages sent to him prior to opening them and to call emergency services in suspicious cases.

GEBERT stated he'd received a screenshot from a friend of a Twitter user named "Emily Gorcenski" who had posted a picture of his house Twitter.

SA [(b)(6), (b)(7)(C)] asked GEBERT if he was still using social media accounts that DS/TIA/PII could monitor for threatening communications. GEBERT stated he would prefer not to answer. GEBERT also mentioned he would rather not go online and read the comments about him that he perceived would be negative. He shared a previous instance when social media user started a "punch a

Page 8

SBU (LAW ENFORCEMENT SENSITIVE)

Page 10

| (b)(7)(E) | : GEBERT, Matthew | UNCLASSIFIED | IMS Case Report |

01/13/2021

Nazi in the face" campaign involving Richard Spencer.

SA (b)(6); (b)(7)(C) asked GEBERT if he knew of anyone who may hold a personal vendetta against him. SA (b)(6), also asked GEBERT that, if the facts of the published article were unsubstantiated. would there be any reason to believe that someone had published such incendiary allegations. GEBERT responded by saying "I am almost certain I know who sold us out". He thought the person or persons who did this likely did it for money and that the SPLC is known for paying people for information. He went on to say that he has "never done anyone wrong". [Agent Note: GEBERT did not at any point indicate that the article contained false allegations, nor did GEBERT deny the contents of the article at any time.]

GEBERT thought that "the eye of Sauron" would be on his house. [Agent Note: GEBERT is referring to the Lord Of the Rings trilogy who is the movie's chief antagonist and focuses on his targets with his eye]. GEBERT believes his home could be a target for vandalism and stated, "we'll probably have to sell." He also added that his photo was not disseminated online but that if he were recognizable, he would likely face more concerns for his personal safety.

SAs (b)(6); and (b)(6); (b)(7)(C) then discussed physical safety measures at GEBERT's home. GEBERT stated he did not have a home alarm, only a Ring doorbell on the front door. He also has noise making doorsteps and an extender arm on his basement's glass door. GEBERT went on that he has good exterior lighting and that the foyer light is on a timer. GEBERT debated closing his blinds but thought that if he had them cracked, he could see people approaching his front door. GEBERT was also concerned someone may try to harm his dog, a Brussels Griffon terrier.

GEBERT goes to work at the Harry S. Truman building Monday. Wednesday, Thursday and Friday. He leaves his house at 07:30 hours to drive to a commuter lot where he takes public transportation into Washington D.C. He returns home at approximately 18:30 hours. On Tuesdays. GEBERT teleworks from home. His wife is Krav Maga fitness instructor and teaches a class every Saturday from 08:30 hours to 10:30 hours in Ashburn, VA. This weekend, GEBERT and his wife chose not to have her teach. On Mondays and Wednesdays, GEBERT has a babysitter watch their children while his wife goes to the gym.

SA (b)(6); encouraged GEBERT and his family to vary their routes and times as a precautionary protective measure. GEBERT then recounted that he considers himself to be part of a model family.

GEBERT shared that his wife drives a Toyota Sienna and currently had the vehicle with her, and that he drove a Honda CR-V. GEBERT did not reveal any imminent or continuing medical requirements but did share that he needs to pick up his wife's prescription relating to a thyroid condition.

SA (b)(6); (b)(7)(C) asked GEBERT if he possessed any weapons in his residence. He stated that he currently holds a concealed handgun permit issued in Virginia and owns several weapons. GEBERT became evasive when asked how many and what type of weapons he owned and stated that he legally owns weapons. He further stated the he was currently carrying pepper spray for his personal defense.

Page 9

Page 11

SBU (LAW ENFORCEMENT SENSITIVE)

(b)(7)(E) : GEBERT, Matthew    IMS Case Report

01/13/2021

SA (b)(6), (b)(7)(C) explained the duties and responsibilities of DS/TIA/PII relating to the protection of Department employees and encouraged GEBERT to communicate openly with the office.

GEBERT stated he needed to finalize the return of his Department ID badge and Blackberry. SA (b)(6), (b)(7)(C) encouraged GEBERT to work with his executive director to obtain clarity on the issue.

GEBERT reiterated the concern about the Twitter posts referencing his home address, including the posts attributed to Twitter user "Emily Gorcenski". Finally GEBERT informed SAs he found comfort knowing that "you're on my side".

Throughout the interview, GEBERT was calm and cooperative. SAs encouraged GEBERT to be as forthcoming as possible with information regarding threatening communications or threats to his physical safety. The interview ended at 14:34 hours under favorable circumstances.

**Distribution:**

## Approval History



SBU (LAW ENFORCEMENT SENSITIVE)

013

Page 12

[(b)(6); (b)(7)(C)]

**From:**        DS Criminal Name Checks
**Sent:**        Wednesday, October 9, 2019 9:22 AM
**To:**          [(b)(6); (b)(7)(C)]
**Subject:**     RE: GEBERT, Matthew Quinn 735019

Positive Record Check; Active investigation, please contact DS/TIA/PII [(b)(7)(E)]  [(b)(7)(E)]  and [(b)(7)(E)]  [(b)(7)(E)]  are regarding the same allegations.

----------------------------------- SBU -PRIVACY OR PII -----------------------------------

**From:** [(b)(6); (b)(7)(C)]
**Sent:** Wednesday, September 25, 2019 2:01 PM
**To:** DS/DO/CI - Name Checks <DSDOCI-NameChecks@state.gov>; DS Criminal Name Checks <crnamechecks@state.gov>; DS-OSIVetting <DS-OSIVetting@state.gov>; OIG INV Name Checks <oiginvnamechecks@state.gov>; Name Checks <NameChecks@state.gov>
**Subject:** GEBERT, Matthew Quinn 73S019

<center>MEMORANDUM</center>

TO:        DS/ICI/CI                (e-mail:  DS/ICI/CI – namechecks)
           DS/ICI/CR (PF/VF)        (e-mail:  DS Criminal Name Checks)
           DS/DO/OSI                (e-mail:  DS-OSIVetting@state.gov)
           OIG/INV                  (e-mail:  OIG INV Name Checks)
           HR/ER/CSD                (e-mail:  Name Checks)

THRU:      DS/SI/PSS/ADVERSE        [(b)(6); (b)(7)(C)]  *Divison Chief*

FROM:      DS/SI/PSS DESK           [(b)(6); (b)(7)(C)]  *Case Manager*
           SA-20; e-mail:           [(b)(6); (b)(7)(C)]

REF:       **GEBERT, Matthew Quinn**
DOB:       ██████████████
POSITION:  **Foreign Affairs Officer**

In accordance with Executive Orders 10450 and 12968, the Personnel Security/Suitability Division is conducting an investigation on a former/current Department of State employee (captioned above). Request your office conduct a file search to determine if a record on the employee exists and indicate the result in the appropriate space below.

_____ NO RECORD                         DATE: _____

_____ NO DEROGATORY INFORMATION         DATE: _____

_____ YES, A RECORD EXISTS IN THIS OFFICE    DATE: _____

REMARKS:_____

Page 13

If a record exists in your office, attach a summary of information. If required, a representative from our office can schedule an appointment to review the file.

DECLASSIFIED

[b)(6), (b)(7)(C)]  Director
DS/SI/PSS

SBU -PRIVACY OR PII

DECLASSIFIED

U.S. NEWS

# State Department worker outed by civil rights group as a white nationalist placed on leave

Matthew Q. Gebert was part of a cell called The Right Stuff in Northern Virginia, according to the Southern Poverty Law Center.



The Treaty Room of the State Department on March 22, 2017.
Samuel Corum / Anadolu Agency / Getty Images file

Aug. 7, 2019, 7:56 PM EDT / Updated Aug. 8, 2019, 1:42 PM EDT

**By Abigail Williams and Corky Siemaszko**

A State Department official whom a civil rights group outed as an alleged white nationalist had been placed on leave, sources said Thursday.

The news about Matthew Q. Gebert, 38, came a day after researchers from the Southern Poverty Law Center's Hatewatch program revealed he allegedly used the pseudonym "Coach Finstock" on white nationalist forums and hosted parties at his Virginia home for like-minded individuals.

The two U.S. officials familiar with Gebert's situation who confirmed to NBC News that he is on leave declined to say when he left his desk or speculate on when, or if, he might return.

Gebert, a foreign affairs officer at the Bureau of Energy Resources, has not returned several emails for comment about his case and he does not have a phone number listed for his home in Leesburg, Virginia.

Hatewatch researchers were able to link Gebert to "Coach Finstock" by tying several Twitter accounts operated with some form of that handle to him, and by playing samples of his voice from appearances as "Coach Finstock" on white nationalist podcasts such as "The Fatherland" to people who know him.

Gebert also was a leader of a Washington-area chapter of The Right Stuff, a network founded by neo-Nazi blogger Michael Peinovich, aka Mike Enoch, three sources told Hatewatch.

"[Whites] need a country of our own with nukes, and we will retake this thing lickety split," "Coach Finstock" said on a May 2018 episode of "The Fatherland," Hatewatch revealed. "That's all that we need. We need a country founded for white people with a nuclear deterrent. And you watch how the world trembles."

Gebert's wife, Anna Vuckovic, 38, was identified by four separate Hatewatch sources as going by the handle "Wolfie James" on Twitter, a profile that has been connected to the white nationalist movement, Hatewatch reported. Vuckovic denied the allegations when reached by Hatewatch. NBC News was unable to contact her for comment.

Vuckovic, as "Wolfie James," allegedly wrote blog posts with dating tips and parenting advice for white nationalist women and moms on The Right Stuff, according to Hatewatch, which said it retrieved some of the posts through internet archives.

Gebert graduated from George Washington University in 2011 and joined the State Department two years later as a Presidential Management Fellow, according to an alumni news update in GW Magazine, which is published by the university. The aim of the prestigious program is to "develop a cadre of potential government leaders," according to the State Department.

But Gebert's post at the State Department is a civil service position, not a political appointment.

In July 2018, the Sludge website reported Gebert donated $200 earlier that year to then-Wisconsin Republican congressional candidate Paul Nehlen, who was criticized for voicing anti-Semitic views on Twitter. The donation is public record and searchable on the Federal Election Commission website.

The Hatch Act restricts State Department employees from taking part in some political activities while working for the federal government. And while it's not clear if Gebert crossed that line, it

Page 16

9/25/2019                    State Department worker outed by civil rights group as a white nationalist placed on leave

appears he was aware he was risking his career by embracing white nationalism, according to the Hatewatch report.

"There are bigger things than a career and a paycheck, and I don't want to lose mine," Gebert said on an episode of "The Fatherland" recorded in August 2017, according to Hatewatch. "I am prepared to lose mine. Because this is the most important thing to me in my life ... in tandem with my family, of course."

Abigail Williams



Corky Siemaszko

Corky Siemaszko is a senior writer at NBC News Digital.

ABOUT                        TERMS OF SERVICE

CONTACT                      NBCNEWS.COM SITE MAP

CAREERS                      ADVERTISE

PRIVACY POLICY               ADCHOICES

© 2019 NBC NEWS.COM

NEWS                         MSNBC                              TODAY

Page.17..





# White Nationalist State Department Official Surfaces in Photographs

August 09, 2019                                      by Michael Edison Hayden

Hatewatch has obtained images of Matthew Q. Gebert, a State Department official who is involved in the white nationalist movement.

Gebert oversaw the Washington, D.C.-area chapter of a white nationalist organization and has published hateful propaganda under the pseudonym "Coach Finstock" since 2015, Hatewatch reported Wednesday. The State Department has suspended Gebert from his job as a foreign affairs officer in its Bureau of Energy Resources, according to a report Thursday by Politico.

A Gebert colleague who spoke to Hatewatch said the State Department sent Gebert, who described himself as a white nationalist in a 2018 podcast, home from work Wednesday after the publication of Hatewatch's investigation, and he has not returned.

"We're a very diverse bureau with lots of types of people he apparently hates," the source told Hatewatch over a series of texts. "I'm dismayed to see he's only suspended; I'm hoping it's just an intermediate step."

After Hatewatch published its investigation, people sent photos and information to Hatewatch about Gebert and his wife, Anna Vuckovic. Vuckovic also is involved in the white nationalist movement and used the pseudonym "Wolfie James" to post racist and antisemitic blog posts, Hatewatch reported.

Among the photos Hatewatch received is one of Gebert at a white nationalist event in Charlottesville, Virginia, in May 2017, months before

the failed "Unite the Right" rally that August.

A source who spent time at
Gebert's home at gatherings with
white nationalists told Hatewatch
that the State Department official
prohibited guests from taking
pictures at his home.

The May 2017 rally was a public
outdoor event, and an anonymous
tipster sent a photo from the event
to Hatewatch. Gebert appears in
that group photo wearing
sunglasses, a white polo shirt and
khaki pants.



*U.S. State Department official Matthew Q. Gebert,
standing in front of the person in black, is pictured
here in Charlottesville, Virginia, in May 2017. The rally
was staged by white nationalists.*

One of Gebert's colleagues at the State Department, who asked not to be
named in this story, contacted Hatewatch after reading its investigation.
That person confirmed the identity of Gebert in the rally photo. "It is
absolutely [Gebert]," the colleague wrote by text, referring to the picture.

A family friend, who claims to have known Gebert for years, also contacted
Hatewatch. "No question," the person said, confirming the identity of
Gebert as the man at the rally in sunglasses in front of the person dressed
in all black.

The two sources who spent time at Gebert's home told Hatewatch they
thought the man in the photo looked like him.

Gebert also appears in photos on pages 38, 41 and 46  of the 2005 annual
report for the U.S. Telecommunications Training Institute. The institute is
an international program providing "diverse, tuition-free communications,
IT and broadcast training for women and men who, each day, make
modern communications a reality for their countrymen throughout the
developing world," the guide explains.

Gebert could not be reached for a comment for this story.

**Photo of 'Wolfie James'** 

Vuckovic's picture appears in the August 2013 edition of a publication titled *Exhibit City News*. "*Exhibit City News* is the premiere magazine covering the meeting, convention and tradeshow industries," according to a description on its website.

"In a recent sales reorganization effort, Visit Phoenix, the city's tourism engine, chose a director of national accounts," the story about Vuckovic says. "The newest addition is Anna [Vuckovic] Gebert, who now handles the sales territories of Washington, D.C., Virginia, Maryland and Delaware."

Three sources who knew "Wolfie James" confirmed to Hatewatch Vuckovic's identity in the *Exhibit City News* article. Hatewatch spoke to Vuckovic at the Geberts' home in Leesburg, Virginia, on June 24, and also verified the *Exhibit City News* photo is an image of her. She told Hatewatch she was not part of the white nationalist movement.

## Additional details emerge on double life

The colleague of Gebert's in the State Department told Hatewatch they listened to the voice of "Coach Finstock" on a white nationalist podcast after reading the investigation into his double life. The colleague said Gebert's voice matched that of "Coach Finstock."

"I listened to a piece of the podcast, and it's 100 percent him," the source said.

The independent journalism collective Unicorn Riot published a follow-up story Wednesday on Gebert's white nationalist ties detailing his activity in a Discord chat in the lead-up to the "Unite the Right" rally in 2017. Discord is a gaming app that sometimes is used by white nationalists to organize.

One of the images published in the Discord chat was of swastika-shaped cookies. One of the sources who spent time in Gebert's home told Hatewatch after the Unicorn Riot story appeared that cookies shaped like swastikas were served at his home on March 17, 2017. The source recalled that children were in the home at the time the cookies were served.

## Unearthed 'Coach Finstock' Twitter post refers to State Department

Twitter users combed through internet archives of deactivated and suspended "Coach Finstock" Twitter accounts following the publication of

White Ne⁷ᵗ list State Department Official Surfaces in Photogrˢᵖʰ ̄ ̄ ̄ Southern Poverty Law Center

Hatewatch's investigation. Hatewatch named 10 accounts in the story that belonged to "Coach Finstock" between 2015 and 2019.

One account that received additional scrutiny Wednesday was @RevengeCoach, which was active in spring 2018. @RevengeCoach posted a screenshot of a headline published in the *Washington Examiner* on March 29, 2018, according to an archive.

The *Washington Examiner* article focused on how the State Department would soon publish new rules "to require most visitors and immigrants to the U.S. to divulge their recent social media histories, carrying out one of the key security enhancements from President [Donald] Trump's extreme vetting executive order."

Gebert, writing through the @RevengeCoach handle, appeared to suggest he would help "woke Euro applicants" subvert Trump's rule. "Woke" is sometimes used by white nationalists to convey that a white person has been radicalized to fascism.

"State Dept visa official to woke Euro applicant: 'Says here you have NO social media accounts. Can someone in the U.S. attest to that?' Gebert wrote as @RevengeCoach. "'Uhh, why yes. My good friend...Coach Finstock.'"

## Trump mentioned Gebert's Twitter handle

Another Twitter user flagged on Wednesday that Trump, while a candidate for the Republican presidential nomination, referred to the account @Q1776 which was manned by Gebert.

"@Q1776: Love fest for DonaldTrump on @marklevinshow just now. Top 5 talk radio audience in country. Great being on the show with Mark!" Trump posted to Twitter on October 5, 2015, referring to a conservative talk show.

Gebert radicalized in 2015, according to his account on a white nationalist forum, Hatewatch reported.

*Photo contributed.*

Page 21

9/25/2019

White Nationalist State Department Official Surfaces in Photographs / Southern Poverty Law Center

Get the latest investigative reporting from Hatewatch

DECLASSIFIED

Your Email Address                                                                                            SUBSCRIBE

DECLASSIFIED

Page 22

9/25/2019                Robert Finstock, "A Northern Alliance: Our Ultimate Salvation" | Counter-Currents Publishing

https://www.counter-currents.com/2017/01/a-northern-a...e-our-ultimate-salvation/   Go   DEC  JAN  MAY
23 captures                                                                               ◄  12  ►
12 Jan 2017 - 13 Aug 2019                                                               2016  2017  2019
                                                                                        ▼ About this capture

# COUNTER-CURRENTS PUBLISHING
*Books Against Time*

| HOME | ABOUT | NEWS | NORTH AMERICAN NEW RIGHT | OUR TITLES | DISTRIBUTED TITLES | PODCASTS | VIDEOS | DONATE | MAILING LIST |
| CONTACT |

☙ Print this post

## A Northern Alliance:
## Our Ultimate Salvation

**Robert Finstock**

[                    Search ]

*Kindle Subscription*

1,475 words

Since it burst onto the scene, most of the
Alternative Right's energies have
rightfully focused on metapolitics,
networking, and domestic agitation. So
far as international politics is concerned,
there is a broad Alt Right consensus that
globalism is the enemy, rapprochement
with Russia is critical, and we must end
and reverse the dark invasion of our
countries. Yet these are easy calls; if our
success continues and we eventually see
white governments proliferate across
North America and Europe, how would
we achieve our objectives, consolidate



*The Battle of Vienna, 1683*

our gains, and increase our strength? To ensure the long-term flourishing of our race,
we should ultimately pursue an explicitly pro-white *Northern Alliance* of North America,
Europe, and Russia,[1] acting in strictly enforced cohesion on matters of immigration,
defense, and foreign policy. Absent this, our prospects in this century are almost
certainly doomed.

### Sovereign Ethnostates vs. Pan-Europeanism

If we succeed beyond our wildest dreams and achieve the proliferation of white
ethnostates across the northern hemisphere, the choice between preserving sovereign
nations versus building a pan-European superstate will seem like a luxury after all we
have accomplished. This need not be an either/or question, however. Creating
exclusionary white countries is our Herculean task; how we choose to associate after
that will be comparatively easy. The Northern Alliance could be a type of aggrandized
and rational NATO -- or an uncucked EU -- in that *member states would retain
sovereignty, yet commit to collective immigration, defense, and foreign policy
administrations*. Member states would preserve domestic imperatives and cultural
identities while being bound by oath to support their blood allies in the most critical
issues facing the Alliance.



EXSURGO

**Our Titles**



Page 23
9/25/2019                    Robe      `stock, "A Northern Alliance: Our Ultimate Salvation"`      unter-Currents Publishing

https://www.counter-currents.com/2017/01/a-northern-alliance-our-ultimate-salvation/   Go   DEC JAN MAY
23 captures                                                                ◀ 12 ▶
12 Jan 2017 - 13 Aug 2018                                                  2016 2017 2019



If such an arrangement proves itsmerits, the "ever-closer union" of demeaning EU
bureaucrat fantasy will develop naturally: liberal migration within the Alliance, free trade
across it, and a common currency could be considered. If such increased cohesion
proves impossible, a loose confederation would be maintained to avoid the pitfalls of
the European Union. We are prickly, individualistic peoples with proud histories, but the
tribal instinct that saved us at Tours and Vienna is being awakened, and can guide our
cooperation for survival again.

**The Russian Question**

The Alternative Right takes a generally positive view toward Russia, if for no other
reason than that it is the most powerful European country on Earth, and Jews are hell-
bent on breaking it to their will. Regardless of whether Vladimir Putin is foremost
Russian Orthodox, Russian nationalist, or neo-imperialist, the fact remains that he
nearly single-handedly saved his people from post-Yeltsin perdition, and persists as the
single greatest impediment to what the geopolitical analyst known as The Saker calls
the "Anglo-Zionist Empire."[2] Put simply, *the white race will be dealt a death-blow if the
Jews puppeteering U.S. foreign policy succeed in provoking NATO and Russia into all-
out war.* Yes, Russians seem alien to most Westerners, as if they are long-lost cousins
exiled from our tribe to survive in frozen wastelands. But their conquest of the northern
Asian land mass is one of the great achievements of European man, and Russian
ferocity, intellect, and loyalty will be invaluable in the new order, to say nothing of their
increasingly formidable nuclear and conventional forces. Crucially, Russia's influential
Deputy Prime Minister Dmitry Rogozin provided remarks to Russia Today in 2008
which indicate that Russia comprehends the stakes at the highest levels of its
government:

> There is a new civilization emerging in the Third World that thinks that the white,
> northern hemisphere has always oppressed it and must therefore fall at its feet
> now. This is very serious. If the northern civilization wants to protect itself, it must
> be united: America, the European Union, and Russia. If they are not together, they
> will be defeated one by one.[3]

Putin has also consistently offered conciliatory remarks toward the West, despite the
constant, unhinged invective lobbed at him from Western politicians and the
*Lügenpresse.* Western Europeans and Russians share the same enemies and a close
racial heritage. The Russians are open to rapprochement, and Western leaders
liberated from the Jewish yoke can bury the hatchet with Russia in the coming years.

**Stanch the Bleeding, Reverse the Rot: Common Immigration Policy**

No reader of *Counter-Currents* will be unfamiliar with the demographic daggers already
sunken into our national breasts, sinking deeper every year. Much of the Alt Right's
success, particularly in the past year, can be attributed to the shocking imagery of
military-aged Muslim males pouring into Europe *en masse* and at the invitation of many
of Europe's leaders. Americans watching their once-great national experiment run off
the tracks is one thing; seeing their ancestral homelands being lost is entirely another.
The atrocities now regularly committed on both sides of the Atlantic by the imported
pets of liberalism are finally jolting our people awake in ever larger numbers. It is thus
now possible to envision a transcontinental policy to *slow Muslim immigration and
gradually eradicate Islam from the entirety of North America, Europe, and Russia.*
Trump has already proposed an immigration hiatus, many European states are moving

*Editor-in-Chief*
* Greg Johnson

*Our Authors*
* Kerry Bolton
* Jonathan Bowden
* Collin Cleary
* F. Roger Devlin
* Julieth Howard-
  Hobson
* Greg Johnson

* Ward Kendall
* Anthony M. Ludovici
* Trevor Lynch
* Andy Nowicki
* James J. O'Meara
* Michael O'Meara
* Savitri Devi
* Irmin Vinson
* Leo Yankevich

*Distributed Authors*
* Alain de Benoist
* Jonathan Bowden
* Corneliu Codreanu
* Jack Donovan
* Alexander Dugin
* Julius Evola
* Guillaume Faye
* Madison Grant
* Pierre Krebs
* Pentti Linkola
* H. P. Lovecraft
* Anthony M. Ludovici
* H. L. Mencken
* Tito Perdue
* John Robison
* Savitri Devi
* Lothrop Stoddard
* Francis Parker Yockey

*Archives*
* January 2017 (25)
* December 2016 (53)







Page 24

https://www.counter-currents.com/2017/01/a-northern-a...e-our-ultimate-salvation/   `Go`   DEC  JAN  MAY

23 captures                                                                        ◀ 12 ▶
12 Jan 2017 - 13 Aug 2019                                                          2016 2017 2019

immediate bans on new Muslim immigration ahead of what any mutual alliance of
Western countries already have the means, and many have the popular support to
implement policies to halt the invasion and staunch the bleeding. With nearly fifty
majority-Muslim nations on Earth, many of them fabulously wealthy and sparsely
populated, a properly-resourced Northern Alliance Deportation Force could
progressively and humanely relocate those Muslims who chose to remain in North
America, Europe, and Russia despite exclusion from all rights of citizenship and public
benefits. With at least fifty million Muslims residing in Europe and the Americas in
2010,[5] immigration bans are simply inadequate; the rot must be reversed by mass
physical removal.

**Collective Defense: Make NATO Great Again**

The Alt Right is painfully aware that white southerners comprise a disproportionate
share of the American forces serving around the world as "imperial grunts," in Robert
Kaplan's indelicate phrasing. Meanwhile, the Pentagon leadership has been busy
ensuring that as many non-whites, women, homosexuals, and transsexuals rise
through the military ranks as possible to destroy the last bastion of the American *esprit
de corps* and *cishet* military professionalism. Regular terrorist attacks in Europe also
reveal nearly all-white special police forces performing damage control at scenes of the
latest Muslim auto-combustion. Developing a common transatlantic security force *par
excellence* would thus be among the easiest tasks in standing up a Northern Alliance:
*bar nonwhites and deviants from military service, unleash the pent-up professionalism
and natural aggression of service members, expand NATO to include our natural ally
Russia, and evict Turkey.*

The Alliance's collective defense strategy would be similarly straightforward: nuclear
predominance, internal security against terrorism, principled non-intervention except for
attacks against Alliance members, and an explicit commitment to preparedness against
Chinese or other aggression from the south. Watch any Russian Victory Day parade
footage from Red Square, and then ponder the glory of a similarly non-pozzed
transatlantic spectacle.

**White Realpolitik: Northern Alliance Foreign Policy**

The guiding principle of a common Northern Alliance foreign policy would borrow from
the unabashed ethnic chauvinists of the National Council of La Raza: "For the race,
everything, outside the race, nothing."[6] Disengagement from the sordid expanse of
the Muslim world would be an instant option once the vast energy resources of Russia
and the United States were utilized in concert, rather than in competition. China's
hitherto free-ride on the American security imperium, in which it bides its time and
augments its power while the West invades and invites itself to death, would end once
China is forced to take responsibility for all the simmering troubles in its backyard,
including Afghanistan, Pakistan, and India. A re-militarized Japan would be a likely
candidate as a Northern Alliance ally, as well as a useful counterbalance to China.
Israel would of course be completely cut off from any aid or trade with the Alliance, and
forced to find a new master to pray upon. And our allies in the southern hemisphere,
Australia and New Zealand, would be defended by our nuclear umbrella for, among
other things, welcoming the entirety of South Africa's white exodus. Finally, if there is
one foreign aid program a Northern Alliance considers, it would be a continent-wide
sterilization campaign in Africa, if only to make Mediterranean Sea interdictions less
numerous.

···

- July 2016 (64)
- June 2016 (76)
- May 2016 (63)
- April 2016 (65)
- March 2016 (75)
- February 2016 (82)
- January 2016 (83)
- December 2015 (100)
- November 2015 (100)
- October 2015 (76)
- September 2015 (80)
- August 2015 (74)
- July 2015 (67)
- June 2015 (72)
- May 2015 (64)
- April 2015 (73)
- March 2015 (70)
- February 2015 (70)
- January 2015 (65)
- December 2014 (61)
- November 2014 (64)
- October 2014 (80)
- September 2014 (61)
- August 2014 (55)
- July 2014 (76)
- June 2014 (53)
- May 2014 (43)
- April 2014 (53)
- March 2014 (51)
- February 2014 (57)
- January 2014 (65)
- December 2013 (59)
- November 2013 (76)
- October 2013 (67)
- September 2013 (60)
- August 2013 (64)
- July 2013 (54)
- June 2013 (70)
- May 2013 (76)
- April 2013 (79)
- March 2013 (66)
- February 2013 (71)
- January 2013 (83)
- December 2012 (66)
- November 2012 (88)
- October 2012 (78)
- September 2012 (72)
- August 2012 (92)
- July 2012 (71)
- June 2012 (78)
- May 2012 (78)
- April 2012 (79)
- March 2012 (59)
- February 2012 (58)
- January 2012 (75)
- December 2011 (71)
- November 2011 (68)
- October 2011 (98)
- September 2011 (61)
- August 2011 (77)
- July 2011 (62)















https://www.counter-currents.com/2017/01/a-northern-alliance-our-ultimate-salvation/   Go   DEC   JAN   MAY
23 captures                                                                          ◀   12   ▶
12 Jan 2017 - 13 Aug 2019                                                        2016  2017  2019

defense, and rational foreign policy will energize the vigor and bravery that once fueled our global domination, our exploration of the stars, and the salvation of our people.

### Notes

1. Srdja Trifkovic, "The North Worth Saving." *Chronicles Magazine*, 1 January 2009.

2. http://thesaker.is/why-i-use-the-term-anglozionist-and-why-its-important/

3. https://www.rt.com/politics/interview-with-dmitry-rogozin-2008-11-18/

4. http://www.independent.co.uk/news/world/europe/denmark-muslim-refugees-ban-islam-apartheid-asylum-seekers-migrants-a7161786.html

5. https://www.theguardian.com/news/datablog/2011/jan/28/muslim-population-country-projection-2030

If you enjoyed this piece, and wish to encourage more like it, give a tip through Paypal. You can earmark your tip directly to the author or translator, or you can put it in a general fund. (Be sure to specify which in the "Add special instructions to seller" box at Paypal.)

Published: January 11, 2017 | This entry was posted in *North American New Right*, politics and tagged Europe, European Union. Eurosiberia, immigration, NATO, North American New Right, originals, Robert Pinstock. Post a comment or leave a trackback: Trackback URL.

« Janáček's The Makropulos Case as
Archeofuturist Opera

### One Comment

1.   **Laguna Beach Fogey**
     Posted January 11, 2017 at 4:27 pm | Permalink

     Very sensible. There's much to agree with here. Incidentally, the late Gore Vidal, if I'm not mistaken, proposed something very similar.

     *Reply*

### Post a Comment

Your email is *never* published nor shared.

Comments are moderated. If you don't see your comment, please be patient. If approved, it will appear here soon. Do not post your comment a second time.

Required fields are marked *

Comment

- March 2011 (65)
- February 2011 (65)
- January 2011 (88)
- December 2010 (90)
- November 2010 (75)
- October 2010 (77)
- September 2010 (75)
- August 2010 (57)
- July 2010 (71)
- June 2010 (43)

*Online Texts*

**Departments**
- Articles
- Podcasts
- Book Excerpts
- Interviews
- English Translations
- Other Languages
  - Bulgarian
  - Croatian
  - Czech
  - Danish
  - Dutch
  - Estonian
  - Finnish
  - French
  - German
  - Greek
  - Hungarian
  - Italian
  - Lithuanian
  - Norwegian
  - Polish
  - Portuguese
  - Romanian
  - Russian
  - Slovak
  - Spanish
  - Swedish
  - Ukrainian
- Book Reviews
- Movie News & Reviews
- TV Reviews
- Music Reviews
- Art Criticism
- Graphic Novels & Comics
- Video Game Reviews
- Fiction
- Poems
- Commemorations
- Why We Write
- C-C Originals
- Reprints

**Contemporary Authors**
- Michael Bell

Page 26

9/25/2019                    Robert Firestock, "A Northern Alliance: Our Ultimate Salvation" | Counter-Currents Publishing

https://www.counter-currents.com/2017/01/a-northern-a...e-our-ultimate-salvation/        Go    DEC  JAN  MAY

23 captures                                                                                      ◀ 12 ▶
12-Jan-2017 • 13 Aug 2019                                                                        2016 2017 2019

                                                                                                ▾ About this capture

You may use these *HTML* tags and attributes `<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <s> <strike> <strong>`

Name *

[                                                                    ]

Email *

[                                                                    ]

Website

[                                                                    ]

[ Replies to my comments                                          ▾ ]
Notify me of followup comments via e-mail. You can also subscribe without commenting.

                                        [ Post Comment ]  [ Preview ]

Click the "Preview" button to preview your comment here.

- Robert Steuckers
- Collin Cleary
- Jef Costello
- F. Roger Devlin
- Bain Dewitt
- Jack Donovan
- Émile Durand
- Guillaume Durocher
- Mark Dyal
- Guillaume Faye
- Tom Goodrich
- Dara Halley-James
- Andrew Hamilton
- Derek Hawthorne
- Gregory Hood
- Juleigh Howard-Hobson
- Greg Johnson
- Ruuben Kaalep
- Patrick Le Brun
- Colin Liddell
- Trevor Lynch
- Kevin MacDonald
- G.A. Malvicini
- John Michael McCl oughlin
- Margot Metroland
- Millennial Woes
- John Morgan
- James J. O'Meara
- Michael O'Meara
- Christopher Pankhurst
- Matt Parrott
- Michael Polignano
- J. J. Przybylski
- Spencer Quinn
- Edouard Rix
- C. F. Robinson
- Hervé Ryssen
- Ted Sallis
- Ann Sterzinger
- Robert Steuckers
- Tomislav Sunić
- Donald Thoresen
- Marian Van Court
- Dominique Venner
- Irmin Vinson
- Leo Yankevich
- David Yorkshire

Classic Authors
- Maurice Bardèche
- Julius Evola
- Ernst Jünger
- D. H. Lawrence
- Charles Lindbergh
- Jack London
- H. P. Lovecraft
- Anthony M. Ludovici
- Sir Oswald Mosley

028



https://www.counter-currents.com/2017/01/a-northern-alliance-our-ultimate-salvation/    Go    DEC  JAN  MAY
23 captures                                                                               ◀ 12 ▶
12 Jan 2017 - 13 Aug 2019                                                                  2016  2017  2019
About this capture

DECLASSIFIED

- William Pierce
- Ezra Pound
- Saint-Loup
- Savitri Devi
- Carl Schmitt
- Miguel Serrano
- Oswald Spengler
- P. R. Stephensen
- Jean Thiriart
- John Tyndall
- Francis Parker Yockey

*RSS Feeds*
- Main feed
- Comments feed
- Podcast feed

*Recent Comments*
- Laguna Beach Fogey on A Northern Alliance: Our Ultimate Salvation
- Petronius on The Unexplained
- Petronius on The Unexplained
- Andy Nowicki on An Open Letter to White Students at Drexel University
- BroncoColorado on The Unexplained
- Jef Costello on The Unexplained
- Dr. Krieger on Zombies & the Decline of the West: A Review of Brian Patrick's Zombology
- rhondda on Janáček's The Makropulos Case as Archeofuturist Opera
- John Morgan on The Unexplained
- John Morgan on The Unexplained

*Hold Back This Day*

*Distributed Titles*

TYR

DECLASSIFIED

Page 28



Case 1:22-cv-02939-DLF   Document 48-5   Filed 04/25/24   Page 32 of 217

Robe    stock, "A Northern Alliance: Our Ultimate Salvation"    ounter-Currents Publishing

https://www.counter-currents.com/2017/01/a-northern-alliance-our-ultimate-salvation/





Page 31



Rober...stock, "A Northern Alliance: Our Ultimate Salvation" ...unter-Currents Publishing

DECLASSIFIED

DECLASSIFIED

Page 32



DECLASSIFIED

DECLASSIFIED

Robe[...] stock, "A Northern Alliance: Our Ultimate Salvation" [...]unter-Currents Publishing



DECLASSIFIED

DECLASSIFIED

Page 34





Robe' ~stock, "A Northern Alliance: Our Ultimate Salvation" `unter-Currents Publishing

https://www.counter-currents.com/2017/01/a-northern-alliance-our-ultimate-salvation/

DECLASSIFIED

DECLASSIFIED

Page 36



DECLASSIFIED

DECLASSIFIED

Page 37
9/25/2019



Robe stock, "A Northern Alliance: Our Ultimate Salvation" ounter-Currents Publishing

https://www.counter-currents.com/2017/01/a-northern-alliance-our-ultimate-salvation/   Go   DEC   JAN   MAY
                                                                                    ◀ 12 ▶
23 captures                                                                          2015  2017  2019
12 Jan 2017 - 13 Aug 2019                                                                ▾ About this capture

Page 38

9/25/2019

Robert Finstock, "A Northern Alliance: Our Ultimate Salvation" | Counter-Currents Publishing

https://www.counter-currents.com/2017/01/a-northern-al...-our-ultimate-salvation/ | Go | DEC JAN MAY

◄ **12** ►

2016 2017 2019

23 captures
12 Jan 2017 - 13 Aug 2019

About this capture

**DECLASSIFIED**

*RSS Links*
- All posts
- All comments

*Meta*
- Log in

Copyright © 2017 Counter-Currents Publishing, Ltd.

**DECLASSIFIED**

Page 39

9/25/2019        State Department official on leave after civil rights group accuses him of being involved in white nationalist movement, source says - CN...

WATCH LIVE                                                                                              ✕

House Democrats hold a news conference

 politics        DECLASSIFIED                                            • LIVE TV ☰

# white nationalist movement, source says

By Jennifer Hansler, CNN

Updated 8:11 PM ET, Fri August 9, 2019



**(CNN)** — A State Department official has been placed on administrative leave after being linked to a white nationalist group in a report by a civil rights organization, a source tells CNN.

Senate Foreign Relations Committee staff have been briefed by the State Department on the case of Matthew Gebert, a foreign affairs officer in the department's Bureau of Energy Resources, after he was identified by the Southern Poverty Law Center's Hatewatch initiative on Wednesday, two sources familiar with the matter told CNN on Friday. One of the sources said the committee was learning about the facts of the situation and why he had been placed on leave.

In an extensive report released Wednesday, Hatewatch alleged that Gebert "oversaw the Washington, D.C.-area chapter of a white nationalist organization, hosted white nationalists at his home and published white nationalist propaganda online." According to the report, Gebert used a pseudonym to express "a desire to build a country for whites only."

"That's all that we need. We need a country founded for white people with a nuclear deterrent. And you watch how the world trembles," Gebert, speaking as "Coach Finstock," reportedly said on a white nationalist podcast in May 2018.

041

Page 41

9/25/2019        State Department official on leave after civil rights group accuses him of being involved in white nationalist movement, source says - CN...

WATCH LIVE                                                                              ✕

House Democrats hold a news conference

 politics                                          ● LIVE TV  ≡

Health

Entertainment

Tech

Style

Travel

Sports

Videos

Coupons

More

 politics

FOLLOW CNN POLITICS

   

Terms of Use   Privacy Policy   Accessibility & CC   AdChoices   About Us   CNN Studio Tours   CNN Store   Newsletters

Transcripts   License Footage   CNN Newsource   Sitemap

© 2019 Cable News Network. Turner Broadcasting System, Inc. All Rights Reserved.

CNN Sans ™ & © 2016 Cable News Network.

Brother Says ⌐ ⌐eported White Nationalist State Department Official · ⁻ ⁻e FBI | Southern Poverty Law Center

throughout his life, according to multiple sources who reached out to
Hatewatch for this story.

## Connections to Eastern Europe

Matthew Q. Gebert met Anna Vuckovic, his future wife, during a 2001
study abroad in Moscow, according to Michael Gebert and three additional
family friends who spoke to Hatewatch for this story. Gebert was studying
with American University at that time, and Vuckovic was studying with
Northwestern University, according to these sources.

Years later, when Gebert was producing white nationalist propaganda
under the pseudonym "Coach Finstock," Vuckovic was doing the same
thing under the name "Wolfie James," Hatewatch reported in its Aug. 7
report.

Vuckovic, who is Serbian, according to her brother-in-law and family
friends, "holds a BS degree in Communication Studies from Northwestern
University and also attended the International University of Moscow in the
Russian language and Civilization Studies Program," according to an early
bio in a trade publication.

A different friend of Gebert who met them on their study abroad in
Moscow said Gebert had an interest in "Slavic culture."

"When I saw he married that woman Anna, I thought – well, that makes
sense," the source wrote over Twitter's direct message service. "He always
had a thing for Slavic culture after our trip."

Gebert, using the byline Robert Finstock, wrote in a 2017 blog post for the
white nationalist publisher Counter Currents that American whites should
ally with Russians along racial lines. The post, "A Northern Alliance: Our
Ultimate Salvation," has since been deleted, but it was archived.

"Putin has also offered conciliatory remarks towards the West, despite the
constant unhinged invective lobbed at him by Western politicians and the
*Lügenpresse*," Gebert wrote as Robert Finstock, using a German Nazi-era
expression meaning "lying press." "Western Europeans and Russians share
the same enemies and a close racial heritage. The Russians are open to
rapprochement, and Western leaders liberated from the Jewish yoke can
bury the hatchet with Russia in the coming years."

Brother Says Ht Reported White Nationalist State Department Official '  > FBI | Southern Poverty Law Center

*Comments, suggestions or tips? Send them to HWeditor@splcenter.org and follow us on Twitter @Hatewatch.*

DECLASSIFIED

Get the latest investigative reporting from Hatewatch

**Your Email Address**                                                              SUBSCRIBE

DECLASSIFIED



Page 48



**SENSITIVE BUT UNCLASSIFIED**

U.S. Department of State
Office of Personnel Security and Suitability
Investigative Certification and *Refer for Formal Adjudication*

Review and analysis of the investigative cover concerning **GEBERT, Matthew Quinn**; yielded the results indicated below. I, [(b)(6); (b)(7)(C)], certify that this investigation has *met; (referenced guideline(s) and/or additional investigative information, require (s) further formal adjudicative analysis)* all criteria under current provisions of law, regulation and policy.

Subject: **GEBERT, Matthew Quinn**           Date of Birth: ███████

Investigation Opened: **09/20/2019**           Place of Birth: ███████

Duty Position: **Foreign Affairs Officer**

Investigation Closed: **03/06/2020**           Access Level Requested: **Top Secret**

SCI Determination: **Adjudicative Review Required**           Scope: **T5PR**

Country of Citizenship: **U.S.**

### Prior Investigation(s)

DOS | Tier 5 PR | Top Secret | May 09, 2019

DOS | Other | No Clearance Issued | November 17, 2017

DOS | SSBI | Top Secret | March 19, 2013

### Adjudicative Guideline(s)

*Guideline E: Personal Conduct*

On August 16, 2019 Subject's Top Secret security clearance was suspended after the Department of State became aware of information that indicated Subject appears to have deliberately concealed and omitted information from the Department of State BI process regarding his and his spouse's involvement with white nationalist organizations and activities when he responded in the negative to a series of related questions during his January 2019 interview, conducted in accordance with a routine update of the employee's Top Secret security clearance.

**BI Question(s) excerpt from Interview Dated: 01/28/2019:**
Specifically, Subject responded in the negative when asked if he had any association with any person, group or business venture that could be used, even unfairly, to criticize, impugn or attack his character or qualifications for a government position.

Investigative Analysis                    3/5/2020                    1 of 10

Page 49

## SENSITIVE BUT UNCLASSIFIED

Subject also responded in the negative when asked if he was aware of people or organizations that would take steps, overtly or covertly, fairly or unfairly, to criticize or oppose his employment in a government position.

Subject further responded in the negative when asked if there was any other information, including information regarding other members of his family that could suggest a conflict of interest or be a possible source of embarrassment to him, the Department or to the United States.

**DS/DO/OSI RESULTS:**
OSI Investigation closed 10/10/2019 Substantiated that Subject lied on his SF-86 Questionnaires for Investigative Processing form and during his subsequent interview for his security clearance; in violation of 3 FAM 4546.43 -Conduct demonstrating untrustworthiness, unreliability, or use of poor judgment. The OSI Report of Investigation details that Subject made false statements in the course of his security background investigation when he answered "no" to the question, "Have you ever had an association with any person, group or business venture that could be used, even unfairly, to criticize, impugn or attack your character or qualifications for a government position?"

**Current BI Update into allegations of white nationalist activities/involvement:**
During the course of this [U02] Update for Cause Investigation, requested via Adverse Actions Memo dated 08/22/2019, Subject explained he did not disclose his and his spouse's associations and involvement with various white nationalist and/or other related organizations and groups, on either his SF-86 or during his 01/2019 BI interview, because he is not a member of any formal group or organization and did not feel that non-violent associations with like-minded people rose to a level that it would become an issue or an embarrassment for him or for DOS.

When asked why Subject felt the need to keep his identity and involvement with white nationalist and/or other related organizations and groups a secret, he reiterated that he is not a member of any formal group. Furthermore, he believed and continues to believe that his writings and beliefs in a pro-white society are covered by the First Amendment and he had no reason to discuss his thoughts with individuals who were not like-minded.

**SOURCE STATEMENTS:**
A former colleague expressed he was very wary of Subject's ability to recommend and carry out official policy decisions, especially with regard to non-white nations. He expressed feeling personally betrayed after making a personal investment in Subject as his mentor. The colleague stated Subject concealed part of his life which made him question his trustworthiness, emotional stability, and the message it sent to other white nationalists; namely that it is possible to work from within to bring about the demise of democracy and the U.S. government.

Page 50

SENSITIVE BUT UNCLASSIFIED

More than 1 Protected Reference stated

(b)(7)(D)

A Protected Reference

(b)(7)(D)

(b)(7)(D)

A former colleague stated that in light of recent information regarding Subject's personal beliefs and interests, his political donations to "clear hate candidates" in Virginia and Wisconsin, and the fact that Subject did not have his tweets and publications approved by Department of State Public Affairs, he would not recommend Subject for a security clearance.

## RECORD OF HR ACTIONS:
GTM/ER/CSD reports the employee was charged with Failure to Maintain Security Clearance, Indefinite Suspension, 09/24/2019

*Guideline L: Outside Activities*

## SUBJECT STATEMENTS:
Subject said that he is not a member, leader, or officer of any formal white nationalist organizations, cells, or groups. He does not pay dues or provide support to any such organizations, cells, or groups. He does admit he was a member of DC Pilots from about 2015 to 2017 however, states this was an informal chat group of like-minded men who had met online through forums on The Right Stuff. On occasion, some would meet at local bars to get a beer, went on family hikes and attended the rallies in Charlottesville, VA together. Per Subject, this group has not met up since the last Charlottesville rally in 08/2017. Subject attended the United the Right rallies held in Charlottesville, VA in 2016 and 2017.

Subject added that while he is not a member of any formal group or organization, he is friends with Mike Peinovich, founder of the Right Stuff and he also continues to associate with his like-minded friends.

Subject describes himself as pro-white, which he acknowledged may also fall under the terms of white nationalist or belief in a nation state. He first became interested in pro-white beliefs in 2014 during the migrant crisis in Europe along with mass immigration into the U.S. with no proper policy. Per Subject. He believes that whites should have the same right to advocate as any other groups (blacks, Latinos, Jews) without being demonized or tarred and feathered for their beliefs. He feels that there is a massive

**SE~~N~~SITIVE BUT UNCLASSIFIED**

double standard for whites and that a person can have political beliefs to the right and provide commentary on a show, speaking out about injustices and still go into work at a federal job and treat everyone with respect and as individuals.

Subject feels there is no conflict of interest in continuing his employment at DOS as long as he continues to keep his pro-white/white nationalist opinions to himself, as he has done in the past. Subject did and still does believe that all of his views, whether expressed in tweets, podcasts, peaceful demonstrations or gatherings of like-minded individuals are fully within his first amendment rights of free speech.

Subject feels that he is obligated to point out social injustice and get the US Government to do right by its people and he believes that he has done this in a nonviolent and "unhateful" manner. He is not ashamed and has no regrets.

## PUBLICATIONS/ARTICLES/SOCIAL MEDIA:
Subject stated he wrote 4 articles for The Right Stuff, a white supremacist, neo-fascist blog and podcast network. He also wrote for the Counter Currents, a white nationalist publishing company, about Northern alliance between the U.S. and Russia. He says he was not paid for any of his work on these articles/publications.

Subject stated he was a guest on the Fatherland, which he advised is a podcast on the topic of being a better father.

Subject believed and continues to believe that his writings and beliefs in a pro-white society are covered by the First Amendment.

*Guideline A: Allegiance to the United States*

Subject stated he has not authored, or co-authored, any article, book or publication which could be interpreted as detrimental or in conflict with the policy or interests of the United States. He has written articles for The Right Stuff and Counter Currents, but believes that since these were expressing his personal opinions and views, that they should not be considered as detrimental or in conflict with the policies and interests of the Unites States.

The former Deputy Assistant Secretary of the Bureau of Energy Resources (ENR) was interviewed as an employment source and believes Subject is attempting to form a government that is not in line with what our constitutions allows. She does not believe that he has true Allegiance to the United States, given the reports that he is advocating the return of white-controlled, neo Nazi regime.

A former supervisor stated Subject was known for believing that the United States and Russia should be more cooperative in relations.

A former colleague stated that Subject was very pro-Russian and supported Ukraine to the point of being on the very fringe of acceptable policy positions. He questioned Subject's loyalty to the U.S. and its democratic institutions. The colleague detailed

Page 52

SENSITIVE BUT UNCLASSIFIED

that Subject's positions were incongruent because he was very "dovish" on matters pertaining to Russia and Ukraine, yet "hawkish" on policies involving other countries. In retrospect, the former colleague noted that Subject's support of white nationalism was a common thread for his incongruent policy positions. The employment source described Subject as dishonest, not loyal to his country and had a hidden agenda that is at odds with the democracy of the United States.

A former colleague recalled a conversation with Subject after the birth of Subject's third child, in which he said he had another child so that he could populate with like-minded people. The same colleague expressed concerns that Subject's personal beliefs such as his expressed admiration for Putinism and authoritarian leaders may make him vulnerable to manipulation, blackmail, or coercion.

A former colleague stated that after reading the articles about Subject on the Southern Poverty Law Center (SPLC) website, he believes Subject has been associated with persons who are trying to influence or overthrow the US government by illegal or unconstitutional means.

Multiple Protected References stated

(b)(7)(D)

More than 1 Protected Reference responded,

(b)(7)(D)

More than 1 Protected Reference responded,

(b)(7)(D)



### Guideline J: Criminal Conduct

A former colleague stated that assuming Subject associates with persons who hold similar beliefs, convictions and objectives, that Subject does have criminal associates.

A Protected Reference stated

(b)(7)(D)

A Protected Reference stated

(b)(7)(D)



Investigative Analysis

Page 53

## SENSITIVE BUT UNCLASSIFIED

A Protected Reference

(b)(7)(D)

*Guideline B: Foreign Influence*

### FOREIGN CITIZEN RELATIVES:

Subject's wife maintains dual citizen with Serbia and the United States.  She was born in the U.S. to Serbian parents.

Two of Subject's three children hold dual citizenship with Serbia and the United States.  All three children were born in the United States.

Subject's Serbian born mother-in-law and father-in-law are dual citizens of Serbia and the United States, both residing in the U.S.

### SOURCE CONCERNS:

A colleague relayed after reading the articles about Subject on the SPLC website, that he believes a foreign individual could possibly influence Subject in order to achieve Subject's extremist views in the US, therefore making him susceptible to foreign influence.

A former colleague believes that Subject might be vulnerable to pressure, blackmail or coercion based upon his secret support of white nationalism and affinity for Russia and the Ukraine.

*Guideline K: Handling Protected Information*



A Protected Reference noted

(b)(7)(D)

A Protected Reference stated

(b)(7)(D)

*Guideline I: Psychological Conditions*

The former Deputy Assistant Secretary of the Bureau of Energy Resource (ENR) stated that based on the reported accounts, Subject's actions relate to an unstable, destructive behavior indicative of someone who is not mentally sound.

There is no indication of nor any reported mental health related treatment/counseling being sought by Subject nor any associated prescription medication.

The results of the PSS investigation do not appear to rise to the level warranting a MED review.

Page 54

## SENSITIVE BUT UNCLASSIFIED

### Additional Investigative Information

**Record Checks**
DS/ICI/CR reports an Active Investigation; please contact DS/TIA/PII.

| (b)(7)(E) | (b)(7)(E) | and (b)(7)(E) | are regarding the same allegations |
|-----------|-----------|---------------|-------------------------------------|

GTM/ER/CSD reports the employee was charged with Failure to Maintain Security Clearance, Indefinite Suspension, 09/24/2019.

OSI Investigation closed 10/10/2019 Substantiated that Subject lied on his SF-86 Questionnaires for Investigative Processing form and during his subsequent interview for his security clearance; in violation of 3 FAM 4546.43 Conduct demonstrating untrustworthiness, unreliability, or use of poor judgment.

Refer to Financial History record result.

Liaison checks returned with negative results.

The U.S. naturalization of Subject's mother-in-law and father-in-law was verified during prior routine update investigation in 2018.

**Sources**
A neighbor was being interviewed on the front porch of his residence and mid-interview his wife came to the door and demanded the interview be ended and that her husband come back into the house while stating, "He (pointing to Gebert's residence) could have a gun." The interview was ended.

A Protected Reference stated

(b)(7)(D)

A colleague stated Subject seemed to be underemployed and did not seem to want to reach above and beyond to expand his opportunities or increase his visibility. It was also noted that Subject spent a lot of time on his personal phone.

A former supervisor stated that Subject did not take initiative or seem to be interested in being promoted. She also noted that Subject spent a lot of time throughout the work day on his personal phone.

A former colleague stated Subject's performance was average as he didn't go beyond what was necessary to complete the job.

The former Deputy Assistant Secretary of the Bureau of Energy Resources (ENR) described Subject as a, "9-5 sit at your desk and go kind of guy." She further stated Subject's direct supervisors suggested Subject might want to take on more high profile work following the departure of another colleague, but he was not interested in

051

Page 55

**SENSITIVE BUT UNCLASSIFIED**

working more than the minimum requirement, which generated frustration amongst colleagues. She related it was a surprise to everyone that Subject was so unambitious. She expressed being disturbed and disgusted when she learned in 2019 about Subject's involvement in white supremacy as well as his deliberate concealment and omission of this information from his security forms.

A former supervisor believes that because of the articles published by the Southern Poverty Law Center (SPLC) about Subject's alleged extremist views, that other people around him may feel uncomfortable working with him.

A former colleague commented that if it is proven that Subject is a leader of a hate group, other colleagues may feel threatened and/or afraid.

## RECOMMENDATIONS:

Fifteen (15) sources do not recommend Subject for a position of trust and responsibility.

One additional colleague did not recommend Subject for a position of trust and responsibility unless a DS investigation shows that he is suitable.

One neighbor stated he would recommend Subject for a position of trust and responsibility only on the condition that he does not commit any overt acts in furtherance of the white supremacy ideology.

Nine (9) sources do not recommend Subject for access to classified information.

Seven (7) sources do not recommend Subject for continued employment with the Department of State.

### Subject Interview

Subject advised that he did not disclose on his case papers the alternate names and e-mails he has used for social media purposes because they are not formal names he uses and he did not believe he was required to report names he did not use as formal names.

As of 09/24/2019, Subject has been on unpaid administrative leave and collecting DC unemployment benefits or $425 per week. He has no other income, other than receiving occasional donations of cryptocurrency or through Paypal from listeners of his current podcast, Fullhausshow, which he estimated to be in the low hundreds of dollars.

### Case Manager's Remarks



### Determination:

Page 56

## SENSITIVE BUT UNCLASSIFIED

### Recommend Referral for Adjudication & Analysis

This *Refer for Formal Adjudication* is clearly consistent with the interest of national security as delineated under the provisions of E.O. 10450 and E.O. 12968; and is clearly consistent with the interest of national security for those that impact on the potential risk of the integrity, efficiency or effectiveness of Government activities as defined in 5CFR 731, 732 and 736.

### Case Manager's Signature

I certify that this recommendation has met appropriate criteria under applicable laws, regulations and policies.

(b)(6), (b)(7)(C)

(b)(6), (b)(7)(C)

Print                                Signature  (b)(6); (b)(7)(C)      Date   03/06/2020

### Reviewing Official's Signature

I certify that this recommendation has met appropriate criteria under applicable laws, regulations and policies.

Print                                Signature                        Date

### Authorizing Official's Signature

I certify that this recommendation has met appropriate criteria under applicable laws, regulations and policies. As an authorizing official, I...

◉ AGREE with the Referral for Adjudication & Analysis;
○ DISAGREE with the Recommendation of Referral for Adjudication & Analysis.

   If you DISAGREE please select one of the following alternatives:

   ☐ GRANT the Requested Clearance or Access

   ☐ GRANT the Requested Certificate

(b)(6); (b)(7)(C)               (b)(6); (b)(7)(C)

Print                                Signature                        Date   3/6/2020



### Authorizing Official's Remarks

As the authorizing official, please write down any comments related to the

Page 57

SENSITIVE BUT UNCLASSIFIED

Subject's Investigative Analysis worksheet below.

DECLASSIFIED

DECLASSIFIED

Page 58

DECLASSIFIED

# CLASSIFIED

# SUPPLEMENT

# CREATED

DECLASSIFIED

DECLASSIFIED

United States
Department of State
Washington, D.C.
20520

**SENSITIVE BUT UNCLASSIFIED**
**MEMORANDUM**

AUG 2 2 2019

TO:        DS/SI/PSS -- [b)(6); (b)(7)(C)]               , Personnel Security Specialist - Supervisory [b)(6); (b)(7)(C)]

THRU:    DS/SI/PSS -- [b)(6); (b)(7)(C)]       Adverse Actions Division Chief

FROM:    DS/SI/PSS -- [b)(6); (b)(7)(C)]   Senior Adjudicator

SUBJECT:    Name: GEBERT, Matthew Q.

REFERENCE    ~UH~ ~U02~ U02 -AL    e-QIP Required: ☑
CODE:

Subject is a GS-13 Foreign Affairs Officer assigned to the Bureau of Economic Growth, Energy, and the Environment in the office of ENR/EDP/EMA. He entered on duty with the Department on May 19, 2013. He has an active Top Secret clearance and his most recent background investigation was completed on May 9, 2019.

On August 16, 2019, Subject's security clearance was suspended after The Department of State became aware of information that indicated Subject appears to have deliberately concealed and omitted information regarding his and his spouse's involvement with white nationalist organizations and activities when he responded in the negative to questions during his January 2019 Subject interview when he was asked if he had any association with any person, group or business venture that could be used, even unfairly, to criticize, impugn or attack his character or qualifications for a government position. He was also asked if he was aware of people or organizations that would take steps, overtly or covertly, fairly or unfairly, to criticize or oppose his employment in a government position. In addition, he was asked if there was any other information, including information regarding other members of his family that could suggest a conflict of interest or be a possible source of embarrassment to him, the Department or to the United States.

Please conduct a TR5 Reinvestigation to cover why Subject did not disclose his and his spouse's associations and involvement with various white nationalist and/or other related organizations and groups. Subject and his spouse also used several pseudonyms, most notably "Coach Finstock" (Subject) and [b)(6); (b)(4)(C)]       (spouse) on social media and other Internet blogs and publications. Ask Subject how long he has been involved in these groups and why did the Subject feel the need to keep his identity and involvement with

Page 60

these groups secret. Ask Subject quesitons associated with Adjudicative Guideline A: Allegiance and expand ass nessesary.

Case should be returned to Adverse Actions for assignment to a Case Manager.

Please return the case to (b) (6), (b) (7) (C)   upon completion.

SENSITIVE BUT UNCLASSIFIED

DECLASSIFIED



DECLASSIFIED

QIP

## Request Information

| Request Information | Applicant Information | Assignment Information |
| --- | --- | --- |
| Request ID | Social Security Number | Applicant Group |
| 28712490 | 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 | Periodic Reinvestigations |
| ISP / Form | Full Name | Reviewer |
| ISP STATE / SF86 [2017-07] | GEBERT, MATTHEW QUINN | (b)(6); (b)(7)(C) |
| Initiating Agency | | |
| DS/SI/PSS Child (ID:11987) | | |
| Status in this Agency | | |
| Pending Agency Review (PRVW) | | |

## Request Comments

Internal Agency Comments
No Comments Exist.
Cover Letter Comments
No Comments Exist.
Instructions for Applicant
No Comments Exist.

## Expected Attachments

No records were found to display.

## Attachments

| # | Type | File Name | Description | Method | Matches Expected Attachment # |
| --- | --- | --- | --- | --- | --- |
| 1 | CER | e-QIP_Request_28712490_CER_Signed.pdf | DSCER Certification | Applicant Upload | |
| 2 | FCR | e-QIP_Request_28712490_fcr_Signed.pdf | DSFCR Fair Credit Reporting Disclosure and Authorization | Applicant Upload | |
| 3 | REL | e-QIP_Request_28712490_REL_Signed.pdf | DSREL General Release | Applicant Upload | |
| 4 | MEL | e-QIP_Request_28712490_MEL_Signed.pdf | DSMEL Medical Release | Applicant Upload | |

## Agency Use Block for "ISP STATE (ID:42) / Form SF86 [2017-07]

FOR COMPETITIVE SERVICE INITIAL APPOINTMENTS ONLY: WHEN THE OF306, RESUME, AND OTHER INFORMATION PROVIDED IN THE HIRING PROCESS APPEARS TO BE DISCREPANT WITH INFORMATION PROVIDED ON THIS QUESTIONNAIRE, THOSE DISCREPANT DOCUMENTS MUST BE FORWARDED WITH THIS QUESTIONNAIRE TO OPM FOR ACTION.

| | FIPC Codes |
| --- | --- |
| A | Type of investigation    Case Type  71 - T5R - Tier 5 Reinvestigation (5B)                   Service                      C - Standard |
| B | Extra coverage/Advance results |
| C | Sensitivity Level    3 - Critical Sensitive Compu / ADP  [ ] |
| D | Access/Eligibility    Code 3 - Top Secret Comment |
| E | Nature of action code |
| F | Date of action    08 / 22 / 2019 |
| G | Geographic location |
| H | Position code |
| I | Position title    Employee-U01 |
| J | Submitting Office Number (SON)    ST00 |
| K | Location of official personnel folder •    A•SON • File Located at SON |

DECLASSIFIED

Page 62



DECLASSIFIED

Other Location (If "Other" selected)
Name
Street
City, State Postal Code
Web address of e-OPF
(if "e-OPF" selected)
**L** Security Office Identifier (SOI)   ST00
**M** Location of security folder   At SOI - Security File is at the SOI Address
   Other Location (If "Other" selected)
Name
Street
City, State Postal Code
**N** IPAC   ST00
**O**
   Treasury Account Symbol (TAS)   SP'ATA'A'O.8POA'EPOA'A'Main'Sub| Format C
**P** Obligating document number
**Q** Business Event Type Code (BETC)
**R** Accounting data and/or Agency case number
**S** Investigative requirement   R - Reinvestigation
**T** Requesting official
Name   (b)(6);  (b)(7)(C)
Title   Division Chief, Operations
Email address
Telephone   (b)(6);  (b)(7)(C)
**U** Secondary requesting official
Name   Periodic Reinvestigations Unit
Title   Program Manager
Email address
Telephone   ext.
**V** Applicant affiliation   Other
**W** Deployment/PCS (if Imminent)
   Commercial and Government Entity (CAGE)   Code
                                             Contract Number

   Agency Special Instructions   Notification of completion only goes to the Employee.
   for the Investigative Service Provider

e OP 3 29

DECLASSIFIED

Page 63

HROnline Report Pr...                                                                Page 1 of 2

Department of State
EMPLOYEE PROFILE

UNCLASSIFIED

Report ID: EMPLOYEE PROFILE                                                          Page No. 1
Oprid: (b)(6)                                                                         Run Date: 02/03/2020
Emplid: (b)(6)                                                                        Run Time: 12:41:22
Name: GEBERT,MATTHEW QUINN

| | | | |
|---|---|---|---|
| | SCD: 05/19/2013 | | ST: S |
| LEGLRS: | MARITAL ST: M | EOD-FS: | SEX: M |
| HML VRES: | | EOD-DP: 05/19/2013 | VET: 1 |
| BIRTHPL: NC | | PP-CL: GS 13 | |
| TEN: 21 | | EMP. PROGRAM: Not Applicable | |
| TYPE APPT: Career (Competitive Svc Perm) | | | |
| TOURTYP: - | | SALARY: $112,930.00 | STEP: 04 |
| SKILL1: | | TED: | AGN: ST 00 |
| SKILL2: | | EXLIMAPP: | WGI DUE:05/23/2021 |
| SKILL3: | | CURORG: 025320 - ENR/EDP/MEA | FEGLI: C0 |
| DIPLOMATIC TITLE: | | POSNO: S0208700 | FEHB: |

| PAST ASSIGN | DATE | POSTION SKILL | POSITION TITLE | WORKING TITLE | GRADE | DATE |
|---|---|---|---|---|---|---|
| ENR/EDP/MEA | 05/16 | | FOREIGN AFFAIRS OFFICER | | GS 13 | 05/16 |
| ENR/EDP/MEA | 05/15 | | FOREIGN AFFAIRS OFFICER | | GS 12 | 05/15 |
| ENR/EDP/MEA | 05/15 | | FOREIGN AFFAIRS OFFICER | | GS 11 | 05/14 |
| ENR/EDP/MEA | 05/14 | | FOREIGN AFFAIRS OFFICER | | GS 09 | 05/13 |
| ENR/EDP/MEA | 05/13 | | FOREIGN AFFAIRS OFFICER | | | |

DETAIL (TEMPORARY DUTY) HISTORY

| PAST ASSIGN | DATE | POSTION SKILL | POSITION TITLE | WORKING TITLE | NTE |
|---|---|---|---|---|---|

| | <—CURRENT—> | | <—HIGH—> | | |
|---|---|---|---|---|---|
| LANGUAGES | SP/RD | DATE | SP/RD | DATE | |

| | | | |
|---|---|---|---|
| AWARDS | | DATE | MSU/OSI |
| GROUP - SUP HON W/CASH CS | | 06/2019 | |
| HONOR - SUP W/CASH (CS) | | 06/2019 | |
| EXTRA MILE AWARD | | 04/2016 | |
| HONOR - SUP W/CASH (CS) | | 11/2015 | |

MLAT:

| DEPENDENT NAME | RELATION | DOB |
|---|---|---|

| COURSE | EMP-IN-SERV-TRAIN | DATE |
|---|---|---|
| EX250 | Counterintelligence Awareness | 06/12/2019 |
| HT401 | High Threat Security Overseas | 06/10/2019 |
| RV105 | Early/Mid-Career Retirement Pl | 05/03/2019 |
| EX250 | Counterintelligence Awareness | 07/02/2018 |
| EX250 | Counterintelligence Awareness | 07/07/2017 |
| PK245 | Basic Leadership Skills | 12/16/2016 |
| PT401 | No FEAR Act Training | 10/13/2016 |
| PK323 | Classified and SBU Info: ID an | 09/30/2016 |
| EX250 | Counterintelligence Awareness | 07/18/2016 |
| PE137 | Energy: Power Generation | 07/15/2016 |
| EXWKP1001 | Asia Energy Issues Workshop | 03/09/2016 |
| RV105 | Mid-Career Retirement Planning | 11/10/2015 |
| PE228 | Washington Energy Seminar | 08/19/2015 |
| EX250 | Counterintelligence Awareness | 08/04/2015 |
| ASSCA6002 | SCA: South Asia Sub-Continent | 05/01/2015 |
| PT216 | 7 Habits of Highly Effective P | 04/17/2015 |
| PD542 | Emergency Preparedness Basics | 11/21/2014 |
| HT401 | High Threat Security Overseas | 09/23/2014 |
| EX250 | Counterintelligence Awareness | 09/03/2014 |
| PE127 | Petroleum and Gas Industry | 05/01/2014 |

UNCLASSIFIED

WARNING: Disclose to Authorized Persons Only (22CFR 6A)
Contains Information Protected by the Privacy Act of 1974

HROnline Report Print

Department of State
eEMPL@YEE PROFILE

Report ID: EMPLOYEE PROFILE

Oprid: (b)(6);

Emplid: (b)(6);

Name: GEBERT,MATTHEW QUINN

Page No.  1
Run Date: 02/03/2020
Run Time: 12:41:22

| COURSE | EMP-IN-SERV-TRAIN | DATE |
|---|---|---|
| PA451 | Ethics Orientation for New Emp | 04/11/2014 |
| PN120 | Orientation Presidential Mngt | 10/18/2013 |
| PP204 | Congressional Relations | 09/27/2013 |
| PN127 | Civil Service Orientation | 08/23/2013 |
| PE228 | Washington Energy Seminar | 07/03/2013 |
| PT401 | No FEAR Act Training | 06/06/2013 |

WARNING: Disclose to Authorized Persons Only (22CFR 6A)
Contains Information Protected by the Privacy Act of 1974

https://hrweb.hr.state.sbv/prd/hronline/circuits/EP/index.cfm?action=report_ee_profile&men...     2/3/2020

Page 65

SENSITIVE BUT UNCLASSIFIED//PII

Gebert, Matthew Quinn

EOD: 05/19/2013
Duty Title/Location: Foreign Affairs Officer, ENR/EDP/EMA; Washington, D.C., HST-4843
Employment Status /Pay Grade: GS 13
Clearance: TOP SECRET granted 06/07/2019 by DOS based on T5R completed by DoS on 05/09/2019.
Restrictions/Waivers: Restriction to Serbia that is currently being processed to be lifted

(SBU) BLUF: An article about a Department of State employee involved in the white nationalist movement.

(SBU) SYNOPSIS: On 6/21/2019, DS/TIA/PII informed DS/SI/ITP and DS/DO/OSI they had received an anonymous tip (b)(7)(D)

(b)(7)(D)

(b)(7)(D)                                                                This information was corroborated through a google search that revealed SUBJECT listed as a DoS employee who had donated to the campaign of a "pro-white" candidate, as well as to the campaign of a candidate who publically stated he wanted to preserve the Confederate flag and monuments, stating doing so was "taking back our heritage."

(SBU) UPDATE: ITP was notified by OTA on 08/07/2019 that SUBJECT had received an email from Buzzfeed asking if he would like to comment on a story that was going to be released about his involvement in the white nationalist movement under the alias "Coach Finstock." Additionally, OTA notified ITP that SUBJECT had cleared his cache this morning around 9am on his work computer. ITP then received notification from PII that an article regarding SUBJECT's involvement in the white nationalist movement was going to be published soon. Shortly after this notification, the article was released. Around the time the article was released, SUBJECT was inactive on his system for about 50 mins, and then logged out at 12:07.



SENSITIVE BUT UNCLASSIFIED//PII

Page 66

**DECLASSIFIED**

**United States Department of State**
*Washington, D.C.  20520*

**MEMORANDUM**

**TO:**        U.S. Department of State
               Bureau of Diplomatic Security
               ATTN: DS/PSS/AA
               P.O. Box 13285
               Arlington, VA 22219-3285

**FROM:**    Mr. Matthew Q. Gebert

**SUBJECT:**  Acknowledgement of Receipt

1. I hereby acknowledge receipt and understanding of the memorandum advising that my security clearance is suspended pending the outcome of an ongoing DS investigation.

2. I understand that all security concerns must be thoroughly vetted before a security determination will be made regarding my continued eligibility for access to classified information.

_____
                (Signature)

_____
                (Printed Name)

_____
        (Date)

**DECLASSIFIED**

SENSITIVE BUT UNCLASSIFIED

**United States Department of State**

*Washington, D.C.  20520*

SENSITIVE BUT UNCLASSIFIED

AUG 1 6 2019

**MEMORANDUM**

**TO:**  ENR/EDP/EMA – Mr. Matthew Q. Gebert, GS-13, Foreign Affairs Officer
(b) (6), (b) (7)(C)

**FROM:**  DS/SI/PSS –

**SUBJECT:**  Security Clearance Suspension

This memorandum is to notify you that, in accordance with U.S. government standards set forth in Executive Orders 12968 and 13467, as amended, National Security Adjudicative Guidelines, and Department of State regulations, the Director, Diplomatic Security Service (DS/DSS), has determined that your continued access to classified information is not clearly consistent with the interests of national security.  Your Top Secret security clearance is suspended pending the outcome of a DS investigation.

The Office of Personnel Security and Suitability (DS/SI/PSS) recently became aware that on August 7, 2019, the Southern Poverty Law Center's (SPLC) Hatewatch blog published a lengthy and detailed online article entitled "U.S. State Department Official Involved in White Nationalist Movement, Hatewatch Determines".  The article details the methodology and results of an extensive forensic investigation by the organization connecting you to various white nationalist activities.  The article reported that you oversaw the Washington, D.C.-area chapter of a white nationalist organization, hosted white nationalists at your home and published white nationalist propaganda online.  The article reported similar involvement in white nationalist activity by your wife.  According to the article, you conducted this activity under several pseudonyms, most notably "Coach Finstock".  Additionally, you are reported to have made various efforts to keep these activities secret in addition to using a pseudonym, including stating that you wore a hat and sunglasses on August 12, 2017 during the white supremacist rally in Charlottesville, Virginia to avoid being identified and prohibiting photography at your home at white nationalist gatherings.  Further, you are reported in the article as expressing an understanding that your connection to white nationalism (if discovered) could end your career at the Department of State and are quoted in that context as saying:  "There are bigger things than a career and a paycheck, and I don't want to lose mine."

You recently underwent a routine periodic background reinvestigation that was completed on May 9, 2019.  As part of that investigation, you were interviewed on January 28, 2019.  Prior to the commencement of the interview, you were informed about the importance of candor during the interview and specifically advised that 18 U.S.C. §1001 makes it a crime to knowingly falsify or conceal material facts related to the investigation.  You were offered the opportunity to provide any information that might have an impact on your suitability for employment or eligibility for access to classified information.  In addition, you were asked if you had any association with any person, group or business venture that could be used, even unfairly, to

Page 68

criticize, impugn or attack your character or qualifications for a government position. You were also asked if you were was aware of people or organizations that would take steps, overtly or covertly, fairly or unfairly, to criticize or oppose his employment in a government position. In addition, you were also asked if there was any other information, including information regarding other members of your family that could suggest a conflict of interest or be a possible source of embarrassment to you, the Department or to the United States. In each instance, you responded in the negative.

Almost immediately after the publication of the article became known to you, you left the office and subsequently moved your family to an undisclosed location. DS has subsequently confirmed, that you are, as reported in the article, the same person known by the pseudonym "Coach Finstock".

Based on all available information, it appears you deliberately concealed and omitted information regarding your (and your spouse's) involvement with white nationalist organizations and activities during your January 2019 subject interview. Such information, as has been confirmed by the press and public reaction, has been used to "criticize, impugn or attack your character or qualifications for a government position" and "could suggest a conflict of interest or be a possible source of embarrassment to you, the Department or to the United States." Your extensive efforts to keep this information secret further indicate that you were aware of these implications.

Concealing or omitting information concerning relevant facts to a security official involved in making a recommendation relevant to a national security eligibility determination raises a disqualifying security concern under National Security Adjudicative Guideline E (Personal Conduct). In fact, pursuant to Guideline E, refusal to provide full, frank, and truthful answers to lawful questions of investigators in connection with a personnel security determination shall normally result in an unfavorable clearance action. In addition, your attempt to conceal information about your personal conduct which, if known, could affect your personal, professional, or community standing created a vulnerability to exploitation by a foreign intelligence entity or other individual or group, an additional security concern under Guideline E.

The suspension of your security clearance does not constitute a formal revocation and does not indicate that such action is planned. If, after further investigation and review, the Director, Diplomatic Security Service, revokes your security clearance, you will be given an opportunity to reply in writing and request a review of that determination by the Assistant Secretary of Diplomatic Security. If the Assistant Secretary sustains the revocation of your security clearance, you will then be afforded the opportunity to appeal that decision to the Department's Security Appeals Panel.

Pursuant to Department policy, you are required to turn in your building ID card, any government-issued credentials, and your Diplomatic Passport to the Office of Personnel Security and Suitability (DS/SI/PSS).

You will be issued a DS-1838 *(Request for Personal Identification Card)* and will be issued a non-sensitive building badge. Your point-of-contact is (b) (6), (b) (7)(C) who can be reached at (b) (6), (b) (6), (b) (7) to facilitate this requirement. Attached is an Acknowledgement of Receipt for your (b) (7) signature, acknowledging your understanding of these actions, not your agreement.

You are required to return the Acknowledgement of Receipt, signed and dated, to (b) (6), (b) (7) (C)

## SENSITIVE BUT UNCLASSIFIED

Page 69

within five days of receipt. You may return the completed memorandum by fax to (b) (6), (b) (7)(C)
(b) (6), or you may scan it and email it to (b) (6), (b) (7)(C)
(b) (7)

If you believe that this action was taken against your security clearance as reprisal for a protected disclosure, as defined in Presidential Policy Directive 19, you may make a separate written request for review of the alleged reprisal to the Deputy Inspector General at U.S. Department of State, Office of Inspector General, Washington, DC 20522-0308. This request must contain, with as much specificity as possible, information about the protected disclosure and the conduct constituting the alleged reprisal.


Enclosure:
    Acknowledgement of Receipt

cc:    M/DGHR: JJuliano
    HR/ER/CSD: (b) (6), (b) (7)
    (c)
    CSDReferrals@state.gov
    ENR EX: (b) (6), (b)
    (7)(C)
    DS/IS/APD: (b) (6), (b)
    (7)(C)
    DS/SI/PSS: Certification Desk

DECLASSIFIED

SENSITIVE BUT UNCLASSIFIED

Page 70



**SPLC**
**Southern Poverty**
**Law Center**



HATEWATCH

# U.S. State Department Official Involved in White Nationalist Movement, Hatewatch Determines

August 07, 2019                                    by Michael Edison Hayden

A U.S. State Department official oversaw the Washington, D.C.-area chapter of a white nationalist organization, hosted white nationalists at his home and published white nationalist propaganda online, Hatewatch has determined.

The official, Matthew Q. Gebert, works as a foreign affairs officer assigned to the Bureau of Energy Resources, a State Department spokesperson told Hatewatch. Online, and in private correspondences with other white nationalists, Gebert uses "Coach Finstock" as a pseudonym. Through that alias, he expressed a desire to build a country for whites only.

"[Whites] need a country of our own with nukes, and we will retake this thing lickety split," "Coach Finstock" said on a May 2018 episode of "The Fatherland," a white nationalist podcast. "That's all that we need. We need a country founded for white people with a nuclear deterrent. And you watch how the world trembles."

Gebert joined the State Department in 2013 as a presidential management fellow, according to an alumni update published about him in George Washington University's *GW Magazine* that summer. Presidential management fellowships are considered prestigious. The program has a "narrow focus – developing a cadre of potential government leaders," according to a website devoted to the program.

A post Gebert made as "Finstock" on a white nationalism-focused forum called The Right Stuff suggests his radicalization started in 2015, two years after he started his job with the State Department. "I got into this

067

Page 71

8/12/2019                    U.S. State Department Official Involved in White Nationalist Movement, Hatewatch Determines | Southern Poverty Law Center

[movement] and off the conservative reservation in 2015," he wrote in a January 2018 thread called "Ricky Vaughn is a N*****faggot who has no place in [The Right Stuff]," which referred to the pseudonymous identity used by an internet personality in the white nationalist "alt-right" movement.

Using a pseudonym, Gebert expressed an understanding that his connections to white nationalism could end his career.

"There are bigger things than a career and a paycheck, and I don't want to lose mine," Gebert said as "Coach Finstock" on an episode of "The Fatherland" recorded in August 2017, referring to his commitment to white nationalism. "I am prepared to lose mine. Because this is the most important thing to me in my life ... in tandem with my family, of course."

Hatewatch left a voice message for Gebert at the State Department on June 25, 2019, asking him about "Coach Finstock." Gebert never returned the call.

## Gebert's links to white nationalism

Two separate sources told Hatewatch they spent time at Gebert's home in Leesburg, Virginia, in 2017 at gatherings that included such known members of the white nationalist movement as podcaster Michael Peinovich and "Marcus Halberstram," the pseudonymous co-host of a podcast called "Fash the Nation."

One of the sources told Hatewatch they spent the night at Gebert's home following a party on St. Patrick's Day, March 17, 2017. The other source, who is close to Peinovich's inner circle, told Hatewatch that parties centered around holidays were commonly held at Gebert's home, and typically included people associated with the white nationalist movement.

Hatewatch ascertained the location of Gebert's home using Loudoun County, Virginia, property records. Gebert and his wife, Anna Vuckovic, purchased their home June 1, 2012, for $531,000 and still own it today, the records show.

While standing outside the house listed in the property records, Hatewatch contacted the source who is close to Peinovich's inner circle to solicit a description of the home. "It's at the end of a cul-de-sac," the source said without hesitating, accurately describing the location.

8/12/2019          U.S. State Department Of—al Involved in White Nationalist Movement, Hatewatc— —termines | Southern Poverty Law Center

Both sources who claimed to have spent time at Gebert's home provided detailed descriptions of its exterior to Hatewatch. The descriptions included the couple's backyard, which features an expansive deck and a six-sided, above-ground veranda. The backyard was visible to Hatewatch from a shaded public walking path next to the property.



*Matthew Q. Gebert, as "Coach Finstock," frequently posted propaganda to Twitter. He posted this image of Nazi soldiers forming a swastika in November of 2018 through the handle @NeverCuck.*

The source who spent the night at Gebert's home provided emails and screenshots of text messages to Hatewatch that corroborate their story.

The same source said they also attended a clandestine dinner at a hotel with Gebert, his wife and Holocaust-denying author David Irving on June 17, 2017. The source provided emails and text messages to corroborate the story of the dinner. The source also sent a picture of Irving, which they said was taken at the dinner.

A third source told Hatewatch they also attended the event with Irving and the Geberts. Both sources who said they attended the Irving dinner recalled it being held in a private room in a hotel in downtown Washington, D.C. An email provided by one of the sources shows it was held at the Nage Bistro at the Courtyard Marriott, and started at 7 p.m. Saturday, June 17, 2017. Gebert introduced himself as a state department official at that dinner, according to both sources who attended it.

State Department employees are restricted from engaging in some outside political activities while working for the federal government, according to the Hatch Act. Some of those restrictions include engaging "in political activity in an official capacity" and engaging in "political activity while on duty or in the workplace." Hatewatch was unable to determine if Gebert was on duty during the Irving dinner or if the gathering involved political activity.

Four separate sources named Gebert's wife, Anna Vuckovic, as "Wolfie James," a blogger and Twitter personality who also is connected to the

white nationalist movement. In addition to the three aforementioned
sources, a fourth source told Hatewatch they knew Vuckovic by her name
and identified her in the movement as "Wolfie James." The fourth source
said they had heard Vuckovic's husband had "a serious job," and that the
couple lived in the Washington, D.C. area.

## Digital footprint leads to Gebert and Vuckovic

Gebert, as "Coach Finstock," and Vuckovic, as "Wolfie James," left behind a
substantial trail of archived Twitter posts under their pseudonyms,
Hatewatch determined. These archives revealed clues about their
identities.

Gebert, for example, operated multiple Twitter handles as "Coach
Finstock" from 2015 until the spring of 2019, according to two of the
sources who spoke to Hatewatch.

At least one of these "Coach Finstock" accounts, @TotalWarCoach, led
Hatewatch to expired handles that use elements of Gebert's real name.

Twitter preserves old handles in conversations on that platform even after
users change them. An open-source intelligence technique involves
combing through conversations until older handles appear.

A review of conversations by @TotalWarCoach indicates that the same
account previously employed handles like @MQGeb, which uses Gebert's
initials and part of his last name, and also @MQGebert, which includes his
first two initials and his full last name.

Gebert left other breadcrumbs as "Coach Finstock" on Twitter. For
example, the "Coach Finstock"-linked handle @WeWonFam posted what
appears to be a personal photograph of the reflecting pool in front of the
Lincoln Memorial facing the Washington Monument on Nov. 17, 2016, a
week after President Trump's election into office. That post suggests that
the author's location is in Washington, D.C. @WeWonFam listed Washington,
D.C., as its location in the account's Twitter bio.

"It's much more beautiful now," @WeWonFam commented.

@WeWonFam also posted about attending an event that weekend linked to
Richard Spencer's group National Policy Institute, referring to it as the
"Shitlord hajj." Richard Spencer is arguably America's most infamous

Page 74

8/12/2019                                    U.S. State Department Official Involved in White Nationalist Movement, Hatewatch Determines | Southern Poverty Law Center

white nationalist, and National Policy Institute is a think tank he oversees. The event to which @WeWonFam referred appears to be one staged in Washington, D.C., on Nov. 19, two days later. Attendees at that gathering gave Hitler-salutes and shouted "Hail Trump!" according to video footage published by *The Atlantic.*

The "Wolfie James"-linked handle @WolffieJames (with two F's) named her general location once, too. @WolffieJames posted to Twitter on May 13, 2017, "Still justifying that you live in a neighborhood bc it's 'safe' or there are 'good schools'? Admit it: you want to live near #WhitePeople."

@WolffieJames then engaged in a conversation in the replies of that tweet with a user going by the handle @Basedmishmosh, who asked "Wolfie James" where she lived.

"Proximal to DC," @WolffieJames replied. "It's a cesspool."

Gebert and Vuckovic's home in Leesburg is roughly 40 miles northwest of Washington, D.C.

Gebert, as "Coach Finstock," also periodically appeared on white nationalist podcasts, such as "The Fatherland" and an untitled production hosted by internet personality "Ricky Vaughn." Hatewatch played those podcast appearances to two of Gebert's neighbors. Both neighbors told Hatewatch that "Coach Finstock" sounded like Gebert.

"I wanted to tell you really badly that it wasn't him, but I can't tell you it's not him. Because, boy, that sure sounds like him," one of the neighbors said of the voice.

"Coach Finstock" identifies the ages of his children at different points on at least two episodes of "The Fatherland." The second of the two neighbors told Hatewatch that the ages mentioned by "Coach Finstock" matched the approximate ages of Gebert's children, relative to the time the podcasts were recorded.

"I consider myself a white nationalist," Gebert says as "Coach Finstock" on the "Ricky Vaughn" podcast, which was published in February 2018.

## 'Finstock,' 'Wolfie' and 'D.C. Helicopter Pilots'

Gebert, as "Coach Finstock," helped lead a Washington, D.C., and Northern Virginia-based organizing chapter of Michael Peinovich's The Right Stuff

network called "D.C. Helicopter Pilots," according to three sources who spent time with those two men and their associates between 2016 and 2018.

Peinovich is among the most influential and significant figures of the contemporary racist right. He has produced thousands of hours of podcasts that helped shape the white nationalist "alt-right" movement and buoy the candidacy of President Donald Trump. Peinovich has used his popularity as a podcaster to build an on-the-ground movement of white nationalists that stretches across North America.



▲ Matthew Q. Gebert acted as a recruiter for a Virginia and Washington, D.C.-based chapter of a white nationalist organization, according to sources. This image is an example of the type of propaganda the group "D.C. Helicopter Pilots" posted to Twitter. The group's Twitter account was launched in July 2016, according to archives.

The "helicopter" in "D.C. Helicopter Pilots" likely refers to a meme on the far right inspired by late Chilean dictator Augusto Pinochet. Under Pinochet's orders, loyalists to his regime threw political opponents out of helicopters as a form of extrajudicial killing.

Southern Poverty Law Center lists Peinovich's network The Right Stuff, of which "D.C. Helicopter Pilots" is a chapter, under the white nationalist category on our Hate Map.

Gebert appeared on a forum devoted to The Right Stuff network as "Finstock," based on a review of his posts. TRS took its forum down in May 2018, following users voicing concerns that their private information could be exposed. But Hatewatch preserved elements of the website.

A March 25, 2018, post appears to show Gebert, as "Finstock," recruiting people to his local chapter, or "pool party." "Pool parties" is a euphemism for recruiting chapters connected to Peinovich and his podcast network.

"Hello future comrades. Drop me a direct message if you are interested in getting involved. Not playing too cool for school, but getting added to the [D.C. Helicopter Pilots] group here 'comes later,'" Gebert wrote as

Page 76

"Finstock" in the forum in a post titled "Washington D.C. + Northern Virginia (D.C. Pilots)."

The sources who spent time in Gebert and Vuckovic's home told Hatewatch the person doing that recruitment work as "Finstock" was Gebert. The source who was only able to name Vuckovic as "Wolfie James" also noted that Vuckovic's husband ran "D.C. Helicopter Pilots." The same source described "D.C. Helicopter Pilots" as a local chapter of Peinovich's The Right Stuff network.

Hatewatch spoke to Vuckovic at the front door of their home on June 24, 2019, at approximately 8:30 p.m. EST. Vuckovic denied the allegations made by four sources to Hatewatch about her role in the white nationalist movement as "Wolfie James."

Hatewatch gave a business card to Vuckovic for Gebert and requested that he contact the reporter and respond to queries for this story. He did not do so.

Despite Vuckovic's denial, the source who spent the night at Gebert's home forwarded email conversations they had with Peinovich in 2017, which support the couple's involvement in The Right Stuff.

Timestamps on the emails shared with Hatewatch show the exchanges occurred between March 11 and March 16, 2017. The correspondence involves an account Peinovich uses as his personal email address. Hatewatch's previous interactions with Peinovich confirm the authenticity of his email address.

Peinovich also shared his cell phone number in one of the emails. The phone number he shared in the emails matches a phone number the white nationalist podcaster used to correspond with Hatewatch before sending a cease-and-desist letter to Southern Poverty Law Center's Montgomery, Alabama, office on Feb. 24, 2019.

> *Peinovich, March 11, 2017, 9:08 a.m. EST: "I'm gonna get in touch with Coach and see if I can work out a place to stay. If I come it will probably be Friday. We have two shows to do Monday and Thursday and I have a part time wagecuck gig that I need to do. Hopefully you don't have to leave too early in the morning Saturday."*

Page 77

8/12/2019                    U.S. State Department Official Involved in White Nationalist Movement, Hatewatch Determines | Southern Poverty Law Center

> *Source, March 11, 2017, 10:47 a.m. EST:* "Ok, fantastic. There are a bunch of cheap rooms (less than $39 a night) on AirBnB if you have some cash and don't mind the pozzed company. Hope you can come down on Friday!"

> *Peinovich, March 11, 2017, 12:48 p.m. EST:* "Cool. I am gonna try to get Coach to put me up with one of the DC pool party goys so hopefully won't have to pay for a room. I'll let [you] know when my plans are firmed up."

"Wagecuck" is a slang word which implies doing something unrelated to the white nationalist cause for money. "Pozzed" is a homophobic "alt-right" slang word that stems from someone being HIV positive. "Pozzed" generally connotes the influence of cultural diversity in a broader sense and has nothing to do with the virus.

Peinovich approached the source later that afternoon with a more solidified plan to attend a house party for The Right Stuff in Leesburg, Virginia, where Gebert and Vuckovic live, the emails show. A person named as "Coach" is described in the emails as arranging travel to and from the location of the party in Leesburg.

> *Peinovich, March 11, 2017, 4:53 p.m. EST:* "Would you be interested in coming to a house party with [The Right Stuff] people in Leesburg Friday night? It will be St. Patty's so hanging out in the district will be a shitshow. This would be both less money and less hassle and better conversation."

> *Source, March 11, 2017, 6:10 p.m. EST:* "Yes but I would need a ride there and back. My flight on Saturday leaves at 3 pm."

> *Peinovich, March 11, 2017, 6:14 p.m. EST:* "That can be arranged. I'm gonna need a ride out there too, so you can come with. I'll talk to Coach, he's happy to pick us up. If you need to stay over to avoid anyone drunk driving that can be arranged as well. This should be a lot of fun."

> *Source, March 11, 2017, 6:18 p.m. EST:* "Ok great. If someone could be a designated driver that evening so I can get back to my airbnb before flying out the next day, that would be great. I would drive myself but I don't have a license yet."

> *Peinovich, March 11, 2017, 6:19 p.m. EST:* "Ok, I will talk to Coach about it. He can get a volunteer."

U.S. State Department Official Involved in White Nationalist Movement, Hatewatch Determines | Southern Poverty Law Center

The email conversation resumed March 16, 2017, the day before the gathering took place at Gebert's home, according to the source.

*Peinovich, March 16, 2017, 11:21 a.m. EST:* "What time do you get off work? We'll be arriving at Union Station at 6:05. Coach will pick us up to take us to his house for the party. Can you be there around then?"

*Source, March 16, 2017, 11:22 a.m. EST:* "Great. I'll get to Union Station a little early and meet you guys there."

*Peinovich, March 16, 2017, 11:24 a.m. EST:* "Awesome. Looking forward to it. I have your number. Mine is [redacted]. See you then."

The source also forwarded the screenshot of a text message from a person marked on the phone as "Coach Finstock."

*"Coach Finstock," March 17, 2017, 6:19 p.m. EST:* "Hi [Redacted] – I'm here and I assume you're hanging in Union Station. Black CRV with Illinois plates or see you shortly when Mike arrives."

*Source, March 17, 2017, 6:19 p.m. EST:* "Great."

## White nationalist propaganda and 'Unite the Right'

In addition to hosting meet-ups and publishing calls for recruitment, Gebert contributed to a podcast hosted on Peinovich's network called "The Fatherland," speaking under the name "Coach Finstock."

"Coach Finstock" talked on "The Fatherland" about attending the deadly "Unite the Right" rally Aug. 12, 2017, in Charlottesville, Virginia. He described himself as wearing a hat and sunglasses that day to avoid being identified.

"I came back in one piece. Un-doxxed. Knock on wood," Gebert said as "Coach Finstock," referring to the fact that he managed to avoid being identified in the crowd. "Un-arrested. Just with some mild war wounds that frankly I'm kind of proud of."

James Alex Fields, a man who marched with the neo-Nazi group Vanguard America that day, drove his car into a crowd of antiracist demonstrators, killing a woman named Heather Heyer. Fields was sentenced to life in

Page 79

prison in June for his role in murdering Heyer. Gebert, speaking as "Coach Finstock," blamed the violence and chaos at the doomed event on the city of Charlottesville and expressed no apparent regret about what transpired.

"Dude, we smacked the hornet's nest with a big fucking stick," Gebert said as "Coach Finstock," sounding as if he chuckled. "And the only question is whether this is valuable accelerationism or whether we just provoked the red guards, like, a year before we had enough time to spare."

The word "accelerationism" refers to a phrase used by white nationalists and neo-Nazis which implies that Western civilization must collapse before they can achieve their goal of building an all-white country for non-Jews. Gebert also blamed the police and the city for not providing enough support to white nationalists.

"We gotta red pill police and military," Gebert said on the same podcast, referring to a slang term connoting radicalization, particularly along lines of convincing people to embrace fascism as their political ideology. "I think those are our two biggest priorities."

Gebert appeared on another episode of "The Fatherland" as "Coach Finstock" in May 2018 and espoused racist views about black people.

"Well, think about it, we're suckers for ... court jesters – are in our DNA," Gebert said as "Finstock," referring to black people. "We like to have a charismatic joker, at least, around us sometimes."

He continued on the same subject roughly a minute later into the episode, explaining why he believed white people were generally kind to black people.

"I think it reflects the better angels of our white nature that we – despite all of the evidence we have from the criminality to whatnot that we still have a soft spot in our heart for Red Foxx and 'Sandford and Son,'" he said, referring to a black comedian and his television show. "Or Chris Rock. Against our better judgment, we still give them the benefit of the doubt."

He added that he wanted black people in the U.S. separated from white people permanently.

"Do not misinterpret me. I am not cucking. They do not belong around us for an ocean at least," he said.

Gebert, as "Coach Finstock," also talked about having his third child at least in part to aid in a fight against declining white birth rates.

"What else can you do but spit into the face of the madhouse that we are forced to live in and say, 'no, we will carry on, we will have more kids and we are going to fight and not go quiet into the night,'" he said of his third child.

Hatewatch also obtained a copy of a since-deleted podcast hosted by "Ricky Vaughn," a personality from the alt-right movement whose real name is Douglass Mackey, according to a report by Huffpost. The short-lived podcast produced by "Ricky Vaughn" was not published on Peinovich's website, but the host did appear on podcasts alongside Peinovich, before appearing to quit the movement.

Gebert, as "Coach Finstock," debated the state of far-right politics with "Ricky Vaughn" on that episode, which archives show was recorded in February 2018. He debates "Ricky Vaughn," taking the more radical far-right political viewpoint of the two speakers.

On that podcast, "Coach Finstock" endorses "[naming] the Jew." "Naming the Jew" is an expression that suggests singling out the names of Jewish people who white antisemites believe have done harm to the white race. He also endorses the so-called "14 Words." The "14 Words" is a popular saying with neo-Nazis and white nationalists and goes, "We must secure the existence of our people and a future for white children."

## Wolfie James' blog posts focused on white nationalist women

For her part, Vuckovic, as "Wolfie James," wrote blog posts focused on dating tips for white nationalist women and parenting advice for white nationalist moms. She wrote these for Peinovich's The Right Stuff and at least one other white nationalist website. Someone appears to have deleted some of the "Wolfie James" posts, but Hatewatch was able to unearth them through internet archives.

For example, while operating as "Wolfie James," Vuckovic published a post called "7 Reasons Why Alt-Right Men Are the Hottest" for AltRight.com and "How to Red Pill Your Woman" for The Right Stuff.

"In an open-borders America she should fear the spics, too – they love their people-smuggling, gang-banging, and drunk driving more than most,"

Page 81

she wrote in "How to Red Pill Your Woman." "Be cautious not to get overly heated when you fear monger, however; the truth will speak for itself."

Vuckovic, while writing as "Wolfie James," also ranked PBS Kids shows on a "hate score" for Peinovich's website in a post published Dec. 30, 2016. "Wolfie James" sought to limit "Jewish influence" on readers' children in her writing, according to the post.

"George's owner, the man in the yellow hat, is the typical klutzy, retarded white man always being peddled on the Jewtube," "Wolfie James" wrote of the show "Curious George."

Vuckovic, writing as "Wolfie James," also referred to the "Sesame Street" characters "Bert and Ernie" as "homos."





*Anna Vuckovic is Gebert's wife. She also promoted white nationalist propaganda under a pseudonym, the reporting finds. Using the Twitter handle @WolffieJames, Vuckovic posted her location as being "proximal to DC" in May 2017.*

## A swastika and a 'bowl cut' meme posted to Twitter

Gebert's production of white nationalist propaganda was not limited to his podcast appearances. He also operated at least 10 Twitter handles from 2015 to 2019, which interacted with known white nationalists on that platform including Peinovich, Richard Spencer and "Spectre," a man who has engaged in the harassment campaigns of women, reporters and minorities on that site, and whose real name is Trey Garrison.

Hatewatch could not determine whether Gebert, as "Coach Finstock," operated his menagerie of Twitter accounts during his workday at the Department of State because we could not determine his schedule. The

Page 82

accounts appeared to post content multiple times per day, based on a review of archives.

Some of the handles that posted content using a display name or other indicators linked to Gebert's "Coach Finstock" persona include @TotalWarCoach, @Cue1933, @WeWonFam, @Q1776, @DissentCoach, @NeverCuck, @RisenCoach, @RevengeCoach, @TerminalAmerica and @UnbowedCoach, Hatewatch determined.

The multiple Twitter accounts linked to Gebert's "Coach Finstock" persona contain certain similarities. Some of the accounts, for example, but not all, use the bio description "Radicalized by reality." The accounts also sometimes listed Peinovich's website in their bios.

Some of the accounts used variations on the same avatar: For example, both @NeverCuck and the handle @DissentCoach used the same avatar image of Viggo Mortensen's character from the 2007 film "Eastern Promises," which focuses on the Russian mafia in England. Accounts such as @RevengeCoach and @RisenCoach used an avatar of Tom Hardy's character from the 2015 action film "Mad Max: Fury Road."



**DC Pilots**

@DC_Pilots

Radicalized by reality. No country for normie men.

♦ Neo-Freikorps HQ

𝒮 therightstuff.biz

🎴 Joined July 2016

The D.C. Helicopter Pilots chapter of The Right Stuff also used at least one Twitter account, @DC_Pilots. It's unclear who operated that account. The @DC_Pilots account also used the phrase "Radicalized by reality" in its bio.

Some of the handles linked to Gebert and his chapter of The Right Stuff appear to have been abandoned by the person operating them, while others have been suspended by Twitter for violating the site's terms of service.

Hatewatch reached out twice to a Twitter spokesperson for additional information regarding the "Coach Finstock" Twitter accounts but did not receive a response.

^   *The DC_Pilots Twitter bio shows the same "radicalized by reality" line featured on accounts linked to Gebert.*

The "Coach Finstock" accounts sometimes posted content that appears to condone violence or genocide. For example, the "Coach Finstock"-linked handle @RisenCoach, which was active in autumn 2017, once employed a profile picture of a skull-and-crossbones overlaid with what appears to be <u>Dylann Roof's bowl-shaped haircut</u>.

So-called "bowl culture" refers to the veneration of Roof, who murdered nine black churchgoers in Charleston, South Carolina, in 2015. White nationalists who admire this convicted killer sometimes superimpose images of his hairstyle onto other pictures in the form of memes.



The "Coach Finstock"-linked handle @NeverCuck, which was active from at least autumn 2018 to January 2019, once posted an image of a Nazi-era swastika.

When the decrepit old witch finally bites the dust, please one of you make a vid with our crabbies and "The Supreme Court is now officially 11% less Jewish" as caption

*Matthew Q. Gebert, as "Coach Finstock," frequently promoted propaganda related to political events. Using the Twitter handle @DissentCoach, he made antisemitic comments about Ruth Bader Ginsburg.*

"It's that time ... again," @NeverCuck wrote, referring to a historical image of German Nazi SS officers <u>forming a human swastika</u> with torches.

"Coach Finstock" handles posted antisemitic political commentary. The account @DissentCoach wrote Jan. 18, 2019, in reply to <u>a doctored picture of Supreme Court Justice Ruth Bader Ginsburg</u> being greeted by the hooded specter of death, "When the decrepit old witch finally bites the dust, please one of you make a vid with our crabbies [saying] 'The Supreme Court is now officially 11% less Jewish' as [a] caption."

"Crabbies" appears to refer to a meme of animated dancing crabs, which was employed by some white nationalists on social media to mock the death of Arizona Sen. John McCain in August 2018.

The account @Cue1933 also posted an <u>antisemitic meme</u> about New York Senator Charles Schumer on Oct. 4, 2016, and a meme in support of then-candidate Donald Trump. The handle @Cue1933 likely refers to the year

Page 84

8/12/2019 · U.S. State Department Official Involved in White Nationalist Movement, Hatewatch Determines | Southern Poverty Law Center



*Matthew Q. Gebert, using the handle @Cue1933, made antisemitic comments about Democratic Senator Charles Schumer.*

1933, which is when German President Paul von Hindenburg appointed Adolf Hitler as chancellor.

Hitler's Nazi party expanded its powers throughout that year. The Nazis opened their first concentration camp in Dachau, Germany, in March 1933.

## Evidence to support dinner with David Irving

Debunked historian David Irving is among the most notorious and influential Holocaust deniers in the world, and Gebert's willingness to attend a private dinner party with him suggests the foreign affairs officer possesses a level of comfort with antisemitic conspiracies.

Irving's work has repeatedly been discredited by historians for its inaccuracies, and he was labeled "antisemitic and racist" by the British high court when he attempted, and failed, to sue for libel.



*Matthew Q. Gebert, as "Coach Finstock," demonstrated a willingness to embrace white nationalist conspiracy theories about Jews.*

Irving, nevertheless, built a cult following for himself, particularly among neo-Nazis, and white nationalists, including Gebert, according to two sources who also attended the dinner in June 2017.

"I'm going to form an association of Auschwitz Survivors, Survivors of the Holocaust and Other Liars — or the ASSHOLs," Irving said to a Canadian audience in 1991, falsely suggesting that Germans did not commit genocide against European Jews during World War II.

The two sources who attended the dinner with Irving recalled that approximately 12 guests, including Gebert and Vuckovic, sat along a

rectangular table with Irving in a private room at a hotel in the Washington, D.C., area. The sources recalled conversation topics that were overtly antisemitic, including the "Jewish question," which loosely refers to the false belief that Jews secretly control the world through acts of nefarious manipulation.

One of the two sources who attended the dinner with Irving forwarded an email invitation for it to Hatewatch, indicating that it was held at a restaurant called Nage Bistro at the Courtyard Marriott on Rhode Island Avenue in Washington, D.C. Nage Bistro is permanently closed, but Yelp reviews indicate that it was open when the Irving dinner took place on June 17, 2017. "Please keep the above strictly confidential," Irving writes in the invitation after relaying the date, time and location. The invitation is signed by Irving.

Irving, in an email to Hatewatch, said, "There was one gentleman, whom I will not name, that could have been from State."

A screenshot of a text message forwarded by one of the two sources to Hatewatch supports the claim that Gebert, as "Coach Finstock," accepted an invitation to the dinner with Irving.

> *Source, June 3, 2017, 2:28 p.m. EST:* "Hey, Coach. I'm organizing a private dinner with David Irving, who's back in the U.S. Would you, Ana and the pilots be interested? Trying to get a preliminary headcount – thinking everyone's kids could be there as well."

> *Coach Finstock," June 3, 2017, 2:28 p.m. EST:* "Absolutely. Rough date/time/location?"

The source also forwarded emails from a Protonmail account operated by a user going by the name "Wolfie James." The emails were sent in response to one sent by the source with the subject "Re: June 17 event in D.C.," which contained a link to an event page hosted on a website promoting Irving's work. The Protonmail address of someone going by "Finstock" is copied.

> *Wolfie James, June 9, 2017, 3:49 p.m. EST:* "[Redacted], thanks for this! To be clear, I may give this link to like minded friends? We will certainly attend."

Three days later, the conversation between "Wolfie James" and the source continued:

U.S. State Department Official Involved in White Nationalist Movement, Hatewatch Determines | Southern Poverty Law Center

*Wolfie James, June 12, 2017, 12:53 p.m. EST:* "Hey, Not to get all autistic, but this event is advertised as Friday, June 17 but June 17 is on a Saturday. Is it on Friday or Saturday? Buying two tickets now. Thanks friend, WJ"

*Source, June 12, 2017, 12:59 p.m. EST:* "I mentioned this to Irving and all I got was 'aaaaargh' (?). So, we'll just have to see when they announce the location. Maybe it's advanced psyops instead of a typo..."

*Wolfie James, June 12, 2017, 12:59 p.m. EST:* "88 dimensional chess, for sure. Was hoping to arrange a babysitter in time, but if I have to bring them, I will. Thanks!"

The number 88 holds a special place in the language of white nationalists and neo-Nazis and is often used in inside jokes. "H" is the eighth letter of the alphabet, so pictured side-by-side, the number 88 translates to "HH" or "Heil Hitler."

Gebert and Vuckovic found a babysitter and attended the dinner without their children, the source recalled.

## Donation to 'Uncle Paul'

Gebert, under his real name, donated $200 to white supremacist and former Republican candidate for Congress Paul Nehlen on Jan. 15, 2018.

Sludge, an online publication focused on money in politics, first discovered the donation in July 2018. The Department of State mentioned the Hatch Act in its comment to Sludge, but it is unclear if the agency took any disciplinary action against Gebert.

Gebert owned a home in Leesburg, Virginia, when he made the donation, according to Loudoun County property records. Gebert's Virginia home is a 750-mile drive from the district in Wisconsin where Nehlen ran for Congress.

Nehlen appeared on a podcast hosted by The Right Stuff called "Fash the Nation" in December 2017. He was receiving widespread public criticism for voicing antisemitic views on Twitter when Gebert gave $200 to his campaign.

Page 87

8/12/2019          U.S. State Department Official Involved in White Nationalist Movement, Hatewatch Determines | Southern Poverty Law Center

Nehlen today goes by the nickname "Uncle Paul" and praises acts of
terrorism done in the name of white nationalism, Hatewatch reported in
June.

## The Right Stuff' exposed

Peinovich and those connected to "The Right Stuff" are known for
operating in secret, and often go to great lengths to protect their identities
from public exposure.

Gebert's "Coach Finstock" moniker, for example, appears to be taken from
the 1985 film "Teen Wolf." It's unclear where Vuckovic found her
pseudonym, "Wolfie James," unless "wolf" also refers to the same film.

Both Gebert and Vuckovic appear also to have gone to great lengths to keep
their faces off the internet. Hatewatch was able to find one photograph of
Vuckovic but found none of Gebert. He did not appear in yearbook
photographs published by American University, where he graduated in
2003, according to the school. He did not appear in photographs published
by George Washington University, where he graduated with a master's
degree from the Elliott School of International Affairs, according to a
directory published by that school.

One of the sources who attended a gathering with other white nationalists
at Gebert's Leesburg home recalled the host putting in place a rule limiting
photography there. The source said Gebert pushed this rule among other
white nationalists to keep from having his identity exposed.

Ultimately, "Coach Finstock" and "Wolfie James" are the third and fourth
pseudonymous characters connected to The Right Stuff named by
Hatewatch in 2019. In January, Hatewatch published an investigation
naming "Spectre" as Trey Garrison of Dallas, Texas. In May, Hatewatch
published an investigation naming "Eric Striker" as Joseph Jordan of
Queens, New York.

"It would be good to have higher status white people coming on board to
this movement," Peinovich said on a podcast called "The Public Square" in
February 2019, referring to his desire to recruit educated people of means
to white nationalism. "It represents a sort of loss of status in the so-called
normal world to be associated with this [movement]. ... My thing is at some
point, people have to be willing to do that."

Page 89

8/12/2019   U.S. State Department Official Involved in White Nationalist Movement, Hatewatch Determines | Southern Poverty Law Center

*Comments, suggestions or tips? Send them to HWeditor@splcenter.org and follow us on Twitter @Hatewatch.*

DECLASSIFIED

Get the latest investigative reporting from Hatewatch

**Your Email Address**                                                                                         **SUBSCRIBE**

DECLASSIFIED

Page 90

**United States Department of State**

Washington, D.C.  20520

4/10/2013

SENSITIVE BUT UNCLASSIFIED

MEMORANDUM

To:      DS/PSS/ADJ – (b)(6); (b)(7)(C)

Thru:    DS/PSS/ADJ – (b)(6); (b)(7)(C)

From:    DS/ICI/CI – (b)(6); (b)(7)(C)

Subject: GEBERT, Matthew Quinn

Reference: PSS Memo dated 04/09/2013;

DS/ICI/CI has reviewed all available information connected to the reference. Please see below for our opinion on the matter, based on counterintelligence factors only.

☐ The proposed action presents a counterintelligence risk beyond that which our traditional programs are designed to monitor and/or ameliorate. The DSS Director should be made aware of any plans to initiate the proposed action.

☐ The proposed action presents an elevated counterintelligence risk which should be discussed with the employee and made known to security officers at future duty stations.

☒ The proposed action appears to be within the normally experienced or anticipated counterintelligence risk level.

☐ File has been returned for further investigation.

☐ Case file does not contain national security counterintelligence interest.

COMMENTS: Subject is a candidate for the position of Foreign Affairs Officer – Presidential Management Fellow which requires a TOP SECRET security clearance. While DS/ICI/CI interposes no objection to the proposed appointment of Subject, it is recommended based upon dual citizenship with the U.S. and Serbia claimed by his spouse, father-in-law and mother-in law as well as extended family on his spouse's side of the family in Serbia, he be precluded from any assignment to Serbia or concerning Serbian issues. This preclusion could be reviewed at the next scheduled security clearance update. Questions regarding this issue should be referred to (b)(6); (b)(7)(C) (b)(6); (b)(7)(C) of this office at (b)(6); (b)(7)(C).

SENSITIVE BUT UNCLASSIFIED

Page 91



**United States Department of State**

*Washington, D.C.  20520*

~~SECRET/NOFORN~~
Memorandum                                          May 6, 2019

TO:       DS/SI/PSS — [(b)(6); (b)(7)(C)] Division Chief
                                for

FROM:     DS/DO/CI — [(b)(6); (b)(7)(C)] Office Director      [(b)(6); (b)(7)(C)]

SUBJECT:  GEBERT, Matthew Quinn

REF:      (a) DS/PSS/ADJ Memo dated 3/29/2019
          (b) DS/ICI/CI Memo dated 4/10/2013

(SBU)  DS/ICI/CI has reviewed all available information connected to the reference, and offers the following recommendation based on counterintelligence factors:

(SBU) ☐ Do NOT recommend Subject for national security position. Granting such access presents a counterintelligence risk beyond that which our traditional programs are designed to monitor and/or ameliorate. DS/DO/CI requests notification prior to any action by DS/PSS that grants Subject access to national security information.

(SBU) ☒ The proposed action appears to be within the normally experienced or anticipated counterintelligence risk level.  Recommend that an assignment **restriction from Serbia be implemented based his spouse's and children's dual citizenship.**

(SBU) ☐ Need additional information before making recommendation.

(SBU) **Subject Vulnerabilities Analysis:**  Subject is a Foreign Affairs Officer assigned to Washington, D.C. which requires a Top Secret clearance.

(SBU) The Subject is a U.S. by birth as are his immediate family members. Subject's spouse is a dual U.S. and Serbian citizen who derived her Serbian citizenship based on her parent's birth there. Her parent's are also dual U.S. and



~~SECRET/NOFORN~~
Classified by [(b)(6); (b)(7)(C)]  Office Director DS/DO/CI
Reasons:  1.4 (c), (d) DECL: 5/6/2044

Page 92

SECRET/NOFORN

Serbian citizens resident in the U.S.  The Subject and his spouse have three children; two of whom are also dual U.S. and Serbian citizens and the third will be processed at a later time.  The Subject's spouse possessed a Serbian passport. Per Guideline C:  Foreign Influence, the voluntary acquisition of Serbian citizenship for his spouse and his children is a clear indicator of a foreign preference.

**Country Intelligence Threat Analysis:  Serbia**



(S//NF)

(b)(1); 1.4 (c); 1.4 (d)

(S//NF)

(b)(1); 1.4 (c); 1.4 (d)

(S//NF)

(b)(1); 1.4 (c); 1.4 (d)

(SBU) It is recognized that people with ethnic, cultural or religious connections with a given country are significantly more vulnerable to elicitation and exploitation by the intelligence service of that country – regardless of the threat level.

(SBU) DS/CI has **no objection** to Subject's continued national security eligibility at the Top Secret level.  We recommend that an assignment **restriction** from **Serbia be implemented** based on his spouse's and children's dual citizenship and the resultant foreign preference concerns.

(SBU) Questions concerning this matter should be referred to (b)(6), (b)(7)(C) of this office (b)(6); (b)(7)(C)



SECRET/NOFORN

RECLASSIFIED



# Alderson®

## COURT REPORTING



A Trustpoint Company

### Transcript of Interview
### with Matthew Quinn Gebert

Friday, September 27, 2019

*Office of Special Investigations Interview*

Alderson Court Reporting
1-800-FOR-DEPO (367-3376)
Info@AldersonReporting.com
www.AldersonReporting.com

Alderson Reference Number: 88979

1       DECLASSIFIED

2

3          UNITED STATES DEPARTMENT OF STATE

4

5          BUREAU OF DIPLOMATIC SECURITY

6          OFFICE OF SPECIAL INVESTIGATIONS

7

8          INTERVIEW WITH MATTHEW QUINN GEBERT

9     Foreign Affairs Officer, Bureau of Energy Resources,

10              Energy Resources Bureau

11

12                  Interviewed by:

13     Supervisory Special Agent [(b)(6); (b)(7)(C)]

14         and Special Agent [(b)(6); (b)(7)(C)]

15

16

17                  Also Present:

18              Evan Parke, Esquire

19

20

21     DECLASSIFIED    September 27, 2019

22                  9:59 a.m.

P R O C E E D I N G S

1

2     SPECIAL AGENT [(b)(6), (b)(7)(C)]   No, he's here.  Never

3     mind.

4     SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   Good morning.

5     MR. GEBERT:  How you doing?  Matt.

6     SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]  [(b)(6); (b)(7)(C)].

7     MR. PARKE:  Evan Parke.  Nice to meet you.

8     SPECIAL AGENT [(b)(6); (b)(7)(C)]   Yeah, I didn't flash my

9     creds earlier, but this is my official identification.

10    MR. GEBERT:  Okay.

11    SPECIAL AGENT [(b)(6); (b)(7)(C)]   All right.  Let me get

12    the paperwork out here.  Okay.  So before we begin,

13    before we start the official formalities and that kind

14    of thing, basic stuff.  If at any point you want to

15    take a break, use the restroom, whatever, please let us

16    know.  That's fine.  That door is not locked.  You can

17    exit any time you wish.  So are you not being held

18    here.  This is not in any way a custodial interview.

19    MR. GEBERT:  Okay.

20    SPECIAL AGENT [(b)(6); (b)(7)(C)]   Some people don't always

21    realize that because this is a secure building.  We

22    needed a key card to get inside and that kind of thing,

· Page 3

UNCLASSIFIED

1    but that's not a locked door. That is fine.  The water

2    is yours.

3        MR. GEBERT:  Thanks.

4        SPECIAL AGENT [(b)(6); (b)(7)(C)]   So we try to make it as

5    comfortable as possible.  OSI's policy is to record all

6    interviews.  That is something we do.  It is -- it is

7    authorization we have, so we are going to record this

8    interview.  We're recording right now.  We have two

9    cameras.  So if at any point you wish to confer with

10   your counsel, I would recommend that you let us know

11   and then just step outside.  Unfortunately, we don't

12   have a really great setup, so we don't have a private

13   room for you to go to that's nearby.

14       MR. PARKE:  Sure.

15       SPECIAL AGENT [(b)(6); (b)(7)(C)]   If it's something quick,

16   you can discuss it in the hallway.  If it's something

17   where you want to sit down or have a little bit more

18   privacy, unfortunately we do have to go back down to

19   the lobby level, but we have some private meeting rooms

20   there.

UNCLASSIFIED

21       MR. PARKE.  Okay.

22       SPECIAL AGENT [(b)(6); (b)(7)(C)]   We're in the process of

1    trying to get authorization to restructure this office,

2    so we'll have, you know, those sorts of amenities.

3    Unfortunately, we -- when we moved in here, we had to

4    deal with the space we had to deal with, so.

5        MR. PARKE:  Okay.

6        SPECIAL AGENT [b)(6); (b)(7)(C)]   But I just want you to

7    know that's what's available to you for right now, all

8    right?  Do you have any questions about that so far?

9        MR. PARKE:  No questions about that.

10       SPECIAL AGENT [b)(6); (b)(7)(C)]   Okay.  So just to get

11   started, what we're going to do is we're going to read

12   the warning assurance to employee required to provide

13   information because this is what we call a compelled

14   interview.  We talked about it on the way up.  This is

15   an administrative interview.  As such, you are required

16   to come in and interview with us.  So we have a warning

17   form to basically advise you of what your obligations

18   are, but also what your rights are in the process here.

19       MR. GEBERT:  Mm-hmm.

20       SPECIAL AGENT [b)(6); (b)(7)(C)]:  All right.  So we're

21   going to start with that.  This is an official

22   administrative inquiry regarding misconduct or improper

1    performance of official duties.  This inquiry concerns,

2    we said, false statements, and that's a catch-all.  The

3    purpose of this interview is to obtain information that

4    will assist in the determination of whether

5    administrative action is warranted, to determine

6    suitability for assignment to sensitive -- excuse me --

7    to certain sensitive positions and/or geographical

8    areas, or to determine suitability for continued

9    employment or eligibility for access to classified

10   information.

11       You're going to be asked a number of specific

12   questions related to the performance of your official

13   duties.  You have a duty to reply to these requests --

14   these questions.  Agency disciplinary action, including

15   dismissal, may be undertaken is you refuse to answer or

16   fail to reply fully and truthfully.  Neither your

17   answers nor any information or evidence gained by

18   reason of your answers may be used against you in any

19   criminal proceedings, except if you knowingly and

20   willfully provide false statements or information in

21   your answer.  In that event, you may be criminally

22   prosecuted for that action, and that is United States

1    Code 18 U.S.C. 1001.

2         The answers you furnish and any information or

3    evidence resulting therefrom may be used in the course

4    of Agency disciplinary proceedings, which could result

5    in disciplinary action, including dismissal.  Now, at

6    the bottom of the form it says, "I have read and

7    understand my rights and obligations set forth above.

8    I hereby solemnly swear and affirm that these

9    statements provided in this interview are the truth and

10   nothing but the truth."

11        I am going to ask you to read this over and then

12   sign the bottom portion where I have the little "X."

13        MR. GEBERT:  All right.

14        (Mr. Parke and Mr. Gebert reviewed and signed

15   warning assurance.)

16        MR. GEBERT:  Okay.  Should I put the time down?

17   SPECIAL AGENT [(b)(6); (b)(7)(C)]   That's all right.   I'll

18   fill that portion in. [(b)(6); (b)(7)(C)]  then has to sign his

19   portion.

20        (Supervisory Special Agent [(b)(6); (b)(7)(C)] countersigned

21   warning assurance.)

22        SPECIAL AGENT [(b)(6); (b)(7)(C)]   Thank you.  All right.

1   So the next one that I'm going to read off and present

2   to you is really for your benefit, Mr. Parke.

3        MR. PARKE:  Okay.

4        SPECIAL AGENT [(b)(6); (b)(7)(C)]   And that is basically our

5   policy as -- for compelled interviews, administrative

6   investigations, and the role of representation in those

7   things because it is slightly different from criminal

8   representation.

9        MR. PARKE:  Sure.

10        SPECIAL AGENT [(b)(6); (b)(7)(C)]   We get a lot of different

11   representatives in here, and we all want to be on the

12   same page as far as what we're doing and what the

13   parameters are.

14        MR. PARKE:  Yeah, I'm glad we're talking about

15   this because I wanted to square away few things before

16   we got started.

17        SPECIAL AGENT [(b)(6); (b)(7)(C)]   Right.  And so this is

18   basically the Weingarten Rules that we go by.  So the

19   purpose here, as we say, as noted in the Form DS-7618,

20   the one I just read, we are engaged in an official

21   administrative inquiry regarding alleged misconduct or

22   improper performance of official duties.  We are in

Page 101

1   particular concerned about the allegation of possible

2   false statements.  The purpose of this interview is to

3   obtain information that will assist in a determination

4   of whether administrative action is warranted, as we

5   covered.

6       You're going to be a number of questions, specific

7   questions, related to the performance of your official

8   duties.  As this is a compelled interview, you have a

9   duty to answer these questions.  It is important -- it

10  is an important opportunity for you to tell your side

11  of the story.  If you refuse to answer or fail to fully

12  reply and truthfully, Agency disciplinary action may be

13  undertaken.  Neither your answers nor any information

14  or evidence gained by reason of your answers may be

15  used against you in any criminal proceedings, again,

16  except if you knowingly and willfully provide false

17  statements or information in your answers.

18      As far as representation, the representation side

19  of it, even though this is strictly an administrative

20  investigation and not a criminal one, you are entitled

21  to representation.  As you are not an AFSA member, the

22  Department of State's Foreign Affairs Manual provides

1   that you are entitled to representation by an attorney

2   or other representative of your choosing under 3 FAM

3   4325.2.  I apologize, I think in the email I sent, I

4   said it was 42.1, which is for Foreign Service

5   personnel.  That's my fault, but it's essentially the

6   same thing, just split off.

7        The role of your representative is to assist you

8   with the interview, and such assistance may include

9   consulting with you in private before questioning

10  begins, speaking during the interview to request that

11  we clarify a question or give you advice on how to

12  answer, and providing further information after the

13  interview ends, including providing favorable or

14  extenuating facts or suggesting other leads that the

15  investigators may follow.

16       Your representative, however, may not disrupt the

17  interview or otherwise interfere with the

18  investigation.  Your representative should not advise

19  you to refuse to answer questions or give false

20  statements.  As noted earlier, this is a compelled

21  interview, and you have a duty to reply.  In the event

22  that a representative becomes disruptive, we will first

 1    warn that representative and ask them to refrain from

 2    interfering with the investigation in this way.  Should

 3    the disruption continue, we will ask the representative

 4    to leave.  Unfortunately, we may opt to end the

 5    interview.  We very much hope this does not have to

 6    happen as this results in you losing an important

 7    opportunity to tell your side of the story.  Obviously,

 8    we wouldn't put out that warning if this hadn't

 9    happened in the past.

10         MR. GEBERT:  Sure.

11         SPECIAL AGENT (b)(6); (b)(7)(C)   So that having been said,

12    do you understand sort of where we all fall, in a

13    sense?

14         MR. PARKE:  I do.  And so one question I have --

15         SPECIAL AGENT (b)(6); (b)(7)(C)   Certainly.

16         MR. PARKE:  Okay.  So I can anticipate -- I don't

17    anticipate this happening a lot, but there may be times

18    where, you know, based on the words that you use, there

19    might be a need to ask for further clarification in the

20    context, even maybe before Matt answers.  And so I just

21    want to work with you.  We're not here to withhold any

22    information.  We're here to give the most accurate

1   information, and sometimes having the clarification can

2   help that -- facilitate that process.

3       SPECIAL AGENT (b)(6); (b)(7)(C)   And that's fine.

4       SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)   And that's

5   exactly what we want.  That's actually your role is to

6   clarify any questions you have.

7       MR. PARKE:  Very well.  Thank you.

8       SPECIAL AGENT (b)(6); (b)(7)(C)   All right.  So that

9   having been said, do you want to take a moment to

10  confer with your representative before we begin?

11      MR. PARKE:  It's up to you.  Actually I could take

12  maybe like 10 seconds, if we could have that out in the

13  hall?

14      SPECIAL AGENT (b)(6); (b)(7)(C)   Certainly, by all means.

15  And then just pound on that door, and we'll let you

16  back in.

17      MR. PARKE:  Okay.

18      SPECIAL AGENT (b)(6); (b)(7)(C)   It's heavy, but it

19  doesn't --

20      MR. PARKE:  Okay.

21      (Mr. Parke and Mr. Gebert exited interview room.)

22      (Brief pause.)

1        (Mr. Parke and Mr. Gebert. reentered interview

2    room.)    DECLASSIFIED

3        SPECIAL AGENT [(b)(6); (b)(7)(C)]   All right.  Are we ready

4    to proceed?

5        MR. GEBERT:  Yes.

6        SPECIAL AGENT [(b)(6); (b)(7)(C)]   Great.  We'll start off

7    easy.  Just state your name for the record, please.

8        MR. GEBERT:  Sure.  Matthew Quinn Gebert.

9        SPECIAL AGENT [(b)(6); (b)(7)(C)]   Okay.  And what is your

10   current employment?

11       MR. GEBERT:  I am a currently a foreign affairs

12   officer, South Asia energy officer in the Energy

13   Resources Bureau, indefinitely suspended without pay as

14   of Tuesday.

15       SPECIAL AGENT [(b)(6); (b)(7)(C)]   Okay.  How long have you

16   worked in that capacity with the Department?

17       MR. GEBERT:  Since May 2013 is when I came on as a

18   presidential management fellow.

19       SPECIAL AGENT [(b)(6); (b)(7)(C)]   Okay.  What are your

20   responsibilities and, you know, basically your job

21   performance duties?

22       MR. GEBERT:  Sure.  I'm responsible for all the

1 .        SPECIAL AGENT [b)(6); (b)(7)(C)] Where did you travel to

2    in Pakistan?

3        MR. GEBERT:  Islamabad both times.

4        SPECIAL AGENT [b)(6); (b)(7)(C)]   Both times.  So you were

5    just at the consul?

6        MR. GEBERT:  Just right into the embassy, yeah.

7        SPECIAL AGENT [b)(6); (b)(7)(C)]   Okay.  Do you supervise

8    anybody in the course of your responsibilities?

9        MR. GEBERT:  No.

10        SPECIAL AGENT [b)(6); (b)(7)(C)]   Okay.  So it's basically

11    you -- you're a one-man show.  How many people work in

12    the office with you?

13        MR. GEBERT:  It depends on what you mean by

14    "office."  In our Office of Middle East and Asia, maybe

15    15 at most.

16        SPECIAL AGENT [b)(6); (b)(7)(C)]   Okay.

17        MR. GEBERT:  Getting a lot of churn, and --

18        SPECIAL AGENT [b)(6); (b)(7)(C)]   Any problems with co-

19    workers?  Do you get along with them?

20        MR. GEBERT:  None.

21    .SPECIAL AGENT [b)(6); (b)(7)(C)]   Good.  Any problems with

22    your supervisors?  Any issues there?

```
 1   makes sense.  So family values and that kind of thing.

 2   I would assume that's where the connection is, or

 3   families like this, we are family, this kind of a

 4   group.

 5        MR. GEBERT:  Yeah.

 6        SPECIAL AGENT [(b)(6); (b)(7)(C)]   Okay.

 7        MR. GEBERT:  Community --

 8        SPECIAL AGENT [(b)(6); (b)(7)(C)]   Community.

 9        MR. GEBERT:  -- of like-minded people.

10        SPECIAL AGENT [(b)(6); (b)(7)(C)]   I understand.  I'm sorry.

11        MR. PARKE:  And the -- and the "won," was it W-O-N

12   or O-N-E?

13        SPECIAL AGENT [(b)(6); (b)(7)(C)]   Yes, W-O-N.  They won the

14   election, so the family won the election.  And then Q,

15   the letter "Q," 1776?

16        MR. GEBERT:  Yes.

17        SPECIAL AGENT [(b)(6); (b)(7)(C)]   DissentCoach?

18        MR. GEBERT:  Yes.

19        SPECIAL AGENT [(b)(6); (b)(7)(C)]   NeverCuck, C-U-C-K.

20        MR. GEBERT:  Yes.

21        SPECIAL AGENT [(b)(6); (b)(7)(C)]   RisenCoach?

22        MR. GEBERT:  Yes.
```

1    SPECIAL AGENT [(b)(6); (b)(7)(C)]  RevengeCoach?

2    MR. GEBERT:  Yes.

3    SPECIAL AGENT [(b)(6); (b)(7)(C)]  TerminalAmerica?

4    MR. GEBERT:  Yes.

5    SPECIAL AGENT [(b)(6); (b)(7)(C)]  UnbowedCoach.

6    MR. GEBERT:  Yes.

7    SPECIAL AGENT [(b)(6); (b)(7)(C)]  And bowed, B-O-W-E-D.

8    And then did you host on any forums or sites under the

9    identity Coach-DC?

10   MR. GEBERT:  I believe so, but I'm not entirely

11   sure that I used that, yes.

12   SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]  What does

13   NeverCuck mean?

14   MR. GEBERT:  "Cuck" is a shortened term for

15   "cuckservative" or "cuckold," and this is a phrase that

16   broke out into the lexicon in about 2015, I would say.

17   And it is a reference to the idea that so-called

18   conservatives do not actually advocate for their

19   segment of the population that they claim to represent,

20   so they essentially serve as some sort of ineffective

21   politician.  So there's no sexual connotation, even

22   though "cuckold," of course does.

1        SUPERVISORY SPECIAL AGENT (b)(6), (b)(7)(C)   Right.

2        MR. GEBERT:  And it's more of a -- what do they

3   call it -- a syllogism, or I forget exactly the phrase

4   for it.

5        SPECIAL AGENT (b)(6); (b)(7)(C)   No, that's fine.

6        MR. GEBERT:  But, yeah, it's an -- it's an idea of

7   individuals who are weak and easily rolled or don't

8   perform their actual duties.  Cuckoo bird flies into a

9   nest, lays its eggs, and then the babies -- actual

10  babies end up getting thrown over the edge.

11       SPECIAL AGENT (b)(6); (b)(7)(C)   So it's a little like a

12  -- not quite hypocrite, but just a very -- individual

13  who's got a very, very weak constitution and is not, in

14  your opinion, performing their duties as assigned, in

15  other words.

16       MR. GEBERT:  Right.

17       SPECIAL AGENT (b)(6); (b)(7)(C)   So, like, you know, if

18  your boss doesn't stand up to upper management, that

19  would be kind of a thing like -- or something of that

20  nature.

21       SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)   Or doesn't

22  represent what they're espousing.

1       SPECIAL AGENT [b)(6); (b)(7)(C).   Okay.  That's probably a

2   better way to put it.

3       MR. GEBERT:  Yeah, the strictest definition came

4   from cuckservative, which means conservatives who don't

5   conserve anything.  They actually just lose.  They keep

6   rolling over, and then the obstacles keep moving

7   further and further to the left in their case, yeah.

8       SPECIAL AGENT [b)(6); (b)(7)(C)   Okay.  So it's similar,

9   like there's a moniker "chicken hawk" for people who

10  would be very -- would profess to be very hawkish on

11  foreign policy and then actually not follow through or

12  not really stand up for it.

13      MR. GEBERT:  I personally would not draw that

14  parallel just because I haven't thought it through.

15      SPECIAL AGENT [b)(6); (b)(7)(C)   Okay.  Well, that's fair.

16      MR. PARKE:  And if I could just jump in --

17      SPECIAL AGENT [b)(6); (b)(7)(C)   Mm-hmm.

18      MR. PARKE:  -- and just, you know, you're here to

19  testify accurately about what you know.  I think it's

20  great that you are providing your insights into what

21  you think things mean, right?

22      MR. GEBERT:  Mm-hmm, right.

1        MR. PARKE:  But just remember that they're not,

2   unless I'm mistaking something, looking for you to

3   testify about anything other than what you understand.

4        SPECIAL AGENT (b)(6); (b)(7)(C)    And that's a -- and

5   that's a very good point you bring up.  Your answers

6   obviously will be taken in the context of your

7   understanding of it, your definition of it, et cetera,

8   et cetera.  We certainly don't want to have you speak

9   for anything larger than your own personal experience

10  and actions.

11       MR. GEBERT:  Sure.  As you can understand, I want

12  to be candid and forthcoming, but also careful because

13  words have different definitions.  We always say in the

14  Department words matter, so, yeah.

15       SPECIAL AGENT (b)(6); (b)(7)(C)    And we appreciate that.

16  Thank you.  So generally, is your phone number (202)

17  230-2133?

18       MR. GEBERT:  No longer.

19       SPECIAL AGENT (b)(6); (b)(7)(C)    No longer, but had you

20  used that phone number?

21       MR. GEBERT:  Yes.

22       SPECIAL AGENT (b)(6); (b)(7)(C)    Up until what

1      MR. GEBERT:  Up until fall of last year, I

2   believe.  DECLASSIFIED

3      SPECIAL AGENT (b)(6); (b)(7)(C)   Okay.  So relatively

4   recently.

5      MR. GEBERT:  I don't remember, yeah, what -- when

6   I changed it, but, yeah.

7      SPECIAL AGENT (b)(6); (b)(7)(C)   All right.  Have you

8   contributed to an online -- an online and IRL community

9   called The Right Stuff, sometimes shortened to TRS?

10      MR. GEBERT:  Mm-hmm, yes.  They had an online

11   forum that I rarely posted on, but I did post on a few

12   times.  And, yes, I -- they create a podcast that I

13   listen to, and I am friendly with some people who would

14   be associated with TRS.

15      SPECIAL AGENT (b)(6); (b)(7)(C)   Okay.  And tell me about

16   the purpose or identity of that community, if you

17   wouldn't mind.

18      MR. GEBERT:  It is honest political commentary

19   that does not fit into the traditional silos of left,

20   right, center.  It's something that I started listening

21   to in 2015 or 2016, and I thought that they were being

22   more honest and intelligent and candid in the

1  political/cultural/international sphere than anything

2  else that was available at the time. Entertaining,

3  informing.

4      SPECIAL AGENT (b)(6); (b)(7)(C)   What was it about the --

5  what particular commentary on that -- on that forum and

6  in the various outlets was it that you were responding

7  to? You say it was honest. Honest in what way?

8      MR. GEBERT: As you are no doubt aware, they have

9  a pointed critique of what they would call Jewish

10  power, so that -- you know, that is a third rail or a

11  taboo of -- in almost all political commentary today.

12  I do believe that there is a factor that Jews do play

13  an important role in almost all aspects -- media,

14  foreign policy, academia, et cetera -- and yet talking

15  about that is often, like I said, taboo. So they --

16  going back to what I said before in terms of being

17  candid and intelligent, speaking about something that

18  is otherwise generally restricted is, you know,

19  sometimes appealing.

20      SPECIAL AGENT (b)(6); (b)(7)(C)   So it was a place for

21  honest conversation that you felt might be otherwise

22  censored or --

1          MR. GEBERT:  Yeah, I mean, the -- it was a place

2     where you could listen to what I considered honest,

3     entertaining, and informative conversation, sure.

4          SPECIAL AGENT [(b)(6); (b)(7)(C)]   Okay.

5          MR. GEBERT:  Yeah, like, John Derbyshire was the

6     -- he used to write for National Review.  I was

7     listening to his podcast before I discovered TRS, so.

8          SPECIAL AGENT [(b)(6); (b)(7)(C)]   And have you ever hosted

9     a podcast called The Fatherland Podcast?

10         MR. GEBERT:  I have never hosted a podcast called

11    that, no.

12         SPECIAL AGENT [(b)(6); (b)(7)(C)]   Okay.  Did you call in or

13    were you ever a guest on that podcast?

14         MR. GEBERT:  I contributed to it, yes.

15         SPECIAL AGENT [(b)(6); (b)(7)(C)]   Contributed, okay.

16         MR. GEBERT:  Yes.

17.        SPECIAL AGENT [(b)(6); (b)(7)(C)]   Tell me about that

18    podcast a little.  What was the -- what was the theme;

19    the purpose of that podcast?  What was it about?

20         MR. GEBERT:  Sure.  It's a show for -- I think the

21    tagline was a show for fathers and men.  It was

22    basically what they would -- I think what the host

110

1   wanted it to be was a comfy space, as we would say,

2   something where men, fathers could come together and

3   talk about everything from wives, kids, jobs, home

4   improvement, that sort of thing.

5        SPECIAL AGENT [b)(6); (b)(7)(C)]   I see.  Was there

6   anything political in that podcast?

7        MR. GEBERT:  Occasionally, but not often.  In

8   fact, it was specifically apolitical or non-political.

9   Generally, it didn't go into those -- into that sphere.

10       SPECIAL AGENT [b)(6); (b)(7)(C)]   And when you were on that

11  podcast, did you say that "Whites need a country of our

12  own with nukes, and we will retake this thing?"  Did

13  you -- were those your words?

14       MR. GEBERT:  I do not remember saying those words.

15  It is -- I mean, I believe -- I was not -- the show was

16  from many years ago, but it is entirely possible that,

17  yes, I -- I haven't heard the clip.  So, you know, to

18  say did you say this sentence, this sequence of words,

19  I honestly don't remember, but it is possible that I

20  said that, sure.

21       SPECIAL AGENT [b)(6); (b)(7)(C)]   You allow for the

22  possibility.

1     MR. GEBERT:  Absolutely.

2     SPECIAL AGENT (b)(6), (b)(7)(C)    Okay.

3     MR. GEBERT:  And that is -- I would add a

4  corollary to Israel, which has a country of its own

5  with nukes and is assertive, you know.  There's a

6  little bit of double standard there.

7     SPECIAL AGENT (b)(6); (b)(7)(C)    I see.  Did you reference

8  your -- did you ever reference your job with the State

9  Department on that podcast?

10     MR. GEBERT:  Never to my knowledge.

11     SPECIAL AGENT (b)(6); (b)(7)(C)    Okay.  Do you recall if

12  you said, "There are bigger things than a career and a

13  paycheck, and I don't want to lose mine?"

14     MR. GEBERT:  Same situation with the previous

15  statement that you cited.  I do not remember saying

16  those exact words, or I can't confirm that that's

17  exactly what I said.  But it is conceivable, and I

18  believe that that is a factual statement.

19     SPECIAL AGENT (b)(6); (b)(7)(C)    Okay.  What are some of

20  the other podcasts that you've contributed to?

21     MR. GEBERT:  I was on the Daily Show once.  After

22  attending the Unite the Right Rally, or attempting to

1   attend it -- I got there. It was a riot.  Everyone was

2   told to disperse, and I left, so I appeared on that to

3   discuss my experience there.  I have been on a show

4   called The Cocktail Hour, and --

5       SPECIAL AGENT [b)(6); (b)(7)(C)]  Mm-hmm.  What's The

6   Cocktail Hour?"

7       MR. GEBERT:  Cocktail Hour is a political

8   commentary, cultural commentary, sort of not highbrow,

9   but a little bit more intellectual, just to talk about

10  issues of the day, yeah.

11      SPECIAL AGENT [b)(6); (b)(7)(C)]  It's not about cocktails.

12      MR. GEBERT:  No.

13      SPECIAL AGENT [b)(6); (b)(7)(C)]  No, that's disappointing.

14      MR. GEBERT:  Sorry.

15      SPECIAL AGENT [b)(6); (b)(7)(C)]  What kind of things were

16  you talking about on The Cocktail Hour?  Was there a

17  specific episode that you were guesting on, or was it

18  just a free form or --

19      MR. GEBERT:  I was on two or three times.

20      SPECIAL AGENT [b)(6); (b)(7)(C)]  Okay.

21      MR. GEBERT:  I don't remember the exact content

22  that was -- one was about this meme, Gritty, which the

1    far left -- he's a mascot for the Philadelphia Flyers.

2         SPECIAL AGENT [(b)(6); (b)(7)(C)]    Yean, weird, goofy-

3    looking orange thing.

4         MR. GEBERT:  Exactly, right.

5         SPECIAL AGENT [(b)(6); (b)(7)(C)]:  Yeah.

6         MR. GEBERT:  And they made him into some mascot of

7    the far left, neo-Bolsheviks, communists, anarchists,

8    whatever you want to call it.  And then there was an

9    online effort to actually say, no, Gritty is actually,

10   you know, right wing.  So that was one.  I came on for

11   a short period to discuss the hearings on, I believe it

12   was white nationalism or something several months ago,

13   many months ago.  I don't remember the exact date.  And

14   then I believe there was a third appearance, maybe my

15   first appearance, and I don't remember exactly what the

16   content of that one was.

17        SPECIAL AGENT [(b)(6); (b)(7)(C)]    Okay.  And have you ever

18   contributed to the Ricky Vaughn Podcast?

19        MR. GEBERT:  Yep.

20        SPECIAL AGENT [(b)(6); (b)(7)(C)]    Okay.  What did you

21   discuss with the Ricky Vaughn Podcast with the host?

22        MR. GEBERT:  Ricky Vaughn, we talked about the,

1    would you consider yourself a white separatist?

2         MR. GEBERT:  I wouldn't consider myself a white

3    separatist.  I would consider myself a white -- an

4    advocate for white interests.  Do I think that a

5    country in which whites were explicitly sovereign or,

6    you know -- and I will use the Israel corollary, right?

7    Israel is called the Jewish state.

8         SPECIAL AGENT [(b)(6); (b)(7)(C)]   Right.

9         MR. GEBERT:  It's the home for Jews.  Do I think

10    that whites would be well served by a country for

11    whites?  Probably.  I can't tell for sure, but I think

12    that that's a reasonable outcome if you look at the

13    demographic trends, which are a deliberate policy

14    choice.  They are celebrated and they are ever

15    worsening.  So I think that any other racial group that

16    saw its component of any nation's population basically

17    going from 90 percent to 60 percent today to 40

18    percent, and for that not to raise concerns or -- for

19    that not to raise concerns among that population, to

20    me, is irrational, and it is some form of, you know,

21    hostile imposition on them.

22         If that were happening to -- you know, it happens

1   to Tibetans in Tibet, and it's a cause celebre that the

2   Chinese are, you know, intentionally bringing in

3   Chinese to Tibet, why?  To maintain control and

4   marginalize them.  It's happening to white South

5   Africans in South Africa --

6        MR. GEBERT:  Right.

7        MR. GEBERT:  -- when they lost political control,

8   and, you know, the ANC took over.  I think you could

9   make a very strong case that white well-being and

10  interests in South Africa are far worse now than they

11  were previously, to say nothing about apartheid, right?

12  I think it's just a recognition of reality that is

13  somehow permitted to -- every other groups except for

14  Europeans and whites.  And when you do speak up about

15  it, you're white supremist, evil, Nazi, xenophobe, et

16  cetera.  You know, any expression of advocacy for white

17  interests, no matter how inert or safe.  Steve King has

18  been, you know, an example of this, a congressman from

19  Iowa.  And it's like instantly the herd descends and

20  calls you the reincarnation of Adolf Hitler.

21        SUPERVISORY SPECIAL AGENT [REDACTED]:  So can I get

22  back to something you said?

1          MR. GEBERT:   Sure.

2          SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)    So you said --

3    you said your -- you advocate for harmonious to -- for

4    different races to group together harmoniously,

5    harmonious in -- how would that work in the United

6    States?

7          MR. PARKE:   And to clarify, I mean --

8          MR. GEBERT:   Yeah, I don't know --

9          MR. PARKE:   -- you know what -- well, you know

10   what you said.

11         MR. GEBERT:   Mm-hmm.

12         MR. PARKE:   I think that's different than what he

13   said, but please feel free to, you know.

14         MR. GEBERT:   Yeah, I don't know.  My opinion -- I

15   mean, do you want my opinion on, like, what I would

16   want to see future politics or policies in the United

17   States?  I mean, that's pretty open-ended, but, you

18   know.

19         SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)    No, no.  You

20   said your -- you said, "I wouldn't characterize myself

21   as a white supremacist.  I would characterize myself

22   as" -- you know, interested -- you know, you went, I'm

Page 134

Page 41

1    interested in white --

2        MR. GEBERT:  Yeah.  Yeah.

3        SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)    You also said

4    that different groups should get together and -- how

5    did that --

6        MR. GEBERT:  Or should have the opportunity to do

7    so.  Free association, right?

8        SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)    Right.

9        MR. PARKE:  And I think it was in reference to the

10   analogy of Israel and --

11       SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)    It was before

12   -- it was before that.

13       MR. PARKE:  Okay.

14       SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)    It was before

15   the -- .

16       MR. PARKE:  Okay.  Whatever you --

17       MR. GEBERT:  I mean, yeah.  You know, you can call

18   it racial nationalism or ethno-nationalism.  Those are

19   not my terms.  Those are terms that are out there for

20   the ability for people to identify with their own

21   people as they determine it and have some semblance of

22   self-determination.  So in the United States, for

118

1    example, when there are not any policies imposed from

2    above, whether it's busing in the 50s or 60s, or

3    affirmative action, or diversity quotas, or et cetera,

4    I think that you would find a natural grouping or

5    freedom of association for whites to tend to, not in

6    all cases, of course, live in a white neighborhood, for

7    blacks to tend to live in a black neighborhood.

8         Of course there are exceptions to that rule, but

9    loosening this, what I see as a stricture on everyone

10   must be jumbled together, diversity is our greatest

11   strength, be harmonious and be happy about it, damn it,

12   and if you disagree, you're a racist bigot Nazi.

13   That's a little more context to my thinking.  So in the

14   United States, you know, ending affirmative action,

15   ending mass immigration, which has been going on since

16   1965, taking in, you know, rough -- over a million

17   aliens, some of them good, some of them bad, some of

18   them lukewarm, et cetera, and deliberately changing

19   what was the historical immigration policy of the

20   United States, which was favoritism for, first,

21   northwest Europe, then the rest of Europe, that apple

22   cart got upset in 1965 and opened the floodgates --

age 136

1   that's not my term; that's just a, you know,

2   colloquialism -- to the entire world.  And I think that

3   that has been on the whole harmful to American

4   cohesiveness, national strength, and long-term

5   durability.

6        So if you -- if you think that that is a -- and

7   why do I care about this?  Because I still do care

8   about America.  I am still an American.  I'm an

9   American citizen, et cetera.  I think we are still the

10  greatest country in the world, but I think that we are

11  on a road to perdition.  I would never have

12  jeopardized, or I would never have spoken out about

13  these things if I didn't care, right?

14       I was a supporter and voter of Donald Trump,

15  primarily because I am an immigration restrictionist.

16  I think that American interests for people of all races

17  would be best served by an immigration moratorium and

18  an end to illegal immigration, and to give us time to

19  pause, settle down.  When we had the mass inflow of

20  immigration from the 18 -- call it -- you know, after

21  the Civil War up until 1924.  In 1924, Calvin Coolidge

22  signed the Immigration Act of that year, and it

1   essentially stopped the mass inflows.  We had very

2   little, almost zero, net immigration from 1924 to 1965

3   during which time the United States won World War II,

4   you know, we -- the moon landing.  So somehow we were a

5   very strong, dynamic country that moved from, you know,

6   a transcontinental emerging power to a superpower with

7   no immigration, all right?

8        So if you want to get into my mind and the red

9   pill process, immigration is a core aspect of that.

10  And I care about immigration, and I cared about

11  immigration, and I still care about immigration because

12  I care about not just my kids' interest or white racial

13  interests, but because I believe that mass immigration,

14  if left unchecked, will eventually lead to the ruin of

15  this country for a number of reasons.

16       SPECIAL AGENT [b)(6); (b)(7)(C)]   Okay.  So that's -- it

17  sounds like what you're talking about is replacement

18  theory.  Is that the term that's used fairly often?

19       MR. GEBERT:  You know, I have not read replacement

20  theory, but when you see the demographic numbers of

21  declining white share of the population of the United

22  States, that they are celebrated, and that if you speak

Page 138

1   against it, you are somehow made persona non grata, it

2   is not, I believe, unreasonable to draw a conclusion

3   from that that white people are being deliberately,

4   through public policy, being marginalized not just in

5   the United States, but all over the world and in the

6   countries where they either are still lingering

7   majorities or are now minorities and declining.

8        And, again, you know, I'm a white man, and if this

9   were happening to a Bantu tribe in a country, I would

10  think that that would be an offense against them.  If

11  it were happening to Tibetans in Tibet, which it is, of

12  course, that is an offense against them.  And if it's

13  happening to white people, I think there's a double

14  standard in which we somehow are put out there as like

15  this monolithic boogie man in control of everything.

16  And to oppose what's, to me, apparent in front of us is

17  somehow this evil observation, yeah.  It's a difficult

18  thing to -- once you see that it's happening, one feels

19  obligated to speak up against injustice.

20        SPECIAL AGENT (b)(6); (b)(7)(C)   So you feel this is

21  almost a public policy issue that the U.S. government

22  has a -- or should have a role in correcting this

1    influx of non-whites into the United States.

2         MR. GEBERT:   I believe that our -- I believe that

3    our immigration policy is against the interests of all

4    Americans of all races, of all income levels, except

5    for extremely high-income levels.   The Democrats

6    benefit because immigrants vote 70 percent for

7    Democrat, and the Republican Party generally benefits

8    because immigration drives down wages, and that pleases

9    the Chamber of Commerce.

10        SPECIAL AGENT (b)(6); (b)(7)(C)   Okay.

11        MR. GEBERT:   Yes, I do have -- you know, a

12   majority of the American people, at least as judged by

13   the Electoral College, agreed with the idea of

14   immigration restrictionism as witnessed by the election

15   of President Trump.   I still believe in immigration

16   restrictionism.   I think that, yes, we should have an

17   end to illegal immigration, and that America would be

18   best served by a drastic curtailment in immigration.   I

19   think the 1965 Immigration Act was one of the greatest

20   catastrophes to ever befall this country.

21        SPECIAL AGENT (b)(6); (b)(7)(C)   Okay.   But, you know,

22   you've basically been advocating for yourself as a

Page 140

Page 47

1    white male, correct, and your interests, is what I'm

2    hearing, is, you know, you're presenting yourself not

3    as -- as you say, you're not a white supremacist. Yes,

4    you don't believe that necessarily white people need to

5    rule over other races or anything of that nature.

6        MR. GEBERT: Sure.

7        SPECIAL AGENT [(b)(6); (b)(7)(C)]  But you're saying that

8    you're mostly agitating for yourself and for, you know,

9    white people.

10       MR. GEBERT: Advocating, not agitating.

11       SPECIAL AGENT [(b)(6); (b)(7)(C)]  Advocating. Not

12   agitating. Thank you. That was a -- that was a poor

13   choice of words. So you're advocating for white people

14   in the same manner that African-Americans would

15   advocate for African-Americans, et cetera, et cetera.

16   Is that a fair characteristic of your position?

17       MR. PARKE: And just to clarify that question,

18   you're referencing to him outside of this work, just

19   the statements that he's made, the views that he's

20   shared.

21       SPECIAL AGENT [(b)(6); (b)(7)(C)]  Mm-hmm. Mm-hmm.

22       MR. PARKE: Okay. Okay. Thank you.

1      SPECIAL AGENT (b)(6); (b)(7)(C)  ...Yeah, we're not talking

2    about --

3      MR. GEBERT:  Sure.  Yeah, I believe that white

4    people deserve and ought to exercise --

5      SPECIAL AGENT (b)(6); (b)(7)(C)  Right.

6      MR. GEBERT:  --.the same rights of self-advocacy

7    that other groups do.  I think there's a blatant --

8      SPECIAL AGENT (b)(6); (b)(7)(C)  Okay.  So then to follow

9    -- so then -- but then sort of the follow-on to that,

10   the natural direction of that is you would -- you would

11   support and look for political candidates and political

12   change the benefitted that world view.  Not that world

13   view, but that -- your concerns, yes.

14     MR. GEBERT:  Naturally I'd be more inclined to

15   support candidates that align with my political

16   preferences, policy preferences, et cetera, yeah.

17     SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)  Back to -- you

18   believe that -- so you said, you know, I believe that,

19   you know, races should be able to coalesce in --

20     MR. GEBERT:  Organically as they choose, see fit,

21   or smaller subgroups or religions.. absolutely.

22     SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)  So if -- let's

1    just hypothetically say a white group coalesced.  And

2    do you believe that if someone wanted to move into that

3    community who wasn't white, do you believe they could

4    be prevented from moving into there?

5         MR. GEBERT:  Okay.  So it's a hypothetical, and I

6    can see where you're going with that.  Let's put the

7    shoe on the other foot, and I'll answer it clearly and

8    honestly.  Okay.  If a group of African-Americans

9    decided that they wanted to build a community,

10   wherever, in West Virginia --

11        SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)   Okay.

12        MR. GEBERT:  -- and make that racially exclusive,

13   and just like, you know, there are senior citizen areas

14   where you have to be 55 or over to live.  If there was

15   an African -- and there actually is one in my -- near

16   hometown in South Jersey called -- oh, I can't -- the

17   name is escaping me at the moment.  There is

18   essentially a traditionally African-American community

19   in South Jersey near where I grew up in Stratford that

20   it was just -- everyone knew that that was the black

21   town, and it wasn't because it poverty stricken or

22   whatever.  It just was.

Page 143

1       And if a group wanted to freely associate, whether

2   it's based on age or religion, or on race or on

3   ethnicity, language, yes, I believe that so long as

4   they're not breaking any laws, so long as it's not a

5   terrorist training camp, so long as they're not, you

6   know, doing harm to children.  If they're living

7   harmoniously and just deciding we want this sort of to

8   be our own space, I would be fine for that.  So in that

9   town -- yeah.

10      SUPERVISORY SPECIAL AGENT [b)(6); (b)(7)(C)]   So in that

11  town, you couldn't buy a house in that town.

12      MR. GEBERT:  I don't -- I don't -- I mean, I don't

13  know if that's the case there.  In practice it is.  Is

14  it legally codified or whatever?  But, yes, freedom of

15  association would mean freedom to say, no, we're -- you

16  know, like, an HOA, you would be able to do that,

17  right?  So, you know, Israel is the Jewish state, and I

18  think that that is warranted.  And they have their

19  homeland, and they should be able to say, yes, we're

20  going to not allow Arabs to -- or allow Muslims to

21  immigrate here anymore, right?  Yes, that's -- .

22      My world view would also support, yes, like you

1    suggested, if a group of European-descended peoples

2    wanted to say, huh, this is -- this is a white

3    neighborhood and we like it that way and we prefer it

4    that way, I think that is a natural, understandable,

5    healthy inclination that has been, you know, over the

6    course of years sort of through culture or through mass

7    media and through the law, you know, basically made

8    impossible or -- I don't know if it's illegal, but,

9    yeah.

10        SPECIAL AGENT [b)(6); (b)(7)(C)]    All right.  Well, I'll

11   tell you what.  Let's move away a little bit from the

12   kind of freshman dorm skull sessions about society, and

13   politics, and that kind of thing, as much fun as it is

14   to discuss that stuff.  A few questions I was hoping

15   you'd just answer, quick ones.  Are you a member of an

16   organization that calls itself the -- calls themselves

17   the D.C. Helicopter Pilots?

18        MR. GEBERT:  I'm not a member of that

19   organization.

20        SPECIAL AGENT [b)(6); (b)(7)(C)]    You're not a member.

21        MR. GEBERT:  Yes, I have friends.  I have like-

22   minded friends that we came together and said, oh,

Page 145

1   let's do more than talk about sports and the weather

2   and stuff like that, typical things. Yeah, we came

3   together and said, oh, maybe -- you know, maybe we can

4   get the families together more often. Let's go on

5   hikes together. Healthy, legal activities, free

6   association with a CUTESY nickname, but it's

7   essentially a group of friends. And, yes, I have done

8   networking and am friends with people.

9        SPECIAL AGENT [(b)(6); (b)(7)(C)]  And is that group -- is

10  the -- is kind of a theme of that group your political

11  beliefs about white nationalism?

12       MR. GEBERT:  It's wide ranging. It's cultural.

13  It's linguistic. It's pro-family. It's pro-health.

14  It's pro-white, sure, but it's -- yeah, generally on a

15  broad plain, like-minded people freely associating

16  through friendship.

17       SPECIAL AGENT [(b)(6); (b)(7)(C)]  And does the name refer

18  to Augusto Pinochet and his propensity to throw

19  political rivals out of helicopters?

20       MR. GEBERT:  Originally, yes, there was a meme

21  called -- yeah. The idea of Pinochet using

22  helicopters, you know, is not in reference to his

129

1    it's a reference to acknowledging or speaking about the

2    role that Judaism, whether religious or ethnic, plays

3    often in an individual's world outlook, right?

4         SPECIAL AGENT [(b)(6); (b)(7)(C)]    I see.

5         MR. GEBERT:  Which to do so is a third rail, a

6    taboo, anathema, and, you know, acceptable discourse.

7         SPECIAL AGENT [(b)(6); (b)(7)(C)]    So it's basically calling

8    out what you feel to be Jewish power, Jewish influence

9    on American politics, society, media, et cetera.

10        MR. GEBERT:  Yeah, identifying the reality that

11   Jews are a distinct ethno-religious group, that they

12   are very wealthy, very powerful, very tribalistic, and

13   exert, you could call it, disproportionate or you could

14   call it earned, whatever.  They do exhibit a

15   significant amount of power in American foreign policy.

16   For example, U.S. -- the Israel Lobby and U.S. Foreign

17   Policy by Stephen Walt and John Mearsheimer.  I can't

18   describe it better than, but, yeah, something that is

19   -- they argue that it's bad for Jews and bad for

20   America, but, yeah.

21        SPECIAL AGENT [(b)(6); (b)(7)(C)]    Okay.  That's very

22   helpful, thank you, because I came across that, and I

1   had no idea what that meant. What are the 14 words?

2   That also gets referenced.  I'm not sure 100 percent

3   sure what that refers to.

4        MR. GEBERT:  The 14 words are "We must secure the

5   existence of our people and a future for white

6   children."

7        SPECIAL AGENT [(b)(6); (b)(7)(C)]   Okay.  And that's a bit

8   -- kind of a mission statement, if you will?

9        MR. GEBERT:  I believe -- I don't know about

10  mission statement, but I believe that that is a valid

11  and acceptable and noble statement, and I don't think

12  that there's anything wrong with it.

13       SPECIAL AGENT [(b)(6); (b)(7)(C)]   Okay.  One of the things

14  brought up in the article and they pointed to online

15  was a online chat with the Coach Finstock handle, in

16  which you basically were discussing immigration from

17  Europe, and the regulations, the stipulations of having

18  to list social media activity on immigration

19  applications, visa applications, that kind of thing.

20       MR. GEBERT:  Mm-hmm.

21       SPECIAL AGENT [(b)(6); (b)(7)(C)]:  And basically, the

22  exchange kind of seemed to be suggesting that people

1  who shared your sentiments, the 14-word kind of

2  category, should basically not list any social media

3  activity at all, and that they could rely on the Coach

4  Finstock persona -- presumably yourself -- as a

5  reference for that.  Did you make that statement

6  online?

7        MR. GEBERT:  Sure.  So a couple of things about

8  that.  I saw that screenshot.

9        SPECIAL AGENT [(b)(6); (b)(7)(C)]   Okay.

10       MR. GEBERT:  And screenshots can be doctored,

11 right?

12       SPECIAL AGENT [(b)(6); (b)(7)(C)]   Yes, they can.

13       MR. GEBERT:  And I saw screenshots reportedly

14 associated with some of the accounts that you

15 referenced that I can't say that they were wrong or

16 doctored because I can't remember a tweet from two or

17 three years ago necessarily.

18       SPECIAL AGENT [(b)(6); (b)(7)(C)]   Of course.

19       MR. GEBERT:  So that's one thing.  Screenshots are

20 doctored all the time and manufactured.

21       SPECIAL AGENT [(b)(6); (b)(7)(C)]   Right.

22       MR. GEBERT:  I did see the one that you are

1   referring to. I do not remember making that tweet.

2   SPECIAL AGENT [(b)(6); (b)(7)(C)]   Okay.

3   MR. GEBERT:  But in reading it, it is clear that

4   it is a poor, snarky joke, and I have never had any

5   role whatsoever in coaching or involvement or anything

6   related to visa admittance of foreign nationals or any

7   others to the United States.

8   SPECIAL AGENT [(b)(6); (b)(7)(C)]   Okay.  So you're stating

9   now you have had no role in assisting with --

10   MR. GEBERT:  None whatever.

11   SPECIAL AGENT [(b)(6); (b)(7)(C)]   -- abetting any kind of

12   visa fraud, any kind of dishonesty during the visa

13   process.

14   MR. GEBERT:  Across the board, no involvement

15   whatsoever.  And, I mean, when I lived in Alexandria,

16   like, my old high school principal said there's a young

17   Ukrainian kid who's going to be in town, and, you know,

18   would you consider showing him around the monuments or

19   something like that, sure.  But I had no involvement

20   even there with his -- I've never had any involvement

21   with visa issuance or coaching anyone on getting visas.

22   I don't think I've ever written a letter of support for

1    visas.  I mean, it's possible over a decade or two ago,

2    I did, but, yeah.  So I can't say I sent that tweet.

3    In reading it, you know, I look at it and I think maybe

4    I did, and that was a really poor choice of a time to

5    make a bad joke.

6         SPECIAL AGENT [(b)(6); (b)(7)(C)]   Okay.  Well, fair enough.

7    What do you feel was taken out of -- taken out of

8    context or misrepresented in the SPLC article?  So

9    we've kind of gone through --

10        MR. GEBERT:  Sure.

11        SPECIAL AGENT [(b)(6); (b)(7)(C)]   -- statement by statement

12   everything they said.

13        MR. GEBERT:  Sure.

14        SPECIAL AGENT [(b)(6); (b)(7)(C)]   And we verified it and

15   found it, so.

16        MR. GEBERT:  Yeah.  Well, yeah.  I would -- I

17   would -- honestly, and you know, someone else might

18   call this self-serving.  I would call it honest and,

19   you know.  The SPLC has an agenda -- .

20        SPECIAL AGENT [(b)(6); (b)(7)(C)]   Sure.

21        MR. GEBERT:  -- to do these things, and they've

22   been doing them for decades --

1      SPECIAL AGENT [(b)(6), (b)(7)(C)]   Mm-hmm.

2      MR. GEBERT: -- to create maximum inflammatory

3  coverage, and, in so doing, justify their existence and

4  increase their fundraising. So if you boil down those

5  three articles --

6      SPECIAL AGENT [(b)(6), (b)(7)(C)]  Right.

7      MR. GEBERT: -- which our family self-appointed

8  inquisitor, Michael Hayden, wrote, including speaking

9  to my mentally ill brother, which he's diagnosed

10  bipolar and is currently manic. So I'll stick on the

11  question, but I wanted to get that before I forgot.

12  What you have is online speech under a pseudonym with a

13  gamut of commentary from the banal, to the innocent, to

14  the edgy, to the controversial. Then you have making

15  friends with like-minded people, networking under a now

16  defunct, you know, CUTESY nickname for a group of

17  friends. And then you have hosting like-minded people

18  at our house for what was actually a nice, innocent,

19  wholesome family party that, yes, my children were at,

20  and I have no regrets about hosting to this day. And

21  then going to a dinner by David Irving, who I -- who

22  was, and, I believe, still should be, considered a

1   preeminent, groundbreaking historian across all manner

2   of World War II inquiries, including for Germany during

3   the war period, so.

4        SPECIAL AGENT [(b)(6); (b)(7)(C)]    Okay.  So you feel that

5   they took all of these facts, which you feel are --

6        MR. GEBERT:  Defendable.

7        SPECIAL AGENT [(b)(6); (b)(7)(C)]    -- defendable,

8   defensible --

9        MR. GEBERT:  Yeah.

10       SPECIAL AGENT [(b)(6); (b)(7)(C)]    -- and packaged them in a

11  way that --

12       MR. GEBERT:  Of course.

13       SPECIAL AGENT [(b)(6); (b)(7)(C)]    Okay.

14       MR. GEBERT:  Yeah.

15       SPECIAL AGENT [(b)(6); (b)(7)(C)]    So that's kind of how you

16  -- how you -- that would be your response to the

17  article, in other words.

18       MR. GEBERT:  I mean, I would love to respond to

19  the article.  I would love to sit down with Michael

20  Hayden and have a conversation with him.

21       SPECIAL AGENT [(b)(6); (b)(7)(C)]    I'm sure.

22       MR. GEBERT:  I would love to talk to everybody

1   like I'm -- am I talking too much?

2        SPECIAL AGENT [(b)(6); (b)(7)(C)]   No, no, no.

3        (Cross talking.)

4        MR. PARKE:  I'm sure you know he hasn't, but --

5        SPECIAL AGENT [(b)(6); (b)(7)(C)]   Oh, I'm sure if he had,

6   that would've been all over the SPLC website.

7        MR. PARKE:  Yeah.  Yeah.

8        SPECIAL AGENT [(b)(6); (b)(7)(C)]   So we're not concerned

9   about that.

10       MR. PARKE:  So, yeah, he's --

11       MR. GEBERT:  Yeah.  So, I mean --

12       SPECIAL AGENT [(b)(6); (b)(7)(C)]   Okay.

13       MR. GEBERT:  Yeah, I thought that this was going

14   to be a "yes or "no," you know, were you here on this

15   date, do you own this account, or whatever.  You're

16   asking me for context and a lot of opinionating or

17   explaining of things that are not easily --

18       SPECIAL AGENT [(b)(6); (b)(7)(C)]   Usually we do the "yes"

19   and "no," but, I mean, this is -- this is your

20   opportunity.

21       MR. GEBERT:  Sure, yeah, and I thank you for that.

22       SPECIAL AGENT [(b)(6); (b)(7)(C)]   And you are entitled to

1  it as an employee of the Department.

2       MR. GEBERT:  Sure, right.  But the question was

3  about the article, yeah.  So, look, I understand that

4  my opinions are considered controversial by some, all

5  right?  I am aware of that, right?  I also feel that

6  they are valid, informed, and important for not just

7  the interests for white people, but for American

8  interests.  I do believe this country is on a collision

9  course with perdition, whether it's debt, whether it's

10  lack of social cohesion, whether it's, you know, just

11  bad policies in general.  But, yeah, I mean, the SPLC,

12  which has been routinely attacked -- the same way that

13  the SPLC attacks me, they have been attacked in dozens

14  of articles.

15       Two weeks after my article came out, a respected

16  woman who worked for the Family Resource Council said,

17  you know, I was almost murdered in the lobby in

18  Washington because the SPLC spun up hate against some

19  group, and then the guy came in and shot up.  It was

20  like the Chic-Fil-A incident or something like that.

21  And in that article, and I have it with me.  You know,

22  you can find it.  USA Today, "SPLC is a Hate-Based

138

1    Scam."

2         There's copious Tinks in there about all manner of

3    perfidy, fundraising, misdeeds, sexual harassment,

4    discrimination, of all things, in this organization

5    that is supposedly, you know, committed to southern

6    poverty.  And now what they do is they make money by

7    hunting for scalps.  And in my case, it's

8    unquestionable that the person who sold my scalp, so to

9    speak, or who gave my information to the SPLC is Katie

10   McHugh, who was a Breitbart writer and who was fired,

11   and who my wife and I treated with kindness after she

12   was fired because she was fired for making some comment

13   on Twitter or elsewhere -- I don't remember -- and then

14   they just said, all right, you're done, off with your

15   head.

16        We were very kind to her.  We gave her, I think,

17   100 bucks in the wake of her firing.  We offered to let

18   her house sit for us for money when we went on

19   vacation.  And, yeah, I tried to get her a writing -- a

20   new writing gig for Chronicles magazine, which is not

21   white nationalist.  It's white Christian.  And in so

22   doing -- by the -- the reason that we changed or phone

1   number in the fall is because that was around the time

2   that it was clear that she was selling people out for

3   their opinions to get scalps to fund herself.  She's

4   fired.  She's laid off.  She's bitter.

5       So Ian Smith, a DHS employee -- you know,

6   basically she opened her up Gmail inbox to BuzzFeed,

7   apparently the SPLC.  And due to the kindness and

8   generosity that we showed her, you know, we thought she

9   couldn't possibly be so perfidious as to sell our --

10  the details of the house party where she came and met

11  our children for money, but eventually she did.

12      SPECIAL AGENT (b)(6); (b)(7)(C)   And that's what got this

13  all started.

14      MR. GEBERT:  I believe so.  Yeah, I believe that

15  she provided my emails -- and by the way, she was the

16  one who organized that David Irving dinner.  She

17  organized it.  She invited us.  She invited my wife

18  actually directly, and then I was -- I had never read a

19  David Irving book before, but I knew that he had a

20  reputation for being a true history -- he worked in a

21  factory in Germany to learn German just so that he

22  could study the source information better.

1          But regardless, she organized that dinner and

2    invited us.  We attended.  And there's one thing in

3    there where it was, like, he identified himself as

4    working for the State Department.  I don't remember

5    saying that, but it's -- it is possible that I said my

6    name is Matt Gebert, and I work for the State

7    Department.  It was a small roundtable and intimate

8    gathering to listen to a historian discuss his life and

9    letters, et cetera.  So I -- you know, I would do that

10   again without compunction because my name is Matt

11   Gebert, and I work for the State Department.  I didn't

12   represent myself as I'm here on State Department

13   business..

14          SPECIAL AGENT [(b)(6); (b)(7)(C)]   Of course, yeah.

15       MR. GEBERT:  Yeah.  Yeah, you know, it was an

16   open-ended question about the SPLC articles.  The

17   second one had a picture of me.  I did attend the first

18   Charlottesville, which was not controversial.  It was

19   people coming together to, again -- what drove

20   Charlottesville was the decision to take down Robert E.

21   Lee, which pissed a lot of people off, myself included.

22       SPECIAL AGENT [(b)(6); (b)(7)(C)]   Yeah.

1    MR. GEBERT:  So that was the second one, I think.

2    That was the one in which State Department employees

3    were talking to Michael Hayden reportedly in his

4    article --

5        SPECIAL AGENT (b)(6); (b)(7)(C)   Right.

6    MR. GEBERT:  -- citing them as confirming who I

7    am, speaking poorly about me.  And then the third one

8    was the one where he apparently, you know, hunted down

9    my mentally ill brother living in an apartment in South

10   Jersey to talk to him, and that's where he opened up

11   about all the backgrounds of my -- yes, I listened to

12   rap as a high school student.  Yes, I was a good kid.

13   I studied, et cetera.

14       SPECIAL AGENT  (b)(6); (b)(7)(C)    So let me ask you this.

15   You've worked at the State Department for six-ish

16   years, so, right?

17       MR. GEBERT:  Right.

18       SPECIAL AGENT (b)(6); (b)(7)(C)    You've had background

19   investigations done --

20       MR. GEBERT:  Mm-hmm.

21       SPECIAL AGENT (b)(6); (b)(7)(C)   -- for your security

22   clearance.

1      MR. GEBERT:  Mm-hmm.

2      SPECIAL AGENT [b)(6); (b)(7)(C)]  You never mentioned any

3  of this, any of the affiliations, any of the podcasts

4  that you were on, your political beliefs.  You never

5  mentioned any of that in the security interview.

6      MR. GEBERT:  Mm-hmm.

7      SPECIAL AGENT [b)(6); (b)(7)(C)]  Didn't you think that

8  that was something that you should bring up with the

9  investigators just to pull the pin out of the grenade

10  before someone else did?

11      MR. GEBERT:  I don't know because I am proud of my

12  views, and I am not at all ashamed of having them

13  publicized, and I don't think that the United States

14  government should either.  I do not think that -- I did

15  not think and I do not think now that online pseudonyms

16  for the purposes of social media were asked or

17  requested.  I see people on social media all the time

18  in the building.

19      SPECIAL AGENT [b)(6); (b)(7)(C)]  Yeah.

20      MR. GEBERT:  You know, they're not tweeting under

21  my first name, middle name, last name.

22      SPECIAL AGENT [b)(6); (b)(7)(C)]  Right.

1        MR. GEBERT:  I will say in that first interview

2   with -- her name escapes me at the moment, but she has

3   a serious throat -- voice issue, and it was difficult

4   to understand her.  That's not what you asked I know,

5   but I can tell you and the --

6        (Cross talking.)

7        MR. GEBERT:  Yes, it was extremely difficult to

8   understand her.  And at some point she was like rather

9   than me read these questions to you, why don't I just

10  hand them to you and, you know, we'll get through this,

11  all right.  I'm not impugning her professionalism or

12  anything like that, but I don't even know -- she said

13  she might have to give it up because she had trouble

14  speaking.  I could never understand her on the phone

15  very clearly and ask her, all right.

16       SPECIAL AGENT (b)(6); (b)(7)(C)   Okay.

17       MR. GEBERT:  You know, an online pseudonym, which

18  I use to express First Amendment speech --

19       SPECIAL AGENT (b)(6); (b)(7)(C)   Mm-hmm.  Mm-hmm.

20       MR. GEBERT:  I don't believe that was asked.

21  Attendance at a legally-permitted rally, or attended

22  attendance unless I was dispersed, no.  Attending a

1   dinner with a historian? No... Making friends with

2   like-minded people? No. Did I ever think in a million

3   years that the SPLC would seize on me and make me a

4   cause celebre? No. Did I think that my political

5   opinions across the spectrum -- maybe it's on

6   immigration, maybe it's on freedom of association. I

7   think affirmative action is horrible. My opinion as a

8   State Department employee, what if I -- what if I made

9   those comments in candor at a dinner party? Could that

10   come back to bite me? Possibly. Sure.

11   I mean, people are put up for a two-minute tape

12   all the time for jokes, for things taken out of

13   context, whatever. You know, I don't think -- I was

14   not asked specifically about attendance at rallies,

15   about online pseudonyms, about my world outlook. I

16   wasn't asked. I didn't provide it.

17   SPECIAL AGENT [(b)(6); (b)(7)(C)]   One of the questions they

18   did, however, ask was whether or not you had an

19   association with any person, group, or business venture

20   that could be used even unfairly to criticize, impugn,

21   or attack your character or qualifications for a

22   government position. And you basically answered that

age 169

Page 76

```
 1   question negative.

 2       MR. GEBERT:  Mm-hmm.

 3       SPECIAL AGENT (b)(6); (b)(7)(C)    Also denied any other

 4   information, including information regarding other

 5   members of the family, that could suggest a conflict of

 6   interest or possible source of embarrassment to

 7   yourself, the Department, or the United States.

 8       MR. GEBERT:  Mm-hmm.

 9.      SPECIAL AGENT (b)(6); (b)(7)(C)    And you still feel that's

10   the case.

11       MR. GEBERT:  I am proud of my views, and I'm proud

12   of what I have done.  And obviously now with the

13   benefit of hindsight and seeing what the SPLC is

14   capable of generating and creating and spinning into a

15   inflammatory package, sure.  Was I aware that some of

16   my opinions could possibly be construed as, you know,

17   something?  Maybe, maybe not.

18       SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)   Well, let's go

19   to the Charlottesville rally.

20       MR. GEBERT:  Sure, yeah.

21       SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)   You don't

22   think your attendance at the Charlottesville -- let's
```

1   other ones, and some of your -- some of your quotes got

2   out?  You didn't think that would be possibly

3   embarrassing to the government?

4       MR. GEBERT:  I did not go through the, like,

5   numerous ways in which, you know, could this be, could

6   that be, could this be.  I mean, in this day and age,

7   almost anything could be potentially embarrassing to

8   the government.  Frankly, there's tons of activities

9   that people engage in that are not embarrassing to the

10   government apparently that should be.  I mean, it's

11   very difficult to say.

12       SPECIAL AGENT [(b)(6); (b)(7)(C)]   It is, but, you know, I

13   apologize, but I feel like you're being a little bit

14   consciously naïve about the question.

15       MR. GEBERT:  Okay.

16       SPECIAL AGENT [(b)(6); (b)(7)(C)]   Because the question is

17   clear.  It's, you know, it's anything -- basically is

18   there any dirt in your past, that kind of thing.

19       MR. GEBERT:  Sure.  Yeah.

20       SPECIAL AGENT [(b)(6); (b)(7)(C)]   And obviously we've all

21   done some things, and you said if you took anybody's

22   online history and sifted through, you could find

1    anything, particularly now when you've got 20-

2    somethings that grew up with the internet.

3        MR. GEBERT:  Sure.

4        SPECIAL AGENT (b)(6); (b)(7)(C)    But you know that you

5    have some affiliations and you've rubbed shoulders with

6    some people that have very, very inflammatory and

7    alarming world views.  Maybe you don't hold them

8    yourself, but when you have people who attend your

9    dinner party and serve these, I think most people would

10   look at that and be very, very concerned about it.

11   They'd be very alarmed about that, and I think the

12   Department -- don't you feel that if the Department --

13   it came out that the Department had an employee that

14   served swastika-shaped cookies at a dinner party, it

15   would embarrass them?  It would --

16       MR. GEBERT:  I mean --

17       SPECIAL AGENT (b)(6); (b)(7)(C)    It would undermine the

18   work of the State Department.

19       MR. GEBERT:  I didn't even remember that that

20   was --

21       SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)   Right.

22       MR. GEBERT:  Right.  It's not -- yeah, it's a

1   cookie.

2         SPECIAL AGENT (b)(6); (b)(7)(C)   But the D.C. Pilots that

3   you're a part of post a meme like this with somebody

4   who's in black shirt wearing a swastika.  I mean,  I

5   again, I'm not suggesting you hold those views.  I

6   don't know what you hold in your heart.  But you know

7   that you came -- brushed against it.

8         MR. GEBERT:  Mm-hmm.

9         SPECIAL AGENT (b)(6); (b)(7)(C)   I mean, individuals who

10  have friends -- this happens with background

11  investigations.

12        MR. GEBERT:  Sure.

13        SPECIAL AGENT (b)(6); (b)(7)(C)   Individuals who have

14  friends -- high school buddies, college buddies, who

15  are in prison now for dealing drugs, insider trading,

16  whatever -- they mention that because they know that

17  the affiliation can be made, the association can be

18  made, and they don't want that to get out.  You didn't

19  feel that was worth mentioning at all.

20        MR. GEBERT:  I did not feel that that was worth

21  mentioning because my -- I consider my activities to be

22  First Amendment protected speech, free association, and

1   never breaking the law.

2        SPECIAL AGENT [(b)(6); (b)(7)(C)]   No.

3        MR. GEBERT:  And it was -- and when I was asked

4   that question, I was not thinking, like, you know, in

5   the government's interest.  I was thinking in terms of

6   my rights, my abilities, which, you know, you're right.

7   I was cognizant that they were not within the normal or

8   the acceptable realm of things, but they're still my

9   opinions, and I don't have to pour my heart out on a

10  plate to --

11       SPECIAL AGENT [(b)(6); (b)(7)(C)]   But it's also a security

12  clearance, and part of a security clearance issue is

13  the ability to exploit you.

14       MR. GEBERT:  Sure.

15       SPECIAL AGENT [(b)(6); (b)(7)(C)]   And you don't feel that

16  that information could be -- have use -- could've been

17  used to exploit you, to blackmail you, coerce you, or

18  anything like that?

19       MR. GEBERT:  A hundred -- a hundred percent no

20  because I'm not ashamed at all of my views.  I can't be

21  bought.  I believe what I believe.  You know, I'm a

22  true believer, not in any cult sense, but in terms of

1    having informed, you know, beliefs and values that

2    unfortunately in this day and age are judged to be

3    beyond that pale.

4       SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   Again, we're

5    not arguing your rights.

6       MR. GEBERT:  Sure.

7       SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   We're arguing

8    -- I would agree you have every right to believe what

9    you do, and you have -- I believe in the right to free

10   speech.  However, what I think [(b)(6); (b)(7)(C)] is getting at is --

11   what the question says is you work for a Department

12   that essentially espouses the exact opposite of what

13   you are espousing.  They espouse equality.  They

14   espouse we're the State Department.  You work in a

15   portfolio across different cultures.

16      MR. GEBERT:  Mm-hmm.

17      SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   You don't

18   think that, and, again, we're not saying that you

19   believe.

20      MR. GEBERT:  Sure.

21      SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   If you just

22   believed it and just went home every night and did

1   everything, but you're attending rallies.   You are

2   posting -- you are saying it on podcasts.   You are

3   posting on Twitter.   Those are the things, I think,

4   where (b)(6); (b)(7)(C) is getting at that can cause embarrassment

5   to the State Department or the government.   And you're

6   telling us here you don't believe any of that is true.

7   Again, not what you believe, but what you're espousing

8   is my point, what you're espousing online that could be

9   attributed back to you, a State Department employee,

10   and then now we have -- we're at where we're at.   Do

11   you understand what I'm saying?

12       MR. GEBERT:   Yeah.

13       SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)   So you still

14   -- you still want to maintain you didn't believe any of

15   that would be possibly embarrassing to the State

16   Department, not what you believe, but what you're

17   espousing.

18       MR. GEBERT:   Right, yeah.   The benefit of

19   hindsight and seeing what has happened, certainly now

20   it's obvious that my views have been a cause -- as I

21   said earlier, a cause of consternation to the

22   Department.   At the time when I answered those

1    questions in person, and thinking about my rights and

2    abilities to be anonymous online and speak freely as an

3    American citizen, also to attend rallies and also host

4    dinners with like-minded people, and I'm not thinking

5    is that going to be embarrassing.  I'm thinking those

6    are -- those are my rights, and there's a double

7    standard that other people are not reporting going to

8    other rallies that for whatever reason are within the

9    realm of respectability, okay?  Yeah, I --

10        SUPERVISORY SPECIAL AGENT [b)(6); (b)(7)(C)]   So you're

11   equating the United the Right rally to climate change

12   or --

13        MR. GEBERT:  On paper, that was a rally to protect

14   monuments.  That was the cause of the rally, yeah.  I

15   can't vouch for every person who was on the playbill or

16   who attended or whatever.  But it was a legitimate

17   expression of political rights that I remain proud of

18   even though it turned into a total shit show, not

19   because we went there to fight, but because of how it

20   went, so, yeah.  And I'm not being self-aggrandizing

21   here, but I would love to give interviews and talk

22   about my experience, not working for the Department,

1    but, you know, mild-mannered South Jersey boy goes --

2    does grad school and gets in with the State Department,

3    and then comes to hold these, you know, beliefs.  How

4    does that happen?  That's a story that is suppressed.

5         You know, there's an article in the Washington

6    Post that just came out about me yesterday as the

7    president of my homeowners association..  They don't

8    always have horns and claws.  They live amongst you,

9    right?  I'm not breaking out the violin, but I'm a

10   normal, healthy, patriotic American who is deeply

11   distressed about the course of our country, that I felt

12   obligated to do something, and that includes working

13   for the State Department.  That includes speaking

14   honestly and candidly, anonymously online, and that

15   includes associating with people who share my views, at

16   least loosely.

17        SPECIAL AGENT [b)(6); (b)(7)(C)]   Do you ever talk about

18   your political views at work?  Do you ever talk to your

19   co-workers or --

20        MR. GEBERT:  Almost never.  As you -- as you are

21   no doubt aware, the State Department, especially in

22   Harry S. Truman, is overwhelmingly left, globalist,

1   Democrat, right?  I think that's a fair

2   characterization.

3       SPECIAL AGENT [(b)(6); (b)(7)(C)]  Yeah.

4       MR. GEBERT:  So knowing that, I'm just doing my

5   job.

6       SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]  I do have one

7   other question, and I know you don't remember saying

8   it, but I would like your understanding of it.

9       MR. GEBERT:  Sure.

10  .   SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]  On The

11  Fatherland podcast, you said, "Whites need a country of

12  their own with nukes, and we will retake this thing

13  lickety split."  What is "retake this thing lickety

14  split?"

15      MR. GEBERT:  Fair enough.  Same caveat in that I

16  don't remember saying that.

17      SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]  Right.

18  You're --

19      MR. GEBERT:  Yeah, I would want to hear the clip,

20  to be honest --

21      SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]  Right.

22      MR. GEBERT:  -- because, you know, that seems --

1    let's assume that I said that.

2        SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]    Okay.

3        MR. GEBERT:  That would mean -- it's definitely a

4    corollary or a comparison to Israel, right?  Israel has

5    a country of its own for Jews with nukes.  If whites

6    had a country of their own with nukes, we could retake

7    control of our destiny.  Not retake control of the

8    world.  Not nuke the world.  I am not a advocate for --

9    you know, but, you know, essentially --

10       SPECIAL AGENT [(b)(6); (b)(7)(C)]    Who will you use the

11   nukes against?  That's what I don't understand.

12       MR. GEBERT:  It's not about using.  It would not

13   be about using them.  It would be about, you know,

14   protecting yourself, right?  What are -- what are the

15   countries that, you know, tend to be more stable and

16   not get attacked are nuclear armed countries.  So just

17   as a hypothetical.

18       SPECIAL AGENT [(b)(6); (b)(7)(C)]    All right, but, I mean,

19   we have nukes now, I mean --

20       MR. GEBERT:  Right.

21       SPECIAL AGENT [(b)(6); (b)(7)(C)]    So I don't understand --

22   you know --

1      MR. GEBERT:  Sure.  That gets back to the idea of

2  the right to self-determination.

3      SPECIAL AGENT [(b)(6); (b)(7)(C)]  And it's not -- it's

4  probably worth doing a deep dive into something that

5  you threw off the top of your head in a podcast.

6      MR. GEBERT:  Yes, and, you know, to that

7  obviously, you know --

8      SPECIAL AGENT [(b)(6); (b)(7)(C)]  Carrying that to the

9  logical --

10      MR. GEBERT:  Yeah, I would want to hear that again

11  to confirm it.

12      SPECIAL AGENT [(b)(6); (b)(7)(C)]  Right.

13      MR. GEBERT:  Because it sounds like I probably

14  threw that in there at the end.  You know, it was

15  probably -- we would just --

16      SPECIAL AGENT [(b)(6); (b)(7)(C)]  You mentioned Republicans

17  and --

18      SPECIAL AGENT [(b)(6); (b)(7)(C)]  But you sort of mentioned

19  retaking things.  That's a -- that's a theme that comes

20  up.

21      MR. GEBERT:  Control.  Yeah, that's -- that does

22  not mean, like, retaking control of the world and

1   having global.--

2          SPECIAL AGENT [(b)(6), (b)(7)(C)]   Not the world, but the

3   country certainly.  You mentioned in another podcast --

4   I think it was the -- I think it was the one with Rich

5   Vaughn -- about how -- I mean, you kind of

6   prognosticated a collapse of society and a need to

7   retake things after society finally hits sort of a zero

8   point.

9          MR. GEBERT:  You know, looking at -- looking at

10  American trends, I think that that is a distinct

11  possibility, that all of the fractures in our society,

12  which are not just racial, but religious, cultural,

13  political.  Like I said before, I'm deeply terrified

14  for the future of my children in this country for many

15  reasons -- officially sanctioned discrimination based

16  on race, based on political identity.  So caring about

17  those things as I do and --

18          I'll give you a little more context.  You know, I

19  supported Donald Trump in 2015 into 2016 because I

20  viewed him, however imperfect, you know, whatever his

21  flaws, et cetera, his proposals for build a wall,

22  restrict immigration, you know, end DACA, all those

1    things...I view those as legitimate, legal, justifiable,

2    intelligent policy prescriptions to get America back on

3    the right track.  If I didn't care about America, I

4    wouldn't have like -- I wouldn't care about

5    immigration, right?  It goes beyond just America.

6         But seeing now -- I don't want to get into, like,

7    analysis of how immigration policy has gone.  But I

8    think, you know, there's a large segment of the

9    population that views his policy promises that were

10   made in writing as largely unfulfilled, whether it's

11   his fault or it's Republicans in Congress' fault.  I

12   think the failure of those promises to come to any sort

13   of meaningful fruition is another bad sign for the

14   future prospects of this country.  Now, you know, the

15   United States may continue on for another 200 years,

16   but will it even remotely resemble what I did in the

17   past?  Probably not.  Sometimes countries die.

18   Sometimes they just change beyond recognition.

19        SPECIAL AGENT (b)(6); (b)(7)(C)   And that's what you're

20   concerned about is some kind of a --

21        MR. GEBERT:  You know, I grew up -- I grew up in

22   the 80s, in a nice suburb.  It's probably 90 percent

1   white, something like that. It was quiet, safe.   It's

2   cohesive. We moved to Leesburg from Alexandria to

3   roughly replicate the memories of my childhood and my

4   wife's.  This is a decision made back in 2012.  This is

5   before the "alt-right" was even a phrase, right?  It's

6   about doing right by your kids, acting in accordance

7   with what I consider to be a natural inclination, and

8   also caring for your country and the future.

9        You know, is a -- is a 90 percent white, 10

10  percent non-white America in 1960, and is a, you know,

11  40 percent white America in 2050 or whatever it is, is

12  that going to remotely resemble that America, or are --

13  is our -- is our national strength going to be nearly

14  as strong or going to be as cohesive, et cetera?  I

15  think the answer to that is, if you ask anybody

16  honestly, it would be no.  It's going to be worse.

17  It's going to -- the prime minister of Singapore once

18  said that in multi-ethnic, multiracial societies,

19  democracy is just a racial headcount or a religious

20  headcount.  Everybody votes according to their own

21  self-interests.  And I think you see that in America

22  today.

1        So, you know, I joined the State Department out of

2   patriotism and a passion for foreign affairs.  I served

3   dutifully six years, despite my deep concerns and

4   feeling obligated to do something, anything, to raise

5   awareness or make people aware of what's going on out

6   there.  Yes, I have online commentary, with like-minded

7   people, et cetera, attending, you know, a rally.  But

8   at the same time, like, you know, you know, it's

9   entirely possible for someone to have personal opinions

10  and conduct himself professionally and apolitically,

11  and with no bias toward other individuals.  People are

12  individuals.  There are horrible white people.  There

13  are horrible black people.  There are good black

14  people, et cetera.

15        You know, it's funny.  It's like the -- when I was

16  wracking my mind for, like, anything I could've ever

17  done in the office, right, and thinking back to one

18  conversation that I had with a colleague years ago when

19  he asked me out to go get coffee to talk about

20  something else.  And we wandered onto education, I

21  think, or public education, and this may have been

22  2014, I don't know.  And I remember we were talking

1    about U.S. educational performance and how we spend so

2    much money and get worse outcomes than Singapore or,

3    whatever, Shanghai.

4         And I said, well, actually if you adjust -- if you

5    adjust the -- PISA is the score.  So I don't mean to be

6    long-winded here, but if you adjust the educational --

7    the test results of American students by race, you

8    would see that, you know, if America was all white, our

9    test scores would up here, if America was all black,

10   down here.  That was just a factual observation that

11   there are different outcomes by race.  Whether that's

12   because of systemic oppression or whether that's

13   because of rich reality, I didn't get into it.  But the

14   only reason I brought that up is because, like, that's

15   the only thing I could ever think about ever saying in

16   the office to a co-worker that can even be remotely

17   construed as racialist or, you know, controversial.

18        God knows people bad talk the President in the

19   office all the time.  God knows people espouse the

20   left-wing borderline Antifa opinions, you know, sort of

21   tangentially or in code.  You know, it's a left-wing

22   building, and I was a right-wing guy, and --

1   SPECIAL AGENT [(b)(6); (b)(7)(C)] ...And it's very difficult

2   working in that environment.

3       MR. GEBERT:  Yes and no.  I mean, like, there's a

4   job.  There's a job to do.  You come and you do it.

5       SPECIAL AGENT [(b)(6); (b)(7)(C)]  Yeah.

6       SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]  Let me ask you

7   another question.

8       MR. GEBERT:  Sure.

9       SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]  So, okay.

10  Let's take the State Department out.  Let's

11  hypothetically say you were an employee of the FBI.

12      MR. GEBERT:  Okay.

13      SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]  And you --

14  would you believe that question would be the same --

15  your answer would be the same to that question if you

16  worked for the FBI -- "do you -- can you consider

17  anything that would be potentially embarrassing to" --

18      MR. GEBERT:  I don't know how I would answer a

19  question to the FBI.  I mean, sure --

20      (Cross talking.)

21      SPECIAL AGENT [(b)(6); (b)(7)(C)]  Well, it's the same

22  process, but it's your employment is different.

1     SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]  Right.

2     MR. GEBERT:  Mm-hmm.

3     SPECIAL AGENT [(b)(6); (b)(7)(C)]  So would you answer the

4     question differently if you worked for a different

5     government agency, I think is what [(b)(6); (b)(7)(C)] is asking.

6     MR. GEBERT:  No.  Yeah, I don't know the -- I

7     assume that the FBI is more right-wing conservative,

8     and what is disparaged as pale, male, Yale or whatever.

9     So I would think that my opinions would arguably be

10    even more palatable at the FBI than perhaps the State

11    Department, but I don't know that.  That's speculation.

12    SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]  So you don't

13    believe if the FBI discovered that you were online

14    espousing some of the views you do and attending the

15    Unite the Right Rally, that would be embarrassing to

16    the FBI.

17    MR. GEBERT:  Sure, it could be.  It shouldn't be,

18    yeah.  I mean --

19    MR. PARKE:  And is that in hindsight as you've

20    discussed --

21    MR. GEBERT:  Oh, of course, yeah.  Hindsight

22    20/20.  I mean, it turned into a -- yeah.  I mean, it's

1   amazing how it happened that you know, applied for a

2   rally, applied for a permit, got it.  I didn't -- I was

3   not involved in the planning of it, but I did plan to

4   go, of course, that you could have that, and then just

5   have utter chaos in an American city, and a car crash

6   as a result of the chaos.  And then all of a sudden

7   this evil white supremacist came into the city to

8   terrorize locals.  I mean, you know, all that stuff.

9       SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)   Well, to be

10  clear, that individual got convicted of a murder.

11      MR. GEBERT:  I'm aware.

12      SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)   Yeah.

13      SPECIAL AGENT (b)(6); (b)(7)(C)   Have you ever tried to

14  red pill your co-workers or anybody else in State?

15      MR. GEBERT:  Never.

16      SPECIAL AGENT (b)(6); (b)(7)(C)   No?  How come?

17      MR. GEBERT:  One, because, you know, I'm aware of

18  the, you know, general political leanings of people who

19  work at the State Department.  Two, trying to red pill

20  somebody, you know, at the office, in the office, would

21  not be appropriate.  You know, there are a few like-

22  minded people who we talk about Trump, et cetera, you

1    know, but it's always, you know, touch and go, and when

2    in doubt, you know, yeah.   I mean, it's an

3    overwhelmingly left-wing globalist, arguably post-

4    nationalist milieu, at least in my office.   I can't say

5    for the entire Department, but I'm sure it's there.

6           So, you know, my job responsibilities were

7    delightfully distinct -- and are -- I guess they

8    technically still are -- in terms of, you know, our

9    energy policy and diplomacy toward these countries,

10   which is just a deliberate government function and

11   does, you know --

12         SPECIAL AGENT [b)(6); (b)(7)(C)]   Yeah.

13         MR. GEBERT:  Like, the United States has relations

14   with other countries, you know, et cetera, so.

15         SUPERVISORY SPECIAL AGENT [b)(6); (b)(7)(C)]   Have you ever

16   worked with anyone in Homeland Security?

17         MR. GEBERT:  Worked with anyone in Homeland

18   Security.

19         SUPERVISORY SPECIAL AGENT [b)(6); (b)(7)(C)]   Right.

20         MR. GEBERT:  What do you mean by that?

21         SUPERVISORY SPECIAL AGENT [b)(6); (b)(7)(C)]   Have you ever

22   -- in your job in six years, have you ever worked with

1    another person in your professional capacity in

2    Homeland Security.

3         MR. GEBERT:  I don't think so.

4         SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]  You don't

5    think so.

6         MR. GEBERT:  No.

7         SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]  Have you ever

8    worked with any other agency?

9         MR. GEBERT:  Oh, I've been involved in the

10   interagency process for sure, on -- yeah, on the job --

11        SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]  Which agencies

12   have you --

13        MR. GEBERT:  I've been -- I've been to -- I mean,

14   USAID for sure.

15        SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]  Okay.

16        MR. GEBERT:  Yeah, USAID is probably the -- you

17   know, DOE for sure.

18        MR. PARKE:  Was that, DOE or DUE?

19        MR. GEBERT:  DOE is Department of Energy.

20        SPECIAL AGENT [(b)(6); (b)(7)(C)]  Department of Energy.

21        MR. GEBERT:  Yeah.  Yeah, I don't know if you're

22   -- what you're --

Page 192

Page 99

1      SUPERVISORY SPECIAL AGENT ☐(b)(6); (b)(7)(C)   Well, I'm just

2   asking if you've come across any employees, like, let's

3   say DOE, who's not left-leaning, did you ever try to

4   red pill them?

5      MR. GEBERT:  No.

6      SUPERVISORY SPECIAL AGENT ☐(b)(6); (b)(7)(C)   Why?

7      MR. GEBERT:  Because I didn't -- you know, just

8   because talking about racial issues, you know, in the

9   office or, you know -- you have a professional life,

10  you have a personal life, and we all have our political

11  opinions, and sometimes we just keep them to ourselves.

12  Sometimes we talk about them at dinner parties.

13  Sometimes we, you know, send emails, right.  I did it

14  before social media.  It was, like, sending articles

15  and things like that.  Things have all evolved in a way

16  that make espousing your views on whatever it is

17  extremely easy, extremely widespread.  I tweeted for

18  two, three years, and, you know, nothing.

19     SUPERVISORY SPECIAL AGENT ☐(b)(6); (b)(7)(C)   Just for the

20  record, David Irving.

21     MR. GEBERT:  Mm-hmm.

22     SUPERVISORY SPECIAL AGENT ☐(b)(6); (b)(7)(C)   Is David

168

1   Irving also ... and, again, forgive me.  Doesn't he

2   also believe that the Holocaust did not exist -- did

3   not occur?

4       MR. GEBERT:  No, he disputes, I believe -- it's

5   not for me to characterize his words, but I believe

6   that he disputes that there was an order to exterminate

7   all Jews amassed in the camps or whatever, and I

8   believe that he disputes the six million number.

9       SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)   Okay.

10      MR. GEBERT:  Yeah.  To the best of my knowledge,

11  yeah.  You know, his first book was Apocalypse Dresden,

12  I think, and it was about the firebombing of Dresden in

13  Germany, and it was, like, you know, widely applauded.

14  Then his career went from there.  And then eventually,

15  you know, through his extensive combing through of

16  German archives, et cetera -- he's a serious historian

17  -- he came to question certain narratives about what is

18  known as that Holocaust, and for that was labeled anti-

19  Semite, Holocaust denier, et cetera.

20      SPECIAL AGENT (b)(6); (b)(7)(C)   No, I don't have anything

21  further.

22      SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)   Do you have

Page 194

Page 101

1    any other questions for us?.

UNCLASSIFIED

2          MR. PARKE:  Do you want to talk with me out in the

3    hall before we wind this up?

4          MR. GEBERT:  Sure, yeah.  Real quick?

5          SPECIAL AGENT [b)(6); (b)(7)(C)]   That's fine.  Go right

6    ahead.

7          (Mr. Parke and Mr. Gebert exited interview room.)

8          SPECIAL AGENT [b)(6); (b)(7)(C)]   I'll wait here for the

9    knock.

10         SUPERVISORY SPECIAL AGENT [b)(6); (b)(7)(C)]   Okay.

11         (Supervisory Special Agent [b)(6); (b)(7)(C)] exited

12   interview room.)

13         SPECIAL AGENT [b)(6); (b)(7)(C)]   Okay.  They're here.  Hi.

14         (Mr. Parke and Mr. Gebert reentered interview

15   room.)

16         SPECIAL AGENT [b)(6); (b)(7)(C)]   All right.  Give me just

17   a minute.

18         MR. PARKE:  Okay.

19         SPECIAL AGENT [b)(6); (b)(7)(C)]   Thank you.

20         (Brief pause.)

UNCLASSIFIED

21         MR. GEBERT:  Way more -- yeah.  Yeah, I forgot --

22   actually one more thing to tell them, too, when they

170

Page 195

1    come in, get through it.

2        (Brief pause.)

3        (Supervisory Special Agent [b)(6); (b)(7)(C)] and Special

4    Agent [b)(6); (b)(7)(C)] reentered interview room.)

5        SUPERVISORY SPECIAL AGENT [b)(6); (b)(7)(C)]  Just a couple

6    other questions for you.  So back to the -- back to the

7    red pilling just for a minute.

8        MR. GEBERT:  Mm-hmm.

9        SPECIAL AGENT [b)(6); (b)(7)(C)]  Again, you don't remember

10   saying it, but red pilling military and law

11   enforcement, why those two groups?

12       SPECIAL AGENT [b)(6); (b)(7)(C)]  Yeah, not State or USAID?

13       SUPERVISORY SPECIAL AGENT [b)(6); (b)(7)(C)]  Or why, like,

14   not doctors and teachers?

15       MR. GEBERT:  Sure, because they are on the front

16   lines of extraordinarily important positions, both in

17   terms of public safety and national security.  And it

18   is not in any way revolutionary or encouraging them to

19   turn against the government, but because those tend to

20   be highly-confident, strong, capable white men, at

21   least if you look numerically at the composition of

22   police and the military.  So I will answer

1    unequivocally that, no, there's no implication there

2    of, like, turning these men against the country and

3    whatever.  But because those are, typically from my

4    experience, you know, good people and more right-wing

5    by nature, right, you fish where there's fish, right?

6    Military people tend to be more patriotic.  Cops tend

7    to be more in tune with --

8        SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   Why not

9    farmers?  Farmers are also --

10       MR. GEBERT:  Sure, yeah.  I mean, yeah.  I would

11   -- right, yeah.

12       SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   Why military

13   and law enforcement?

14       MR. GEBERT:  For the -- for the reasons that I

15   described.

16       SPECIAL AGENT [(b)(6); (b)(7)(C)]   Front line of what?  I

17   guess I'm a little confused by that.  You said, you

18   know, this isn't -- there's no real marshal element to

19   this, but you said they're on the front line.  The

20   front line of?

21       MR. GEBERT:  Public safety and national security.

22   I mean, yeah, military personnel and police officers

172

1  are first defenders, first responders, you know, guys

2  who put their lives on the line for a cause.  And we've

3  seen in many cases where police officers and enlisted

4  military officials are occasionally treated poorly or

5  passed over for promotions as a result of anti-white

6  discrimination, I believe.

7      SPECIAL AGENT [(b)(6); (b)(7)(C)]   And so reeducate them and

8  then what?

9      MR. GEBERT:  You know, I can't -- there's no --

10  like, you know, waking people up or making them aware

11  of reality is a virtue in and of itself, you know.

12  When you have more people racially aware, maybe they

13  will take their side more often in domestic politics

14  and start to look cohesively as other groups do.

15      SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   Right.

16      SPECIAL AGENT [(b)(6); (b)(7)(C)]   And I would think, like

17  [(b)(6); (b)(7)(C)] is saying, doctors, stockbrokers would be --

18      MR. GEBERT:  Sure.

19      SPECIAL AGENT [(b)(6); (b)(7)(C)]   -- a much better --

20      SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   And just --

21  SPECIAL AGENT [(b)(6); (b)(7)(C).]   They've got money.

22      MR. GEBERT:  Well, I mean, wealthy people tend to

1   care most about their money, right? So, like, you

2   know, doctors are going to be like, I'm wealthy, I got

3   it made, I can live in a -- in a gated community.

4        SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   So let's just

5   say when you add them all up, add all the -- all the

6   police officers and military, two million people?

7        MR. GEBERT:  Oh, maybe they -- maybe they donate

8   more money to a new political party.  Maybe they would

9   get involved in politics themselves.  Maybe they would

10  run for --

11       SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   Two million

12  people?  Like, what impact?  Spread across the country,

13  what impact are --

14       MR. GEBERT:  Yeah.

15       SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   -- those two

16  groups specifically really going to do politically by

17  red pilling?

18       MR. GEBERT:  Well, I mean, police and soldiers --

19  the armed forces, or maybe less so for police.  But the

20  U.S. military is one of the last sort of universally-

21  applauded and respected institutions in the United

22, States across left and right.  I mean, you can't say

174

1    I'm anti-military, and I'm not saying that you should.

2    But that is a last bastion of cohesive American

3    consensus essentially in terms of what is -- you know,

4    good to support the troops, right?  So, you know, you

5    carry more legitimacy, and respect, and authority when

6    you're a police officer or you're a military officer,

7    right?

8        SPECIAL AGENT [b)(6); (b)(7)(C)]   Right.

9        MR. GEBERT:  You tend to be -- and, you know, you

10   tend to be more competent and more physical.  You have

11   to be able to, you know, chase down bad guys, hunt bad

12   guys overseas, right?  Who wouldn't want those people

13   to be of your way of thinking for their own -- for

14   their own benefit, not --

15       SUPERVISORY SPECIAL AGENT [b)(6); (b)(7)(C)]   So I've been

16   -- I was in the military and I'm currently a cop.

17   Again, what does -- what effect are you trying to have

18   on me, because I can tell you that the military

19   espouses the exact opposite view, that it doesn't

20   matter when you're in a foxhole the color of the skin

21   of the guy next to you.  What matters is survival.

22       MR. GEBERT:  Right.

175

1      SUPERVISORY SPECIAL AGENT. (b)(6), (b)(7)(C)    So, again,

2   what are you going to educate me on?  What exactly

3   would your goal to be educate me on?  If I'm a law

4   enforcement officer now and I was in the military, what

5   would your goal be?

6      MR. GEBERT:  Sure.  If you are -- you know, you're

7   currently a cop, you were a military officer, the

8   United States will -- the country that you serve and

9   swear to protect and defend is in dire jeopardy as a

10  result of many factors from debt, to poorly chosen

11  wars, to mass immigration, to cultural decay.  And that

12  -- and, you know, this is, again, a hypothetical.  But,

13  like, if I were talking to you, I would say that

14  project is in extraordinary jeopardy, and part of that

15  reason is the deliberate bringing in of over a million

16  strangers, essentially, every year, and also that white

17  people in this country are legally discriminated

18  against.  They are illegally discriminated against.

19  And the future -- maybe the childhood that you had or

20  that I enjoyed is not going to be one likely that is

21  afforded to our children unless we become extremely

22  wealthy and can buy our way out of the problems by

1   sending our kids to elite private schools or living

2   behind, you know, gated communities.

3        And if you see the actions of -- you know, people

4   vote with their feet, right?  White flight is a

5   phenomenon that goes, you know, back to -- I don't know

6   when it started in the United States.  But when given

7   the opportunity to associate freely with each other,

8   people of all races tend to congregate, right?  And I

9   think that there is an artificial forced stricture or

10  campaign to nullify that to our own detriment.

11       SPECIAL AGENT [b)(6); (b)(7)(C)]   But that really doesn't

12  speak to the specific groups that you mentioned, the

13  police and the military.  I guess the question that I

14  have is, do you have any -- is there -- is there a

15  concern in your mind that these groups are not serving

16  you to the best of their abilities if they don't have

17  your beliefs?  I mean, is that why you're saying that

18  you need to red pill them?  Are you -- are you -- are

19  you concerned about a police protecting you or they're

20  responsible for protecting you that doesn't share your

21  beliefs?  Is that why you're saying that?

22       MR. GEBERT:  I certainly can foresee a future

177

1    America, whether it's five years or 20 years, in which,

2    you know, I'm already, you know, essentially getting

3    raked over the coals for my constitutional beliefs,

4    expression of such.  Is it going to be worse in five

5    years, 10 years, 20 years?  Absent significant change,

6    almost certainly.

7        SPECIAL AGENT [(b)(6); (b)(7)(C)]   All right.  But are you

8    concerned that the police are going to be a part of a

9    systemic effort against you?  Is that why you want them

10   to be of like mind?

11       MR. GEBERT:  Concern.

12       SPECIAL AGENT [(b)(6); (b)(7)(C)]   The only reason --

13       MR. GEBERT:  Sure.  I mean, well, let's --

14       SPECIAL AGENT [(b)(6); (b)(7)(C)]   Because I can't --

15       MR. GEBERT:  Yeah, I understand.

16       SPECIAL AGENT [(b)(6); (b)(7)(C)]   I've never once worried

17   about troops sharing my political beliefs.

18       MR. PARKE:  And just as a point of clarification,

19   and, Matt, you can answer how you see fit.  But what I

20   hear Matt continuing to come back to is this red pill

21   idea is about not necessarily embracing a view, but

22   being aware of facts that sometimes it's difficult to

1   be aware of, embrace, and validly discuss in our

2   culture.  So it's fine if you want to -- you know, if

3   we want to shift it in different directions.  You're

4   allowed to ask the questions, and Matt is compelled to

5   answer.  But I think he has answered this a lot of

6   times, and you're allowed to keep, you know,

7   questioning him --

8       SPECIAL AGENT (b)(6); (b)(7)(C)   We've covered the red

9   pill portion, but I think that what we're trying to get

10  to is there's a very deliberate singling out of two

11  groups, the military and police --

12      SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)   Having this

13  role.

14      SPECIAL AGENT (b)(6); (b)(7)(C)   -- both of whom have a

15  protective role.

16      MR. GEBERT:  But remember, that's one line in a

17  podcast from two years ago over -- that spanned however

18  long it was, an hour, hour and a half.  I mean, you

19  know, like, just, you know, one sentence does not, you

20  know.  Do I -- do I still -- yeah, I think that

21  soldiers and cops are overwhelmingly or largely

22  admirable, competent people who are responsible for a

179

1    great deal of safety and security in this country.   And

2    I do think that, you know, white service members and

3    white cops are often, not just passed over for

4    promotion, but are denigrated or they face disparate

5    enforcement of disciplinary actions, right?   I mean,

6    like, that's not a crazy theory, and it might

7    politically incorrect.

8         SPECIAL AGENT [(b)(6); (b)(7)(C)]   Mm-hmm.

9         MR. GEBERT:   And there's an -- there's an

10   injustice there.   Like, you know, I feel sorry for the

11   poor bastards who, again, who get treated poorly

12   because of the insane racial relations we have in this

13   country.

14        SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   Well, I can

15   tell you, again, I served in the military, and we're

16   taught essentially from basic training up that --

17        MR. GEBERT:   Color blind, right?   Yeah.

18        SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   -- the color

19   of your skin doesn't matter.

20        MR. GEBERT:   Sure.

21        SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   It's the color

22   of your uniform.

1      MR. GEBERT:  Sure, I understand.

2      SUPERVISORY SPECIAL AGENT [b)(6); (b)(7)(C)]   So and I could

3  also tell you that the military might be predominantly

4  white, but I would say it's probably --

5      MR. GEBERT:  It's declining.

6      SUPERVISORY SPECIAL AGENT [b)(6); (b)(7)(C)]   -- 40 percent,

7  even when I was in, 40 percent minorities or people of

8  different color.

9      MR. GEBERT:  Sure.  Yeah.

10      SUPERVISORY SPECIAL AGENT [b)(6); (b)(7)(C)]   So, again,

11  that's what's odd, those two groups.  So if you take

12  those people out, you're shrinking it even more, what

13  possible effect could it have on, let's say, half the

14  military being white, saying that, you know, hey, these

15  people next to you might not have your best interests?

16      MR. PARKE:  Again, I think he's answered --

17      SPECIAL AGENT [b)(6); (b)(7)(C)]   Or whatever.  You've got

18  concerns about the police carrying out an agenda for

19  the multicultural United States for basically an anti-

20  right-wing agenda.  I mean, you expressed those

21  concerns in the past, and that's kind of your theory on

22  Charlottesville, isn't it?

181

1    MR. GEBERT: I mean, sure --

2    SPECIAL AGENT [(b)(6); (b)(7)(C)]   One of them.

3    MR. GEBERT:  Well --

4    SPECIAL AGENT [(b)(6); (b)(7)(C)]   You've entertained the

5    possibility, haven't you?

6    MR. GEBERT:  I mean, the -- a hypothetical

7    government using its police or military to enforce its

8    preferred outcomes is -- that's happened throughout

9    history.

10    SPECIAL AGENT [(b)(6); (b)(7)(C)]   Sure.

11    MR. GEBERT:  Yeah.  And, you know, I don't have

12    the exact -- if you look at the prosecutions after

13    Charlottesville, unquestionably there's no -- there's

14    no scales of justice both in the arrests, both in the

15    vehemence that they investigated both sides.  The

16    President himself said there were good people on both

17    sides.  Hopefully he was talking about me when I went

18    there.  But the sentences, the ruthlessness of the

19    investigation versus -- you know, if it was ruthless on

20    both sides, if they came down with a heavy hammer on

21    both or whatever.  But, like, there's no possible way

22    that an objective person could see the outcome from

182

1    Charlottesville and say that there was due diligence

2    applied to both groups.

3        I mean, I saw it with my own eyes.  They were

4    there with clubs, and arrows, and spikes, and acid, and

5    all this stuff, like, you know.

6        SPECIAL AGENT (b)(6); (b)(7)(C)   You think that the police

7    deliberately allowed that to happen?

8        MR. GEBERT:  I think that the Heaphy report states

9    that there was a deliberate effort to allow chaos that

10   day so that the protest could not go forward.  The

11   Heaphy report is the, you know, law firm that, you

12   know, went through that.  Of course, they used very

13   careful language.

14       SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)   And, again, on

15   the other side, was there any murder of any of the

16   actual Charlottesville protestors --

17       (Cross talking.)

18       MR. PARKE:  I'm going to object to just the

19   inflammatory nature of the question.  You're allowed to

20   ask, right?  I'll ask a question.  Do you know if the

21   person who almost beat you to death was prosecuted?

22       MR. GEBERT:  Of course not.

1        MR. PARKE:  Okay.  So --

2        MR. GEBERT:  I have -- I have -- I have his

3   picture.  I mean, nobody cares.

4        SUPERVISORY SPECIAL AGENT [b)(6); (b)(7)(C)]  Did you report

5   that to the police?

6        MR. GEBERT:  Of course not.

7        SUPERVISORY SPECIAL AGENT [b)(6); (b)(7)(C)]  So you didn't

8   report it to the police.

9        MR. GEBERT:  No.

10       SUPERVISORY SPECIAL AGENT [b)(6); (b)(7)(C)]  Okay.

11       MR. GEBERT:  Might as -- you know, like, you know,

12   I got home and licked my chops.

13       SPECIAL AGENT [b)(6); (b)(7)(C)]    Right.

14       MR. GEBERT:  I mean, just to defend myself here.

15   I'm wearing a baseball cap, and I had a construction

16   helmet in the back of my backpack just in case things

17   went (inaudible).  Just to go as a normal American

18   person and not look like I'm going for urban combat,

19   right?  You know, like, some guys, you know, they had

20   tape on their hands, so they got arrested.

21       SPECIAL AGENT [b)(6); (b)(7)(C)]   Right.

22       MR. GEBERT:  That's proof that you were there to

184

1    riot?  So I go there and try to get my buddy's hat

2    back, and I get clubbed in the head by whatever it was,

3    flagpoles, but they were heavy damn things, instantly

4    started swelling.  My goes up, I tear my ACL, and I go

5    to leave.  And then when I got in the park, then I put

6    on my stupid construction helmet and left.

7         SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)   So let's go

8    back to that.  So you just got clubbed.  You were there

9    -- you said you were proud to be there.  You were

10   there.  You just got clubbed.  You tore your ACL.

11        MR. GEBERT:  Yeah.

12        SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)   Yet you never

13   reported that to the police.

14        MR. GEBERT:  No.

15        SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)   Why?

16        MR. GEBERT:  Because it would -- because it's --

17   Charlottesville, after the fact -- first off, like, I

18   had to get the hell out of here -- it was declared a

19   national -- it was declared a riot zone or whatever

20   they did.

21        MR. PARKE:  Unlawful assembly, yeah.

22        MR. GEBERT:  Yeah, unlawful assembly, so I got the

1    hell out of there. I had to go back to my family the

2    next day, again, to drive. And then the media

3    shitstorm kicks up. You know, Heather Heyer, the plane

4    -- the helicopter crashed, right? It became this

5    thing, and you think that I'm going to go back to,

6    like, the Charlottesville PD and be, like, hi, I'm, you

7    know, Matt Gebert, I, you know, protested at

8    Charlottesville and this? No. The easier thing was

9    just to recover from my concussion and get my ACL

10   fixed.

11       SPECIAL AGENT [(b)(6); (b)(7)(C)]   Do you feel they would've

12   been sympathetic to you if you had approached them?

13       MR. GEBERT: No, probably not.

14       SPECIAL AGENT [(b)(6); (b)(7)(C)]   So you -- so, okay.

15       (Cross talking.)

16       MR. GEBERT: Sawing what I saw on the ground --

17       SPECIAL AGENT [(b)(6); (b)(7)(C)]   Right.

18       MR. GEBERT: -- that the City of Charlottesville,

19   I don't know how -- whether it was McAuliffe and the

20   Virginia State Police or whatever. But seeing what I

21   saw on the ground, which looked like deliberate chaos

22   orchestrated by the city, state, whatever, in order to

1   shut that down, yeah.  No, of course, I wasn't going to

2   go back and just, you know, file something, and I think

3   the facts after that have borne me out.

4        SPECIAL AGENT (b)(6), (b)(7)(C)   So you mentioned earlier

5   you would love to tell the story, right?

6        MR. GEBERT:  Right.

7        SPECIAL AGENT (b)(6), (b)(7)(C)   You'd love to tell your

8   story about how --

9        MR. GEBERT:  Sure.

10       SPECIAL AGENT (b)(6), (b)(7)(C)   -- kid from middle

11  America, southern New Jersey?

12       MR. GEBERT:  South Jersey.

13       SPECIAL AGENT (b)(6), (b)(7)(C)   South Jersey, you know,

14  came about to these political beliefs, and really kind

15  of put -- shed some lights on these beliefs, as you

16  said.  You know, it's not --

17       MR. GEBERT:  Especially considering that I've been

18  dragged through the mud --

19       SPECIAL AGENT (b)(6), (b)(7)(C)   Right, yeah, it's been

20  horns and --

21       MR. GEBERT:  Yeah, I haven't defended myself at

22  all, no.

1          SPECIAL AGENT [(b)(6), (b)(7)(C)]. Yes, and I understand.

2   Of course, the response to why not just defend yourself

3   is very natural.  I guess the question I have is why

4   you haven't ever published under your own name,

5   expressed your beliefs under your own name?  Everything

6   always seems to be online within communities that are

7   very insular with like-minded individuals.  Have you

8   ever attempted to express these beliefs in a more open

9   forum?

10          MR. GEBERT:  Yeah, I wrote -- I wrote a letter to

11   the City of Alexandria about immigration at some point

12   when I lived there.  You know, I lived in Alexandria

13   2006 to 2012.  And after the SPLC article came out,

14   somebody dug that up and used that against me.  So I am

15   aware that, you know, like, people get fired for bad

16   jokes or context, okay.  So, like, this is a -- it's a

17   different environment that we live in, in which people

18   are hypersensitive.  There's a media apparatus arranged

19   to jump on anything, whether you're a celebrity, a

20   judge, Joe Nobody.

21          I mean, there are, like, hot dog guys who, you

22   know, can have their lives ruined by, you know -- it's

1    essentially left-wing groups that just go about

2    searching for people with opinions that they disagree

3    with.  They're the new tone policers of America, which

4    is deeply anti-American if we believe in the tenets of

5    free speech, free association, et cetera.  So everybody

6    and their mother, I think, especially the younger

7    generation even more than me, but once the internet

8    started going up, you know --

9         Like, I deleted my Facebook account at some point

10   before I even joined the Department because I just --

11   you know, you see news stories about somebody getting

12   fired for a Facebook post, right?  So you go on because

13   you still want to be a part of the conversation, and

14   you still want to be able to exercise your beliefs and

15   your -- whatever it is, tell jokes, post memes.  But

16   it's -- in this country that is dangerous if you hold

17   opinions that are outside the mainstream.  I'm sure I

18   could've posted ad nauseum under my real name if I was

19   just, you know, parroting the lines or liberal outrage.

20   I'm pretty sure there's been tons --

21        I mean, my old boss, Allen Aire, had the same

22   thing happen to him.  I mentioned this to the EEO.  I

1    believe he filed an EEO informal inquiry, had a phone

2    call.

3         SPECIAL AGENT [(b)(6); (b)(7)(C)]   Right.

4         MR. GEBERT:  My old boss, Allen Aire, you know,

5    had at least two right-wing hit pieces written about

6    him based on his Twitter activity, under his real name,

7    criticizing Donald Trump, lauding the Iranians, et

8    cetera.  And I'm not mentioning this to get him in

9    trouble.  I have no complaint about him.

10        SPECIAL AGENT [(b)(6); (b)(7)(C)]   No, that's fine.

11        MR. GEBERT:  This is not me snitching, but it's a

12    little bit of context.  You can look it up.  Allen

13    Aire, Free Beacon, Conservative Review, et cetera.  So

14    a right-wing group disagrees with what he tweeted

15    about, which you could argue -- they even called it

16    anti-Semitic or anti-Israel or pro-Mullahs, okay?  And

17    you'll see that I, you know, never got into foreign

18    policy per se.  So you have my immediate boss in the

19    office tweeting about foreign policy matters,

20    retweeting inflammatory stuff or, you know, whatever.

21    I'm not a wilting lily.  I think people should be able

22    to do that, you know, whatever.

1      But I asked him one day, I was like, did you ever

2   get in trouble for tweeting all those articles that

3   were written about you?  I mean, "Allen Aire, State

4   Department," you know, tweeting.  Please look them up

5   because it adds context in my case.

6      SPECIAL AGENT (b)(6); (b)(7)(C)    Okay.  We'll do that.

7      MR. GEBERT:  I had forgotten about it.  And he

8   said, I got pats on the back from everybody.

9      SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)    But so, again,

10  he tweeted them under his real name.

11     MR. GEBERT:  Sure.

12     SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)    Sure.  So but,

13  like I said, there was a --

14     MR. PARKE:  Well, and to clarify, I don't know.

15  He hasn't investigation to see whether there were other

16  monikers that were retweeted.  No idea -- .

17     SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)    But, again, he

18  tweeted them.  Our question again is why go through all

19  -- if you are proud of your views, believe in the First

20  Amendment, you believe there would be no impact, why

21  not just say I'm Matthew Gebert.  Why go on a podcast

22  and say I am Gebert, I am Coach Finstock, I am this.

1    Why give other people that advice?

2        MR. GEBERT:  Sure, because of all the reasons that

3    I've said before, because a single word or a single

4    sentence is enough to have you hanged in the court of

5    public opinion today.  So a reasonable precaution for

6    anybody to take would be anonymity, which is entirely

7    consistent with constitutional case law, the ability to

8    provide commentary anonymously.  Also, you know, the

9    founders, you know, the -- Ben Franklin wrote people

10   use synonyms, or pseudonyms -- excuse me -- all the

11   time throughout history to espouse what maybe come to

12   be considered offensive, maybe come to be considered,

13   you know, brilliant commentary, right?  It's just

14   especially in the internet age and, you know, comment

15   threads or whatever, it's -- yeah --

16       SUPERVISORY SPECIAL AGENT (b)(6), (b)(7)(C)   So what you're

17   saying today is you did it because you knew it would

18   cause embarrassment to the government.

19       MR. GEBERT:  I did it for -- to protect my ability

20   to speak freely, anonymously, safely, and, sure, with

21   some degree of candor that is afforded, that anonymity

22   that, you know, speak differently when they're -- look

192

1    at the guy who write -- wrote the Flight 9/11 article

2    that arguably helped Trump get elected, and then he

3    went on to the join the NSC.  He wrote an article about

4    the upcoming election under a pseudonym, I guess,

5    because he didn't feel safe writing that article, which

6    was about, like, saving the country, under his real

7    name.  You know, if he -- his name escapes, but, you

8    know, the flight whatever it was, the flight election.

9    He went on to work for the NSC or whatever.

10       But, you know, if that individual who was, like,

11   well placed within academia and was writing about

12   politics felt compelled to use a pseudonym touching the

13   third rail of, you know, racial identity issues, you

14   know, possible anti-white animus in the country.  Like,

15   you're just using a -- you know, why give anything that

16   you don't have to?

17       MR. PARKE:  Well, gentlemen, we are being

18   redundant here with some of the questioning.  We're

19   here to answer any questions that you have, but I'm

20   just noting that it seems like we're kind of going over

21   the same territory.  You've asked questions --

22       SUPERVISORY SPECIAL AGENT (b)(6), (b)(7)(C)   Right, and to

193

age 218

Page 125

1  be clear, and just so you know, we're re-asking them

2  because we don't believe that he believes that he did

3  it in anonymity for the reason that -- he didn't answer

4  the question, yes, I think this is embarrassing to the

5  U.S. government because he knew it was embarrassing to

6  the U.S. government, and he's claiming he -- in

7  hindsight, oh yeah, maybe it was, but he did that

8  anonymously because he knew it would be embarrassing to

9  the U.S. government.

10      MR. PARKE:  Okay.

11      SUPERVISORY SPECIAL AGENT  [(b)(6); (b)(7)(C)]  Right.

12      MR. PARKE:  So you made it clear that you don't

13  believe it, right?  You've asked him those questions.

14      SUPERVISORY SPECIAL AGENT  [(b)(6); (b)(7)(C)]  That's fine.

15      MR. PARKE:  He's provided his information.  It's

16  just very clear based on your tone in which you have

17  been asking the questions, which has been very

18  argumentative at times, what you believe.  But my

19  question is do we have additional questions to answer

20  for purposes of this interview.

21      SUPERVISORY SPECIAL AGENT  [(b)(6); (b)(7)(C)]  So to answer,

22  yes, one other one.  You mentioned that you were not a

194

1    member of the D.C. Helicopter Pilots, right?

2    MR. GEBERT:   Yeah --

3    SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   So is it --

4    but can you be a member of it or is it just a -- is it

5    just a group or affiliation?  You say you're affiliated

6    with it.

7    MR. GEBERT:  It's a group of friends.  The D.C.

8    Pilots does not exist anymore.

9    SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   Right.

10    MR. GEBERT:  I'm still friends with some of the

11    people that would have considered -- you know, it's

12    like -- it was a cutesy name for a group of guys who

13    went on hikes together, got together for house parties,

14    et cetera.

15    SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   But it would

16    -- it would be fair to characterize that, like, they

17    didn't give out membership cards.

18    MR. GEBERT:  No.

19    SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   It was just an

20    affiliation.

21    MR. GEBERT:  Correct.

22    SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   Okay.

195

1          MR. GEBERT:  Yeah.

2     SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)] Association.

3          MR. GEBERT:  Affiliation, association, coming

4     together.  Yeah, a chat group and hanging out together.

5          SPECIAL AGENT [(b)(6); (b)(7)(C)]  But weren't there levels

6     of membership, because I recall reading someplace that

7     there was levels of membership.  You didn't let just

8     anybody in.  There are the pilots.  There's the co-

9     pilots.  There was the -- anything of that nature?

10          MR. GEBERT:  Yeah, that was back -- that was back

11     in the day when there's levels of -- there was levels

12     of trust, right?  So, like, if someone who I've hung

13     out with on five occasions, if I've met his wife and

14     kid, I'm going to trust him more than some guy saying,

15     hey, you know, I'd like to hang out and come on a hike

16     somebody.  Okay.  Well, maybe we will or maybe we

17     won't.

18          SPECIAL AGENT [(b)(6); (b)(7)(C)]  I see.

19          MR. GEBERT:  And that's a result of having, you

20     know, dissident opinions, or, you know, unpalatable

21     opinions.  And it's no secret that there -- that the

22     left wing tries to infiltrate right-wing groups all the

196

age 221

1   time and docks them, right?  So there's a reasonable

2   precaution you take with anybody who says, hey, I'd

3   love to come out.  It is about healthy association,

4   living better, having more kids, you know, getting

5   families together, barbecues.  And it's a reaction to

6   what we see as a sick society, and, in many ways, in

7   many aspects, an anti-white society.

8        SPECIAL AGENT [(b)(6); (b)(7)(C)]   No, that's all.

9        SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   That's all.

10       SPECIAL AGENT [(b)(6); (b)(7)(C)]   So you --

11       MR. PARKE:  Process.

12       SPECIAL AGENT [(b)(6); (b)(7)(C)]   Yeah, you had some

13   questions for us.

14       MR. PARKE:  Just for process.

15       SPECIAL AGENT [(b)(6); (b)(7)(C)]   Sure.

16       MR. PARKE:  Next steps.

17       SPECIAL AGENT [(b)(6); (b)(7)(C)]   So right now, process for

18   steps are --

19       MR. PARKE:  And I didn't say that I had more

20   questions for you here.  That's something I said out in

21   the hallway.

22       SPECIAL AGENT [(b)(6); (b)(7)(C)]   I apologize.

197

Page 129

1    MR. PARKE:   -- so if you were listening, then, you

2    know.

3    SPECIAL AGENT (b)(6); (b)(7)(C)   (Inaudible).

4    MR. PARKE:  Okay.

5    SPECIAL AGENT (b)(6); (b)(7)(C)   But you said it out in

6    the hallway, so I assumed that you were going to come

7    in with questions for us.  Process, and that's a

8    question that we always get on these things.  And I'm

9    going to tell you right now the answer is not going to

10   satisfy you because we really don't have firm details

11   to give you.  What we can tell you is how this process

12   works.

13       We put together our report of -- a report of

14   investigation to include this interview.  Basically, we

15   package up everything we've looked at as far as the

16   investigation, the interview, we've spoken to you, and

17   it's just basically these are the facts.  It is

18   presented to two entities.  It is presented to HR's

19   Conduct, Suitability, and Discipline, and it's

20   presented to PSS, the security fairness people.  And

21   they are the ones who are going to take a look at our

22   report of investigation and decide whether or not

1   there's anything in that report that they need to act

2   upon.

3        So this office is not responsible for punishment.

4   We're not responsible for any kind of adverse action.

5   We're not an adverse action office.  We're a fact-

6   finding office.  So the report will be sent to those

7   two entities.  They will then determine, okay, given

8   the facts that we have, is there a violation of policy.

9   Is there a violation of the security clearance?  Is

10  there -- they will adjudicate those two things.  So

11  basically, your case, if you will, is in the hands of

12  two other adjudicative bodies.

13       MR. PARKE:  One question on that.

14       SPECIAL AGENT (b)(6), (b)(7)(C)    Sure.

15       MR. PARKE:  I mean, you've made it clear that you

16  don't believe what he's saying, so I know that that

17  this has been a fact-gathering, you know, mission for

18  you.

19       SUPERVISORY SPECIAL AGENT (b)(6), (b)(7)(C)    And I should

20  clarify.

21       MR. PARKE.  Well, please do.

22       SUPERVISORY SPECIAL AGENT (b)(6), (b)(7)(C)    Sure.  So what

199

1    I meant by that is that the facts that we have don't

2    match his story. So --

3        MR. GEBERT: Can I just --

4        MR. PARKE: Listen.

5        SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   So a

6    reasonable person, when he's saying, like, I'm proud of

7    my --

8        MR. PARKE: Well, it sounds like you've already

9    made up your mind. I mean, it really does.

10       SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   It's not. I'm

11   just saying --

12       MR. PARKE: And so do you work for the State

13   Department?

14       SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   I do.

15       MR. PARKE: And what is -- can I see your badge

16   again?

17       SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   Sure.

18       MR. PARKE: Okay. Thank you. But you say you're

19   also a police officer now?

20       SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   We're both

21   Federal agents.

22       MR. PARKE: Federal agents, so --

1        SPECIAL AGENT [(b)(6); (b)(7)(C)]   We're special agents with

2    the Diplomatic Security Service within the State

3    Department's law enforcement entity.

4        SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   So --

5        SPECIAL AGENT [(b)(6); (b)(7)(C)]   And we should be clear,

6    you know.  What we believe in the course of this

7    interview ultimately is not going to be an adjudicative

8    matter.

9        SPECIAL AGENT [(b)(6); (b)(7)(C)]   Right.

10       SPECIAL AGENT [(b)(6); (b)(7)(C)]   This is going to be

11   reviewed by other entities.  They're going to look at a

12   video of this interview.

13       MR. PARKE:  And I'm going to object --

14       SPECIAL AGENT [(b)(6); (b)(7)(C)]   They're going to look at

15   my MOI, and they're going to make up their own

16   decisions.

17       MR. PARKE:  And I may not --

18       SPECIAL AGENT [(b)(6); (b)(7)(C)]   So I may not believe

19   anything you say today.  I'm able -- I may not even

20   believe that you are Matthew Gebert --

21       (Cross talking.)

22       MR. PARKE:  -- the whole thing.

1    SPECIAL AGENT [(b)(6); (b)(7)(C)]   Well, it's going to be up

2  to a few other people to make that decision.

3    MR. PARKE:  Yeah, and I'm going to make an

4  objection that --

5    SPECIAL AGENT [(b)(6); (b)(7)(C)]   Well, I would like -- I

6  would like to finish because this might address your

7  objection.  You will be -- you will be involved in the

8  adjudicative process with these two entities, so this

9  doesn't end with you today, you know.  This goes to HR.

10  You will have an opportunity to review HR's opinion.

11  You will have the opportunity to object or to contest

12  HR's opinion.  So you will still be engaged in the

13  process, so you don't simply go home and wait for a

14  hammer to fall.  That's probably the most reassurance I

15  can give you about the -- about how things are going to

16  go going forward.  All right.  Now, that having been

17  said, please, continue.

18    MR. PARKE:  Sure.  No, I appreciate it.  I know

19  you're giving me a chance.  So one is just I want to

20  make an objection -- the video will bear this out --

21  but an objection to [(b)(6); (b)(7)(C)]'s demeanor and conduct

22  and statements during this, which really suggest and

1    imply a predetermination here that this wasn't so much

2    fact gathering, but, you know, kind of a like a gotcha

3    type inquiry, not from you, Mr. [(b)(6); (b)(7)(C)] but from Mr.

4    [(b)(6); (b)(7)(C)] And the video will bear that out.

5         SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)] Okay. By the

6    way, we will have this transcribed.

7         MR. PARKE: Well, good. Good. And I would

8    request --

9         SPECIAL AGENT [(b)(6); (b)(7)(C)] So that's --

10        (Cross talking.)

11        SPECIAL AGENT [(b)(6); (b)(7)(C)] -- and it's on the -- on

12   the record.

13        MR. PARKE: I would request two things. One is

14   not just to have it be transcribed, but we preserve

15   this video, and that, to the extent possible --

16        SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)] It will always

17   be preserved.

18        MR. PARKE: Preserved, and that I be given a copy

19   of it. So I -- that I need to work through what the

20   capabilities are.

21        SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)] I don't

22   believe you will get a copy of it.

1      MR. PARKE:  Okay.

2      SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   But you can

3   work that out.  You can request that.

4      MR. PARKE:  Okay.  All right.

5      SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   It's

6   privileged information, matter.  Again, that's outside

7   the purview --

8      (Cross talking.)

9      SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   And by the

10  way, let me -- let me be clear for the -- I mean, what

11  I meant to say.  What I meant to say is the reason --

12  you were -- you were -- you were making an accusation

13  of us that we were being --

14      MR. PARKE:  Not about you, not about --

15      SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   No, no, us.

16      MR. PARKE:  About you.

17      SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   Okay, about me

18  or about our line of questioning.

19      MR. PARKE:  Your line of questioning.

20      SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]   My line of

21  questioning, so my line of questioning of why he went

22  to lengths to conceal his identity.  And I was not

```
 1    satisfied with the answers he was providing.

 2         MR. PARKE:  The video -- the video will -- and the

 3    transcript, you know, will have it -- have it down.

 4    The video will bear your mannerisms, your tone of

 5    voice, how you said things, what you said, and your

 6    beliefs that you expressed, so --

 7         SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]  And just to be

 8    clear, what beliefs did I express?

 9         MR. PARKE:  That you think my client is lying.

10    You said that.

11         SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]  Okay.  I

12    mean --

13         MR. PARKE:  So, yeah.

14         SUPERVISORY SPECIAL AGENT [(b)(6); (b)(7)(C)]  Okay, yeah.

15         MR. PARKE:  Okay.  That's it.

16         SPECIAL AGENT [(b)(6); (b)(7)(C)]  Okay.  Is there anything

17    else?  Any other questions you have?  Anything that we

18    can address for you?

19         MR. PARKE:  Nothing here.

20         MR. GEBERT:  You asked earlier about a podcast

21    that I've been on.

22         SPECIAL AGENT [(b)(6); (b)(7)(C)]  Yeah.
```

1        MR. GEBERT: And I have -- I have a new one called

2   Full House. It's been out since April.

3        SPECIAL AGENT [(b)(6); (b)(7)(C)]   Okay.

4        MR. GEBERT: And it's for white fathers, and,

5   yeah, same context.

6        SPECIAL AGENT [(b)(6); (b)(7)(C)]   My only question, is

7   there any other -- any other -- any other names or

8   possible Twiddle handles or anything else that we

9   haven't mentioned that you -- that you remember?

10       MR. GEBERT: Sure. Yeah. Well, no, the show has

11  a Twitter handle, "Full House."

12       SPECIAL AGENT [(b)(6); (b)(7)(C)]   Right.

13       MR. GEBERT: And it's a -- it's a group account.

14  I don't manage all the tweets, but I do have access to

15  it. And it is pretty wholesome, and, you know, it's

16  unapologetically advocating for the interest of white

17  fathers to have more kids, live healthy, et cetera.

18       SPECIAL AGENT [(b)(6); (b)(7)(C)]   Okay. Well --

19       MR. GEBERT: You asked that before, and we got

20  sidetracked in the --

21       SPECIAL AGENT [(b)(6); (b)(7)(C)]   Right.

22       MR. GEBERT: -- podcast discussion and which ones

Page 138

```
 1    I was on.

 2         SPECIAL AGENT (b)(6); (b)(7)(C)   And that's very helpful,

 3    because then if the SPLC does an article about that,

 4    we'll know about it, so.

 5         MR. GEBERT:  Sure, exactly.  Yes, hindsight 20/20.

 6    Now I know, you know, who knows, but that's the --

 7    yeah.

 8         SPECIAL AGENT (b)(6); (b)(7)(C)   All right.

 9         SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)   All right.

10    Okay.

11         SPECIAL AGENT (b)(6); (b)(7)(C)   You don't have anything

12    further, (b)(6); (b)(7)(C) ?

13         SUPERVISORY SPECIAL AGENT (b)(6); (b)(7)(C)   I don't, no.

14         SPECIAL AGENT (b)(6); (b)(7)(C)   All right.  I'm going to

15    give you my card.  I mean, you've got my contact

16    information from the email, but let me give you my card

17    anyway.

18         MR. PARKE:  Sure.

19         SPECIAL AGENT (b)(6); (b)(7)(C)   If you have any questions

20    on anything, please free to give me a call --

21         MR. PARKE:  Okay.

22         SPECIAL AGENT (b)(6); (b)(7)(C)   -- send me an email.  cc
```

1       [(b)(6); (b)(7)(C)]   I'm going to be out.  I've got a long-term

2   training coming up, so if there's something that comes

3   up within the next --

4        MR. PARKE:  Was he on the email that you sent to

5   us?

6        SPECIAL AGENT [(b)(6); (b)(7)(C)]   He was on the last email,

7   I believe, I sent to you.

8        MR. PARKE:  Okay.

9        SPECIAL AGENT [(b)(6); (b)(7)(C)]   So his contact

10   information should be on there as well.

11        MR. PARKE:  Okay, great.

12        SPECIAL AGENT [(b)(6); (b)(7)(C)]   So I might not be

13   available to follow up, but [(b)(6); (b)(7)(C)] certainly will be.

14        MR. PARKE:  Okay.

15        SPECIAL AGENT [(b)(6); (b)(7)(C)]   All right?

16        MR. PARKE:  Thanks for your time.

17        SPECIAL AGENT [(b)(6); (b)(7)(C)]   Sure.  Pleasure to meet

18   you.

19        MR. PARKE:  Thanks for your time.

20        SPECIAL AGENT [(b)(6); (b)(7)(C)]   Nice to meet you.

21   Elevators, you have to punch the LL to get down to the

22   lobby.

1          MR. PARKE:  Okay.  We don't need an escort down?

2          SPECIAL AGENT [(b)(6); (b)(7)(C)]   You don't need an escort

3     down.  Just remember to turn those in (inaudible).

4          MR. PARKE:  Okay.

5          SPECIAL AGENT [(b)(6); (b)(7)(C)]   Thank you.

6          (Whereupon, at 12:06 p.m., the interview was

7     concluded.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21              DECLASSIFIED

22

Page 234



JOIN

# CHEAT SHEET
### TOP 10 RIGHT NOW

UNCOVERED

## State Department Official Oversaw D.C. Chapter of White-Nationalist Group: Report

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT



Larry Downing/Reuters

An official with the U.S. State Department oversaw a chapter of a white-nationalist

Page 235



JOIN

works in the Bureau of Energy Resources, and ecensing the [sic] "Coach Finstock"

to cover himself while he shares his racist views, the report says. Gebert has gone on multiple podcasts with this pseudonym, allowing him to say things like "I consider myself a white nationalist" while maintaining a degree of anonymity. "[Whites] need a country of our own with nukes, and we will retake this thing lickety split," Gebert, under the guise of "Coach Finstock," said in a May 2018 podcast.

SPLC found posts by Gebert suggesting he became involved in the alt-right movement beginning in 2015 and acknowledged potential ramifications it could have on his career. "There are bigger things than a career and a paycheck, and I don't want to lose mine," Gebert said as "Coach Finstock" on a podcast in August 2017. Gebert joined the department in 2013. Sources also told SPLC that Gebert's wife is connected to the white-nationalist movement, saying she uses the alias "Wolfie James" to post online.

Read it at Southern Poverty Law Center

## JOIN
## EXCLUSIVE CONTENT
## MY ACCOUNT
## LOG OUT

Published Nov. 21, 2019 4:20PM ET



Former National Security Council official Fiona Hill testified to Congress that she told U.S. Ambassador to the European Union Gordon Sondland that "this is all going to blow up." "I actually said to him: 'Who put you in charge of Ukraine?' and I'll admit I was a bit rude. And that's when he told me the president, which shut me up... He was being involved in a domestic political errand, and we were being involved in national security foreign policy and those two things had just diverged," Hill told lawmakers during the public impeachment hearing on Thursday. "I said to him, 'Ambassador Sondland, I think this is all going to blow up'—and here we are."

Page 236



JOIN

Pompeo, and Trump's personal lawyer Rudy Giuliani in an effort to get Ukraine to investigate former Vice President Joe Biden and his son.



**NBC Politics**
@NBCPolitics

WATCH: Fiona Hill says Sondland wasn't coordinating with her and her staff:

"He was being involved in a domestic political errand, and we were being involved in national security foreign policy."

...

"I did say to him, 'I think this is all going to blow up' — and here we are."



**JOIN**

**EXCLUSIVE CONTENT**

**MY ACCOUNT**

**LOG OUT**

541   9:03 PM - Nov 21, 2019

229 people are talking about this

HERE WE GO                DECLASSIFIED

# Lindsey Graham Launches Senate Investigation Into Bidens and Ukraine



JOIN

Senate Judiciary Committee Chairman Lindsey Graham (R-SC) sent a letter to Secretary of State Mike Pompeo on Thursday requesting documents related to former Vice President Joe Biden's <u>communications with Ukrainian officials</u>. Graham's inquiry focuses on any calls Biden may have had with former Ukrainian president Petro Poroshenko about the firing of the country's top prosecutor, or any calls that referenced Burisma, the Ukrainian gas company where Biden's son Hunter sat on the board. The *Washington Post* reports that Graham's letter appears to begin an investigation into Trump's widely debunked claim that Biden, who at the time was vice president, put pressure on Ukraine to fire its top prosecutor in an attempt to protect his son. Taylor Reidy, a spokeswoman for Graham, told the *Post* that the senator is now seeking the documents because "[Rep.] Adam Schiff and the House Intel Committee have made it clear they will not look into the issues about Hunter Biden and Burisma." "Graham is requesting documents which could shed additional light on that issue and hopes they will be able to answer some of the outstanding questions," Reidy said.

Read it at Washington Post

**JOIN**

**EXCLUSIVE CONTENT**

**MY ACCOUNT**

**LOG OUT**



Cheat Sheet
Everything you need to know today, from a variety of sources





JOIN

NAVIGATE THE MAIZE

# Thanksgiving Doesn't Have to Be Where Diets Go to Die

**AD BY NOOM**

Updated Nov. 21, 2019 8:30AM ET
Published Nov. 21, 2019 5:44AM ET



**FROM NOOM**

For those on diets, Thanksgiving can seem like a minefield. Dodge the sugary cranberry sauce; duck the buttery mashed potatoes; don't even look at the

## JOIN

## EXCLUSIVE CONTENT

## MY ACCOUNT

## LOG OUT

habits and replacing those negative chains with healthier ones instead.

If you want to go into Thanksgiving fully armed, sign up for a free trial of Noom today. You'll get a personalized plan for tackling your unique thought patterns so you can make healthy choices that are right for you—cause one-size-fits-all never really fits. | *Get Started at Noom >*

*Scouted* is internet shopping with a pulse. *Sign up for our newsletter* for more recommendations and deals. Curious about a specific product or brand? *Let us know!* If you buy something from our posts, we may earn a small commission.

Page 239



Anna Kaplan  Breaking News Reporter
Published Nov. 22, 2019 12:28AM ET



JOIN

During the reveal on Thursday night of Tesla's latest electric vehicle, the Cybertruck, one of CEO Elon Musk's claims didn't quite live up to the hype. CNBC reports that Musk said the truck was bulletproof against a 9mm handgun, and at one point brought out Tesla Chief Designer Franz Von Holzhausen to demonstrate how durable the Cybertruck is. While the truck didn't dent after Von Holzhausen smashed it with a sledgehammer, the windows shattered when Von Holzhausen threw metal balls at them. "Oh my fucking god," Musk said while laughing after the first window shattered. "Well, maybe that was a little too hard." Von Holshausen then picked up another metal ball and threw it at the passenger window, which also broke. Musk shrugged and said, "Well, it didn't go all the way through." Musk

**JOIN**

**EXCLUSIVE CONTENT**

**MY ACCOUNT**

**LOG OUT**



3,787   6:26 AM - Nov 22, 2019

1,004 people are talking about this

Read it at CNBC.



JOIN



Cheat Sheet
Politics
Entertainment
World News
Half Full
Culture
U.S. News
Innovation
Scouted

**JOIN**

**EXCLUSIVE CONTENT**

**MY ACCOUNT**

**LOG OUT**

Sitemap
Coupons
© 2019 The Daily Beast Company LLC
Advertise With Us

