

**U.S. Department of State**

## DIPLOMATIC SECURITY SERVICE
### WARNING AND ASSURANCE TO EMPLOYEE
### REQUIRED TO PROVIDE INFORMATION

This is an official administrative inquiry regarding misconduct or improper performance of official duties.

Inquiry concerns:             False Statements

The purpose of this interview is to obtain information that will assist in the determination of whether administrative action is warranted; to determine suitability for assignment to certain sensitive positions and/or geographical areas; or to determine suitability for continued employment or eligibility for access to classified information.

You are going to be asked a number of specific questions related to the performance of your official duties. You have a duty to reply to these questions. Agency disciplinary action, including dismissal, may be undertaken if you refuse to answer or fail to reply fully and truthfully.

Neither your answers nor any information or evidence gained by reason of your answers may be used against you in any criminal proceeding, except that if you knowingly and willfully provide false statements or information in your answers, you may be criminally prosecuted for that action (18 USC 1001). The answers you furnish and any information or evidence resulting therefrom may be used in the course of agency disciplinary proceedings, which could result in disciplinary action, including dismissal.

### ACKNOWLEDGMENT

I have read and understand my rights and obligations as set forth above.
I hereby solemnly swear or affirm that the statements provided in this interview are the truth and nothing but the truth.

| (b)(6); (b)(7)(C) | |
|---|---|
| **Diplomatic Security Service Special Agent** <br> U.S. Department of State | **Employee's Signature** |
| (b)(6); (b)(7)(C) | |
| **Witness** | Matthew Q. Gebert <br> **Employee's Name** *(printed)* |

| 16 : 0 6 | 9/27/2019 | OSI Interview Room SA-15 Ste. 1050 |
|---|---|---|
| **Time** *(hh:mm)* | **Date** *(mm-dd-yyyy)* | **Place** |

### PRIVACY ACT STATEMENT

**ATHORITIES:** The information is sought pursuant to 22 U.S.C. 4801, et seq. *(Omnibus Diplomatic Security Antiterrorism Act of 1986 as amended)* and 22 U.S.C. 2709 *(Special Agents).*

**PURPOSE:** The information solicited on this form will be used in connection with an inquiry regarding misconduct or improper performance of official duties. The information furnished may also be used for adjudication of potential misconduct.

**ROUTINE USES:** The information on this form may potentially be shared with the Department of Justice. The information may also be disclosed pursuant to court order. More information on the Routine Uses for the system can be found in the System of Records Notice State-36, Security Records.

**DISCLOSURE:** Providing this information is mandatory. Failure to provide the information requested on this form may result in agency disciplinary action.

DS-7616
06-2018

VICE VICELAND 7-D IMPACT REFINERY29

DECLASSIFIED



ADVERTISEMENT


Shop Now

## VICE NEWS

# State Department Official Moonlit as a White Nationalist Leader and Attended Charlottesville, Report Says

He also hosted prominent racists and Holocaust deniers at his home in Virginia and spread Nazi propaganda online, according to Hatewatch.

By **Tess Owen**

Aug 7 2019, 8:45pm

DECLASSIFIED



Want the best of VICE News straight to your inbox? Sign up here.

*Update 8/8 2:16 p.m. ET: The U.S. State Department has suspended State Department employee Matthew Q. Gebert, according to Politico.*

**Original story follows:**

A U.S. State Department official was moonlighting as a white nationalist leader in Washington, D.C. As part of that role, he hosted prominent racists and Holocaust deniers at his home in Virginia, attended the violent Charlottesville rally, and spread Nazi propaganda online, according to a new report by Southern Poverty Law Center's Hatewatch.

Matthew Q. Gebert joined the State Department in 2013 and currently works as a foreign affairs officer in the department's Bureau of Energy Resources, a State Department spokesperson confirmed to VICE News. In that position, Gebert is considered a civil servant, rather than a political appointee.

Hatewatch found that Gebert had been operating in his role as a white nationalist under the pseudonym "Coach Finstock" and helped lead the "D.C. Helicopter Pilots," the organizing chapter of Mike Peinovich's white

Enoch, is best known ( . . his role organizing the 2017 "Unite the Right" rally in Charlottesville, Virginia, which left one dead, and his blog and podcast, which he uses to peddle anti-semitism and racist pseudo-science.

**READ: <u>The first congressional hearing on white nationalism since Charlottesville was a train wreck</u>**

Gebert reportedly discussed attending the Charlottesville rally himself during an appearance on Fatherland, a neo-Nazi podcast, according to Hatchwatch. He said he disguised himself wearing a hat and sunglasses and boasted about returning in "one piece." Twitter accounts that Hatewatch linked to Gebert shared anti-Semitic memes about Supreme Court Justice Ruth Bader Ginsburg as well as swastikas and other Nazi imagery.

Later on Wednesday, leftist media collective Union Riot revealed that Gebert was a member of two far-right Discord servers: "Vibrant Diversity," which has been described as the most elite discord server in the alt-right and "Charlottesville 2.0" which was used to organize Unite the Right. Prominent members of Vibrant Diversity include neo-Nazi fugitive Andrew Anglin, Peinovich, and former Identity Evropa leader Elliot Kline (also known as Eli Moseley).

In that server, Gebert posted 22 times, including a picture of a swastika-shaped cookie, a pro-diversity sign covered in bullet-holes, and a meme of Hitler and Mussolini, according to the chats. He only posted twice in the Charlottesville 2.0, including one message where he said that he was planning to attend.

Gebert and his wife hosted Peinovich and other white nationalists numerous times at their home in Leesburg, Virginia, according to the report. Hatewatch estimated that Gebert's official involvement in white nationalism started around 2015. His most recent involvement in white nationalism was Spring 2019.

Gebert's alleged participation in white nationalist activities could be a violation of the Hatch Act, which prohibits federal employees from engaging in outside political activity while on duty. Penalties for violating the Hatch Act range from removal or suspension from federal service, to official

**READ: A radical anti-immigration group infiltrated the G... Now it's in the White House...**

DECLASSIFIED

Hatewatch's report also isn't the first time that Gebert's name has come up in relation to the far-right. Last July, a report by Sludge, which tracks money in politics, **found that Gebert had donated to Paul Nehlen**, a Wisconsin neo-Nazi who unsuccessfully ran for Congress last year. Gebert made the donation in January, after Breitbart had condemned Nehlen's racist and anti-Semitic statements.

A spokesperson for the State Department said that they were unable to comment on personnel issues but that they are committed to providing an inclusive workplace.

*Editor's note 8/7 5:59 p.m.: This story was updated with information released by leftist media collective Unicorn Riot after publication.*

*Cover image: In this Monday, Aug. 6, 2018 photo, a No Trespassing sign is displayed in front of a statue of Robert E. Lee in Charlottesville, Va., at the park that was the focus of the Unite the Right rally. (AP Photo/Steve Helber)*

TAGGED: VICE NEWS, RACISM, STATE DEPARTMENT, SOUTHERN POVERTY LAW CENTER, HATEWATCH, CHARLOTTESVILLE, UNITED THE RIGHT

Your email Subscribe

DECLASSIFIED

## More like this





**Stephen Miller Shared a Lot of White Nationalist Material With Breitbart During the 2016 Election**

TESS OWEN

**Noted Racist Richard Spencer Apparently Yelled Racist Slurs After Racist Rally**

TIM MARCIN





DECLASSIFIED

**Proud Boys Leader and Roger Stone Fanboy Is Running for Congress**

TESS OWEN

**White Nationalists on Telegram Are Hailing the Germany Synagogue Shooter as a 'Saint'**

TESS OWEN





**The Black Civil Rights Activist Who Took Down a KKK Chapter Has Died**

TESS OWEN



**The FBI Just Arrested a U.S. Army Soldier Who Allegedly Plotted to Bomb a Major News Network**

TESS OWEN





**White Nationalist Arrested After Asking Undercover FBI Agents to Help Him Bomb a Colorado Synagogue**

TESS OWEN

**How the Germany Synagogue Shooter's Manifesto Follows the Far-Right Playbook**

TESS OWEN



Most read.



**Nearly All Mass Shooters Since 1966 Have Had 4 Things in Common**

DAVID NORTEGA, TESS OWEN IN NEWS



**'They Can't Stop Us:' People Are Having Sex With 3D Avatars of Their Exes and Celebrities**

SAMANTHA COLE, EMANUEL MAIBERG IN TECH



**Fiona Hill to Blow Up the 'Fictional Narrative' That Ukraine Meddled in the U.S. Election**

CAMERON JOSEPH IN NEWS



**WWE Hid a Pre-Show Rehearsal on YouTube, A Glitch Exposed It**

DAVID GILXENSMAN IN TECH

## VICE NEWS

# Stephen Miller Shared a Lot of White Nationalist Material With Breitbart During the 2016 Election

The Trump adviser's leaked emails point to a troubling pipeline between white nationalist blogs and national policy.

By Tess Owen

Nov 12 2019, 11:01pm

DECLASSIFIED

The architect of Trump's hard-line immigration policy, Stephen Miller,

DECLASSIFIED

**Keep Reading**

# Noted Racist Richard Spencer Apparently Yelled Racist Slurs After Racist Rally

Leaked audio purportedly shows the far-right leader screaming anti-Semitic slurs and threatening further violence in Charlottesville.

By **Tim Marcin**

Nov 4 2018, 4:55pm

AP PHOTO/CHRIS D'MEARA

Richard Spencer, the white nationalist who garnered national attention for

**Keep Reading**

DECLASSIFIED

DECLASSIFIED

DECLASSIFIED

b)(6); (b)(7)(C)

3

b)(6); (b)(7)(C)

6



2

b)(6); (b)(7)(C)

5

b)(6); (b)(7)(C)

1

b)(6); (b)(7)(C)

4

DECLASSIFIED

≡ **salon**

DECLASSIFIED

(Getty/DragonImages)

# State Department official secretly working as white nationalist organizer: report

"I got into this [movement] and off the conservative reservation in 2015," the official allegedly said last year

313                    2

**BRAD REED**

**AUGUST 7, 2019 7:00PM (UTC)**

*This article originally appeared on Raw Story*

**RAWSTORY**

A new report from the Southern Poverty Law Center's *Hatewatch* claims that an official of the United States State Department has been working secretly as a white nationalist organizer.

The report has found that Matthew Q. Gebert, who works as a foreign affairs officer

SAVE UP TO 55%

*Hatewatch* also discovered that ⸤ebert appeared on a white nationalist podcast in May 2018 and said that white people "need a country of our own with nukes, and we will retake this thing lickety split."

A review of Gebert's online history suggests that he started out as an ordinary conservative when he first came to the State Department in 2013, but by 2015 he had become a fully radicalized white nationalist.

"I got into this [movement] and off the conservative reservation in 2015," he explained last year while posting on a white nationalist forum.

---

*Advertisement:*

---

*Hatewatch* reached out to Gebert to ask him for comment on his racist political beliefs but has not received a response.

Read the whole report here.

---

**BRAD REED**

**MORE FROM BRAD REED.**

# Around the Web

Ads by Revcontent

**Incredible $70 Smartwatch is Taking US by Storm (It's Genius)**
eWatch

**15 Real Faces of Famous Historical Figures Recreated in CGI**
hivemedia2

**How Dogs Cry for Help: 3 Warning Signs Your Dogs is Crying for Help**
Dr. Marty

**Former Fox News Host is Back in a Big Way. Even the President Tweets**
Great American Wealth Proje...

**3 Ways Your Cat Asks for Help**
Dr. Marty

**Scary Photos of What the Mayans Were Actually Like**
PastFactory

Related Topics

*All Salon* · *Hatewatch* · *News & Politics* · *Politics* ·

*Southern Poverty Law Center* · *State Department* · *White Nationalism* ·

*White Supremacy*

# Related Articles

Image

**Trump & China: Tariff tantrums**
MARSHALL AUERBACK

Image

**Current attacks on science surpass Bush**
ELLIOTT NEGIN

Image

**House Dems drop hints on Trump taxes**
IGOR DERYSH

Image

**DNC says no to climate debate**
JESSICA CORBETT

**Show Comments**



## FEARLESS JOURNALISM
## IN YOUR INBOX EVERY DAY

### SIGN UP FOR OUR FREE NEWSLETTER

| EMAIL ADDRESS | SUBMIT |

• • •

Copyright © 2019 Salon.com, LLC. Reproduction of material from any Salon pages without written permission is strictly prohibited. SALON ® is registered in the U.S. Patent and Trademark Office as a trademark of Salon.com, LLC. Associated Press articles: Copyright © 2016 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

DECLASSIFIED



← C 🔒 Truthfinder, LLC [US] https://www.truthfinder.com/rsaishboard/report/phone/2022302133   ☆

**DECLASSIFIED**

**Did You Know?** You can easily share a report with someone you know! Just click the green "Share Report" button.

**[VIEW BACKGROUND REPORT]**

MOBILE
NEW CINGULAR WIRELESS PCS LLC - DC (AT&T MOBILITY)

⬇ DOWNLOAD PDF    ⌁ SHARE REPORT

---

## 🛆 PERSONAL INFORMATION

Flag As Inaccurate      Rate Personal Information

REPORT NAVIGATION

- 🛆 IDENTITY
- 📞 CONTACT
- 📍 LOCATIONS
- 💬 SOCIAL

**PERSONAL INFORMATION**

### 📞 PHONE OWNER

# Matthew Gebert

**DECLASSIFIED**



**Need more contacts?** Try Zoominfo's Advanced Search (20+ criteria)

Wrong Matthew Gebert? | Update Profile



### Matthew Q. Gebert
Presidential Management Fellow at U.S. Department of State.

Location: 2201 C Street, NW, Washington, D.C., District of Columbia, ·United States

Company: U.S. Department of State

HQ Phone: (202) 647-4000

Email: g***@***.gov [Get Email Now]

**Access Matthew's Contact Information**

# White supremacists look to remake the map of America

After El Paso, the trend is clearly pointing in a disturbing direction.

**CASEY MICHEL** 🐦

AUG 12, 2019, 8:00 AM



ARE FAR-RIGHT EXTREMISTS DREAMING MORE OFTEN OF THE OUTRIGHT FRACTURE OF THE U.S.?
CREDIT: JOE RAEDLE / GETTY

When Dylann Roof, the white supremacist terrorist behind the 2015 Charleston massacre, issued his manifesto, he did so with a specific vision of America in mind.

To Roof's mind, the United States was his country — a white man's nation, worth reclaiming through horrid bloodshed, done in the name of racial

supremacy. To Roof, white supremacists could still conquer their country, even if they made up only a fraction of the population.

Ideas that white people in America should pack up and relocate elsewhere were ludicrous to Roof. Movements to cleave part of the country — say, the Pacific Northwest — into a whites-only utopia were anathema to Roof's endgame. "I think this idea is beyond stupid. Why should I for example, give up the beauty and history of [South Carolina?]," Roof claimed. "The whole idea is pathetic and just another way to run from the problem without facing it."

Fast forward four years, to last weekend. In El Paso, Texas, a white supremacist picked up where Roof left off. In a reprise of the Charleston shooter's slaughter, the alleged El Paso shooter murdered some 22 individuals at a local Wal-Mart, all in the name of white nationalism. A manifesto purportedly written by the shooter lays out his extremism: how he was specifically targeting Hispanics, how his massacre would help prevent Texas from becoming a Democratic stronghold, how he aimed to end "racial mixing."

TOP ARTICLES    1/5



READ MORE »



**Far-right voices are frothing about a looming civil war**



The alleged El Paso manifesto however, carries a different vision for an American future than that pushed by Roof — one overlooked in the days following the attack, and one that may portend a growing shift in the end-goals of white supremacist extremists. To the shooter, America was, in a sense, beyond saving. Instead, the shooter wrote, the country must fracture entirely.

*"You're going to have people who are unstable, who are going to say, 'I'm tired of waiting. Now I want to make it happen. I want to kick off this race war.'"*

In the shooter's vision, there would be no more United States. In its place, would be an America "divide[d]... into a confederacy of territories with at least 1 territory for each race." Such a proposal would apparently allow "each race self-determination within their respective territory(s) [*sic*]."

Contra Roof, the alleged El Paso shooter wanted to be done with the United States. To him, there was no U.S. to reclaim — instead, it should be scrapped entirely.

"It sounds like they're borrowing past ideas and putting renewed emphasis on

on monitoring the far-right, told ThinkProgress. "It's getting new traction if these guys are quoting it in their manifestos."

While the idea of breaking the United States into separate racial territories is, of course, ludicrous, it doesn't come without support. And if anything, that support is growing, with flames fanned by actors both foreign and domestic. American state fracture — breaking up the country. outright — has gained increasing credence among the far-right over the past few years. And with last weekend's terrorist attack, the domestic push to dissolve the United States outright entered a new phase — one whose end remains unclear.

## Racial States of America

The record of attempts to break the country into racial regions has, of course, a lengthy history. Andrew Jackson's administration, for instance, pushed the notion of creating a "Western Territory" peopled solely with Native Americans, many of whom would be ethnically cleansed from the American Southeast by both Jackson and his successor, Martin Van Buren. To the Jackson administration, the territory would eventually gain statehood outright: a state populated by, and for, the indigenous nations conquered through America's white supremacist expansionism. (The proposal crumbled in the face of Congressional pushback.)

**Casey Michel** 🇺🇸    @cjcmichel · Apr 18, 2019
Replying to @cjcmichel
Thanks to Jackson's/Van Buren's Trail of Tears, Cherokee
population by 1840 was "down by a third or half what it would have
been had the nation remained in the East."

>  as the idea. Around two thousand left ve... tarily, as pe
> ...but the rest, some sixteen thousand, refused. The govern
> ...en thousand militiamen and volunteers to round them up a
> ...nt and imprison them. The incarcerated Cherokees were then
> ...elocated to present-day Oklahoma. The Cherokees called this
> Nunna daul Isunyi, the "trail where we cried." The Trail of Tears,
> known in English, was a bitter march, undertaken by some on foot.
> ...tion, cold, and disease killed thousands, including Ross's wife.

**Casey Michel** ☑
@cjcmichel

The Jackson administration's proposal for a "Western Territory"
would be "governed by a confederacy of Indian polities and
given a delegate in Congress," eventually to obtain statehood.
(Idea was shot down on account of Congressional white
supremacy.)



Indian Country as designated in 1834. Western Territory, rejected by Congress,
forms the southern part.

21   1:30 AM - Apr 18, 2019

See Casey Michel   's other Tweets



Indeed, the root for such a race-based division largely took place in the
American West. Oregon celebrated its ascension to statehood with a
constitution barring any black settlement outright. Anti-Chinese pogroms in

from the territories, as did anti-South Asian riots in Washington State. Genocidal massacres of indigenous nations in California in the mid-19th century — against Wintus, against Pomos, against Tolowas — achieved much the same, all in the name of forcing non-whites from newly American territory. And Texas was no different, with Texas Rangers responsible for much of the attempts at ethnic cleansing along the Texas-Mexico border.

Of course, it's not as if the American West had a monopoly on these platforms of ethnic cleansing, or of racial reorganization. Post-Civil War white supremacist terrorism in the U.S. — lynchings, armed uprisings, political violence — aimed at driving formerly enslaved populations and their descendants from the American South, one of the primary drivers behind the Great Migration, itself part economic exodus and part refugee movement.

But for decades, the idea of breaking the U.S. into racial regions was a fringe fantasy. White supremacists — from the Ku Klux Klan to white nationalist extremists in the militia movement — wanted a return to white racial hegemony across the entirety of the United States. Ideas of a whites-only nation-state started resurfacing in the 1970s and 1980s, according to Johnson, and percolated especially in the Pacific Northwest. But only a small minority of extremists shared these views; such was the idea Roof ridiculed in his 2015 manifesto.

Over the past few years, though, the notion of state fracture and racial reorganization, may have gained credence among far-right voices — and backers have been finding support from the highest ranks of the American government.

The recent interest in creating a whites-only state within the U.S. can be seen in a selection in terminology. Whereas "white supremacists" claim precisely what their name implies — the supremacy of the white race, however they define it — "white nationalists" often fall back on myopic claims that they are, in fact, not racist, but simply prefer people of the white race to others. These claims are belied by the fact that the most prominent white nationalists of the past few years — Richard Spencer, Matthew Heimbach, and the like — also happen to be inveterate anti-Semites who regularly spew racist diatribes, and clearly use the term "white nationalist" as a linguistic defense against their own white supremacy.

But it's also true that there appears more interest over the past few years on the far-right in the interest of unwinding the U.S. entirely — an interest that culminated in a massacre in El Paso last weekend.

## *"You watch how the world trembles."*

Take Heimbach. While the former head of the Traditionalist Workers Party has transformed into a laughingstock, after being arrested for an altercation with his step-father-in-law after sleeping with the man's wife — Heimbach's step-mother-in-law.

He gained notoriety in 2016 as one of the faces of a rising generation of white supremacists. To Heimbach, the solution to America's ails was simple: Balkanization. "Every ethnic group should be able to opt out of multiculturalism if it wants to," Heimbach said. "Multiculturalism leads to violence. Multiculturalism leads to disunity. Different cultures want to live differently."

Spencer, likewise, echoed Heimbach. Another prominent race of the fascists who rose to prominence in 2016, Spencer — accused of domestic abuse, to go along with his white supremacy — has advocated the creation of a white ethno-state. While Spencer hasn't specified where such a state would exist, one of his allies, former KKK lawyer Sam Dickson, fleshed out Spencer's idea in late 2015. As the Southern Poverty Law Center related, "Dickson claimed African Americans could 'be given Manhattan,' describing his version of a Balkanization of America."

Other semi-prominent extreme right voices have picked up the threads since. Patrick Little, another anti-Semitic white supremacist, announced in 2018 that he supported the "Balkanization" of the U.S. "I'm a fan of Balkanization," Little claimed. The backing of "Balkanization" fits into broader trends of American white supremacists looking to the dissolution of Yugoslavia, and the kind of ethnic cleansing resultant, for inspiration. (Former president Barack Obama specifically pointed to "ethnic cleansing in the Balkans" in his statement following the El Paso shooting.)

And just this week, the SPLC outed a State Department official named Matthew Gebert as a white supremacist — one who claimed white Americans need a new country, one that could boast its own nuclear arsenal. "That's all we need," Gebert said. "We need a country founded for white people with a nuclear deterrent. And you watch how the world trembles."

## White House

Having someone as outwardly racist and sympathetic to white nationalist rhetoric in power as President Trump in some ways mitigates the push for outright state fracture. So long as Trump remains ensconced in Washington,

"I don't think they've thought about [the structure of an all-white society]," Johnson told ThinkProgress. "It's this idealistic utopia, and they don't sit there and say, 'Well, how are we going to govern, how are we going to tax,' things like that."

## *"The fact that these people are talking about doing this should disturb Americans of all stripes."*

But that doesn't mean things can't change — or that Trump himself wouldn't be sympathetic to the movement at some point in the future. After all, just this week Trump took to Twitter to boost a fired Google employee. The man Trump publicly praised also happened to be a vocal supporter of Richard Spencer.

Nor is this swelling white supremacist push for the disintegration of the country, which spilled into bloodshed in Texas last weekend, purely of domestic interest.

Look at recent Russian interference efforts. Not only have Kremlin-funded groups previously cultivated ties with neo-Confederates in the U.S., but some of the most prominent fake social media accounts specifically, and successfully, targeted secessionists with racist rhetoric through and after the 2016 election. (American secessionists also happened to flock to Moscow before the 2016 vote.) Just a few months ago, we learned of an aborted plan to try to stoke racial discontent with the ultimate aim of cracking apart the nation into racial polities.



Neo-Confederates reach out to their 'Russian friends' in new project

"Regardless of whether or not these plans are an amateurish thought experiment, the fact that these people are talking about doing this should disturb Americans of all stripes," a former assistant director of counterintelligence at the FBI told NBC.

Elsewhere, rhetoric advocating the fracturing of America has begun to seep beyond just white supremacist messaging. Far-right pundits like Kurt Schlichter and Jesse Kelly, who claim to be "patriots," have floated the idea of destroying the United States. Kelly claimed he wants an "amicable divorce," but it's unclear why he thinks any dissolution would be peaceful.

Just this week, 538 ran an interview with "Chris, a 35-year-old white man from rural Pennsylvania," who backed up the idea of dissolution. As Chris revealed, he thinks American dissolution is effectively a *fait accompli.* "I feel like it's going to happen one way or the other," he said. "Maybe if we can control the process a little it won't be quite as bad." His support for dissolution rests largely on the racists surrounding him, pointing out that those in his community regularly refer to Martin Luther King Day with racial slurs. "It's the N-word," Chris said, noting how people describe the holiday. "N-Day is kinda what they say. Even the people who don't say it chuckle at it."

Perhaps unsurprisingly, much of the recent rhetoric advocating for U.S. dissolution — whether from white supremacists or otherwise — is predicated on the belief that American socio-political divides remain at the state level: that the supposed Red State/Blue State divide remains insoluble. But the notion that America's divide remains on a state-by-state basis is years out of date. Instead, as recent elections indicate, the split is far more centered on rural-urban divides.

Just look at Texas. Two decades ago, Austin was viewed as a "blue island" in a "sea of red." In the second half of this decade, Texas's major urban areas — Houston and Dallas, San Antonio and Fort Worth — have all tilted Democratic. Texas is no different from other Republican-leaning states, where major cities — Louisville, Ky.; Indianapolis, Ind.; Missoula, Montana — have voted Democratic in recent years. And there's little reason to think that trajectory will shift in the foreseeable future.

But then, that allegedly was one of the factors driving the shooter responsible for the killings in El Paso. It's also one of the reasons domestic terrorists like him have begun turning toward trying to dissolve the nation, rather than returning to what they view as the halcyon days of white supremacy.

"I think the closer we get to the 2020 election, the more scary it's going to get," Christian Picciolini, a former white supremacist who renounced the movement to run anti-extremist programs, told ThinkProgress.

"If the Democrats win — and I'm not predicting anything, this is just my opinion — if the Democrats win, I think you will see a lot of activity in states that are heavily Republican starting to talk about secession, starting to say, 'Do we want to be part of this liberal, socialist, whatever-they're-calling-it America?' And I think you'll have discussions about that," Picciolini said.

"But on other hand, you're going to have people who are unstable, who are going to say, 'I'm tired of waiting. Now I want to make it happen. I want to kick off this race war'."

White Supremacy in America: A Guide



**#DOMESTIC TERRORISM, #DONALD TRUMP, #FAR RIGHT, #POLITICAL EXTREMISM, #RACISM, #RACISTS, #SECESSION, #TEXAS SECESSION**

Contact Us

© 2019 ThinkProgress

Powered by WordPress.com VIP

"mobilize an eight-man sniper platoon to conduct a shooting attack on Jewish people either at a Las Vegas synagogue or any other area of opportunity."

A couple thousand miles away, in Winter Park, Florida, a white supremacist was arrested on Friday for threatening to shoot up a Walmart. In addition to a manifesto espousing white-nationalist views and anti-immigrant rhetoric, 26-year-old Richard Clayton reportedly posted on Facebook: "3 more days of probation left then I get my AR-15 back. Don't go to Walmart next week." Despite the threat, he was not on probation.

Also on Friday, Matthew Gebert, a foreign-affairs officer in the State Department's Bureau of Energy Resources, was placed on leave after the Southern Poverty Law Center's Hatewatch Initiative reported that he "oversaw the Washington, D.C.–area chapter of a white nationalist organization, hosted white nationalists at his home and published white nationalist propaganda online." On a white-nationalist podcast in 2018, under the pseudonym Coach Finstock, he said: "We need a country founded for white people with a nuclear deterrent. And you watch how the world trembles." The year before, on the same podcast, he said he was ready to lose his career in the name of white nationalism.

And on Saturday, a white gunman in his 20s, influenced by the Christchurch attack in March and the shooting in El Paso, stormed a mosque in Oslo, Norway, before a 65-year-old congregation member, Mohammad Rafiq, tackled him and wrestled two shotguns and a pistol away from him. The acting chief of the police investigation said that the suspect held "far right" and "anti-immigrant" views, and spoke fondly of Vidkun Quisling, who lead Norway's collaborationist government under the Nazis. Though no one was killed in the attack, police found the body of the suspect's 17-year-old step-sister and are charging the alleged shooter with murder.

*Save 40% and get your free* Marc Jacobs x New York *Pen*
**LEARN MORE ▸**

Despite the rise of white-nationalist violence in the United States — anticipated by the Department of Homeland Security as early as 2009 — the DHS and the Trump administration have failed to make countering acts driven by the ideology a priority. (Its rhetoric, repeated by the president close to habitually at this point, is another matter entirely.) In an interview on *Meet the Press* on Sunday, Acting DHS Secretary Kevin K. McAleenan said that domestic terrorism of the sort was now becoming a priority "for the first time." But according to two sources within the administration who spoke with the New York *Times*, DHS officials feel that they cannot address topics of domestic terrorism and white-supremacist violence with Trump because he's not interested.

TAGS: WHITE NATIONALISM   POLITICS   DONALD TRUMP

160 COMMENTS

DECLASSIFIED

THE **Intelligencer** FEED

**3:00 A.M. TRUMP IMPEACHMENT**

### Trump Impeachment Hearing Who's Who: David Holmes

*By* MATT STIEB



The Ukraine embassy staffer's testimony may further implicate both President Trump and U.N. Ambassador Gordon Sondland in the quid pro quo.

**1:29 A.M. DEMOCRATIC DEBATES**

### 5 Winners From the Fifth Democratic Primary Debate

*By* ERIC LEVITZ



It was a great night for Booker, Buttigieg, and people who are not professionally obligated to watch Democratic primary debates.

**12:29 A.M. DEMOCRATIC DEBATES**

### Did Anyone Lose the Democratic Debate?

*By* GABRIEL DEBENEDETTI AND BENJAMIN HART



Intelligencer's Gabriel Debenedetti, who attended the showdown in Atlanta, chats about an evening that didn't go the way many expected it to.

**MOST POPULAR**

1. **Photographer Captures Image of Trump's Handwritten 'No Quid Pro' Notes**
   *By* ADAM K. RAYMOND

2. **Disney Says It's Hiking Park Ticket Prices for Your Own Good**
   *By* JOSH BARRO

3. **Trump Impeachment Witness Laura Cooper Blows Up GOP Defense on Quid Pro Quo**
   *By* MATT STIEB

4. **Trump Defenders Confused by Use of Synonyms**
   *By* JONATHAN CHAIT

DECLASSIFIED

## 5. Impeachment Hearing Schedule: How to Watch House Testimony
*By* MARGARET HARTMANN

**11/20/2019, VISION 2020**

## The Expected Pete Buttigieg Pile-On Never Happened in the Atlanta Debate

*By* ED KILGORE

Mayor Pete has been surging in Iowa and New Hampshire polls – but his rivals pretty much left him alone.

**11/20/2019 DEMOCRATIC DEBATES**

## Biden Says We Need to 'Keep Punching' at the Problem of Domestic Violence

*By* MATT STIEB

The Democratic front-runner probably didn't need to illustrate the problem with his fists.

**11/20/2019**

### Booker pled for support to make the stage in December during his closing remarks

> So once again we will all talk about how inspiring and effective @CoryBooker can be and wonder why he is still a 1 percenter.#DemDebate

> —@RalstonReports

**11/20/2019**

### Booker with the line of the night

> Booker: "This week, I literally hear [Biden] say, 'I don't think we should legalize marijuana.' I thought you might've been high when you said it."

> —@Herring_NBA

**11/20/2019**

### The word is "oof"

> Biden says that to fight violence on women we need to "keep punching at it and punching at it and punching at it."

> —@peterbakernyt

**11/20/2019**

### Hence the rather subdued tone

> There seems to be some kind of game theory going on where the frontrunners don't think attacking each other is worth the risk given how tightly they're clustered in the early state polls

> —@BenjySarlin

DECLASSIFIED

**11/20/2019**

**This got a laugh**

Andrew Yang, on what he'd say on his first call to Putin as president: "First, I'd say I'm sorry I beat your guy ... The days of meddling in American elections are over." @MSNBC

—@kylegriffin1

**11/20/2019**

**Harris is having her best debate in a while**

"Donald Trump got punked" - Kamala one-liner on Trump & Kim Jong Un

—@StevenTDennis

**11/20/2019**

**A somewhat feisty exchange between these two on climate**

Biden going after Tom Steyer is not something anyone predicted.

—@amyewalter

**11/20/2019**

**A welcome development**

This #DemDebate is the first time paid family leave and childcare have come up in all of the primary debates so far.

—@eyokley

**11/20/2019**

**Amen**

This debate feels like so many of us post 2 long days of impeachment testimony. Everyone seems a little tired and no one has been able to find a real groove.

—@amyewalter

**11/20/2019**

**Harris goes after Gabbard**

Harris takes her shot at Tulsi—three debates after Tulsi's shot:

"Buddied up to Steve Bannon to get a meeting with Donald Trump."

—@ccadelago

DECLASSIFIED

**11/20/2019**

**Tulsi Gabbard** continues to be a strange presence in the race

Tulsi Gabbard goes after Hillary Clinton:

> "Our Democratic Party unfortunately is not the party that is of, by and for the people. It is a party that has been [and] continues to be influenced by the foreign policy establishment represented by Hillary Clinton." #DemDebate

> —@hayleymiller01

**11/20/2019**

**Neither Andrew Yang nor Tom Steyer have spoken 25 minutes in**

> If you're going to invite 10 candidates on stage, then you ought to try to give a decent amount of time to all of them–especially in the first half-hour, the most watched segment of a long debate. This simply isn't happening. #DemDebate

> —@LarrySabato

**11/20/2019  VISION 2020**

## Elizabeth Warren's One-Two Punch for Conquering Washington

*By* ED KILGORE

The policy-oriented senator has at least a good start on a plan for enacting her plans.

**11/20/2019**

**He did not, um, look younger than this during his first answer**

> Today is Joe Biden's birthday. He's 77.

> —@aseitzwald

**11/20/2019**

**Warren seamlessly segues into a core campaign theme**

> Warren smartly uses the Sondland testimony to make a larger argument about government corruption, and selling off ambassadorships. I suspect that Warren's core general election message would be about corruption, and she's good at making that case.

> —@ezraklein

**11/20/2019**

**Good luck getting Americans to read**

> Starting off #DemDebate with impeachment question, Maddow asks Warren how she will try to convince Senate Republicans to vote to convict Trump.

> "The obvious answer is to say first, read the Mueller report," she says.

> —@hayleymiller01

253

**11/20/2019**

An essential Twitter feed for tonight's coverage:

> Alright, @gdebenedetti signing on here from Democrats' $2'130,502nd* debate, in Atlanta. Ready?
>
> *5th
>
> —@intelligencer

---

**11/20/2019  TRUMP IMPEACHMENT**

## Trump Impeachment Witness Laura Cooper Blows Up GOP Defense on Quid Pro Quo

*By* MATT STIEB

Cooper undercut a major GOP talking point: That Trump's investigation demand couldn't have been a quid quo pro if Kiev didn't know aid was frozen.

---

**11/20/2019**

## Just wait until he hears from the president

> Sondland put his luggage in the wrong overhead bin, and said "my whole day has been like this" https://t.co/Pii5BVVA63
>
> —@DavidWright_CNN

---

**11/20/2019  DEMOCRATIC DEBATES**

## Biden Campaign Sends Post-Debate Email Prior to Debate: 'Did I Make You Proud?'

*By* MATT STIEB

The gaffe-heavy candidate's campaign started with an early gaffe, sending a post-debate fundraiser — "Did I make you proud? — hours before the debate.

---

**11/20/2019  TRUMP IMPEACHMENT**

## Trump Impeachment Hearing Who's Who: Fiona Hill

*By* MATT STIEB

Like Gordon Sondland, Hill may implicate Trump's staff in the quid pro quo. But Hill will also testify as to Sondland's complicity and incompetence.

---

**11/20/2019  GAMING**

## Google Stadia's Terrible Launch Doesn't Matter in the Long Run

*By* BRIAN FELDMAN

Terrible word of mouth is no match for the power of being the top result on Google's search engine.

**11/20/2019 BUYER'S MARKET**

## Disney Says It's Hiking Park Ticket Prices for Your Own Good

*By* JOSH BARRO

I just paid $194 for a one-day pass. But here's what I got for it.

**11/20/2019 JEFFREY EPSTEIN**

## Prince Andrew Is Finally Facing Consequences for His Epstein Ties

*By* SANGEETA SINGH-KURTZ

After publicly defending his friendship with the late alleged sex trafficker Jeffrey Epstein, Prince Andrew is stepping down from public duties.

**11/20/2019 TRUMP IMPEACHMENT**

## The Complete Guide to President Trump's Potential Impeachment

*By* INTELLIGENCER STAFF

Everything you need to keep up with the Ukraine scandal and the Trump impeachment inquiry, from analysis of key issues to daily hearing recaps.



READ MORE ON THE
**Intelligencer**
HOMEPAGE

SIGN IN TO COMMENT

## Intelligencer

 

NEWSLETTERS    ABOUT US

HELP    CONTACT

MEDIA KIT    WE'RE HIRING

PRESS    PRIVACY

TERMS    AD CHOICES

INTELLIGENCER IS A VOX MEDIA NETWORK.

© 2019 VOX MEDIA, INC. ALL RIGHTS RESERVED.



# Exposed: State Department Official Posted in Nazi Charlottesville Chats

By Chris Schiano, Unicorn Riot           August 7, 2019

Washington, DC – Today, an investigation by reporter Michael Hayden for the Southern Poverty Law Center (SPLC)'s Hatewatch revealed that US State Department official Matthew Q. Gebert has been active in the neo-nazi movement over the last several years. Leaked Discord chat logs obtained by Unicorn Riot also prove that Gebert's username was posting in racist groups

throughout 20    and indicate he may have attende   he deadly
Unite The Right rally in Charlottesville.

Gebert currently works as a foreign affairs officer in the State Department's
Bureau of Energy Resources. His career at the State Department began in
2013 via a **"presidential management fellowship"** focused on **"developing
a cadre of potential government leaders"** according to academic and
government records.

Gebert has made repeated appearances on anti-semitic alt-right podcasts
such as 'The Fatherland', according to reporting by SPLC. His podcast
appearances as well as his leaked Discord chats also indicate he has hosted
white nationalist gatherings at his home.

Matthew Gebert's Discord chat handle is 'Coach – DC', and his leaked
Discord posts links directly to his Twitter profile @DC_Pilots, which was
conclusively tied to Gebert by Hatewatch.

Gebert's Discord is active in two different servers in the logs obtained by
Unicorn Riot. The majority of his 22 leaked messages are in the server
'Vibrant Diversity', which users referred to as **"the most elite discord server
in the Alt Right"**. Posts by 'Coach – DC' in 'Vibrant Diversity' include a meme
of Hitler and Mussolini, a swastika-shaped cookie, and a picture of a pro-
diversity yard sign riddled with bulletholes.

Coach · DC
2017-02-22 04:15:46 UTC [Vibrant Diversity #general] Q  ♂



DECLASSIFIED





*No importa de dónde eres, estamos contentos que seas nuestro vecino.*

No matter where you are from, we're glad you're our neighbor!

لا يهم أين ولدتم ، لكننا سعداء إنكم جيراننا

One message shared by Gebert on March 19, 2017 suggests he hosted a "vetted" white nationalist gathering at his home the night before, and also wrote that his wife was "out of town on an altright mission" and that the guests at his house included Mike Peinovich (aka 'Mike Enoch') of the neonazi The Right Stuff podcast network (Enoch was also present in the Vibrant Diversity chats).

Exposed: State Department Official Posted in Nazi Charlottesville Chats - UNICORN RIOT



Other neo-nazis present in 'Vibrant Diversity' chat logs included Elliott Kline (aka Eli Mosely), former Identity Evropa leader and principal organizer of the Unite The Right Rally. Also in the chats were Brian Brathovd (aka 'Caerulus Rex'), a National Guard soldier who served as neo-nazi leader Richard Spencer's bodyguard. Other notable figures present alongside Gebert in 'Vibrant Diversity' were Andrew Anglin and Andrew Aurenheimer (aka 'weev') of the The Daily Stormer, as well as Greg Johnson from the white nationalist publishing house Counter Currents.

Matthew Gebert was also present in the leaked chat logs from the 'Charlottesville 2.0' Discord server used to plan the Unite The Rally. While he only appeared to post twice in the Charlottesville chat, he wrote **"Confirmed 1,488%"** in a chat channel specifically dedicated for users to formally confirm their plans to attend Unite The Right on August 12.



A State Department statement to the Hatewatch claimed the federal agency is **"committed to providing a workplace that is free from discriminatory harassment and investigates alleged violations of laws, regulations, or Department policies, taking disciplinary action when appropriate."**

**Unicorn Riot's leaks from Charlottesville:**

- LEAKED: Chats of #UniteTheRight Charlottesville Organizers Exposed on Discord App
- LEAKED: The Planning Meetings that Led Up to Neo-Nazi Terrorism in Charlottesville
- LEAKED: Chats of #UniteTheRight Reacting To Murder of Heather Heyer
- DATA RELEASE: Discord Chats Planned Armed Neo-Nazi Militia Operations In Charlottesville
- DATA RELEASE: "Unite The Right" Planning Chats Demonstrate Violent Intent
- DATA RELEASE: Server Logs Reveal Neofascist Tactics
- DATA RELEASE: White Supremacist Fundraising & Planning for Charlottesville
- DATA RELEASE: Discord Logs Expose Regional Networks Planning for #UniteTheRight

**Unicorn Riot reporting in Charlottesville & beyond:**



- Violent White supremacist Rally in Charlottesville Ends in Murder
- White Supremacist Mob Carrying Torches Attacks Anti-Racist Protesters in Charlottesville
- White Supremacists To Hold "Unite The Right" Rally in Charlottesville
- Minneapolis Marches in Solidarity With Murdered Anti-Racist Heather Heyer

## UNICORN RIOT IS YOUR SOURCE FOR NON-PROFIT INDEPENDENT MEDIA

TAGS | #OC | ALT-RIGHT | ANDREW ANGLIN | BUREAU OF ENERGY RESOURCES | CHARLOTTESVILLE | CHARLOTTESVILLE 2.0 | COACH - DC | COUNTER CURRENTS | DAILY STORMER | DISCORD | ELI MOSLEY | FEATURED | GREG JOHNSON | HATEWATCH | HITLER | MICHAEL HAYDEN | MIKE ENOCH | MUSSOLINI | NEO-NAZI | PODCAST | PRESIDENTIAL MANAGEMENT FELLOWSHIP | RICHARD SPENCER | SOUTHERN POVERTY LAW CENTER | SPLC | SWASTIKA | THE RIGHT STUFF | TWITTER | UNITE THE RIGHT | VIBRANT DIVERSITY | VIRGINIA | WASHINGTON | WEEV

CATEGORIES　RACISM

SHARE THIS ARTICLE

OLDER ARTICLE

**ANTI-FASCIST SOLIDARITY FOSTERED AT NYC EXTREME METAL FESTIVAL**

Aug 7, 2019

NEXT ARTICLE

**MAN ARRESTED PLANNING VEGAS ATTACKS JOINED NEO-NAZI PARTY, LEAKED CHATS SHOW**

Aug 10, 2019

RELATED BY

ECO
**Inaugural 'No Uranium in Treaty Territory Summit'...**

SOCIAL CONTROL
**Far-Right Stirs Violence Against Anti-Trump Protests**

DAPL
**Lakota People's Law Project Hosts Panel with...**

COMMUNITY
**EPA to Hear Public Comments in Proposed...**

## NON-PROFIT INDEPENDENT MEDIA

Unicorn Riot is a decentralized, educational 501(c)(3) non-profit media organization of artists and journalists. Our work is dedicated to exposing root causes of dynamic social and environmental issues through amplifying stories and exploring sustainable alternatives in today's globalized world.

Born from the internet in 2015, our commercial-free platform operates non-hierarchically, independent of corporate or government control. Unicorn Riot spans across multiple US cities including Boston, Denver, Minneapolis, and Philadelphia. All of our financial support comes from grants and from you, our audience.

**DONATE**

## Sign Up for Our Newsletter!
Email Address
Subscribe

HOME

LIVE

VIDEOS

INVESTIGATIVE

TOPICS

SOCIAL FEED

ABOUT US

DONATE

All Unicorn Riot Media is Redistributable Under Attribution-NonCommercial-ShareAlike 3.0 United States (CC BY-NC-SA 3.0 US) (License - Privacy Policy) 2019





**Rep. Max Rose** ✓
@RepMaxRose

Follow ⌄

The State Dept. has no excuse. Violent foreign white nationalists are antisemitic terrorists according to every definition of the word.

We need to designate them as such and give law enforcement the tools they need to counter the threats of today, not just yesterday.

0:13  753 views

2:30 PM - 14 Nov 2019

**9** Retweets  **36** Likes

💬 5   🔁 9   36

Carol Mcgon @CarolMcgon · Nov 14
Replying to @RepMaxRose
Thank you for trying your best

**CNN** politics

# Brother called FBI to investigate State Department official over hate



By Mallory Simon, CNN

Updated 2247 GMT (0647 HKT) August 15, 2019



WASHINGTON, DC - JUNE 09: A view of the State Department seal on the podium. (Photo by Drew Angerer/Getty Images)

**(CNN)** — The brother of a State Department official linked to a white nationalist group by a civil rights organization tells CNN he reported his sibling to the FBI out of concern about his hateful views.

Matthew Gebert, the State Department employee, has been placed on administrative leave from his job as a foreign affairs officer in the Department's Bureau of Energy Resources after the civil rights organization's made the claim.

Gebert's brother, Michael Gebert, told CNN on Thursday that details in the extensive report released last week by the Southern Poverty Law Center's Hatewatch initiative are accurate.

Hatewatch alleged that Matthew Gebert "oversaw the Washington, DC-area chapter of a white nationalist organization, hosted white nationalists at his home and published white nationalist propaganda online." According to the report, he used a pseudonym -- Coach Finstock -- to express "a desire to build a country for whites only."

263

 politics

Michael Gebert identified his older brother as the man in a photo Hatewatch posted of white nationalists gathering in Charlottesville, Virginia, months before the Unite the Right rally that resulted in the killing of a counter-protestor, 32-year-old Heather Heyer.

Michael Gebert also said it was his brother's voice speaking as "Coach Finstock" on a white nationalist podcast and confirmed Hatewatch's reporting that he had contacted the FBI about his brother last month through an electronic tip form on the bureau's website.

"He's had all this hate growing and accelerating under his skin," the younger Gebert told CNN in a phone interview after Hatewatch released a report about his outreach to the FBI. "Everything else is keeping up good appearances."

He told CNN he made the decision to contact the FBI out of concern for his brother's children.

"It didn't take courage to submit a tip to the FBI," he said. "I was just so angry."

Michael Gebert says he and his brother have long disagreed over politics.

## 'So much evil'

Matters reached a head about a year ago at a family gathering in the Pocono Mountains in Pennsylvania, he said. After drinking some alcoholic beverages, he said his brother Matthew began using language about Jews, immigrants and minorities that concerned and frightened him.

Michael Gebert explained "it took everything in me" to not react in a violent manner. He said he told his brother, "Matt, I wanna smash your face in."

He told Hatewatch of that evening: "I saw so much evil in my brother, I could not f**king deal with it." Even so, Michael Gebert told CNN he still has some sympathy for his brother.

The State Department did not respond to CNN's request for comment about Michael Gebert's efforts to warn authorities about his brother's activities.

The FBI said it does not comment on tips. The agency said it can't investigate people for holding an ideology or belonging to certain US-based hate groups.

Attempts by CNN to reach Matthew Gebert have been unsuccessful. Hatewatch said in its report that the group's investigators had been unable to speak to him.

Gebert joined the State Department in 2013, during President Barack Obama's administration, as a "presidential management fellow," according to an alumni magazine from his alma mater George Washington University. According to the program's website, it "attracts and selects the best candidates possible, but is really designed with a more narrow focus - developing a cadre of potential government leaders."

*CNN's Gianluca Mezzofiore, Paul P Murphy, Jennifer Hansler, David Shortell and Manu Raju contributed to this report*

 politics

Search CNN...

World

US Politics

Business

Health

Entertainment

Tech

Style

Travel

Sports

Videos

Features

More

 politics

**FOLLOW CNN POLITICS**

Terms of Use    Privacy Policy    Accessibility & CC    AdChoices    About Us    Modern Slavery Act Statement

Advertise with us    CNN Store    Newsletters    Transcripts    License Footage    CNN Newsource    Sitemap

© 2019 Cable News Network. Turner Broadcasting System, Inc. All Rights Reserved.
CNN Sans™ & © 2016 Cable News Network.

DECLASSIFIED



# The Washington Post

*Democracy Dies in Darkness*

# Wolfie James and the insidious role of female white nationalists

By **Monica Hesse**

August 14, 2019 at 11:24 p.m. GMT+3

Two years ago, when a group of tiki torch-wielding racists held their deadly rally in Charlottesville, they shared some common traits. They were white, yes, and they were also overwhelmingly male. The most visible white nationalists are generally men: Not only do they view European heritage as superior, they see women's roles as domestic and reproductive in nature.

Last week, a State Department official named Matthew Gebert was suspended from his job after the Southern Poverty Law Center accused him of covertly running a Washington-area chapter of a white nationalist organization. The SPLC released an alleged photo of Gebert taken at the Unite the Right rally and, in a detailed report, alleged that he had participated in white nationalist podcasts; dined with a prominent Holocaust denier; and spread his beliefs online under the pseudonym "Coach Finstock."

DECLASSIFIED

I was intrigued to learn that Gebert had a wife.



AD

I'm always baffled when they turn out to have wives. Not because of any illusions that women are less racist than men — of course they're not — but because it's hard to imagine a woman volunteering to be the backroom support staff for a group that believes women's liberation contributes to the deterioration of civilization.

In a way, I found the idea of the wives even more terrifying than the husbands, for reasons it was initially hard to put my finger on. So I spent the last few days falling down a rabbit hole looking for "Wolfie James."

Under this pseudonym, the SPLC claimed, Gebert's wife also promoted the white nationalist cause — an allegation she denied when contacted by the advocacy group. On social media, Wolfie James lamented her "cesspool" neighborhood near Washington, expressing envy of online friends who lived in less diverse places. One pal claimed her locale was almost entirely white; "Poland?" Wolfie wistfully guessed. (She did not respond to emails or texts sent to accounts associated with her real name.)

DECLASSIFIED

Much of Wolfie James has been scrubbed from the Internet; her Twitter account is deactivated. But there are remnants: images of old message chains, bylines on old articles.

Here she is, tagged in a meme for "Fashy Femmes," a photo of a saxophone surrounded by hot-pink font: "We're just in it for the sax," reads the pun.

Here she is, composing "7 Reasons Why Alt-Right Men Are the Hottest," an essay that takes the quippy writing lessons of any Cosmopolitan listicle and filters them through a racist worldview.

"The masculinity they exude is positively intoxicating," she offers. "Sure, he may spend inordinate time s---posting til the wee hours of the night, but it's all for a good cause . . . and that's both undeniably white, and irrefutably alpha."



AD

DECLASSIFIED

The content is . . . well, not only is it undeniably vile, it's irrefutably absurd. Staying up all night posting racist memes is not "alpha." It does not "exude masculinity." It exudes a sad stench of Fritos and Mountain Dew.

Here is Wolfie James, writing "A Guide to your Kids' PBS shows" — which turns out to be a rundown of which programs, including "Caillou" and "Curious George," she finds acceptably white enough, and least likely to teach children about tolerance and diversity.

Here she is with an essay called "How to Red Pill Your Woman." In misogynistic and alt-right circles, "red pilling" is the art of luring recruits by convincing them of the superiority of white men in the face of an evil cultural conspiracy against them.

AD



DECLASSIFIED

I'm not going to repeat her nauseating tips, because they're awful, because the sentiments shouldn't be quoted.

But I'm noticing them. I'm noticing how they insidiously claim to bring a "softer" side to white nationalism. How they include step-by-step instructions on what arguments Wolfie thinks will more likely appeal to wives or mothers. How she works to "steadily fan the flames" of white nationalism, by steering it from behind, from the confines of her living room.

Ashley Mattheis, a doctoral fellow with the Center for Analysis of the Radical Right, introduced me to the phrase "shield maiden," which explained everything I'd been noticing. It's not uncommon for alt-right women to position themselves as mythical Scandinavian woman-warriors, Mattheis said. They believe that women's place is in the home, but that sometimes women must head into battle to defend the specific white supremacist vision of what that home should be.

AD



In one essay titled "A Place for Women in the Alt-right,  Wolfie James took on this concept directly. "The truth is that men are better suited to the cause," she wrote. Women, she explained, can be "crazy" and "irrational." Still, she wrote, "the movement can consider, with some reservation, incorporating women without being feminized or co-opted."

Commenters chimed in. "Good points on how to guide your wife and the mother of your kids along so she can perform her role even better," one reads. And another: "They'll have to be demure around the men, it is the only way."

There was a surrealness to the whole spectacle: a woman meekly begging for a voice in a movement that nobody should want to join, and commenters using her own words as evidence that women should be kept in a submissive role.

AD



But the exchange, written eight months before a crowd of chanting men congregated in Charlottesville, was ultimately horrifying. Because Wolfie James was offering guidance on how to expand and normalize the movement, it's easy to imagine how her tactics could succeed.

"It's only reasonable to assume that a movement has to expand and evolve in order to gain greater influence," she wrote, arguing that women can "boost it to the next level."

*Boost it to the next level.* It's chilling. Wrapped in hot-pink font, and Cosmo-ish headlines, and soft little jokes about how women are crazy, it's all chilling.

I read Wolfie James, and I have never wished harder for a woman to fail.

*Monica Hesse is a columnist writing about gender and its impact on society. For more visit wapo.st/hesse.*

AD



< State Dept. Official From VA Called White Nationalist: Report

**✕**

# State Dept. Official From VA Called White Nationalist: Report

Matthew Gebert of Leesburg worked for the Bureau of Energy Resources, but recently was placed on leave, according to a report by Hatewatch.

By Megan VerHelst, Patch Staff (https://patch.com/users/megan-verhelst)
Aug 13, 2019 5:22 pm ET



(https://patch.com/virginia/leesburg/amp/28234579/state-dept-official-from-va-called-white-nationalist-report)

💬 Reply (2)



An employee of the State Department's Bureau of Energy Resources recently was outed as a white nationalist by the Southern Poverty Law Center. (Shutterstock / Mark Van Scyoc)

(https:/,

LEESBURG, VA — A U.S. State Department official from Leesburg has been placed on leave after he allegedly led a local chapter of a white nationalist organization, hosted white nationalists at his home and published white nationalist propaganda online, according to a report from the Southern Poverty Law Center.

State Dept. Official From VA Called White Nationalist: Report
itter.com
xt=State%20Dept%20Official%20From%20VA%20Called%20White%20Nationalist
Report&
63A

Matthew Q. Gebert, 38, started working for the department's Bureau of Energy Resources in 2013, according to an archived George Washington alumni magazine cited in the report produced by SPLC's Hatewatch program (https://www.splcenter.org/hatewatch/2019/08/07/us-state-department-official-involved-white-nationalist-movement-hatewatch-determines). He worked on energy issues involving Pakistan and India during his time there, former co-workers told Politico (https://www.politico.com/story/2019/08/08/state-department-energy-employee-white-supremacist-group-1642628?fbclid=IwAR2Nl47XPKt8OD2jwHRnP9___e___ZJYqZwT0OezM6rB9s61UJIprHa4XpRw4).

**Find out what's happening in Leesburg with free, real-time updates from Patch.**

Gebert was placed on leave after the Hatewatch program reported that he allegedly used the pseudonym "Coach Finstock" on white nationalist forums and hosted parties at his Leesburg home for others with similar views. Two U.S. officials familiar with Gebert's situation confirmed to NBC News (https://www.nbcnews.com/news/us-news/state-department-worker-had-secret-other-life-white-nationalist-right-n1040101) that he is on leave, but did not say when he left his desk or speculate on when, or if, he might return.

Not in Leesburg? (https://patch.com/subscribe)

According to Hatewatch, Gebert used his pseudonym on social media and podcasts to express a desire to build a country for whites only. "[Whites] need a country of our own with nukes, and we will retake this thing lickety split," the report quoted Coach Finstock as saying on a May 2018 episode of The Fatherland, a white nationalist podcast. "That's all that we need. We need a country founded for white people with a nuclear deterrent. And you watch how the world trembles."

Under his pseudonym, Gebert also attended white nationalist events and helped lead a Washington, D.C., and Northern Virginia-based organizing chapter of Michael Peinovich's The Right Stuff network called "D.C. Helicopter Pilots," Hatewatch (https:/,

reported. It cited Peinovich among the most influential figures of the contemporary

racist right.

‹ State Dept. Official From VA Called White Nationalist: Report...               ✕

ubject=State%20Dept.%20Official%20F.om%20VA%20Called%20White%20Nationalist
Report&
te%20Dept.%20Official%20From%20VA%20Called%20White%20Nationalist
Report

Subscribe ? (/)

Matt.../tags%20H.sR2OenrtwsgrkpatvOle%20.th%3Abns%3Brgrand%20F%20Entrow%20Resources
out%20recently%20was%20placed%20on%20leave
according%20to%20a%20report%20by%20Hatewatch.

After publishing the investigation, people sent photos and information (https://www.splcenter.org/hatewatch/2019/08/09/white-nationalist-state-department-official-surfaces-photographs) to Hatewatch about Gebert and his wife, Anna Vuckovic, who allegedly went by the alias "Wolfie James" to post racist and anti-Semitic content online. Last Friday, Hatewatch posted a photo of Gebert at a white nationalist event in Charlottesville, Virginia, in May 2017. Gebert appears in the photo wearing sunglasses, a white polo shirt and khaki pants. Co-workers and a family friend confirmed his identity to Hatewatch.

### Find out what's happening in Leesburg with free, real-time updates from Patch.

@Hatewatch

We have obtained images of Matthew Q. Gebert, a State Department official who is involved in the white nationalist movement. bit.ly/2KCH8Ez

**Let's go!**

Not in Leesburg? (https://patch.com/subscribe)

**White Nationalist State Department Official Surface...**
Hatewatch has obtained images of Matthew Q. Gebert, a State Department official who is involved in the white splcenter.org

4:44 · 3:11 PM · Aug 9, 2019

473 people are talking about this

(https:/.

Twitter archives revealed clues about their identities, Hatewatch determined. At least one Coach Finstock account, @TotalWarCoach, led Hatewatch to expired handles that use elements of Gebert's real name, including @MQGeb and @MQGebert.

< State Dept. Official From VA Called White Nationalist: Report

Former State Department officials were surprised security screenings had not flagged Gebert's involvement with the hate groups, according to Politico. A state department spokesperson said that while they couldn't comment on personnel issues, the department is "committed to providing an inclusive workplace."

Gebert knew his connections to white nationalism could end his career, according to an August 2017 episode of The Fatherland cited in the Hatewatch report. "There are bigger things than a career and a paycheck, and I don't want to lose mine," Gebert said as Coach Finstock. "I am prepared to lose mine. Because this is the most important thing to me in my life ... in tandem with my family, of course."

### Find out what's happening in Leesburg with free, real-time updates from Patch.

♡ Like   ☺ Thank   ♡ Reply (2)

**More from Leesburg**

**Let's go!**



**Leesburg Restaurant Inspections: Bean Bar, MacDowell Brew Kitchen (https://patch.com/virginia/leesburg/leesburg-restaurant-inspections-bean-bar-macdowell-brew-kitchen)**

12h

**Black Friday 2019 Sales, When Stores Open In Leesburg (https://patch.com/virginia/leesburg/black-friday-2019-sales-when-stores-open-leesburg)**

15h



**Best Midweek Deals: Crest Whitestrips,** https:/.

< State Dept. Official From VA Called White Nationalist: Report                                    ✕

**Get Tickets Nearby** 📷

**Zoso - Led Zeppelin Tribute Band (https://patch.com/virginia/leesburg/tickets/event/4126927)**
Friday, Nov 29 at 7:00pm

**Moscow Ballet's Great Russian Nutcracker (https://patch.com/virginia/leesburg/tickets/event /3950336)**
Tuesday, Dec 10 at 7:00pm

✕

**Find out what's happening in Leesburg**
**with free, real-time updates from Patch.**

**Sara Evans (https://patch.com/virginia/leesburg/tickets/event/4208022)**
Friday, Nov 29 at 9:00pm

Get Tickets Near You (https://patch.com/virginia/leesburg/tickets/)

**Let's go!**

**Nearby Patches**          Not in Leesburg? (https://patch.com/subscribe)

Ashburn (https://patch.com /virginia/ashburn)

North Potomac-Darnestown (https://patch.com/maryland /northpotomac)

/virginia/reston)

Germantown (https://patch.com/maryland /germantown)

Chantilly (https://patch.com /virginia/chantilly)

View All Patches (https://patch.com/map)

Herndon (https://patch.com /virginia/herndon)

Reston (https://patch.com

**Topics**

Arts & Entertainment (https://patch.com/virginia /leesburg/arts- entertainment)

Business (https://patch.com /virginia/leesburg/business)

Classifieds (https://patch.com/virginia /leesburg/classifieds)

Community Corner

(https://patch.com/virginia /leesburg/around-town)

Health & Fitness (https://patch.com/virginia /leesburg/lifestyle)

Home & Garden (https://patch.com/virginia /leesburg/going-green)

Kids & Family (https://patch.com/virginia

/leesburg/kids-family)

Local Voices (https://patch.com/virginia /leesburg/small-business- voices)

Neighbor Posts (https://patch.com/virginia /leesburg/posts)

Obituaries (https://patch.com/virginia

/leesburg/obituaries)

Personal Finance (https://patch.com/virginia /leesburg/personal-finance)

Pets (https://patch.com /virginia/leesburg/pets)

Police & Fire (https://patch.com/virginia /leesburg/police-fire)

Politics & Government

(https://

❯

(https://patch.com/virginia/leesburg/politics)

State Dept. Official From 'A So-Called White Nationalist' Report (https://patch.com/virginia/leesburg/restaurants)

Real Estate (https://patch.com/virginia/leesburg/real-estate)

Restaurants & Bars

(https://patch.com/virginia/leesburg/holidays)

Schools (https://patch.com/virginia/leesburg/schools)

Seasonal & Holidays (https://patch.com/virginia/leesburg/sports)

Sports (https://patch.com/virginia/leesburg/sports)

Traffic & Transit (https://patch.com/virginia/leesburg/traffic-transit)

Travel (https://patch.com/virginia/leesburg/travel)

Weather (https://patch.com/virginia/leesburg/weather)

## Corporate Info

About Patch (https://patch.com/about)

Careers (https://www.linkedin.com/company/patch-com)

## Partnerships

Advertise on Patch (https://patch.com/virginia/leesburg/advertise-with-us)

## Support

FAQs (https://support.patch.com)

Contact Patch (https://patch.com/contact-us)

Community Guidelines (https://my.patch.com/info/community-guidelines)

×

(mailto:...) (https://facebook.com/LeesburgPatch)

**Find out what's happening in Leesburg with free, real-time updates from Patch.**

(https://twitter.com/LeesburgPatch)  (https://www.linkedin.com/company/patch-com)

(https://www.instagram.com/patch)

**Let's go!**

Patch Network (https://aol.com)    Terms of Use (https://patch.com/terms)    Privacy Policy (https://patch.com/privacy)

© 2019 Patch (https://patch.com) Media. All Rights Reserved.

Not in Leesburg? (https://patch.com/subscribe)

> (https:/.

DECLASSIFIED

# State Department Suspends Alleged White Supremacist Staffer

| August 8, 2019 | By Aiden Pink

The State Department has put on leave an official who has reportedly been a local leader in the white supremacist movement over the last several years, Politico reported Thursday.

Matthew Q. Gebert, who was hired in 2013 and works as a foreign affairs officer in the department's Bureau of Energy Resources in Washington, hosted white nationalist meetings in his home and wrote racist posts online, according to an investigation by the Southern Poverty Law Center.

"We need a country founded for white people with a nuclear deterrent," Gebert reportedly said on a 2018 podcast. He also reportedly hosted gatherings of white nationalists in his home and once attended an invite-only dinner with the infamous Holocaust denier David Irving.

The Twitter accounts that the SPLC used to identify Gebert have since been taken down. Gebert could not be reached for comment by Politico or the SPLC, and the State Department did not reply to the news outlet's

questions about his employment. It told the SPLC that it was "committed to providing a workplace that is free from discriminatory harassment and investigates alleged violations of laws, regulations, or Department policies, taking disciplinary action when appropriate."

Gebert worked on India and Pakistan issues at the State Department, former coworkers told Politico. His former boss, Amos Hochstein, expressed surprise that the State Department's screenings, which would have come upon hiring and his five-year work anniversary, didn't catch his activities.

"It is inconceivable he got security clearance twice," Hochstein told Politico. "If Gebert was Muslim or a person of color, it would have been caught. Neo-Nazis are not all shaved heads and tattoos, they are hiding in plain sight. I'm horrified Gebert worked for me at the State Department."

*Aiden Pink is the deputy news editor of the Forward. Contact him at pink@forward.com or follow him on Twitter @aidenpink*


# The ADL Surveyed 18 Countries On Anti-Semitism. Here's What You Need To Know.

| November 21, 2019 | By Ari Feldman

The Anti-Defamation League has released a new poll of

anti-Semitic attitudes in 18 countries around the world.
The ADL spoke to residents of Canada, Brazil, Argentina,
South Africa and several countries in Western and
Eastern Europe. While anti-Semitic attitudes appear to
have largely held steady across Western Europe as
compared with the two previous years, Eastern
Europeans appear to increasingly embrace anti-Semitic
conspiracy theories about Jewish control of the global
economy.

Here are four take-aways from the new poll:

**Eastern Europe is falling for anti-Semitic conspiracy theories.**

The four Eastern European countries sampled —
Ukraine, Poland, Hungary and Russia — saw the most
marked jump in anti-Semitic attitudes. Nearly 7 in 10
people in Hungary and Ukraine, along with about half of
people in Russia and Poland, agreed with the statement
"Jews have too much power in the business world."

The results in Eastern Europe follow on political
developments that have many Jews in the region afraid
for the futures of their communities. Far right parties in
Ukraine and Hungary have surged. One Forward
correspondent hid from anti-Semitic marchers in
Poland in his bathroom, as the country's political
leadership has mounted a public relations campaign to
erase references to Polish complicity in the Holocaust.

**Muslims in Western Europe show markedly less anti-Semitism than those in Muslim-majority countries.**

Muslims in Western Europe also know more Jews,
support Israel at a higher rate and hold Holocaust-

denying beliefs at a lower rate than Muslims in majority Muslim countries. About 31% of Muslims polled in Western Europe this year have a favorable view of Israel, compared with 7% of Muslims polled in Muslim countries in 2014.

**BDS is not as popular as you might think.**

Support for efforts to economically isolate Israel — known as the Boycotts, Divestments and Sanctions (BDS) movement — is low, with only 15% of people most European countries saying they support it.

**Spain and South Africa evince some anti–Semitic attitudes.**

In South Africa, about four in 10 respondents agreeing with the statement "Jews want to weaken our national culture by supporting immigrants coming to our country."

In Spain, about 3 in 10 of respondents feel that Jews have too much control over global media.

*Ari Feldman is a staff writer at the Forward. Contact him at feldman@forward.com or follow him on Twitter @aefeldman*

## NEWS » NATIONAL NEWS

# Bernie Sanders: 'It's No Longer Good Enough For Us To Be Simply Pro–Israel'

November 20, 2019 | By Aiden Pink

The United States should rethink its policies toward Israel and the Palestinians, Sen. Bernie Sanders said in a Democratic primary debate on Wednesday.

"It is no longer good enough for us to be simply pro-Israel," Sanders said. "I am pro-Israel. But we must treat the Palestinian people as well with the respect and dignity they deserve."

Sanders also called the situation in the Gaza Strip "unsustainable," citing high levels of unemployment.

In the last few weeks, Sanders has made clear how his foreign policy approach toward the Israeli-Palestinian conflict would be different both from President Trump and from past Democratic presidents.

Speaking at the J Street conference late last month, Sanders said that he would put conditions on American military aid to Israel, saying that some of the funds "should go right now into humanitarian aid in Gaza."

And in an op-ed for the magazine Jewish Currents, Sanders stressed the importance of Israel ending its occupation of Palestinian-claimed lands, and called on the two sides to recognize the legitimacy of each other's historical grievances. "The forces fomenting anti-Semitism are the forces arrayed against oppressed people around the world, including Palestinians; the struggle against anti-Semitism is also the struggle for Palestinian freedom," he wrote.

*Aiden Pink is the deputy news editor of the Forward. Contact him at pink@forward.com or follow him on Twitter @aidenpink*

DECLASSIFIED

**NEWS » NATIONAL NEWS**

# Jewish Groups Want Stephen Miller Fired Over White Nationalist Views

| November 20, 2019 | By Marcy Oster

(JTA) — Jewish groups joined a coalition of national civil rights organizations in demanding that President Donald Trump remove Stephen Miller as his senior policy advisor over his support for white supremacists.

The Anti-Defamation League, Bend the Arc, and the Union for Reform Judaism signed a letter sent earlier this week to Trump on behalf of The Leadership Conference on Civil and Human Rights.

"In his role as your senior advisor, Stephen Miller has promoted hate speech spewed from neo-Nazis, bigots, and white supremacists," the letter said.

Southern Poverty Law Center earlier this month published hundreds of emails sent by Miller to a reporter at the conservative Breitbart News, many of them racist and anti-immigrant in nature.

"Supporters of white supremacists and neo-Nazis should not be allowed to serve at any level of government, let alone in the White House. Stephen Miller has stoked bigotry, hate, and division with his extreme political rhetoric and policies throughout his career. The recent exposure of his deep-seated racism provides further proof that he is unfit to serve and

should immediately leave his post," the letter said.

The groups said that Miller's beliefs led to the implementation of several policies that hurt immigrants, people of color, and marginalized communities, including the Muslim travel ban, efforts to end the DACA program for undocumented immigrants brought to America as children, and the family separation policy.

"Unless and until you fire Stephen Miller — and all who promulgate bigotry — and abandon your administration's anti-civil rights agenda, you will continue to be responsible for the violence fueled by that hate," the letter concluded.

**NEWS » ISRAEL NEWS**

# Gantz Says He Can't Form A Government, Paving Way For Third Israeli Election

| November 20, 2019 | By Marcy Oster

JERUSALEM (JTA) — Blue and White party head Benny Gantz told Israeli President Reuven Rivlin that he is unable to form a government.

Gantz made the announcement on Wednesday evening, about four hours before his mandate to form a government was scheduled to expire at midnight.

Gantz spent the last 28 days trying to cobble together a coalition government after Prime Minister Benjamin

Netanyahu failed to do so. Netanyahu was first tapped
to try to assemble a government following the
September national elections.

Israeli lawmakers now have 21 days to identify another
lawmaker to try and form a government. The signatures
of 61 lawmakers are required to charge another person
with the opportunity.

Failing that, Israel will go to its third elections in less
than a year, which would be scheduled for the first half
of March.

Gantz said that he will continue his efforts over the next
21 days "to form a good government for the citizens of
Israel," according to a party statement.

Earlier in the day, Yisrael Beiteinu Party leader Avigdor
Liberman, whose eight Knesset seats both Gantz and
Netanyahu would need to form a government,
announced that he would not join either a narrow right-
wing or a narrow left-wing government. Liberman is
holding out for a secular unity government without the
religious and haredi Orthodox parties and without the
Joint List of predominately Arab parties.

**NEWS » ISRAEL NEWS**

# Third Israeli Elections Likely
# As Liberman Slams
# Netanyahu And Gantz

| November 20, 2019 | By Aiden Pink

Yisrael Beiteinu party leader Avigdor Liberman announced Wednesday that his party would refuse to join a governing coalition led by Prime Minister Benjamin Netanyahu or a minority government chaired opposition leader Benny Gantz, likely ensuring that a third round of elections will be held next March.

"There is no chance. We will not join either a limited right- or left-wing government or a minority government," Liberman told supporters. "Whatever sort of government that would be, it would not survive and would not be able to function to do what is needed for the country."

Both of the two Israeli elections held this year were inconclusive, with neither side able to form a governing majority coalition. Gantz has less than 24 hours remaining to reach a majority before his mandate expires, but negotiations with Netanyahu have so far been unfruitful.

Neither Gantz nor Netanyahu can form a majority without either the other or Liberman, but Liberman has said that he wants a unity government between the three of them, with the power of prime minister rotating between them.

"Members of Knesset don't want to go to another election," explained Yuval Shany, the vice president of the Israel Democracy Institute. "The problem is that you have a significant deadlock between Netanyahu and Gantz – who goes first as prime minister, and whether Gantz will be willing to sit under Netanyahu if he's indicted." (Full disclosure: I interned for the IDI for a college semester)

Should Gantz's deadline expire, members of Knesset will have 21 days to select a leader among themselves,

but the prospect of one of them garnering majority support is slim.

*Aiden Pink is the deputy news editor of the Forward. Contact him at pink@forward.com or follow him on Twitter @aidenpink*

**More Articles**

Thursday, November 21, 2019   Lansdowne Red Cross Leadership Celebrating

# LoudounNow



Search




## Leesburg Resident Tagged as White Supremacist Resigns from HOA Board

2019-08-15   Renss Greene   17 Comments

After the Southern Poverty Law Center published a report alleging Leesburg resident and State Department official Matthew Gebert lived a second life online as a white supremacist, his neighbors have pulled together and ordered 100 "Hate Has No Home Here" signs.

The center posted a report outlining a litany of online and in-person involvement with white supremacist groups and ideology, including hosting a gathering at the Geberts' Leesburg home, participating in the deadly "Unite the Right" rally in Charlottesville in 2017, helping organize and recruit a DC-area chapter for an alt-right network, participating in online white supremacist forums and programs, dining with a famed anti-Semite, and donating to a white supremacist in a Republican primary in Wisconsin.



Let us help find your next great employee.

Connect with Now Loudoun

If the allegations are true, Gebert appears to have been flying under the radar, both to his neighbors and professionally.

Gebert was also recently the president of the Greenway Farms Homeowners Association, just south of downtown Leesburg on King Street, according to minutes from its Board of Directors. He resigned from the HOA board Monday after a special meeting was scheduled to vote to remove him later in the month.

Resident Peter Fedders suggested and organized the purchase of the "Hate Has No Home Here" signs. He said the report on Gebert was met with "complete shock" in the neighborhood.

"I think the real shock was that he was like the head of our HOA," Fedders said. "He was the president until I think July."

He suggested on Facebook that the community band together to buy the signs and began organizing, ordering the first batch of 100 signs at $5 each as people signed up to contribute. So far, 115 people have signed up and another resident has offered to put up the money for a second batch of signs.

He plans to distribute the signs on Sunday, and said he expects to see rainbow balloons join the chalk art that he said has already appeared.

"It's just a sign, [but] it's something, it's a start," Fedders said. "Because I don't think people knew what to do. What do you do when there's somebody like that that's in your neighborhood leading your HOA? So I think people just kind of latched onto the sign thing."

After the Southern Poverty Law Center's report, Gebert was reportedly suspended from his job at the State Department, where he works as a foreign affairs officer assigned to the Bureau of Energy Resources.

Gebert's wife, Anna Vuckovic, was also active in those online communities, according to the Southern Poverty Law Center. And from 2015 until June, she served on the Visit Loudoun board of directors.



SUGARLOAF CRAFTS FESTIVAL.

SHOP 350+ ARTISTS

— DEC 6, 7, 8 —

DULLES EXPO CENTER
CHANTILLY, VA (RT. 28 AT WILLARD RD.)
Fri. & Sat. 10-6  Sun. 10-5



GET OUT Loudoun

Featured Events

Covered With Jam &

NOV
22
Fri



According to Visit Loudoun CEO Beth Erickson, Wickové had also worked with other tourism agencies including Visit Phoenix, Choose Chicago, Experience Columbus, and Explore St. Louis.

"I can assure you that concerning Ashli Blanchard on Visit Loudoun's board, any affiliation she or her family member may have had with the organization was not known to us and I did not believe it impacted her work on the board," Erickson wrote in an email to the county Board of Supervisors. "She resigned from the volunteer board in June 2019 and therefore has no association with Visit Loudoun at this time."

At the time that Gebert was elected to the Visit Loudoun board, Erickson wrote, she was the Director of National Accounts for Visit Phoenix.

"Visit Loudoun is committed to the diverse and culturally rich community we serve and to ensuring that Loudoun County is a welcoming destination," Erickson wrote.

According to the Southern Poverty Law Center's 'Hatewatch' blog, which monitors hate groups and hate speech, Gebert was involved with white nationalist podcasts and online forums using several pseudonyms and hosted white nationalist gatherings at his home. He is also alleged to have attended the white nationalist gathering in Charlottesville on Aug. 12, 2017, which turned deadly for counter-protesters, and helped organize and recruit for a DC-area organization, 'D.C. Helicopter Pilots.' The group is a chapter of The Right Stuff, an alt-right network the Southern Poverty Law Center lists as a hate group.

"[Whites] need a country of our own with rules, and we will retake this thing lickety split," the center reported Gebert said on a podcast called "The Fatherland."

He is quoted as saying a variety of explicitly racist things, such as "I think it reflects the better angels of our white nature that we—despite all of the evidence we have from the criminality to whatnot that we still have a soft spot in our heart for Red Foxx and 'Sanford and Son.'"

Under his own name, Gebert donated to white supremacist and Republican primary candidate Paul Nehlen, who challenged then-Rep. Paul Ryan (R-WI-1) in 2016 with endorsements from people like Laura Ingraham and Sarah Palin but was handily defeated. He ran a second time in 2018 but was again defeated, coming third in a field of six candidates.

The center also offered evidence Gebert published antisemitic views and dined with a famed Holocaust denier.

Gebert has not yet replied to an emailed request for comment.

rgreene@loudounnow.com

## SHARE ON

WhatsApp  Facebook  Twitter  LinkedIn  Google+  Pin It  Email  Buffer

← Loudoun South All-Stars Play First World Series Game Today

McNerney: First Day of School Jitters →

## 17 thoughts on "Leesburg Resident Tagged as White Supremacist Resigns from HOA Board"

👤 JimmyR
📅 2019-03-15 at 3:25 pm
🔗 Permalink

Has anyone that knows them personally had anything negative to say about this couple? I've known them for a long time, and there is not a single bad thing I have to say about any of my interactions with them. Nothing but graciousness coming from them.

Besides that, what laws have they been accused of breaking? None? I don't get the hysteria.

We should all be so lucky to have members like Matt and Anna in our communities.

Log in to Reply

👤 Loudounist
📅 2019-03-16 at 1:47 pm
🔗 Permalink

"what laws have they been accused of breaking?"
Gebert's donation of $200 to Wisconsin Republican and white nationalist Paul Nehlen's Congressional campaign may be a violation of the Hatch Act, a law which prohibits employees of the Executive branch of government from taking part in certain forms of political activities.
There ya go.

Log in to Reply

See Full Calendar

## Upcoming Events

**MAY 21 Tue**
8:30 am On the Farm: Quilts from Local C... @ Loudoun Heritage Farm Museum (https://live-timely-1.nsta.byp.time.ly/event/on-the-farm-quilts-from-local-quilters
/?instance_id=13437)

10:00 am Leading the Field: Ellen Emmet Rand @ National Sporting Library & Museum (https://live-timely-1.nsta.byp.time.ly/event/leading-the-field-ellen-emmet-rand/?instance_id=13276)

6:30 pm Acoustic Thursday w/ Pete Lapp @ MacDowell's Restaurant (https://live-timely-1.nsta.byp.time.ly/event/acoustic-thursday-w-pete-lapp/?instance_id=13163)

7:00 pm An Evening with Linda Britt @ Walsh Family Vineyard (https://live-timely-1.nsta.byp.time.ly/event/an-evening-with-linda-britt/?instance_id=19034)

**MAY 22 Wed**
9:30 am On the Farm: Quilts from Local Q... @ Loudoun Heritage Farm Museum (https://live-timely-1.nsta.byp.time.ly/event/on-the-farm-quilts-from-local-quilters/?instance_id=13439)

10:00 am Leading the Field: Ellen Emmet Rand @ National Sporting Library & Museum (https://live-timely-1.nsta.byp.time.ly/event/leading-the-field-ellen-emmet-rand/?instance_id=13277)

4:00 pm Happy Hour Fridays @ Bogati Bodega and Vineyards (https://live-timely-1.nsta.byp.time.ly/event/happy-hour-wednesdays/?instance_id=9905)

4:30 pm Live Music: Duo performance by D... @ Wheatland Spring Farm + Brewery (https://live-timely-1.nsta.byp.time.ly/event/live-music-duo-performance-by-dynamo-testure-and-leticegwendy/?instance_id=19208)

➕ Add +

See Full Calendar

+ Post Your Event

## Opinion

**Letter: Mahzarin Mistry, Leesburg**
📅 2019-11-18 👤 LoudounNow 💬 0
Editor: As a constituent of Sen. Mark Warner, Sen. Tim Kaine, and Rep. Jennifer Wexton and an avid advocate for The

**Letter: Francine Works, Leesburg**
📅 2019-11-15 💬 3

**Op-Ed: Cluster Zoning is Out of Touch with Loudoun's Priorities**
📅 2019-11-13 💬 0

**Letter: Natalie Pien, Leesburg,**
📅 2019-11-12 💬 0

**HansFourteen**
2019-08-15 at 43.7 pm
Permalink

Matthew Gebert seems like an outstanding citizen who has sacrificed to serve his country in the State department and his community as president of the HOA. Moreover, White nationalism is not the same as white supremacist, and is only a talk having a special concern and love for his people and the preservation of the social/cultural institutions they have created. This in no way entails hate for other groups and shame on those who suggest otherwise! The libel and slander being spewed about this honorable man is shameful and disappointing. We can do better. It's ok to be an advocate for your own people. It's ok to be white

Log in to Reply



Featured Nonprofit

    **HarleyRider**
    2019-08-15 at 7.07 pm
    Permalink

I just don't think that these people know what their talking about, my granddaughter says I am a racist because I want less taxs for job creators and I vote for trump. They will call you racist and white supremacy because people today don't think about their country first and they learn stupid thing at school. I bet this guy is not white supremacy because they think everyone is a white supremacists . God bless Virginia and god bless everyone who get called a racist even though their not

Log in to Reply



Public & Legal Notices

        **Loudounist**
        2019-08-16 at 1:56 pm
        Permalink

2019 Readers' Poll Results

"I just don't think that these people know what they're talking about, my granddaughter says I am a racist because I want less taxs for job creators and I vote for Trump. They will call you racist and a white ~~supremacy~~supremacist because people today don't think about their country first and they learn stupid things (?) at school. I bet this guy is not a white ~~supremacy~~supremacist because they think everyone is a white supremacist . God bless Virginia and god bless everyone who gets called a racist even though they're not"

You're granddaughter forgot to mention uneducated.

Log in to Reply

 

LOUDOUN'S FAVORITES

        **Loudounist**
        2019-08-16 at 2:12 pm
        Permalink

O'oh. That was supposed to say "your."

Log in to Reply

            **HarleyRider**
            2019-08-16 at 3:36 pm
            Permalink

Your not paying attention to what I said, they will call you racist for regular things like wanting immigrants to come in the right way. If they call this man racist then Im not sure because everything is racist now. When I grew up we didnt have people calling each other names like this because God was in our schools and people went to church, and I wish people would see that. I will pray for you and also for Leesburg because we need Jesus more than ever.
God bless,
Tom

Log in to Reply

Print Editions

            **Herding_cat**
            2019-08-16 at 6:55 pm
            Permalink

**Loudaun Now for Nov. 7, 2019**
2019-11-07   Loudaunnow   0

SHARE ON
WhatsAppFacebookTwitterLinkedInGoogle e+PinsterestBuffer



**Get Daily News Alerts**

Sign up to receive our daily email newsletter.



"they will call you racist for stupid things like allowing immigrants to come in the right way."

Well in this case, we're calling him racist for defending putting his career at risk by violating the Hatch Act and donating money to a white nationalist politician, and going to a white nationalist protest where, ultimately, a white nationalist drove his car into a crowd and murdered someone, an act which seems to be celebrated by white nationalists all over the internet.

Are you saying that white nationalists "aren't" racists?

    👤 HarleyRider
    📅 2019-08-19 at 4:41 pm
    🔗 Permalink

Hello meeting cat, I saw your response and thank you for taking time to talk back to my point. I voted for trump and they lie and call him a racist so I always wonder if someone is a bad person and racist when they call everyone racist in the news. Its hard to believe the news today because a lot of it is fake and they will call lots of people racist because they want politicians who don't think like them in bad had in the news, I don't know that mans heart because only God can know what's in your heart but since everything gets called racist in the news today I want to give this man the benefit of the doubt. More than anything I hope this man and his family are right with God because its God we have to answer to for eternity and not politicians that we should worry about. Thank you for responding and I hope you have a good day. God bless, Tom



    👤 LaneFrost
    📅 2019-08-15 at 8:56 pm
    🔗 Permalink

"According to the Southern Poverty Law Center's "Hatewatch" blog, which monitors hate groups and hate speech..." seriously?! Haven't you heard? The SPLC is a discredited, racist, and misogynist institution itself! They're even being sued for such behaviors. I can scarcely believe that Loudountow would employ such a lazy journalist as the author of this screed. You should be ashamed of yourselves! Our community deserves better! You should be reporting on REAL crime, not some low level government official exercising his First amendment rights! This is America!

Log in to Reply

    👤 LaneFrost
    📅 2019-08-20 at 12:41 am
    🔗 Permalink

Lolololol at your question, "why should it be okay for *any* government official to promote such un-American ideas as white nationalism"?! Obviously you've never read the very FIRST Immigration and Naturalization Act of 1790, nor are you familiar with the "3/5 Clause". You haven't studied Lincoln's thoughts on integration.
The Colonial Society, Woodrow Wilson's White House screening of "Birth of a Nation", our own heard the Nixon tapes. If you had, you'd know that this gentleman's beliefs are totally in harmony with the default beliefs of the majority of our great grandparents. The whole argument from antiwhites like yourself, is that America has been a White supremacist nation from its inception... what with slavery and Manifest Destiny, its actually a hard position to debate. How then, is being nationally pro-white, un-American? This man has served his country with honor, dignity, and a sense of duty inexpiable by those of your ilk.

Log in to Reply

    👤 leesburgsfinest
    📅 2019-08-15 at 9:38 pm
    🔗 Permalink

Peter - In lieu of shunning our neighbor, as most felons with kids are treated better and are given due process, although Matt has broken no law and has brother called a federal agency without any authority to pursue matters, why not hold a prayer vigil for him and invite the BOD, PM, neighbors, etc. and Mr. Wigfield can say a prayer and offer him some redemption as we all have it in us. With all of my attendance at BOD Meetings, and the extent of non-whites on the BODs, Matt has always been very friendly towards everyone and I can't recall any issues ever being recorded, which according to the PM Owner in May was reported to be the of one of the best managed properties. BTW, like Mr. Foxx comment doesn't pass the smell test, if our community wants peace, or might I say offering of an olive branch, direct communication is necessary. Humiliating a neighbor, and apparent measures to try another, isn't the answer, but if that continues to be the path, a lucrative consulting prospective has been offered outlining all of this related issues within the HOA. Perhaps, a trailer, or something similar, will popup online at somewherebythere near future.

Log in to Reply

    👤 BDMax

🗓 2019-08-16 at 12:07 am
🔗 Permalink

So it seems to me everybody is based on the SPLC making a stink CERTAIN EMPLOYEES they have seem to hate anyone that doesn't have white people. In my opinion, articles like this are what is radicalizing people on both sides. Very irresponsible, on both the HOA and you as a news outlet. All this outrage was done without hearing out Mr Gebert or his wife. It was just white man bad for thinking too much. You should be very disappointed in publishing this story. It's not news. It's an attack.

Log in to Reply

    👤 sterling_cat
    🗓 2019-08-16 at 1:18 pm
    🔗 Permalink

It's really concerning that the only comments (six of them, so far) on this article are defending Gebert and/or white nationalism in one way or another, and "none" are condemning racism, the alt-right, white nationalism/white supremacy, antisemitism, etc. in any way.

So it's "totally okay" with you for someone to support racist policies and politicians, lead local chapters of white nationalist groups, and talk about whites needing a nuclear-power country of their own... but it's not okay to point out the racism there?

One commenter takes issue that anyone would have a problem with "some low level, government official exercising his First amendment rights? This is America?" Tell me, why should it be okay for *any* government official to promote such un-American ideas as white nationalism?

Another commenter says "They will call you racist and white supremacy because people today don't think about their country first and they learn stupid thing at school." Stupid things like how the color of your skin isn't what determines your citizenship?

Another points out, "White nationalist is not the same as white supremacist." Please, do elucidate on that. What is the difference? And why shouldn't someone who doesn't fit into the narrow definition of "white" promoted by either group be seriously concerned about both?

I'm sure you all don't think of yourselves as racists. I'm sure you're all very pleasant to everyone you meet, regardless of the color of their skin. But you're all okay with your neighbor being a white nationalist, you're upset that he's seeing consequences for his words and actions, and you agree with him on at least some of his points... and that makes Loudoun feel terribly unsafe for anyone who isn't your kind of white person. Are you okay with that, too?

Log in to Reply

        👤 Loudounist
        🗓 2019-08-16 at 2:29 pm
        🔗 Permalink

I'm concerned, but also believe that the majority of the IP addresses would show that they are from outside of this area, if not all from the same person. Whenever a white supremacist gets smoked out, their brethren suddenly jump online to lend a hand, try to make it seem like these ideas are normal, not offensive etc.

Matthew Q. Gebert posting as "Coach Finstock.": "The only reason I am taking this risk is so that my kids can grow up in a whiter country if not an actual explicit white exclusionary country at some point in their lives... [black people] do not belong around [white people] for an ocean at least."

His wife, Anna Vuckovic, posting as "Wolfie James": "7 Reasons Why Alt-Right Men Are the Hottest: Sure, he may spend inordinate time s—posting til the wee hours of the night, but it's all for a good cause ... and that's both undeniably white, and irrefutably alpha."

leesburgwmen — as far as them possibly losing their jobs and getting shunned by their neighbors I offer my sincerest thoughts and prayers.

Log in to Reply

            👤 sterling_cat
            🗓 2019-08-16 at 3:02 pm
            🔗 Permalink

"Sure, he may spend inordinate time s—posting til the wee hours of the night, but it's all for a good cause ... and that's both undeniably white, and irrefutably alpha."

Wow, just um, wow. How is it possibly "alpha" – or sexy – to stay up all night s—posting? (Not to mention the ridiculousness of the whole "alpha" thing in the first place... but that's another story altogether.)

These ideas *are* offensive, and even if it is only among two people (arguing incredulous), me (I see) this it's got a lot of support. I just do it I support it racist an objection? People need to know that white supremacy, or white nationalism, (what is) the difference anyway? I can't simply for it plausible nor is it an American ideal. I will sure that America is stronger for being a melting pot. Guess that's another one of those stupid things I learned in school, huh?

Log in to Reply

👤 Chris Manches
📅 2019-08-19 at 1:06 pm
🔗 Permalink

I'm eagerly awaiting your blanket condemnation of all your Sterling neighbors who voted for and supported well known Anti-Semite Del. Ibraheem Samirah, and Gov. Blackface/KKK/infanticide guy.

Log in to Reply

## Leave a Reply

You must be logged in to post a comment.

**Loudoun Now!**

15 N. King St., Suite 101
Leesburg VA 20176
(703) 770-9723

Copyright © 2019 Loudoun Now. All rights reserved.
Website by Electronic Ink of Leesburg, VA.



ClearanceJobs / News & Career Advice

# Radical Ideologies and Security Clearances

Michael Weiser / Sep 2, 2019

f    🐦    ✉    in    🔖

Sign up! The Cleared Brief - Latest security clearance news - delivered monthly.

In only the last couple of years our country has witnessed a spike in extremist elements on both the left and the right of the political spectrum. Most notably, this phenomenon has taken the form of Antifa (anti-fascists) and white nationalist movements, whose members engage in everything from violent protests to mass shootings.

With the proliferation of such ideologies, it is logical to assume that at some point a security clearance issue would arise involving a person who subscribes to one of these radical worldviews. One such case was recently publicized.

According to a report by the Southern Poverty Law Center's Hatewatch, Matthew Q. Gebert, while working as a foreign affairs officer for the U.S. State Department's Bureau of Energy Resources, allegedly attended the white nationalist rally in Charlottesville, published white nationalist propaganda online, hosted white nationalists at his Virginia home, and was involved with a chapter of a white nationalist organization in Washington, D.C.

Mr. Gebert's position required an extensive background check in order to obtain a top secret security clearance. Part of that process required him to fill out the government's detailed SF-86 form, which probes many aspects of a person's life, including membership in organizations that promote terrorism or violence. And yet, despite this screening measure, Gebert was seemingly able to carry on with his radical activism and associations for years without being detected, while having access to sensitive and secret government information. The State Department recently suspended Mr. Gebert.

This case raises several important security clearance issues.

## THE LIMITATIONS OF BACKGROUND CHECKS

The first line of defense in assessing an applicant's trustworthiness and character is a background check. As is standard practice, agency investigators interview people from applicants' lives, and Gebert would have been no exception. Such people tend to be family members, former employers, colleagues, or friends. This kind of background investigation is done in order to determine an applicant's character and trustworthiness, as well as to uncover any potential red flags which may exist which could compromise the applicant.

Log In

clearances. This creates pressure to conduct interviews quickly. It is unrealistic to expect an interviewer to catch every pitfall in a person's history. Much of that depends on whom they interview, what topics are discussed, and how thoroughly the interview is conducted. There is also a measure of luck involved, insofar as the interviewer coming across some critical bit of information that would signal trouble.

Adding to the problem, white nationalist applicants and other radicals might tell the people whom are most likely to be interviewed to stay silent about the applicant's beliefs, making it that much more difficult for an interviewer to uncover their extremist proclivities.

The takeaway is that while necessary, background checks may not be sufficient to uncover all applicants that harbor radical views.

### WHAT CONSTITUTES USE OF VIOLENCE TO OVERTHROW THE U.S. GOVERNMENT?

Does a person's affiliation with a racist organization equate with the SF-86's definition of an organization "dedicated to the use of violence or force to overthrow the United States government?"

Both online and in private conversations with other white nationalists, Gebert spoke about his dream of creating a country for whites only. "[Whites] need a country of our own with nukes, and we will retake this thing lickety split." "That's all that we need. We need a country founded for white people with a nuclear deterrent. And you watch how the world trembles."

Gebert made it clear that he was willing to sacrifice nearly everything in order to put his white nationalist ideology first. "There are bigger things than a career and a paycheck, and I don't want to lose mine." He continued, "I am prepared to lose mine, because this is the most important thing to me in my life ... in tandem with my family, of course."

As Tess Owen reported in her recent VICE News article: *Given that his alleged involvement was largely contained to sharing racist, anti-Semitic memes across various social media accounts, recruitment, and hosting events at his home, it's unlikely that his reported extremist activities would necessarily fall into the State Department's SF-86 form definition of an organization "dedicated to the use of violence or force to overthrow the United States government."*

This type of situation poses a challenge to the United States government. The question being: at what point do you draw the line of what behavior constitutes belonging to an organization dedicated to the use of violence or force to overthrow the United States government? There is no bright line rule in this regard. It is a balance between the rights of the individual and the national security interests of the United States.

### FIRST AMENDMENT RIGHTS VERSUS PERSONAL CONDUCT AND OUTSIDE ACTIVITIES

Gebert, like every American, has a First Amendment right to express his deeply held beliefs. However, holding a security clearance is a privilege granted by the government, not a right. And the government may revoke or deny a clearance if it believes a clearance holder's personal conduct or outside activities pose a risk or threat to the security of the United States. The tricky part from the government's perspective is removing someone from a position based solely on their beliefs.

From 2015 to 2019, Gebert operated multiple Twitter accounts, which were used to interact with other white nationalists. Hatewatch was unable to pinpoint if during his workday at the State Department he posted about his white nationalist beliefs. However, it appears that content on those Twitter accounts was posted several times throughout the day.

Where does this leave the government in deciding whether to revoke or deny a security clearance from a government employee or contractor?

Consider the following hypotheticals. Suppose a clearance holder had kept his beliefs a secret and that someone had found out about those beliefs and was blackmailing him for secret information in order for the clearance holder to keep his position?



Log In

States.

**WHAT IS TO BE DONE?**

This is the challenge. What can be done to address it? For starters, people involved with the investigation and granting of security clearances need to be cognizant that this kind of problem exists. Second, the government should consider allocating more resources to our overburdened security clearance investigative system in order to weed out potential problems early on before they become embedded in our government. Finally, attorneys and administrative courts need to be prepared to address the First Amendment and national security issues these types of cases will raise, taking into account the fact dependent nature of each case.

**Related News**



Security Clearance
**Lapsed Security Clearance**



Security Clearance
**Military Security Clearances**

Michael Weiser is a national security attorney that represents clients worldwide in cases involving security clearances, FOIA issues, and terrorism. He writes and speaks frequently about national security, foreign policy, and the law. For more information, please visit www.007attorney.com, and @007attorney on Twitter.

**What do you think?**
1 Response

 Upvote     Funny    Love    Surprised

 Angry     Sad

**Comments   Community**

♡ Recommend    🐦 Tweet    f Share

🕦 Login ▾

Sort by Best ▾

Join the discussion...

LOG IN WITH    OR SIGN UP WITH DISQUS ⓘ

Name



**GregAndTRP** · 3 months ago
The Southern Poverty Law Center is a leftist extremist organization actively seeking to eliminate the bill of rights.
1 ∧ | ∨ 1 · Reply · Share ›



**Michael Weiser** ⇠ GregAndTRP · 2 months ago
You're right about the SPLC, however, even a broken clock is correct twice a day. Knowing the

Log In

^ | v • Reply • Share ›

UNCLASSIFIED

Decisions have consequences • 3 months ago

The SPLC's list of "hate" organizations includes Focus on the Family, Samaritan's Purse, and other conservative Christian organizations that are not "haters" in the least. Without knowing the specific organizations in this case, passing judgment based solely on the SPLC's analysis would be a moral wrong just as great as the moral wrong-doing the SPLC alleges.

The author (and/or SPLC) should stand up and say what specific organizations trigger a loss of clearance. Back when I first got my clearance, it was pretty easy - both extreme left and right wing organizations that raised questions were listed right on the form.

1 ^ | v 1 • Reply • Share ›

Michael Weiser → Decisions have consequences • 2 months ago

See my comments above. I did not base my analysis solely on the SPLC because I know who they are and what they stand for. Having said that, after thoroughly checking out this story from a multitude of sources, the facts are distressing.

I also think it's a mistake to call it a "moral wrong" to pass judgment on someone based on not knowing about a specific organization. That's the problem with your last paragraph. Today, a radical may be part of an organization or he may be acting independently while subscribing to or being inspired by the same radical ideology.

Yes, there are certain organizations (example: those listed as terrorist/radical organizations by the F.B.I.) that we know will be problematic for clearance purposes. The bigger (and increasingly common problem) are individuals who are unaffiliated with any specific group, but share their radical ideals.

^ | v • Reply • Share ›

Joe Barra → Michael Weiser • 2 months ago

the question remains though, if you are citing the SPLC, you are citing an explicitly left wing organization which will not only fixate on its ideological foes, but do so with a higher degree of scrutiny and harshness than a right wing organization would. who gets to decide who is "radical"? what about "implicit bias"? if the organizations doing the defining and list building are themselves politically motivated, how do you keep the clearance process from becoming discriminatory?

^ | v • Reply • Share ›

UNCLASSIFIED

Log In

Arizona
California
Colorado
D.C.
Florida
Georgia
Maryland

New Mexico
North Carolina
OCONUS
Ohio
South Carolina
Texas
Virginia

By Job Category ⌄

By Clearance Level ⌄

## Most Read

1  Up to 50% of Vacancies on USAJOBS Are Never Filled

2  Knowing When It's Time to Move On from a Job

3  5 Myths About the National Security Agency

4  The Best Cybersecurity Podcasts in 2019

## Most Recent

VGW Geospatial JV Awarded DHS Border Infrastructure Contract

How Long Does It Take to Process a Security Clearance? (Q4 2019)

Why DoD is Adjudicating Your Security Clearance or Public Trust – Even Though You Work Elsewhere

Is There a Shadow Foreign Policy?

Can You Pass the New Army Combat Fitness Test Without Training?

## Jobs by Location

Decision Support System Engineer
Arlington, VA

SharePoint Administrator - Journeyman
Wash, DC

SIGINT Cyber Discovery Analysis (SCD) - Journeyman
Washington, DC

Technical Operations Coordinator
Washington, DC

Intelligence Analyst (JAST) Intelligence
Washington, DC

View all DC Jobs

299

Log In

About Us    Support    Browse Jobs    Security Clearance FAQs    Blog    Privacy & Security    Terms of Service

Contact Us

f    🐦    ⓟ    ▶    ⊡

ClearanceJobs, A DHI service, All rights reserved. ClearanceJobs, A DHI service

DECLASSIFIED



DEMOCRACY NOW!

DECLASSIFIED

# SPLC: State Department Employee Secretly Worked as White Nationalist

**HEADLINE** AUG 08, 2019

The Southern Poverty Law Center has linked a State Department employee to violent and hateful white nationalist messages posted online under a pseudonym. The SPLC's Hatewatch project found evidence that U.S. Bureau of Energy Resources foreign affairs officer Matthew Q. Gebert and his wife made regular posts glorifying Nazi soldiers, denying the Holocaust, advocating for ethnic cleansing, spreading anti-Semitic and anti-black conspiracy theories, and glorifying mass murderer Dylann Roof. Gebert also allegedly hosted well-known members of the white nationalist movement at his home in Virginia.

**TOPICS:** White Supremacy   Hate Groups

# More Headlines from August 08, 2019

## U.N. Scientists Warn Rapid Global Warming Threatens Food Supply

AUG 08, 2019

The United Nations' top panel of climate scientists is warning that humans are consuming land and water resources at an unprecedented rate, with the climate crisis and biodiversity loss already threatening the food supply of hundreds of millions of people. In a new report out today, the Intergovernmental Panel on Climate Change warns that without dramatic action, extreme weather and rising temperatures will turn even more fertile land into desert, shrinking the global food supply even as the world's population rises to more than 7.5 billion people. This is climate scientist and IPCC co-chair Valérie Masson-Delmotte.

> **Valérie Masson-Delmotte**: "We humans affect more than 70% of ice-free land. A quarter of this land is degraded. The way we produce food and what we eat contributes to the loss of natural ecosystems and declining biodiversity. When land is degraded, it reduces the soil's ability to take up carbon, and this exacerbates climate change. In turn, climate change exacerbates land degradation in many different ways. Today, 500 million people live in areas that experience desertification."

The IPCC recommends dramatic reductions in greenhouse gas emissions, along with more efficient farming methods and a shift in diets away from dairy and meat — which produce vast amounts of methane and carbon dioxide while consuming large amounts of land.

**TOPICS:** Climate Crisis   Global Warming   United Nations   Food   Water   Agriculture
Extreme Weather



## 680 Mississippi Poultry Workers

# Arrested in Massive Immigration Raid

AUG 08, 2019

Federal agents swept through seven poultry processing plants in Mississippi Wednesday, arresting 680 people in one of the largest immigration raids in U.S. history. Video handed out to reporters by Immigration and Customs Enforcement shows agents entering factories, leading people out in plastic handcuffs, frisking them and loading them onto buses. They were taken to a massive Mississippi National Guard hangar for processing. Outside the base, dozens of family members and supporters gathered, chanting "Let them go!" The mass arrests came on the first day of the school year and left scores of children traumatized and crying for their parents. Some children walked home from classes, only to find their doors locked and their family members missing. This is 11-year-old Magdalena Gomez Gregorio speaking with Mississippi CBS affiliate WJTV.

**Magdalena Gomez Gregorio**: "Government, please show some heart. Let my parent be free and with everybody else. Please, don't leave the childs with cryness and everything. ... I need my dad and mommy. My dad didn't do nothing. He's not a criminal."

**TOPICS:** Mississippi   Immigrant Rights   Immigration   Department of Homeland Security

# ICE Raids Targeted Company Whose Workers Won Discrimination Lawsuit

AUG 08, 2019

The arrests targeted chicken processing plants operated by
Koch Foods, one of the largest poultry producers in the U.S.
Last year, Koch Foods paid out $3.75 million to settle an Equal
Employment Opportunities Commission class-action suit
charging the company with sexual harassment, national origin
and race discrimination, and retaliation against Latino workers
at one of its Mississippi plants. Labor activists say it's the
latest raid to target factories where immigrant workers have
organized unions, fought back against discrimination or
challenged unsafe and unsanitary conditions.

**TOPICS:** Immigrant Rights   Immigration   Labor   Mississippi

# Trump Visits Dayton and El Paso, Sites of Weekend Mass Shootings

**AUG 08, 2019**

President Trump visited Dayton, Ohio, and El Paso, Texas, Wednesday, in a politically polarizing trip that followed last weekend's mass shootings that killed a combined 32 people, including the Dayton gunman. During Trump's first stop in Ohio, he met with medical workers at Miami Valley Hospital, posing for a group photo and grinning with two thumbs up. Outside, hundreds of protesters accused Trump of stoking white supremacist violence, chanting "Do something!" and "Hate not welcome here!" Later in the day, President Trump and first lady Melania Trump toured El Paso's University Medical Center, where none of the eight survivors still receiving treatment agreed to meet with the president. Trump did meet with law enforcement personnel at an El Paso emergency operations center.

**President Donald Trump**: "We had an amazing day. As you know, we left Ohio. And the love, the respect for the office of the presidency, it was — I wish you could have been in there to see it."

**TOPICS:** Texas   Ohio   Donald Trump   Mass Shootings

# El Paso Protesters Link Trump's Racist Rhetoric to Gunman's Manifesto

AUG 08, 2019

DECLASSIFIED

As Trump arrived in Texas, thousands rallied to protest his
racist rhetoric, linking it a manifesto published by the alleged El
Paso gunman, who echoed Trump's language about an
"invasion" of immigrants. Joining the protest was former Texas
congressmember and Democratic presidential hopeful Beto
O'Rourke, who represented El Paso until early this year, and his
successor, Democratic Congressmember Veronica Escobar.

**Rep. Veronica Escobar**: "We will not stop. We will not stop
resisting the hate, resisting the bigotry, resisting the racism."

Congressmember Escobar tweeted that she had declined
Trump's invitation to join him on a tour of El Paso because "I
refuse to be an accessory to his visit. I refuse to join without a
dialogue about the pain his racist and hateful words & actions
have caused our community and country."

**TOPICS:** Texas   Mass Shootings   Protests   Gun Control   Hate Groups   White Supremacy

# Trump Supporter with Loaded Pistol, Knife Arrested Outside El Paso Immigrant Center

AUG 08, 2019

Meanwhile, El Paso police arrested a Trump supporter Wednesday as he sat outside an organizing space for immigrant activists, wearing blue latex gloves and brandishing a knife. Organizers with Casa Carmelita say police also recovered a loaded gun, ammunition and a bag of white powder from the man's truck, which sported a large banner portraying Donald Trump as Rambo and bumper stickers for the far-right conspiracy website InfoWars. The man appears to be 21-year-old Thomas Bartram, who was profiled earlier on Wednesday by the Washington Examiner. Bartram told the paper he was an "open-carry kind of guy" at political rallies; a photo accompanying the article shows Bartram making what appears to be a white nationalist hand gesture.

**TOPICS:** Texas   White Supremacy   Hate Groups   Immigrant Rights   Immigration

# Trump Suggests Antifa Shares Equal Blame for Deadly Violence

**AUG 08, 2019**

DECLASSIFIED

Ahead of his trips to Dayton and El Paso, President Trump sought Wednesday to lay equal blame for deadly violence on white supremacists and the anti-fascist movement known as "antifa."

> **President Donald Trump**: "I am concerned about the rise of any group of hate. I don't like it. Any group of hate, I am — whether it's white supremacy, whether it's any other kind of supremacy, whether it's antifa, whether it's any group of hate, I am very concerned about it, and I'll do something about it."

**TOPICS:** Mass Shootings   White Supremacy   Hate Groups   Antifa   Donald Trump

# Democratic Presidential Candidates Say Trump Enables White Supremacists

AUG 08, 2019

DECLASSIFIED

Democratic presidential candidates are linking Trump's racist rhetoric to massacres by white nationalists in Texas, California and elsewhere. Senator Elizabeth Warren said Wednesday Trump gave white supremacists aid and comfort. Beto O'Rourke said Trump made it "very clear" that he's a white supremacist. Former Vice President Joe Biden said Trump had aligned himself with the "darkest forces in this nation." New Jersey Senator Cory Booker spoke out during a visit to the Emanuel AME Church in Charleston, South Carolina, where in 2015 a white nationalist gunman killed nine African-American worshipers.

**Sen. Cory Booker**: "White supremacy allows political leaders to promise to build the wall, while not building hospitals, schools or infrastructure critical for the success of all Americans."

**TOPICS:** Donald Trump   White Supremacy   Hate Groups   Mass Shootings   2020 Election

# Fox News Host Tucker Carlson Calls White Supremacy a Hoax

AUG 08, 2019

DECLASSIFIED

Fox News TV personality Tucker Carlson is under fire for insisting that white supremacy is a "hoax" and "not a real problem in America." Carlson made the remarks on his program Tuesday evening.

> **Tucker Carlson**: "The whole thing is a lie. If you were to assemble a list, a hierarchy of concerns or problems this country faces, where would white supremacy be on the list? Right up there with Russia probably. It's actually not a real problem in America."

Last month, media campaigners launched a campaign to pressure advertisers to boycott Tucker Carlson's show, after he launched a racist attack on Minnesota Congressmember Ilhan Omar. Carlson has previously said immigration makes America "poorer, and dirtier, and more divided," and in 2006 called Iraqis "semi-literate primitive monkeys."

**TOPICS:** White Supremacy   Fox News

# Amnesty International Travel Advisory Warns of U.S. Gun Violence

**AUG 08, 2019**

DECLASSIFIED

Amnesty International has issued a travel warning for visitors to the United States, citing the threat of gun violence. In a statement Wednesday, Amnesty warned travelers, "Be extra vigilant at all times and be wary of the ubiquity of firearms among the population. Avoid places where large numbers of people gather, especially cultural events, places of worship, schools, and shopping malls. Exercise increased caution when visiting local bars, nightclubs, and casinos."

**TOPICS:** Gun Control   Mass Shootings   Human Rights

# Report: Sibling Killed by Dayton Shooter Was Transgender Man

AUG 08, 2019

DECLASSIFIED

The website Splinter is reporting new details about the sibling of Dayton, Ohio, shooter Connor Betts, who was the first victim in Sunday morning's massacre that left nine people dead and 27 wounded. The sibling was initially identified as Connor Betts' sister, Megan Betts, but a friend told Splinter Betts was a transgender man who went by the name Jordan Cofer, used male pronouns and appeared to be out to only a handful of people — and possibly not even his family. It's not clear whether the gunman knew about Cofer's gender identity, or whether it played a role in the shooting. In a statement, the National Center for Transgender Equality said, "Mass gun violence is an epidemic in this country and deserving of swift and immediate action by lawmakers at all levels of government. We join the nation in mourning for every community impacted by gun violence." In 2019 alone, at least 10 trans people have been murdered in the U.S.

**TOPICS:** Ohio    Mass Shootings    Transgender    LGBT

# Mother of El Paso Shooter Warned Police of Son's Assault Rifle

AUG 08, 2019



CNN reported Wednesday that the mother of the alleged El Paso shooter called police weeks before the shooting because she was concerned he had an "AK" type firearm. According to family attorneys, the mother did not identify herself or her son and was transferred to a public safety officer who told her that, based on her description, her son was legally allowed to purchase an assault rifle.

**TOPICS:** Texas   Mass Shootings

# Wanda Vázquez Sworn In as Puerto Rico's Governor Amid Succession Crisis

AUG 08, 2019

DECLASSIFIED

Puerto Rico's former Justice Secretary Wanda Vázquez was sworn in as governor on Wednesday, becoming the third person to hold the office in less than a week. This came just hours after the Puerto Rican Supreme Court overturned the swearing-in of Vázquez's predecessor, Pedro Pierluisi. Pierluisi had been appointed as Puerto Rico's secretary of state by disgraced Governor Ricardo Rosselló, who stepped down last Friday amid weeks of massive protests calling for his ouster. The Puerto Rican Senate sued to block Pierluisi's appointment because he was sworn in without the Senate's confirmation. Wanda Vázquez is also a member of the ruling political party and an ally of Rosselló. On Wednesday, Vázquez said she would accept the position — although it's unclear for how long. Vázquez had been accused of ignoring allegations of corruption within the Rosselló administration. In the weeks leading up to her rise to the governorship, there were mounting protests demanding her resignation.

**TOPICS:** Puerto Rico

# Afghan Taliban Truck Bomb Attack in Kabul Kills 14, Wounds 145

AUG 08, 2019



In Afghanistan, the Taliban has claimed responsibility for a massive bomb attack in the capital Kabul Wednesday that killed 14 people and injured 145 others. Wednesday morning's truck bomb explosion tore through a police station, leveling the building and a nearby army recruitment center, and blowing out windows more than a kilometer away from the blast site. The latest attack came as the United Nations said 1,500 Afghan civilians were killed or wounded by fighting in July, making it the deadliest month in at least two years. This comes as U.S. officials are continuing talks in Qatar with the Taliban, aimed at bringing a halt to fighting in Afghanistan — which is now in its 19th year, the longest war in U.S. history.

**TOPICS:** Afghanistan

# Boston Police Destroy Wheelchairs of Homeless Residents

AUG 08, 2019



In Massachusetts, the Boston Police Department is under fire for destroying the wheelchairs of homeless residents as part of "Operation Clean Sweep," a campaign targeting Boston's poorest citizens. Images posted on social media show officers ordering homeless people away from Boston Medical Center before loading three wheelchairs into the back of a garbage truck and crushing them. A local activist, Cassie Hurd, tweeted, "It was heartbreaking to speak with Jarrod, who lost not only his wheelchair, but everything he owns that he keeps in his backpack. He was hit by a car last Tuesday. City of Boston, Mayor Marty Walsh — this is inhumane & cruel."

TOPICS: Housing  Poverty  Police

The original content of this program is licensed under a Creative Commons Attribution-Noncommercial-No Derivative Works 3.0 United States License. Please attribute legal copies of this work to democracynow.org. Some of the work(s) that this program incorporates, however, may be separately licensed. For further information or additional permissions, contact us.

DECLASSIFIED

DECLASSIFIED

# The Washington Post

*Democracy Dies in Darkness*

# Their Northern Virginia neighbor apparently saved his swastika cookies for special guests

By **Petula Dvorak**

September 26, 2019 at 9:38 p.m. GMT+3

The president of their Leesburg, Va., homeowners' association, as far as his neighbors knew, was all about the mundane issues of suburbia:

"Stray cats, Ash and other trees, snakes, large trash containers, development, fees for townhomes vs. single family, pool expense, sidewalk and bus stop snow removal," were the items listed on the agenda that the president, Matthew Q. Gebert, 38, signed off on in the January minutes of the Greenway Farms Homeowners' Association meeting.

His house on their Northern Virginia cul-de-sac is lovely, already decorated for Halloween and complies with all the association's mandates to have the bushes and hedges neatly trimmed. The house paint is within the Duron Curb Appeal approved color palette. There are car seats, a pink tricycle and chalk drawings signaling the presence of children.

DECLASSIFIED

But those neighbors didn't know about the swastika-shaped cookies Gebert allegedly served at his private parties, where he hosted some of the white nationalist movement's key players.

Or about his lively online presence as "Coach Finstock," where he allegedly pledged his loyalty to white nationalism and said black people should be separated from whites by "an ocean at least."

And they definitely didn't know that he allegedly marched at the bloody white nationalist demonstration in Charlottesville.

"He's right here, in a neighborhood with mixed-race couples," said one of Gebert's neighbors, Maggie Curtin, 20, who signaled her disapproval with a sign on her front yard: "Hate Has No Home Here."


DECLASSIFIED

Gebert's alleged extracurricular activities surfaced at the peak of community pool season last month, when the Southern Poverty Law Center's Hatewatch came out with a bombshell report about their mild-mannered president, identifying a raft of online activity they linked to him and identifying him from a photo at the Charlottesville hate march.

"Here? That's shocking to me, I have to say," said a grandfather sitting on a park bench while his grandchild played at the neighborhood park that Gebert was instrumental in creating. "This is just not that kind of place."

That's what they all thought. And it's among the most insidious aspects of the nation's white supremacist movement.

AD

They live among us. They don't have claws or horns, they usually don't snarl. The peddlers of hatred are hidden in plain sight.

DECLASSIFIED

"But the ideas aren't new," said Cameron Hohenschutz, 20, an infantryman for the Virginia National Guard and recruiter for the local fire department. "Anti-Semitism is so 1940s," he said. "This guy just hasn't adjusted to this world. It's like his mind-set is trapped in a time warp. This isn't about politics. He's talking about our community."

Gebert didn't only front as a model neighbor and community leader. He's a government official who studied in Ukraine, met his wife in Russia and graduated from George Washington University. Until last month, he was a foreign affairs officer with the U.S. State Department's Bureau of Energy Resources, according to the law center. He's been suspended from his job after that SPLC report came out in August, according to Politico. The State Department didn't return my request for an update on his status this week.

AD

Gebert also didn't respond. I sent requests to all his emails for comment and didn't hear back. Same with his wife. I went to their house and rang the bell. No one answered. But someone quickly closed the open garage door after I walked off. I left a note and never heard back.

His wife, Anna Vuckovic, is allegedly Wolfie James online, the alt-right warrior complaining about what a "cesspool" she lives in (in Leesburg, a town that's 75 percent white, and the seat of a county, Loudoun, that's 67 percent white) and cooing about how sexy her alpha-male husband is when he's up late at night spreading hatred online. She used to work for the local tourism bureau. She's not on their homepage anymore.

Gebert resigned after the homeowners' association held an emergency meeting about the report last month, according to its latest minutes.

AD

One of the board members of the association "was visibly shaking" when she read it online, when she saw the profanities in his alleged posts, the screen-grabbed photos of those swastika cookies, a friend of the board member told me.

"All these people are like, 'My kids played with their kids,'" Curtin, the 20-year-old who grew up in Leesburg, told me. "No one thought someone living here is really thinking like this."

So the folks of Greenway Farms broke their HOA rules about lawn decorations (seasonal are okay during appropriate times, anything else needs approval) en masse, responding with a silent protest. The neighborhood sprouted nearly 150 of those "Hate Has No Home Here" signs. Leesburg resident Peter Fedders bought them and helped give them out.

AD

He said it turned into a community-building party, with face-painting, snacks and lots of disbelief. "Everyone had their own stories about the Geberts, how shocked they all were."

Fedders, however, wasn't shocked by the idea that an amicable man beloved by so many may have a dark side.

"Just look at my dad. He was abusing my mom for 17 years," said Fedders, son of Charlotte Fedders, whose best-selling book, "Shattered Dreams," described the violent abuse by her husband, Securities and Exchange Commission enforcement director John M. Fedders. It was made into a movie starring Lindsey Wagner.

"Everyone always said how sad that was, what a nice guy my dad seemed to be," Fedders said. "So no, this doesn't surprise me at all."

**Twitter: @petulad**

**Read more Petula Dvorak:**

Snarling D.C. traffic was a good thing — this time

Save Sursum Corda's eight heritage trees? Or build affordable housing for 122 families?

This scientist wants to know if you helped him 30 years ago

Trump has to build a wall, and military families have to get in the back of the line

AD

DECLASSIFIED

**WUSA9**

LIVE

**45°**
Washington, DC

BREAKING NEWS
Explosive Ordnance Disposal Unit, Secret Service responds to suspicious vehicle near White House

Neighbors in Leesburg send strong message to

## 'Your hate has no home here' | Nei
## Leesburg send strong message to
## white nationalist

People in the Greenway Farms neighborhood in Leesburg, Vir
were appalled when they found out one of their own is an acc
nationalist.

LEESBURG, Va. — In the Greenway Farms neighborhood, the signs are everywhere
home here."

Soon, hundreds of homes will have them.

"The response was overwhelmingly beautiful. This was something we could do to
neighborhood," Kirsten Shabanowitz said.

Neighbors ordered hundreds of signs after a Southern Poverty Law Center article s
throughout the neighborhood, earlier this month.

The article featured a familiar face, their ( . President Matthew Gebert, who has s article accused Gebert of being a white nationalist.

The civil rights group claims Gebert, a foreign affairs officer with the Energy Bureau Coach Finstock, to write racist comments on white nationalist forums. The center al host parties at his Leesburg home for those who thought like him.

Neighbors say they had no idea that Gebert may have had any possible white natic Poverty Law Center says Gebert is also accused of running a DC chapter of "The R nationalist organization.

WUSA9 went to Gebert's home today for comment and no one answered the door. "I'm not sure he's been in the neighborhood. I know people have walked past his h of quiet. I'm not sure he knows how the neighborhood is responding," Shabenowitz

RELATED: Virginia attorney general: No one deserves to live in fear of discrimin

For now the signs will continue to go up, as neighbors hope to show their kids ther world.

RELATED: Accused white nationalist organizer suspended from State Departme

Download the brand new WUSA9 app here.

Sign up for the Get Up DC newsletter: Your forecast. Your commute. Your news.

© 2019 WUSA-TV. All Rights Reserved.



*August 7, 2019*

# Former White Nationalist Christian Picciolini Says There Are Members Of The Movement In 'Powerful Positions'

US POLITICS

BRIAN BLANCO / GETTY IMAGES

Tyler
MacDonald

Former white national... Christian Picciolini now runs a global network, the Free Radicals Project, that mobilizes former extremists to provide counseling to current members of the movement and attempt to convince them to leave. In an interview with *The Atlantic*, Picciolini revealed that he believes the recent white supremacist terrorist attacks in Pittsburgh, New Zealand, and El Paso, Texas are just the beginning, and subsequent attacks are going to get worse. Not only that, he claims that white supremacists exist more frequently in United States society than some might think.

"I have to ask myself, 'Do we have white-nationalist airline pilots?'" he said. "There have to be. I knew people in powerful positions, in politics, in law enforcement, who were secretly white nationalists. I think we'd be stupid and selfish to think that we don't have those in the truck-driving industry."



**Nancy Pelosi Wants This Video Destroyed — Watch Now Before It's Banned**

Too many Americans got rich too quick, so billionaires want this system banned.

| Watch The Video |

Promoted Content

▲ 5,234

Picciolini claims that when he was a part of the white nationalist movement 30 years ago, they were off-putting to everyday American white racists who preferred to be less outspoken — and thus visible — with their beliefs. He claims that this resistance led the movement to push for a more mainstream culture — "to grow the hair out, turn in the 'boots for suits.'"

**MUST READS**

Man Arrested /
Allegedly Yellir
Power' At Blacl

Alexandria Oca
Cortez Calls Dc
Trump Racist 8

'It's Only Going
Worse,' Former
Warns After Mt

Donald Trump
'Recruiter-in-C
White Suprem;

**TRENDING STORIES**

**CELEBRITIES**

Britney Spears Goes Braless ,
With Puppies In Instagram Vi

| CELEBRITIES |

Gwen Stefani Reenacts How Blak
Proved He Was A 'Man' To Her F
'The Kelly Clarkson Show'

DECLASSIFIED

Photo

Anastasiya Kvitko Leaves Little T
Imagination In Purple String Bik

Carrie Underwood Poses With A
Photos

'Teen Mom OG' Star Ryan Edwar
Mackenzie Looks Unrecognizable
Baby Girl's Birth

"...IT SADDENS ME TO SAY THAT JUST AFTER
THE SHOW I LEARNED THAT MY DEAR
ANGEL OF A HORSE, ARABELLA, IS DYING."

LADY GAGA, VIA TWITTER



"I never thought we would have a social and political
climate that really kind of brought it to the
foreground. Because it's starting to seem less like a
fringe ideology and more like a mainstream ideology."

**The Atlantic**
@TheAtlantic

Christian Picciolini discusses with @yarabayoumy and
@kgilsinan the mainstreaming of white nationalism,
what it takes to de-radicalize far-right extremists, and
why the problem is metastasizing:
on.theatln.tc/KndROgi

DECLASSIFIED

A Reformed White Nationalist Says the Worst Is Yet t...
Christian Picciolini discusses the mainstreaming of white
nationalism, what it takes to de-radicalize far-right
theatlantic.com

DECLASSIFIED



Ad

Worried Abou

Look For These

Ⓝ IMD

SPONSORED CONTENT

mgid


Lottery Winner:
"Do This Every
Time When
Buying A Ticket!"
Lotto Destroyer


67 Yr Old
Grandma
Stunned Doctors!
No Painful
Treatments, Do
This
Trustedproductsreview


7 Time Lottery
Winner: "You're
All Playing The
Lottery Wrong!"
Lotto Destroyer


Introducing Your
Ears' New Best
Friend
Fargo

*Southern Poverty Law Center (SPLC) reports that a U.S. State Department official, Matthew Q. Gebert, was recently outed as being involved in the Washington, D.C.- area chapter of a white nationalist organization. According to a State Department spokesperson, Gebert currently works as a foreign affairs officer assigned to the Bureau of*

Picciolini also spoke [ ] .t how white supremacists fund their movement. Although in his day they would use music as a vehicle via white supremacist metal bands, Picciolini claims that the internet has made it viable to generate revenue off of propaganda. He claims that Facebook, Google, and YouTube are prime platforms and suggests that de-platforming is effective and slows down the movement significantly.

Per *The Inquisitr*, New York Democratic Rep. Alexandria Ocasio-Cortez spoke to a group of mourners Monday in Brooklyn, New York, in the wake of the mass shootings in Dayton, Ohio and El Paso, Texas. She used the speech to speak to people radicalized by white supremacist ideology and tell them there is always a chance to turn back while assuring them that they are never "too far gone."

Inquisitr

Social Audience
2,948,871

INQUISITR.COM Trump Had A Secret Meeting With Zuckerberg & Thiel, Facebook Reports Donald...
about 6 hours ago

13 Favs

Donald Trump extended a dinner invitation to Mark Zuckerberg and Peter Thiel last month. While this ...
about 6 hours ago

1 favorites

"The Bob Shauna's about 2 hrs

1 m

Follow

DECLASSIFIED



**Ad**

Worried About Fatty Liver?

Look For These Fatty Liver Warning Signs

© IMD

PROMOTED CONTENT

‣ mgid ▷



**You'll Never Think About Solar Panels After Seeing This**
Online-Source



**Think Dental Implants Are Expensive? Think Again (View Prices)**



**Tarsha Whitmore Leaves Little To The Imagination In Monokini Wit...**
Inquisitr.Com



**Lottery Winner: "Do This Every Time When Buying A Ticket!"**
Lotto Destroyer



**If You Have Ear Ringing Do This Immediately (Ends Tinnitus)**
Ring Erase



**67 Yr Old Grandma Stunned Doctors! No Painful Treatments, Do This**
Trustedproductreview







Amazing Senior Living In Washington. You Won't Believe The Prices
Senior Livings



MD: Do This Immediately If You Have Diabetes (Watch Now)
Diabetes Remedy



You'll Be Surprised At How Much New Dental Implants Actually Cost
Sponsored Links



22 Discounts Seniors Get Only If They Know
Senior Discounts



This Is What New Dental Implants In Washington Should Cost You



Victoria's Secret's Shanina Shaik Rocks A String Bikini At The B...
Inquisitr.Com



The Cost Of Dental Implants In Washington May Surprise You

## TRENDING NOW

Beto O'Rourke Reveals His Plan To Fight White Nationalism, The Second

Kamala Harris Proposes 'Red Flag Law' That Would Allow White Nationalists To Have

Man Arrested After Allegedly Yelling 'White Power' At Black Woman Following Car

Alexandria Ocasio-Cortez
Calls Donald Trump Racist &
Sends A Message To White

White Supremacy 'Not A Real
Problem' In U.S., Says Fox
News' Host Tucker Carlson

'It's Only Going To Get Worse,'
Former Neo-Nazi Warns After
Mass Shootings

Andrew Yang Calls For Federal
Domestic Terrorism Statute In
Wake Of El Paso, Dayton

Donald Trump Is 'Recruiter-In-
Chief' For White Supremacist
Terrorism, Former FBI Official

## LATEST HEADLINES

Elle Macpherson, 55,
Stuns In A Barley-There
Bikini In The Bahamas

*November 21, 2019*

WWE News: Triple H
Comments On Unhappy
Superstars Requesting
Releases

*November 21, 2019*

'Dancing With The Stars'
Host Tom Bergeron
Reveals Rehearsal
Secrets On Instagram

*November 21, 2019*

Tarsha Whitmore Leaves
Little To The Imagination
In Monokini With
Plunging Neckline

*November 21, 2019*

DECTASSIFIED



| HEALTH & LIFESTYLE | NEWS | WORLD NEWS | SPOR... | GAMING |
|---|---|---|---|---|
| Health | US Politics | South America | Baseball | BUSINESS |
| Lifestyle | Animal | Africa | Basketball | BUZZWORTHY |
| Religion | Odd | Asia | Boxing | |
| Family | | Australia | Football | SCIENCE & TECH |
| Geek Culture | | Canada | Golf | Science |
| Food & Dining | | Europe | Hockey | Technology |
| Fashion | | Middle East | MMA | Automotive |
| Shopping | | | Auto Racing | Gadgets |
| Travel | | | Soccer | |
| | | | Tennis | |

**INFO**

About
Contact
Advertise on Inquisitr

**CONNECT**

Facebook
Twitter

**LEGAL**

Terms Of Service
Privacy Policy
Spam Policy
Copyright Policy
RSS Terms Of Service

**SUBSCRIBE FOR NEWS**

Email Address          GO

**CONNECT**

ALL CONTENT © 2009 - 2019 THE INQUISITR.

DECLASSIFIED

**ARGUMENT**  DECLASSIFIED

# White Supremacists Want a Dirty Bomb

And the Trump administration is letting them get dangerously close to acquiring one.

BY WILL CATHCART, JOSEPH ARI EPSTEIN | AUGUST 16, 2019, 9:48 AM

On Dec. 9, 2008, police raided the home of the millionaire James Cummings in Belfast, Maine. Cummings was an abusive husband, and he had been shot in the head by his wife, but that wasn't what still disturbs investigators to this day. At Cummings's home, police obtained radiological material and literature on constructing a dirty bomb. Cummings had collected the radioactive isotope thorium-232 and depleted uranium, the latter of which he bought online, along with the materials necessary to build a conventional explosive. Angered by the election of Barack Obama as U.S. president, Cummings had compiled the materials he deemed necessary to build a dirty bomb just 42 days before the inauguration.

At the scene, investigators found literature on how to create different types of radiological dispersal devices (RDDs), colloquially referred to as dirty bombs, using the radioactive isotopes cesium-137, cobalt-60, and strontium-90 and an application for the U.S. Nationalist Socialist Movement, a neo-Nazi organization. Cummings had ties to white nationalist groups, he revered Adolf Hitler, and, according to workers who spent time in his home, he was a collector of Nazi memorabilia.

More than a decade later, on Aug. 3, 2019, a gunman posted an anti-immigrant, white nationalist manifesto on a far right forum, walked into a Walmart on the East side of El Paso, Texas and opened fire with a semiautomatic rifle, killing 22 people.. There is no longer any question of whether the country is facing the rise of domestic white supremacist terrorists. The question is how far they will go.

While the United States has been focused on the trafficking of nuclear and radiological materials abroad, experts at the Nuclear Threat Initiative (NTI)

argued that the threat of dangerous radiological materials being used in America's own backyard is "just as serious."

With a wide variety of civilian uses, including in the medical, industrial, and research fields, radiological materials rated by the International Atomic Energy Agency (IAEA) as Category 1 threats—such as cesium-137, cobalt-60, and strontium-90—are left relatively unguarded. These materials could be used to contaminate a major U.S. city with devastating consequences.

That is what makes these devices so attractive to modern terrorist organizations. The Islamic State declared its intent to get its hands on a nuclear device in its propaganda magazine *Dabiq*. Al Qaeda trained the domestic terrorist José Padilla in Egypt and Afghanistan and then sent him back to the United States to detonate a dirty bomb.

The budding nationalist white supremacist terrorist movement in the United States is no different. Consider the case of the "All-American Nazis." Four neo-Nazi roommates lived together until one of them converted to Islam and shot two others for disrespecting his religion. The double homicide shed light on an organization called Atomwaffen (German for "nuclear weapons"). Devon Arthurs, the convert to Islam, described Atomwaffen as a terrorist group that had 60-70 members nationwide and planned bombing attacks on synagogues and nuclear plants. Brandon Russell, the roommate who wasn't home at the time of the argument, had been collecting thorium since the 10th grade. These are not isolated incidents; in 2004 and 2013, the FBI arrested two white supremacists interested in acquiring and detonating a dirty bomb.

Moreover, these are not "lone wolves." They are part of an extremist network bound by white supremacist ideology, far-right hate, and online indoctrination. And there is no shortage of evidence that they want to acquire their own radioactive weapons.

## When it comes to public knowledge about dirty bombs,

there are a lot of misconceptions. An RDD does not have to be a bomb; it could be a radiological material in a crop duster or any other tool that can disperse the material. Positioned correctly, even wind itself could disperse a radiological material like cesium-137, which is a powder in its most common form.

"We call it a weapon of mass disruption because it disrupts and leads to economic impact, not mass casualties," Biehiawski said. "This material is dispersed. So if it is metal or powder, it gets in the air, the buildings, the metro, the air ducts, and then you basically have people breathing in this material and have to tear down these city blocks."

To put this into perspective, the Sandia study poses a single question: "Would the U.S. maintain its world financial standing after an RDD attack in lower Manhattan?"

## In a December 2015 presidential debate, Donald Trump

said a "maniac" getting his or her hands on a nuclear weapon was the "single biggest problem" the country faced. As president, his policies have indicated otherwise.

The country's nuclear and radiological security falls under the auspices of the Energy Department, which is currently run by former Texas Gov. Rick Perry. The appointment of Perry as energy secretary has caused concern among experts as Perry previously called for the dissolution of the IAEA, which monitors nuclear stockpiles.

Perry also said he would get rid of the department during his 2012 presidential campaign and was unaware that one of the Energy Department's main responsibilities was nuclear and radiological security, which comprises nearly two-thirds of its annual $30 billion budget.

In July, the secretary found himself in hot water after it was discovered that for six years radioactive shipments from Tennessee to Nevada were mislabeled and shipped not in compliance with safety regulations. This prompted Nevada Rep. Steven Horsford to call for Perry's resignation. This came six months after the Energy Department disclosed that it secretly shipped weapons-grade plutonium from South Carolina to Nevada. The governor of Nevada took the department to court on the grounds that it disregarded the dangers of moving the plutonium to an area that is subject to flash floods and earthquakes. In the words of Rep. Dina Titus of Nevada, "The level of incompetence at the Department of Energy is only matched by its dishonesty."

This is the third time this year that the Energy Department has drawn outrage for mishandling nuclear waste. In June, the department decided to reclassify high-

level nuclear weapons waste to a lower category. Paul Dabbar, the undersecretary for science, said the decision was made to allow for faster cleanup of contaminated areas and to cut back costs.

According to the Natural Resources Defense Council (NRDC), the reclassification would allow the Energy Department to abandon storage tanks of more than 100 million gallons of some of the "most toxic and radioactive waste in the world" across three states at low ground levels. The byproduct of the production of nuclear weapons is a dangerous cocktail of IAEA Category 1 radiological materials, including strontium-90, americium-241, and plutonium-238. "The Trump administration is attempting to alter five decades of national consensus on handling the most toxic waste in the world," said Geoffrey Fettus, a senior attorney for the NRDC.

"This change by the DOE is very concerning to me," said Ferenc Dalnoki-Veress, a scientist-in-residence and adjunct professor at the Middlebury Institute of International Studies. "It misses the point about how dangerous these materials are. It is not just because of radioactivity that these materials are dangerous but also because they are chemically toxic themselves. ... There has been a strong interest in watering down some of the regulations [at the department], which is a serious concern."

U.S. regulation of radiological materials can seem illogical. As NTI experts argued in a 2015 op-ed in the *Washington Post*, "As it stands, even if a state wants to voluntarily increase security for its radiological sources beyond federal minimums, the NRC [Nuclear Regulatory Commission] regulations don't allow it. State regulators' hands are tied because state regulations for the majority of U.S. radiological material essentially must be identical to those established by the NRC."

Bieniawski, the former NTI vice president, said: "There are two concerns of terrorists getting radioactive material. The first is that they steal highly enriched uranium, uranium-235, that can be used to make an improvised nuclear device, and the second is that they try to steal radiological material that cannot be used to make a nuclear device but can be used to make a dirty bomb."

According to Bieniawski, the threat of terrorist cells receiving weapons-grade uranium and creating a nuclear device has become unlikely in recent years. From 2004 to 2012, under Bieniawski's leadership, the Energy Department's Global

Threat Reduction Initiative removed 2,300 kilograms of highly enriched uranium and plutonium from vulnerable locations around the world—enough material to make more than 80 nuclear weapons.

Still the issue that concerns security experts is the threat of an RDD, which can be made of materials that, according to Bieniawski, have tens of thousands of sources in more than 150 countries. Materials such as cesium-137, cobalt-60, and strontium-90 are used in medical facilities, research labs, oil drilling, pest insect sterilization, and other relatively unguarded civilian industries.

### According to NTI's Iliopulos, there are 500 irradiators

using cesium-137 in the United States. A random inspection in 2012 by the U.S. Government Accountability Office (GAO) discovered that NRC requirements "do not consistently ensure the security of high-risk radiological sources."

The GAO found a cesium-137 irradiator sitting in a wheeled pallet down a hallway at one facility. At another, a cesium-137 irradiator was clearly labeled behind a door that up to 500 people had access to. The GAO found the security controls for stationary sources like cesium-137 irradiators especially lacking.

A 2014 GAO report found that portable radiography cameras containing iridium-192, an IAEA Category 2 radiological material, were "susceptible to theft or loss." The GAO identified multiple cases of theft, including one case of a truck that had a radiography camera stolen from it at a hotel. The GAO also reported incidents of unauthorized people trying to gain access to these portable sources and astoundingly the impersonation of state radiological safety and security inspectors where the mobile sources were in use.

In September 2010, someone pretending to be an inspector approached a radiography crew, became "confrontational," and refused to provide identification. The individual was found to have been convicted on multiple counts "including assault, forgery, and terroristic threats."

Perhaps most alarmingly, the report describes both outsiders and insiders as a threat when it comes to the theft of radiological materials. In the 2014 report, two cases were found in which employees with "serious criminal records" were given unescorted access to radiological materials. One of the employees was convicted twice—among other charges—for "terroristic threats."

Estimating the fallout from a dirty bomb is a purely hypothetical exercise. The projections are often vague and conflicting. Precisely because the event has yet to occur, any attempt to dictate the aftermath of a strategic RDD event is fundamentally absurd. No one actually knows. Various experts push conflicting theories. Often agendas are at play. Even the respected literature on RDDs ranges from apocalyptical to benign fearmongering. Body counts from a strategic explosive RDD range from 20 to 1,500. Official data on the economic fallout ranges from $30 billion to $1 trillion.

This is unknown territory, and we can only hope that it remains such. But the more data compiled, the more numbers crunched, and the closer the calls, there is a sense of inevitability to the employment of an RDD. As the NTI op-ed argued, "We are exposed, and the clock is ticking."

### Experts remain baffled as to why no one has succeeded
in using a dirty bomb to date, despite some close calls. At its peak, the Islamic State frightened international security experts when it captured Mosul, where two caches of cobalt-60 were locked in the university. Islamic State leadership was either unaware of its presence or did not know where to find it.

"They are not that smart," an Iraqi health ministry official told the *Washington Post*. But the concern with dirty bombs is that you do not need to be "that smart" to create one.

Meanwhile, on Aug. 9, the U.S. State Department confirmed that Matthew Gebert, a foreign affairs officer assigned to the Bureau of Energy Resources, was linked to a white nationalist organization. One of the main goals of the Bureau of Energy Resources is promoting energy security. In 2018, Gebert allegedly told a podcast, "[Whites] need a country of our own with nukes, and we will retake this thing lickety split." Gebert worked in the State Department for six years and is currently on leave pending an investigation.

"It is very difficult for any security system to protect against knowledgeable insiders," said Miles Pomper, a senior fellow at the James Martin Center for Nonproliferation Studies and co-author of the paper "Promoting Alternatives to High-Risk Radiological Sources." "Think about the pilots who intentionally choose to crash their planes with passengers aboard. Given that radiological sources are employed in places such as universities and hospitals, whose top

priorities aren't security but accessibility, this is a particular risk for these materials."

Washington, D.C., is centralized within 68 square miles. The financial district of lower Manhattan is within half a mile. A small vial of a radiological material like cesium-137 could take out the New York Stock Exchange.

While the United States was fighting terrorism abroad, a far greater threat arose at home. Large quantities of IAEA Category 1 materials, such as cesium-137, strontium-90, and cobalt-60, are easily available in medical, industrial, and research facilities. With the rise of domestic terrorism, a highly dangerous scenario has materialized in America's backyard.

Will Cathcart is a journalist and editor based in Tbilisi, Georgia, and a former media advisor to the President of Georgia.

Joseph Ari Epstein is an NYC-based freelance journalist who studies International Relations at Columbia University.

TAGS: ARGUMENT, NUCLEAR, TERRORISM, TRUMP, UNITED STATES

VIEW COMMENTS

Recap: Democratic Debate | Sondland Testimony | Cooper & Hale Testimony | Military Housing Inv

DECLASSIFIED

LIVE

# State Department employee linked to white nationalist group

AUGUST 9, 2019 / 5:34 PM / CBS NEWS

The State Department confirmed a man who has been linked to a white nationalist group in Washington D.C. is a foreign affairs officer assigned to the Bureau of Energy Resources. Politico and NBC News reported Matthew Gebert is on leave pending an investigation.

According to evidence turned up by the Southern Poverty Law Center, Gebert oversaw the Washington D.C.-chapter of a white nationalist organization. A State Department spokesperson said Friday they could not comment on personnel issues but said they are "committed to providing an inclusive workplace."

Southern Poverty Law Center's Hatewatch researchers linked Gebert to the pseudonym "Coach Finstock," who posted from several Twitter accounts and appeared on the podcast "The Fatherland." Accounts linked to Coach Finstock have been deleted.

## Trending News

- <u>Watch live: Ex-White House official, diplomat testify in impeachment</u>

View CBS News In

CBS News App       **OPEN**

Chrome    Safari       **CONTINUE**

Gebert, as "Coach Finstock," allegedly told a white supremacist podcast that there are "there are bigger things than a career and a paycheck" and he was "prepared" to lose his, "because this is the most important thing to me in my life... in tandem with my family, of course."

"[Whites] need a country of our own with nukes, and we will retake this thing lickety split," "Coach Finstock" said on a May 2018 episode of "The Fatherland," according to Southern Poverty Law Center.

State Department employees are allowed to participate in political activities in their free time but they are prohibited from participating some political activities while on duty. Employees are also prohibited from posting on social media about politics while at work and are not allowed to refer to their official title or position while engaging in political activity on social media.

Gebert joined the State Department in 2013 as a presidential management fellow, according to a George Washington University alumni magazine cited by the Southern Poverty Law Center. The position makes him a civil service employee, not a presidential appointee.

⠿⠿ ⠿ View CBS News in ⠿⠿ ⠿

**CBS News App**

 Chrome  Safari

OPEN

CONTINUE

**Video shows girl's final moments before cruise ship death**
37M AGO

**Beijing welcomes 6 cloned dogs to its police force**
1H AGO

**China warns U.S. of "strong countermeasures" to Hong Kong legislation**
2H AGO

DECLASSIFIED

**Prince Andrew steps back from public duties for "foreseeable future"**
13H AGO

**Pence denies Sondland's claims that he knew of Ukraine dealings**

View CBS News In

 CBS News App

OPEN

 Chrome    Safari

CONTINUE

U.S.

**Nebraska the first state to help Trump's quest for citizenship data**

17M AGO

**Driver tries to get into White House complex by trailing official vehicle**

30M AGO

**After Twitter, Google cracks down on political ads**

UPDATED 35M AGO



**Video shows girl's final moments before cruise ship death**

37M AGO

**Students accused of sexu. . misconduct say process faile..** –
**and victims agree**

View CBS News In

CBS News App  OPEN

Chrome  Safari  CONTINUE

Politics

**Nebraska the first state to help Trump's quest for citizenship data**
17M AGO

**After Twitter, Google cracks down on political ads**
UPDATED 35M AGO

**Border activist acquitted on charges of harboring 2 immigrants**
2H AGO

**Watch live: Ex-White House official, diplomat testify in impeachment hearing**
UPDATED 45M AGO

Sondland implicates top Trump officials in Ukraine "quid pro quo" scheme

View CBS News In

CBS NEWS  CBS News App

[ OPEN ]

Chrome  Safari

[ CONTINUE ]

Entertainment

**Emilia Clarke says she's been pressured to film nude scenes**
11H AGO

**A studio executive wanted Julia Roberts to play Harriet Tubman**
13H AGO

**Jussie Smollett sues Chicago claiming malicious prosecution**
16H AGO

**Tom Hanks discovers he's related to Mister Rogers**
20H AGO

Michelle Obama nomina⌣⌣ for Grammy

View CBS News In

**CBS News App**

Chrome    Safari

OPEN

CONTINUE

Technology

Uber tests in-car audio recordings for rider and driver safety
15H AGO

AI threatens college educated workers more than others
16H AGO

Amazon to open cashierless grocery stores, report says
18H AGO



Macy's customer data stolen after online store hacked
20H AGO

**FDA approves first conta⸤ ⸥.ens for nearsighted kids**

**⠿ ⠿ ⠿ View CBS News In ⠿ ⠿**

⠉⠃⠎ CBS News App                                              [OPEN]

Chrome 🔄 Safari                                               [CONTINUE]

## Science

**Beijing welcomes 6 cloned dogs to its police force**

1H AGO

**SpaceX Starship prototype explodes during test in Texas**

8H AGO

**Why farmers may want to paint their cows with zebra stripes**

NOV 20              ⠿⠿⠿ DECLASSIFIED ⠿⠿⠿

**NASA discovery fuels hopes in search for life beyond Earth**

NOV 19

Deforestation in Brazil's Amazon is highest since 2008

View CBS News in

CBS News App

Chrome    Safari

OPEN

CONTINUE

health

New lung injury may be linked to vaping
12M AGO

House committee approves bill to federally legalize marijuana
14H AGO

AMA calls for total ban on all vaping, e-cigarette products
22H AGO



PSA gaffe or genius slogan? New anti-meth ad gets mixed reviews
NOV 18

NY joins California in sui⸤ ⸥Juul over teen vaping

View CBS News In

**CBS News App**

Chrome    Safari

OPEN

CONTINUE

Money watch

**After Twitter, Google cracks down on political ads**
UPDATED 35M AGO

**UAW president resigns after GM alleges union leaders took bribes**
9H AGO

**Amazon to open cashierless grocery stores, report says**
18H AGO

**Macy's customer data stolen after online store hacked**
20H AGO

**Disney+ user accounts fo( .d on hacking sites**

View CBS News In

CBS News App          **OPEN**

 Chrome  Safari     **CONTINUE**

Crime

**Teen's "slave for sale" Craigslist post prompts hate crime charges**
1H AGO

**10-year-old dies days after being shot at football game**
12H AGO

**Prince Andrew steps back from duties**
12H AGO ▸

**Former Baltimore mayor charged**
12H AGO ▸

**Nearly ¾ of transgender people slain since 2017 killed with guns**

View CBS News in

 CBS News App

Chrome    Safari

OPEN

CONTINUE

Space

**SpaceX Starship prototype explodes during test in Texas**

8H AGO

**NASA discovery fuels hopes in search for life beyond Earth**

NOV 19

**How to watch the Leonids meteor shower**

NOV 16

**NASA watchdog warns of possible delays in launching new U.S. spacecraft**

NOV 15

**Spacewalkers do "open h̶ ̶rt surgery" to repair cosmic ray detector**

 View CBS News In:

 CBS News App

Chrome Safari

OPEN

CONTINUE

Latest Galleries

**Mall stores that don't exist anymore**

NOV 19   📷 34 PHOTOS

**New movies coming in 2020: The most anticipated films on the way**

NOV 19   📷 50 PHOTOS

**Terrifying cults**

NOV 18   📷 52 PHOTOS

**Mary Whyte's portraits of veterans**

NOV 10   📷 11 PHOTOS

## The fall of the Berlin Wall.

View CBS News In

 CBS News App    **OPEN**

Chrome 🧭 Safari    **CONTINUE**

Popular

**CBSN Originals | Speaking Frankly: Porn**

NOV 15    ▶ 23:05

**New illness could be linked to vaping**

UPDATED 4M AGO    ▶ 04:11

**CBSN Originals | Speaking Frankly: Dating Apps**

NOV 7    ▶ 23:05

**Prince Andrew could face depositions, trial**

UPDATED 10M AGO    ▶ 03:21

## Video shows moments b re cruise ship death

View CBS News In

 CBS News App

**OPEN**

 Chrome    Safari

**CONTINUE**

Copyright © 2019 CBS Interactive Inc. All rights reserved.

Privacy Policy
Ad Choice
Terms of Use
Mobile User Agreement
About
Advertise
Closed Captioning
CBS News Store
Site Map
Contact Us
Help

DECLASSIFIED

**United States Department of State**

*Washington, D.C. 20520*

DECLASSIFIED

<u>SENSITIVE BUT UNCLASSIFIED</u>                    June 2, 2020

## INFORMATION MEMO FOR HR/CSD and DS/PSS

FROM:    DS/DO/OSI (b)(6); (b)(7)(C)

SUBJECT:    (SBU) Correction to Report of Investigation PR-2019-00236: Gebert, Matthew

(SBU) The Bureau of Diplomatic Security Office of Special Investigations (DS/DO/OSI) was made aware of inaccuracies in Report of Investigation for PR-2019-00236. On page one in paragraph three, it states, he likewise failed to mention these affiliations and activities when asked if there was "any other information, including information about members of his family that could suggest a conflict of interest or be a possible source of harm or embarrassment to Gebert, the Department, or the United States." It should read, he likewise failed to mention these affiliations and activities when asked if there was "any other information, including information about members of his family that could suggest a conflict of interest or be a possible source of embarrassment to Gebert, the Department, or the United States.

(SBU) Also, on page one in paragraph five, it states that based on a preponderance of evidence, the allegation that Matthew Gebert lied on his SF-86 Questionnaires for Investigative Processing form and during his subsequent interview for his security clearance is SUBSTANTIATED. It should state that based on a preponderance of evidence, the allegation that Matthew Gebert lied during his security clearance interview is SUBSTANTIATED. The questions that Gebert made false statements were only contained in the security clearance interview and not on his SF-86 Questionnaires for Investigative Processing.

(SBU) Additionally, on page four, under investigative findings, it states that the allegation Gebert made false statements in the course of his security background investigation when he answered in the "no" to the question have you had an association with any person, group or business venture that could be used, even unfairly, to criticize, impugn or attack your character or qualifications for a government position. It should read the allegation Gebert made false statements in the course of his security background investigation when he answered in the "no" to the questions have you had an association with any person, group or business venture that could be used, even unfairly, to criticize, impugn or attack your character or qualifications for a government position and if there was any other information, including information about members of his family that could suggest a conflict of interest or be a possible source of embarrassment to Gebert, the Department, or the United States. Gebert answered no to both these questions during his security clearance interview.



DECLASSIFIED

<u>SENSITIVE BUT UNCLASSIFIED</u>

SBU (LAW ENFORCEMENT SENSITIVE)



**Diplomatic Security Service**
**Office of Special Investigations**

**IMS Case Report**

| DS Case Number:<br>PR-2019-00236 | Case Title:<br>Gebert, Matthew | Report Date:<br>10/10/2019 |
|---|---|---|
| Case Type:<br>CRIMINAL | Investigative Program Type:<br>Professional Responsibility | Dates Investigated:<br>07/02/2019 - 10/10/2019 |
| Case Impact:<br>NOT SPECIFIED | Case Status:<br>OPEN Investigation / Analysis Ongoing | Open Date:<br>08/19/2019 |
| Report Type:<br>CASE FINAL | Report Title:<br>Report of Investigation: GEBERT, Matthew Quinn | Report Status:<br>APPROVED |

On 8/16/2019, the Office of Professional Suitability and Security (PSS) requested that the Office of Special Investigations (OSI) open an investigation into Matthew Q. Gebert, a Foreign Affairs Officer with the Energy Resources Bureau over allegations that he made false statements on his SF-86 Questionnaires for Investigative Processing form and to PSS investigators who interviewed him for his security clearance. Gebert had recently come to the Department's attention when the Southern Poverty Law Center (SPLC) published several articles identifying him as a white nationalist and connecting him with a number of online identities that were active in white supremacist and "alt-right" online media outlets.

According to the articles, Gebert posted most often under the name "Coach Finstock" and was a frequent guest on several alt-right podcasts, where he openly expressed white-separatist views. Additionally, Gebert was alleged to be a member of a Northern Virginia-based alt-right group called the "DC Helicopter pilots." Gebert was also alleged to have attended a dinner with prominent white supremacists and Holocaust-deniers Richard Spenser and David Irving, as well as hosting a party for several alt-right personalities where swastika-shaped cookies were served.

Gebert never mentioned these affiliations and activities in the course of his security clearance investigations, despite being asked if he had any "association...that could be used, even unfairly, to impugn or attack his character or qualifications for a government position." He likewise failed to mention these affiliations and activities when asked if there was "any other information, including information about members of his family that could suggest a conflict of interest or be a possible source of harm or embarrassment to Gebert, the Department, or the United States."

DS/DO/OSI conducted an investigation of this allegation, including interviewing both the source for the SPLC articles and Gebert himself, and was able to verify much of the information contained in the SPLC article. OSI also consulted with the Federal Bureau of Investigation's Behavioral Analysis Unit (BAU) for an assessment of Mr. Gebert's psychology and alt-right activities. As a result of these actions, OSI ascertained that Gebert had not disclosed his white nationalist affiliations and activities in his security review.

Based on a preponderance of evidence, the allegation that Matthew Gebert lied on his SF-86 Questionnaires for Investigative Processing form and during his subsequent interview for his security clearance is SUBSTANTIATED.

-CASE CLOSED-

| Reporting Official:<br>(b)(6); (b)(7)(C) | Distribution:<br>DS/SI/PSS; HR/ER/CSD |
|---|---|
| Approving Officials:<br>(b)(6); (b)(7)(C) | |

This report is the property of the U.S. Department of State, Diplomatic Security Service. Neither the report nor its contents may be disclosed to unauthorized persons without the expressed permission of the Diplomatic Security Service.
SBU (LAW ENFORCEMENT SENSITIVE)

DS# PR-2019-00236
CASE FINAL: 10/10/2019
04:00 AM GMT

**SBU (LAW ENFORCEMENT SENSITIVE)**

DECLASSIFIED

Background:

Subject is a civil service GS-13 who began his assignment as a Foreign Affairs Officer with Energy Resources in 2013.

Investigative History:

8/7/2019: SPLC Publishes Article "U.S. State Department Official Involved in White Nationalist Movement, Hatewatch Determines." (ATTACHMENT H):

On 8/9/2019, SPLC posted this article to its web site, identifying Gebert and outlining his work history with the Department. The article connects Gebert to the Coach Finstock online identity, as well as several others, and cites comments Gebert made online and on podcasts such as:

•"[Whites] need a country of our own with nukes, and we will retake this thing lickety split," "Coach Finstock" said on a May 2018 episode of "The Fatherland," a white nationalist podcast. "That's all that we need. We need a country founded for white people with a nuclear deterrent. And you watch how the world trembles."

•"I got into this [movement] and off the conservative reservation in 2015," he wrote in a January 2018 thread called "Ricky Vaughn is a N*****faggot who has no place in [The Right Stuff.]

The article goes on to connect "Coach Finstock" to other prominent alt-right and white supremacist figures such as Richard Spenser, Mike Peinovich, and David Irving. It also connects Gebert to a Northern Virginia-based white supremacist organization called the DC Helicopter Pilots and featured a neo-Nazi post from that group's Twitter account.

8/7/2019: The online news website Unicorn Riot publishes additional social media posts from Coach Finstock (ATTACHMENT I)
On 8/7/2019, the website Unicorn Riot repeated much of the SPLC reporting, but added screengrabs from one of Gebert's social media aliases.

8/9/2019: SPLC Publishes article "White Nationalist State Department Official Surfaces in Photographs." (ATTACHMENT J)
On 8/9/2019, SPLC posted this article to its website, identifying Gebert as having attended the Unite the Right rally in Charlottesville, VA in May 2017 and providing photographs of Gebert at the rally.

8/16/2019: The Office of Personnel Security and Suitability suspends Gebert's security clearance (ATTACHMENT A)
On 8/16/2019 PSS suspended Gebert's security clearance indefinitely.

On 08/23/2019, the Department of Justice's Public Integrity Section declined to open a criminal investigation against Gebert.

9/4/2019: Interview with [(b)(6); (b)(7)(C);] (Attachment B)
On 9/4/2019, Special Agent (SA) [(b)(6); (b)(7)(C)], along with SA [(b)(6); (b)(7)(C)], assigned to the Office of Protective Intelligence and Investigations (PII), conducted a witness interview with [(b)(6); (b)(7)(C);] at an undisclosed location. [(b)(6); (b)(7)(C); (b)(7)(D)] [(b)(6); (b)(7)(C); (b)(7)(D)]

number as belonging to Gebert (ATTACHMENT G) [(b)(6); (b)(7)(C);] successfully picked Gebert out of a photo array (ATTACHMENT

This report is the property of the U.S. Department of State, Diplomatic Security Service. Neither the report nor its contents may be disclosed to unauthorized persons without the expressed permission of the Diplomatic Security Service.
SBU (LAW ENFORCEMENT SENSITIVE)
Page 2

359

F).

**9/27/2019: Interview with Matthew Gebert (ATTACHMENTS C and D)**

On 9/27/2019 at 1000 hrs, Diplomatic Security (DS) SA (b)(6); and Supervisory Special Agent (SSA) (b)(6); (b)(7)(C) , assigned to the Office of Special Investigations (OSI), conducted a compelled interview with Matthew Gebert, who was joined by his attorney Ethan Parke. Gebert read and signed the DS-7618 Warning and Assurance to Employee Required to Provide Information form (ATTACHMENT E).

Gebert acknowledged the basic facts of the SPLC articles, but felt that they misrepresented him and his political views. He acknowledged being a "race realist" and having concerns about the dwindling percentage of whites in the United States, but denied being a Nazi or a white supremacist. He regarded himself as holding political views and social values that were not "popular, empowered, or acceptable" in society and stated that he regarded himself as an advocate for white interests.

When presented with statements he made on various white supremacist podcasts, Gebert acknowledged that he made—or likely made—all of them [AGENT NOTE: Gebert could not specifically recall making some of the statements, but told investigators "they sound like something I would say."]

Gebert acknowledged being a member of the DC Helicopter Pilots, but characterized it as a social organization that was "pro-family, pro-health, and pro-white." He also acknowledged attending the August 2017 Unite the Right rally with the DC Helicopter Pilots, ostensibly to protest the removal of the Confederate monuments, and regards the rally as having become violent only because local law enforcement failed to control the situation, possibly on purpose in order to vilify the right-wing groups in attendance.

Gebert denied deliberately withholding information from his security background investigation, but said that he didn't feel it was necessary to bring up his online activity in the course of the investigation. Gebert reiterated that he was not ashamed of his views or political opinions. He allowed that with the benefit of hindsight, had he known that his views would be exposed by the SPLC, he might have answered the question differently.

# DIRECT REPLY

Biographic Data:
Name: GEBERT, Matthew Quinn
D
S
Last Known Address: 505 Niven Ct. SW, Leesburg, VA.
Phone: (703) 346-0377 (Office)

This report is the property of the U.S. Department of State, Diplomatic Security Service. Neither the report nor its contents may be disclosed to unauthorized persons without the expressed permission of the Diplomatic Security Service.
SBU (LAW ENFORCEMENT SENSITIVE)

## SBU (LAW ENFORCEMENT SENSITIVE)

DS# PR-2019-00236
CASE FINAL: 10/10/2019
04:00 AM GMT

Current Employer: Department of State
Employment Status: Suspended

### Investigative Findings:

The allegation Gebert made false statements in the course of his security background investigation when he answered in the "no" to the question have you had an association with any person, group or business venture that could be used, even unfairly, to criticize, impugn or attack your character or qualifications for a government position.

### Violation:

3 FAM 4546.43: Conduct demonstrating untrustworthiness, unreliability, or use of poor judgment

### Findings:

Based upon a preponderance of evidence, this allegation is SUBSTANTIATED. Gebert's activities and affiliation with white nationalist groups clearly brought embarrassment to the Department as evidenced by the media frenzy that accompanied his outing by the SPLC article (ATTACHMENTS H through HH). Furthermore, Gebert's assertion that he didn't mention his involvement with the white nationalist movement during his security clearance investigation because he saw it as a "First Amendment issue" (ATTACHMENTS C, D) is simply not credible. It is improbable that Gebert could fail to see that affiliations and associations which traffic in Nazi iconography could cause "harm and embarrassment" to a US government institution—not to mention the one responsible for diplomatic engagement with the rest of the world.

Gebert's own efforts to conceal his identity with multiple online names, his caution over admitting new members to the "DC Helicopter Pilots," (ATTACHMENT D, Pp. 127) as well as his remarks on The Fatherland Podcast indicating that he would lose his job if his alt-right activities were discovered all demonstrate that Gebert was well-aware of the "harm and embarrassment" associated with his white nationalist affiliation [AGENT NOTE: The Fatherland Podcast has been removed from its host site, however in an episode posted on August 17, 2017 Gebert, credited as "Coach" states "I'm prepared to lose [my job], because this [white nationalist activity] is the most important thing to me in my life.]

### Attachments:

A. Official Notice of Clearance Suspension
B. Memorandum of Interview: (b)(6); (b)(7)(C); (b)(7)(D)
C. Memorandum of Interview: Matthew Q Gebert
D. Official Transcription of Interview: Matthew Gebert
E. Warning and Assurance to Employee Required to Provide Information, form DS-7618
F. Photo Array Presented to (b)(6); (b)(7)(C); (b)(7)(D)
G. (b)(6); (b)(7)(C); (b)(7)(D)
H. Southern Poverty Law Center Article: "U.S. State Department Official Involved in White Nationalist Movement, Hatewatch Determines."
I. Unicorn Riot Article: "Exposed State Department Official Posted in Nazi Charlottesville Chats"
J. Southern Poverty Law Center Article: "White Nationalist State Department Official Surfaces in Photographs."

This report is the property of the U.S. Department of State, Diplomatic Security Service. Neither the report nor its contents may be disclosed to unauthorized persons without the expressed permission of the Diplomatic Security Service.
SBU (LAW ENFORCEMENT SENSITIVE)

Page 4

## SBU (LAW ENF⌐RCEMENT SENSITIVE)

DS# PR-2019-00236
CASE FINAL: 10/10/2019
04:00 AM GMT

K. Tweet by Representative Max Rose criticizing the State Department for employing Gebert.

L. CNN Article: "Brother called FBI to investigate State Department Official Over Hate."

M. The Washington Post article: "Wolfie James and the Insidious Role of Female White Nationalists."

N. Patch.com article: "State Dept. Official From VA Called White Nationalist"

O. Forward.com article: "State Department Suspends White Supremacist Staffer."

P. Loudon Now article: "Leesburg Resident Tagged as White Supremacist Resigns from HOA Board."

Q. Clearancejobs.com article: "Radical Ideologies and Security Clearances."

R. Democracynow.org: "State Department Employee Secretly Worked as White Nationalist."

S. CNN Article: "Civil Rights Group Accuses Him of Being Involved in White Nationalist Movement, Source Says."

T. The Washington Post article: "Their Northern Virginia Neighbor Apparently Saved His Swastika Cookies for Special Guests."

U. WUSA9.com article: "'Your Hate Has No Place Here,' Neighbors Send Strong Message to White Nationalist."

V. Inquistr.com article; "Former White Nationalist Picciolini Says There Are Member of the Movement in 'Powerful Positions.'"

W. ForeignPolicy.com: "White Supremacists Want a Dirty Bomb."

X. CBSNews.com: "State Department Employee Linked to White Nationalist Group."

Y. NBCNews.com article: "State Department Employee Outed by Civil Rights Group as White Nationalist Placed on Leave."

Z. Southern Poverty Law Center Article: "Brother Says He Reported White Nationalist State Department Official to FBI.".

AA. Politico article: "State Department Suspends Energy Staffer Linked to White Supremacist Group."

BB. Vice News article: "It Seems a White Nationalist Managed to Pass the State Department's Background Check."

CC. Daily Mail article: "State Department Official Accused of Running White Nationalist Group in DC…"

DD. Daily Beast article: "State Department Official Oversaw DC Chapter of White Nationalist Group: report."

EE. Vice News article: "State Department Official Moonlit as a White Nationalist Leader and Attended Charlottesville, Report Says."

FF. Salon.com article: "State Department Official Working as White Nationalist Organizer: report."

GG. ThinkProgress.com article: "White Supremacists Look to Remake the Map of America."

HH. New York Magazine article: "An Alarming Weekend of White-Nationalist Activity."

II. Federal Bureau of Investigation Behavioral Analysis Unit report. Subject: Matthew Q. Gebert (12/20/2019)



This report is the property of the U.S. Department of State, Diplomatic Security Service. Neither the report nor its contents
may be disclosed to unauthorized persons without the expressed permission of the Diplomatic Security Service.
SBU (LAW ENFORCEMENT SENSITIVE)

**POLITICO**



Former State Department officials expressed surprise that security screenings had not flagged an energy staffer's involvement with hate groups. | Drew Angerer/Getty Images

STATE DEPARTMENT

## State Department suspends energy staffer linked to white supremacist group

By BEN LEFEBVRE and NAHAL TOOSI | 08/08/2019 11:36 AM EDT

The State Department has put on leave an employee of its energy bureau after reports that he has been an active member of a white supremacist group for more than five years, two sources familiar with the situation said on Thursday.

Matthew Gebert, a foreign affairs officer for the department's Bureau of Energy Resources, was linked to the Washington D.C.-area chapter of a white supremacist organization and published racist propaganda online, according to a report published Wednesday by the Southern Poverty Law Center, which tracks hate speech.

In a May 2018 episode of a white nationalist podcast, Gebert, speaking under a pseudonym, called for white people to establish "a country of our own with nukes, and we will retake this thing lickety split," according to the SPLC report.

"We need a country founded for white people with a nuclear deterrent. And you watch how the world trembles," the report quoted him saying.

Attempts to contact Gebert were unsuccessful. Twitter accounts that SPLC described in its report as belonging to Gebert and that have posted anti-Semitic and pro-Nazi messages were deleted as of Wednesday afternoon.

A State Department spokesperson did not reply to questions about Gebert's employment status.

"The Department of State cannot comment on personnel issues but is committed to providing an inclusive workplace," a department spokesperson said.

Gebert started working at the bureau as a career employee in 2013, according to a posting in the George Washington alumni magazine the SPLC cited. He worked on energy issues involving Pakistan and India during his time there, former co-workers told POLITICO.

Former State Department officials expressed surprise that security screenings had not flagged Gebert's involvement with the hate groups. Gebert would have undergone a routine screening before starting his position and another at his five-year work anniversary, said Amos Hochstein, who served as special envoy and coordinator for the State Department's international energy affairs from 2014 to 2017 and was Gebert's boss.

"It is inconceivable he got security clearance twice," Hochstein told POLITICO. "If Gebert was Muslim or a person of color, it would have been caught. Neo-Nazis are not all shaved heads and tattoos, they are hiding in plain sight. I'm horrified Gebert worked for me at the State Department."

A State Department spokesman did not respond to questions about the department's security clearance practices.

About Us

Advertising

Breaking News Alerts

Careers

Credit Card Payments

Digital Edition

FAQ

Feedback

Headlines

Photos

POWERJobs

Press

Print Subscriptions

Write For Us

DECLASSIFIED

Site Map

Terms of Service

Privacy Policy

© 2019 POLITICO LLC

DECLASSIFIED

| | **Memorandum of Interview** | Case Number | Case Title |
|---|---|---|---|
| | | PR-2019-00236 | GEBERT, Matthew Quinn |
| | | Date | Time |
| | | 9/4/2019 | 1000 hrs |

Name: (b)(6); (b)(7)(C), (b)(7)(D)
DOB:
ID TYPE/#:

Location
Undisclosed

*This memorandum of interview (MOI) is not a verbatim transcript of the interview. Statements in parentheses are comments by the Case Agent (CA). Statements made by parties herein are not direct quotations unless contained in quotation marks.*

On 9/4/2019 at 1000hrs, Diplomatic Security (DS) Special Agent (SA) (b)(6); (b)(7)(C) assigned to the Office of Special Investigations (OSI), along with SA (b)(6); (b)(7)(C) assigned to the Office of Protective Intelligence and Investigations (PII), conducted a witness interview with (b)(6); (b)(7)(D) at an undisclosed location. (b)(6), (b)(6), was questioned in relation to the online identity of Matthew Gebert.

SA (b)(6); (b)(7)(C) and SA (b)(6); (b)(7)(C) presented their DS credentials and identified themselves as investigators with OSI and PII, respectively. SA (b)(6); had already communicated with (b)(6); (b)(7)(C), (b)(7)(D) via email and telephonically in the course of his intelligence-gathering activities regarding possible threats against Gebert's life.

(b)(6); (b)(7)(C); (b)(7)(D)

DECLASSIFIED

**Diplomatic Security Service**
This memorandum report is the property of the Diplomatic Security Service.
Neither it or its contents may be disclosed to unauthorized persons.

SBU-LAW ENFORCEMENT

(b)(6); (b)(7)(C); (b)(7)(D)

At the close of the interview, (b)(6); (b)(7)(C); successfully picked Gebert out of a photo array (ATTACHMENT J).
(b)(6); (b)(7)(C), (b)(7)(D) and a print out that lists
that phone number as belonging to Gebert (ATTACHMENT K).

At the conclusion of the interview, (b)(6); (b)(7)(C); asked SAs (b)(6); and (b)(6); not to disclose (b)(6) location out of
fears for (b)(6) safety.

The interview concluded at 1040 hrs under favorable conditions.

**Diplomatic Security Service**
This memorandum report is the property of the Diplomatic Security Service.
Neither it or its contents may be disclosed to unauthorized persons.

SBU-LAW ENFORCEMENT

DECLASSIFIED

DECLASSIFIED

**Diplomatic Security Service**
This memorandum report is the property of the Diplomatic Security Service.
Neither it or its contents may be disclosed to unauthorized persons.

SBU -LAW ENFORCEMENT

VICE VIGILANU 2-0 TMPACT REFINERY29

DECLASSIFIED

ADVERTISEMENT

## VICE NEWS

# It Seems a White Nationalist Managed to Pass the State Department's Background Check

An officer in the Bureau of Energy Resources allegedly went to Charlottesville and recruited for a white nationalist organization.

By **Tess Owen**

Aug 10 2019, 5:36pm   🅵  🆈  🔔



DECLASSIFIED

Matthew Q. Gebert allegedly attended the violent white supremacist rally in Charlottesville, recruited for a white nationalist organization in Washington D.C., and hosted prominent racists at his home in Virginia.

All the while, he held a position as a foreign affairs officer at the Bureau of Energy Resources in the Department of State — a job that entails significant background checks to obtain a "top secret" security clearance. He would have had access to sensitive government intelligence.

Gebert's identity and reported involvement in white nationalist activities — conducted under the pseudonym Coach Finstock — was brought to light this week through an investigation by Southern Poverty Law Center's Hatewatch.

## "He chose to risk this great career. Why would he throw it all away?"

The fact that Gebert, 38, was seemingly able to lead a double life for at least four years raises questions about the thoroughness of the State Department's background check program.

Gebert graduated in 2011 from George Washington University, and according to an alumni bio unearthed by Hatewatch, he worked at the U.S. Energy Association and the Telecommunications Training Institute after graduating. In 2013, he landed a presidential management fellowship at the State Department, a highly-selective and prestigious program that primes government appointees for office.

Read more: How an allegedly violent white supremacist spent decades in the U.S. military undetected.

The fellowship is two years long. After that, in 2015, he got a job in the State Department's Bureau of Energy Resources as a foreign officer. Around that time he became radicalized, according to Hatewatch.

One current State Department official, who was not authorized to speak on the record, said he knew Gebert during his early years at the agency and frequently interacted with him. The official was shocked to learn about his alternative identity, and described Gebert as someone intelligent, with critical thinking skills — someone who they would've imagined landing a high-ranking job somewhere like the National Security Council later down the line.

"He knows better. I should know better, and yet he chose to risk this great career," the official said. "Why would he throw it all away?"

In his current role, Gebert would have been making $105,000 at the very least, and was on a career path that would eventually allow him to travel around the world, meet important international figures, and stay at five star hotels on the U.S. government's dime.

And yet, during an appearance on white nationalist podcast "Fatherland" in August 2017, the same month as the violent Charlottesville rally, Gebert reportedly made it clear he was willing to put his white nationalism before almost anything else.

"There are bigger things than a career and a paycheck, and I don't want to lose mine," Gebert, speaking as Coach Finstock, according to Hatewatch. "I am prepared to lose mine, because this is the most important thing to me in my life ... in tandem with my family, of course."

When Gebert accepted the presidential management fellowship, he would have been subject to an extensive background check, which would clear him for top-tier security clearances later down the line. As part of that process, he would have had to fill out the 136-page SF-86 form, which quizzes applicants about everything from family members, to foreign associations, to psychological health. One section asks about membership in organizations related to terrorism, or organizations that promote violence.

According to Hatewatch, by 2019, Gebert was running Helicopter Pilots, an organizing chapter of white nationalist Mike Peinovich's organization "The Right Stuff." Peinovich, who also goes by "Mike Enoch," is known for his role organizing the violent Unite the Right rally in Charlottesville that left one dead and dozens injured, as well as his blog and podcast. Gebert and his wife regularly entertained Peinovich and other white nationalists at their home

Every employee's security clearance is subject to revalidation every five years — that means the process for Gebert's second round of checks and interviews would have started in 2018.

## "The reality is, if someone answered 'no' to those questions ... the odds of the government finding out is pretty slim."

Given that his alleged involvement in Helicopter Pilots and the white nationalist movement was largely contained to sharing racist, anti-Semitic memes across various social media accounts, recruitment, and hosting events at his home, its unlikely that his reported extremist activities would necessarily fall into the State Department's SF-86 form definition of an organization "dedicated to the use of violence or force to overthrow the United States government."

But even if Gebert had lied, so long as he was good at covering his tracks, there's probably not a lot the government could do. "The reality is, if someone answered 'no' to those questions, unless they've been arrested or gave one of their references as another white nationalist, the odds of the government finding out is pretty slim," said Mark Zaid, a national security law expert and founder of the James Madison Project, an advocacy group promoting government transparency.

*Read more: The FBI needed child porn charges to arrest a man with 'hunting guides' for Jews, Muslims, and refugees.*

State Department investigators would have also interviewed a couple people from Gebert's life, perhaps a family member, former employer, or friend, to make sure there weren't any red flags in his background that may make him a liability.

But whether or not they find anything is almost entirely down to the luck of the draw, the state department official told VICE News. It depends who they talk to, for how long, and about what.

What's more: the State Department is already drowning in a backlog of employee profiles that they haven't cleared yet.

Gebert apparently worked hard to keep his two identities separate. But he took risks. According to Hatewatch, he attended Unite the Right, wearing a hat and sunglasses as a disguise.

frankly I'm kind of ̩ ̩ud of."

The State Department suspended Gebert on Thursday, according to Politico. One thing they will likely look at is whether his activities violated the Hatch Act, which prohibits federal employees from engaging in outside political activity while on duty (which could include posting to his various social media alias accounts while on the job).

Penalties for violating the Hatch Act range from removal or suspension from federal service, to official reprimand, to a fine of up to $1,000.

The U.S. government is allowed to remove an employee's security clearance without the possibility of getting sued. However, national security expert Zaid says they could run into trouble if they try to terminate his employment entirely on the grounds of white nationalism. "It gets dicey," said Zaid. "There are first amendment issues involved."

*Cover: Washington, United States of America - February 06: United States Department of State, on February 06, 2019 in Washington, United States of America. (Photo by Felix Zahn/Photothek via Getty Images)*

TAGGED: VICE NEWS, RACISM, EXTREMISM, STATE DEPARTMENT, WHITE NATIONALIZER, CHARLOTTESVILLE

**Get the latest from VICE News in your inbox. Sign up right here.**

Your email

Subscribe

**More like this**

 

**Coast Guard Lieutenant — and Self-Avowed White Nationalist — Pleads Guilty to Gun and Drug Charges.**

TESS OWEN



**House Democrats Just Demanded These Neo-Nazi Groups Be Prosecuted as International Terrorists**

TESS OWEN



**How Telegram Became White Nationalists' Go-To Messaging Platform**

TESS OWEN



**Proud Boys Leader and Roger Stone Fanboy Is Running for Congress**

TESS OWEN



**Stephen Miller Shared a Lot of White Nationalist Material With Breitbart During the 2016 Election**

TESS OWEN



**White Nationalists on Telegram Are Hailing the Germany Synagogue Shooter as a Saint**

TESS OWEN



**Nearly All Mass Shooters Since 1966 Have Had 4 Things in Common**

DAVID MORLEGA, TESS OWEN

**We Spent a Wild Weekend with the Gun-Worshipping Moonie Church That's Trying to Go MAGA**

TESS OWEN

## Most read





**Hitting the A-Spot Feels so Good**

ZOE LIGON IN SEX

**The Nightmare Scenario: Trump Loses in 2020 and Refuses to Concede**

CAMERON JOSEPH IN NEWS





I Recreated Neopets Food, 20 Years Later

CHRISTINA SVENSON IN FOOD

'Disney+ and 'The Mandalorian' Are Driving People Back to Torrenting

LAUREN THWSDH IN TECH

## VICE NEWS

# Coast Guard Lieutenant — and Self-Avowed White Nationalist — Pleads Guilty to Gun and Drug Charges

The case was a glaring reminder of the limitations of federal law when it comes to potential domestic terrorists.

By Tess Owen

Oct 3 2019, 8:18pm



**Keep Reading**

VICE NEWS

# House Democrats Just Demanded These Neo-Nazi Groups Be Prosecuted as International Terrorists

The Christchurch shooting laid bare the growing global threat of white nationalist terror.

By Tess Owen

Oct 16 2019, 7:02pm

In response to the growing global threat of white nationalist terror, House

**DECLASSIFIED**

**Keep Reading**

**DECLASSIFIED**

SENSITIVE BUT UNCLASSIFIED

| | | Case Number | Case Title |
|---|---|---|---|
| | **Memorandum of Interview** | PR-2019-00236 | GEBERT, Matthew Q. |
| | | Date | Time |
| | | 9/27/2019 | 1000 hrs |

Name: Gebert, Matthew Quinn
DOB: 2/19/1981
ID TYPE/#: 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

Location
SA-15, 1800 N Kent St, Room 1050
Rosslyn, VA 22209

*This memorandum of interview (MOI) is not a verbatim transcript of the interview. Statements in parentheses are comments by the Case Agent (CA). Statements made by parties herein are not direct quotations unless contained in quotation marks.*

On 9/27/2019 at 100 hrs, Diplomatic Security (DS) Special Agent (SA) [b)(6)] and Supervisory Special Agent (SSA)[b)(6); (b)(7)(C)] assigned to the Office of Special Investigations (OSI), conducted a compelled interview with Matthew Gebert at OSI Headquarters, located at SA-15, 1800 North Kent Street, Arlington, VA in the OSI interview room on the 10th floor.

SA [b)(6)] and SSA [b)(6)] presented their DS credentials and identified themselves as investigators with OSI. SA [b)(6)] informed Gebert that the interview pertained to false statements and his affiliation with alt-right organizations and personalities. SA [b)(6)] read the *Warning and Assurance to Employee Required to Provide Information*, form DS-7618, to Gebert, who also read the DS-7618 and rendered a signature to acknowledge his understanding. Gebert had retained the services of attorney Ethan Parke, who was present for the interview. SA [b)(6)] also read the Weingarten rules covering representation at administrative interviews. Prior to the start of the interview, Gebert was advised that with his signed acknowledgement of the DS-7618, he was solemnly swearing or affirming that his statements during the interview were truthful. Gebert provided the following information:

Gebert told investigators that he worked as a Foreign Affairs Officer in the Energy Resources Bureau and has held that job since May 2013. He noted that he is currently suspended indefinitely [AGENT NOTE: Gebert's TS/SCI clearance was suspended on 8/16/2019; please see Attachment A]. When asked if he was aware of why he was being interviewed, Gebert said it was due to a series of "hit pieces" written about him published by the Southern Poverty Law Center, which he described as "impugning me, and dragging my employment into it."

When directly asked, Gebert admitted to posting online under the following internet identities:

- Coach Finstock
- @TotalWarCoach
- @Cue1933
- @WeWonFam
- @Q1776
- @Dissent Coach
- @NeverCuck
- @RisenCoach
- @RevengeCoach
- @TerminalAmerica

**Diplomatic Security Service**
This memorandum report is the property of the Diplomatic Security Service.
Neither it or its contents may be disclosed to unauthorized persons.

SBU -LAW ENFORCEMENT
379

- @UnbowedCoach
- Coach DC

Gebert also acknowledged using the phone number (202) 230-2133, which was tied to the Coach Finstock internet identity.

Gebert acknowledged posting on an online forum called The Right Stuff, or sometimes TRS, appearing on The Right Stuff podcast, and being friends with some members of that forum. He described The Right Stuff as "honest political commentary that does not fit into the traditional silos of left/right/center." When pressed for more details, Gebert gave the example of "a pointed critique of what they would call 'Jewish power,'" which he likened to a third rail of contemporary political commentary.

Gebert acknowledged contributing to a podcast called *The Fatherland*, which he described as a podcast about contemporary fatherhood and mostly apolitical. When directly asked if he stated on that podcast, "[Whites] need a country of our own with nukes, and we will retake this thing lickety split," he did not specifically recall stating it, but said it was entirely possible. He did not recall ever referencing his career and/or employment at the Department on the podcast.

He also contributed to podcasts *The Daily Shoah* and *The Cocktail Hour*, both of which were political podcasts. Gebert acknowledged guesting on an episode of *The Ricky Vaughn Podcast*, and did not deny, though also could not specifically recall, making the following statements:

- "I consider myself a white nationalist."
- "I am alt-right. I believe that whites have the right to racial self-determination."
- "We should be focusing our efforts on red pilling white police and white military personnel." [AGENT NOTE: "red pilling" refers to bringing an individual around to the alt-right point of view]

Gebert did not recall making the statement, "I'm post-nationalist...I don't see myself marching under American flags." He did not consider himself a member of the "alt-right," but said that he identified with that movement in general. He stated that he considers himself "conservative, right-wing," but that his political opinions were not "popular, empowered, or acceptable" in society. He told investigators that he considers himself "pro-white" and a "race realist," going on to explain that he believes that race is a biological reality and that there are differences between people who have descended from different races. He rejected the term "White Supremacist," because he does not believe that white people should be governing other races. He likewise rejected the term "white separatist," but instead considered himself an "advocate for white interests," and believes whites would be well-served by a country that is for whites, citing Israel as an example. "When you do speak up about [white interests], you're [considered] a white supremacist, evil, Nazi, xenophobe..."

Gebert also described himself an "immigration restrictionist," stating that he believed a moratorium on immigration would serve all races in the U.S. He pointed out that between 1924 and 1965—the period when there were heavy restrictions on immigration—the US prospered economically and became a global superpower. He also stated that he believed that white people were being marginalized by public policy, and cited declining numbers of white people. "Once you see this happening, one feels obligated to speak up against injustice."



**Diplomatic Security Service**
This memorandum report is the property of the Diplomatic Security Service.
Neither it or its contents may be disclosed to unauthorized persons.

Gebert acknowledged being a member of a group called the DC Helicopter Pilots. He described it as a group of like-minded friends who gathered together with their families to take part in various social activities. He stated that the group is "pro-family, pro-health, pro-white." He told investigators that the DC Helicopter Pilots gathered to march in the Unite the Right rally in Charlottesville, VA, and were caught up in the melee with counter protestors. Gebert claims that he sustained a blunt-force injury to the head and tore his ACL at that rally.

Gebert acknowledged being acquainted with the following alt-right figures:

- David Irving
- Marcus Halberstram
- Richard Spencer
- Richard "Ricky" Vaughn
- Mike Enoch

When asked about the common alt-right phrase "naming the Jew," Gebert explained that it referred to calling attention to the power and influence Jews have in society through the media, politics, and finance. When asked about the commonly-invoked phrase "14 words," Gebert explained they were "We must secure the existence of our people and a future for white children," which he described as a "valid and acceptable and noble statement."

Gebert denied ever trying to illegally or improperly interfere with visa admittance in reference to a Twitter exchange under the @CoachFinstock persona that indicated that he would offer himself as a reference for alt-right figures from Europe who were trying to secure a visa to the U.S. and might be denied due to their right-wing affiliations. He did not recall tweeting those messages, but allowed for the possibility that he did so. He characterized them as poor attempts at snark.

Gebert described the SPLC articles as mischaracterizing his activities in such a manner to make them seem more nefarious than they are, describing them as posting opinions online under a pseudonym, taking part in activities with like-minded people, and holding a dinner party for friends and their families—none of which, he pointed out, were illegal or inappropriate. He went on to explain that this situation came about because Katie McHugh, a former writer for Brietbart who regularly tweeted extreme right-wing views, had been "selling people out to fund herself." Gebert went on to say, "She's fired, she's laid off, she's bitter...she opened her Gmail box to Buzzfeed, SPLC."

When asked why he never brought up his belief and affiliations at his security interviews, Gebert stated that he was proud of his views and unashamed of them being publicized. He stated that he was never asked about his online activity or attendance at rallies. When asked why he answered "no" to the question on his SF-86 background investigation form which specifically asked if he had any "association with any person, group or business venture that could be used, even unfairly, to criticize, impugn or attack his character or qualifications for a government position," Gebert reiterated that he was not ashamed of his views or political opinions. He allowed that with the benefit of hindsight, had he known that his views would be exposed by the SPLC, he might have answered the question differently.



**Diplomatic Security Service**
This memorandum report is the property of the Diplomatic Security Service.
Neither it or its contents may be disclosed to unauthorized persons.

SBU -LAW ENFORCEMENT

The interview concluded at 1204 hrs under favorable conditions.

**Diplomatic Security Service**
This memorandum report is the property of the Diplomatic Security Service.
Neither it or its contents may be disclosed to unauthorized persons.

Feedback  Like 16 3M

Daily **Mail**
.com

Thursday, Nov 21st 20   AM 36°F    10AM 47°F    5-Day Forecast

Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists | DailyMailTV

Latest Headlines   Royal Family   News   World News   Arts   Headlines   Most read   Wires   Games                                    Login

# State Department official accused of running a white nationalist group in D.C. 'spread Nazi propaganda online, attended the Charlottesville rally and once told a podcast "whites need a country of our own with nukes"'

- U.S. State Department official Matthew Q. Gebert has reportedly been overseeing a local chapter of a white nationalist group in Washington D.C.
- Gebert is foreign affairs officer in the Bureau of Energy Resources and has been working with the State Department since 2013
- He has allegedly been using the pseudonym 'Coach Finstock' to share his white nationalist and racist views online
- Report says Gebert has used at least 10 different Twitter handles spanning from 2015 to spring 2019 to spread white supremacist propaganda online

By DAILYMAIL.COM REPORTER
PUBLISHED: 15:17 EST, 7 August 2019 | UPDATED: 15:46 EST, 7 August 2019

**709**
shares

**46**
View comments

A U.S. State Department official has been accused of overseeing a chapter of a white nationalist group in Washington D.C., hosting white nationalists at his home, publishing propaganda online under fake names.

Matthew Q. Gebert, a foreign affairs officer in the Bureau of Energy Resour, allegedly been using the pseudonym 'Coach Finstock' to share his racist vie online, the Southern Poverty Law Center's Hatewatch reports.

Gebert joined the State Department in 2013 and he is believed to have bec.

Site ○ Web  Enter your search

Like
Daily Mail

Follow
Daily Mail

**TODAY'S TOP VIDEOS**

Since then, he has used at least 10 different .tter handles spanning from 2015 to spring 2019 to spread white supremacist propaganda online and push for a whites-only country.

In a length investigation, the SPLC uncovered many of his social media posts, which included racist memes about Jews and interactions with other white nationalists.



▶ The royal rift continues: 'No one' in the royal family 'is checking in, texting or speaking' to Prince Harry and Meghan Markle, source claims

▶ Rihanna struggles to contain her modesty in the tiniest bikini during late-night swim as she risks getting another Instagram ban

▶ Jeff Bridges sells Montecito ranch home to Oprah Winfrey for $6.85 million following renovations and severe mudslide damage



▶ Irina Shayk cuts a casual figure in cuffed denim as she is spotted leaving NYC hotel with a mystery man Bradley Cooper's ex

+4



Matthew Q. Gebert has allegedly been using the pseudonym 'Coach Finstock' to share his white nationalist and racist views online. Pictured is one of his 2018 tweets featuring a Swastika

It is not clear if Gebert, under his alias Coach Finstock, was posting on social media during his workdays at the State Department.

He would not comment about his alleged white nationalist pseudonym.

Sources also told the publication that Gebert's wife Anna Vuckovic also expressed white nationalist views online under the alias Wolfie James.

Gebert has shared his views on multiple podcasts, declaring under his alias: 'I consider myself a white nationalist'.

'(Whites) need a country of our own with nukes, and we will retake this thing lickety split,' Gebert said in one 2018 podcast.

'That's all that we need. We need a country founded for white people with a nuclear deterrent. And you watch how the world trembles.'

He said in one podcast that he attended the deadly Unite the Right rally in 2017 in Charlottesville, Virginia.

▶ Why wait for for Black Friday? From half-price digital scales to discounted headphones, the best tech deals on Amazon right now
PROMOTED

▶ Prince Andrew met with Ghislaine Maxwell AFTER Jeffrey Epstein probe was reopened: Duke saw pedophile's 'madam' in London

▶ The Duke of Hazard: Embarrassing stunts, shocking misjudgments, and very shady friends... photos that show Prince Andrew has never been far from a crisis

▶ Revealed: Meghan Markle wears two gold Zodiac necklaces with Prince Harry and baby Archie's star signs - costing from a Canadian jewelry brand

▶ Brenda Song couldn't get Crazy Rich Asians audition as she was told her 'image was basically not Asian enough' ... as director claims that was



**TODAY'S TOP VIDE⊙S**

DECLASSIFIED

## DON'T MISS

▶ Aaron Paul helps his
one-year-old daughter
Story pull a red Radio
Flyer wagon as they do
some shopping

▶ Nicole Scherzinger
sizzles in a stunning
lace black gown in sexy
Instagram posts amid
rumours she's secretly
dating X Factor UK star

▶ Moving on! Bristol
Palin's devout Christian
boyfriend divorced his
wife of less than a year
just three months
before mom-of-three
made new relationship
official

▶ ASAP Rocky says his
month in a Swedish jail
inspired him to return
and help inmates he
met there but rapper
refuses to comment on
Trump's efforts to get
him out

▶ Tyga's latest Kylie
Jenner look-alike who
he took out in his red
[hyin] over the
weekend is budding
model Ana Beatriz
Boaretto

▶ Eva Longoria
commands attention in
a deeply plunging black
floral dress as she
attends the 5th Global
Gift Foundation USA in
Mexico

▶ Are Kylie's sisters
seething about $500m
deal? Kim and co
promote own projects
on social media but
ignore billionaire's
HUGE payday

▶ Fast & Furious 9
rumored to bring back

DECLASSIFIED


TODAY'S
TOP VIDEOS

DECLASSIFIED

▶ Ti... Swift will 'play dirty with elegance and grace' at AMAs amid her ongoing row with Scooter Braun and Scott Borchetta

▶ 'Taylor shimmying her cat boobs is truly the strongest thing': Swift tries to shake off haters in first full length Cats trailer... but fans remain baffled by 'creepy' CGI

▶ David Beckham, 44, gushes he's 'pretty cool' because son Brooklyn, 20, is regularly caught stealing his clothes

▶ Kate Beckinsale flaunts her toned abs in a crop top and gold suit at the opening of MIRROR workout store

▶ Brie Larson tells Ellen she wants a free Disney Plus subscription after starring in Captain Marvel and Avengers: Endgame

▶ Bikini-clad Shanina Shaik looks pensive as she poses in a resort pool... after celebrating model pal Devon Windsor's wedding in the Caribbean

EXCLUSIVE  Blame it on Fergie! Prince Andrew's ex-wife Sarah Ferguson was the 'driving force' behind his 'car crash' TV interview

▶ Revealed: Socialite seen cavorting with Prince Andrew in pics at St Tropez nightclub turned her back on party lifestyle after encounter with Duke

▶ Justin Bieber performs wheelies as he rides bicycle in Beverly Hills after two trips in one day to skincare clinic

▶ Reese Witherspoon and Jennifer Aniston fangirl over Diane Sawyer as the legendary journalist visits The Morning Show...

DECLASSIFIED


TODAY'S TOP VIDEOS

 me's 18-year-old daughter stepped out

DECLASSIFIED

▶ Chadwick
Boseman hits the red
carpet for a rare
appearance with
girlfriend Taylor Simone
Ledward at 21 Bridges
premiere

▶ Pom Klementieff joins
Tom Cruise in both
Mission: Impossible 7
and 8 in a new 'femme
fatale' role

▶ Matthew
McConaughey speaks
fondly about his year
living in Australia after
high school and reveals
it taught him how to
'check in' with himself

▶ Prince Charles says
New Zealand 'offers an
example to the rest of
the world' in its strength
after Christchurch
massacre on his visit
with Camilla

▶ Elizabeth Banks
slammed after claiming
men are less likely to
watch Charlie's Angels
because males 'don't go
see women do action
movies'

▶ Robert Pattinson
appears all business as
he bundles up in a tan
overcoat and scarf as
he heads to NYC
photoshoot

▶ Kim Kardashian pairs
cream bodysuit with
matching high waisted
jeans while stepping out
with Kris Jenner in LA

▶ Camila Morrone is the
epitome of fall in brown
sweater dress with
matching boots while
stepping out in West
Hollywood

▶ Harry Styles' fans call
his interview with Kyle
and Jackie O 'the
WORST ever'... after the
radio hosts awkwardly

DECTMOBILE


TODAY'S
TOP VIDEOS

▶ N... rk City

DECLASSIFIED

▶ Chadwick Boseman steps out for a rare outing with his girlfriend Taylor Simone Ledward... after appearing on The Tonight Show

▶ Star Trek 4 lands Fargo creator Noah Hawley to write and direct... with Chris Pine, Zachary Quinto, Karl Urban, Zoe Saldana and Simon Pegg returning

▶ Kanye West's Sunday Service at televangelist Joel Osteen's Houston megachurch draw record 4.17 million viewers

▶ Jenna Dewan glows under grey skies as she covers up her baby bump in a black floral dress for TV interview

▶ Camila Cabello rocks crop top and leggings as she grabs lunch to go with her mom on outing in LA

▶ Sienna Miller looks elegant in ditsy floral print dress at 21 Bridges screening in New York

EXCLUSIVE Caitlyn Jenner's doting mother, 93, opens up about the former Olympic athlete's transition and : her 'slow-moving' relationship with Kardashians

▶ Emma Roberts puts on a chic fall display in beige sweater and wide leg trousers She seemed to be enjoying some downtime

▶ RHOP's Monique Samuels files assault charges against co-star

DECLASSIFIED


TODAY'S TOP VIDEOS

▶ l... ...its father
Ste... ...footsteps by
swimming with a giant
snake and fearlessly
tackling an enormous
saltie

▶ Cindy Crawford looks
worry-free while out in
LA after daughter Kaia
Gerber, 18, is caught
kissing Pete Davidson,
26

▶ Cobie Smulders tells
Jimmy Fallon that Tom
Cruise sends her an
'unbelievable' white
chocolate coconut cake
every Christmas...

▶ Kristen Bell and Idina
Menzel both receive
stars on the Hollywood
Walk of Fame... as their
film Frozen 2 is set for a
blockbusting opening
weekend

▶ Emilia Clarke claims
Game Of Thrones
bosses 'guilt-tripped'
her into performing
multiple nude scenes so
she didn't 'disappoint
fans'

▶ Someone's in the
Christmas spirit! Sarah
Jessica Parker, 54,
shimmies and shakes in
front of a mirror in a
lacy red bra and silk
PJs as she stars in a
festive lingerie
campaign

▶ Kevin Hart reveals he
is 'taking it slow'
regaining his strength at
the gym... two months
after car crash
Whipping himself back
into shape

EXCLUSIVE  Paris
Hilton reveals her
secrets for staying
young-looking ('I'm
never in the sun') while
denying having plastic
surgery

▶ The Mandalorian
director Jon Favreau
shares photo of a young
Yoda type creature in a
suit to tease the next
installment of the Star
e Wars series



DECLASSIFIED

▶ Kourtney Kardashian's CandyGate doesn't end! Star lists healthy food like dried gogi berries... after she's slammed for not wanting M&M's at daughter's birthday

▶ Tom Hanks is stunned to find he is related to Mr. Rogers after starring as the legendary children's TV host in new film A Beautiful Day in the Neighborhood

▶ Keanu Reeves looks ruggedly handsome while getting lunch with a friend at Malibu Country Market

▶ Sarah Jessica Parker enjoys a breakfast date with her twins Marion and Tabitha, 10, before they head off to school in New York City

▶ Caitlyn Jenner discusses her gender transition... and reveals Kanye West was 'very good' to her as she appears on British reality show

▶ Scooter Braun tweets 'kindness is the only response' after Taylor Swift was cleared to perform old songs at AMAs despite pop star's claims he BANNED her

▶ Comedian with cerebral palsy who landed her dream role on General Hospital urges Hollywood to hire more actors with disabilities

▶ Rupert Grint CONFIRMS his Harry Potter co-stars Emma Watson and Tom Felton had a secret 'playground romance' during filming

▶ Demi Rose leaves little to the imagination as she goes braless in a black sheer mini dress and joins leggy Lottie Moss at fake tan event

DECLASSIFIED



TODAY'S TOP VIDEOS

▶ A... on the balcony
for ...aco's National
Day

DECLASSIFIED

▶ Kendall Jenner adds
$16K Hermès bag to
tracksuit look as she
steps out in NYC... after
her baby sister Kylie
makes $600M off
makeup deal

▶ The Crown fans swoon
over new star Colin
Morgan, anointing him
the 'Hot Journalist'
while flooding Twitter
with posts about the
actor's dashing looks

▶ Lizzo looks set to lead
2020 female Grammys
nominees with eight
nods following online
'leak'
Expected to be officially
released on Wednesday

▶ Julia Roberts, 52, is
the definition of
effortless glam as she
flashes her megawatt
smile after a workout
class in Malibu
Looking fresh faced and
stunning

▶ Netflix taps David
Fincher to helm a
prequel series pilot to
1974's Jack Nicholson
and Faye Dunaway noir
drama Chinatown

▶ Irina Shayk takes
daughter Lea out in
NYC... as she has yet to
date five months after
splitting from baby
daddy Bradley Cooper

▶ Jennifer Lawrence
sports a sensible pair of
shoes as she enjoys
stroll through NYC arm-
in-arm with new-
husband Cooke
Maroney

EXCLUSIVE Chantel
Jeffries confesses she
maintains her bikini
body because she is
careful with what she
eats

▶ Country singer Jordan
Davis and wife Kristen
welcome their first
child, daughter Elsie

DECLASSIFIED


TODAY'S
TOP VIDEOS

DECLASSIFIED

▶ ...k Jr reveals
'completely
inappropriate' moment
Frank Sinatra kissed his
cheek on the lips

▶ Rosie O'Donnell
reveals she is taking her
relationship with fiancee
Elizabeth Rooney 'slow'
after 'break-up': 'We are
still figuring things out'

▶ Cook County AG Kim
Foxx admits she
mishandled the Jussie
Smollett case - but is
trolled online for
dropping charges
against Empire actor

▶ Cardi B is every bit the
loving mother as she
cradles Kulture while
candidly answering 73
questions for Vogue...
and says Offset's sex is
his best habit

▶ Kris Jenner the minted
momager celebrates her
billion dollar baby Kylie
Jenner's $600m
cosmetics deal: 'It's a
crystallization of all our
work'

▶ Kim Kardashian
proves her marriage
with Kanye West is
stronger than ever after
five years as she shares
throwback photos with
the note 'I love him so
much'

▶ Stella Maxwell flashes
her tummy with models
Jordan Barrett and
Andreja Pejic... after ex
Kristen Stewart's
Charlie's Angels film
flops

▶ Sarah Palin reunites
with estranged husband
Todd amid divorce
proceedings as they
celebrate the birth of
daughter Willow's twin
girls, Banks and Blaise

▶ Jessa Duggar worries
she is 'doing something
wrong as a mom' as she
struggles to help her
two-year-old son with
his speech delays

▶ Kaia Gerber caught
kissing Pete Davidson

DECLASSIFIED


TODAY'S TOP VIDEOS

▶ S...tcholl already looks slender in a black outfit as she leaves a baby store... one month after welcoming daughter Atlas

▶ Dancing With The Stars: Ally Brooke begs to give a spot in finale to James Van Der Beek after his heartbreaking miscarriage announcement

▶ Ariana Grande looks glam in $5,200 Louis Vuitton coat after being forced to cancel shows due to severe sinus infection ... and will return to stage in Atlanta

▶ Duchess of York says 'buck stops with' her ex-husband Prince Andrew's private secretary Amanda Thirsk over his 'car crash' interview

▶ Bella Hadid cuts a stylish figure while on a stroll in NYC with sister Gigi as Selena Gomez defends her as a 'wonderful person' after deleted Instagram post

▶ ET star Henry Thomas cuts plea deal and avoids jail time following DUI in which he was 'passed out behind the wheel of his vehicle in Oregon

▶ Kim Kardashian and Kanye West meet with Rodney Reed's brother Rodrick backstage during Sunday Service She is studying to be a lawyer

▶ Royalty hippy! Princess Margaret's grandson Sam Chatto's yoga teacher girlfriend posts snaps of her unshaven armpits, vegan meals and meditation online

▶ Shawn Mendes looks happy to be back in his native Canada... after getting his-and-her tattoos with girlfriend Camila Cabello

▶ Katharine McPhee rocks green leather skirt after husband David Foster talks 'passing on' Celine Dion's My Heart Will Go On



**TODAY'S TOP VIDEOS**

► m...show... after
bu... into tears and
considering QUITTING

► Style Queen! Meghan
Markle is named as
2019's most powerful
dresser, overtaking
Kylie Jenner and Cardi
B - and is the ONLY
royal in the top 10

► Jennifer Lopez, 50, is
named the new face of
Coach... after stars half
her age such as Selena
Gomez and Chloe
Moretz held the title

► Hannah Godwin of
Bachelor in Paradise
will 'surprise' fiance
Dylan Barbour with her
wedding dress but
drops a hint about the
style

► 'I didn't know how to
train or diet': Henry
Cavill reveals his weight
loss was spurred on by
James Bond director
who branded him 'a
little chubby' in an
audition

► Kristen Bell reveals
how she discussed
Santa Claus to her
doubtful three-year-old
daughter as she gets
into the holiday spirit
for Woman's Day

► Behind-the-scenes of
Moscow's most
glamorous night:
Society beauties snap
every moment from the
make-up chair to the
'after after party'

► From Prince William's
'gentle' hand to Kate's
'look of love', a body
language expert reveals
how royals 'subtly flirty'
behavior is like a couple
on their first date

► 'It is not a truthful
interview': #MeToo
campaigner Rose
McGowan blasts Prince
Andrew's 'outrageous
privilege' and 'lack of
empathy'

► Katie Holmes lists her
dreamy European-
inspired hillside



**TODAY'S TOP VIDEOS**

DECLASSIFIED

▶ 　 Alapuro
reve.... plan to start
clothing line named
castor drug lord in first
episode of VH1 reality
show Cartel Crew

▶ Prince Andrew 'is
named' in 'explosive'
pages of new evidence
detailing further
allegations against his
billionaire pedophile pal
Jeffrey Epstein

▶ Beyonce bares her
midriff in rust two-piece
for yacht day with Jay-Z
and mom Tina Knowles
in Florida
With mom Tina Knowles
and step-dad Richard

▶ Kate's little acrobats!
Prince George and
Princess Charlotte love
doing cartwheels and
handstands at palace,
Duchess tells young
theater performer

▶ Sofia Richie sets
pulses racing as she
steps out in racy mini
dress following a trip to
the salon

▶ Celine Dion originally
didn't want to record
Titanic smash hit My
Heart Will Go On but
husband convinced her
otherwise: 'It didn't
appeal to me'

▶ 'I can't speak much!'
The Who's Roger
Daltrey reveals he is
just days away from
undergoing voice op as
he unveils slab at
Camden's Music Walk of
Fame

▶ Demi Rose sends
pulses racing as she
goes braless under a
precariously placed
dressing gown before
slipping into a very sexy
red dress in Cannes

▶ Kaia Gerber, 18,
flashes a glimpse of her
abs in a chic crop top
as she enjoys another
date night with new
beau Pete Davidson, 26,
in New York

DECTWOZILE



395

► Prince Charles and the Duchess of Cornwall rub shoulders with opera singer Dame Kiri Te Kanawa at a reception at Auckland's Government House

► Daisy Ridley struggled to deal with the emotional toll of her character Rey's arc in Star Wars: The Rise Of Skywalker because it was so 'heavy'

► Jennifer Aniston thanks her Instagram fans as she celebrates reaching the 20 MILLION follower milestone just weeks after joining the site

► Elton John looks typically dapper in a baggy grey suit as he returns to the Royal Academy of Music to promote his sensational new memoir

► Kim Kardashian sets pulses racing in a lustrous blood-red dress as she presents at the American Influencer Awards

► Harry Styles' fans defend the singer after he refers to former One Direction bandmate Zayn Malik as 'Ringo' while hosting Saturday Night Live

► Sofia Richie strips down for some acupuncture as she continues her self-care day after getting her hair done in West Hollywood

► Roman Polanski's latest film tops French box office despite calls for boycott after actress accused him of raping her 'extremely violently' when she was 18

► Prince Andrew made 'unbelievable' racist comments about Arabs including camel jokes at state dinner for Saudi Royal family, claims ex-Home Secretary

► Now FIVE big names cut ties with Prince Andrew: Advertising Week Europe joins Standard Chartered in pulling backing for


TODAY'S TOP VIDEOS

DECLASSIFIED

▶ Farrah Abraham dazzles in metallic gunmetal with daughter Sophia at American Influencer Awards in LA The 28-year-old put on a busy display

▶ Caitlyn Jenner reveals she first wanted to transition THIRTY years ago... as she fields questions from about the Kardashians on UK reality show

▶ Trisha Yearwood joins husband Garth Brooks at celebration of his upcoming A&E Network documentary in NYC Pair stepped out in Big Apple

▶ Dakota Fanning goes make-up free as she keeps it simple in an understated blue dress for a pampering session in Los Angeles

| Today's headlines | Most Read |
| --- | --- |

 Grim-faced Prince Andrew arrives at Buckingham Palace to face the Queen - hours after she sacked him and...

 White House's former top Russian aide savages Donald Trump's defenders in impeachment testimony saying their...

 Elizabeth Warren says she is 'tired of freeloading billionaires' as she defends her wealth tax proposal...

 Ukrainians started asking about their military aid the same DAY that Donald Trump made notorious 'do us a...

 Canadian vaper, 17, suffers a new type of e-cigarette illness dubbed 'popcorn lung' and is put on life...

 The royal rift continues: 'No one' in the royal family 'is checking in, texting or speaking' to Prince Harry...

 Prince Andrew met with Ghislaine Maxwell AFTER Jeffrey Epstein probe was reopened: Duke saw paedophile's...

 'Nobody is above the law': US lawyer for paedophile Jeffrey Epstein's alleged victims wants to subpoena...

 Jeffrey Epstein's ex-lover Ghislaine Maxwell is granted more time by a federal court as she tries to stop...

 Virginia Roberts says predators will be exposed as 'evil monsters' and thanks her supporters in first public...

Sponsors pile pressure on Prince Andrew to quit Pitch@Palace entrepreneur

DECLASSIFIED

**TODAY'S TOP VIDE◉S**

DECLASSIFIED

 Mark Zuckerberg held secret dinner meeting with President Trump at the White House last month alongside...

 Lindsey Graham says DOJ report on FBI's alleged spying on the Trump campaign as part of its Russia probe...

 'Climate emergency' is declared Oxford Dictionary 'word of the year' after its usage soared by over 10,000...

 Kamala Harris and Pete Buttigieg brand Tulsi Gabbard a Democratic traitor who met Syria's Assad as 2020...

 Michael Bloomberg plans to pour $20M of his $54.3billion fortune to register a half million voters in key...

 Pot-ty mouth Cory Booker tells Joe Biden 'I thought you were RIGHT' for not backing legal weed

 Kamala Harris is accused of adopting a southern drawl for just one debate question: Senator 'used different...

 Joe Biden insists people have to 'keep punching' at domestic violence and says the 'ONLY' black woman...

 'Is Joe Biden SENILE?' Don Jr. retweets slur against Democratic 2020 candidate minutes into debate held on...

 'It's over!' Bill Clinton impeachment special prosecutor Ken Starr says articles of impeachment 'are being...

 EU ambassador throws Donald Trump, Pompeo and Mulvaney under the bus: Gordon Sondland says there WAS a quid...

 White House's former top Russia adviser to testify on final day of scheduled impeachment hearings after...

 'Easy come, easy go!' How laughing Gordon Sondland quipped his way through hours of impeachment testimony -...

 Rudy Giuliani demands an apology from the REPUBLICAN impeachment lawyer for saying he had business interests...

▸ MORE HEADLINES

## FROM THE MAKERS OF CANDY CRUSH

Farm Heroes Saga, the #4 Game on iTunes. Play it now!



DECLASSIFIED

Sitemap | Archive | Video Archive | Topics Index | Mobile Apps | Screensaver | RSS | Te
Daily Mail | Mail on Sunday | This is N
Metro | Jobsite | Mail Travel | Zoopla.co.uk | P

Published by Associated Newspaper

**TODAY'S TOP VIDE⊙S**



DECLASSIFIED

+4

He has used at least 10 different Twitter handles spanning from 2015 to spring 2019. Many of his social media posts included racist memes about Jews and interactions with other white nationalists

▶ From Anthropolgie's 7 days of self-care to The Body Shop's deluxe countdown, the best beauty advent calendars available right now
PROMOTED

▶ Elsa Hosk flaunts her incredible model figure in a tiny snakeskin print thong bikini as she soaks up the sun in Jamaica

▶ She's a real bright spark! Queen Maxima of the Netherlands puts on a VERY colorful display as she visits a science museum in Amsterdam

▶ Demi Rose sets pulses racing in a sheer black minidress as she continues her racy Instagram display
Sassy on Instagram

▶ The Weeknd splurges a whopping $25MILLION on an epic Beverly Hills bachelor pad penthouse complete with funky

Gebert is foreign affairs officer in the Bureau of Energy Resources and has been wo the State Department since 2013

Gebert said, under his alias, that he wore a hat and sunglasses to avoid bei recognized.

TODAY'S TOP VIDEOS

One one podcast, Gebert acknowledged h    .is beliefs could impact his career.

'There are bigger things than a career and a paycheck and I don't want to lose mine,' he said in 2017.

SPLC sources said Gebert and his wife had hosted white nationalists in the past at their home in Leesburg near Washington D.C to recruit members to the chapter.

The pair also reportedly attended a dinner with Holocaust denier David Irving at a Washington D.C. hotel in 2017 where Gebert is said to have introduced himself as a State Department official.

Gebert also used his real name last year when he made a $200 donation to white supremacist and ex-Republican candidate for Congress Paul Nehlen.

The State Department has yet to reply to Dailymail.com's request for comment. However, they told the Southern Poverty Law Center the department is 'committed to providing a workplace that is free from discriminatory harassment and investigates alleged violations of laws, regulations, or Department policies, taking disciplinary action when appropriate.'

+4

He said in one podcast that he attended the deadly Unite the Right rally in 2017 in Charlottesville, Virginia (above) but wore sunglasses and a hat to avoid recognition

ADVERTISEMENT

Share or comment on this article: State Department official accused of running white nationalist chapter

**709**
shares

**Comments 46**
Share what you think

Newest | Oldest | Best rated | Worst

Add your comment

The comments below have been moderated in advance.



norkeling in the Mal.....e in sizzling throwback snaps

Melanie Griffith, 62, puts on a glamorous display in an all black suit for Victoria Beckham's skincare line She looked half her age on Wednesday night

Does The Crown show regal reality or made-up monarchy? From Prince Philip's midlife crisis to Princess Margaret's toyboy, we separate fact from fiction

Watch What Happens Live: Teresa Giudice reveals her father reminded deported husband Joe to obtain US citizenship 'a lot of times'

ADVERTISEMENT

Melania Trump dons a $550 leather shirt and $50 spring-print flats to assemble comfort kits

**TODAY'S TOP VIDEOS**

id son: 'I made a really hard decision to listen to my gut'.

View all

The views expressed in the contents above are those of our users and do not necessarily reflect the views of MailOnline.

We are no longer accepting comments on this article.

## MORE TOP STORIES

▶ Damon Dash arrested after getting $400K behind in child support to ex-wife Rachel Roy and ex Cindy Morales ... as music mogul claims he's penniless

▶ Coldplay say they will not tour to promote their new album because it would be harmful to the environment
The British hitmakers are currently in Jordan

▶ The Echo Flex is here: Amazon's $25 plug-in smart speaker is the perfect Alexa-enabled device for small spaces
PROMOTED

▶ Lady Amelia Windsor rugs up in a VERY cozy puffer jacket - but keeps her ankles bare - as she dines out in London with the brand behind her jewelry range

▶ The biggest royal crisis for 83 years: Prince Andrew's 'firing' is the first time a major royal has deserted public duty since Edward VIII abdicated in 1936

▶ Homeland Security agents raid Josh Duggar's rural Arkansas car dealership and the company's website is scrubbed of all its listings

▶ Princess Beatrice pays tribute to the Queen for encouraging her curious nature of asking 'why not?' - amid Prince Andrew's sacking from royal duties

ADVERTISEMENT



TODAY'S TOP VIDE⊙S

DECLASSIFIED

▶ 'I don't even know what that is': Caitlyn Jenner's son Brody says he won't be watching her on I'm A Celeb after admitting the pair 'don't have a great relationship'

▶ Queen asks for a reminder of the date while signing a visitors book on her 72nd wedding anniversary to Prince Philip before exclaiming: 'Of course I know that'

▶ Elisabeth Moss is all smiles in a glittering mini dress at a special Her Smell screening in New York City
She was all smiles in a shimmering mini dress

▶ Eiza Gonzalez is vintage chic in a graphic tee and denim jacket as she steps out for lunch
Rocked a double denim look

▶ Ronnie Wood, 72, trips and loses his footing as he battles through crowds of fans with wife Sally Humphreys, 41, as they arrive at his gig

▶ Buckingham Palace confirms Prince Andrew WILL continue to work on his Pitch@Palace project because it is a private initiative

▶ Bella Hadid shows off her radiant complexion as she goes make-up free following fashion shoot in Barcelona

▶ Kristen Stewart cuts a trendy figure in blazer and boyfriend jeans as she joins fiancé Scott

DECLASSIFIED



TODAY'S TOP VIDEOS

DECLASSIFIED

▶ ... mont... while wife Nelley enjoys trip in Germany

▶ 'When I'm at home... he's away': Victoria Beckham says she and husband David take it in turns to look after kids as she praises him for being a 'really good dad'

▶ Brooke Shields is the picture of elegance in sleeveless black dress for 2019 Child Mind Institute Advocacy Dinner in NYC

▶ Mel Gibson, 63, cuts a low-key figure in baseball cap and shorts as he displays his dirty feet on barefoot supermarket outing in LA

▶ Kate Moss appears VERY animated during glam shopping trip as she hits the boutiques in Notting Hill, London

▶ Hollywood actor Hugh Jackman shares his blooper reel as he tries to record an ad for Laughing Man Coffee

▶ Dakota Johnson cuts a casual figure in plaid trousers and T-shirt while stepping out in Santa Monica Made a stop by Cabin Editing Company

▶ Natalie Dormer dresses down in khaki shirt and rolled-up skinny jeans on lunch date with David Oakes in LA

▶ Prince Andrew's friend Ghislaine Maxwell 'cruised Central Park looking for girls to bring back to Jeffrey Epstein's mansion', victim Maria Farmer claims

▶ English National Ballet wants Prince Andrew to quit as Patron as ...

DECLASSIFIED

TODAY'S TOP VIDEOS

DECLASSIFIED

▸ ... ps out in
Lon..... after
defending Charlie's
Angels' box office flop

▸ Kacey Musgraves
rocks a silver pantsuit
while promoting her
new Christmas special
on The Tonight Show

▸ Janet Jackson, 53,
puts on a VERY raunchy
display as she storms
the stage in Hawaii...
after fans slammed her
for 'blatant lip syncing'
in Australia

▸ Chloe Moretz opts for
comfort in hooded
jumper and clingy
running tights as the
make-up free star heads
to a workout class

▸ Mistresses hunk Ricky
Whittle drops a cool
£1.9million on a lavish
LA property which
boasts a wine cellar and
detached glasshouse

▸ Smiling Princess
Beatrice celebrates
fiancé's birthday in
London amid father
Prince Andrew's
growing scandal

ADVERTISEMENT

DECLASSIFIED


**TODAY'S TOP VIDEOS**

DECLASSIFIED

▶ ... Stevigne claims she 'had no sense of who she was' while growing up as she speaks candidly about her 'rotten' mental health with Bear Grylls

▶ Demi Lovato shows off her 'baby bump' on the set of Will and Grace as she introduces her character Jenny

▶ The Duchess Effect: Social media images of Meghan Markle and Kate Middleton are worth $2.3m a year to designers who dress them

▶ Britney Spears flaunts her midriff in floral crop-top and jeans as she drops 'snake' dance moves before dinner with beau Sam Asghari

▶ Harry Styles swings through the streets of LA on a zip wire as he joins Lycra-clad James Corden and a troupe of dancing watermelons to film The Late Late Show

▶ 'I'm so proud of her': Kim Kardashian FINALLY congratulates half-sister Kylie Jenner on selling stake in cosmetics brand for $600M

▶ Ben Affleck hangs out in the rain on the set of film Deep Water in New Orleans

▶ Victoria's Secret model Shanina Shaik smoulders in another bikini-clad photo... as she returns from Devon Windsor's nuptials in the Caribbean

▶ Rumer Willis cuts an androgynous chic look in mustard as she attends Violet Grey x Victoria Beckham dinner in LA

▶ Real Housewives Of New Jersey: Teresa Giudice flirts with hunky contractor 'early with

DECLASSIFIED



Page 435

▶ a Beckham looks typically glamorous in a cream blouse and tweed jacket as she shops for diamonds with BFF Ken Paves in LA

▶ Robert Pattinson opens up about Harry Potter filming and the huge impact its had on his career

▶ Kendall Jenner looks utterly timeless as she slips into bright white cropped jacket and black turtle neck for Rangers hockey game in NYC

▶ 'Super proud of this one': Scooter Braun gushes over Ariana Grande as he Facetimes her after she earned five Grammy nominations

▶ Clint Eastwood and Jon Hamm are a dashing duo in suits at premiere of their movie Richard Jewell Based-on-a-true-story drama

▶ The Masked Singer: Patti LaBelle removes Flower mask to reveal identity, but Nick Cannon 'knew it'

▶ Chloe Sevigny bundles up with a touch of Chanel as she steps out in NYC after celebrating her 45th birthday

▶ Lindsie Chrisley reveals she previously suffered a miscarriage with husband Will Campbell on podcast with Monica The Medium

▶ Brad Pitt, 55, has been spotted several times in the past two months with Arrested Development actress Alia Shawkat, 30, but they are 'just friends'

ADVERTISEMENT

▶ Matthew McConaughey reveals what he really thinks of



406

DECLASSIFIED

▶ ... js on rainy day out... with momager Kris Jenner
● Ageless beauties

▶ Alessandra Ambrosio dresses for sweater weather in zebra print after returning from dreamy vacation in Maldives

▶ Casual chic! Actress Isla Fisher looks stylish in a long grey coat and floral dress as she steps out to go shopping in Los Angeles

▶ Minka Kelly embraces sweater weather in bold pink look as she steps out for a spa day in LA

▶ Taylor Swift will receive Billboard's first ever Woman Of The Decade award at Billboard's Women in Music

▶ Mindy Kaling, 40, reveals that she has passed her written driver's test and shares her 'recipe for success' One step closer to becoming a driver

▶ Charlize Theron steps out in brown fedora and black Patti Smith shirt while out and about solo in LA

▶ Matthew McConaughey reveals he nearly DIED after an encounter with a venomous brown snake in Australia He is currently on a press trip in Australia

ADVERTISEMENT

▶ Country singer Coffey Anderson, 40, says 'life is not fair' after learning that his wife Criscilla's stage-4 colon cancer has now spread

DECLASSIFIED



**TODAY'S TOP VIDEOS**

DECLASSIFIED

▶ Eddie Redmayne looks preppy chic as he enjoys break from shooting and promoting new films in NYC

▶ Lady Gaga celebrates her three Grammy nominations for A Star Is Born soundtrack on social media
She is feeling celebratory

▶ Now we can Sia! Songstress Furler shares a rare photo of herself without a wig as she attends her long-time manager's wedding

▶ Cats starring Taylor Swift WILL be eligible for Golden Globes despite rumors it would not be finished on time for the nomination deadline

▶ Queen sacks Prince Andrew: Monarch summons distraught Duke of York to Buckingham Palace, orders him to step down from public duties

▶ Ashley Jones's estranged husband denies he 'threatened or caused harm' to her after Bold and Beautiful star gets restraining order

▶ Oprah Winfrey will be joined by Michelle Obama and Jennifer Lopez as she embarks on a star studded 2020 Vision Tour across the US

ADVERTISEMENT

▶ Patrick Schwarzenegger looks youthful in khakis and a letterman jacket while shooting a scene for the upcoming high school drama Moxie in LA

▶ Halsey singer bares

DECLASSIFIED

**TODAY'S TOP VIDEOS**

DECLASSIFIED

...o grateful for where I am in my life personally': Mandy Moore admits she feels better in her 30s than she did in her 20s

▶ Days Of Our Lives is bringing back nine characters for a new digital spinoff series... after the cast denied the original soap is being canceled

▶ Entourage's Kevin Dillon set to pay ex Jane Stuart $2 million plus spousal support as they finalize divorce... but he'll keep the house and cars

▶ RuPaul dazzles on cover of Vanity Fair in bejeweled bodysuit as he addresses statements about allowing transgender women on his show

▶ Daniel Craig and Jamie Lee Curtis continue to tirelessly promote their upcoming movie Knives Out as they step out for Q&A in NYC

▶ Apple cancels premiere of The Banker after son of film's real-life protagonist accused of sexually abusing half-sisters

▶ All 230 of Prince Andrew's charities 'to seek new patrons' as he withdraws from public life - after one-by-one they distanced themselves from him over Jeffrey Epstein scandal

ADVERTISEMENT

▶ James Dean movie set to 'digitally resurrect' the deceased actor originally tried to cast ELVIS PRESLEY... but was turned down by The King's estate

▶ Ariana Grande thanks 'my guy' Bernie Sanders for surprise backstage visit at the singer's Atlanta concert

DECLASSIFIED



**TODAY'S TOP VIDE⊙S**

DECLASSIFIED

> Tiger Woods' ex-wife Elin Nordegren slashes the price of her Florida mansion by $5 MILLION eight months after listing it for a whopping $49.5M

> Liam Payne looks dapper in pinstriped trousers and a leather jacket as he cosies up to glamorous girlfriend Maya Henry at & Juliet musical event

> Lili Reinhart defends herself for talking about her OCD on Jimmy Fallon after critics accused her of making light of mental illness

> Bode Miller's wife Morgan reveals they still haven't named their 12-day-old twin boys because she prefers 'traditional' and he likes 'unique' names

> Aaron Carter puts his Lancaster home up for sale at $600K less than one year after purchasing... after claiming he has 'Backstreet Boys gang stalkers'

> Ray J's pregnant wife Princess Love reveals she was BLOCKED by Kim Kardashian's ex on Instagram... amid claims he left her and their daughter 'stranded in Vegas'

ADVERTISEMENT

> 'Happy three month birthday to our little princess! Lara Trump pays tribute to daughter Carolina while sharing a sweet photo of the baby girl being held by her proud father Eric

> Model Slick Woods, 23, reveals she is undergoing chemotherapy - but quickly tells her fans to 'stop treating her like a victim'

DECLASSIFIED


TODAY'S TOP VIDEOS

DECLASSIFIED

▶ Cristiano Ronaldo denies reports he secretly wed Georgina Rodríguez... weeks after revealing vow to tie the knot with former shop assistant

▶ Hugh Jackman's wife Deborra-lee Furness greets British model Georgia May Jagger at a charity event in NYC

▶ Princess Eugenie flashes a strained smile on night out in London - hours after father Prince Andrew announced he is stepping back from public duties

▶ Prince Andrew says he WILL speak to the FBI - as Buckingham Palace is 'braced for subpoena to be issued

▶ Iggy Azalea goes makeup free as she attends a dance rehearsal in Berlin... after she was forced to delay the release of her Wicked Lips EP

▶ 'She's been by our side the entire time': New mother Willow Palin praises her kid sister Piper, 18, for helping to care for her newborn twins

ADVERTISEMENT

▶ Prince William shares a smile with his $38,000-a-year housekeeper while awarding her with the Royal Victorian Medal at Buckingham Palace

▶ Irina Shayk and daughter Lea bundle up in long coats and matching hats while out on a walk in New York The 33-year-old stunner bundled up i

▶ Empire Jussie strikes back! Actor sues the city of Chicago, the

DECLASSIFIED


TODAY'S
TOP VIDE⊙S

► King fans concerned after she struggles through Grammy nominations with 'croaky throat: 'You don't sound very well'

► DJ reveals Kate Middleton and Prince William gave him a telling to after he mocked Princess Charlotte for shaking hands with teacher

► Larsa Pippen, 45, displays her toned and tanned legs in distressed denim shorts for bikini launch in Los Angeles

► Doting dad John Legend carries daughter Luna and her unicorn lunchbox after Grammy nomination and Sexiest Man Alive honor
Spotted out in LA

► DJ David Guetta, 53, gets VERY hot and heavy with stunning girlfriend Jessica Ledon, 27, as they show off their beach bodies in Miami

► Harrison Ford experiences the adventure of a lifetime with his CGI-created dog Buck in the first trailer for the movie The Call Of The Wild

ADVERTISEMENT

► Katharine McPhee bares her taut midriff in nude outfit at photo call for her Broadway return to the lead role in Waitress

► Aaron Carter accuses twin sister of lying 'over and over' after judge extends restraining order and demands he surrender his guns

► Simon Cowell, 60, looks slimmer than ever after losing 20lbs on a strict vegan diet as he cozies up to girlfriend Lauren Silverman at musical event

► Zac Efron to go 'off the grid' on a remote island in new Quibi 'adventure series' Killing Zac Efron



joined by Jessie J at star-studded & Juliet musical event

DECLASSIFIED

EXCLUSIVE First look at Chris Rock dressed as a 1950s gangster on the set of Fargo in Chicago, as he'll star in FX's hit series

▶ Pretty in pink! Queen puts on a brave face to present David Attenborough with award as Prince Andrew reveals he is stepping back from public duties

▶ 'I was kind of an idiot': Cody Simpson, 22, speaks about his wild partying past... and reveals how he found love with Miley Cyrus at the perfect time

EXCLUSIVE Elizabeth Banks defiantly insists that 'everyone who saw Charlie's Angels loved it' as she blames reboot's box office flop on poor marketing

ADVERTISEMENT

▶ Saturday Night Live recruits Jennifer Lopez, Scarlett Johansson and Eddie Murphy as December hosts All star line-up

▶ Khloe Kardashian shares a sweet photo of 'besties' True and Chicago watching the sunset Pair looked so adorable

▶ Crown Princess Mary and Prince Frederik of Denmark stand before rows of slain deer after traditional annual hunt as they join other Danish royals

▶ What split? Cody Simpson reveals he has a photo of young Miley Cyrus on his phone following break-up claims Breakup rumors

▶ Bloplem ting is
DECLASSIFIED


TODAY'S TOP VIDEOS

. Bieber bundles up in bright green sweatshirt and pink brow beanie... but peeps behind the HUGE diamond ring given to him by J Balvin

▶ American Idol star Antonella Barba blames talent show for fall from grace as she faces 10 years behind bars for drug-related offences

▶ Dog the Bounty Hunter declares 'I'M ALIVE' after false story claimed the 66-year-old died of a heart attack ... months after being hospitalized for chest pains

▶ Shia LaBeouf steps out with Mark Ronson's ex-girlfriend Rebecca Schwartz... following his split from FKA Twigs Pair were spotted in New York City

ADVERTISEMENT

▶ Queen and Prince Philip spend their 72nd wedding anniversary 110 miles apart - as William and Harry share throwback photos to mark the milestone

▶ Grammy nomination SNUBS: Taylor Swift does not get Album Of The Year for Lover and Maren Morris' Girl is ignored while Halsey is shut out

▶ Prince Andrew's ex Lady Victoria Hervey says she left Jeffrey Epstein's New York apartment because she was being 'watched by hidden cameras'

▶ Millie Bobby Brown, 15, discusses trauma of being bullied at school as she joins David Beckham to address children's rights at United Nations in NYC

▶ Charles Barkley told female reporter 'I don't hit women, but if I did I would hit you' after she asked him to clarify which presidential candidate he supports

▶ Jenna Dewan hides her baby bump under 'Mama' sweater... as she's officially granted a



**TODAY'S** *for* **TOP VIDE⊙S**

DECLASSIFIED

...s they lead
stars reacting to
Grammy Award
nominations on social
media: 'We are all
winners'

▶ Michelle Dockery
flashes her cleavage in
a plunging blazer in
character poster for
Guy Ritchie's crime
caper The Gentlemen

▶ Kylie Jenner's ex Tyga
shows off his new girl
Ana Beatriz Boaretto as
he celebrates his 30th
birthday on a yacht in
St. Barts

▶ 'Bye ugly!' Ray J's
heavily pregnant wife
Princess Love blasts
Kim Kardashian's ex
online after he leaves
her 'stranded' in Las
Vegas

▶ So how DOES he pay
for it all? The sums just
don't add up on Prince
Andrew's multi-
millionaire lifestyle...
until you meet his
oligarch buddies

▶ Gronk becomes a
Laker Girl: 6ft 6in
former NFL star joins
cheerleading squad for
half-time performance
with Venus Williams and
James Corden

▶ Star Wars: The Rise Of
Skywalker shares
character posters that
include Rey, C-3PO,
Chewbacca and even
Keri Russell's Zorii
Bliss

▶ Robert De Niro reveals
he almost took on friend
Al Pacino's iconic
Scarface role: 'If you
don't do it, I'm gonna do
it'

▶ Grammy nominations:
Billie Eilish, 17,
becomes youngest
nominee to receive four
main category nods as
she battles it out with
Taylor, Beyonce and
Ariana

▶ EmilyRatajkowski
...

DECLASSIFIED



415

▶ ...sweats she wanted to make a movie about Winston Churchill's wife before Trudie Styler snagged the book rights: 'Sting's wife got to it first'

▶ Bebe Rexha looks chic in a sleek black pant suit as she leaves CBS Morning after announcing Grammys 2020 nominations

▶ Sienna Miller is effortlessly chic in a 60s tweed dress as she arrives at Build Studios in New York to promote her role in 21 Bridges

▶ Hilary Duff jokes about being 'so basic' as she posts Lizzie McGuire quote and confirms Adam Lamberg's return to the Disney+ reboot

▶ Duggar family deny reports their Arkansas home was raided by homeland security officials over an 'ongoing criminal investigation'

▶ Harriet writer Gregory Allen Howard reveals a studio executive originally wanted Julia Roberts to play the black abolitionist

▶ Michelle Obama receives Grammy nomination for the audiobook version of her best-selling memoir 'Becoming'

▶ The Meghan effect strikes again! Jewelry brand reveals 20,000 millennials have flocked to buy a $44 ethically-made gold ring after the Duchess first wore it

▶ Did Prince Andrew meet Epstein YEARS before he claimed? Aide previously said Duke met pedophile in the 'early 1990s' - not '1999' as royal said on TV

▶ Andrew's 'missing hours': 'Gaps emerge' in itinerary for 2001 trip after Duke claimed full diary meant that he could not have had sex with Virginia Roberts



**TODAY'S TOP VIDEOS**

hanging over
him

DECLASSIFIED

▶ Hannah Brown tells Dancing with the Stars judge Carrie Ann Inaba she's sorry for telling her she doesn't 'want to be touched' in tense rehearsal exchange

▶ Heidi Klum goes topless for a fitting as she ponders which shoe pairs best with denim slacks... before donning a witches cape for German reality show

▶ Ariel Winter shows off her style credentials in a busty pink lace top and black suede thigh-high boots as she explores Holland

EXCLUSIVE Caitlyn Jenner's mother, 93, 'doesn't get why the Kardashians' show is a hit as she criticizes 'controlling Kris Jenner

▶ Meghan Markle's best friend Jessica Mulroney claims trolling culture is 'out of control' after a critic branded her fashion choices 'tiresome'

▶ Naomi Scott displays her stellar sense of style in all black outfit while on a stroll ahead of the London premiere of Charlie's Angels

▶ Jennifer Aniston looks on the verge of tears as she bids her pals farewell following night out in Los Angeles Actress, 50, seemed less than happy

▶ Hitting the right note! Queen Maxima of the Netherlands dons a scarlet dress as she bangs a gong at signing of an agreement to bring more music into schools

▶ Lori Loughlin and her husband Mossimo Giannulli plead not guilty to new charges in college admissions

DECRYPTED



DECLASSIFIED

▶ ...debuts a fringe at the premiere of The Kacey Musgraves Christmas Show in NYC

▶ The Crown's Olivia Colman transforms into Queen Elizabeth II in time-lapse video as co-star Helena Bonham Carter calls it a 'magical' moment

▶ Brandi Glanville confirms she's heading back to RHOBH: 'S***'s going down right now and we'll all figure it out soon enough'

▶ Andrew breaks cover: Under-fire Duke is seen for first time since 'car crash' interview as it's revealed Palace aides AXED his visit to flood victims

▶ Beyonce looks flawless in colorful suit by Lebanese label Jaux de Mains as she posts fashion snaps on Instagram

▶ James Van Der Beek's wife Kimberly reveals she miscarried a baby boy and 'almost lost my life'
Mother-of-five opened up Instagram Stories

▶ Jenna Bush Hager admits she has been 'delusional' about her weight as she and Hoda Kotb discuss stepping on the scale on air

▶ Real Housewives Of Orange County: Braunwyn Windham-Burke hosts raunchy Weaning Party with strippers

▶ Suits you! Princess Charlene of Monaco looks sharp in a tux as she joins Prince Albert and Princess Caroline at the opera in Monte Carlo

▶ 'I was ready to get on a plane!' Caitlyn Jenner's partner Sophia Hutchins...

DECLASSIFIED


TODAY'S TOP VIDEOS

▶ ...soon living in fear my entire life': Kim Kardashian's makeup artist Mario Dedivanovic breaks down in tears as he comes out as gay in heart-rending speech

▶ Taylor Swift's nemesis Scooter Braun will NOT attend the AMAs amid claims singer plans to 'take to the stage with powerful message to him'

▶ Kim Kardashian shares a sweet photo of her two youngest children Chicago and Psalm
Reality mom, 39, took to her Instagram

▶ Body beautiful: Elle Macpherson, 55, reveals the simple secrets behind her sensational supermodel figure
She was nicknamed 'The Body'

▶ Gigi Hadid 'is back in touch with former boyfriend Zayn Malik' 10 months after they officially ended their three-year on-off relationship

▶ Olivia Munn defies gravity as she shows off her long legs while performing handstand during yoga session by the pool

▶ The Voice: Gwen Stefani tells instant Save winner Joana Martinez, 15, she's like 'our little girl' with boyfriend Blake Shelton

▶ Celebrities including Kylie Jenner and Khloe Kardashian are accused of airbrushing their KNUCKLES as part of a bizarre new trend

▶ Mark Wahlberg checks out designer duds and wine as he enjoys retail therapy in London's upscale Mayfair district
The actor, 48, called into a few stores

▶ Dame Judi Dench TERRIFIES fans in the Cats trailer so much they 'can't sleep'... but some jokingly compare her look to Jennifer Lopez in Hustlers



or, 18, to annual
'virginity tests'

DECLASSIFIED

▶ Venus Williams is joined by James Corden as they show off their best dance moves during surprise halftime performance with the Laker Girls

▶ Could Prince Andrew do ANOTHER TV interview? Duke of York 'wants second chance to show remorse for victims of pedophile Jeffrey Epstein'

▶ Simon Cowell's ill-fitting suit hangs off his slimmer frame as X Factor boss, 60, enjoys rare night out with brother Tony and their other halves in London

▶ Hilary Duff passes the time by knitting a child's cardigan as she prepares to shoot scenes on the Los Angeles set of her Lizzie McGuire reboot

▶ Sofia Richie cuts a casual figure as she heads to the gym in her $250k Aston Martin She has been putting on stunning displays in bikini lately

▶ 'Maui makes him feel strong': Dwayne Johnson sings a song from Disney flick Moana for a sick three-year-old boy who's 'in the fight of his life'

▶ Kim Kardashian looks conservatively glamorous in black suit during stop at a store before attending The Promise Armenian Institute of UCLA event

▶ Jon Hamm steps out in LA after 'romantic' night with rumored girlfriend Lindsay Shookus in NYC He just cameoed on Saturday Night Live

▶ Julie Andrews opens up about watching a 'wild' fake orgy on the set of her movie 10 with her director husband

DECLASSIFIED



420

# EXHIBIT J



**United States Department of State**

*Washington, D.C. 20520*

December 01, 2021

Privacy Act Case # P-2020-00021

Brett O'Brien, Esq.
1250 Connecticut Avenue, NW
Suite 700
Washington DC, 20005

Dear Mr. O'Brien:

Further reference is made to your July 15, 2020, Privacy Act request to the Department of State. By previous correspondence, we advised you that five pages remained under review. The review of these pages is now complete.

After careful review, I have determined that these five pages are withheld in their entirety pursuant to:

- 5 U.S.C. § 552(b)(7)(E), which concerns records or information compiled for law enforcement purposes, the release of which would divulge techniques and procedures for law enforcement investigations or prosecutions.

You may contact our FOIA Requester Service Center or our FOIA Public Liaison for any further assistance and to discuss any aspect of your request via email at Foiastatus@state.gov or telephone at (202) 261-8484.

If you are not satisfied with DOS's determination in response to this request, you may administratively appeal by writing to: Appeals Officer, Appeals Review Panel, Office of Information Programs and Services (IPS), U.S. Department of State, A/GIS/IPS/PP/LA, HST Room B266, 2201 C Street, NW, Washington, D.C. 20520, or faxed to 202-485-1718. Appeals must be postmarked within 90 calendar days of the date of this initial agency decision letter. Please include a copy of this letter with your written appeal and clearly state why you disagree with the determinations set forth in this response.

Additionally, if you are not satisfied with DOS's determination in response to your request, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration (NARA) to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email address: ogis@nara.gov; telephone: (202) 741-5770; toll free number: 1-877-684-6448; facsimile: (202) 741-5769.

Sincerely,

Michael D. Caramelo, Chief
DS/MGT/FOIA-PA
Freedom of Information Act and
    Privacy Act Division
Bureau of Diplomatic Security

# EXHIBIT K

## Luna, Alfred

| | |
|---|---|
| **From:** | M Gebert < ███████████ |
| **Sent:** | Friday, July 10, 2020 1:37 PM |
| **To:** | Luna, Alfred |
| **Cc:** | Evan Parke |
| **Subject:** | Re: Additional Security Clearance Correspondence |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

Hi Mr. Luna,

Consistent with sections 2 and 3 of the Review Process summary, I would like to request any documents, records, and reports upon which the revocation is based, and the investigative file that informed the decision, consistent with the relevant laws as noted.

I have not yet decided on whether to request a review of the decision, but will respond within the 30 days as requested.

Thank you,
Matt

On Wed, Jul 1, 2020 at 6:52 PM Luna, Alfred <LunaA@state.gov> wrote:

> Mr. Gebert,
>
> Thank you for your prompt response. Please see attached and reply back if you have any questions or wish to discuss. Please let me know if you're going to call, I am currently teleworking.
>
> Sincerely,
>
> Al Luna
>
> Senior Adjudicator
>
> Adverse Actions Division
>
> Office of Personnel Security and Suitability
>
> Bureau of Diplomatic Security

571-345-3247

571-345-3192 (fax)

SBU -LAW ENFORCEMENT

**From:** M Gebert <███████████████>
**Sent:** Wednesday, July 1, 2020 6:34 PM
**To:** Luna, Alfred <LunaA@state.gov>
**Subject:** Re: Additional Security Clearance Correspondence

Yes sir.

Thanks,

Matt

On Jul 1, 2020, at 4:59 PM, Luna, Alfred <LunaA@state.gov> wrote:

Greetings Mr. Gebert,

I have additional correspondence relating to your security clearance.

Is this email address still valid? If so, may I email the correspondence to you?

Sincerely,


Al Luna

Senior Adjudicator

Adverse Actions Division

Office of Personnel Security and Suitability

Bureau of Diplomatic Security

571-345-3247

571-345-3192 (fax)


Currently Teleworking



Official - SBU (Sensitive-Law Enforcement)

UNCLASSIFIED

# EXHIBIT L

January 19, 2024

Good morning *Matthew Gebert*,

We are contacting you regarding your Federal Employee Health Benefits (FEHB) coverage with the Department of State. Our records indicate that you went into a non-pay status effective ___09/24/2019___ . Per OPM regulations, employees may continue FEHB coverage for up to 365 days while in a non-pay status. Coverage must be terminated on the last day of the pay period in which the 365th day in a non-pay status occurs.

Your FEHB coverage was not terminated after 365 days in a non-pay status, as required. Per OPM guidelines, you have a choice as to when your coverage will terminate:

1. Terminate the enrollment effective on the last day of the pay period in which the error was discovered and keep the coverage during the erroneous enrollment period. In other words, if you were in a non-pay status beginning pay period 5 but you continued to use the FEHB benefits until pay period 15, you could use pay period 15 as the effective date of the cancellation of your FEHB benefits. You would owe the employee share of the premiums from pay period 5 to pay period 15. (i.e., if the employee incurred a debt, the employee owes the employee share of the premiums to the agency for that period, but the employee is entitled to full benefits during the period of the erroneous enrollment); **or**

2. Terminate the enrollment retroactively back to the date the FEHB enrollment should have terminated (i.e., the employee owes no premiums for the erroneous enrollment period but was not covered during that period and is responsible for any claims paid). This allows the employee to avoid a large premium debt due to the agency's error if few or no services were used.

You must respond to this correspondence within 10 business days of the date of receipt of tis letter, or your coverage will be retroactively terminated to the last day of the pay period in which your 365th day in a non-pay status occurred.

If you incurred a debt, you will receive correspondence from the Bureau of the Comptroller and Global Financial Services advising you of the amount of the debt and your repayment options.

If you have any questions, please contact FEHB@state.gov.


Sincerely,

FEHB Benefits Team

GTM/ER/WLD

**Window Envelope**
Use this envelope with shipping documents printed from a laser or inkjet printer on plain paper.

**Extremely Urgent**

This envelope is for use with the following services:

UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®

Insert shipping documents
window from the top.

OFFICE OF EMPLOYEE RELATIONS
771-204-8879
US DEPARTMENT OF STATE
2401 E ST NW
WASHINGTON DC 20522

0.5 LBS LTR

1 OF 1

SHIP TO:

MD 215 9-21

2

BILLING: P/P
ATTENTION UPS DRIVER: SHIPPE

Reference #1: HR
Reference # 2: FEHB Letter

ROMN — 4732
9484

1ZX262F0NY9696

JAN 23 08:34139 2024

UPS CampusShip / UPS - United States

11/8/24, 10:54 AM

S: RIGHT

l:01