THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT ) | |
| ) | |
| Plaintiff, ) | |
| V. ) | |
| ) | |
| DEPARTMENT OF STATE ) | Civil Action No: 1:22-cv-2939 (DLF) |
| ) | |
| Defendants. ) | |

### NOTICE OF ERRATA TO PLAINTIFF'S SECOND AMENDED COMPLAINT

The Plaintiff, Matthew Gebert, respectfully submits this errata to its First Amended Complaint which was filed on June 7, 2023 in order to correct the following:

On page 1, add the defendant, Antony Blinken, Secretary of State

On page 1, remove the individual defendants, Bruce Cole, Jeanne M. Juliao, Calli Fuller, Douglas P. Quiram and Todd J. Brown

On page 2, remove the individual defendants, John Doe #1, John Doe #2 and John Does #1-10

On page 2, change heading to "**Second Amended Complaint**"

On page 2, paragraph 1, change "First" to "Second"

On page 2, paragraph 1, remove the word "Mr."

On page 3, paragraph #2, correct the words "Mr. Gebert" to reflect Gebert, remove the word Plaintiff and substitute the word Gebert

On page 3, paragraph #4, remove first sentence

On page 3, paragraph #4, remove numbers (2), (3) and (4)

On page 3, paragraph #4, remove numbers (5) due process

On page 4, remove paragraph #8 in its entirety

On page 4, paragraph #9, remove last sentence of paragraph

On page 5, paragraph #21, remove the words "the Plaintiff" and replace with "Gebert"

On page 6, paragraph #23, line 3, remove the words "in regard to"

On page 7, paragraph #27, remove lines 3 through 7

On page 7, paragraph #28, remove, line 2, following "security clearance suspension" through to line 6

On page 7, remove paragraph #29 in its entirety

On page 7, remove footnote #2 in its entirety

On page 8, remove paragraph #20 in its entirety

On page 8, paragraph #31, remove line 1

On page 8, paragraph #31, line 2, remove "Defendant, Douglas Quiram, Director of DS/SI/PSS, informing

On page 8, paragraph #31, line 4, change "Plaintiff's" to "Gebert's"

On page 8, paragraph #32, line 1, remove the name "Quiram"

On page 8, paragraph #32, line 3, remove all language following "credible news source" through line 7

On page 9, remove paragraph #33 in its entirety

On page 9, paragraph #34, remove line 1 through line 5 ending with "on July 3, 2018"

On page 9, paragraph #34, add line and 8

On page 9, paragraph #34, remove line 7, after "July of 2018" through line 9.

On page 9, paragraph #35, remove line 1, after "The article"

On page 9, paragraph #35, line 2, remove "Supremacist Candidate"

On page 9, paragraph #37, line 1, remove "Moreover, there is no denying"

On page 9, remove footnote #5 in its entirety

On page 10, paragraph #39, remove paragraph 2 and 3 in its entirety

On page 11, paragraph #39, continued, remove paragraph 1 and 2 in its entirety

On page 11, paragraph #41, line 1, add language "Defendant sent"

On page 11, paragraph #41, remove lines 2 and 3 in its entirety

On page 11, paragraph #41, line 4, remove the words "constitutional rights"

On page 11, paragraph #42, line 2, remove the words "See Exhibit A"

On page 11, paragraph #43, remove line 2 in its entirety

On page 11, paragraph #43, line 3, remove the words "State, which"

On page 11, paragraph #43, line 3, change the word "Plaintiff" to "Gebert"

On page 12, paragraph #44, line 1, remove the words "Ms. Juliao who at best was simply"

On page 12, paragraph #44, remove line 2 in its entirety

On page 12, paragraph #44, line 3, remove the words "effectuating the violation of Plaintiff's rights"

On page 12, paragraph #44, line 3, add the word "Defendant"

On page 12, paragraph #45, remove in its entirety

On page 12, paragraph #47, line 2, remove the words "John Doe #1 and John Doe #2"

On page 12, paragraph #47, line 4, change the word "Plaintiff" to "Gebert"

On page 13, paragraph #49, line 1, change the word "Plaintiff" to "Gebert"

On page 16, paragraph #62, line 2, remove the words "many" "would"

On page 16, paragraph #62, line 2, remove the sentence "He knows that society does not accept them"

On page 16, paragraph #62, line 4, remove the words "another white nationalist")

On page 17, paragraph #66, line 1-2, remove the words "Todd J. Brown, Director of the Diplomatic Security Service of the United States Department of State"

On page 17, paragraph #66, line 3, remove the word "Brown"

On page 17, paragraph #66, line 5, remove the words "and the individual Defendants"

On page 18, paragraph #70, line 1, remove the words "There is no evidence that"

On page 18, paragraph #70, line 6, remove the article link of footnote #8

On page 20, paragraph #77, line 3, remove the words "See Exhibit B"

On page 20, paragraph #78, line 3, remove the words "See Exhibit C"

On page 20, paragraph #79, remove line 1-2 ending with "FOIA concerns"

On page 21, paragraph #81, line 1, remove the words "the Defendants"

On page 21, paragraph #81, line 2, change the word "Plaintiff" to "Gebert"

On page 22, paragraph #86, remove in its entirety

On page 22, paragraph #88, remove in its entirety

On page 23, replace prior heading with "The Defendant's FOIA and Privacy Act Violations"

On page 23, paragraph #93, remove in its entirety

On page 24, remove paragraph #96

On page 24, remove paragraph #97

On page 24, remove paragraph #98

On page 24, remove paragraph #99

On page 24, remove paragraph #100

On page 25, remove paragraph #101

On page 25, remove paragraph #102

On page 25, remove paragraph #103

On page 25, remove paragraph #104

On page 25, remove paragraph #105

On page 26, remove paragraph #106

On page 26, paragraph #108, line 1, remove in its entirety

On page 26, paragraph #108, line 3, remove "wherein approximately"

On page 26, paragraph #109, remove line 3

On page 27, paragraph #109, remove line 4

On page 28, paragraph #109, remove in its entirety

On page 30, paragraph #129, line 4, remove "performing an inadequate search in violation of FOIA and the Privacy Act"

On page 30, paragraph #132, line 2 change the word "client" to "individual"

On page 34, paragraph #153, line 2, remove language following "earn a living"

On page 34, paragraph #153, line 3, remove "handles - at no point identifying himself as a government employee"

On page 36, remove heading "Due Process Claims…"

On page 36, remove paragraph #164

On page 36, remove paragraph #165

On page 36, remove paragraph #166

On page 36, remove paragraph #167

On page 36, remove paragraph #168

On page 36, remove paragraph #169

On page 36, remove paragraph #170

On page 37, remove paragraph #171

On page 37, remove paragraph #172

On page 37, remove heading, Count III, "Due Process Claims"

On page 37, remove paragraph #173

On page 37, remove paragraph #174

On page 37, remove paragraph #175

On page 38, remove paragraph #176

On page 38, remove paragraph #177

On page 38, remove paragraph #178

On page 38, remove paragraph #179

On page 38, remove heading, Count IV, "Due Process Claims"

On page 38, remove paragraph #180

On page 38, remove paragraph #181

On page 39, remove paragraph #182

On page 39, remove paragraph #183

On page 39, remove paragraph #184

On page 39, remove paragraph #185

On page 39, remove heading, "Count V, Due Process Claims"

On page 39, remove paragraph #186

On page 39, remove paragraph #187

On page 40, remove paragraph #188

On page 40, remove paragraph #189

On page 40, remove paragraph #190

On page 40, remove paragraph #191

On page 40, remove paragraph #192

On page 40, remove paragraph #193

On page 40, remove paragraph #194

On page 41, remove paragraph #195

On page 41, remove paragraph #196

On page 41, remove the heading "Count IV - Unequal Enforcement"

On page 41, remove paragraph #197

On page 41, remove paragraph #198

On page 41, remove paragraph #199

On page 41, remove paragraph #200

On page 42, remove paragraph #201

On page 42, remove paragraph #202

On page 42, remove the heading "Count VII"

On page 42, paragraph #203, line 1 remove "143"

On page 51, remove Count IX - Violation of Administrative Procedures Act

On page 52, under Count XI, remove the wording "Defendant Department of State"

On page 56, remove Count XII - "Bivens - All Individual Defendants, Rights of Free Speech"

On page 57, remove Count XIV - "Bivens - All Individual Defendants, Freedom of Assembly"

On page 58, remove Count XV - "Bivens - All Individual Defendants, First Amendment Retaliation"

On page 58, remove Count XVI - "Bivens - Due Process-Fifth Amendment"

On page 59, remove Count XVII - "Bivens - Equal Protection Claim"

On page 60, remove Count XVIII - "John Does"

On page 66, correct heading under XV to remove "Department of State's"

On page 66, paragraph #266, line 2, remove "when the agency closed the Plaintiff's properly referred FOIA/PA request"

On page 68, remove paragraph #281 in its entirety

On page 69, correct heading under Count XVIX to Count XVI

On page 71, remove heading "Violation of 3 FAM 3418"

On page 72, remove Count XXII - "Violation of First Amendment-Overbreadth"

On page 72, remove Count XXIII - "Violation of First Amendment-Vagueness"

On page 73, correct heading "Prayer for Relief as to Counts I-X"

On page 73, remove paragraph #301 in its entirety

On page 73, remove footnote #15

On page 74, remove in its entirety "Prayer for Relief as to Counts XII-XVIII"

On page 75, paragraph #307, remove the wording "State Department's"

On page 75, paragraph #308, remove the wording "State Department's"

On page 75, paragraph #309, remove the wording "State Department's"

On page 75, paragraph #310, remove the wording "State Department's"

Dated: April 25, 2024 Respectfully submitted,

By:*/s/ Brett J. O'Brien*
BRETT O'BRIEN, ESQ
DC Bar License #: 1753983
NATIONAL SECURITY LAW FIRM, LLC
1250 Connecticut Avenue NW
Washington, DC 20036
Phone: (202) 600-4996
Fax: (202) 545-6318