UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE, et al.,<br><br>Defendants. | Civil Action No. 22-2939 (DLF) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants, by and through undersigned counsel, respectfully move for an extension of one month, through May 25, 2024, of their deadline to respond to Plaintiff Matthew Gebert's motion for leave to file a second amended complaint, ECF No. 48. This is Defendants' first request for an extension of this deadline. Pursuant to Local Civil Rule 7(m), the undersigned has conferred with counsel for Gebert, who consents to the relief requested. A proposed order is attached. Good cause to grant this relief exists. Gebert's proposed second amended complaint proposes to raise a variety of new claims under the First Amendment, Equal Protection, Due Process Clause, and Privacy Act against Defendants. These proposed claims involve and/or might involve new legal issues and implicate new facts, which Defendants must investigate internally to prepare a proper response to Gebert's motion. A one-month extension of time would provide Defendants time to untangle and run down these matters.

\*   \*   \*

Dated:  April 30, 2024	Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Chief, Civil Division

By:	*/s/ Bradley G. Silverman*
	BRADLEY G. SILVERMAN
	D.C. Bar #1531664
	Assistant United States Attorney
	601 D Street NW
	Washington, DC 20530
	(202) 252-2575
	bradley.silverman@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT, <br><br> *Plaintiff,* <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, et al., <br><br> *Defendants*. | Civil Action No. 22-2939 (DLF) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Consent Motion for Extension of Time, and for good cause shown, it is hereby

ORDERED that Defendants' motion is GRANTED;

ORDERED that Defendants shall respond to Plaintiff's motion for leave to file a second amended complaint by May 25, 2024.

SO ORDERED.

_____                          _____
Date                                                                       DABNEY L. FRIEDRICH
                                                                                United States District Judge