UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF STATE, <br><br> Defendant. | Civil Action No. 22-2939 (DLF) |

### NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Department of State, by and through the undersigned counsel, respectfully files this notice of supplemental authority. In *Lee v. Garland*, --- F.4th ---, No. 20-5221, 2024 WL 4596664, at *1 (D.C. Cir. Oct. 29, 2024), the D.C. Circuit held that *Department of Navy v. Egan*, 484 U.S. 518 (1988), "bars judicial review of . . . constitutional claims" such as those that Plaintiff Matthew Gebert raises here. Like Gebert, the plaintiff raised due process, equal protection, and First Amendment challenges to the revocation of his security clearance. 2024 WL 4596664, at *9–10. The D.C. Circuit held that such claims are non-justiciable under *Egan*. *Id.*

This Court previously dismissed Gebert's constitutional challenges to the revocation of his security clearance for failure to state a claim upon which relief can be granted. *See* Order, ECF No. 46; Mem. Op. ECF No. 47. Gebert has since moved to amend his complaint. ECF Nos. 48, 49. A "district court properly denies a motion to amend a complaint as futile if the proposed claim would not survive a motion to dismiss." *Aguiar v. DEA*, 992 F.3d 1108, 1114 (D.C. Cir. 2021) (quotation marks omitted). In light of *Lee*, Gebert's proposed constitutional claims cannot survive a motion to dismiss. Accordingly, *Lee* warrants denial of leave to amend Gebert's pleadings at least insofar as Gebert seeks to raise constitutional challenges to his clearance revocation.

Dated: October 29, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     *Bradley G. Silverman*
    BRADLEY G. SILVERMAN,
      D.C. Bar #1531664
    Assistant United States Attorney
    601 D Street NW
    Washington, DC 20530
    (202) 252-2575
    bradley.silverman@usdoj.gov

*Attorneys for the United States of America*