UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF STATE,<br><br>        Defendant. | Civil Action No. 22-2939 (DLF) |

## JOINT STATUS REPORT

Pursuant to this Court's Order, ECF No. 54, Plaintiff Matthew Gebert and Defendant Department of State, by and through the undersigned counsel, respectfully file this Joint Status Report ("JSR") to propose further proceedings in this case The parties propose that the Court direct them to file a JSR proposing a briefing schedule by January 23, 2025.

Dated: January 7, 2025

By: /s/ *Brett J. O'Brien*
BRETT O'BRIEN, ESQ
Bar License #: 1753983
NATIONAL SECURITY LAW FIRM, LLC
1250 Connecticut Avenue
NW Suite 700
Washington, DC 20036
Phone: (202) 600-4996
Fax: (202) 545-6318

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Chief, Civil Division

By: /s/
    BRADLEY G. SILVERMAN
    Assistant United States Attorney
    D.C. Bar #1531664
    U.S. Attorney's Office
    District of Columbia
    601 D Street NW
    Washington, DC 20530
    (202) 252-2575
    bradley.silverman@usdoj.gov

*Attorneys for the United States of America*