UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF STATE,<br><br>　　　　Defendant. | Civil Action No. 22-2939 (DLF) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (Jan. 7, 2024), Plaintiff Matthew Gebert and Defendant Department of State, by and through the undersigned counsel, respectfully file this Joint Status Report ("JSR") to propose further proceedings in this case:

- Plaintiff shall file an amended complaint by January 27, 2025 with the two counts that are allowed to proceed based upon the Court's order on January 6, 2025.

- Defendant shall file a Motion to Dismiss by March 5, 2025.

- Plaintiff shall file a response to the Motion to Dismiss and any Cross Motion for Summary Judgment by April 19, 2025.

- Defendant shall file their Reply to the Plaintiff's Motion to Dismiss and a Response to a Cross-Motion for Summary Judgment by May 20, 2025.

- Plaintiff shall file their Reply to the Defendant's Response to Summary Judgment by June 20, 2025.

| | |
|---|---|
| Dated: January 21, 2025<br>By: /s/ *Brett J. O'Brien*<br>BRETT O'BRIEN, ESQ<br>Bar License #: 1753983<br>NATIONAL SECURITY LAW FIRM, LLC<br>1250 Connecticut Avenue<br>NW Suite 700<br>Washington, DC 20036<br>Phone: (202) 600-4996<br>Fax: (202) 545-6318<br><br>*Counsel for Plaintiff* | Respectfully submitted,<br><br>EDWARD R. MARTIN, D.C. Bar #481866<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/_____<br>   BRADLEY G. SILVERMAN<br>   Assistant United States Attorney<br>   D.C. Bar #1531664<br>   U.S. Attorney's Office<br>   District of Columbia<br>   601 D Street NW<br>   Washington, DC 20530<br>   (202) 252-2575<br>   bradley.silverman@usdoj.gov<br><br>*Attorneys for the United States of America* |