UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF STATE,<br><br>　　　　　Defendant. | Civil Action No. 22-2939 (DLF) |

**DEFENDANT'S CONSENTMOTION TO MODIFY SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Department of State, through the undersigned, respectfully moves the Court to modify the February 26, 2025, Scheduling Order by extending all deadlines by thirty days. Counsel for the parties conferred under Local Civil 7(m) and Plaintiff consents to the requested relief.

Defendant (through the undersigned) apologizes to the Court and Plaintiff for seeking an enlargement of the filing deadlines when Defendant had only sought an extension about two weeks ago. However, it is out of necessity Defendant is seeking this modification of the Court's Scheduling Order.

Indeed, there is good cause for the Court to grant the requested relief here.  As explained to Plaintiff's counsel, Assistant U.S. Attorney Bradley Silverman is unexpectedly on leave and the undersigned is tasked with covering his substantial litigation docket, including this case.  The undersigned is in the process of triaging Assistant U.S. Attorney Silverman's matters with immediate deadlines in the next two weeks.  In the next several days, the undersigned will reach out to opposing counsel in those cases to seek consent for additional time.  The request for

additional time here is made in good faith and borne out of necessity, and not for any dilatory motive. The Government will suffer undue prejudice without the additional time as Assistant U.S. Attorney Silverman is most familiar with the factual and legal intricacies of Plaintiff's constitutional challenge to Defendant's security clearance process[1] and who can best advocate the Government's interest before this Court. There is nothing in the record to suggest the requested relief will adversely affect the Court's orderly administration of this case.

Accordingly, Defendant respectfully requests the Court grant this motion and modify the Scheduling Order as follows:

| Events | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Government's Motion to Dismiss | March 12 | April 12, 2025 |
| Plaintiff's Opposition and Cross-Motion for Summary Judgment | April 26, 2025 | May 26, 2025 |
| Government's Reply and Opposition to Cross-Motion for Summary Judgment | May 27, 2025 | June 27, 2025 |
| Plaintiff's Reply | June 27, 2025 | July 28, 2025 |

Dated: March 11, 225
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:           /s/
 JOHN C. TRUONG, D.C. Bar # 465901
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530

---

[1] Although Plaintiff's Second Amended Complaint references the Privacy Act, the Freedom of Information Act, the First Amendment, the Fifth Amendment (Equal Protection and Due Process), and the APA (*see* SAC ¶¶2, 3), it contains only two Counts that generally challenge the overbreadth and vagueness of Defendant's security clearance process (*see* SAC Counts I and II).

- 3 -

202-252-2524

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT,<br><br>      Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>      Defendant. | Civil Action No. 22-2939 (DLF) |

### [PROPOSED] ORDER

Upon consideration of Defendant's Motion to Modify Scheduling Order and the entire record herein, it is this _____ day of _____, 2025,

ORDERED that Defendant's Motion to Modify Scheduling Order; and it is

FURTHER ORDERED the February 26, 2025, Scheduling Order is hereby MODIFIED as follows:

| Events | Deadlines |
|---|---|
| Government's Motion to Dismiss | April 12, 2025 |
| Plaintiff's Opposition and Cross-Motion for Summary Judgment | May 26, 2025 |
| Government's Reply and Opposition to Cross-Motion for Summary Judgment | June 27, 2025 |
| Plaintiff's Reply | July 28, 2025 |

SO ORDERED.

                                                              _____
                                                              United States District Judge