UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT,<br><br>   *Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>   *Defendant*. | Civil Action No. 22-2939 (DLF) |

### PLAINTIFF'S CONSENT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7(e), Plaintiff, by and through the undersigned counsel, respectfully moves the Court to modify the March 12, 2025 Scheduling Order by extending all deadlines by three weeks (28 days). Counsel for the parties conferred under Local Civil Rule 7(m), and Defendant consents to the request relief.

Good cause to grant the motion exists. Plaintiff's counsel will be taking personal leave, scheduled prior to the revised March 12, 2025 Scheduling Order. As Defendant's counsel has consented, Plaintiff respectfully requests that the Court grant this motion and modify the Scheduling Order as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's Opposition and Cross-Motion for Summary Judgment | May 26, 2025 | June 16, 2025 |
| Defendant's Reply and Opposition | June 27, 2025 | July 18, 2025 |
| Plaintiff's Reply | July 28, 2025 | August 18, 2025 |

2

It is respectfully requested that the Court grant the instant motion. A proposed Order is attached for the Court's consideration.

Dated: April 18, 2025                                                    Respectfully submitted,

/s/ *Brett J. O'Brien*
Brett J. O'Brien, Esq.
D.C. Bar #: 1753983
NATIONAL SECURITY LAW FIRM
1250 Connecticut Avenue
Washington, DC  20036
(202) 600-4996
Brett@NationalSecurityLawFirm.com