# EXHIBIT A



United States Department of State
Washington, D.C 20520

Mr. Matthew Q. Gebert
270 Philadelphia Avenue
Purgitsville, West Virginia 26852

JAN 3 0 2024

Mr. Gebert:

This letter is to notify you of my decision to sustain the revocation of your Top Secret security clearance. My decision was reached after careful review of the decision to revoke your national-security eligibility; your response and supplemental response dated February 4, 2021, and November 23, 2021, respectively; and your security file. Your response was given my full consideration. However, the security concerns identified in the Diplomatic Security Service (DSS) Director's decision have not been fully mitigated.

The evidence indicates that you provided untruthful answers during your January 28, 2019, interview with the Bureau of Diplomatic Security, Office of Personnel Security and Suitability (DS/SI/PSS). Among this evidence, you admitted that you were "cognizant that [your] activities" were "not within the normal or acceptable realm," you disguised your identity when involved in said activities, and you expressed concern about being "hanged in the court of public opinion."

This evidence shows that—contrary to your responses in the January 28, 2019, interview—you were in fact aware of "an association . . . that could be used, even if unfairly, to criticize, impugn, or attack [your] character or qualifications for a government position," of "people or organizations that would take steps . . . fairly or unfairly, to criticize or oppose [your] employment in a government position," and of "other information, including information about members of [your] family, that could . . . be a possible source of . . . embarrassment."

The evidence of lack of candor raises significant concerns under Security Executive Agent Directive 4, National Security Adjudicative Guideline E, that remain unmitigated.

SENSITIVE BUT UNCLASSIFIED
SBU -LAW ENFORCEMENT

This action is taken in accordance with the standards set forth in Executive Orders 12968 and 13467, as amended, National Security Adjudicative Guidelines, and Department of State regulations.

Under Executive Order 12968 § 5.2, and 12 FAM 234, you may appeal this decision in writing to a management-level Security Appeals Panel (SAP) within 30 days of receipt of this decision. Any information you submit will be furnished to the SAP along with other relevant materials. Your appeal should specify whether you wish to make a personal appearance before the SAP. You may elect to appear virtually or in person.

Should you require additional time to prepare your appeal, you may submit a written request with an explanation to this office. The SAP decision is the final decision of the Department of State. Once the decision is finalized, it will be provided to you. For more information regarding the appeal process, please refer to 12 FAM 230 and direct your attention to section 12 FAM 234.3.

Please sign, date, and return the attached Acknowledgement of Receipt to Anne Sullivan, DS/SI/PSS, by email to DS_PSS_AdverseActions@state.gov, within 30 calendar days, indicating whether you intend to appeal this decision and whether you request to appear before the Panel.

Respectfully,

Gentry O. Smith
Assistant Secretary
Bureau of Diplomatic Security

Enclosure:
    Acknowledgement of Receipt

cc:    DS/SI/PSS Certification Unit

**MEMORANDUM**

TO: Department of State
DS/SI/PSS
P.O. Box 13285
Arlington, VA 22219-3285
DS_PSS_AdverseActions@state.gov

FROM: Mr. Matthew Q. Gebert

SUBJECT: Acknowledgement of Receipt

I hereby acknowledge receipt of this letter and the decision to deny my national security eligibility and Top Secret security clearance.

I understand that I may appeal this decision within 30 days from the date I receive this letter. I also understand that if I fail to appeal this decision within 30 days of receipt, the decision to deny my national security eligibility and Top Secret security clearance will be final.

I have indicated below my intentions:

_____ I **DO** appeal this decision.
_____ I do **NOT** appeal this decision.
_____ I **DO** intend to appear before the Panel.
_____ I do **NOT** intend to appear before the Panel.

_____
Signature

_____
Date

SENSITIVE BUT UNCLASSIFIED
SBU -LAW ENFORCEMENT

**MEMORANDUM**

TO:        Department of State
           DS/SI/PSS
           P.O. Box 13285
           Arlington, VA 22219-3285
           DS_PSS_AdverseActions@state.gov

FROM:      Mr. Matthew Q. Gebert

SUBJECT:   Acknowledgement of Receipt

I hereby acknowledge receipt of this letter and the decision to deny my national security eligibility and Top Secret security clearance.

I understand that I may appeal this decision within 30 days from the date I receive this letter. I also understand that if I fail to appeal this decision within 30 days of receipt, the decision to deny my national security eligibility and Top Secret security clearance will be final.

I have indicated below my intentions:

____✓____ I **DO** appeal this decision.
_____ I do **NOT** appeal this decision.
____✓____ I **DO** intend to appear before the Panel.
_____ I do **NOT** intend to appear before the Panel.

_____
              Signature

_____2/5/24_____
               Date