# EXHIBIT B



Cara Sliger <cara@nationalsecuritylawfirm.com>

## SAP Hearing Scheduled for GEBERT, Matthew
7 messages

---

**DS PSS Adverse Actions** <DS_PSS_AdverseActions@state.gov>  Wed, Aug 28, 2024 at 4:15 PM
To: "GEBERT@GMAIL.COM" <GEBERT@gmail.com>, Brett O'Brien <brett@nationalsecuritylawfirm.com>, "Lisa@NationalSecurityLawFirm.com" <Lisa@nationalsecuritylawfirm.com>, Cara Sliger <cara@nationalsecuritylawfirm.com>, Carl Marrone <carl@nationalsecuritylawfirm.com>
Cc: DS PSS Adverse Actions <DS_PSS_AdverseActions@state.gov>, "Luna, Alfred" <LunaA@state.gov>

Dear, Mr. Gebert.

The Security Appeals Panel (SAP) is planning to meet to consider your appeal of the security clearance decision by the Bureau of Diplomatic Security (DS) on **Wednesday, February 26, 2025,** from **10:00 AM to 12:00 PM** in the Under Secretary of State for Management's Conference Room (Harry S Truman Building, 2201 C Street NW, Room 7207).  You are welcome, but not required, to attend to make a statement and/or respond to questions, in which case you may choose to appear in person or via teleconference.  Please let us know whether you will be attending in person or via teleconference, and whether you require special accommodations.  If you choose to attend, please note that your appearance would not be adversarial in nature and that you may not produce witnesses at the meeting.  I will arrange for you and your counsel to enter the building.  An escort from the Under Secretary's office will meet you in the lobby **no earlier than 10:15 AM**, as your appearance before the SAP will start at **10:30 AM**, or later.

Please confirm who will be representing you, who will be presenting your case to the SAP, and who will be attending.  If you have retained counsel other than the counsel included on this email, or if you have an AFSA representative, please let me know and/or add them to this email in your reply.  I note in your files that you indicated that you **would** like to attend in person.  Please confirm that you **will** attend the SAP meeting.  If you cannot attend because of scheduling issues, please notify me so the SAP can be rescheduled.  Please be advised that because the SAP is comprised of three senior State Department officials, SAP meetings are difficult to schedule and any request to reschedule may result in delay.

You and your attorney have been given access to the same materials as those of the SAP.  Once compiled, the documents will be emailed to you in a separate email at least 30 days prior to your SAP hearing date.  While we already have the documents you submitted for your Review, please submit any additional materials you wish the SAP to consider to me at

DS_PSS_AdverseActions@state.gov by **Monday, February 10, 2025**.  Please include everyone on this distribution list.  The SAP will notify your representative of their decision after the hearing.

You may contact me if you have questions.  If you prefer that I send future correspondence directly to your attorney and that I not include you on such messages, please let me know.

Respectfully,

Anne

Senior Adjudicator



Thank you for contacting the U.S. Department of State, Bureau of Diplomatic Security, Office of Personnel Security and Suitability (DS/SI/PSS) Adverse Actions Division.

While we cannot provide any estimated completion dates or timelines for background investigations, as each case has its own complexities, we can provide a status update to the HR requesting office or, in some cases, the subject of an investigation. Many different circumstances may affect the time required to complete a background investigation. For further information about this process, please review our website at https://www.state.gov/security-clearances.

SBU -LAW ENFORCEMENT



Gmail

Alicia McCray <alicia@nationalsecuritylawfirm.com>

# Fwd: [External] Re: SAP Hearing Scheduled for GEBERT, Matthew

1 message

---------- Forwarded message ---------
From: **DS PSS Adverse Actions** <DS_PSS_AdverseActions@state.gov>
Date: Wed, Apr 30, 2025 at 1:55 PM
Subject: RE: [External] Re: SAP Hearing Scheduled for GEBERT, Matthew

To: Brett O'Brien <brett@nationalsecuritylawfirm.com>, DS PSS Adverse Actions <DS_PSS_AdverseActions@state.gov>
Cc: GEBERT@GMAIL.COM <gebert@gmail.com>, Sean Rogers <sean@nationalsecuritylawfirm.com>, Mikaela Pyskaty <mikaela@nationalsecuritylawfirm.com>, Luna, Alfred <LunaA@state.gov>, Cara Sliger <cara@nationalsecuritylawfirm.com>

Good afternoon, Brett.

A SAP panel member has a conflict and is unavailable.

Regards,

Anne

# SBU -LAW ENFORCEMENT

**From:** Brett O'Brien <brett@nationalsecuritylawfirm.com>
**Sent:** Wednesday, April 30, 2025 1:51 PM
**To:** DS PSS Adverse Actions <DS_PSS_AdverseActions@state.gov>
**Cc:** GEBERT@GMAIL.COM; Sean Rogers <sean@nationalsecuritylawfirm.com>; Mikaela Pyskaty <mikaela@nationalsecuritylawfirm.com>; Luna, Alfred <LunaA@state.gov>; Cara Sliger <cara@nationalsecuritylawfirm.com>
**Subject:** [External] Re: SAP Hearing Scheduled for GEBERT, Matthew

Anne,

Can you let us know what the basis for the delay is? Prior to coordinating schedules - I was hoping you could provide us some additional information.

-Brett

Brett O'Brien

National Security Law Firm, LLC

1250 Connecticut Ave, NW

Suite 700-PMB 5186

Washington, DC 20036

(o) 202-600-4996

(f) 202-545-6318

brett@nationalsecuritylawfirm.com



*Admitted in New Jersey, New York, Hawaii, California, Ohio, Minnesota, and Washington D.C.

This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

On Wed, Apr 30, 2025 at 1:49 PM DS PSS Adverse Actions <DS_PSS_AdverseActions@state.gov> wrote:

> Good afternoon, Mr. Gebert and Mr. Rogers.
>
> The SAP has requested that we reschedule your hearing from May 23, 2025 to **June 27, 2025, at 2:00 p.m.** Are you available on this day at this time?
>
> If so, we can accept additional written arguments and exhibits until **5:00 p.m., June 13, 2025**, sent to us at DS_PSS_AdverseActions@state.gov.
>
> Please advise.
>
> Regards,
>
> Anne
>
> Sr. Adjudicator



*Thank you for contacting the U.S. Department of State, Bureau of Diplomatic Security, Office of Personnel Security and Suitability (DS/SI/PSS) Adverse Actions Division.*

### SBU -LAW ENFORCEMENT

**From:** DS PSS Adverse Actions <DS_PSS_AdverseActions@state.gov>
**Sent:** Monday, April 28, 2025 2:48 PM
**To:** GEBERT@GMAIL.COM; Sean Rogers <sean@nationalsecuritylawfirm.com>
**Cc:** Brett O'Brien <brett@nationalsecuritylawfirm.com>; Mikaela Pyskaty <mikaela@nationalsecuritylawfirm.com>; Luna, Alfred <LunaA@state.gov>; Cara Sliger <cara@nationalsecuritylawfirm.com>; DS PSS Adverse Actions <DS_PSS_AdverseActions@state.gov>
**Subject:** SAP Hearing Scheduled for GEBERT, Matthew; 5 of 5
**Importance:** High

Good afternoon, Mr. Gebert and Mr. Rogers.

Please see the attached documents for your review, email 5 of 5, Tabs 06 - 09. The table of contents has the list of complete file names, as the files themselves have character limits.

We can accept additional written arguments and exhibits until **5:00 p.m., May 09, 2025**, sent to us at DS_PSS_AdverseActions@state.gov.

Please let us know if you have any questions.

Regards,

Anne

Sr. Adjudicator



*Thank you for contacting the U.S. Department of State, Bureau of Diplomatic Security, Office of Personnel Security and Suitability (DS/SI/PSS) Adverse Actions Division.*

## SBU -LAW ENFORCEMENT

**From:** M Gebert gebert@gmail.com
**Sent:** Monday, April 28, 2025 2:13 PM
**To:** DS PSS Adverse Actions DS_PSS_AdverseActions@state.gov
**Cc:** Sean Rogers sean@nationalsecuritylawfirm.com; Brett O'Brien brett@nationalsecuritylawfirm.com; Mikaela Pyskaty mikaela@nationalsecuritylawfirm.com; Luna, Alfred LunaA@state.gov; Cara Sliger cara@nationalsecuritylawfirm.com; DS PSS Adverse Actions DS_PSS_AdverseActions@state.gov
**Subject:** [External] Re: SAP Hearing Scheduled for GEBERT, Matthew; Attachments

I consent. Thanks, Matt

On Apr 28, 2025, at 1:28 PM, DS PSS Adverse Actions <DS_PSS_AdverseActions@state.gov> wrote:

Good afternoon, Mr. Gebert.

We have copied your counsel, Mr. Rogers.

We have documents to provide to you for your SAP hearing on May 23, 2025. We request your consent to provide relevant documents via email to you and your counsel for your review.

Regards,

Anne

Senior Adjudicator

<image001.png>

SBU -LAW ENFORCEMENT