UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT,<br><br>*Plaintiff,*<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>*Defendant.* | Civil Action No. 22-2939 (DLF): |

### DECLARATION OF MATTHEW Q. GEBERT

I, MATTHEW GEBERT, do hereby declare, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge and belief:

1. I am a PLAINTIFF in the above-entitled matter.

2. I am a resident of the State of West Virginia.

3. I have been employed in the foreign affairs field for approximately 17 years, from 2002-2019. From 2002-2005, I was employed by the U.S. Telecommunications Training Institute. From 2006-2013, I worked for the U.S. Energy Association, and from 2013-2019, I actively served the U.S. Department of State.

4. I held a Top Secret security clearance from May 2013 - August 2019.

5. In September 2019, my security clearance was suspended by the Department of State. Holding a security clearance is a condition of my employment, and I have been on indefinite suspension pending the final adjudication of my security clearance since then.

6. On May 23, 2025, I will appear before a Security Appeals Panel (SAP) to appeal the revocation of my security clearance. It is my understanding that if the revocation of my clearance is upheld at the SAP proceeding, I will be terminated from the Department of State.

7. Without a security clearance, I cannot be employed in the career field I have pursued for nearly two decades and in which I have been highly successful.

8. The loss of my security clearance will result in the loss of my livelihood and the ability to adequately support my family as my entire career has been dedicated toward working in foreign affairs positions that require a security clearance.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 29, 2025

*[signature]*
MATTHEW Q GEBERT