UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF STATE,<br><br>　　　　　　Defendant. | Civil Action No. 22-2939 (DLF) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (May 13, 2024), Plaintiff Matthew Gebert and Defendant Department of State, by and through the undersigned counsel, respectfully file this Joint Status Report to propose further proceedings in this case. The parties propose that the Court adhere the default deadlines set out in Local Civil Rule 65.1(c), under which the Department has seven days following the service of Plaintiff's motion to file an opposition, i.e., by Monday, May 19, 2025; that Plaintiff file his reply by Friday, May 23, 2025; and that this Court conduct a hearing on Wednesday, May 28, 2025, or on such other date and time that is convenient to the Court.

Dated: May 14, 2025
By: /s/ *Brett J. O'Brien*
BRETT O'BRIEN, ESQ
Bar License #: 1753983
NATIONAL SECURITY LAW FIRM, LLC
1250 Connecticut Avenue
NW Suite 700
Washington, DC 20036
Phone: (202) 600-4996
Fax: (202) 545-6318

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/
BRADLEY G. SILVERMAN
Assistant United States Attorney
D.C. Bar #1531664
601 D Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States of America*