UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE et al.,<br><br>    *Defendants*. | Civil Action No. 22-2939 (DLF) |

**NOTICE OF APPEAL**

  Notice is hereby given this 21st day of July, 2025, that Matthew Gebert, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 26th day of June, 2025, in favor of the U.S. Department of State, the Defendant, against said Plaintiff.

Dated: July 21, 2025

                     Respectfully submitted,

                     /s/ *Brett J. O'Brien*
                     Brett J. O'Brien, Esq.
                     D.C. Bar #: 1753983
                     NATIONAL SECURITY LAW FIRM
                     1250 Connecticut Avenue
                     Washington, DC  20036
                     (202) 600-4996
                     Brett@NationalSecurityLawFirm.com