UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT,<br><br>        Plaintiff,<br><br>        v.<br><br>DEPARTMENT OF STATE, et al.,<br><br>        Defendants. | Civil Action No. 22-2939 (DLF) |

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Dhruman Y. Sampat and remove the appearance of Assistant United States Attorney Bradley Silverman as counsel for Defendant Department of State and Marco Rubio[1] in the above-captioned case.

Dated:  September 30, 2025             Respectfully submitted,

                                                           By:        */s/ Dhruman Y. Sampat*
                                                                     DHRUMAN Y. SAMPAT
                                                                     Assistant United States Attorney
                                                                     601 D Street, NW
                                                                     Washington, DC 20530
                                                                     (202) 252-2525
                                                                     dhruman.sampat@usdoj.gov

                                                             *Attorney for the United States of America*

---

[1] The caption currently lists as a defendant Antony J. Blinken, the former Secretary for State. Secretary Rubio may be automatically substituted. *See* Fed. R. Civ. P. 25(d).